# Certificate of Registration

**EXHIBIT A - 1**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1 – 295 – 163**

EFFECTIVE DATE OF REGISTRATION

Month 9   Day 9   Year 05

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Dorm Life 1&2

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Gay Adult Video

## 2

**a** **NAME OF AUTHOR ▼**

FlavaWorks, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2005
Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month August   Day 15   Year 2005
UNITED STATES   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FlavaWorks, Inc.
933 W. Irving Park Rd, Suite C
Chicago, Il 60613

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 0 9 2005
ONE DEPOSIT RECEIVED
SEP 0 9 2005  DVD/D
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

# EXHIBIT A - 2

\*Amended by C.O. from phone call to Jeremy
Easluy, authorized agent of FlavaWorks, Inc.,
on 18, 2005.

| EXAMINED BY | /\/ ℓ ⍵ | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
~~b.~~ ☑ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See Instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / ZIP ▼

Phillip Bleicher
933 W. Irving Park Rd, Suite C
Chicago. Il 60613

**b**

Area code and daytime telephone number ( 773 ) 935-8460          Fax number ( 773 ) 935-7275
Email Phil@flavaworks.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ►
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Phillip Bleicher          Date 8/15/05

Handwritten signature (X) ▼
☞  x _____

| Certificate will be mailed in window envelope to this address: | Name ▼ FlavaWorks, Inc | • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 933 W. Irving Park Rd, Suite C | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Chicago. Il 60613 USA | Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000  Web Rev: June 2002  ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Dorm Life
Search Results: Displaying 10 of 10000 entries



---

**Labeled View**

*Dorm life :*

**Relevance:** ■ ■ ■ ■ ■
**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001298401 / 2005-09-09
**Title:** Dorm life : no. 6.
**Description:** Videodisc (DVD)
**Copyright Claimant:** FlavaWorks, Inc.
**Date of Creation:** 2005
**Date of Publication:** 2005-08-15

**Names:** <u>FlavaWorks, Inc.</u>



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Copyright
United States Copyright Office

Help　Search　History　Titles　Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Mixxxed Nuts
Search Results: Displaying 3 of 3090 entries



---

Labeled View

*Mixxxed Nuts.*

Relevance: ■■■■■

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001668231 / 2009-12-11
**Application Title:** Mixxxed Nuts.
**Title:** Mixxxed Nuts.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States.
**Date of Creation:** 2009
**Date of Publication:** 2009-12-01
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director.
**Rights and Permissions:** Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com
**Names:** [Flava Works Inc.](#)



| Save, Print and Email ([Help Page](#)) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |



**EXHIBIT A - 5**

United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Flava Works Inc
Search Results: Displaying 51 of 84 entries



Labeled View

*Raw Rods #3: Gettin that Nut.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001668236 / 2009-12-11 |
| **Application Title:** | Raw Rods #3: Gettin that Nut. |
| **Title:** | Raw Rods #3: Gettin that Nut. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com |
| **Names:** | [Flava Works Inc.](#) |



| Save, Print and Email ([Help Page](#)) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |



**EXHIBIT A - 6**

Copyright Office
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Flava Works
Search Results: Displaying 82 of 84 entries



Labeled View

### *Thugboy Vol. 8 Fuck What You Heard.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001668238 / 2009-12-11
**Application Title:** Thugboy V8 - Fuck What You Heard.
**Title:** Thugboy Vol. 8 Fuck What You Heard.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States.
**Date of Creation:** 2009
**Date of Publication:** 2009-12-01
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director.
**Rights and Permissions:** Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com
**Names:** Flava Works Inc.



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

**EXHIBIT A - 7**

Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Flava Works Inc
Search Results: Displaying 7 of 84 entries



Labeled View

*Dorm Life 14 - The Dick Down.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001668240 / 2009-12-11
**Application Title:** Dorm Life 14 - The Dick Down.
**Title:** Dorm Life 14 - The Dick Down.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States.
**Date of Creation:** 2009
**Date of Publication:** 2009-12-01
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director.
**Rights and Permissions:** Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com

**Names:** [Flava Works Inc.](#)



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record      Format for Print/Save | |
| Enter your email address: | Email |



Copyright United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Flava Works Inc
Search Results: Displaying 8 of 84 entries



Labeled View

### *Dorm Life 15 - After School Fuck Sessions.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001668343 / 2009-12-11
**Application Title:** Dorm Life 15 - After School Fuck Sessions.
**Title:** Dorm Life 15 - After School Fuck Sessions.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States.
**Date of Creation:** 2009
**Date of Publication:** 2009-12-01
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director.
**Rights and Permissions:** Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com

**Names:** [Flava Works Inc.](#)



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |



**Copyright** United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Flava Works Inc
Search Results: Displaying 10 of 84 entries

◄ previous | next ►

Labeled View

*Dorm Life 17 : Dick in Detention.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001666861 / 2010-01-13 |
| **Application Title:** | Dorm Life 17: Dick in Detention. |
| **Title:** | Dorm Life 17 : Dick in Detention. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-24 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director. |
| **Rights and Permissions:** | Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Names:** | Flava Works Inc. |

◄ previous | next ►



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-691-638

**Effective date of registration:**

April 26, 2010

## Title

**Title of Work:** Miami Uncut, Papicock Presents

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 1, 2010    **Nation of 1st Publication:** United States

## Author

■    **Author:** Flava Works Inc.

**Author Created:** direction/director

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works Inc.

2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States

## Rights and Permissions

**Name:** Phillip Bleicher

**Email:** support@flavaworks.com    **Telephone:** 305-438-9450

**Address:** 2610 N Miami Ave

Suite B

Miami, FL 33127  United States

## Certification

**Name:** PHILLIP BLEICHER

**Date:** April 19, 2010

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = dorm life
Search Results: Displaying 14 of 24 entries



**Labeled View**

*Dorm Life 19 - Night Vision.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001697763 / 2010-06-24
**Application Title:** Dorm Life 19 - Night Vision.
**Title:** Dorm Life 19 - Night Vision.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL, 33127, United States.
**Date of Creation:** 2010
**Date of Publication:** 2010-02-01
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director.
**Rights and Permissions:** Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com
**Names:** Flava Works Inc.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [ Full Record ÷ ] [ Format for Print/Save ] |
| Enter your email address: [                    ] [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

May 17 2012

## Certificate of Registration



EXHIBIT A - 12



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-728-038**

**Effective date of registration:**

December 16, 2010

---

## Title

**Title of Work:** Raw Rods #5: Deep Impact

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 24, 2009   **Nation of 1st Publication:** United States

## Author

■ **Author:** Flava Works Inc.

**Author Created:** direction/director

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works Inc.

2610 NORTH MIAMI AVE, SUITE B, Miami, FL, 33127, United States

## Rights and Permissions

**Name:** Phillip Bleicher

**Email:** support@flavaworks.com   **Telephone:** 305-438-9450

**Address:** 2610 N Miami Ave

Suite B

Miami, FL 33127  United States

## Certification

**Name:** PHILLIP BLEICHER

**Date:** December 13, 2010

Certificate of Registration

**EXHIBIT A - 13**



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-736-926

**Effective date of
registration:**

February 7, 2011

---

## Title

**Title of Work:** RAW RODS #7: TAKE IT IN THE GUTS

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 15, 2010    **Nation of 1st Publication:** United States

## Author

- **Author:** Flava Works, Inc.

**Author Created:** editing/editor

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works, Inc.

2610 N Miami Ave, Miami, FL, 33127, United States

## Certification

**Name:** Phillip Bleicher

**Date:** February 2, 2011

## Certificate of Registration



**EXHIBIT A - 14**



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-737-155**

**Effective date of
registration:**

February 7, 2011

---

## Title

**Title of Work:** DORM LIFE Vol.20: Double X

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 15, 2010    **Nation of 1st Publication:** United States

## Author

**Author:** Flava Works, Inc.

**Author Created:** editing/editor, direction/director, script/screenplay, production/producer, entire motion picture, cinematography/cinematographer

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works, Inc.

2610 N Miami Ave, Miami, FL, 33127

## Rights and Permissions

**Organization Name:** Flava Works, Inc.

**Name:** Phillip Bleicher

**Email:** support@flavaworks.com    **Telephone:** 305-438-9450

**Address:** 2610 N Miami Ave

Suite B

Miami, FL 33127

## Certification

**Name:** Phillip Bleicher

**Date:** February 2, 2011

# Certificate of Registration

<span style="color:red">**EXHIBIT A - 15**</span>



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-748-139

**Effective date of
registration:**

August 12, 2011

---

## Title

**Title of Work:** Star Struck!

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 1, 2011　　**Nation of 1st Publication:** United States

## Author

■ **Author:** Flava Works, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States　　**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works, Inc.

2610 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

**Organization Name:** Flava Works, Inc.

**Address:** 2610 North Miami Ave

Miami, FL 33127 United States

## Certification

**Name:** Phillip Bleicher

**Date:** August 12, 2011

# Certificate of Registration

# EXHIBIT A - 16



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-748-151

**Effective date of
registration:**

August 12, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | Dominant Raw Tops |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | April 1, 2011 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Flava Works, Inc. | | |
| **Author Created:** | entire motion picture | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Flava Works, Inc. |
| | 2610 N Miami Ave, Miami, FL, 33127, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Flava Works, Inc. |
| **Address:** | 2610 North Miami Ave |
| | Miami, FL 33127  United States |

## Certification

| | |
|---|---|
| **Name:** | Phillip Bleicher |
| **Date:** | August 12, 2011 |

## Certificate of Registration



# EXHIBIT A - 17



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-737-153

**Effective date of registration:**

February 7, 2011

---

## Title

**Title of Work:** THUGBOY Vol.7:Built To Fuck

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 15, 2010    **Nation of 1st Publication:** United States

## Author

- **Author:** Flava Works, Inc.

  **Author Created:** editing/editor, direction/director, script/screenplay, production/producer, entire motion picture, cinematography/cinematographer

  **Work made for hire:** Yes

  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works, Inc.

2610 N Miami Ave, Miami, FL, 33127

## Rights and Permissions

**Organization Name:** Flava Works, Inc.

**Name:** Phillip  Bleicher

**Email:** support@flavaworks.com    **Telephone:** 305-438-9450

**Address:** 2610 N Miami Ave

Suite B

Miami, FL 33127

## Certification

**Name:** Phillip Bleicher

**Date:** February 2, 2011

---

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-748-164

**Effective date of
registration:**

August 12, 2011

## Title

**Title of Work:** Mixxxed Nuts #3: Almond Joy

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 1, 2011    **Nation of 1st Publication:** United States

## Author

- **Author:** Flava Works, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works, Inc.

2610 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

**Organization Name:** Flava Works, Inc.

**Address:** 2610 North Miami Ave

Miami, FL 33127 United States

## Certification

**Name:** Phillip Bleicher

**Date:** August 12, 2011

# Certificate of Registration

**EXHIBIT A - 19**



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-748-166

**Effective date of registration:**

August 12, 2011

---

## Title

**Title of Work:** Raw Rods #8: Flood That Booty

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 1, 2011　　　**Nation of 1st Publication:** United States

## Author

■　**Author:** Flava Works, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States　　　**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works, Inc.

2610 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

**Organization Name:** Flava Works, Inc.

**Address:** 2610 North Miami Ave

Miami, FL 33127 United States

## Certification

**Name:** Phillip Bleicher

**Date:** August 12, 2011

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0001760400
Search Results: Displaying 1 of 1 entries



**Labeled View**

*Flava Works Website Edits 2009.*

**Type of Work:** Motion Picture
**Registration Number / Date:** VA0001760400 / 2011-02-07
**Application Title:** Flava Works Website Edits 2009.
**Title:** Flava Works Website Edits 2009.
**Description:** Motion pictures on 3 DVD-ROM.
**Copyright Claimant:** Flava Works Inc. Address: 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States.
**Date of Creation:** 2009
**Date of Publication:** 2010-01-01
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: motion pictures.
**Pre-existing Material:** motion pictures.
**Basis of Claim:** motion pictures.
**Rights and Permissions:** Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com
**Copyright Note:** C.O. correspondence.
**Names:** Flava Works Inc.



# Certificate of Registration



**EXHIBIT A - 21**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-764-960

**Effective date of registration:**

September 13, 2011

---

## Title

**Title of Work:** Dorm Life 12 - Dick Addiction

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 1, 2008   **Nation of 1st Publication:** United States

## Author

**•   Author:** Flava Works, Inc.

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works, Inc.

2610 N Miami Ave, Miami, FL, 33127, United States

## Rights and Permissions

**Organization Name:** Flava Works, Inc.

**Address:** 2610 North Miami Ave

Miami, FL 33127  United States

## Certification

**Name:** Phillip Bleicher

**Date:** September 13, 2011

---

**Correspondence:** Yes

Page  1 of  1

**EXHIBIT A - 22**



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001779325
Search Results: Displaying 1 of 1 entries

⯇ previous    next ⯈

Labeled View

*Flava Works Video Edits Jan-June, 2011.*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001779325 / 2011-09-16 |
| **Application Title:** | Flava Works Video Edits Jan-June, 2011. |
| **Title:** | Flava Works Video Edits Jan-June, 2011. |
| **Description:** | DVD-ROM. |
| **Copyright Claimant:** | Flava Works, Inc. Address: 2610 N Miami Ave, Miami, FL, 33127, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-06-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works, Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor. |
| **Rights and Permissions:** | Flava Works, Inc., 2610 North Miami Ave, Miami, FL, 33127, United States, (305) 438-9450, phil@flavaworks.com |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | Cody Kyler+Malo. |
|  | Breion Diamond+Levi Summers. |
|  | Drake+Hotrod. |
|  | Baby Star+Usher Richbanks. |
|  | Prince Le Beau+Usher Richbanks. |
|  | Columbia+Flamez. |
|  | Anthony Avery+Usher Richbanks. |
|  | Jay Jaxon+KC Long. |
|  | Breakz+RIchard Lewis. |
|  | Nick Omni+Rowiniski Son. |
|  | KC Long+Nick Omni. |
|  | Jarvis Chandler+Usher Richbanks. |
|  | Breakz+Jarvis Chandler. |

Case: 1:12-cv-05844 Document #: 1-1 Filed: 07/24/12 Page 23 of 27 PageID #:37

**EXHIBIT A - 23**

KC Long+Nick Omni.

Tyrelle.

Baby Star+Slim Goodie.

Melsogifted+Tornado.

Isaiah Foxx+Romeo Storm.

Pharrell+Usher Richbanks.

Kannon+Romeo Storm.

Carlito Rockafella+Isaiah Foxx.

Rock+Syxx.

Cody Kyler+Ken Mariano.

Baby Star+Breion Diamond+Mizfit.

Breion Diamond+Cayden Cooper.

Blain Tutera+Golden Secret.

Baby Star+Ralphh Laurin.

Angel Pierre+Joker Vasquez.

Daddy Cream+Prince Breezy.

Golden Secret+Tony Royce.

Arquez+Ralphh Laurin.

Blain Tutera+Noah Shyboy Jackson.

Arquez+Valentino.

Red King.

Ice King+Ralphh Laurin.

Golden Secret.

Leo Lopez.

Flamez+Leo Lopez.

Mikeal Race+Romeo Storm.

Arquez+Taz Alexanders.

Melsogifted+Mikeal Race.

Ciroc Star+Mikeal Race+Noah Shyboy Jackson.

Arquez+Domino Star.

Chico Rico+Leo Lopez.

Noah Shyboy Jackson.

Leo Luv+Romeo Storm.

Marcus Cooper+Romeo Storm.

Lafayette+Usher Richbanks.

Arquez+Ciroc Star+Valentino.

Ciroc Star.

Justin Kace.

Justin Kace+Manny Baby.

Mikeal Race+Usher RIchbanks.

Ciroc Star+Justin Kace.

Domino Star.

Tony Lavon.

**EXHIBIT A - 24**

Ben Tye.

Lafayette.

Kream Jackson.

Kream Jackson+Romeo Storm.

Mikeal Race+Noah Shyboy Jackson.

Manny Baby+Romeo Storm.

Ben Tye+Lafayette.

Jay Sean+Manny Baby.

Ben Tye+Usher Richbanks.

Domino Star+Jay Sean.

Jay Sean+Manny Baby+Tygax.

Domino Star+Jesse Rabbit+Micah Andrews.

Domino Star+Manny Baby.

Arquez+D-Roc.

Breakz+Mikeal Race.

Lil Mann+Ralphh Laurin.

Noah Shyboy Jackson.

Shujenko Blaze+Spyder Man.

Breakz+D-Roc.

Manny Jee+Rico Medrano.

Dominic Diaz+Luis Green.

Alonzo Alvarez+Chico Nemo.

Ciro Chavez+Ramon Mandera.

Baby Star.

DeAngelo Jackson+Malo.

Baby Star+Cody Kyler+Gianni Luca.

Baby Star+Kali Slim.

Breion Diamond+Jack Michaels.

Mr.Phat Lipps+Usher Richbanks.

Angelus+Jay Sean.

Jay Sean+Jason Hearst.

Jason Hearst+Usher Richbanks.

Christian Xavier+Dupree.

Baby Star+Prince Dior.

Christian Xavier+DeAngelo Jackson.

**Names:** Flava Works, Inc.



**Save, Print and Email (Help Page)**

Select Download Format  Full Record ⏷   Format for Print/Save

Enter your email address:                    Email

Case: 1:12-cv-05844 Document #: 1-1 Filed: 07/24/12 Page 25 of 27 PageID #:39

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=P...

EXHIBIT A - 25

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# Certificate of Registration

**EXHIBIT A - 26**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-782-056

**Effective date of registration:**
June 24, 2010

## Title

**Title of Work:** Thugboy V6 - Playas in Action

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 1, 2010      **Nation of 1st Publication:** United States

## Author

■   **Author:** Flava Works Inc.

**Author Created:** direction/director

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works Inc.

2610 NORTH MIAMI AVE, SUITE B, Miami, FL 33127 United States

## Rights and Permissions

**Name:** Phillip Bleicher

**Email:** support@flavaworks.com      **Telephone:** 305-438-9450

**Address:** 2610 N Miami Ave

Suite B

Miami, FL 33127 United States

## Certification

**Name:** PHILLIP BLEICHER

**Date:** June 18, 2010

**Correspondence:** Yes

# EXHIBIT A - 27

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
PA 1-701-364

**Effective date of
registration:**

August 4, 2010

---

## Title

**Title of Work:** Thugboy 9 - All about the Dick

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 1, 2010       **Nation of 1st Publication:** United States

## Author

■    **Author:** Flava Works Inc.

**Author Created:** direction/director

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Flava Works Inc.

2610 NORTH MIAMI AVE, SUITE B, Miami, FL, 33127, United States

## Rights and Permissions

**Name:** Phillip Bleicher

**Email:** support@flavaworks.com       **Telephone:** 305-438-9450

**Address:** 2610 N Miami Ave

Suite B

Miami, FL 33127  United States

## Certification

**Name:** PHILLIP BLEICHER

**Date:** August 2, 2010

---