Print

**EXHIBIT B6 - 1**

| | |
|---|---|
| **Subject:** | Mail @ Urban Latino I R.EALLY E.NJOYED R.IMMING A B.LACK G.UY [1 Attachment] |
| **From:** | Dylan Madrigal (dmadrigal116@gmail.com) |
| **To:** | vintagegayblackpics@yahoogroups.com; |
| **Bcc:** | UrbanLatino@yahoogroups.com; |
| **Date:** | Sunday, April 1, 2012 10:34 AM |

[Attachment(s) from Dylan Madrigal included below]

Case: 1:12-cv-05844 Document #: 1-3 Filed: 07/24/12 Page 2 of 48 PageID #:96

EXHIBIT B6 - 2



Print

# EXHIBIT B6 - 3

**↓ DOWNLOAD FROM** **FilesMonster**

http://filesmonster.com/download.php?id=6f8WjYqKhLE_z-gM1wNMO77atYTdc3tmXin_DELEQF8

As a **FilesMonster.com's** PREMIUM member you will have the following benefits:

- ✔ Unlimited high speed downloads
- ✔ Unlimited parallel downloads
- ✔ Single link instead of multipart archive
- ✔ No waiting time and advertising
- ✔ Support for download accelerators
- ✔ Resume aborted downloads

VISIT FOR MORE!!!

http://rainbow2night.blogspot.com

*** Problem in playing? Install K-Lite codec pack
http://www.free-codecs.com

**Attachment(s) from Dylan Madrigal**

**1 of 1 Photo(s)**

120303.jpg

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic ()

**RECENT ACTIVITY:**
Visit Your Group

*OUR MOSTLY LATIN FILE SHARING AND PHOTO COMMUNITY
{ including Spaniard and Brazilian shares }
{Latin Interracial video, meaning brown and other}
{African American videos welcomed}
*NO BLACK AND WHITE INTERRACIAL VIDEO OR MOVIES
{Adult pictures and video ONLY}
{ NO Hollywood or Gay film - group links or info}
{off topic items will be removed from mail}
*POST YOUR PHOTOS IN OUR GALLERY OR BY MAIL
{follow our Latin-Black theme when doing so by mail}
*POST YOUR PERSONALS IN APPLICATIONS
*SPAM and VIRUS-free E-MAIL, MODERATED 4 Privacy and Safety
*CHECK OUR MESSAGE ARCHIVE FOR MISSED VIDEOS AND MOVIES

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

__.__._,_.___

**EXHIBIT B7 - 1**

**From:** Blk Muscle <ads.almond@gmail.com>
**Subject:** Urban Latino - Movies and Photos HD_Turbo-FireIn#TheHole2.zip [1 Attachment]
**Date:** January 1, 2012 10:56:36 AM EST
**To:** undisclosed-recipients:;
**Bcc:** UrbanLatino@yahoogroups.com

[Attachment(s) from Blk Muscle included below]

Merry Christmas and a Happy New Year.

Oh Yes !  HD View Catalog No Virus. No spam. No Ad.

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

Click Here For Update Catalog



**EXHIBIT B7 - 2**

http://www.filesonic.com/file/3951380374/D33p_Da_Bandit#Pr1nze.flv



**EXHIBIT B7 - 3**



http://www.filesonic.com/file/Rvt0f1Y/FireIn#TheHole2.zip

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip



**EXHIBIT B7 - 4**



http://www.filesonic.com/file/4304465644/Intr0#LB.flv



**EXHIBIT B7 - 5**



http://www.filesonic.com/file/4314763885/Thug-B0ys#8.avi

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip



**EXHIBIT B7 - 6**



http://www.filesonic.com/file/2741356561/Thugs_Need_L0ve_T00_1.wmv





**EXHIBIT B7 - 8**



**EXHIBIT B7 - 9**



**EXHIBIT B7 - 10**



**EXHIBIT B7 - 11**



**EXHIBIT B7 - 12**



**EXHIBIT B7 - 13**



**EXHIBIT B7 - 14**



http://www.filesonic.com/file/2826272255/Thug0rgy#1.wmv
http://www.filesonic.com/file/2820453805/Thug0rgy#2.wmv
http://www.filesonic.com/file/2826373395/Thug0rgy#3.wmv

http://www.filesonic.com/file/U8OK0wI/HD-View-Catalog_More_2500_VDO.zip





File: ThugBoy Daddy & Prince.mp4
Size: 289011787 bytes (275.62 MiB), duration: 00:15:30, avg.bitrate: 2486 kb/s
Audio: aac, 48000 Hz, stereo (eng)
Video: h264, yuv420p, 854x480, 29.97 fps(r) => 847x480 (eng)
Poster :



http://www.filesonic.com/file/3457512754/ThugB0y_Daddy#Princ3.mp4



File Name: aM4u-thugsfck1ngp4rkbr3akw4t3r.wmv
File Size: 281MB (295422303 bytes)
Resolution: 864x480 (850:478)
Duration: 00:24:34

**EXHIBIT B7 - 17**



http://www.filesonic.com/file/3103871564/Thugs-fck1ng-p4rk#br3ak.wmv

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip



File Name: cl4ssickthugsbr3edingb4reb4ck.wmv
File Size: 283MB (297082414 bytes)
Resolution: 480x368
Duration: 00:24:03

# EXHIBIT B7 - 18

http://www.filesonic.com/file/2311584674/Cl4ssick-thugs-br3eding-b4reb4ck.wmv



http://www.filesonic.com/file/1516973894/DL_Thug_T4kes_The_Train.mp4

http://www.filesonic.com/file/U8OK0wI/HD-View-Catalog_More_2500_VDO.zip



# EXHIBIT B7 - 19



Název souboru:                    ThugBoy9.avi
Velikost souboru: 1390MB (1458241462 bytů)
Rozlišení: 960x540
Délka: 01:58:29

http://www.filesonic.com/file/3966584034/ThugB0y9_chunk#1.avi
http://www.filesonic.com/file/3970946714/ThugB0y9_chunk#2.avi







**EXHIBIT B7 - 22**



**EXHIBIT B7 - 23**



# EXHIBIT B7 - 24



http://www.filesonic.com/file/4105887025/Thug#Fck1ng.wmv

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

**EXHIBIT B7 - 25**



**EXHIBIT B7 - 26**



FETISH MENUS - FULL MOTION CHAPTER INDEX -
- HIGH DEFINITION TV COMPATIBLE - DIGITALLY EDITED -
- DIGITALLY MASTERED - DVD-ROM COMPATIBLE -

File: [Bacchus] A Thugs Cock Party 2.wmv
Size: 1461468517 bytes (1,36 GiB), duration: 01:33:22, avg.bitrate: 2087 kb/s
Audio: wmav2, 48000 Hz, stereo, 128 kb/s
Video: wmv3, yuv420p, 640x480, 1960 kb/s, 25,00 fps(r)



**EXHIBIT B7 - 28**







File: [Bacchus] A Thugs Cock Party 2.wmv
Size: 1461468517 bytes (1.36 GiB), duration: 01:33:22, avg.bitrate: 2087 kb/s
Audio: wmav2, 48000 Hz, stereo, 128 kb/s
Video: wmv3, yuv420p, 640x480, 1960 kb/s, 25.00 fps(r)

**EXHIBIT B7 - 31**



**EXHIBIT B7 - 32**



http://www.filesonic.com/file/4105960414/Thugs_C0ck_P4rty#2.wmv



**EXHIBIT B7 - 33**



# EXHIBIT B7 - 34



http://www.filesonic.com/file/2783665185/Thug#p4ss10n.avi

File Name: aM4u-bl4ckthugsslmm1ngc3LL.avi
File Size: 802MB (841941648 bytes)
Resolution: 648x368 (81:46)
Duration: 01:35:46

http://www.filesonic.com/file/1752852521/blkthugsslmm1ngc3LL.avi

Merry Christmas and a Happy New Year.
Oh Yes！ HD View Catalog No Virus. No spam. No Ad.

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

Click Here For Update Catalog

This is a Private email & is thus covered by Title 18, Part 1,
Chapter 47, Sec. 1030 U.S.C.

**COPYRIGHT NOTICE**

In accordance with Title 17 U.S.C. Section 107, any copyrighted work in this message is distributed under fair use without profit or payment to

those who have expressed a prior interest in receiving the included information for non-profit research and educational or criticism purposes only.

EXHIBIT B7 - 35

http://www.law.cornell.edu/uscode/17/107.shtml

**Attachment(s) from Blk Muscle**

**1 of 1 File(s)**

📄 HD-View-Catalog_25-Dec.zip

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (1)

---

**RECENT ACTIVITY:** **New Members 28**
Visit Your Group

---

*OUR MOSTLY LATIN FILE SHARING AND PHOTO COMMUNITY
{ including spaniard and brazilian shares }
{latin interracial video, meaning brown and other}
{african american videos welcomed}
{adult entertainment only}
{ no hollywood movies - group links or info}
{off topic items will be removed from mail}
*POST YOUR PHOTOS IN OUR GALLERY OR BY MAIL
{follow our latin-black theme when doing so by mail}
*POST YOUR PERSONALS IN APPLICATIONS
*SPAM and VIRUS-free E-MAIL, MODERATED 4 Privacy and Safety
*CHECK OUR MESSAGE ARCHIVE FOR MISSED VIDEOS AND MOVIES

---

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B8 - 1**

From: "bigd_itsme" <bigd_itsme@yahoo.com>
Subject: [P-I-LOVE] Raw Rods Mikael & Noah
Date: July 13, 2011 7:01:18 PM EDT
To: P-I-LOVE@yahoogroups.com
Reply-To: P-I-LOVE@yahoogroups.com



http://www.fileserve.com/file/byrARfE

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (1)

RECENT ACTIVITY: **New Members 2**
Visit Your Group

 GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** (Beta) • Powered by Yahoo!
Break into a growing health care field
Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B9 - 1**

| | |
|---|---|
| **From:** | BangerBull <alantos25@gmail.com> |
| Subject: | [P-I-LOVE] Big Black Dick (Oron) |
| Date: | December 8, 2011 9:52:02 PM EST |
| To: | Abrazdert74893@myemailco.com |
| Bcc: | P-I-LOVE@yahoogroups.com |
| Reply-To: | P-I-LOVE@yahoogroups.com |

1 Attachment, 115 KB

Pic:
http://i31.fastpic.ru/big/2011/1209/e1/f0f76f1d47adb12dd00eeb10b4acc2e1.jpg

Download:
http://oron.com/folder/s75uq0fvyi

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (1)

**RECENT ACTIVITY:** **New Members** 14
Visit Your Group

**MARKETPLACE**
**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** (Beta) • Powered by Yahoo!
'The stupidest song I have ever heard'

Get Yahoo Search App! • Privacy Policy

Search the Web



**EXHIBIT B10 - 1**

**From:** Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> 
**Subject:** [Oron-Links] *CORRECTED links!* MIXXXED NUTS 3 ALMOND JOY 2011 [Oron FilePost RapidShare Shragle FileFactory]
**Date:** March 17, 2012 11:57:01 PM EDT
**To:** shragle_links@yahoogroups.com, filefactory-links@yahoogroups.com, oron-links@yahoogroups.com, filepost-links@yahoogroups.com, rapid-share-links@yahoogroups.com, rapidsharevideo@yahoogroups.com, raseli@yahoogroups.com, agmscans3@yahoogroups.com, cinema_share@yahoogroups.com, gay_movies_and_pictureset_links@yahoogroups.com, men4men_master_group@yahoogroups.com, men4men_who_love_gay_men@yahoogroups.com, bigcocksociety-movies@yahoogroups.com, the_gay_social_club@yahoogroups.com, a_dinner_and_a_movie@yahoogroups.com, v_d_441@yahoogroups.com, hottestnewmovies@yahoogroups.com, moscowaftermidnight@yahoogroups.com, the_vip_room@yahoogroups.com, theplayhouse4men@yahoogroups.com, wise-owls-best@yahoogroups.com, men4men_who_love_muscle_men@yahoogroups.com, back_alley@yahoogroups.com, clublynx@yahoogroups.com, urbaninterracial@yahoogroups.com, men4men_who_love_latino_men@yahoogroups.com, mipapichulo@yahoogroups.com, nubiannewyorkers@yahoogroups.com, the_southern_boyz@yahoogroups.com, men4men_who_love_black_men@yahoogroups.com, nubianbrothaz@yahoogroups.com, bigcocksociety-darkmeat@yahoogroups.com, gayblack@yahoogroups.com, hardcoredlnigz_4life@yahoogroups.com, mandingowarriors@yahoogroups.com, thugcentral@yahoogroups.com, blackteenthugs@yahoogroups.com, blk_pretty_boi_thugs@yahoogroups.com, blkboyzdorm@yahoogroups.com, blkboyzzplanet@yahoogroups.com, men4men_who_love_twinks@yahoogroups.com
**Cc:** tf26003@netscape.net

1 Attachment, 353 KB



This title was last posted on March 16th, 2012 (for the first time by me or with all NEW links). I will be posting all of my gay adult and GTM movies or TV series and mainstream anthologies no more frequently than one time per month. ALL of my other material (TV show episodes, mainstream movies or music audio/video) will be re-posted ONE TIME ONLY. The only time you will see *any* posting any more frequently is if links had to be replaced due to deletion from (or addition to new) file sharing services. ALL file sharing links, personal web site URLs, etc (regardless the links being shared) are 100% NEW since February 16th, 2012.

DISCLAIMER If you find a posting or message from me offensive, inappropriate, or disruptive, please ignore it. If you don't know how to ignore a posting, complain to me and I will be only too happy to demonstrate ...

Coco Store information
http://www.cocostore.com/product.php?productid=16370&cat=0&page=1

Cast: Baby Star, Billy Baxter, Breion Diamond, Cayden Cooper, Daddy Cream, Jesse Rabbit, Johnny Caste, Levi Summers, Tony Royce, Troy Moreno

# EXHIBIT B10 - 2

**Custodian of Records information**
Phillip Bleicher
2610 N. Miami Ave.
Miami, FL
33127-4438

**Keywords**
Anal Sex, Big Dicks, Black Men, Facials, Interracial Sex, Oral Orgy, Twinks, Uncut

**Summary**
Mixxed Nuts 3 brings you some hottest models like Johnny Caste as he takes all of Troy Moreno. Just look in scene 2 as Jesse gets fucked and catches Cayden's nut. Tony Royce and Baby Star take scene 3 to another level with 69 and Baby Star taking all of Tony's dick. You have to see scene 4 as Billy Baxter and Daddy Cream go versatile with some amazing fucking and sucking. The last scene will have you in a mind fuck as Breion Diamond and Levi Summers start off in the shower and make their way to the bed as Breion gives Levi some good dick!

Scene 1: Johnny Caste, Troy Moreno
Scene 2: Cayden Cooper, Jesse Rabbit
Scene 3: Baby Star, Tony Royce
Scene 4: Billy Baxter, Daddy Cream
Scene 5: Breion Diamond, Levi Summers

**VOD (Video On Demand) clips**
http://www.flavaworks.com/vod/dvd.php?id=152

SCENE 1: Johnny Caste & Troy Moreno
 4.5
WATCH THE TRAILER AND BUY NOW FOR 600 FLAVAPOINTS

Johnny Caste hookin up with his brotha Troy Moreno in some New York hotel room. The two got only fuckin in mind, and charge right ahead. Johnny loves suckin Troy's dick til it's all hard and ready for him. Troy's got a big piece, but it's just the right size for Johnny who just loves riding that big ass dick. Once Troy starts fuckin him he ain't stopping til he fucks that nut right outta Johnny and when Troy's ready to blow he comes all over Johnny mixin their juice just like that!

SCENE 2: Cayden Cooper & Jesse Rabbit
4.32
WATCH THE TRAILER AND BUY NOW FOR 600 FLAVAPOINTS

Cayden struttin his stuff at the pool when Jesse Rabbit practically swims right into him. Cayden likes what he sees and strikes up a conversation with Jesse who's hella exhausted from all that swimming. The two head back to Jesse's crib to chill, but there ain't no chillin cuz Cayden is all over Jesse and pulling down his pants to reveal a that brotha's big dick and stuff it in his mouth. He's really liking that pipe, once it's hard it's enormous. Cayden then let's Jesse play with his piece and then starts fuckin him on the couch. Legs wide open he doesn't have any trouble hammering that ass. When he's ready to cum he makes sure Jesse's mouth is waiting for that nut and the total freak he is he passionately kisses Jesse gettin a taste of his own juice!

SCENE 3: Baby Star & Tony Royce
4.1
WATCH THE TRAILER AND BUY NOW FOR 600 FLAVAPOINTS

It's Baby Star's birthday, so he calls up his ole buddy Tony Royce for a lil fuck action. The two meet up on the streets of Miami, but then head on over to Tony's joint where the clothes fly off right away. Tony takes that dick all the way in hittin his throat and gettin Baby Star hella excited. Tony starts fuckin Star doggy style and then makes him ride his dick til they both bust some fat nuts. Baby Star the birthday boy is definitely satisfied!

SCENE 4: Billy Baxter & Daddy Cream
4.08
WATCH THE TRAILER AND BUY NOW FOR 600 FLAVAPOINTS

Billy and Daddy are out in the pool gettin wet and foolin around. It's hella hot though, so they need to cool off with some air conditioning inside. Daddy wants to make some plans goin out, but Billy just wants to chill and get his dick sucked. Daddy is always down, a true freak ready for whatever. He been waiting to fuck Billy's ass for a minute so he isn't hesitating when it comes right down to it. He gets Billy's dick so hard just fuckin him he can't help but reverse the roles and fuck Daddy himself!

SCENE 5: Breion Diamond & Levi Summers
3.44
WATCH THE TRAILER AND BUY NOW FOR 600 FLAVAPOINTS

Breion and Levi taking a shower together gettin all sensual and romantic. But Breion isn't the kinda dude who's gentle, so he tells Levi's to get on his knees and suck that motherfuckin black dick. After the shower they head to the bedroom to finish what they started. Levi works hard suckin that piece makin sure it's all ready for his ass. Breion's dick is big, but Levi can take it. He loves it so much he's bustin all over Breion while riding him!

**RAPID RISERS forum – FREE membership (RapidShare and HotFile only)**
You'll find 1000s of gay, GTM or mainstream movies and TV shows here!

**Join any or all of my file sharing service links specific Yahoo! groups that interest you below.**
**I'm looking forward to 'seeing' you in groups, guys. Enjoy these flicks and email me anytime!**

Oron - FilePost - HotFile - FileFactory - Shragle - FileVelocity - MediaFire - RapidShare - SendSpace - FileServe - GigaSize - MultiShare

**ALL LINKS LISTED BELOW THIS LINE ARE FULLY INTERCHANGEABLE**

**ORON links** – Yahoo! group - FREE account - GAY movies - Gay clips - GTM movies - Mainstream movies

http://oron.com/1f5miif7n55o/Mixed_Nu-ts_3_Almond_Joy_2011.part1.rar

**EXHIBIT B10 - 3**

http://oron.com/ucs9bxqxsc80/Mixed_Nu-ts_3_Almond_Joy_2011.part2.rar
http://oron.com/va82i7lxtxnu/Mixed_Nu-ts_3_Almond_Joy_2011.part3.rar
http://oron.com/qu57mhrwovhf/Mixed_Nu-ts_3_Almond_Joy_2011.part4.rar

**FILEPOST links - Yahoo! group - FREE account - GAY movies - Gay clips - GTM movies - Mainstream movies**

http://filepost.com/files/512f2137/Mixed_Nu-ts_3_Almond_Joy_2011.part1.rar
http://filepost.com/files/8a69a3m6/Mixed_Nu-ts_3_Almond_Joy_2011.part2.rar
http://filepost.com/files/4m56ec2b/Mixed_Nu-ts_3_Almond_Joy_2011.part3.rar
http://filepost.com/files/bm89456d/Mixed_Nu-ts_3_Almond_Joy_2011.part4.rar

**RAPIDSHARE links - Yahoo! Group - FREE account**

http://rapidshare.com/files/1974632915/Mixed_Nu-ts_3_Almond_Joy_2011.part1.rar
http://rapidshare.com/files/3950561726/Mixed_Nu-ts_3_Almond_Joy_2011.part2.rar
http://rapidshare.com/files/3290923447/Mixed_Nu-ts_3_Almond_Joy_2011.part3.rar
http://rapidshare.com/files/2226072681/Mixed_Nu-ts_3_Almond_Joy_2011.part4.rar

**SHRAGLE links - Yahoo! group - FREE account - GAY movies - Gay clips - GTM movies - Mainstream movies**

http://www.shragle.com/files/1dfccedb/Mixed_Nu-ts_3_Almond_Joy_2011.part1.rar
http://www.shragle.com/files/823b8c7e/Mixed_Nu-ts_3_Almond_Joy_2011.part2.rar
http://www.shragle.com/files/e681c74a/Mixed_Nu-ts_3_Almond_Joy_2011.part3.rar
http://www.shragle.com/files/d5c4fabe/Mixed_Nu-ts_3_Almond_Joy_2011.part4.rar

**FILEFACTORY links - Yahoo! group - FREE account - GAY movies - Gay clips - GTM movies - Mainstream movies**

http://www.filefactory.com/file/c403828/n/Mixed_Nu-ts_3_Almond_Joy_2011.part1.rar
http://www.filefactory.com/file/c4039ed/n/Mixed_Nu-ts_3_Almond_Joy_2011.part2.rar
http://www.filefactory.com/file/c40383f/n/Mixed_Nu-ts_3_Almond_Joy_2011.part3.rar
http://www.filefactory.com/file/c403973/n/Mixed_Nu-ts_3_Almond_Joy_2011.part4.rar

**Case: 1:12-cv-05844 Document #: 1-3 Filed: 07/24/12 Page 44 of 48 PageID #:138**

**EXHIBIT B10 - 4**

| | |
|---|---|
| **Subject:** | [Oron-Links] *NEW links!* MIXXXED NUTS 2009 [Oron FileSonic FileServe RapidShare FileJungle FilePost UploadStation] |
| **From:** | Bob Hare aka Animated GIF Man (abpegm@ix.netcom.com) |
| **To:** | filejungle-links@yahoogroups.com; filepost-links@yahoogroups.com; uploadstation-links@yahoogroups.com; oron-links@yahoogroups.com; fileserve_links@yahoogroups.com; filesonic_links@yahoogroups.com; rapid-share-links@yahoogroups.com; rapidsharevideo@yahoogroups.com; raseli@yahoogroups.com; agmscans3@yahoogroups.com; cinema_share@yahoogroups.com; gay_movies_and_pictureset_links@yahoogroups.com; men4men_master_group@yahoogroups.com; men4men_who_love_gay_men@yahoogroups.com; bigcocksociety-movies@yahoogroups.com; the_gay_social_club@yahoogroups.com; a_dinner_and_a_movie@yahoogroups.com; v_d_441@yahoogroups.com; hottestnewmovies@yahoogroups.com; the_vip_room@yahoogroups.com; theplayhouse4men@yahoogroups.com; wise-owls-best@yahoogroups.com; men4men_who_love_muscle_men@yahoogroups.com; urbanalleyflicks@yahoogroups.com; clublynx@yahoogroups.com; urbaninterracial@yahoogroups.com; nubiannewyorkers@yahoogroups.com; men4men_who_love_black_men@yahoogroups.com; urbanbrothers@yahoogroups.com; bigcocksociety-darkmeat@yahoogroups.com; gayblack@yahoogroups.com; hardcorednigz_4life@yahoogroups.com; mandingowarriors@yahoogroups.com; thugcentral@yahoogroups.com; blackteenthugs@yahoogroups.com; blk_pretty_boi_thugs@yahoogroups.com; blkboyzdorm@yahoogroups.com; blkboyzzplanet@yahoogroups.com; nubianbrothaz@yahoogroups.com; men4men_who_love_the_outdoors@yahoogroups.com; the_southern_boyz@yahoogroups.com; garamjism@yahoogroups.com; mipapichulo@yahoogroups.com; |
| **Date:** | Thursday, January 12, 2012 4:49 AM |

[]

This title was last posted on November 22nd, 2011. I will be posting
all of my gay adult and GTM (mainstream) movies no more frequently
than one time per month. ALL of my other (OT) material (TV series,
mainstream movies or music audio/videos and concerts) will be
re-posted ONE TIME ONLY. The only time you will see *any* posting any
more frequently is if links had to be replaced due to deletion from
(or addition to new) file sharing services.
ALL FilePost and UploadStation links are 100% NEW for 2012.

DISCLAIMER If you find a posting or message from me offensive,
inappropriate, or disruptive, please ignore
it. If you don't know how to ignore a posting, complain to me and I
will be only too happy to demonstrate ...

RAD Video information
http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio/Promotional+Material

Cast:
<http://www.radvideo.com/details/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//actor/Tony+Michaels
/>Tony
Michaels,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio/actor/Mr.+Saukei/>Mr.
Saukei,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//actor/Anubis/>Anubis,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//actor/Indy/>Indy,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio/actor/Cody+Kyler/>Cody
Kyler,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio/actor
/DeAngelo+Jackson/>DeAngelo
Jackson,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//actor/Brian+Werner
/>Brian
Werner

Keywords:
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/Black+Men
/>Black
Men,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Anal+Sex
/>Anal
Sex,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Oral+Sex

**EXHIBIT B10 - 5**

/>Oral
Sex,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Outdoor+Sex/>Outdoor
Sex,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Pool+-+Spa+Sex/>Pool
- Spa Sex,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Interracial+Sex/>Interracial
Sex,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Story+-+Plot/>Story
- Plot,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Big+Cocks/>Big
Cocks,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Big+Loads/>Big
Loads,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Twinks/>Twinks,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Facial+Cumshots/>Facial
Cumshots,
<http://www.radvideo.com/details/LBP62DVD/MIXXXED+NUTS+-+DVD/Flava+Works+Studio//categories/+Rimming/>Rimming

SUMMARY
Mixed nuts is all about variety check the latest flavas in nuts black
on white and white on black! These ain't your average supermarket
nuts... these nuts are tasty as fuck! pure interracial fuck action
that will have you begging for more as these studs use their tongues,
cocks and fingers to fill asses and mouths with the release of their
warm, hot loads from their hard pulsing cocks! Cum watch these studs
offer up their tender asses and fulfill all their sexual desires
until they're sated!

BELOW THE BELT forum - <http://www.belowthebelt.nl/forum.php>FREE
membership (every file host allowed)
You will find this and 100s of my GAY adult titles on BelowTheBelt.NL

Each service listed below now has active links in subject line to new
Yahoo! groups
to get those type of links as well a referral link to get your free
storage drive on that
service and my GAY adult or GTM gay theme mainstream movies folders.
I'm looking
forward to 'seeing' you in the groups, guys. ENJOY the flicks and
<mailto:abpegm@ix.netcom.com>email me anytime!

Join our NEW Yahoo! Group
<http://groups.yahoo.com/group/oron-links/join>Oron-Links

ALL LINKS LISTED BELOW THIS LINE ARE FULLY INTERCHANGEABLE

ORON links - <http://groups.yahoo.com/group/oron-links/join>Yahoo!
group - <http://oron.com/index308843.html>FREE account -
<http://oron.com/folder/zzo18beve5>GAY movies -
<http://oron.com/folder/uefaor4m69>Gay clips -
<http://oron.com/folder/m6thqztj74>GTM movies -
<http://oron.com/folder/fyr5j87qn5>Mainstream movies

http://oron.com/8yo8gt0ri13w/Mixxxed_Nuts_2009.part01.rar.html
http://oron.com/ooc7oo5hbf0p/Mixxxed_Nuts_2009.part02.rar.html
http://oron.com/s9bewrh2fua7/Mixxxed_Nuts_2009.part03.rar.html
http://oron.com/si3g6byaxodk/Mixxxed_Nuts_2009.part04.rar.html

http://oron.com/87oxx9vknb57/Mixxxed_Nuts_2009.part05.rar.html
http://oron.com/jglphm5bcnph/Mixxxed_Nuts_2009.part06.rar.html
http://oron.com/kgp1lcuxng68/Mixxxed_Nuts_2009.part07.rar.html
http://oron.com/kwdys6q5qgnt/Mixxxed_Nuts_2009.part08.rar.html

**EXHIBIT B10 - 6**

RAPIDSHARE links -
<http://groups.yahoo.com/group/rapid-share-links/join>Yahoo! Group -
<https://www.rapidshare.com/#!index|R~027FB62C475E9414BF2DBC4DD76F3574>FREE
account

http://rapidshare.com/files/2563754590/Mixxxed_Nuts_2009.jpg

http://rapidshare.com/files/1660797279/Mixxxed_Nuts_2009.part01.rar
http://rapidshare.com/files/3749716292/Mixxxed_Nuts_2009.part02.rar
http://rapidshare.com/files/3263099041/Mixxxed_Nuts_2009.part03.rar
http://rapidshare.com/files/1372765953/Mixxxed_Nuts_2009.part04.rar
http://rapidshare.com/files/1296208493/Mixxxed_Nuts_2009.part05.rar
http://rapidshare.com/files/4110767695/Mixxxed_Nuts_2009.part06.rar
http://rapidshare.com/files/3238541581/Mixxxed_Nuts_2009.part07.rar
http://rapidshare.com/files/982130723/Mixxxed_Nuts_2009.part08.rar

FILESONIC links -
<http://groups.yahoo.com/group/filesonic_links/join>Yahoo! group -
<http://www.filesonic.com/referral/1052467>FREE account -
<http://www.filesonic.com/folder/2099651>GAY movies -
<http://www.filesonic.com/folder/1727581>Gay clips -
<http://www.filesonic.com/folder/2100751>GTM movies -
<http://www.filesonic.com/folder/2100921>Mainstream movies

http://www.filesonic.com/file/1081038371/Mixxxed_Nuts_2009.jpg

http://www.filesonic.com/file/1081126101/Mixxxed_Nuts_2009.part01.rar
http://www.filesonic.com/file/1081059071/Mixxxed_Nuts_2009.part02.rar
http://www.filesonic.com/file/1081187501/Mixxxed_Nuts_2009.part03.rar
http://www.filesonic.com/file/1081045971/Mixxxed_Nuts_2009.part04.rar
http://www.filesonic.com/file/1081111081/Mixxxed_Nuts_2009.part05.rar
http://www.filesonic.com/file/1081057581/Mixxxed_Nuts_2009.part06.rar
http://www.filesonic.com/file/1081149591/Mixxxed_Nuts_2009.part07.rar
http://www.filesonic.com/file/1081173621/Mixxxed_Nuts_2009.part08.rar

FILEJUNGLE links -
<http://groups.yahoo.com/group/filejungle-links/join>Yahoo! group -
<http://www.filejungle.com/referral-VZz.V8a6kkE->FREE account -
<http://www.filejungle.com/l/edpryw>GAY movies -
<http://www.filejungle.com/l/vartfj>Gay clips -
<http://www.filejungle.com/l/VnCKCm>GTM movies -
<http://www.filejungle.com/l/8Ack3K>Mainstream
<http://www.filejungle.com/l/8Ack3K>movies

http://www.filejungle.com/f/Aegrfm/Mixxxed_Nuts_2009.jpg

http://www.filejungle.com/f/hsSQTf/Mixxxed_Nuts_2009.part01.rar
http://www.filejungle.com/f/QFH7xj/Mixxxed_Nuts_2009.part02.rar
http://www.filejungle.com/f/64Nkcq/Mixxxed_Nuts_2009.part03.rar
http://www.filejungle.com/f/ajHX4t/Mixxxed_Nuts_2009.part04.rar
http://www.filejungle.com/f/pds2fB/Mixxxed_Nuts_2009.part05.rar
http://www.filejungle.com/f/Nzc5W2/Mixxxed_Nuts_2009.part06.rar
http://www.filejungle.com/f/t6Nj5N/Mixxxed_Nuts_2009.part07.rar
http://www.filejungle.com/f/WtmWVH/Mixxxed_Nuts_2009.part08.rar

FILEPOST links - NEW links!
<http://groups.yahoo.com/group/filepost-links/join>Yahoo! group -
<http://filepost.com/makemoney/90108/>FREE account -
<http://filepost.com/folder/4ccd228e/>GAY movies -
<http://filepost.com/folder/6f78b9f4/>Gay clips -
<http://filepost.com/folder/e8fa6c55/>GTM movies -
<http://filepost.com/folder/422b9886/>Mainstream movies

**EXHIBIT B10 - 7**

http://filepost.com/files/b4f24b5f/Mixxxed_Nuts_2009.jpg

http://filepost.com/files/35fc2m1b/Mixxxed_Nuts_2009.part01.rar
http://filepost.com/files/d76c4c64/Mixxxed_Nuts_2009.part02.rar
http://filepost.com/files/58161m36/Mixxxed_Nuts_2009.part03.rar
http://filepost.com/files/cd228adm/Mixxxed_Nuts_2009.part04.rar
http://filepost.com/files/8b55ab5d/Mixxxed_Nuts_2009.part05.rar
http://filepost.com/files/cf965d8m/Mixxxed_Nuts_2009.part06.rar
http://filepost.com/files/ac8cd671/Mixxxed_Nuts_2009.part07.rar
http://filepost.com/files/a9a8f736/Mixxxed_Nuts_2009.part08.rar

UPLOADSTATION links - NEW links!
<http://groups.yahoo.com/group/uploadstation-links/join>Yahoo! group
- <http://www.uploadstation.com/signup.php?reff=STuKWBnKVgw~>FREE
account - <http://www.uploadstation.com/list/q5hPFks>GAY movies -
<http://www.uploadstation.com/list/EDrSwH7>Gay clips -
<http://www.uploadstation.com/list/WprZeDy>GTM movies -
<http://www.uploadstation.com/list/n3nPnDp>Mainstream movies

http://www.uploadstation.com/file/jAGJCux/Mixxxed_Nuts_2009.jpg

http://www.uploadstation.com/file/bsfXpF3/Mixxxed_Nuts_2009.part01.rar
http://www.uploadstation.com/file/a8Vj34S/Mixxxed_Nuts_2009.part02.rar
http://www.uploadstation.com/file/vravQW6/Mixxxed_Nuts_2009.part03.rar
http://www.uploadstation.com/file/AEEJAae/Mixxxed_Nuts_2009.part04.rar
http://www.uploadstation.com/file/55M6MT4/Mixxxed_Nuts_2009.part05.rar
http://www.uploadstation.com/file/ZasKXwD/Mixxxed_Nuts_2009.part06.rar
http://www.uploadstation.com/file/QkA9fgk/Mixxxed_Nuts_2009.part07.rar
http://www.uploadstation.com/file/fymqBfW/Mixxxed_Nuts_2009.part08.rar

FILESERVE links -
<http://groups.yahoo.com/group/fileserve_links/join>Yahoo! group -
<http://www.fileserve.com/signup.php?reff=6yKzWGUBCVI~>FREE account -
<http://www.fileserve.com/list/rZXQvqS>GAY movies -
<http://www.fileserve.com/list/NVjUwbE>Gay clips -
<http://www.fileserve.com/list/VMXPYTQ>GTM movies -
<http://www.fileserve.com/list/tRh5VtP>Mainstream movies

http://www.fileserve.com/file/NQFkzSk/Mixxxed_Nuts_2009.jpg

http://www.fileserve.com/file/rfRcv8S/Mixxxed_Nuts_2009.part01.rar
http://www.fileserve.com/file/F2cKQ6N/Mixxxed_Nuts_2009.part02.rar
http://www.fileserve.com/file/k74fyq6/Mixxxed_Nuts_2009.part03.rar
http://www.fileserve.com/file/VnvmPb8/Mixxxed_Nuts_2009.part04.rar
http://www.fileserve.com/file/nF5EjWA/Mixxxed_Nuts_2009.part05.rar
http://www.fileserve.com/file/NdAXZqE/Mixxxed_Nuts_2009.part06.rar
http://www.fileserve.com/file/bDR8VJf/Mixxxed_Nuts_2009.part07.rar
http://www.fileserve.com/file/sspuFty/Mixxxed_Nuts_2009.part08.rar

___·_·_·____
Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (**1**)

**RECENT ACTIVITY:** New Members **32**
Visit Your Group

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS           Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

___·_·_·____

**EXHIBIT B10 - 8**