Print

**EXHIBIT B11 - 1**

| Subject: | Re: [P–I–LOVE] DomRawTops |
|----------|---------------------------|
| **From:** | rhythme101@yahoo.com (rhythme101@yahoo.com) |
| To: | P–I–LOVE@yahoogroups.com; |
| Date: | Monday, October 10, 2011 1:49 AM |

Hey I feel Like Im the only one now that doesnt have PART 1 been trying but the link doesnt appear to be working for I have the other 3 parts...

**From:** Don C <donho999_us@yahoo.com>
**To:** "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
**Cc:** "slimazz@sbcglobal.ne" <slimazz@sbcglobal.ne>
**Sent:** Saturday, October 8, 2011 4:18 PM
**Subject:** Re: [P-I-LOVE] DomRawTops

This is the link to part 1  http://www.fileserve.com/file/pxt9KP2

**From:** Mozell Baptiste <slimazz@sbcglobal.net>
**To:** "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
**Sent:** Saturday, October 8, 2011 1:52 PM
**Subject:** Re: [P-I-LOVE] DomRawTops

part 1 is no longer available....if u don't mind reposting???

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops

**EXHIBIT B11 - 2**



# EXHIBIT B11 - 3



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

\_\_-\_-\_\_\_
Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (**10**)

**RECENT ACTIVITY:** New Members 9

Visit Your Group

# EXHIBIT B11 - 4

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**



Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

___,_·_,____

Case: 1:12-cv-05844 Document #: 1-4 Filed: 07/24/12 Page 5 of 77 PageID #:147

**EXHIBIT B11 - 5**

| | |
|---|---|
| **Subject:** | Re: [P-I-LOVE] Re: DomRawTops |
| **From:** | Don C (donho999_us@yahoo.com) |
| **To:** | P-I-LOVE@yahoogroups.com; |
| **Date:** | Monday, October 10, 2011 6:23 PM |

Anyone who missed the link, email direct donho999
_us@yahoo.com

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Monday, October 10, 2011 10:43 AM
**Subject:** [P-I-LOVE] Re: DomRawTops

Sorry the links have been deleted by fileserve and i have already deleted them from my computer. I did repost link one previously sorry you missed the post

--- In P-I-LOVE@yahoogroups.com, rhythme101@... wrote:
>
>
>
>
> Hey I feel Like Im the only one now that doesnt have PART 1 been trying but the link doesnt appear to be working for I have the other 3 parts...
>
>
> _____
> From: Don C <donho999_us@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Cc: "slimazz@..." <slimazz@...>
> Sent: Saturday, October 8, 2011 4:18 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> This is the link to part 1Â Â  http://www.fileserve.com/file/pxt9KP2
>
>
>
> _____
> From: Mozell Baptiste <slimazz@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Sent: Saturday, October 8, 2011 1:52 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>

**EXHIBIT B11 - 6**

> 
> Â
> part 1 is no longer available....if u don't mind reposting???
> 
> 
> 
> 
> >_____
> >From: Corey Corey <coreydmia@...>
> >To: P-I-LOVE@yahoogroups.com
> >Sent: Friday, October 7, 2011 10:08 PM
> >Subject: [P-I-LOVE] DomRawTops
> >
> >
> >Â
> >
> >
> >
> >
> >http://www.fileserve.com/file/p94kkHgÂ
> >http://www.fileserve.com/file/2RadrvmÂ
> >http://www.fileserve.com/file/ArfQKw7Â
> >http://www.fileserve.com/file/pxt9KP2%27Â Â
> >
> >
> >
> 

___·_·_·___
Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic **(12)**

**RECENT ACTIVITY:** New Members **10**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS          Switch to: Text-Only, Daily Digest | Unsubscribe | Terms of Use

___·_·_·___

**EXHIBIT B12 - 1**

From: Delvin Raymond <motd193@yahoo.com>
Subject: Mail @ Urban Brother$ Day Day_and_Quake_Barebacking.flv (Black Bareback Video) [3 Attachments]
Date: January 15, 2012 1:17:48 PM EST
To: "BigCockSociety-DarkMeat@yahoogroups.com" <BigCockSociety-DarkMeat@yahoogroups.com>, "black_pounders@yahoogroups.com"
<black_pounders@yahoogroups.com>, "blackdaddy2@yahoogroups.com" <blackdaddy2@yahoogroups.com>, "blah5@yahoogroups.com"
<blah5@yahoogroups.com>, "blkboyzdorm@yahoogroups.com" <blkboyzdorm@yahoogroups.com>, "big_black_and_bold@yahoogroups.com"
<big_black_and_bold@yahoogroups.com>, "chocolate-thugz-booty@yahoogroups.com" <chocolate-thugz-booty@yahoogroups.com>, Donald Motta
<motd3d@yahoo.com>, "memphisblackmen@yahoogroups.com" <memphisblackmen@yahoogroups.com>, "str8_thuggin_4_u@yahoogroups.com"
<str8_thuggin_4_u@yahoogroups.com>, "thug_angelz@yahoogroups.com" <thug_angelz@yahoogroups.com>, "tlcreations@yahoogroups.com"
<tlcreations@yahoogroups.com>, "urbanbrothers@yahoogroups.com" <urbanbrothers@yahoogroups.com>
Reply-To: UrbanBrothers@yahoogroups.com

[Attachment(s) from Delvin Raymond included below]

A file has been sent to you from Delvin

File Name: Day Day_And_Quake_Barebacking.flv (Black Bareback Video)
Link: http://www.filesonic.com/file/ZNdMZ3p/Day_Day_And__Quake__Barebacking.flv

Get your filesonic free account here
http://www.filesonic.com/referral/374627

Get Your filesonic premium account here
http://www.filesonic.com/premium-ref/374627

Attachment(s) from Delvin Raymond

3 of 3 Photo(s)



Day     Day     Day

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (1)

RECENT ACTIVITY:  New Members 24
Visit Your Group

*AFRICAN AND LATINO AMERICAN
FILE SHARING COMMUNITY.
{follow this theme with video, pic and music, interracial vids welcomed}
*PHOTOS N OUR GALLERY AND BY MAIL
*MEMBERS TALK FORUM AND MESSAGE BOARD
*AN ENTERTAINING FILES SECTION
{compare ours to other groups}
*ADULT PERSONALS
{on site or by mail}
*All Hosting Sites Are Welcome
Filesonic, Wupload, zShare etc.

Our Family
http://groups.yahoo.com/group/UrbanBrothers
{our flagship group}
http://groups.yahoo.com/group/UrbanLatino
{latin/black videos/photos only}
http://groups.yahoo.com/group/UrbanMuscle
{archived ent/info}
http://groups.yahoo.com/group/VarietyShow (str8)
{interracial file sharing}

EXHIBIT B12 - 2

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!

To catch a thief â€" handcuff everyone

Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B13 - 1**

From: dickies <yam.rodic@yahoo.com>
Subject: Mail @ Urban Brother$ Chase Carter_Luis_Logan Heart - 3s0me
Date: January 8, 2012 5:38:26 AM EST
To: "UrbanBrothers@yahoogroups.com" <UrbanBrothers@yahoogroups.com>
Reply-To: UrbanBrothers@yahoogroups.com

Link: Fileserve
http://www.fileserve.com/file/5EXvcR3

# EXHIBIT B14 - 1

**From:** Don C <donho999_us@yahoo.com> 
**Subject:** [P-I-LOVE] Video - RawRods Arquez-D-Roc
**Date:** August 1, 2011 4:56:50 PM EDT
**To:** P-I-LOVE <P-I-LOVE@yahoogroups.com>
**Cc:** Don <donho999_us@yahoo.com>
**Reply-To:** P-I-LOVE@yahoogroups.com

1 Attachment, 42 KB

http://www.fileserve.com/file/fX7zfY5

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (1)

**RECENT ACTIVITY:** **New Members** 5
Visit Your Group

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**YAHOO!** GROUPS

**TODAY** (Beta) • Powered by Yahoo!
Anglers surprised by eerie discovery

Get Yahoo Search App! • Privacy Policy

Search the Web



**EXHIBIT B15 - 1**

**From:** Tyler Raymond <traymond6060@yahoo.com>
**Subject:** Re: [P-I-LOVE] DomRawTops
**Date:** October 13, 2011 1:22:02 PM EDT
**To:** "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
**Reply-To:** P-I-LOVE@yahoogroups.com

## WILL SOMEONE REPOST THIS FILE PLEASE!!!!!!!

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Saturday, October 8, 2011 1:08 AM
**Subject:** [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (13)

RECENT ACTIVITY: New Members 9
Visit Your Group

EXHIBIT B15 - 2

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
Mom arrested after cheering at graduation

Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B15 - 3**

From: Don C <donho999_us@yahoo.com>
Subject: Re: [P-I-LOVE] Re: DomRawTops
Date: October 10, 2011 6:23:32 PM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

---

Anyone who missed the link, email direct donho999
_us@yahoo.com

---

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Monday, October 10, 2011 10:43 AM
**Subject:** [P-I-LOVE] Re: DomRawTops

Sorry the links have been deleted by fileserve and i have already deleted them from my computer. I did repost link one previously sorry you missed the post

--- In P-I-LOVE@yahoogroups.com, rhythme101@... wrote:
>
>
>
>
> Hey I feel Like Im the only one now that doesnt have PART 1 been trying but the link doesnt appear to be working for I have the other 3 parts...
>
>
> _____
> From: Don C <donho999_us@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Cc: "slimazz@..." <slimazz@...>
> Sent: Saturday, October 8, 2011 4:18 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> This is the link to part 1Â Â  http://www.fileserve.com/file/pxt9KP2
>
>
>
> _____
> From: Mozell Baptiste <slimazz@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Sent: Saturday, October 8, 2011 1:52 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> part 1 is no longer available....if u don't mind reposting???
>
>
>
> >_____
> >From: Corey Corey <coreydmia@...>
> >To: P-I-LOVE@yahoogroups.com
> >Sent: Friday, October 7, 2011 10:08 PM
> >Subject: [P-I-LOVE] DomRawTops
> >
> >
> >Â
> >

**EXHIBIT B15 - 4**

```
> >
> >
> >
> >http://www.fileserve.com/file/p94kkHgÂ
> >http://www.fileserve.com/file/2RadrvmÂ
> >http://www.fileserve.com/file/ArfQKw7Â
> >http://www.fileserve.com/file/pxt9KP2%27Â Â
> >
> >
> >
>
```

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (12)

RECENT ACTIVITY:   New Members **10**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B15 - 5**

| | |
|---|---|
| **From:** | "Corey Corey" <coreydmia@yahoo.com> |
| **Subject:** | [P-I-LOVE] DomRawTops |
| **Date:** | October 8, 2011 1:08:50 AM EDT |
| **To:** | P-I-LOVE@yahoogroups.com |
| **Reply-To:** | P-I-LOVE@yahoogroups.com |

http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (1)

**RECENT ACTIVITY:** **New Members 10**
Visit Your Group

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B15 - 6**

**TODAY** *(Beta)* • Powered by Yahoo!
Why you can't get that job you want

Get Yahoo Search App! • Privacy Policy

Search the Web

# EXHIBIT B15 - 7

From: Tyler Raymond <traymond6060@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 8:22:52 AM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

The first file of the move will not down load

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Saturday, October 8, 2011 1:08 AM
Subject: [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | Start a New Topic
Messages in this topic (2)

RECENT ACTIVITY: New Members 10
Visit Your Group

# EXHIBIT B15 - 8

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

# EXHIBIT B15 - 9

| | |
|---:|:---|
| **From:** | "Corey Corey" <coreydmia@yahoo.com> |
| **Subject:** | [P-I-LOVE] Re: DomRawTops  FIXED |
| **Date:** | October 8, 2011 1:48:25 PM EDT |
| **To:** | P-I-LOVE@yahoogroups.com |
| **Reply-To:** | P-I-LOVE@yahoogroups.com |

## http://www.fileserve.com/file/p94kkHg
## http://www.fileserve.com/file/2Radrvm
## http://www.fileserve.com/file/ArfQKw7
## http://www.fileserve.com/file/pxt9KP2

--- In P-I-LOVE@yahoogroups.com, Tyler Raymond <traymond6060@...> wrote:
>
> The first file of the move will not down load
> Â
>
> From: Corey Corey coreydmia@...
> To: P-I-LOVE@yahoogroups.com
> Sent: Saturday, October 8, 2011 1:08 AM
> Subject: [P-I-LOVE] DomRawTops
>
>
> Â
>
>
>
>
> http://www.fileserve.com/file/p94kkHgÂ
> http://www.fileserve.com/file/2RadrvmÂ
> http://www.fileserve.com/file/ArfQKw7Â
> http://www.fileserve.com/file/pxt9KP2%27Â Â
>

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (3)

**RECENT ACTIVITY:** New Members 10
Visit Your Group

**MARKETPLACE**
**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B15 - 10**

From: neil kimura <ntki72@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 10:43:14 AM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

Please post the last link again, it has been deleted. Thx

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (4)

RECENT ACTIVITY: New Members **10**
Visit Your Group

MARKETPLACE

**EXHIBIT B15 - 11**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
Lasorda resting after minor heart attack

Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B15 - 12**

| | |
|---:|---|
| **From:** | "Corey Corey" <coreydmia@yahoo.com> |
| **Subject:** | [P-I-LOVE] Re: DomRawTops |
| **Date:** | October 8, 2011 2:14:30 PM EDT |
| **To:** | P-I-LOVE@yahoogroups.com |
| **Reply-To:** | P-I-LOVE@yahoogroups.com |

the new links work fine

--- In P-I-LOVE@yahoogroups.com, neil kimura <ntki72@...> wrote:
>
> Please post the last link again, it has been deleted. Thx
>
>
>
> _____
> From: Corey Corey <coreydmia@...>
> To: P-I-LOVE@yahoogroups.com
> Sent: Friday, October 7, 2011 10:08 PM
> Subject: [P-I-LOVE] DomRawTops
>
>
> Â
>
>
>
> http://www.fileserve.com/file/p94kkHgÂ
> http://www.fileserve.com/file/2RadrvmÂ
> http://www.fileserve.com/file/ArfQKw7Â
> http://www.fileserve.com/file/pxt9KP2%27Â Â
>

Reply to sender | Reply to group | Reply via web post | **Start a New Topic**
Messages in this topic (5)

**RECENT ACTIVITY:** **New Members 10**
Visit Your Group

**MARKETPLACE**
**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B15 - 13**

From: Mike Anthony <baltquietfire@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 2:45:20 PM EDT
To: P-I-LOVE@yahoogroups.com
Reply-To: P-I-LOVE@yahoogroups.com

Do you have the first one? Would love to see it. This is part 2(still great,thanks). Thanks for posting.

--- On Sat, 10/8/11, neil kimura <ntki72@yahoo.com> wrote:

From: neil kimura <ntki72@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Date: Saturday, October 8, 2011, 10:43 AM

Please post the last link again, it has been deleted. Thx

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7

**EXHIBIT B15 - 14**

http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (6)

**RECENT ACTIVITY:**  **New Members 10**
Visit Your Group

**MARKETPLACE**
**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
'Dancing' winner's classy move thrills boy
Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B15 - 15**

From: Mozell Baptiste <slimazz@sbcglobal.net>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 2:52:11 PM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

part 1 is no longer available....if u don't mind reposting???

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Friday, October 7, 2011 10:08 PM
Subject: [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (7)

RECENT ACTIVITY: New Members **10**
Visit Your Group

**EXHIBIT B15 - 16**

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
Make the most of these 14 seconds

Get Yahoo Search App! • Privacy Policy

Search the Web

# EXHIBIT B15 - 17

From: Don C <donho999_us@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 4:18:22 PM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Cc: "slimazz@sbcglobal.ne" <slimazz@sbcglobal.ne>
Reply-To: P-I-LOVE@yahoogroups.com

This is the link to part 1  http://www.fileserve.com/file/pxt9KP2

From: Mozell Baptiste <slimazz@sbcglobal.net>
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Sent: Saturday, October 8, 2011 1:52 PM
Subject: Re: [P-I-LOVE] DomRawTops

part 1 is no longer available....if u don't mind reposting???

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Friday, October 7, 2011 10:08 PM
Subject: [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7

EXHIBIT B15 - 18

http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (8)

RECENT ACTIVITY:  New Members 10
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

TODAY *(Beta)* • Powered by Yahoo!
Teen runner's extreme act of sportsmanship

Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B15 - 19**

From: simple simple <simple9900x@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 5:14:56 PM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: simple simple <simple9900x@yahoo.com>

im having a problem, can someone help me, ? is one of the links bad?

From: Don C <donho999_us@yahoo.com>
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Cc: "slimazz@sbcglobal.ne" <slimazz@sbcglobal.ne>
Sent: Saturday, October 8, 2011 4:18 PM
Subject: Re: [P-I-LOVE] DomRawTops

This is the link to part 1   http://www.fileserve.com/file/pxt9KP2

From: Mozell Baptiste <slimazz@sbcglobal.net>
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Sent: Saturday, October 8, 2011 1:52 PM
Subject: Re: [P-I-LOVE] DomRawTops

part 1 is no longer available....if u don't mind reposting???

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Friday, October 7, 2011 10:08 PM
Subject: [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm

http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (8)

RECENT ACTIVITY:   New Members 10
Visit Your Group

MARKETPLACE
**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B15 - 21**

From: "biblacbuck" <blogger0815@hotmail.com>
Subject: [P-I-LOVE] Re: DomRawTops
Date: October 9, 2011 7:38:30 AM EDT
To: P-I-LOVE@yahoogroups.com
Reply-To: P-I-LOVE@yahoogroups.com

Can these be reposted? They have all benn deleted.

--- In P-I-LOVE@yahoogroups.com, Don C <donho999_us@...> wrote:
>
> This is the link to part 1Â Â http://www.fileserve.com/file/pxt9KP2
>
>
>
>_____
> From: Mozell Baptiste <slimazz@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Sent: Saturday, October 8, 2011 1:52 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> part 1 is no longer available....if u don't mind reposting???
>
>
>
> >_____
> >From: Corey Corey <coreydmia@...>
> >To: P-I-LOVE@yahoogroups.com
> >Sent: Friday, October 7, 2011 10:08 PM
> >Subject: [P-I-LOVE] DomRawTops
> >
> >
> >Â
> >
> >
> >
> >
> >http://www.fileserve.com/file/p94kkHgÂ
> >http://www.fileserve.com/file/2RadrvmÂ
> >http://www.fileserve.com/file/ArfQKw7Â
> >http://www.fileserve.com/file/pxt9KP2%27Â Â
> >
> >
> >
> >

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (9)

RECENT ACTIVITY: New Members 10
Visit Your Group

MARKETPLACE
Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

# EXHIBIT B15 - 22

From: rhythme101@yahoo.com
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 10, 2011 1:49:34 AM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

Hey I feel Like Im the only one now that doesnt have PART 1 been trying but the link doesnt appear to be working for I have the other 3 parts...

From: Don C <donho999_us@yahoo.com>
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Cc: "slimazz@sbcglobal.ne" <slimazz@sbcglobal.ne>
Sent: Saturday, October 8, 2011 4:18 PM
Subject: Re: [P-I-LOVE] DomRawTops

This is the link to part 1  http://www.fileserve.com/file/pxt9KP2

From: Mozell Baptiste <slimazz@sbcglobal.net>
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Sent: Saturday, October 8, 2011 1:52 PM
Subject: Re: [P-I-LOVE] DomRawTops

part 1 is no longer available....if u don't mind reposting???

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Friday, October 7, 2011 10:08 PM
Subject: [P-I-LOVE] DomRawTops



**EXHIBIT B15 - 23**

http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (**10**)

RECENT ACTIVITY: New Members 9
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

TODAY *(Beta)* • Powered by Yahoo!
Girlfriend: When Seacrest made me blush
Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B15 - 24**

From: "Corey Corey" <coreydmia@yahoo.com>
Subject: [P-I-LOVE] Re: DomRawTops
Date: October 10, 2011 11:43:01 AM EDT
To: P-I-LOVE@yahoogroups.com
Reply-To: P-I-LOVE@yahoogroups.com

---

Sorry the links have been deleted by fileserve and i have already deleted them from my computer. I did repost link one previously sorry you missed the post

--- In P-I-LOVE@yahoogroups.com, rhythme101@... wrote:
>
>
>
> Hey I feel Like Im the only one now that doesnt have PART 1 been trying but the link doesnt appear to be working for I have the other 3 parts...
>
> _____
> From: Don C <donho999_us@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Cc: "slimazz@..." <slimazz@...>
> Sent: Saturday, October 8, 2011 4:18 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> This is the link to part 1Â Â http://www.fileserve.com/file/pxt9KP2
>
>
> _____
> From: Mozell Baptiste <slimazz@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Sent: Saturday, October 8, 2011 1:52 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> part 1 is no longer available....if u don't mind reposting???
>
>
>
> >_____
> >From: Corey Corey <coreydmia@...>
> >To: P-I-LOVE@yahoogroups.com
> >Sent: Friday, October 7, 2011 10:08 PM
> >Subject: [P-I-LOVE] DomRawTops
> >
> >
> >Â
> >
> >
> >
> > http://www.fileserve.com/file/p94kkHgÂ
> > http://www.fileserve.com/file/2RadrvmÂ
> > http://www.fileserve.com/file/ArfQKw7Â
> > http://www.fileserve.com/file/pxt9KP2%27Â Â
> >
> >
> >
> >

Reply to **sender** | Reply to **group** | Reply **via web post** | Start a New Topic
Messages in this topic (11)

RECENT ACTIVITY:  New Members 10
Visit Your Group

MARKETPLACE
Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.

**EXHIBIT B15 - 25**

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B16 - 1**

**From:** Why Wonder <why1dr@yahoo.com>
**Subject:** [P-I-LOVE] Request: This looks like a hot three-way
**Date:** November 19, 2011 7:39:15 AM EST
**To:** "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
**Reply-To:** P-I-LOVE@yahoogroups.com

---

http://www.thugboy.com/free/model_main.php?which=1883

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (3)

RECENT ACTIVITY: New Members **15** | New Photos **24**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

TODAY (Beta) • Powered by Yahoo!
Surprising job tops most dangerous list
Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B16 - 2**

| | |
|---|---|
| **From:** | Why Wonder <why1dr@yahoo.com> |
| **Subject:** | Re: [P-I-LOVE] Requests... |
| **Date:** | December 16, 2011 7:29:00 AM EST |
| **To:** | "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com> |
| **Reply-To:** | P-I-LOVE@yahoogroups.com |

Also, anyone have
th*gboy.com  -  Chase C., Carmelo, Day Day (threeway)
th*gboy.com  -  Chase C., Lightbright, Logan (threeway)

**From:** SyniStar <triple_c_threat@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, December 16, 2011 1:30 AM
**Subject:** [P-I-LOVE] Requests...

wassup fellas... looking for a few things...

T@99@z: "Reds"

Thu9b@it Eps: 158, 159, 160

DPUSA: The Tutor

Thanks guys and if I can post anything for anyone let me know!!!

<u>Reply to **sender**</u> | <u>Reply to **group**</u> | <u>Reply **via web post**</u> | <u>Start a New Topic</u>
<u>Messages in this topic</u> (2)

RECENT ACTIVITY:  New Members **14**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** (*Beta*) • Powered by Yahoo!
<u>Obama: 'Hey, I just met you...'</u>

Get Yahoo Search App! • Privacy Policy

Search the Web

# EXHIBIT B17 - 1

**From:** efrenlee07@gmail.com
**Subject:** [blkloverboyz] Thug-Boy 9 - All About The D1ck!
**Date:** May 28, 2012 8:09:03 PM EDT
**Reply-To:** blkloverboyz@yahoogroups.com

## Thug-Boy 9 - All About The D1ck!



File Name  : Th_ug_B_9.avi
File Size  : 1390.69 MB
Resolution : 960x540
Duration   : 01:58:29

**EXHIBIT B17 - 2**



If you dont see image click Here:

http://ist1-1.filesor.com/pimpandhost.com/4/9/8/2/49820/1/3/H/5/13H5F/131db369c0a923c7f342de86f601be0e.jpg

http://ist1-4.filesor.com/pimpandhost.com/1/_/_/_/1/1/2/f/8/12f8A/Th_ug_B_9.avi.jpg

Title: Thug-Boy 9 - All About The D1ck!

Format: AVI
Size: 1.36GB

Download:

http://extabit.com/file/27a90xhbvuxnm

http://extabit.com/file/27a90xhbx3snm

http://extabit.com/file/27a90xhbx3so2

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (1)

RECENT ACTIVITY: New Photos 4 | New Files 2
Visit Your Group

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

TODAY *(Beta)* • Powered by Yahoo!
Divorce for 'Diff'rent Strokes' star
Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B18 - 1**

From: ruff abs <ruffabs6@yahoo.com>
Subject: Re: Mail @ Urban Brother$ HD_Fck-Angelus-Jay_Sean
Date: December 26, 2011 6:06:57 PM EST
To: UrbanBrothers@yahoogroups.com
Reply-To: UrbanBrothers@yahoogroups.com

Does anyone have the Japanese vid by Eros in this collection broken up into parts so free users can download it? Thanks

--- On Mon, 12/26/11, Blk Muscle <ads.almond@gmail.com> wrote:

From: Blk Muscle <ads.almond@gmail.com>
Subject: Mail @ Urban Brother$ HD_Fck-Angelus-Jay_Sean [1 Attachment]
To:
Date: Monday, December 26, 2011, 2:39 PM

[Attachment(s) from Blk Muscle included below]

Merry Christmas and a Happy New Year.

Oh Yes !  HD View Catalog No Virus. No spam. No Ad.

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

Click Here For Update Catalog



**EXHIBIT B18 - 2**



**EXHIBIT B18 - 3**





File Name: RawRods : Angelus_Jay Sean.wmv
File Size: 380.57 MB
Resolution: 856x480
Duration: 00:22:32

**EXHIBIT B18 - 5**



http://www.filesonic.com/file/1545462864/Angelus-Jay_Sean.wmv

EXHIBIT B18 - 6



**EXHIBIT B18 - 7**



**EXHIBIT B18 - 8**



http://www.filesonic.com/file/4158943244/Blaque#Ad0nis.flv

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

**EXHIBIT B18 - 9**



http://www.filesonic.com/file/4153940674/TheSh0w#2.avi

**EXHIBIT B18 - 10**



http://www.filesonic.com/file/4048947614/Fitness#Exercise.zip

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

**EXHIBIT B18 - 11**



http://www.filesonic.com/file/4048871424/C0mb0#Meats.zip

EXHIBIT B18 - 12



EXHIBIT B18 - 13



**EXHIBIT B18 - 14**



http://www.filesonic.com/file/4048842954/Papi_4_Raw#P1ngas.wmv

File Name: aM4u-bl4ckt4gfck1ngh0t.mp4
File Size: 279MB (293584734 bytes)
Resolution: 854x480 (3075:1742)
Duration: 00:15:12

# EXHIBIT B18 - 15



http://www.filesonic.com/file/3915039704/Blk-t4gfck1ng#h0t.mp4

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

File: Two Black Studs Exchange Oral Fun.mp4
Size: 351261875 bytes (334.99 MiB), duration: 00:21:56, avg.bitrate: 2135 kb/s
Audio: aac, 44100 Hz, stereo (und)
Video: h264, yuv420p, 640x480, 29.97 fps(r) (und)



http://www.filesonic.com/file/3948304354/2Blk_Studs_Exchange#0ral.mp4

File Name: Yorker Wars.wmv
File Size: 96MB (100708857 bytes)
Resolution: 320x240
Duration: 00:12:35

http://www.filesonic.com/file/3292570114/Y0rker#War5.wmv

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

File Name: aM4u-bl4ckg4meb3ttNg.mov
File Size: 118MB (124300609 bytes)
Resolution: 512x288
Duration: 00:19:02

**EXHIBIT B18 - 17**



http://www.filesonic.com/file/3253833045/Blk-g4me#b3ttNg.mov

# EXHIBIT B18 - 18



http://www.filesonic.com/file/3411692244/fxxk1nggay#7O.avi

**EXHIBIT B18 - 19**



http://www.filesonic.com/file/3411870274/BigBlkC0ck#104.avi

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip





**EXHIBIT B18 - 21**



http://www.filesonic.com/file/3411107684/P0w3r#5luts.wmv

**Merry Christmas** and a **Happy New Year.**
**Oh Yes !  HD View Catalog No Virus. No spam. No Ad.**

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

**Click Here For Update Catalog**

This is a Private email & is thus covered by Title 18, Part 1,
Chapter 47, Sec. 1030 U.S.C.

**COPYRIGHT NOTICE**

In accordance with Title 17 U.S.C. Section 107, any copyrighted work in this message is distributed under fair use without profit or payment to those who have expressed a prior interest in receiving the included information for non-profit research and educational or criticism purposes only.

http://www.law.cornell.edu/uscode/17/107.shtml

Attachment(s) from Blk Muscle

1 of 1 File(s)

HD-View-Catalog_25-Dec.zip

Reply to **sender** | Reply to **group** | Reply **via web post** | Start a **New Topic**
Messages in this topic (2)

RECENT ACTIVITY:  New Members 15
Visit Your Group

*AFRICAN AND LATINO AMERICAN
FILE SHARING COMMUNITY.
{follow this theme with video, pic and music, interracial vids welcomed}
*PHOTOS N OUR GALLERY AND BY MAIL
*MEMBERS TALK FORUM AND MESSAGE BOARD
*AN ENTERTAINING FILES SECTION
{compare ours to other groups}
*ADULT PERSONALS
{on site or by mail}
*All Hosting Sites Are Welcome
Filesonic, Wupload, zShare etc.

Our Family

**EXHIBIT B18 - 22**

http://groups.yahoo.com/group/UrbanBrothers
{our flagship group}
http://groups.yahoo.com/group/UrbanLatino
{latin/black videos/photos only}
http://groups.yahoo.com/group/UrbanMuscle
{archived ent/info}
http://groups.yahoo.com/group/VarietyShow (str8)
{interracial file sharing}

---

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

 GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

---

**TODAY** *(Beta)* • Powered by Yahoo!
Man catches fire after applying sunscreen

Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B19 - 1**

| | |
|---|---|
| From: | simple simple <simple9900x@yahoo.com> |
| Subject: | Re: [P-I-LOVE] MIX IT BOIS |
| Date: | November 11, 2011 8:03:07 PM EST |
| To: | "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com> |
| Reply-To: | P-I-LOVE@yahoogroups.com |

8 Attachments, 1.3 MB

can we get this fixed?

---

**From:** betcamus <betcamus@bellsouth.net>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Sunday, November 6, 2011 7:06 AM
**Subject:** Re: [P-I-LOVE] MIX IT BOIS

**Unfortunately, I keep getting a "copyright infringement" or "removed by uploader" message everytime I click the link. I know if allot of people are trying to download/access it, then that message will get posted or the actual messages are true. Just letting you know, thanks for sharing.**

To be honest, I just think I know everything, when in truth, I actually know nothing!!



----- Original Message -----
**From:** jonrgn@aol.com
**To:** p-i-love@yahoogroups.com
**Sent:** Friday, November 04, 2011 12:07 PM
**Subject:** [P-I-LOVE] MIX IT BOIS

LINK:
http://hotfile.com/dl/134208344/272f6c0/Chase_DeJuan_Micah.wmv.html

**EXHIBIT B19 - 2**



**EXHIBIT B19 - 3**



**EXHIBIT B19 - 4**



**EXHIBIT B19 - 5**



**EXHIBIT B19 - 6**

| | |
|---:|:---|
| From: | simple simple <simple9900x@yahoo.com> |
| Subject: | Re: [P-I-LOVE] MIX IT BOIS |
| Date: | November 11, 2011 8:03:07 PM EST |
| To: | "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com> |
| Reply-To: | simple simple <simple9900x@yahoo.com> |

can we get this fixed?

_____
From: betcamus <betcamus@bellsouth.net>
To: P-I-LOVE@yahoogroups.com
Sent: Sunday, November 6, 2011 7:06 AM
Subject: Re: [P-I-LOVE] MIX IT BOIS


Unfortunately, I keep getting a "copyright
infringement" or "removed by uploader" message everytime I click the link.
I know if allot of people are trying to download/access it, then that message
will get posted or the actual messages are true.  Just letting you know,
thanks for sharing.

To be honest, I just think I know everything, when in truth, I actually
know nothing!!

----- Original Message -----
From: jonrgn@aol.com
To: p-i-love@yahoogroups.com
Sent: Friday, November 04, 2011 12:07  PM
Subject: [P-I-LOVE] MIX IT BOIS

LINK:
http://hotfile.com/dl/134208344/272f6c0/Chase_DeJuan_Micah.wmv.html

___.___.___
Reply to sender | Reply to group | Reply via web post | Start a New Topic Messages in this topic (2)
Recent Activity:      * New Members 11        * New Photos 29      * New Links 2
Visit Your Group
MARKETPLACE
Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.<img width="1" height="1" alt="" src="http://us.bc.yahoo.com/b?P=fa4f9cde-089f-11e1-a30b-
efcb4a3cf96f&T=1d13q17st%2fX%3d1320601899%2fE%3d1705037705%2fR%3dgroups%2fK%3d5%2fV%3d2.1%2fW%3dH%2fY%3dYAHOO%2fF%3d2462439175%2fH%3dY29
udGVudD0iR3JvdXBzO0dlb2NpdGllcztGbGlja3I7TWVzc2VuZ2VyO0JyaWVmV2FzZTszNjA7TWFpbDtNZW1iZXJfRGlyZWN0b3J5O1Bob3RvcztXZWJzaXRlX1NlcnZpY2VzOyIgZGl
zYWJsZXNvdWZmbGluZz0iMSIgc2VydmVyVJZD0iZmE0ZjljZGUtMDg5Zi0xMWUxLWEzMGItZWZjYjRhM2NmOTZmIiBzaXRlSWQ9IjQ0NTI1NTEiIHRTdG1wPSIxMzIwNjAxODk5MD
E3MJc4IiA-%2fQ%3d-1%2fS%3d1%2fJ%3d26228962&U=13c5nmbmq%2lN%3dLnm7H2KJiV0-
%2fC%3d493064.14543979.14562481.13298430%2fD%3d3dMKP1%2fB%3d6060255%2fV%3d1">

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use
.

___.___.___

**EXHIBIT B19 - 7**

From: jonrgn@aol.com
Subject: [P-I-LOVE] MIX IT BOIS
Date: November 4, 2011 2:07:05 PM EDT
To: p-i-love@yahoogroups.com
Reply-To: P-I-LOVE@yahoogroups.com

8 Attachments, 1.3 MB

LINK:
http://hotfile.com/dl/134208344/272f6c0/Chase_DeJuan_Micah.wmv.html







**EXHIBIT B19 - 9**





# EXHIBIT B19 - 11

From: "betcamus" <betcamus@bellsouth.net>
Subject: Re: [P-I-LOVE] MIX IT BOIS
Date: November 6, 2011 7:06:55 AM EST
To: <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

8 Attachments, 1.3 MB

**Unfortunately, I keep getting a "copyright infringement" or "removed by uploader" message everytime I click the link. I know if allot of people are trying to download/access it, then that message will get posted or the actual messages are true. Just letting you know, thanks for sharing.**

To be honest, I just think I know everything, when in truth, I actually know nothing!!

----- Original Message -----
**From:** jonron@aol.com
**To:** p-i-love@yahoogroups.com
**Sent:** Friday, November 04, 2011 12:07 PM
**Subject:** [P-I-LOVE] MIX IT BOIS

LINK:
http://hotfile.com/dl/134208344/272f6c0/Chase_DeJuan_Micah.wmv.html



**EXHIBIT B19 - 12**



**EXHIBIT B19 - 13**



# EXHIBIT B19 - 14



Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (2)

RECENT ACTIVITY:   New Members 11 | New Photos 29 | New Links 2
Visit Your Group

MARKETPLACE

Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

TODAY (Beta) • Powered by Yahoo!

**EXHIBIT B19 - 15**

Penn State ties aplenty at Sandusky trial

Get Yahoo Search App! • Privacy Policy

Search the Web