**EXHIBIT B20 - 1**

**From:** Mister Smith <tightsqueez2000@yahoo.com>
**Subject:** Re: Mail @ Urban Brother$ HD_Gun-Break0ut#L0
**Date:** January 22, 2012 6:00:21 PM EST
**To:** "UrbanBrothers@yahoogroups.com" <UrbanBrothers@yahoogroups.com>
**Reply-To:** UrbanBrothers@yahoogroups.com

hey guys whats going on with Filesonic ?  I have a membership but it is saying there is no more filesharing

All **sharing** functionality on FileSonic is now disabled. Our service can only be used to upload and retrieve files that **you** have uploaded personally.

If this file belongs to you, please login to download it directly from your file manager.

**From:** Blk Muscle <ads.almond@gmail.com>
**To:**
**Sent:** Sunday, January 22, 2012 2:14 PM
**Subject:** Mail @ Urban Brother$ HD_Gun-Break0ut#L0 [1 Attachment]



**EXHIBIT B20 - 2**

http://www.filesonic.com/file/cuFaMvr/Break0ut#L0.flv

http://www.filesonic.com/file/2300904274/Three_Way_L0ng_D1ck.rar

EXHIBIT B20 - 3



**EXHIBIT B20 - 4**



**EXHIBIT B20 - 5**



http://www.filesonic.com/file/l9onLQQ/BLK_M_N_S#12.zip

http://www.filesonic.com/file/U8OK0wI/HD-View-Catalog_More_2500_VDO.zip

File Name: bL4ckcl3an3rst3tch3d.AVI
File Size: 235MB (246914864 bytes)
Resolution: 480x272 (16:9)
Duration: 00:29:33

http://www.filesonic.com/file/2300044871/BL4ck-Cl3an3r-St3tch3d.AVI

**Working with weights makes cocks big and long**
**Duration: 00:12:16**

**EXHIBIT B20 - 7**

http://www.filesonic.com/file/1596354004/W0rking_with_weights_makes_cocks.mpg

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip



**EXHIBIT B20 - 8**







**EXHIBIT B20 - 11**



File Name: RawRods - Domino Star _Jay Sean.mp4
File Size: 312.50 MB
Resolution: 854x484
Duration: 09:18:98









File Name: RawRods - Domino Star ,Jay Seus.mp4
File Size: 212.38 MB
Resolution: 854x484
Duration: 00:10:00

Pete and Will Bang

**EXHIBIT B20 - 14**



http://www.filesonic.com/file/1665694951/pete_4nd_will.flv



**EXHIBIT B20 - 15**



http://www.filesonic.com/file/1363983504/caligula_4.mp4

File: EbonyGayOrgy Bootz, D-Unit, Kid Maverick, T.Y..wmv
Size: 119394515 bytes (113.86 MiB), duration: 00:30:05, avg.bitrate: 529 kb/s
Audio: aac, 48000 Hz, mono (und)
Video: h264, yuv420p, 512x288, 29.97 fps(r) (und)

**EXHIBIT B20 - 16**



http://www.filesonic.com/file/1379050854/Bootz_D-Unit_Kid_Maverick_T.Y..wmv Maverick_T.Y.wmv



**EXHIBIT B20 - 17**



http://www.filesonic.com/file/1493578041/bey0nd-fcked-stoopid.mov

**EXHIBIT B20 - 18**



http://www.filesonic.com/file/2079535604/BLacksuck3r5.mpg



**EXHIBIT B20 - 19**



**EXHIBIT B20 - 20**



File: RAW SWAGGA Prod - Drown My Hole.wmv
Size: 2102004796 bytes (1.96 GiB), duration: 01:10:10, avg.bitrate: 3994 kb/s
Audio: wmav2, 48000 Hz, stereo, 192 kb/s
Video: wmv3, yuv420p, 848x480, 3800 kb/s, 29.97 fps(r)
Gay Err20

**EXHIBIT B20 - 21**



http://www.filesonic.com/file/1673841431/Dr0wn_My_H0le.wmv





**EXHIBIT B20 - 23**



**EXHIBIT B20 - 24**



http://www.filesonic.com/file/1685145484/Procurad0s.AVI







**EXHIBIT B20 - 27**



http://www.filesonic.com/file/1709416221/B0ttom.avi



















**EXHIBIT B20 - 36**

UPLOADHOUSE.COM  UPLOADHOUSE.COM

http://www.filesonic.com/file/4134333735/Hect0r#Full.mov

http://www.filesonic.com/file/1678262964/Hect0r_Washingt0n.flv

Oh Yes !  HD View Catalog No Virus. No spam. No Ad.

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

Click Here For Update Catalog

This is a Private email & is thus covered by Title 18, Part 1,
Chapter 47, Sec. 1030 U.S.C.

**COPYRIGHT NOTICE**
In accordance with Title 17 U.S.C. Section 107, any copyrighted work in this message is distributed under fair use without profit or payment to those who
have expressed a prior interest in receiving the included information for non-profit research and educational or criticism purposes only.
http://www.law.cornell.edu/uscode/17/107.shtml

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (2)

RECENT ACTIVITY:  New Members 19
Visit Your Group

*AFRICAN AND LATINO AMERICAN
FILE SHARING COMMUNITY.
{follow this theme with video, pic and music, interracial vids welcomed}
*PHOTOS N OUR GALLERY AND BY MAIL
*MEMBERS TALK FORUM AND MESSAGE BOARD
*AN ENTERTAINING FILES SECTION
{compare ours to other groups}
*ADULT PERSONALS
{on site or by mail}
*All Hosting Sites Are Welcome
Filesonic, Wupload, zShare etc.

Our Family
http://groups.yahoo.com/group/UrbanBrothers
{our flagship group}
http://groups.yahoo.com/group/UrbanLatino
{latin/black videos/photos only}
http://groups.yahoo.com/group/UrbanMuscle
{archived ent/info}
http://groups.yahoo.com/group/VarietyShow (str8)
{interracial file sharing}

EXHIBIT B20 - 37

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B21 - 1**

| | |
|---|---|
| **Subject:** | Re: [P–I–LOVE] DomRawTops |
| **From:** | Mike Anthony (baltquietfire@yahoo.com) |
| **To:** | P–I–LOVE@yahoogroups.com; |
| **Date:** | Saturday, October 8, 2011 2:45 PM |

Do you have the first one? Would love to see it.  This is part 2(still great,thanks).  Thanks for posting.

-- On **Sat, 10/8/11, neil kimura <ntki72@yahoo.com>** wrote:

From: neil kimura <ntki72@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Date: Saturday, October 8, 2011, 10:43 AM

Please post the last link again, it has been deleted. Thx

---

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops

Case: 1:12-cv-05844 Document #: 1-5 Filed: 07/24/12 Page 39 of 88 PageID #:258

**EXHIBIT B21 - 2**



Print

**EXHIBIT B21 - 3**



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com
/file/pxt9KP2%27

__-_-_-___

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (**6**)

**RECENT ACTIVITY:** **New Members 10**
Visit Your Group

**EXHIBIT B21 - 4**

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

__,_._,___

Print

**EXHIBIT B22 - 1**

| | |
|---|---|
| **Subject:** | [P-I-LOVE] Big Black Dick (Oron) |
| **From:** | BangerBull (alantos25@gmail.com) |
| **To:** | Abrazdert74893@myemailco.com; |
| **Bcc:** | P-I-LOVE@yahoogroups.com; |
| **Date:** | Thursday, December 8, 2011 9:52 PM |

Pic:
http://i31.fastpic.ru/big/2011/1209/e1/f0f76f1d47adb12dd00eeb10b4acc2e1.jpg

Download:
http://oron.com/folder/s75uq0fvyi

——·—·—·——
Reply to **sender** | Reply to **group** | Reply **via web post** | Start a New Topic
Messages in this topic (**1**)

RECENT ACTIVITY:   New Members **14**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo!
Toolbar now.**

 GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

——·—·—·——

**EXHIBIT B23 - 1**

| | |
|---|---|
| **Subject:** | Re: [P–I–LOVE] DomRawTops |
| **From:** | Mike Anthony (baltquietfire@yahoo.com) |
| **To:** | P–I–LOVE@yahoogroups.com; |
| **Date:** | Saturday, October 8, 2011 2:45 PM |

Do you have the first one? Would love to see it.  This is part 2(still great,thanks).  Thanks for posting.

--- On **Sat, 10/8/11, neil kimura *<ntki72@yahoo.com>*** wrote:

From: neil kimura <ntki72@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Date: Saturday, October 8, 2011, 10:43 AM

Please post the last link again, it has been deleted. Thx

---

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops

Case: 1:12-cv-05844 Document #: 1-5 Filed: 07/24/12 Page 44 of 88 PageID #:263

**EXHIBIT B23 - 2**



Case: 1:12-cv-05844 Document #: 1-5 Filed: 07/24/12 Page 45 of 88 PageID #:264

**EXHIBIT B23 - 3**



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com
/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (**6**)

**RECENT ACTIVITY:** **New Members 10**
Visit Your Group

**EXHIBIT B23 - 4**

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO! GROUPS**

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B24 - 1**

| | |
|---|---|
| **Subject:** | [P–I–LOVE] Re: DomRawTops |
| **From:** | biblacbuck (blogger0815@hotmail.com) |
| **To:** | P–I–LOVE@yahoogroups.com; |
| **Date:** | Sunday, October 9, 2011 7:38 AM |

Can these be reposted? They have all benn deleted.

--- In P-I-LOVE@yahoogroups.com, Don C <donho999_us@...> wrote:
>
> This is the link to part 1Â Â  http://www.fileserve.com/file/pxt9KP2
>
>
>
> _____
> From: Mozell Baptiste <slimazz@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Sent: Saturday, October 8, 2011 1:52 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> part 1 is no longer available....if u don't mind reposting???
>
>
>
>
> >_____
> >From: Corey Corey <coreydmia@...>
> >To: P-I-LOVE@yahoogroups.com
> >Sent: Friday, October 7, 2011 10:08 PM
> >Subject: [P-I-LOVE] DomRawTops
> >
> >
> >Â
> >
> >
> >
> >
> >http://www.fileserve.com/file/p94kkHgÂ
> >http://www.fileserve.com/file/2RadrvmÂ
> >http://www.fileserve.com/file/ArfQKw7Â
> >http://www.fileserve.com/file/pxt9KP2%27Â Â
> >
> >
> >
> >

___·_·_·____
Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (**9**)

**RECENT ACTIVITY:** **New Members 10**
Visit Your Group

Case: 1:12-cv-05844 Document #: 1-5 Filed: 07/24/12 Page 48 of 88 PageID #:267

**EXHIBIT B24 - 2**

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO! GROUPS**

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

__,_._,___

**EXHIBIT B25 - 1**

| | |
|---|---|
| From: | simple simple <simple9900x@yahoo.com> 📎 🚩 |
| Subject: | Re: [P-I-LOVE] MIX IT BOIS |
| Date: | November 11, 2011 8:03:07 PM EST |
| To: | "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com> |
| Reply-To: | P-I-LOVE@yahoogroups.com |

8 Attachments, 1.3 MB

can we get this fixed?

**From:** betcamus <betcamus@bellsouth.net>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Sunday, November 6, 2011 7:06 AM
**Subject:** Re: [P-I-LOVE] MIX IT BOIS

**Unfortunately, I keep getting a "copyright infringement" or "removed by uploader" message everytime I click the link.  I know if allot of people are trying to download/access it, then that message will get posted or the actual messages are true.  Just letting you know, thanks for sharing.**

To be honest, I just think I know everything, when in truth, I actually know nothing!!

----- Original Message -----
**From:** jonrgn@aol.com
**To:** p-i-love@yahoogroups.com
**Sent:** Friday, November 04, 2011 12:07 PM
**Subject:** [P-I-LOVE] MIX IT BOIS

LINK:
http://hotfile.com/dl/134208344/272f6c0/Chase_DeJuan_Micah.wmv.html







**EXHIBIT B25 - 4**



**EXHIBIT B25 - 5**



**EXHIBIT B25 - 6**

From: simple simple <simple9900x@yahoo.com>
Subject: Re: [P-I-LOVE] MIX IT BOIS
Date: November 11, 2011 8:03:07 PM EST
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: simple simple <simple9900x@yahoo.com>

can we get this fixed?

---

From: betcamus <betcamus@bellsouth.net>
To: P-I-LOVE@yahoogroups.com
Sent: Sunday, November 6, 2011 7:06 AM
Subject: Re: [P-I-LOVE] MIX IT BOIS

Unfortunately, I keep getting a "copyright
infringement" or "removed by uploader" message everytime I click the link.
I know if allot of people are trying to download/access it, then that message
will get posted or the actual messages are true.  Just letting you know,
thanks for sharing.

To be honest, I just think I know everything, when in truth, I actually
know nothing!!

----- Original Message -----
From: jonrgn@aol.com
To: p-i-love@yahoogroups.com
Sent: Friday, November 04, 2011 12:07  PM
Subject: [P-I-LOVE] MIX IT BOIS

LINK:
http://hotfile.com/dl/134208344/272f6c0/Chase_DeJuan_Micah.wmv.html

__.__._,___
Reply to sender | Reply to group | Reply via web post | Start a New Topic Messages in this topic (2)
Recent Activity:       * New Members 11        * New Photos 29      * New Links 2
Visit Your Group
MARKETPLACE
Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.<img width="1" height="1" alt="" src="http://us.bc.yahoo.com/b?P=fa4f9cde-089f-11e1-a30b-
efcb4a3cf96f&T=1d13q17st%2fX%3d1320601899%2fE%3d1705037705%2fR%3dgroups%2fK%3d5%2fV%3d2.1%2fW%3dH%2fY%3dYAHOO%2fF%3d2462439175%2fH%3dY29
udGVudD0iR3JvdXBzOOdlb2NpdGllcztGbGlja3I7TWVzc2VuZ2VyO0JyaWVmPzFzZTszNjA7TWFpbDtNZW1iZXJfRlGlyZWN0b3J5O1Bob3RvcztXZWJzaXRlX1NlcnZpZ2ZGlzYWJsZXNodWZmbGluZz0iMSIgc2VydmVyVJZD0iZmE0ZjljZGUtMDg5Zi0xMWUxLWEzMGItZWZjYjRhM2NmOTZmIiBzaXRlSWQ9IjQ0NTI1NTEiHRTdG1wPSIxMzIwIjAxODk5MD
E3Mjc4dIA-%2fQ%3d-1%2fS%3d1%2fJ%3d26228962&U=13c5nmbmq%2fN%3dLnm7H2KJiV0-
%2fC%3d493064.14543979.14562481.13298430%2fD%3dMKP1%2fB%3d6060255%2fV%3d1">

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use
.

__.__._,___

**EXHIBIT B25 - 7**

**From:** jonrgn@aol.com
**Subject:** [P-I-LOVE] MIX IT BOIS
**Date:** November 4, 2011 2:07:05 PM EDT
**To:** p-i-love@yahoogroups.com
**Reply-To:** P-I-LOVE@yahoogroups.com

8 Attachments, 1.3 MB

LINK:
http://hotfile.com/dl/134208344/272f6c0/Chase_DeJuan_Micah.wmv.html











EXHIBIT B25 - 11

**From:** "betcamus" <betcamus@bellsouth.net>
**Subject:** Re: [P-I-LOVE] MIX IT BOIS
**Date:** November 6, 2011 7:06:55 AM EST
**To:** <P-I-LOVE@yahoogroups.com>
**Reply-To:** P-I-LOVE@yahoogroups.com

8 Attachments, 1.3 MB

**Unfortunately, I keep getting a "copyright infringement" or "removed by uploader" message everytime I click the link.  I know if allot of people are trying to download/access it, then that message will get posted or the actual messages are true.  Just letting you know, thanks for sharing.**

To be honest, I just think I know everything, when in truth, I actually know nothing!!

----- Original Message -----
**From:** jonrgn@aol.com
**To:** p-i-love@yahoogroups.com
**Sent:** Friday, November 04, 2011 12:07 PM
**Subject:** [P-I-LOVE] MIX IT BOIS

LINK:
http://hotfile.com/dl/134208344/272f6c0/Chase_DeJuan_Micah.wmv.html





**EXHIBIT B25 - 13**



# EXHIBIT B25 - 14



Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (**2**)

**RECENT ACTIVITY:**  **New Members 11** | **New Photos 29** | **New Links 2**
Visit Your Group

MARKETPLACE
**Stay on top of your group activity without leaving the page you're on – Get the Yahoo! Toolbar now.**

YAHOO! GROUPS                                    Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!

**EXHIBIT B25 - 15**

Penn State ties aplenty at Sandusky trial

Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B26 - 1**

| | |
|---|---|
| **From:** | Tyler Raymond <traymond6060@yahoo.com> |
| **Subject:** | Re: [P-I-LOVE] DomRawTops |
| **Date:** | October 13, 2011 1:22:02 PM EDT |
| **To:** | "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com> |
| **Reply-To:** | P-I-LOVE@yahoogroups.com |

## WILL SOMEONE REPOST THIS FILE PLEASE!!!!!!!

**From: Corey Corey <coreydmia@yahoo.com>**

**To:** P-I-LOVE@yahoogroups.com

**Sent:** Saturday, October 8, 2011 1:08 AM

**Subject:** [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (13)

**RECENT ACTIVITY:** **New Members 9**
Visit Your Group

EXHIBIT B26 - 2

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on – Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
Mom arrested after cheering at graduation

Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B26 - 3**

From: Don C <donho999_us@yahoo.com>
Subject: Re: [P-I-LOVE] Re: DomRawTops
Date: October 10, 2011 6:23:32 PM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

Anyone who missed the link, email direct donho999
_us@yahoo.com

---

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Monday, October 10, 2011 10:43 AM
Subject: [P-I-LOVE] Re: DomRawTops

Sorry the links have been deleted by fileserve and i have already deleted them from my computer. I did repost link one previously sorry you missed the post

--- In P-I-LOVE@yahoogroups.com, rhythme101@... wrote:
>
>
>
>
> Hey I feel Like Im the only one now that doesnt have PART 1 been trying but the link doesnt appear to be working for I have the other 3 parts...
>
>
> _____
> From: Don C <donho999_us@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Cc: "slimazz@..." <slimazz@...>
> Sent: Saturday, October 8, 2011 4:18 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> This is the link to part 1 Â  Â  http://www.fileserve.com/file/pxt9KP2
>
>
>
> _____
> From: Mozell Baptiste <slimazz@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Sent: Saturday, October 8, 2011 1:52 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> part 1 is no longer available....if u don't mind reposting???
>
>
>
> >_____
> >From: Corey Corey <coreydmia@...>
> >To: P-I-LOVE@yahoogroups.com
> >Sent: Friday, October 7, 2011 10:08 PM
> >Subject: [P-I-LOVE] DomRawTops
> >
> >
> >Â
> >

**EXHIBIT B26 - 4**

```
> >
> >
> >
> >http://www.fileserve.com/file/p94kkHgÂ
> >http://www.fileserve.com/file/2RadrvmÂ
> >http://www.fileserve.com/file/ArfQKw7Â
> >http://www.fileserve.com/file/pxt9KP2%27Â Â
> >
> >
> >
>
```

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (12)

**RECENT ACTIVITY:** New Members 10
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on – Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

# EXHIBIT B26 - 5

| | |
|---|---|
| **From:** | "Corey Corey" <coreydmia@yahoo.com> |
| **Subject:** | [P-I-LOVE] DomRawTops |
| **Date:** | October 8, 2011 1:08:50 AM EDT |
| **To:** | P-I-LOVE@yahoogroups.com |
| **Reply-To:** | P-I-LOVE@yahoogroups.com |



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2

Reply to **sender** | Reply to **group** | Reply **via web post** | Start a New Topic
Messages in this topic (1)

**RECENT ACTIVITY:** New Members **10**
Visit Your Group

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

# EXHIBIT B26 - 6

**TODAY** *(Beta)* • Powered by Yahoo!

[Why you can't get that job you want](#)

[Get Yahoo Search App!](#) • [Privacy Policy](#)

Search the Web

# EXHIBIT B26 - 7

From: Tyler Raymond <traymond6060@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 8:22:52 AM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

The first file of the move will not down load

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Saturday, October 8, 2011 1:08 AM
Subject: [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (2)

RECENT ACTIVITY:  New Members **10**
Visit Your Group

EXHIBIT B26 - 8

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B26 - 9**

| | |
|---|---|
| From: | "Corey Corey" <coreydmia@yahoo.com> |
| Subject: | [P-I-LOVE] Re: DomRawTops  FIXED |
| Date: | October 8, 2011 1:48:25 PM EDT |
| To: | P-I-LOVE@yahoogroups.com |
| Reply-To: | P-I-LOVE@yahoogroups.com |

## http://www.fileserve.com/file/p94kkHg
## http://www.fileserve.com/file/2Radrvm
## http://www.fileserve.com/file/ArfQKw7
## http://www.fileserve.com/file/pxt9KP2

--- In P-I-LOVE@yahoogroups.com, Tyler Raymond <traymond6060@...> wrote:
>
> The first file of the move will not down load
> Â
>
> From: Corey Corey coreydmia@...
> To: P-I-LOVE@yahoogroups.com
> Sent: Saturday, October 8, 2011 1:08 AM
> Subject: [P-I-LOVE] DomRawTops
>
>
> Â
>
>
>
>
> http://www.fileserve.com/file/p94kkHgÂ
> http://www.fileserve.com/file/2RadrvmÂ
> http://www.fileserve.com/file/ArfQKw7Â
> http://www.fileserve.com/file/pxt9KP2%27Â Â
>

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (3)

RECENT ACTIVITY:   New Members 10
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B26 - 10**

| | |
|---|---|
| **From:** | neil kimura <ntki72@yahoo.com> |
| **Subject:** | Re: [P-I-LOVE] DomRawTops |
| **Date:** | October 8, 2011 10:43:14 AM EDT |
| **To:** | "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com> |
| **Reply-To:** | P-I-LOVE@yahoogroups.com |

Please post the last link again, it has been deleted. Thx

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (4)

RECENT ACTIVITY:   New Members **10**
Visit Your Group

MARKETPLACE

EXHIBIT B26 - 11

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
Lasorda resting after minor heart attack

Get Yahoo Search App! • Privacy Policy

Search the Web

# EXHIBIT B26 - 12

| | |
|---|---|
| **From:** | "Corey Corey" <coreydmia@yahoo.com> |
| **Subject:** | [P-I-LOVE] Re: DomRawTops |
| **Date:** | October 8, 2011 2:14:30 PM EDT |
| **To:** | P-I-LOVE@yahoogroups.com |
| **Reply-To:** | P-I-LOVE@yahoogroups.com |

the new links work fine

--- In P-I-LOVE@yahoogroups.com, neil kimura <ntki72@...> wrote:
>
> Please post the last link again, it has been deleted. Thx
>
>
>
> _____
> From: Corey Corey <coreydmia@...>
> To: P-I-LOVE@yahoogroups.com
> Sent: Friday, October 7, 2011 10:08 PM
> Subject: [P-I-LOVE] DomRawTops
>
>
> Â
>
>
>
> http://www.fileserve.com/file/p94kkHgÂ
> http://www.fileserve.com/file/2RadrvmÂ
> http://www.fileserve.com/file/ArfQKw7Â
> http://www.fileserve.com/file/pxt9KP2%27Â Â
>

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (5)

**RECENT ACTIVITY:** New Members **10**
Visit Your Group

MARKETPLACE
**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

 GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

# EXHIBIT B26 - 13

**From:** Mike Anthony <baltquietfire@yahoo.com>
**Subject:** Re: [P-I-LOVE] DomRawTops
**Date:** October 8, 2011 2:45:20 PM EDT
**To:** P-I-LOVE@yahoogroups.com
**Reply-To:** P-I-LOVE@yahoogroups.com

Do you have the first one? Would love to see it. This is part 2(still great,thanks). Thanks for posting.

--- On **Sat, 10/8/11, neil kimura <ntki72@yahoo.com>** wrote:

From: neil kimura <ntki72@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Date: Saturday, October 8, 2011, 10:43 AM

Please post the last link again, it has been deleted. Thx

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7

EXHIBIT B26 - 14

http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (6)

**RECENT ACTIVITY:** **New Members 10**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
'Dancing' winner's classy move thrills boy
Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B26 - 15**

From: Mozell Baptiste <slimazz@sbcglobal.net>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 2:52:11 PM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

part 1 is no longer available....if u don't mind reposting???

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Friday, October 7, 2011 10:08 PM
Subject: [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (7)

RECENT ACTIVITY: **New Members 10**
Visit Your Group

EXHIBIT B26 - 16

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
Make the most of these 14 seconds

Get Yahoo Search App! • Privacy Policy

Search the Web

# EXHIBIT B26 - 17

From: Don C <donho999_us@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 4:18:22 PM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Cc: "slimazz@sbcglobal.ne" <slimazz@sbcglobal.ne>
Reply-To: P-I-LOVE@yahoogroups.com

This is the link to part 1   http://www.fileserve.com/file/pxt9KP2

From: Mozell Baptiste <slimazz@sbcglobal.net>
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Sent: Saturday, October 8, 2011 1:52 PM
Subject: Re: [P-I-LOVE] DomRawTops

part 1 is no longer available....if u don't mind reposting???

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Friday, October 7, 2011 10:08 PM
Subject: [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7

http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (8)

RECENT ACTIVITY: **New Members 10**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
Teen runner's extreme act of sportsmanship

Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B26 - 19**

From: simple simple <simple9900x@yahoo.com>
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 8, 2011 5:14:56 PM EDT
To: "P-I-LOVE@yahoo.com" <P-I-LOVE@yahoogroups.com>
Reply-To: simple simple <simple9900x@yahoo.com>

im having a problem, can someone help me, ? is one of the links bad?

From: Don C <donho999_us@yahoo.com>
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Cc: "slimazz@sbcglobal.ne" <slimazz@sbcglobal.ne
Sent: Saturday, October 8, 2011 4:18 PM
Subject: Re: [P-I-LOVE] DomRawTops

This is the link to part 1  http://www.fileserve.com/file/pxt9KP2

From: Mozell Baptiste <slimazz@sbcglobal.net>
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Sent: Saturday, October 8, 2011 1:52 PM
Subject: Re: [P-I-LOVE] DomRawTops

part 1 is no longer available....if u don't mind reposting???

From: Corey Corey <coreydmia@yahoo.com>
To: P-I-LOVE@yahoogroups.com
Sent: Friday, October 7, 2011 10:08 PM
Subject: [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm

**EXHIBIT B26 - 20**

http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (8)

RECENT ACTIVITY:   **New Members 10**
Visit Your Group

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B26 - 21**

From: "biblacbuck" <blogger0815@hotmail.com>
Subject: [P-I-LOVE] Re: DomRawTops
Date: October 9, 2011 7:38:30 AM EDT
To: P-I-LOVE@yahoogroups.com
Reply-To: P-I-LOVE@yahoogroups.com

Can these be reposted? They have all benn deleted.

--- In P-I-LOVE@yahoogroups.com, Don C <donho999_us@...> wrote:
>
> This is the link to part 1Â Â http://www.fileserve.com/file/pxt9KP2
>
>
>
> _____
> From: Mozell Baptiste <slimazz@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Sent: Saturday, October 8, 2011 1:52 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> part 1 is no longer available....if u don't mind reposting???
>
>
>
> _____
> >From: Corey Corey <coreydmia@...>
> >To: P-I-LOVE@yahoogroups.com
> >Sent: Friday, October 7, 2011 10:08 PM
> >Subject: [P-I-LOVE] DomRawTops
> >
> >
> >Â
> >
> >
> >
> >http://www.fileserve.com/file/p94kkHgÂ
> >http://www.fileserve.com/file/2RadrvmÂ
> >http://www.fileserve.com/file/ArfQKw7Â
> >http://www.fileserve.com/file/pxt9KP2%27Â Â
> >
> >
> >
> >

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (9)

RECENT ACTIVITY: New Members 10
Visit Your Group

MARKETPLACE
Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B26 - 22**

From: rhythme101@yahoo.com
Subject: Re: [P-I-LOVE] DomRawTops
Date: October 10, 2011 1:49:34 AM EDT
To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
Reply-To: P-I-LOVE@yahoogroups.com

Hey I feel Like Im the only one now that doesnt have PART 1 been trying but the link doesnt appear to be working for I have the other 3 parts...

**From:** Don C <donho999_us@yahoo.com>
**To:** "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
**Cc:** "slimazz@sbcglobal.ne" <slimazz@sbcglobal.ne>
**Sent:** Saturday, October 8, 2011 4:18 PM
**Subject:** Re: [P-I-LOVE] DomRawTops

This is the link to part 1  http://www.fileserve.com/file/pxt9KP2

**From:** Mozell Baptiste <slimazz@sbcglobal.net>
**To:** "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
**Sent:** Saturday, October 8, 2011 1:52 PM
**Subject:** Re: [P-I-LOVE] DomRawTops

part 1 is no longer available....if u don't mind reposting???

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (**10**)

**RECENT ACTIVITY:** **New Members** **9**
Visit Your Group

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**TODAY** *(Beta)* • Powered by Yahoo!
Girlfriend: When Seacrest made me blush

Get Yahoo Search App! • Privacy Policy

Search the Web

**EXHIBIT B26 - 24**

From: "Corey Corey" <coreydmia@yahoo.com>
Subject: [P-I-LOVE] Re: DomRawTops
Date: October 10, 2011 11:43:01 AM EDT
To: P-I-LOVE@yahoogroups.com
Reply-To: P-I-LOVE@yahoogroups.com

---

Sorry the links have been deleted by fileserve and i have already deleted them from my computer. I did repost link one previously sorry you missed the post

--- In P-I-LOVE@yahoogroups.com, rhythme101@... wrote:
>
>
>
> Hey I feel Like Im the only one now that doesnt have PART 1 been trying but the link doesnt appear to be working for I have the other 3 parts...
>
>
> _____
> From: Don C <donho999_us@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Cc: "slimazz@..." <slimazz@...>
> Sent: Saturday, October 8, 2011 4:18 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> This is the link to part 1Â Â  http://www.fileserve.com/file/pxt9KP2
>
>
> _____
> From: Mozell Baptiste <slimazz@...>
> To: "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
> Sent: Saturday, October 8, 2011 1:52 PM
> Subject: Re: [P-I-LOVE] DomRawTops
>
>
> Â
> part 1 is no longer available....if u don't mind reposting???
>
>
>
> >_____
> >From: Corey Corey <coreydmia@...>
> >To: P-I-LOVE@yahoogroups.com
> >Sent: Friday, October 7, 2011 10:08 PM
> >Subject: [P-I-LOVE] DomRawTops
> >
> >
> >Â
> >
> >
> >
> > http://www.fileserve.com/file/p94kkHgÂ
> > http://www.fileserve.com/file/2RadrvmÂ
> > http://www.fileserve.com/file/ArfQKw7Â
> > http://www.fileserve.com/file/pxt9KP2%27Â Â
> >
> >
> >
> >

Reply to sender | Reply to group | Reply via web post | Start a New Topic
Messages in this topic (11)

RECENT ACTIVITY:  New Members 10
Visit Your Group

MARKETPLACE
Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.

EXHIBIT B26 - 25

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use