**EXHIBIT B1 - 1**

| | |
|---|---|
| **From:** | Black Chest <black.69chest@gmail.com> |
| Subject: | Mail @ Urban Latino HD_Muscle-Marcel0Martins#Vict0rZavatt [1 Attachment] |
| Date: | January 20, 2012 7:06:14 PM EST |
| To: | undisclosed-recipients:; |
| Bcc: | UrbanLatino@yahoogroups.com |

[Attachment(s) from Black Chest included below]

File Name: Young_twinks_painful.flv
File Size: 72,9 MB (76507381 bytes)
Resolution: 526x394
Duration: 00:20:00



http://www.filesonic.com/file/u0TEcB9/Y0ung#Pa1nful.flv

EXHIBIT B1 - 2



**EXHIBIT B1 - 3**





# EXHIBIT B1 - 5



http://www.filesonic.com/file/yUXS0C2/Marcel0Martins#Vict0rZavatt.mp4

File: Got Juice CD2.avi
Size: 733495296 bytes (699,52 MiB), duration: 00:48:06, avg.bitrate: 2033 kb/s
Audio: mp3, 48000 Hz, stereo, 128 kb/s
Video: mpeg4, yuv420p, 640x464, 29,97 fps(r)
Poster  :

**EXHIBIT B1 - 6**



**EXHIBIT B1 - 7**



http://www.filesonic.com/file/RvtAuzG/G0t_Ju1ce#p2.avi

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip



**EXHIBIT B1 - 8**



EXHIBIT B1 - 9





http://www.filesonic.com/file/4313796465/BIR-Fck#F1ght.mov







http://www.filesonic.com/file/4314286164/D0RM-LIFEV2O#D0UBLEX.mkv

http://www.filesonic.com/file/U8OK0wI/HD-View-Catalog_More_2500_VDO.zip

File: The Obedient Student.wmv
Size: 76736897 bytes (73.18 MiB), duration: 00:16:51, avg.bitrate: 607 kb/s
Audio: wmav2, 48000 Hz, stereo, 128 kb/s
Video: wmv3, yuv420p, 320x240, 464 kb/s, 25.00 fps(r)



**EXHIBIT B1 - 13**



http://www.filesonic.com/file/4202518825/0bedient#Student.wmv



Filename: Take that dick Son.mpg
File size: 326.84 MB
Properties: 720x480
Length: 00:16:10

http://www.filesonic.com/file/4202030254/Take_that_d1ck#S0n.mpg

http://www.filesonic.com/file/U8OK0wI/HD-View-Catalog_More_2500_VDO.zip

**EXHIBIT B1 - 14**



File Name: 1RDSFCK.asf
File Size: 121MB (127742791 bytes)
Resolution: 320x240
Duration: 00:36:06

http://2.bp.blogspot.com/_WEzUgUtGX6Y/TEYtHSAc0UI/AAAAAAAABgM/Vlj8PJ6objE/s1600/1RDSFCK.jpg

http://www.filesonic.com/file/2827248745/Thr33_Blk_C0cks_P4rk.asf

**EXHIBIT B1 - 15**



http://2.bp.blogspot.com/_WEzUgUtGX6Y/TNwC07GojWI/AAAAAAAAB8A/EgggNJ7jryU/s1600/ANRCLP211JY.jpg

http://www.filesonic.com/file/2827180275/L1eDown#W3-willDoTheR3st.wmv

http://www.filesonic.com/file/U8OK0wI/HD-View-Catalog_More_2500_VDO.zip

File: 4BLKANR0SAPR.mov
Size: 83928690 bytes (80.04 MiB), duration: 00:13:59, avg.bitrate: 800 kb/s
Audio: aac, 48000 Hz, stereo (eng)
Video: h264, yuv420p, 550x320, 29.97 fps(r) (eng)



**EXHIBIT B1 - 16**



# EXHIBIT B1 - 17



http://www.filesonic.com/file/2827849875/Fck1ng#CummingAllNight.mov

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

File: 1BLKANR02APR.wmv
Size: 128909092 bytes (122.94 MiB), duration: 01:01:10, avg.bitrate: 281 kb/s
Audio: wmav2, 32000 Hz, stereo, 32 kb/s
Video: wmv3, yuv420p, 320x240, 241 kb/s, 29.97 fps(r)

**EXHIBIT B1 - 18**



**EXHIBIT B1 - 19**

http://www.filesonic.com/file/2941888865/Jack-Off_Relieve#Stress.wmv





http://www.filesonic.com/file/1805971351/D0rmLife19#NightVisi0n.avi
http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

**EXHIBIT B1 - 20**



File Name: DormLife17.avi
File Size: 1.17 GB (1258911744 bytes)
Resolution: 512x384
Duration: 02:01:09



**EXHIBIT B1 - 21**



http://www.filesonic.com/file/2014629911/D0rmLife#17.avi



**EXHIBIT B1 - 22**





**EXHIBIT B1 - 24**

File: Dorm Life 15 - After School Fuck Sessions.wmv
Size: 1848620790 bytes (1,72 GiB), duration: 01:56:30, avg.bitrate: 2116 kb/s
Audio: wmav2, 44100 Hz, stereo, 128 kb/s
Video: wmv3, yuv420p, 640x480, 1974 kb/s, 29,97 fps(r)
Gay ErrID

http://www.filesonic.com/file/1708031701/D0rmLife#15.wmv

**EXHIBIT B1 - 25**

File: Flava Works - Dorm Life 14 - The Dick Down.avi
Size: 1752992296 bytes (1.63 GiB), duration: 01:56:31, avg.bitrate: 2006 kb/s
Audio: mp3, 48000 Hz, stereo, 192 kb/s
Video: mpeg4, yuv420p, 720x540, 29.97 fps(r)
Gay ErrIO



**EXHIBIT B1 - 26**



http://www.filesonic.com/file/1692254631/D0rm_L1fe#14.avi

**EXHIBIT B1 - 27**



EXHIBIT B1 - 28



**EXHIBIT B1 - 29**

http://www.filesonic.com/file/2001810004/D0rmL1fe#12.avi

File: DormLife6.avi
Size: 1049597952 bytes (1000.97 MiB), duration: 01:50:06, avg.bitrate: 1271 kb/s
Audio: ac3, 48000 Hz, stereo, 192 kb/s
Video: mpeg4, yuv420p, 384x288, 29.97 fps(r)
Hello, World

**EXHIBIT B1 - 30**



http://www.filesonic.com/file/1840585034/D0rmL1fe#6.avi

Oh Yes !Â  HD View Catalog No Virus, No spam, No Ad.

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

Click Here For Update Catalog

This is a Private email & is thus covered by Title 18, Part 1,
Chapter 47, Sec. 1030 U.S.C.

**COPYRIGHT NOTICE**
In accordance with Title 17 U.S.C. Section 107, any copyrighted work in this message is distributed under fair use without profit or payment to those who

# EXHIBIT B1 - 31

have expressed a prior interest in receiving the included information for non-profit research and educational or criticism purposes only.
http://www.law.cornell.edu/uscode/17/107.shtml

**Attachment(s) from Black Chest**

**1 of 1 File(s)**

 HD-View-Catalog_More2500.zip

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (1)

| RECENT ACTIVITY: | New Members 20 |
|---|---|
| Visit Your Group | |

\*OUR MOSTLY LATIN FILE SHARING AND PHOTO COMMUNITY
{ including Spaniard and Brazilian shares }
{Latin Interracial video, meaning brown and other}
{African American videos welcomed}
\*NO BLACK AND WHITE INTERRACIAL VIDEO OR MOVIES
{Adult pictures and video ONLY}
{ NO Hollywood or Gay film - group links or info}
{ off topic items will be removed from mail}
\*POST YOUR PHOTOS IN OUR GALLERY OR BY MAIL
{follow our Latin-Black theme when doing so by mail}
\*POST YOUR PERSONALS IN APPLICATIONS
\*SPAM and VIRUS-free E-MAIL, MODERATED 4 Privacy and Safety
\*CHECK OUR MESSAGE ARCHIVE FOR MISSED VIDEOS AND MOVIES

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

**EXHIBIT B1 - 32**

**From:** Black Chest <black.69chest@gmail.com>
**Subject:** Urban Latino - Movies and Photos HD_Flavor-Put_1t_1n#me [1 Attachment]
**Date:** December 25, 2011 3:16:55 PM EST
**To:** undisclosed-recipients:;
**Bcc:** UrbanLatino@yahoogroups.com

[Attachment(s) from Black Chest included below]

**Merry Christmas** and a **Happy New Year.**
**Oh Yes !  HD View Catalog No Virus. No spam. No Ad.**

http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

**Click Here For Update Catalog**





Filename: Put it in me.mpg
File size: 294.26 MB
Properties: 720x480
Length: 00:12:59



http://www.filesonic.com/file/3026571994/Put_1t_1n#me.mpg

File: Taggaz -Jun2011- Stoned (Stone & Adonis) (3).flv
Size: 51091221 bytes (48,72 MiB), duration: 00:09:28, avg.bitrate: 720 kb/s
Audio: mp3, 44100 Hz, mono, 80 kb/s
Video: flv, yuv420p, 480x270, 30,00 fps(r)

http://www.filesonic.com/file/4136489374/St0ne#Ad0n1s.rar





**EXHIBIT B1 - 37**



http://www.filesonic.com/file/4155037834/R4w.R0d3_chunk#2.avi
http://www.filesonic.com/file/4028784154/R4w.R0d3_chunk#1.avi



File Name:                    RawRods5-DeepImpact.avi
File Size: 1002MB (1051655610 bytes)
Resolution: 720x480
Duration: 01:44:29



http://www.filesonic.com/file/1805785041/RawR0ds5#D33pImpact.avi





**EXHIBIT B1 - 41**



Raw Rods 8 - Flood That Booty.wmv
Duration: 01:49:46 Filesize: 1647.69 MB
VIDEO: 848x480 at 29.970 fps, VC-1@ WMV3, 1961 Kbps
AUDIO: Russian 48.0 KHz, WMA, 2 ch, 128 Kbps







**EXHIBIT B1 - 43**



http://www.filesonic.com/file/4144900384/R4wR0ds8_Fl00d#B00ty.wmv

Merry Christmas and a Happy New Year.
Oh Yes ! HD View Catalog No Virus. No spam. No Ad.
http://www.filesonic.com/file/U8OK0wl/HD-View-Catalog_More_2500_VDO.zip

Click Here For Update Catalog

```
This is a Private email & is thus covered by Title 18, Part 1,
Chapter 47, Sec. 1030 U.S.C.
```

**\*\*COPYRIGHT NOTICE\*\***
In accordance with Title 17 U.S.C. Section 107, any copyrighted work in this message is distributed under fair use without profit or payment to those who have expressed a prior interest in receiving the included information for non-profit research and educational or criticism purposes only.
http://www.law.cornell.edu/uscode/17/107.shtml

**Attachment(s) from Black Chest**

**1 of 1 File(s)**

 HD-View-Catalog_25-Dec.zip

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (1)

**RECENT ACTIVITY:** **New Members 17**
Visit Your Group

```
*OUR MOSTLY LATIN FILE SHARING AND PHOTO COMMUNITY
{ including spaniard and brazilian shares }
{latin interracial video, meaning brown and other}
{african american videos welcomed}
{adult entertainment only}
{ no hollywood movies - group links or info}
{ off topic items will be removed from mail}
*POST YOUR PHOTOS IN OUR GALLERY OR BY MAIL
{follow our latin-black theme when doing so by mail}
*POST YOUR PERSONALS IN APPLICATIONS
*SPAM and VIRUS-free E-MAIL, MODERATED 4 Privacy and Safety
*CHECK OUR MESSAGE ARCHIVE FOR MISSED VIDEOS AND MOVIES
```

**MARKETPLACE**

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

**YAHOO!** GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

# EXHIBIT B2 - 1

| | |
|---|---|
| **Subject:** | Re: [P–I–LOVE] DomRawTops |
| **From:** | Mozell Baptiste (slimazz@sbcglobal.net) |
| **To:** | P–I–LOVE@yahoogroups.com; |
| **Date:** | Saturday, October 8, 2011 2:52 PM |

part 1 is no longer available....if u don't mind reposting???

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops



**EXHIBIT B2 - 2**



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

__.__.__.___

Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic **(7)**

**RECENT ACTIVITY:** **New Members 10**
Visit Your Group

**MARKETPLACE**

**EXHIBIT B2 - 3**

**Stay on top of your group activity without leaving the page you're on. Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

__·_·_·___

**EXHIBIT B2 - 4**

| | |
|---|---|
| **Subject:** | Re: [P–I–LOVE] DomRawTops |
| **From:** | Don C (donho999_us@yahoo.com) |
| **To:** | P–I–LOVE@yahoogroups.com; |
| **Cc:** | slimazz@sbcglobal.ne; |
| **Date:** | Saturday, October 8, 2011 4:18 PM |

This is the link to part 1    http://www.fileserve.com/file/pxt9KP2

**From:** Mozell Baptiste <slimazz@sbcglobal.net>
**To:** "P-I-LOVE@yahoogroups.com" <P-I-LOVE@yahoogroups.com>
**Sent:** Saturday, October 8, 2011 1:52 PM
**Subject:** Re: [P-I-LOVE] DomRawTops

part 1 is no longer available....if u don't mind reposting???

**From:** Corey Corey <coreydmia@yahoo.com>
**To:** P-I-LOVE@yahoogroups.com
**Sent:** Friday, October 7, 2011 10:08 PM
**Subject:** [P-I-LOVE] DomRawTops

**EXHIBIT B2 - 5**



**EXHIBIT B2 - 6**



http://www.fileserve.com/file/p94kkHg
http://www.fileserve.com/file/2Radrvm
http://www.fileserve.com/file/ArfQKw7
http://www.fileserve.com/file/pxt9KP2%27

__._,_.___
Reply to **sender** | Reply to **group** | Reply **via web post** | **Start a New Topic**
Messages in this topic (**8**)

**RECENT ACTIVITY:**  **New Members 10**
Visit Your Group

6/19/2012 12:37 PM

**EXHIBIT B2 - 7**

MARKETPLACE

**Stay on top of your group activity without leaving the page you're on - Get the Yahoo! Toolbar now.**

YAHOO! GROUPS

Switch to: Text-Only, Daily Digest • Unsubscribe • Terms of Use

___,_._,___

Print

# EXHIBIT B3 - 1

| | |
|---|---|
| **Subject:** | [M4MWL_Black_Men] BLACK_HOLE_DRILLS |
| **From:** | pi so (sopi9070@gmail.com) |
| **To:** | |
| **Bcc:** | men4men_who_love_black_men@yahoogroups.com; |
| **Date:** | Wednesday, April 4, 2012 8:48 PM |

PREVIEW LINK:
http://raizelnet.org/show.php/8002_black-hole-drills.jpg.html



DOWNLOAD LINK:

i-FileZ:
http://i-filez.com/downloads/i/522959/f/BLACK_HOLE_DRILLS.avi.html

Print

## EXHIBIT B4 - 1

| Subject: | [M4MWL_Black_Men] Storm_Cumming |
|---|---|
| From: | datu white (datuwhite@gmail.com) |
| To: | |
| Bcc: | men4men_who_love_black_men@yahoogroups.com; |
| Date: | Tuesday, April 3, 2012 1:53 AM |

**Image Link:**

http://raizelnet.org/show.php/7882_storm-cumming.jpg.html



**Download Link:**

**Filepost:**
http://filepost.com/files/7m5e191m/Storm_Cumming.mp4/

Print

**EXHIBIT B5 - 1**

| | |
|---|---|
| **Subject:** | [M4MWL_Black_Men] Anal_RAW |
| **From:** | MrMuscle 3M (1016dudz@gmail.com) |
| **To:** | |
| **Bcc:** | men4men_who_love_black_men@yahoogroups.com; |
| **Date:** | Wednesday, April 4, 2012 4:00 AM |

**Image Link:**

http://raizelnet.org/show.php/7959_anal-raw.jpg.html



**Download Link:**

**Filepost:**
http://filepost.com/files/bd39b866/Anal_RAW.avi/