UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc.,                                )
                                                  )
        Plaintiff,                        ) Case No. 1:12-cv-05844
                                                  )
                                                  )
                                                  )
                                                  )
                                                  )
John Doe Nos. 1 to 26,                            )
FF Magnat Limited d/b/a Oron.com,                 )
Earnwell Hong Kong LTD d/b/a Filesonic.com,       )
Maxim Bochenko a/k/a Roman Romanov,               )
                                                  )
        Defendants.                       )

## AFFIDAVIT OF PHILLIP BLEICHER

I, Phillip Bleicher, having been duly sworn, attests as follows:

1. I am a resident of Illinois and, if called as a witness, I can attest to the following:

2. I am the CEO of Flava Works, Inc.

3. Plaintiff is a corporation that produces adult entertainment in the form of DVDs, magazines, websites, pictures, streaming video and various other media.

4. Defendants, John Does 1-26 are members of the following Yahoo! groups:

    http://groups.yahoo.com/group/P-I-LOVE

    http://groups.yahoo.com/group/oron-links

    http://groups.yahoo.com/group/UrbanLatino

    http://groups.yahoo.com/group/UrbanBrothers

    http://groups.yahoo.com/group/men4men_who_love_black_men

http://groups.yahoo.com/group/blkloverboyz/

The primary purpose for these six Yahoo! groups is for illegal copyright file sharing.

5. I investigated and gathered evidence against the Defendants.

6. I observed members of the aforesaid Yahoo! groups sharing Flava Works, Inc.'s copyrighted content with the groups' members via email.

7. I observed members of the aforesaid Yahoo! groups sending emails with links to copies of Flava Works, Inc.'s copyrighted content on file-sharing websites and the copyrighted images from the Flava Works, Inc.'s videos.

8. I observed the aliases and email addresses of certain members of the aforesaid Yahoo! Groups.

9. I observed the members of certain Yahoo! Groups copy other Yahoo! groups whose purpose is for illegal copyright file sharing on their emails.

10. I observed the email exchanges of members in these other Yahoo! groups.

11. On information and belief, Yahoo! should have the IP address for each Defendant and other information and data, including the IP log. An individual has to create a Yahoo! ID access the group.

12. The unique IP address for each Defendant can be used to identify the Internet Service Provider ("ISP").

13. Once the ISP is identified, Plaintiff can issue a subpoena to the ISP for information and data on each Defendant to identify Defendant's real name and address via the

ISP subscriber's activity log files.

14. On information and belief, the log files of a subscriber activities are retained for only a limited period of time.

FURTHER AFFIANT SAYETH NOT.

_____
I, Phillip Bleicher, declare under penalty of perjury under the laws of the United States of America that the foregoing answers to interrogatories are true and correct, pursuant to Title 28, Section 1746.

Executed on September 20, 2012

Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996