UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
|           Plaintiff, | ) Case No. 1:12-cv-05844 |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| Maxim Bochenko a/k/a Roman Romanov, | ) |
|           Defendants. | ) |

**NOTICE OF MOTION**

To: Counsel of Record (no Defendant has appeared).

Please take notice that on September 26, 2012 at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him in Room 1703 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion for Leave to Take Limited and Expedited Discovery, a copy of which is served upon you.

Dated: September 20, 2012

Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September, 2012 I caused to be served a true and correct copy of the foregoing Notice of Plaintiff's Motion by causing copies of same to be served to electronically on all counsel of record for all parties who have appeared (no Defendant has appeared).

> Respectfully submitted,
> /s/ Meanith Huon
> Meanith Huon
> PO Box 441
> Chicago, Illinois 60690
> Phone: (312) 405-2789
> E-mail: huon.meanith@gmail.com
> IL ARDC. No.: 6230996