UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
|                 Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| Maxim Bochenko a/k/a Roman Romanov, | ) |
|                 Defendants. | ) |

**NOTICE OF FILING**

    Please take notice that on or before September 26, 2012, Plaintiff, Flava Works, Inc., has filed the following documents or items:

    1.    Return of service on Defendants, FF Magnat Limited d/b/a Oron.com and Maxim Bochenko a/k/a Roman Romanov.

    The documents or items have been or are being electronically served on all counsel of record for all parties.

                Respectfully submitted,

                /s/ Meanith Huon
                Meanith Huon
                PO Box 441
                Chicago, Illinois 60690
                Phone: (312) 405-2789
                E-mail: huon.meanith@gmail.com
                IL ARDC. No.: 6230996