AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Flava Works, Inc.,

V.

FF Magnat Limited d/b/a Oron.com, et. al.

CASE NUMBER: 1:12-cv-05844

ASSIGNED JUDGE: Hon. Robert W. Gettleman

DESIGNATED MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

FF Magnat Limited d/b/a Oron.com, et. al.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meanith Huon
PO Box 441
Chicago, IL 60690
312-405-2789

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DE

(By) DEPUTY CLERK

DATE
July 25, 2012

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]

DATE: Sept 12, 2012 7:30 AM

NAME OF SERVER (PRINT): VELIOUS C. POPE

TITLE: SPECIAL PROCESS SERVER

Check one box below to indicate appropriate method of service

- [X] Served personally upon the defendant. Place where served: 2392 Sunset Bluff Dr, Jacksonville, FL 32216

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/12/2012

Signature of Server: Velious C Pope

Address of Server: Counter Intelligence Services, 9 SW 13th St - 2nd Fl, Fort Lauderdale, FL 33315

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Flava Works, Inc.,

V.

FF Magnat Limited d/b/a Oron.com, et. al.

CASE NUMBER: 1:12-cv-05844

ASSIGNED JUDGE: Hon. Robert W. Gettleman

DESIGNATED MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

Maxim Bochenko a/k/a Roman Romanov 2392 Sunset Bluff Drive Jacksonville, FL 32216

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meanith Huon
PO Box 441
Chicago, IL 60690
312-405-2789

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DE
E. tojude
(By) DEPUTY CLERK

DATE
August 10, 2012

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]
DATE: Sept 12, 2012 7:30 AM

NAME OF SERVER (PRINT): VELIOUS C. POPE
TITLE: Special Process Server

Check one box below to indicate appropriate method of service

- [X] Served personally upon the defendant. Place where served: 2392 Sunset Bluff Dr, Jacksonville, FL 32216

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-12-2012
Signature of Server: Velious C Pope

Counter Intelligence Services
9 SW 13th St - 2nd Fl
Fort Lauderdale, FL 33315
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.