UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>John Doe Nos. 1 to 26, )<br>FF Magnat Limited d/b/a Oron.com, )<br>Earnwell Hong Kong LTD d/b/a Filesonic.com, )<br>Maxim Bochenko a/k/a Roman Romanov, )<br>)<br>Defendants. ) | Case No. 1:12-cv-05844 |

## ORDER

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to Take Expedited and Limited Discovery, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. Plaintiff is granted leave to take expedited and limited discovery.

DATE: September 25, 2012

ENTERED:

_____
JUDGE