FILED

OCT 03 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., ) | Case Number: 1:12-cv-05844 |
| Plaintiff, ) | |
| v. ) | Assigned Judge: Hon. Robert W. Gettleman |
| FF Magnat Limited d/b/a Oron.com, Et al. ) | Designated |
| ) | Magistrate Judge: Hon. Young B. Kim |
| Defendants. ) | |

NOTICE OF MOTION

### MAXIM BOCHENKO'S MOTION TO DISMISS
### FOR LACK OF JURISDICTION

Dear Sir/Madam,

Please accept this letter as my motion to dismiss the above referenced case against me for lack of jurisdiction. As reason for my motion, and as confirmed in my declaration attached hereto as Exhibit A and the affidavit of Roman Romanov attached hereto as Exhibit B, this honorable court does not have jurisdiction over me for the following reasons:

1. I have never been to Illinois.

2. I do not operate, nor have I ever operated, a business in Illinois.

3. I do not own, nor have I ever owned, any real estate or any other property in Illinois.

4. I do not provide, nor have I ever provided, any services to anyone in Illinois

5. I do not conduct, nor have I ever conducted, any activities in any way directed at or connected to Illinois.

1

6. I have no contacts with Illinois and I have never had any contacts with Illinois what-so-ever.

7. I have not committed any tortious act in Illinois and I have not made any contract substantially connected with Illinois.

8. I am not Roman Romanov, I have never had the alias of or gone by the name of Roman Romanov, and I am not an agent of Roman Romanov.

9. I have never been involved with Oron, FF Magnat Limited or any of the affiliated companies named as a defendant in this case, and I am not a member of, employee for, operator of, provider to, or participant of any of those companies.

10. I feel I must reiterate that I have no contacts and have never had any contacts whatsoever with Illinois. I am a citizen of Russia and a legal resident of Florida.

Accordingly, I am not subject to the jurisdiction of this Illinois court and I respectfully request that the above captioned lawsuit against me be dismissed.

Very Truly Yours,

Maxim Bochenko
October 2, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2012 I filed the foregoing document with the Clerk of the Court by Priority US Mail. I also certify that the foregoing document is being served this day on the counsel of record for the plaintiff by first class mail.

Signature: _____  Date: October 2, 2012
Name (Print): Maxim Bochenko
Address: 2392 Sunset Bluff Dr.,  Phone: 904-422-5216
Jacksonville, FL 32216

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc.,

    Plaintiff,

v.

FF Magnat Limited d/b/a Oron.com,
Earnwell hong Kong LTD d/b/a
Filesonic.com,
Maxim Bochenko a/k/a Roman Romanov,
Et al.

    Defendants.

Case No.
1:12-cv-05844

FILED

OCT 03 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## DECLARATION OF MAXIM BOCHENKO

I, Maxim Bochenko, being duly sword, do hereby depose and state:

1. I am the same Maxim Bochenko who is a named Defendant in this action. I am over 18 years of age. This declaration is based upon my personal knowledge except as to those matters stated upon information and belief, which I believe to be true, and is submitted in reply to filed complaint. If called as a witness I would be competent to testify as to the matters stated in this Declaration.

2. I am a citizen of Russia and a legal resident of the State of Florida. I reside at 2392 Sunset Bluff Drive, Jax Fl 32216. I have been a resident of the state of Florida for six years.

3. I have never been to Illinois.

4. I do not operate a business in Illinois.

5. I do not own real estate or any other property in Illinois.

6. In fact, I HAVE NO CONNECTIONS WHATSOEVER WITH ILLINOIS.

7. I have never been employed through ORON, FF MAGNAT LIMITED, or any affiliated company (named as a Defendant in the above-captioned action, "Oron").

8. I am the owner of a small IT business, Business Enterprise Solutions, a Florida Corporation since 2010. Business Enterprise Solutions has never worked for or been employed by ORON, FF MAGNAT LIMITED, or any affiliated company.

9. My legal name is MaximVladimirovich Bochenko. This is the same name that is on my passport and green card (attached hereto as Exhibit A).

10. I am not Roman Romanov.

11. I have never had an alias or gone by the name Roman Romanov

12. I am not, nor have I ever been, an agent of Roman Romanov.

13. Mr. Romanov is a childhood friend from Russia. We were schoolmates during our secondary education. I believe that Mr. Romanov currently resides in Russia.

14. My relation with Roman Romanov is limited to providing him a personal favors such as letting him use my PO BOX address to purchase goods in US and forwarding received parcels to Russia.

15. I have reviewed the Complaint filed but the Plaintiff and I have never been a part of any of the alleged activities. I am not a member of ORON.COM. I have never worked at, operated or provided any services to Oron or ORON.COM. I have never directly or indirectly participated in the ownership or direction of Oron or ORON.COM.

Signed under the pains and penalties of perjury this 28 day of September, 2012.

_____
Maxim Bochenko

True copy _____
Maxim Bochenko
10/02/12

Exhibit A-A



9/28/12

True copy
Maxim Bochenko
10/02/12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., <br><br> Plaintiff, <br><br> v. <br><br> FF Magnat Limited d/b/a Oron.com, <br> Earnwell hong Kong LTD d/b/a <br> Filesonic.com, <br> Maxim Bochenko a/k/a Roman Romanov, <br> Et al. <br><br> Defendants. | Case No. <br> 1:12-cv-05844 |

### AFFIDAVIT OF ROMAN ROMANOV

I, Roman Romanov, being duly sword, do hereby depose and state:

1. My name is Roman Romanov. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am over the age of 18 and I am a full-time resident of the Russian Federation. A true notarized copy of my Russian driver's license is attached hereto as Exhibit A.

3. I am aware that the above-captioned action has been filed listing Maxim Bochenko as a defendant and alleging that I and Maxim Bochenko are the same person.

4. I am not Maxim Bochenko and at no time have I ever been known by the name of Maxim Bochenko.

5. In fact though, I do know the individual known as Maxim Bochenko ("Mr. Bochenko").

6. After examining the pleadings in the above-captioned action, it is clear to me that

1

Plaintiff's confusion with regards to the identity of Mr. Bochenko and me stems from the emails referencing both of us which were acquired by illegally accessing my private e-mail account, the address of which is mainroman@gmail.com and made public in court filings in the state of Nevada in the case of Liberty Media Holdings vs. FF Magnat Limited.

7. Mr. Bochenko is my friend who lives in Florida in the United States. Because I live in Russia, I sometimes ask Mr. Bochenko to purchase certain personal items for me that I cannot otherwise acquire in Russia.

8. When Mr. Bochenko purchases these items on my behalf, the receipts (which go to my personal e-mail address so that I can track and manage the orders with less of a burden on Mr. Bochenko) list his name and his address in the United States.

9. Mr. Bochenko has never had access to my personal e-mail account.

10. Mr. Bochenko has never been associated with or employed by Oron.

11. Mr. Bochenko is not an owner, operator or controller of Oron nor has he ever been.

12. I am not an owner, operator or controller of Oron nor have I ever been.

13. Based on its misinterpretation of the emails obtained through the illegal breaking into my email account, the Plaintiff erroneously, willfully and recklessly concluded that Mr. Bochenko and I are the same person. However, this in unequivocally untrue as is proven by my attached driver's license listing me as myself and only as myself.

14. It is evident to me that the Plaintiff must have chosen to list Mr. Bochenko as a defendant in this action so as to manufacture personal jurisdiction in the United States.

Signed under the pains and penalties of perjury this 26 day of September, 2012.

*[signature]*
Roman Romanov

2





**FRONT OF DRIVER'S LICENSE:**

       Driver's License
       Permis De Conduire
-------------------------------------------
Last Name         Romanov
                        Romanov
First Name         Roman
                        Roman
Middle Name      Andreevich
Date and place of birth     25.01.1981
STAVROPOL'SK.KR/STAVROPOL'SK. KR
Place of living
STAVROPOL'SK.KR/STAVROPOL'SK. KR
Signature of the owner

[SIGNATURE BLOC]

Issued GIBDD MVD-UVD
CITY OF ESSENTUKI
Date of Issue
      19.09.2003
Valid until
      19.09.2013

[SIGNATURE BLOC]
Signature
[SEAL]
(SEAL: MVD of RUSSIA * Department of Internal Affairs of Stovropol'skiy Krai Department of Registrations of UVD #2)

      26     EH     008821

      26     EH     008821

**BACK OF DRIVER'S LICENSE:**

      RUSIAN FEDERATION
            RUS

| Categories of vehicles, which this license allows to control | | Permitting marks |
|---|---|---|
| A | Motorcycles | XXXXX |
| B | Vehicles, excluding category A, with allowed gross weight not mote than 3500 kg and a number of passenger sits excluding driver is not more than eight. | Permitted |
| C | Vehicles, excluding category D, with allowed gross weight not mote than 3500 kg. | XXXXX |
| D | Vehicles for passenger transportation which have more than eight sits, excluding drivers sit. | XXXXX |
| E | Combinations of vehicles with tractor, that belongs to categories B, C or D, which driver is allowed to control, but excluded from one of these categories or all these categories. | XXXXX |

Special notes: 26EE667365 12.03.2002Г

   26     EH     008821

171160 – 2000. PPF Gozznaka.

[STAMP]
(LICENSE #48
ISSUED 24.03.93 y.
BY ADMINISTRATION OF JUSTICE
OF ADMINISTRATION
OF STAVROPOL'SKIY KRAI)

City of Piatigorsk of Stavropol'skiy krai RF
14.09.2012
I, Malisheva Vera Vasilievna, the notary of Pitigorsk's notary district of Stavropol'skiy krai RF witnessing that this is a true copy of original document. The document is free from corrections, additions, scratch outs and any other unstated corrections.
Registered in registry with # ZK-3418
Fee paid (by tariff): 100rub. 00 kop.
Notary: [SIGNATURE] Malisheva V.V.

[STAMP]
(Notary V.V.Malisheva City of Piatigorsk of Stavropol'skiy krai)

I, Maxim Bochenko, certify that I speak, read and write the English and Russian languages fluently, and that the attached English translation of the Russian Driver's License of Roman Romanov is true and correct to the best of my knowledge and belief.

Signature: _____

By: Maxim Bochenko

Date: September 28, 2012

True copy _____
Maxim Bochenko
10/02/12