UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| **John Doe #1 to #26, et. al.** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

Please take notice that on or before October 11, 2012, Plaintiff, Flava Works, Inc., has filed the following documents or items:

1. Subpoena to Yahoo! Inc.

The documents or items have been or are being electronically served on all counsel of record for all parties.

Respectfully submitted,

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996