AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Flava Works, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. Case No. 1:12-cv-05844 |
| John Does 1 to 26, et. al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Records Custodian, Yahoo! Inc., 701 First Ave, Sunnyvale, CA 94089 (VIA MAIL); 408-349-7941 FAX NO.;RA,CT CORPORATION SYSTEM, 208 S. LASALLE ST, STE 814, CHICAGO, IL 60604 (VIA PERSONAL SERVICE.)

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: SEE ATTACHED RIDER.

| Place: Meanith Huon, The Huon Law Firm, PO Box 441 Chicago, IL 60690 OR 933 W. Irving Pk. Rd., Ste. C, Chicago, IL 60613. | Date and Time: 11/08/2012 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __10/11/2012__

*CLERK OF COURT*

OR  /s/ Meanith Huon

_____  _____
Signature of Clerk or Deputy Clerk     Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiff, Flava Works, Inc. , who issues or requests this subpoena, are:

Meanith Huon, The Huon Law Firm, PO Box 441, Chicago, IL 60690, 312-405-2789, FAX No.: 312-268-7276, huon.meanith@gmail.com.

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  Case No. 1:12-cv-05844

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Yahoo! Inc.
was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows:  by leaving a copy with the
CT CORPORATION SYSTEM, RA FOR YAHOO! INC. 208 S. LASALLE ST, STE 814, CHICAGO, IL 60604
                                                                            on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Case: 1:12-cv-05844 Document #: 12-1 Filed: 10/11/12 Page 3 of 10 PageID #:688

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*

(A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*

(A) *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

(A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

(B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*

(A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| John Doe #1 "MrMuscle 3M <1016dudz@gmail.com> ", | ) |
| John Doe #2 "Abrazdert74893@myemailco.com ", | ) |
| John Doe #3 "Blk Muscle <ads.almond@gmail.com> ", | ) |
| John Doe #4 "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ", | ) |
| John Doe #5 "BangerBull <alantos25@gmail.com> ", | ) |
| John Doe #6 "Mike Anthony <baltquietfire@yahoo.com> ", | ) |
| John Doe #7 "betcamus <betcamus@bellsouth.net>" | ) |
| John Doe #8 "bigd_itsme <bigd_itsme@yahoo.com> ", | ) |
| John Doe #9 "Black Chest< black.69chest@gmail.com>", | ) |
| John Doe #10 "biblacbuck <blogger0815@hotmail.com> ", | ) |
| John Doe #11 "Corey Corey <coreydmia@yahoo.com>", | ) |
| John Doe #12 "datu white <datuwhite@gmail.com> ", | ) |
| John Doe #13 "Dylan Madrigal <dmadrigal116@gmail.com> ", | ) |
| John Doe #14 "Don C <donho999_us@yahoo.com> ", | ) |
| John Doe #15 "jonrgn@aol.com", | ) |
| John Doe #16 "Delvin Raymond <motd193@yahoo.com> | ) |
| John Doe #17 "neil kimura <ntki72@yahoo.com> | ) |
| John Doe #18 "rhythme101@yahoo.com " , | ) |
| John Doe #19 "ruff abs <ruffabs6@yahoo.com> ", | ) |
| John Doe #20 "Mozell Baptiste <slimazz@sbcglobal.net> ", | ) |
| John Doe #21 "pi so <sopi9070@gmail.com> ", | ) |
| John Doe #22 "Mister Smith <tightsqueez2000@yahoo.com> ", | ) |
| John Doe #23 "Tyler Raymond <traymond6060@yahoo.com> ", | ) |
| John Doe #24 "Why Wonder <why1dr@yahoo.com> ", | ) |
| John Doe #25 "dickies <yam.rodic@yahoo.com> ", | ) |
| John Doe #26 "efrenlee <efrenlee07@gmail.com> ", | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| Maxim Bochenko a/k/a Roman Romanov, | ) |
| | ) |
| Defendants. | ) |

**RIDER TO SUBPOENA**

1.  Documents, electronically stored information, items, materials, records, data relating to any of the following John Doe Defendants identified as:

**John Doe #1** "MrMuscle 3M <1016dudz@gmail.com> ",
**John Doe #2** "Abrazdert74893@myemailco.com ",
**John Doe #3** "Blk Muscle <ads.almond@gmail.com> ",
**John Doe #4** "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
**John Doe #5** "BangerBull <alantos25@gmail.com> ",
**John Doe #6** "Mike Anthony <baltquietfire@yahoo.com> ",
**John Doe #7** "betcamus <betcamus@bellsouth.net>"
**John Doe #8** "bigd_itsme <bigd_itsme@yahoo.com> ",
**John Doe #9** "Black Chest< black.69chest@gmail.com>",
**John Doe #10** "biblacbuck <blogger0815@hotmail.com> ",
**John Doe #11** "Corey Corey <coreydmia@yahoo.com>",
**John Doe #12** "datu white <datuwhite@gmail.com> ",
**John Doe #13** "Dylan Madrigal <dmadrigal116@gmail.com> ",
**John Doe #14** "Don C <donho999_us@yahoo.com> ",
**John Doe #15** "jonrgn@aol.com",
**John Doe #16** "Delvin Raymond <motd193@yahoo.com>
**John Doe #17** "neil kimura <ntki72@yahoo.com>
**John Doe #18** "rhythme101@yahoo.com " ,
**John Doe #19** "ruff abs <ruffabs6@yahoo.com> ",
**John Doe #20** "Mozell Baptiste <slimazz@sbcglobal.net> ",
**John Doe #21** "pi so <sopi9070@gmail.com> ",
**John Doe #22** "Mister Smith <tightsqueez2000@yahoo.com> ",
**John Doe #23** "Tyler Raymond <traymond6060@yahoo.com> ",
**John Doe #24** "Why Wonder <why1dr@yahoo.com> ",
**John Doe #25** "dickies <yam.rodic@yahoo.com> ",
**John Doe #26** "efrenlee <efrenlee07@gmail.com> ".

2. The IP Address or Internet Protocol Address for the following John Defendants as identified by their Yahoo! profile name:

**John Doe #1** "MrMuscle 3M <1016dudz@gmail.com> ",
**John Doe #2** "Abrazdert74893@myemailco.com ",
**John Doe #3** "Blk Muscle <ads.almond@gmail.com> ",
**John Doe #4** "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
**John Doe #5** "BangerBull <alantos25@gmail.com> ",
**John Doe #6** "Mike Anthony <baltquietfire@yahoo.com> ",
**John Doe #7** "betcamus <betcamus@bellsouth.net>"
**John Doe #8** "bigd_itsme <bigd_itsme@yahoo.com> ",
**John Doe #9** "Black Chest< black.69chest@gmail.com>",
**John Doe #10** "biblacbuck <blogger0815@hotmail.com> ",
**John Doe #11** "Corey Corey <coreydmia@yahoo.com>",

**John Doe #12** "datu white <datuwhite@gmail.com> ",
**John Doe #13** "Dylan Madrigal <dmadrigal116@gmail.com> ",
**John Doe #14** "Don C <donho999_us@yahoo.com> ",
**John Doe #15** "jonrgn@aol.com",
**John Doe #16** "Delvin Raymond <motd193@yahoo.com>
**John Doe #17** "neil kimura <ntki72@yahoo.com>
**John Doe #18** "rhythme101@yahoo.com " ,
**John Doe #19** "ruff abs <ruffabs6@yahoo.com> ",
**John Doe #20** "Mozell Baptiste <slimazz@sbcglobal.net> ",
**John Doe #21** "pi so <sopi9070@gmail.com> ",
**John Doe #22** "Mister Smith <tightsqueez2000@yahoo.com> ",
**John Doe #23** "Tyler Raymond <traymond6060@yahoo.com> ",
**John Doe #24** "Why Wonder <why1dr@yahoo.com> ",
**John Doe #25** "dickies <yam.rodic@yahoo.com> ",
**John Doe #26** "efrenlee <efrenlee07@gmail.com> ".

3. The Yahoo! login details (date and time of login/logout session, IP address of user, login information, etc.) for the following John Defendants as identified by their Yahoo! profile name for the last 5 years:

**John Doe #1** "MrMuscle 3M <1016dudz@gmail.com> ",
**John Doe #2** "Abrazdert74893@myemailco.com ",
**John Doe #3** "Blk Muscle <ads.almond@gmail.com> ",
**John Doe #4** "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
**John Doe #5** "BangerBull <alantos25@gmail.com> ",
**John Doe #6** "Mike Anthony <baltquietfire@yahoo.com> ",
**John Doe #7** "betcamus <betcamus@bellsouth.net>"
**John Doe #8** "bigd_itsme <bigd_itsme@yahoo.com> ",
**John Doe #9** "Black Chest< black.69chest@gmail.com>",
**John Doe #10** "biblacbuck <blogger0815@hotmail.com> ",
**John Doe #11** "Corey Corey <coreydmia@yahoo.com>",
**John Doe #12** "datu white <datuwhite@gmail.com> ",
**John Doe #13** "Dylan Madrigal <dmadrigal116@gmail.com> ",
**John Doe #14** "Don C <donho999_us@yahoo.com> ",
**John Doe #15** "jonrgn@aol.com",
**John Doe #16** "Delvin Raymond <motd193@yahoo.com>
**John Doe #17** "neil kimura <ntki72@yahoo.com>
**John Doe #18** "rhythme101@yahoo.com " ,
**John Doe #19** "ruff abs <ruffabs6@yahoo.com> ",
**John Doe #20** "Mozell Baptiste <slimazz@sbcglobal.net> ",
**John Doe #21** "pi so <sopi9070@gmail.com> ",
**John Doe #22** "Mister Smith <tightsqueez2000@yahoo.com> ",
**John Doe #23** "Tyler Raymond <traymond6060@yahoo.com> ",
**John Doe #24** "Why Wonder <why1dr@yahoo.com> ",
**John Doe #25** "dickies <yam.rodic@yahoo.com> ",

**John Doe #26** "efrenlee <efrenlee07@gmail.com> ".

4. The Yahoo! records identifying the Full Name, Address, Email Address, Telephone Number, Aliases for the following John Defendants as identified by their Yahoo! profile name:

**John Doe #1** "MrMuscle 3M <1016dudz@gmail.com> ",
**John Doe #2** "Abrazdert74893@myemailco.com ",
**John Doe #3** "Blk Muscle <ads.almond@gmail.com> ",
**John Doe #4** "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
**John Doe #5** "BangerBull <alantos25@gmail.com> ",
**John Doe #6** "Mike Anthony <baltquietfire@yahoo.com> ",
**John Doe #7** "betcamus <betcamus@bellsouth.net>"
**John Doe #8** "bigd_itsme <bigd_itsme@yahoo.com> ",
**John Doe #9** "Black Chest< black.69chest@gmail.com>",
**John Doe #10** "biblacbuck <blogger0815@hotmail.com> ",
**John Doe #11** "Corey Corey <coreydmia@yahoo.com>",
**John Doe #12** "datu white <datuwhite@gmail.com> ",
**John Doe #13** "Dylan Madrigal <dmadrigal116@gmail.com> ",
**John Doe #14** "Don C <donho999_us@yahoo.com> ",
**John Doe #15** "jonrgn@aol.com",
**John Doe #16** "Delvin Raymond <motd193@yahoo.com>
**John Doe #17** "neil kimura <ntki72@yahoo.com>
**John Doe #18** "rhythme101@yahoo.com " ,
**John Doe #19** "ruff abs <ruffabs6@yahoo.com> ",
**John Doe #20** "Mozell Baptiste <slimazz@sbcglobal.net> ",
**John Doe #21** "pi so <sopi9070@gmail.com> ",
**John Doe #22** "Mister Smith <tightsqueez2000@yahoo.com> ",
**John Doe #23** "Tyler Raymond <traymond6060@yahoo.com> ",
**John Doe #24** "Why Wonder <why1dr@yahoo.com> ",
**John Doe #25** "dickies <yam.rodic@yahoo.com> ",
**John Doe #26** "efrenlee <efrenlee07@gmail.com> ".

5. Any documents or electronic information relating to payments made by the following John Defendants as identified by their Yahoo! profile name, including payments for Yahoo! services:

**John Doe #1** "MrMuscle 3M <1016dudz@gmail.com> ",
**John Doe #2** "Abrazdert74893@myemailco.com ",
**John Doe #3** "Blk Muscle <ads.almond@gmail.com> ",
**John Doe #4** "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
**John Doe #5** "BangerBull <alantos25@gmail.com> ",
**John Doe #6** "Mike Anthony <baltquietfire@yahoo.com> ",
**John Doe #7** "betcamus <betcamus@bellsouth.net>"

**John Doe #8** "bigd_itsme <bigd_itsme@yahoo.com> ",
**John Doe #9** "Black Chest< black.69chest@gmail.com>",
**John Doe #10** "biblacbuck <blogger0815@hotmail.com> ",
**John Doe #11** "Corey Corey <coreydmia@yahoo.com>",
**John Doe #12** "datu white <datuwhite@gmail.com> ",
**John Doe #13** "Dylan Madrigal <dmadrigal116@gmail.com> ",
**John Doe #14** "Don C <donho999_us@yahoo.com> ",
**John Doe #15** "jonrgn@aol.com",
**John Doe #16** "Delvin Raymond <motd193@yahoo.com>
**John Doe #17** "neil kimura <ntki72@yahoo.com>
**John Doe #18** "rhythme101@yahoo.com " ,
**John Doe #19** "ruff abs <ruffabs6@yahoo.com> ",
**John Doe #20** "Mozell Baptiste <slimazz@sbcglobal.net> ",
**John Doe #21** "pi so <sopi9070@gmail.com> ",
**John Doe #22** "Mister Smith <tightsqueez2000@yahoo.com> ",
**John Doe #23** "Tyler Raymond <traymond6060@yahoo.com> ",
**John Doe #24** "Why Wonder <why1dr@yahoo.com> ",
**John Doe #25** "dickies <yam.rodic@yahoo.com> ",
**John Doe #26** "efrenlee <efrenlee07@gmail.com> ".

6. Credit Card information, billing information, Paypal Account information, electronic payment information, bank account information for the following John Defendants as identified by their Yahoo! profile name:

**John Doe #1** "MrMuscle 3M <1016dudz@gmail.com> ",
**John Doe #2** "Abrazdert74893@myemailco.com ",
**John Doe #3** "Blk Muscle <ads.almond@gmail.com> ",
**John Doe #4** "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
**John Doe #5** "BangerBull <alantos25@gmail.com> ",
**John Doe #6** "Mike Anthony <baltquietfire@yahoo.com> ",
**John Doe #7** "betcamus <betcamus@bellsouth.net>"
**John Doe #8** "bigd_itsme <bigd_itsme@yahoo.com> ",
**John Doe #9** "Black Chest< black.69chest@gmail.com>",
**John Doe #10** "biblacbuck <blogger0815@hotmail.com> ",
**John Doe #11** "Corey Corey <coreydmia@yahoo.com>",
**John Doe #12** "datu white <datuwhite@gmail.com> ",
**John Doe #13** "Dylan Madrigal <dmadrigal116@gmail.com> ",
**John Doe #14** "Don C <donho999_us@yahoo.com> ",
**John Doe #15** "jonrgn@aol.com",
**John Doe #16** "Delvin Raymond <motd193@yahoo.com>
**John Doe #17** "neil kimura <ntki72@yahoo.com>
**John Doe #18** "rhythme101@yahoo.com " ,
**John Doe #19** "ruff abs <ruffabs6@yahoo.com> ",
**John Doe #20** "Mozell Baptiste <slimazz@sbcglobal.net> ",
**John Doe #21** "pi so <sopi9070@gmail.com> ",

**John Doe #22** "Mister Smith <tightsqueez2000@yahoo.com> ",
**John Doe #23** "Tyler Raymond <traymond6060@yahoo.com> ",
**John Doe #24** "Why Wonder <why1dr@yahoo.com> ",
**John Doe #25** "dickies <yam.rodic@yahoo.com> ,
**John Doe #26** "efrenlee <efrenlee07@gmail.com> ".

7. Any other or secondary emails for the following John Defendants as identified by their Yahoo! profile name:

**John Doe #1** "MrMuscle 3M <1016dudz@gmail.com> ",
**John Doe #2** "Abrazdert74893@myemailco.com ",
**John Doe #3** "Blk Muscle <ads.almond@gmail.com> ",
**John Doe #4** "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
**John Doe #5** "BangerBull <alantos25@gmail.com> ",
**John Doe #6** "Mike Anthony <baltquietfire@yahoo.com> ",
**John Doe #7** "betcamus <betcamus@bellsouth.net>"
**John Doe #8** "bigd_itsme <bigd_itsme@yahoo.com> ",
**John Doe #9** "Black Chest< black.69chest@gmail.com>",
**John Doe #10** "biblacbuck <blogger0815@hotmail.com> ",
**John Doe #11** "Corey Corey <coreydmia@yahoo.com>",
**John Doe #12** "datu white <datuwhite@gmail.com> ",
**John Doe #13** "Dylan Madrigal <dmadrigal116@gmail.com> ",
**John Doe #14** "Don C <donho999_us@yahoo.com> ",
**John Doe #15** "jonrgn@aol.com",
**John Doe #16** "Delvin Raymond <motd193@yahoo.com>
**John Doe #17** "neil kimura <ntki72@yahoo.com>
**John Doe #18** "rhythme101@yahoo.com " ,
**John Doe #19** "ruff abs <ruffabs6@yahoo.com> ",
**John Doe #20** "Mozell Baptiste <slimazz@sbcglobal.net> ",
**John Doe #21** "pi so <sopi9070@gmail.com> ",
**John Doe #22** "Mister Smith <tightsqueez2000@yahoo.com> ",
**John Doe #23** "Tyler Raymond <traymond6060@yahoo.com> ",
**John Doe #24** "Why Wonder <why1dr@yahoo.com> ",
**John Doe #25** "dickies <yam.rodic@yahoo.com> ",
**John Doe #26** "efrenlee <efrenlee07@gmail.com> ".

8. Any personally identifiable information for the following John Doe Defendants identified as:

**John Doe #1** "MrMuscle 3M <1016dudz@gmail.com> ",
**John Doe #2** "Abrazdert74893@myemailco.com ",
**John Doe #3** "Blk Muscle <ads.almond@gmail.com> ",
**John Doe #4** "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
**John Doe #5** "BangerBull <alantos25@gmail.com> ",
**John Doe #6** "Mike Anthony <baltquietfire@yahoo.com> ",

**John Doe #7** "betcamus <betcamus@bellsouth.net>"
**John Doe #8** "bigd_itsme <bigd_itsme@yahoo.com> ",
**John Doe #9** "Black Chest< black.69chest@gmail.com>",
**John Doe #10** "biblacbuck <blogger0815@hotmail.com> ",
**John Doe #11** "Corey Corey <coreydmia@yahoo.com>",
**John Doe #12** "datu white <datuwhite@gmail.com> ",
**John Doe #13** "Dylan Madrigal <dmadrigal116@gmail.com> ",
**John Doe #14** "Don C <donho999_us@yahoo.com> ",
**John Doe #15** "jonrgn@aol.com",
**John Doe #16** "Delvin Raymond <motd193@yahoo.com>
**John Doe #17** "neil kimura <ntki72@yahoo.com>
**John Doe #18** "rhythme101@yahoo.com " ,
**John Doe #19** "ruff abs <ruffabs6@yahoo.com> ",
**John Doe #20** "Mozell Baptiste <slimazz@sbcglobal.net> ",
**John Doe #21** "pi so <sopi9070@gmail.com> ",
**John Doe #22** "Mister Smith <tightsqueez2000@yahoo.com> ",
**John Doe #23** "Tyler Raymond <traymond6060@yahoo.com> ",
**John Doe #24** "Why Wonder <why1dr@yahoo.com> ",
**John Doe #25** "dickies <yam.rodic@yahoo.com> ",
**John Doe #26** "efrenlee <efrenlee07@gmail.com> ".