## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Flava Works, Inc

                        Plaintiff,

v.                                           Case No.: 1:12−cv−05844
                                            Honorable Robert W. Gettleman

FF Magnat Limited, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, October 12, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: Status hearing is set for 10/23/2012 at 9:00 a.m. Mailed notice (gds)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.