## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | **10/23/2012** |
| **CASE TITLE** | Flava Works vs John Does and FF Magnat Ltd. | | |

**DOCKET ENTRY TEXT:**

Status hearing held.
This cause is dismissed for want of prosecution.

[Docketing to mail notice]

00:01

| | Courtroom Deputy | GDS |
|---|---|---|