**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 1:12-cv-05844 |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| **Maxim Bochenko a/k/a Roman Romanov,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO VACATE DISMISSAL FOR WANT OF PROSECUTION

Plaintiff, Flava Works, Inc., by its attorneys, Meanith Huon, states as follows:4

1. FRCP 60(b) provides as follows:

(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable neglect;

2. Plaintiff filed this Complaint against John Doe Nos. 1 to 26, FF Magnat Limited d/b/a Oron.com, Earnwell Hong Kong LTD d/b/a Filesonic.com, Maxim Bochenko a/k/a Roman Romanov. Plaintiff and its attorneys have been actively litigating this case.

3. On September 26, 2012, Plaintiff filed the Return of Service on Maxim Bochenko and FF Magnat Limited d/b/a Oron.com.

4. On September 20, 2012, Plaintiff filed a Motion for Limited Discovery to identify the John Does 1 to 26. That motion was granted on September 25, 2012.

5. On October 11, 2012, Plaintiff filed notice of the subpoena it served on Yahoo! for the identity of the John Does 1 to 26.

6. In the meantime, Defendant, Maxim Bochenko filed a Motion to Dismiss but did not notice up the motion.

7. Plaintiff's counsel has been investigating the claims of Mr. Bochenko in his Motion to Dismiss, before bringing a Motion to Default, since Mr. Bochenko has cited FRCP 11.

8. Mr. Bochenko was served individually and as an agent of FF Magnat Limited d/b/a Oron.com in 2:12-cv-01057-GMN-RJJ Liberty Media Holdings LLC v. FF Magnat Limited et al (U.S. District Court of Nevada). In that case, attorneys appeared for FF Magnat Limited d/b/a Oron.com after Mr. Bochenko was served.

9. Plaintiff's counsel previously reviewed the documents filed in 2:12-cv-01057-GMN-RJJ Liberty Media Holdings LLC v. FF Magnat Limited et al. After Mr. Bochenko's claims, Plaintiff's counsel reviewed again the numerous documents in filed in 2:12-cv-01057-GMN-RJJ Liberty Media Holdings LLC v. FF Magnat Limited et al. These documents support the contention that Mr. Bochenko is an agent of FF Magnat Limited d/b/a Oron.com.

10. Some of these documents include emails to "Maxim" at "Oron- Support" at an email address associated "Maxim Bochenko" a/k/a mainroman@gmail.com. The large amount of documentary evidence are located at Docket No. 83. A copy of the Response to Mr. Bochenko's Motion to Dismiss filed in 2:12-cv-01057-GMN-RJJ Liberty Media Holdings LLC v. FF Magnat Limited et al is attached.

11. On October 23, 2012, Plaintiff's counsel did not appear in Court for the initial status. Plaintiff's counsel had inadvertently failed to diary the October 23, 2012 court date.

12. On October 24, 2012, Plaintiff's counsel learned of the dismissal for want of prosecution entered by the Court on October 23, 2012.

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court vacated the dismissal for want of prosecution entered on October 24, 2012.

Respectfully Submitted,

By: /s/ Meanith Huon /s/

Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| Maxim Bochenko a/k/a Roman Romanov, | ) |
| Defendants. | ) |

### PROOF OF SERVICE

Under penalties of law, I certify that on October 24, 2012, I served the following documents or items:

### PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO VACATE DISMISSAL FOR WANT OF PROSECUTION

by electronically filing and serving a copy on Defendants, Maxim Bochenko and FF Magnat Limited d/b/a Oron.com by U.S. Mail by mailing a copy, postage prepaid, to the following address by depositing same from a U.S. Post Office Box in Chicago, IL on October 25, 2012 before 5:00 p.m.:

Defendants, Maxim Bochenko and FF Magnat Limited d/b/a Oron.com
2392 Sunset Bluff Drive
Jacksonville, Florida 32216

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996