

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** Maxim Bochenko
(Please print)

**STREET ADDRESS:** 2392 Sunset Bluff Dr.

**CITY/STATE/ZIP:** Jacksonville/Florida/32216

**PHONE NUMBER:** 904-422-5216

**CASE NUMBER:** 1:12-cv-05844

FILED
OCT 2 4 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____        10/23/12
Signature                        Date

### REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

 I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

## mainmax@gmail.com
E-Mail Address