# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 C 5844 | DATE | 10/31/2012 |
| CASE TITLE | Flava Works     vs     John Does Nos 1-26 | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to vacate dismissal for want of prosecution is granted. Defendant's motion [11] is reinstated. Plaintiff's response is due by 11/26/2012. Plaintiff's reply is due by 12/21/2012. Status hearing is set for 2/19/2013, at 9:00 a.m.

[Docketing to mail notice]

00:08

| | Courtroom Deputy | GDS |
|---|---|---|

Page 1 of 1