UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| Maxim Bochenko a/k/a Roman Romanov, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF, FLAVA WORKS, INC.'S, MOTION FOR EXTENSION OF TIME

Plaintiff, Flava Works, Inc. states as follows:

1. The Court gave Plaintiff, Flava Works, Inc. until November 26, 2012, to respond to Defendant, Maxim Bochenko's Motion to Dismiss.

2. Plaintiff, Flava Works, Inc. seeks an additional 7 days, or until December 3, 2012, to file a response brief.

3. There are numerous documents filed in 2:12-cv-01057-GMN-RJJ Liberty Media Holdings LLC v. FF Magnat Limited et al. that have to be reviewed again and analyzed.

4. Plaintiff's counsel, Meanith Huon, is also professionally responsible for other Flava Works, Inc. litigation in the Northern District of Illinois, including 1:12-cv-07869 Flava Works, Inc. v. John Does 1 to 293, 1:12-cv-05086 Flava Works, Inc. v. Latavius Robinson, 1:12-cv-01888, Flava Works, Inc. v. Fisher, 1:12-cv-01887, Flava Works, Inc. v. Johnson, 1:12-cv-01886, Flava Works, Inc. v. Nance, 1:11-cv-06306, Flava Works, Inc. v. Momient, 1:11-cv-05100, Flava Works, Inc. v. bonic et al, and in state court,

<u>Flava Works v. BC Productions</u>, Case No: 2009-L-015645 (Circuit Court of Cook County).

5.　Granting an extension of time of 7 days will not prejudice the Defendant, Maxim Bochenko.

6.　Plaintiff does not oppose any additional time Mr. Bochenko would need to reply.

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court grant it an additional 7 days, or until December 3, 2012, to file a response brief.

>　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
>
>　　　　　　　　　　　　　　　　　　　By: <u>/s/ Meanith Huon /s/</u>
>
>　　　　　　　　　　　　　　　　　　　Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| Maxim Bochenko a/k/a Roman Romanov, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF MEANITH HUON

I, Meanith Huon, having been duly sworn, attests as follows:

1. I am a resident of Illinois and, if called as a witness, I can attest to the following:

2. I am the attorney for Plaintiff, Flava Works, Inc.

3. There are numerous documents filed in 2:12-cv-01057-GMN-RJJ Liberty Media Holdings LLC v. FF Magnat Limited et al. that have to be reviewed again and analyzed.

4. I am also professionally responsible for other Flava Works, Inc. litigation in the Northern District of Illinois, including 1:12-cv-07869 Flava Works, Inc. v. John Does 1 to 293, 1:12-cv-05086 Flava Works, Inc. v. Latavius Robinson, 1:12-cv-01888, Flava Works, Inc. v. Fisher, 1:12-cv-01887, Flava Works, Inc. v. Johnson, 1:12-cv-01886, Flava Works, Inc. v. Nance, 1:11-cv-06306, Flava Works, Inc. v. Momient, 1:11-cv-05100, Flava Works, Inc. v. bonic et al, and in state court, Flava Works v. BC Productions, Case No: 2009-L-015645 (Circuit Court of Cook County).

FURTHER AFFIANT SAYETH NOT.

\_\_/s/Meanith Huon_____
I, Meanith Huon, declare under penalty of perjury under the laws of the United States of America that the foregoing answers to interrogatories are true and correct, pursuant to Title 28, Section 1746.

Executed on November 26, 2012

Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| **Maxim Bochenko a/k/a Roman Romanov,** | ) |
| | ) |
| **Defendants.** | ) |

## PROOF OF SERVICE

Under penalties of law, I certify that on November 26, 2012, I served the following documents or items:

### PLAINTIFF, FLAVA WORKS, INC.'S, MOTION FOR EXTENSION OF TIME

by causing copies of same to be filed electronically and by serving Defendants, Maxim Bochenko, 2392 Sunset Bluff Drive Jacksonville, Florida 32216, via U.S. Mail, by depositing same, postage prepaid, from a U.S. Post Office Box in Chicago, Illinois on November 27, 2012 before 5:00 p.m.

>Respectfully submitted,
>/s/ Meanith Huon
>Meanith Huon
>PO Box 441
>Chicago, Illinois 60690
>Phone: (312) 405-2789
>E-mail: huon.meanith@gmail.com
>IL ARDC. No.: 6230996