Meanith Huon<br>
The Huon Law Firm<br>
PO Box 441<br>
Chicago, Illinois 60690<br>
312-405-2789<br>
huon.meanith@gmail.com

November 26, 2012

Clerk of the Court
Northern District of Illinois

          Re:    <u>Flava Works, Inc. v. John Does 1 to 26</u>, et.
                  12-cv-5844
                  Request for Refund

Dear Sirs:

    I am a requesting a refund of $46.00 that was inadvertently paid on October 24, 2012, Docket No. 17, receipt number 0752-7688951.

    I thought a motion to vacate a dismissal for want of prosecution required a filing fee.

    Please refund the $46.00 by crediting the same card.

                                      Very truly yours,

                                      /s/ Meanith Huon

                                      Meanith Huon