| date | email | Amount_posts | sum | Type_website | Status |
|---|---|---|---|---|---|
| 6/9/2011 | mainroman@gmail.com | 100.00 | 100 | Transfer Sent To | Completed |
| 5/8/2012 | mainroman@gmail.com | 5200.00 | 5300 | Transfer Sent To | Completed |
| 5/17/2012 | mainmax@gmail.com | 2773.53 | 8073.53 | Transfer Sent To | Completed |
| | main_max@mail.ru | 1,723.84 | 9797.37 | Payment | Completed |
| | main_max@mail.ru | 1,889.30 | 11686.67 | Payment | Completed |
| | main_max@mail.ru | 4,129.73 | 15816.4 | Payment | Completed |
| | main_max@mail.ru | 1,674.32 | 17490.72 | Payment | Completed |
| | main_max@mail.ru | 1,840.71 | 19331.43 | Payment | Completed |
| | main_max@mail.ru | 1,053.26 | 20384.69 | Payment | Completed |
| | main_max@mail.ru | 2,513.53 | 22898.22 | Payment | Completed |
| | main_max@mail.ru | 1,898.43 | 24796.65 | Payment | Completed |
| | main_max@mail.ru | 1,095.40 | 25892.05 | Payment | Completed |
| | main_max@mail.ru | 980.25 | 26872.3 | Payment | Completed |
| | main_max@mail.ru | 2,061.96 | 28934.26 | Payment | Completed |
| | main_max@mail.ru | 1,585.74 | 30520 | Payment | Completed |
| | main_max@mail.ru | 1,474.57 | 31994.57 | Payment | Completed |
| | main_max@mail.ru | 2,107.25 | 34101.82 | Payment | Completed |
| | main_max@mail.ru | 1,500.00 | 35601.82 | | Completed |
| | main_max@mail.ru | 1,883.87 | 37485.69 | Payment | Completed |
| | main_max@mail.ru | 962.11 | 38447.8 | Payment | Completed |
| | main_max@mail.ru | 780.32 | 39228.12 | Payment | Completed |
| | main_max@mail.ru | 1,014.68 | 40242.8 | Payment | Completed |
| | main_max@mail.ru | 873.84 | 41116.64 | Payment | Completed |
| | main_max@mail.ru | 3,155.88 | 44272.52 | Payment | Completed |
| | main_max@mail.ru | 2,008.67 | 46281.19 | Payment | Completed |
| | main_max@mail.ru | 1,849.94 | 48131.13 | Payment | Completed |
| | main_max@mail.ru | 951.47 | 49082.6 | Payment | Completed |
| | main_max@mail.ru | 1,419.15 | 50501.75 | Payment | Completed |
| | main_max@mail.ru | 2,082.89 | 52584.64 | Payment | Completed |
| | main_max@mail.ru | 831.26 | 53415.9 | Payment | Completed |
| | main_max@mail.ru | 2,119.37 | 55535.27 | Payment | Completed |
| | main_max@mail.ru | 1,794.79 | 57330.06 | Payment | Completed |
| | main_max@mail.ru | 749.52 | 58079.58 | Payment | Completed |
| | main_max@mail.ru | 1,773.83 | 59853.41 | Payment | Completed |
| | main_max@mail.ru | 955.08 | 60808.49 | Payment | Completed |
| | main_max@mail.ru | 1,851.08 | 62659.57 | Payment | Completed |
| | main_max@mail.ru | 2,223.08 | 64882.65 | Payment | Completed |
| | main_max@mail.ru | 743.75 | 65626.4 | Payment | Completed |
| | main_max@mail.ru | 1,686.17 | 67312.57 | Payment | Completed |
| | main_max@mail.ru | 2,690.93 | 70003.5 | Payment | Completed |
| | main_max@mail.ru | 2,241.85 | 72245.35 | Payment | Completed |
| | main_max@mail.ru | 1,990.97 | 74236.32 | Payment | Completed |
| | main_max@mail.ru | 1,114.89 | 75351.21 | Payment | Completed |
| | main_max@mail.ru | 885.49 | 76236.7 | Payment | Completed |
| | main_max@mail.ru | 1,738.99 | 77975.69 | Payment | Completed |
| | main_max@mail.ru | 968.60 | 78944.29 | Payment | Completed |
| | main_max@mail.ru | 852.29 | 79796.58 | Payment | Completed |
| | main_max@mail.ru | 1,603.24 | 81399.82 | Payment | Completed |
| | main_max@mail.ru | 824.89 | 82224.71 | Payment | Completed |
| | main_max@mail.ru | 1,023.72 | 83248.43 | Payment | Completed |
| | main_max@mail.ru | 2,009.75 | 85258.18 | Payment | Completed |
| | main_max@mail.ru | 2,361.11 | 87619.29 | Payment | Completed |
| | main_max@mail.ru | 1,584.89 | 89204.18 | Payment | Completed |
| | main_max@mail.ru | 1,851.08 | 91055.26 | Payment | Completed |