

Roman Romanov <mainroman@gmail.com>

## FF Magnat Limited AlertPay acct breakdown
5 messages

---

**Chris Tisdall** <chris.tisdall@alertpay.com>  
To: Roman Romanov <mainroman@gmail.com>  
Wed, Mar 28, 2012 at 1:42 PM

As requested, please see the attached breakdown of your account with us.

Kind regards,

--  
*Chris Tisdall*  
**Business Development**  
www.alertpay.com  
514.748.1441.Ext.339  
8255 Mountain Sights, S.100  
Montreal, Qc, H4P 2B5

📎 **FF Magnat Limited Acct history.pdf**  
553K

---

**Roman Romanov** <mainroman@gmail.com>  
To: Chris Tisdall <chris.tisdall@alertpay.com>  
Mon, May 21, 2012 at 12:02 PM

Hello Chris,

Are you back yet mate? I have a few questions. Would like to talk to you via Skype.

Thanks  
[Quoted text hidden]

---

**Chris Tisdall** <chris.tisdall@alertpay.com>  
To: Roman Romanov <mainroman@gmail.com>  
Mon, May 21, 2012 at 12:53 PM

Hey Roman,

I am back but not in the office. Today is a holiday in Canada. Offices are closed.

I'm unfortunately leaving again for a conference tmw. Is this something we can discuss via email for the time being?

Sent from my iPhone  
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>  
To: Chris Tisdall <chris.tisdall@alertpay.com>  
Tue, May 22, 2012 at 9:15 AM

Gmail - hi
Case: 1:12-cv-05844 Document #: 33-5 Filed: 08/24/13 Page 15 of 40 PageID #:479
Case 2:12-cv-01057-GMN-RJJ Document 85-34 Filed 08/09/12 Page 2 of 2



**Roman Romanov** <mainroman@gmail.com>

## hi
1 message

**Paul Katz** <paul.katz@rosebroo.com>  
Reply-To: paul.katz@rosebroo.com  
To: mainroman@gmail.com

Mon, Dec 26, 2011 at 8:01 AM

Hi  
Do you support oron.com?

Regards,

--

Paul Katz

Business development manager  
Rosebroo

icq: 611393165  
skype: paul.rosebroo  
My time zone: Haifa, Izrael (UTC/GMT +2 hours)

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

Gmail  Calendar  Documents  Photos  Sites  Groups  Search  More »

**Account Options**

mainroman@gmail.com | My account | Settings | Help | Sign out

Some important features may not work in this version of your browser, so you have been redirected to the Basic HTML version. Upgrade to a modern browser, such as Google Chrome.

GMail
by Google

Search Mail | Search the Web    Show search options
                                Create a filter

**Compose Mail**     « Back to Inbox   Archive  Report Spam  Delete  More Actions...  Go         ‹ Newer 31 of 696 Older ›

**Folders**                                                                                        Expand all  Print  New window

Inbox (82)           **breakdown of frozen funds**

Starred ☆            Inbox
Sent Mail            ☆ **Chris Tisdall**                                                          Fri, May 11, 2012 at 1:43 PM
Drafts (9)
                                         **3 hidden messages – Show**
All Mail
Spam (356)           ☆ **Roman Romanov**                                                          Tue, May 15, 2012 at 10:12 AM
                     ☆                                                                            Tue, May 15, 2012 at 11:54 AM
Trash
Contacts             **Roman Romanov**

**Labels**           <mainroman@gmail.com>
                     To: Chris Tisdall <chris.tisdall@alertpay.com>
Personal             Reply | Reply to all | Forward | Print | Delete | Show original
Receipts             Dear Chris,

russian@adul... (8)  Our wire for 45k$ shows up as pending and is not loaded to our account.
                     Please try to resolve it asap and have your guys to actually load it to our balance so we can go ahead with our business.
Travel
Work                 Thank you
Edit labels          Roman

                     **Quick Reply**
                     To: Chris Tisdall
                     <chris.tisdall@alertpay.com>           More Reply Options

                     [                                                                     ]
                     [                                                                     ]
                     [                                                                     ]

                     Send   Save Draft   ☑ Include quoted text with reply

                     « Back to Inbox  Archive  Report Spam  Delete  More Actions...  Go   ‹ Newer 31 of 696 Older ›
                     Search accurately with operators including from: to: subject:.
                     You are currently using 276 MB (2%) of your 10254 MB
                     This account is open in 1 other location at this IP (109.123.89.5). Last account activity: 14 minutes ago. Details
                     Gmail view: standard | basic HTML  Learn more
                     ©2012 Google · Terms · Privacy Policy · Gmail Blog · Google Home



Roman Romanov <mainroman@gmail.com>

## Bank Wire Deposit
7 messages

---

**melissa** <melissa.andrews@alertpay.com>  
To: mainroman@gmail.com  
Cc: Chris Tisdall <chris.tisdall@alertpay.com>

Wed, May 16, 2012 at 8:02 AM

Hi Roman,

My name is Melissa. Chris is out of the office this week on Business and he asked that I contact you to help you with your pending bank wire deposit.

I have spoken with the banking department and unfortunately we have not received the deposit as of yet. To ensure that your deposit is credited to your account promptly, can please send me a scanned copy of your transaction receipt, or if your conducted the transaction through your online banking, a screen shot of the transaction from your bank account.

I apologize for any inconvenience and thank you for your cooperation and patience.

Kind regards,

--  
Melissa Andrews  
Account Manager  
Phone: +1(514)748-1441 ext.304  
www.AlertPay.com

---

**Roman Romanov** <mainroman@gmail.com>  
To: melissa <melissa.andrews@alertpay.com>

Wed, May 16, 2012 at 2:49 PM

Dear Melissa,

This is a little bit confusing. The wire transfers were sent with a few hours space between them.  
one for 45,000$ and one for 47,000$.  
The 47,000$ wire has been credited to our account.  
However, the 45,000$ wire still has a pending status! So, my guess is you guys have received it and for some reason did not credit it yet.  
Would you be so kind and have your team to actually process it and credit it to our account as we need that to be done urgently?

I can't send you the screenshot right now as our accounting is off at this time. I will do it tomorrow just in case, but it looks you guys got the wire but either forgot to process it or may be there's smth else.

I appreciate your help. Please keep me updated.

Thank you  
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>  
To: melissa <melissa.andrews@alertpay.com>, chris.tisdall@alertpay.com

Wed, May 16, 2012 at 10:14 PM

Dear Melissa,

Attached please find the confirmation for the wire transfer that has not yet been loaded to our account (support@oron.com). Please take a look and process asap.

Thank you  
Roman

On Wed, May 16, 2012 at 6:02 PM, melissa <melissa.andrews@alertpay.com> wrote:  
[Quoted text hidden]

**3 attachments**

Case: 1:12-cv-05844 Document #: 23-5 Filed: 12/03/12 Page 5 of 19 PageID #:763
Case 2:12-cv-04057-GMN-RJJ Document 83-3 Filed 08/07/12 Page 3 of 4

Gmail - Bank Wire Deposit — https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&s...



Capture1.PNG
14K

Capture2.PNG
70K

Capture3.PNG
67K

---

**melissa** <melissa.andrews@alertpay.com>  Thu, May 17, 2012 at 8:40 AM
To: Roman Romanov <mainroman@gmail.com>
Cc: chris.tisdall@alertpay.com

Hello Roman,

Thank you for providing the deposit confirmation. Our banking department was able to locate your deposit and the funds have been credited to your account.

I sincerely apologize for the delay and thank you for your patience.

Kind regards,

```
Melissa Andrews
Account Manager
Phone: +1(514)748-1441 ext.304
www.AlertPay.com
```

[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>  Thu, May 17, 2012 at 11:59 AM
To: melissa <melissa.andrews@alertpay.com>

Dear Melissa,

I would like to thank you for your help locating our wire transfer. May I ask what caused the delay?

Also you should be aware that Payza.com is broken, when we try to login it give us the following error:
502 - Web server received an invalid response while acting as a gateway or proxy server.

and bunch of other messages. It does not work for several hours already, please have your techs look into it.

Thank you
Roman
[Quoted text hidden]

---

**Melissa Andrews** <melissa.andrews@alertpay.com>  Thu, May 17, 2012 at 5:25 PM
To: Roman Romanov <mainroman@gmail.com>
Cc: Chris Tisdall <chris.tisdall@alertpay.com>

Hi Roman,

With regards to your bank wire, I believe the issue was a technical glitch which has been resolved. You should not experience a delay of the nature moving forward. I sincerely apologize for any inconvenience this may have caused.

Case: 1:12-cv-05844 Document #: 23-5 Filed: 12/03/12 Page 6 of 19 PageID #:764
Case 2:12-cv-04057-GMN-RJJ Document 83-73 Filed 08/07/12 Page 4 of 74

Gmail - Bank Wire Deposit    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&s...

With regards to the 502 error message you are experiencing, if you can take a screen shot of the page before and the page of the error message it will help my tech team recreate the issue and resolve in a timely manner.

Again, I do thank you for your cooperation and patience.

Have a great night!

Kind regards,
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>
To: Melissa Andrews <melissa.andrews@alertpay.com>

Wed, Jun 13, 2012 at 12:46 AM

Dear Melissa,

I'm sorry to trouble you again but I'm afraid that, again, we have the same issue where wire transfer gets lost by Payza. The transaction number is: E4B03-█████████

We sent two wires and one was loaded to our account while second wire transfer appears to be lost. Please look into it asap and let me know.

I would also appreciate if you'd give me your direct phone number so we can contact you quicker in the future.

Thank you
Roman
[Quoted text hidden]

Gmail - FF Magnat Limited AlertPay acct breakdown https://mail.google.com/mail/u/0/?ui=2&ik=d14f437d55&view=pt&s...

Case 1:12-cv-05844 Document #: 23-5 Filed: 8/3/13 Page 3 of 19
Case 2:12-cv-04057-GMN-RJJ Document 83-63 Filed 08/07/12 Page 3 of 35

Hello Chris,

Ok. Quick question then, a pressing one. I have a friend in USA, he has Payza account which I told him to register.
He now has some money in it and wants to withdraw them. He says there is no ACH option anymore and no USD currency for wire.
His bank has different swifts for different currencies (BOFA). Question is what would be the best way for him to actually get the money.
Wire? Check? something else? Please let me know asap.

Thank you!
Roman

[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>  Thu, May 24, 2012 at 1:33 PM
To: Chris Tisdall <chris.tisdall@alertpay.com>, melissa.andrews@alertpay.com

Hello Chris and/or Melissa,

Please help me out here. I need response asap.

Ok. Quick question then, a pressing one. I have a friend in USA, he has Payza account which I told him to register.
He now has some money in it and wants to withdraw them. He says there is no ACH option anymore and no USD currency for wire.
His bank has different swifts for different currencies (BOFA). Question is what would be the best way for him to actually get the money.
Wire? Check? something else? Please let me know asap.

Thank you!

[Quoted text hidden]



Roman Romanov <mainroman@gmail.com>

## advertisement work
3 messages

**Sven - Oron.com Marketing Manager** <sven@oron.com>    Wed, Jan 12, 2011 at 1:06 PM
To: "Oron.com - Support" <support@oron.com>, Roman Romanov <mainroman@gmail.com>

Hello, boss.

This is an abstract about all campaigns that are already in effect or planned.
I added the key numbers to the target websites so you can decide what size the campaign
should have.

I like to add that I heard a lot of NEGATIVE things about banner networks.
1) They are relatively expensive in relation to the effectiveness they generate.
2) They do NOT say at which forums / areas they are placing the banners. We do not have any control to
that.

--> Placing banners DIRECTLY on important sites and forums is far more effective.

**1)** --> The large **banner networks** I have analyzed and would **APPROVE** are:

a) **blacklabelads** (https://www.blacklabelads.com/mb/manage_campaigns.php)
b) **adknowledge** (https://bidsystem.adknowledge.com/SignUp)
c) **majon** (http://www.majon.com/banner-advertising-opt1.html)
d) **247realmedia** (http://www.247realmedia.de/DE-DE/)
e) **xtendmedia** (http://www.xtendmedia.com/)
f) **adbrite** (http://www.adbrite.com/)

I analyzed over about 70 banner ad networks.

**I suggest to work together only with 3 of them.** My suggestion would be **blacklabelads** and **xtendmedia**
and **adbrite** for two reasons:

- xtendmedia works together with partypoker and was extremely successful with them. Other case studies
here: http://www.xtendmedia.com/index.php/Advertisers/case-study.html
- blacklabelads does promote on adult sites. Almost all other banner networks do NOT do that.
- adbrite is easy to manage

**Note that I CAN NOT deposit money there. They need the oron creditcard data.**

*********
**2) Direct banner advertisement:**

2.1) **Websites** we are advertising on:

2.1.1.) **exbii.com**  (http://www.exbii.com/)
Info: exbii is the largest filesharing website of the world.

**Data:** Alexa traffic rank: 715, 86 in India, sites linking in: 431
**Active users at every given moment:** 30,000 - 40,000
**Views per month:** ca. 200 million

**Our current campaign:** 500$, cpm.
Time: unlimited. 3 times per same person / day.

CAMPAIGN IS STOPPED!

**Upgrade to permanent banner:** costs: 2500$ **per month** for UK/USA/Germany; Canada
                                           4500$ whole world

\*\*\*\*

2.1.2) **sk-down, serial-hun, rardownload.net/auto, warezguru** (one owner)

**Data**: Alexa traffic rank: 99,566, 3,700 in vietnam
**Active users at every given moment**: ca. 1, 000

**Our current campaign: 777**$, fixed, all websites.
Time: 6 months.

\*\*\*\*\*

2.1.3) **Hong-fire** (http://www.hongfire.com/)
Info: hongfire is the largest anime network in the world

**Data**: Alexa traffic rank: 2,125 and 197 in Japan 86 in India, sites linking in: 1008
**Active users at every given moment**: ca. 5,000 - 7,000
**Views per month:** ca. 100 million

**Our current campaign:** 300$, fixed, bottom, one month.

NOT PAID YET! Banner is already up!

**Plans: Upgrade to top banner**: 1. March, fixed place. Costs: 300$ per month - I would suggest 6 months
forward payment to secure the place.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Planned websites (planned or already contacted and answered):

**akiba-online:** (http://www.akiba-online.com/forum/main.php) **Alexa Traffic Rank: 1,815 , JP: 175**
pageviews: 68 million per month

pricing:
A 600x120 banner at the top of the forum is $1200 per month.
A 120x600 banner in the left side of the forum is $800 per month

Banners should be web optimised jpeg or gif and will be shown to all our traffic on every forum page (over
67 million pageviews in the last 30 days)

Contact: chompychan@gmail.com

\*\*\*\*\*\*\*\*

**intporn:** http://www.intporn.com, traffic rank: 6,300. ca. 2500 users online.

**bbsex:** traffic rank: 31,000 - ads at: http://www.juicyads.com/juicysites.php?id=3117&ref=3720

Case: 1:12-cv-05844 Document #: 28-5 Filed: 12/03/12 Page 10 of 19 PageID #:768
Case 2:12-cv-01057-GMN-RJJ Document 63-2 Filed 08/07/12 Page 4 of 4

Gmail - advertisement work    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

--> Topic about ORON you can create here http://www.bbsex.org/board4.html
It will be not sticked, we can update it regularly

**desi-underground:** traffic rank: 35,000, 1,200 users online, advertisement contact made. price is per month. Contact person only via website: http://desi-underground.com/baadshah-m2134.html

**pornolia.net:** Important in the GERMAN net, alexa rank world: 87,000, Germany: 7,800

**leecher.to:** rank: 10,000 world, 492 germany

**asianforumer:** contact made, pricing available, rank: 7500, 1,000 Japan

**WJunction:** rank 4200, contact made, advertisement over katz

**pornW:** rank: 4600, important side.

**yourwire.net:** rank: 18,000, 1,200 Germany

---

**Roman Romanov** <mainroman@gmail.com>　　　　　　　　　　　Fri, Jan 14, 2011 at 1:35 AM
To: "Sven - Oron.com Marketing Manager" <sven@oron.com>, svenflockie@hushmail.com

Hi Sven,

I need login and password for WJunction forum please.

Roman
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>　　　　　　　　　　　Fri, Jan 14, 2011 at 5:19 AM
To: "Sven - Oron.com Marketing Manager" <sven@oron.com>, svenflockie@hushmail.com

I've reset the password for account **Oron Support** to:

[redacted]

On Wed, Jan 12, 2011 at 11:06 PM, Sven - Oron.com Marketing Manager <sven@oron.com> wrote:
[Quoted text hidden]



Roman Romanov <mainroman@gmail.com>

# (no subject)
1 message

**Roman Romanov** <mainroman@gmail.com>  Fri, Aug 13, 2010 at 4:02 AM
To: zara256 <zara256@gmail.com>

http://oron.com/zw09d19uul0d/4967a.wmv.html
http://oron.com/e4tr60app83q/100806ReginaIceHotAsIce.rar.html
http://oron.com/duqkoh471z76/100806LizzySuchAGoddess.rar.html
http://oron.com/v0tbkem376e0/My.Sexy.Kittens.RAW.06.part2.rar.html
http://oron.com/snul4kgz4yan/My.Sexy.Kittens.RAW.06.part4.rar.html
http://oron.com/6vq7whh9dww1/My.Sexy.Kittens.RAW.06.part3.rar.html
http://oron.com/50caa8wjxjqy/My.Sexy.Kittens.RAW.06.part1.rar.html
http://oron.com/nvh4ko0utawb/446-447.rar.html
http://oron.com/griafah6y1it/445.rar.html
http://oron.com/xpecvylvdhrj/444.rar.html
http://oron.com/ev883f79f2x9/443.rar.html
http://oron.com/qhyg2qtdvp7n/442.rar.html
http://oron.com/wrul4xh5nq56/441.rar.html
http://oron.com/pw8a1nc4zqz9/2010_07_26.rar.html
http://oron.com/haa3v2o0ex9i/2010_07_21.rar.html
http://oron.com/wtati005kx2x/2010_07_17.zip.html
http://oron.com/zzszy5pm2nzq/2010_07_12.zip.html
http://oron.com/j4udt00z7s96/2010_07_07.zip.html
http://oron.com/qyugpz0azosf/386-387.zip.html
http://oron.com/y7cejg924xwo/384-385.zip.html
http://oron.com/wco8rm57pg4x/382-383.zip.html
http://oron.com/gbmp2qca2om1/2010_07_03.zip.html
http://oron.com/igkr616tlcso/440.rar.html
http://oron.com/8qtc5fi28755/411.rar.html
http://oron.com/oq795a0hx1hq/2010_07_31.rar.html
http://oron.com/dz547lym39zy/380-381.zip.html
http://oron.com/0zoz9jhrvdpy/4962a.wmv.html
http://oron.com/zgvqb8697pwc/nubiles_billie_silvertoy_full.wmv.html
http://oron.com/z88zg1ixiv08/nubiles_bambi_redplaid_full.wmv.html
http://oron.com/y19t61btcjl4/nubiles_amina_pinkbedplay_full.wmv.html
http://oron.com/xu20yjrxnq0r/nubiles_angie_pooltowel_full.wmv.html
http://oron.com/xt7lozgqgidu/nubiles_bente_bathtoy_full.wmv.html
http://oron.com/vk53plsffehy/nubiles_bente_sexyplayer_full.wmv.html
http://oron.com/smykg9qs6adk/nubiles_alyssa_couchvibe_full.wmv.html
http://oron.com/rrj0xwxugc0o/nubiles_alyssa_bluevibrator_full.wmv.html
http://oron.com/rnca439obbr4/nubiles_alyssa_brickmasterbation_full.wmv.html
http://oron.com/q772fxs7be4q/nubiles_ash_babyblue_full.wmv.html
http://oron.com/pwci8pzvlkxv/nubiles_bambi_pinkskirt_full.wmv.html
http://oron.com/oukv6lzvnkti/nubiles_anita_spiralpop_full.wmv.html
http://oron.com/mulhjnmvsbes/nubiles_anny_bluetop_full.wmv.html
http://oron.com/mmspb8qgr390/nubiles_anita_oilrub_full.wmv.html
http://oron.com/mdmfi34zexc4/nubiles_anette_netdress_full.wmv.html
http://oron.com/kptcdctber96/nubiles_amina_pinklove_full.wmv.html
http://oron.com/kmej2wp93ze3/nubiles_billie_bedfingers_full.wmv.html
http://oron.com/km0pvdcyd5di/nubiles_ash_bathfun_full.wmv.html

```
http://oron.com/jqmpuq41d2pn/nubiles_anette_yellowtop_full.wmv.html
http://oron.com/j20xe7r6j962/nubiles_aicha_bedfur_full.wmv.html
http://oron.com/hoakq51wvvc4/nubiles_anny_bedbounce_full.wmv.html
http://oron.com/ha3kjypq0blt/nubiles_amina_greenpanties_full.wmv.html
http://oron.com/h6e2f0s21m0z/nubiles_alena_patiofun_full.wmv.html
http://oron.com/g7p7vg6x2hjd/nubiles_austin_lotiontits_full.wmv.html
http://oron.com/f668m43qos1y/nubiles_austin_whitevibrator_full.wmv.html
http://oron.com/dzfi5jfuldri/nubiles_alena_couchbeads_full.wmv.html
http://oron.com/ct0easpk2ild/nubiles_ariel_kitchenplay_full.wmv.html
http://oron.com/87c47j7pxpt6/nubiles_bambi_leopardprint_full.wmv.html
http://oron.com/67qx09v00oqm/nubiles_belinda_exercise_full.wmv.html
http://oron.com/60h1dsr8ighh/nubiles_belinda_kitchenstrip1_full.wmv.html
http://oron.com/6oetd0d5kesa/nubiles_belinda_kitchenstrip2_full.wmv.html
http://oron.com/4asv7r5gcivc/nubiles_belinda_panties_full.wmv.html
http://oron.com/2zlb3kawcrja/nubiles_anny_greenroom_full.wmv.html
http://oron.com/2wfxv6usw4hq/nubiles_anette_flowerpower_full.wmv.html
http://oron.com/2naw5inmfoaz/nubiles_ash_brownlacey_full.wmv.html
http://oron.com/1r2ayqslxwuu/nubiles_billie_pinkviberator_full.wmv.html
http://oron.com/0edsmsngu21l/nubiles_aicha_stripestockings_full.wmv.html
http://oron.com/sxvis10vsaq6/nubiles_caila_southcentral_full.wmv.html
http://oron.com/sbrovh9wswo1/nubiles_bunni_outdoors_full.wmv.html
http://oron.com/ojhst1ttzhn1/nubiles_candi_glassdildo_full.wmv.html
http://oron.com/lsv1i83h3xi9/nubiles_caila_bathroom_full.wmv.html
http://oron.com/bcejm7dz017p/nubiles_candi_blackcock_full.wmv.html
http://oron.com/b5hnjflb0st8/nubiles_bunni_showertime_full.wmv.html
http://oron.com/59uia03kfn82/nubiles_bunni_bedroomrabbit_full.wmv.html
http://oron.com/8h96nd7ca4jn/nubiles_caila_pinkwhite_full.wmv.html
http://oron.com/wlsqqyfxuwfl/nubiles_ariel_sexyschoolgirl_full.wmv.html
http://oron.com/pzfv9goptj9x/nubiles_bente_floorfingers_full.wmv.html
http://oron.com/kwi1clvgpk5a/nubiles_anita_whipcream_full.wmv.html
http://oron.com/i9los2lfyjpk/nubiles_bente_masturbate_full.wmv.html
http://oron.com/e5hlhxz9r1st/nubiles_ariel_vaniitymirror_full.wmv.html
http://oron.com/6gh1eaicc8vv/nubiles_austin_blueroom_full.wmv.html
http://oron.com/1asrt1yqatm2/nubiles_aicha_flowercouch_full.wmv.html
http://oron.com/bkidsz7qbnit/nubiles_candi_twofingerfuck_full.wmv.html
http://oron.com/lxuhgu0n1u5j/4965a.wmv.html
http://oron.com/1bosbpqspyoh/abbylane-wmvFullHigh-1.wmv.html
http://oron.com/1k0oc622hrxh/katiesummers-wmvFullHigh-1.wmv.html
http://oron.com/1vfqgxzuxf2u/kandimilan-wmvFullHigh-1.wmv.html
http://oron.com/1vu4wjrj1fx1/brandyblair-wmvFullHigh-1.wmv.html
http://oron.com/2bp2oma1yzz2/amia_ella-wmvFullHigh-1.wmv.html
http://oron.com/2iqnu67ghonu/nataliarossi-wmvFullHigh-1.wmv.html
http://oron.com/2y31xs4wal1p/kaceyjordan-wmvFullHigh-1.wmv.html
http://oron.com/37vw0wjz0xj1/krystalbenz-wmvFullHigh-1.wmv.html
http://oron.com/3zcqnvwwvm9q/candace_jennifer-wmvFullHigh-1.wmv.html
http://oron.com/5etx9otzije9/cheyennecooper-wmvFullHigh-1.wmv.html
http://oron.com/6hv1j2vce3o7/melaniejane-wmvFullHigh-1.wmv.html
http://oron.com/74duz33hwckf/lexibrooks-wmvFullHigh-1.wmv.html
http://oron.com/81l1cg9437yv/bella-wmvFullHigh-1.wmv.html
http://oron.com/8j6t42f7uyzc/tarynkemp-wmvFullHigh-1.wmv.html
http://oron.com/938k01qj85wo/gioiabiel-wmvFullHigh-1.wmv.html
http://oron.com/astluxx5t3go/brookeadams-wmvFullHigh-1.wmv.html
http://oron.com/bw9pt2s8ar8i/erintaylor-wmvFullHigh-1.wmv.html
http://oron.com/c0wus1m2x7qt/rebeccablue-wmvFullHigh-1.wmv.html
http://oron.com/ce30tdvt15na/kennakane-wmvFullHigh-1.wmv.html
http://oron.com/cpmzq7hbvied/victoriawhite-wmvFullHigh-1.wmv.html
```

```
http://oron.com/d40gpdh9648a/alysonwestley-wmvFullHigh-1.wmv.html
http://oron.com/d4sqzgqge4fw/michellehoneywell_ashlynrae-wmvFullHigh-1.wmv.html
http://oron.com/dyzs6m2n3rdw/isistaylor-wmvFullHigh-1.wmv.html
http://oron.com/f06yu7eccfpo/tiacyrus-wmvFullHigh-1.wmv.html
http://oron.com/fav139mpjtms/tiffanytyler-wmvFullHigh-1.wmv.html
http://oron.com/fzzhc84ierln/kieraking-wmvFullHigh-1.wmv.html
http://oron.com/g9zujwex6ed6/jessejordan_emyreyes-wmvFullHigh-1.wmv.html
http://oron.com/hbeutcu6af2r/taralynnfoxx_ritalovely-wmvFullHigh-1.wmv.html
http://oron.com/hk25wmbqjhq2/vanessacage-wmvFullHigh-1.wmv.html
http://oron.com/hvoiy0bgwpic/rubyreyes-wmvFullHigh-1.wmv.html
http://oron.com/ieobmjv80bad/alliehaze-wmvFullHigh-1.wmv.html
http://oron.com/ija2cnk9dy6j/lindylane-wmvFullHigh-1.wmv.html
http://oron.com/iqeq3no6p2ar/dannicole-wmvFullHigh-1.wmv.html
http://oron.com/jh7vvnjavk0o/jenniferwhite-wmvFullHigh-1.wmv.html
http://oron.com/k9zr1cp0dviw/piperbrady-wmvFullHigh-1.wmv.html
http://oron.com/muxsirkbpgdu/mistilove-wmvFullHigh-1.wmv.html
http://oron.com/n20ax2nh8uih/candacecage-wmvFullHigh-1.wmv.html
http://oron.com/oadaen8kbj93/amailiu-wmvFullHigh-1.wmv.html
http://oron.com/ohpjhkcb8ptc/chloedash-wmvFullHigh-1.wmv.html
http://oron.com/pduuccwp263h/diemmoore-wmvFullHigh-1.wmv.html
http://oron.com/plq85jpa66rq/baileylane-wmvFullHigh-1.wmv.html
http://oron.com/qi3wktkfmlvr/hollyhansen-wmvFullHigh-1.wmv.html
http://oron.com/riecynoapgyh/ivywinters-wmvFullHigh-1.wmv.html
http://oron.com/rosd04gsj5d4/haliecummings-wmvFullHigh-1.wmv.html
http://oron.com/rxdgsvmiyy3x/allystyle-wmvFullHigh-1.wmv.html
http://oron.com/sebfxbha4sip/austynsummers-wmvFullHigh-1.wmv.html
http://oron.com/taswhnq6bxyc/amiamoretti_dannicole-wmvFullHigh-1.wmv.html
http://oron.com/tojzep9que1s/zoey-wmvFullHigh-1.wmv.html
http://oron.com/uo9qzfd0lqjh/arianafox-wmvFullHigh-1.wmv.html
http://oron.com/upifgyl5az59/alliejordan-wmvFullHigh-1.wmv.html
http://oron.com/vdm0ff8kwgu8/gracie_ally-wmvFullHigh-1.wmv.html
http://oron.com/vez5a12txcuz/milamason-wmvFullHigh-1.wmv.html
http://oron.com/vwr608ogqdhu/madisonivy-wmvFullHigh-1.wmv.html
http://oron.com/w2xbaedyamoi/michellemyers-wmvFullHigh-1.wmv.html
http://oron.com/w50uqz2p12v5/kimcapri-wmvFullHigh-1.wmv.html
http://oron.com/wvpdfpwbcyk3/kodykay-wmvFullHigh-1.wmv.html
http://oron.com/xmfr3yzkcy9x/jessejordan-wmvFullHigh-1.wmv.html
http://oron.com/xxpn8svdzv5s/missy_madison-wmvFullHigh-1.wmv.html
http://oron.com/04xzuu2ke370/mg18_Cheyenne.part1.rar.html
http://oron.com/05fmz3t6z08x/mg18_Carmen.part1.rar.html
http://oron.com/07eol7ye6py8/mg18_Taylor_T.part4.rar.html
http://oron.com/0et57m4ewj1e/mg18_Angelica.part2.rar.html
http://oron.com/0pof942a54pa/mg18_Izy.part1.rar.html
http://oron.com/0tz3gf6sgfxd/am96.part3.rar.html
http://oron.com/0zm6zcbs4bw9/mg18_taylort_PHOTOS.zip.html
http://oron.com/110yaagh2574/mg18_Ashli_PHOTOS.zip.html
http://oron.com/13gvrs86551n/mg18_tori_PHOTOS.zip.html
http://oron.com/14lalcej3iem/mg18_ally_PHOTOS.zip.html
http://oron.com/1ggl6ljcv43i/mg18_Jesse.part2.rar.html
http://oron.com/1pvj195hk5z7/mg18_Nika_PHOTOS.zip.html
http://oron.com/1r34alydqr3p/mg18_britney_PHOTOS.zip.html
http://oron.com/23diia2qw4ez/mg18_Stephanie.part1.rar.html
http://oron.com/23wih56tzd1i/mg18_Cindy.part1.rar.html
http://oron.com/2f0drskuofpv/mg18_Victoria.part1.rar.html
http://oron.com/2f8mv73gbydq/mg18_Britney.part1.rar.html
http://oron.com/2fk9wkd5mapi/mg18_Misty.part2.rar.html
```

```
http://oron.com/2g0w6249cbke/am94_-_PHOTOS.zip.html
http://oron.com/2hugnbdv9hqf/mg18_Taylor_T.part2.rar.html
http://oron.com/2yrfo6gk9owp/mg18_Ally.part1.rar.html
http://oron.com/31qki09za5n8/mg18_Morgan.part2.rar.html
http://oron.com/33gyhj5oiwqs/mg18_Ella_Marie.part5.rar.html
http://oron.com/3rqwjdqovpyp/mg18_Izy.part3.rar.html
http://oron.com/48533a3te08b/mg18_Brandy.part2.rar.html
http://oron.com/4rkwigx9c5lx/mg18_cheyenne_PHOTOS.zip.html
http://oron.com/4tfvbg0q4eg8/mg18_Jesse.part1.rar.html
http://oron.com/4xdj4va2u5oj/mg18_tiffany.part7.rar.html
http://oron.com/57uf43gko12o/mg18_annmarie_PHOTOS.zip.html
http://oron.com/5q86nts20yhd/mg18_melissa_PHOTOS.zip.html
http://oron.com/5wkq24pchsyj/mg18_Tessa.part3.rar.html
http://oron.com/5xryhm0nevs8/mg18_Riley.part4.rar.html
http://oron.com/5z7uinbgm48g/mg18_Micah.part2.rar.html
http://oron.com/6du4xkhv8ker/mg18_jenny_PHOTOS.zip.html
http://oron.com/6iakrrrhv042/mg18_Melissa.part1.rar.html
http://oron.com/6it271ag0f0w/mg18_Kenzi.part1.rar.html
http://oron.com/6lnq7qudkd09/mg18_Morgan.part1.rar.html
http://oron.com/6zjvox6d8flt/mg18_micah_PHOTOS.zip.html
http://oron.com/7c8e05g5tizp/mg18_Britney.part3.rar.html
http://oron.com/7dzyaowvae38/mg18_Halia.part2.rar.html
http://oron.com/7hho6hcro7te/mg18_Ally.part2.rar.html
http://oron.com/7y7yx0rex92f/mg18_Gracie.part4.rar.html
http://oron.com/7yt0rd1n1sdd/mg18_Stephanie.part2.rar.html
http://oron.com/80hkjdg75kfj/mg18_stephanie_PHOTOS.zip.html
http://oron.com/83zha55bgykn/mg18_Madison.part2.rar.html
http://oron.com/8jgma3ubu0nb/mg18_Tori.part3.rar.html
http://oron.com/8uw6dqzdpip1/mg18_Madison.part1.rar.html
http://oron.com/8xu0ifoceo7g/mg18_Jayden.part2.rar.html
http://oron.com/8zaf3kx8o0c6/mg18_Gracie.part1.rar.html
http://oron.com/95ojmdkfpy7r/mg18_Cheyenne.part3.rar.html
http://oron.com/9d1pvcr0lkc3/mg18_Ella_Marie.part4.rar.html
http://oron.com/9gcvn5dj6fah/am96.part1.rar.html
http://oron.com/9suxyam1k9kr/mg18_angelica_PHOTOS.zip.html
http://oron.com/9vdzmkeaa6gb/tm80.part1.rar.html
http://oron.com/9x7gz7au8hj5/am94.part2.rar.html
http://oron.com/9y3dcwxq1p8d/mg18_Candice.part3.rar.html
http://oron.com/abzgb5hz75sg/mg18_Brandy.part5.rar.html
http://oron.com/acjtdq4cqbhg/mg18_Jesse.part4.rar.html
http://oron.com/amxx60k6a53i/fh18-lexi_bloom.part04.rar.html
http://oron.com/awy23p27e1sg/mg18_Gracie.part3.rar.html
http://oron.com/ay7z29mz2uyv/mg18_Adriana.part2.rar.html
http://oron.com/azie6hqb3fzc/mg18_Nicole_PHOTOS.zip.html
http://oron.com/b1iyk9ab37wg/mg18_AnnMarie.part2.rar.html
http://oron.com/b2e3er82orog/sndswt26.part3.rar.html
http://oron.com/b52trio8ck6b/mg18_halia_PHOTOS.zip.html
http://oron.com/bdh1uv6e8y5p/mg18_Tessa.part4.rar.html
http://oron.com/bef3rp5oid29/mg18_Tori.part2.rar.html
http://oron.com/boa0h6z68tdv/mg18_Nicole.part1.rar.html
http://oron.com/bqx60yf2d2nt/mg18_Angelica.part1.rar.html
http://oron.com/buv6os5l7ttg/mg18_Niki.part2.rar.html
http://oron.com/bvvod6zd0aad/mg18_Nika.part1.rar.html
http://oron.com/ce0m8c7imezw/mg18_Riley.part2.rar.html
http://oron.com/cgkdazrdmlcz/mg18_Ashli.part1.rar.html
http://oron.com/cz99dxufj7jv/mg18_Jamie.part1.rar.html
```

```
http://oron.com/d3eh3mnbv0y4/mg18_Lexi.part2.rar.html
http://oron.com/d3rsjagikm5g/mg18_Victoria.part3.rar.html
http://oron.com/d528w9cag56l/mg18_holly_PHOTOS.zip.html
http://oron.com/dk1l66ny35yy/mg18_brandy_PHOTOS.zip.html
http://oron.com/dpv7qo1cod6b/mg18_adriana_PHOTOS.part1.rar.html
http://oron.com/dxdzeswy6hqf/mg18_AnnMarie.part1.rar.html
http://oron.com/e2i5l1uf8k5h/mg18_Riley.part1.rar.html
http://oron.com/eanl6lubgymp/mg18_Ashli.part2.rar.html
http://oron.com/epu0hu8gkmza/mg18_Brandy.part1.rar.html
http://oron.com/eqf40audkkg3/mg18_Ella_Marie.part6.rar.html
http://oron.com/estvyj49zqhj/mg18_riley_PHOTOS.zip.html
http://oron.com/et4nze22effh/tm80_-_PHOTOS.zip.html
http://oron.com/eyhrledcrkqr/mg18_Jenny.part1.rar.html
http://oron.com/fjkrejvjt5fz/mg18_Nika.part2.rar.html
http://oron.com/ft7dris0trt7/mg18_Gracie.part2.rar.html
http://oron.com/ftu3jurmod52/mg18_Ashli.part3.rar.html
http://oron.com/g3ia2lf99b81/fh18-lexi_bloom.part02.rar.html
http://oron.com/g4slmc8vjc07/mg18_Nika.part3.rar.html
http://oron.com/g8q4nt4qp9hh/mg18_carmen_PHOTOS.zip.html
http://oron.com/ga2v2papzqp9/mg18_Victoria.part4.rar.html
http://oron.com/gc3gj3a5esap/mg18_daniamia_PHOTOS.zip.html
http://oron.com/gku7cfhdzbbw/mg18_Holy.part1.rar.html
http://oron.com/gutmy66ka42f/mg18_Tessa.part6.rar.html
http://oron.com/guybk4ky59nv/mg18_Miley.part2.rar.html
http://oron.com/h4c1yp46mjkh/sndswt26_-_PHOTOS.zip.html
http://oron.com/h7ixg4hj9sb1/mg18_jesse_PHOTOS.zip.html
http://oron.com/h8py8eac96gl/mg18_Halia.part3.rar.html
http://oron.com/hemmswj3ad5d/mg18_tiffany.part1.rar.html
http://oron.com/hfnj6mruuo6b/mg18_Jayden.part1.rar.html
http://oron.com/hhujn1us0kcj/mg18_Jamie.part6.rar.html
http://oron.com/hj0ipmnixldr/mg18_Ella_Marie.part3.rar.html
http://oron.com/hmlbragbv2af/mg18_Marissa.part2.rar.html
http://oron.com/hrw8hglvhaqx/mg18_Niki.part3.rar.html
http://oron.com/hsjxdudbawgh/mg18_Ginger.part2.rar.html
http://oron.com/i5a2m66kn5hf/mg18_Ginger.part1.rar.html
http://oron.com/i6bag8n1u53r/mg18_Adriana.part1.rar.html
http://oron.com/igr0kwm29p5m/mg18_Austyn.part3.rar.html
http://oron.com/ii6lnuqioqr7/sndswt26.part2.rar.html
http://oron.com/iiow5kb9dmaw/mg18_adriana_PHOTOS.part2.rar.html
http://oron.com/ik8gkrxh148e/mg18_Cindy.part3.rar.html
http://oron.com/ipd9q6dfot8k/mg18_Austyn.part2.rar.html
http://oron.com/ite4oknrke94/mg18_Eden_PHOTOS.zip.html
http://oron.com/iu5mvbo09v04/mg18_Tessa.part5.rar.html
http://oron.com/j5aa1ihxhtxo/tm80.part3.rar.html
http://oron.com/j7j21tsl6kwj/mg18_Angelica.part3.rar.html
http://oron.com/j9j7ekwmz3tc/mg18_jamie_PHOTOS.zip.html
http://oron.com/jb4cjh3vvas8/mg18_jayden_PHOTOS.zip.html
http://oron.com/jgjpcqzsszdg/am94.part1.rar.html
http://oron.com/jgx4xhbi2tke/mg18_Austyn.part1.rar.html
http://oron.com/jkvxe153xe5c/mg18_Jamie.part2.rar.html
http://oron.com/joiwe6cg84e3/mg18_ella_PHOTOS.zip.html
http://oron.com/jtrng6vchp8c8/fh18-lexi_bloom.part09.rar.html
http://oron.com/jxbth4pnij7r/mg18_marina_PHOTOS.zip.html
http://oron.com/kexxmt1viwod/mg18_Melissa.part3.rar.html
http://oron.com/ktoapeibu1io/mg18_Marina.part2.rar.html
http://oron.com/l0tzptyvw60j/mg18_Cheyenne.part2.rar.html
```

```
http://oron.com/ldlxxtdqj4d3/mg18_Candice_PHOTOS.zip.html
http://oron.com/ldubct2j1ewj/mg18_Eden.part1.rar.html
http://oron.com/ll3ivgzzn2ps/mg18_Lexi.part3.rar.html
http://oron.com/llaxas9tix74/mg18_Tessa.part2.rar.html
http://oron.com/ln014z0ty692/mg18_Micah.part1.rar.html
http://oron.com/lotrs9bfp9uw/mg18_Gracie.part5.rar.html
http://oron.com/lxwimjxcjrly/mg18_Cindy.part2.rar.html
http://oron.com/lzvohm22aeev/mg18_Holy.part2.rar.html
http://oron.com/m64zzuycrd61/mg18_Gracie.part6.rar.html
http://oron.com/mfrw2h0nceup/mg18_izy_PHOTOS.zip.html
http://oron.com/mig8jx6ompnm/mg18_misty_PHOTOS.zip.html
http://oron.com/my14q8mu0mqw/mg18_Lexi.part1.rar.html
http://oron.com/mzup72fmo6ve/mg18_miley_PHOTOS.zip.html
http://oron.com/n51awgnhy53b/am96.part2.rar.html
http://oron.com/n8niyexdu98h/mg18_Ella_Marie.part1.rar.html
http://oron.com/nb53au0zud46/mg18_Tessa.part1.rar.html
http://oron.com/ngvagti2k9fs/mg18_victoria_PHOTOS.zip.html
http://oron.com/ni9afiuvhut8/mg18_Carmen.part2.rar.html
http://oron.com/nrtxkkks4j5q/mg18_Brandy.part3.rar.html
http://oron.com/nstq5wz7dbdq/mg18_Misty.part1.rar.html
http://oron.com/o6bqihws1s65/mg18_kagney_PHOTOS.zip.html
http://oron.com/oce44hw4qsli/fh18-lexi_bloom.part07.rar.html
http://oron.com/orykaot9r9qs/mg18_Brandy.part4.rar.html
http://oron.com/owu8nxsmq4p9/mg18_Kagney.part1.rar.html
http://oron.com/oxslnk37qo63/mg18_Ally.part3.rar.html
http://oron.com/p7q5s2ldry7m/mg18_Ella_Marie.part2.rar.html
http://oron.com/pfj36ez2ofn8/mg18_Jenny.part2.rar.html
http://oron.com/pw83k1ke6jdk/mg18_tiffany.part3.rar.html
http://oron.com/pxko2t5yfcg4/mg18_Ashli.part4.rar.html
http://oron.com/q4wg10nls01g/fh18-lexi_bloom.part05.rar.html
http://oron.com/qqdp8x8kghy2/mg18_Candice.part1.rar.html
http://oron.com/qvu70nnsulr8/mg18_Taylor_T.part1.rar.html
http://oron.com/qxi1pblpww1s/mg18_Misty.part3.rar.html
http://oron.com/r4jc817qna0i/mg18_madison_PHOTOS.zip.html
http://oron.com/r6bjp11x49vx/mg18_Miley.part3.rar.html
http://oron.com/rg75fgxctxjf/fh18-lexi_bloom.part01.rar.html
http://oron.com/rgrf1ud4flfx/mg18_Kenzi.part2.rar.html
http://oron.com/rtx47phtmf4f/mg18_Nicole.part3.rar.html
http://oron.com/rwd5hga27m0d/mg18_Niki.part1.rar.html
http://oron.com/s2kyvd0b3l0n/mg18_Taylor_T.part3.rar.html
http://oron.com/s45b3mztmdjv/mg18_morgan_PHOTOS.zip.html
http://oron.com/s87zv80hhllu/mg18_Britney.part2.rar.html
http://oron.com/swkdgtphs3vg/mg18_austyn_PHOTOS.zip.html
http://oron.com/sxhpj52061fa/mg18_nikki_PHOTOS.zip.html
http://oron.com/tahqgu00cbzy/mg18_Melissa.part2.rar.html
http://oron.com/tbpaezfosbh8/mg18_Marina.part1.rar.html
http://oron.com/th0emxm5ap6w/mg18_kenzi_PHOTOS.zip.html
http://oron.com/tocx2ttpmbwz/mg18_gracie_PHOTOS.zip.html
http://oron.com/tps0jv6ojq1z/mg18_tessa_PHOTOS.zip.html
http://oron.com/tpux0yx61isu/mg18_tiffany.part2.rar.html
http://oron.com/tqv45do70qk6/mg18_Eden.part2.rar.html
http://oron.com/tsvpzkgrso25/fh18-lexi_bloom.part08.rar.html
http://oron.com/tywi64wqcy96/mg18_Miley.part1.rar.html
http://oron.com/u3pk6hzja1ns/mg18_Jamie.part3.rar.html
http://oron.com/udr7uz0pfx9v/mg18_tiffany.part4.rar.html
http://oron.com/udx4tpttrssf/mg18_Candice.part2.rar.html
```

```
http://oron.com/ufh5z2ojtt4t/mg18_Tori.part1.rar.html
http://oron.com/v89ln6g3qv2k/mg18_marissa_PHOTOS.zip.html
http://oron.com/vajvjwc59gpe/mg18_Ginger.part3.rar.html
http://oron.com/vn1dnhsxyluz/mg18_cindy_PHOTOS.zip.html
http://oron.com/vyyvii0b74ms/tm80.part2.rar.html
http://oron.com/w1cpuubz1e9j/mg18_tiffany.part5.rar.html
http://oron.com/w1w0r81onbc0/mg18_Lexi_PHOTOS.zip.html
http://oron.com/w61t1au45cf8/mg18_tiffany.part6.rar.html
http://oron.com/wfdirksmv0xd/mg18_Izy.part2.rar.html
http://oron.com/wlypdfky9ugx/mg18_ginger_PHOTOS.zip.html
http://oron.com/wn486rbw93py/fh18-lexi_bloom.part03.rar.html
http://oron.com/x6a91syn2vf7/mg18_Jamie.part5.rar.html
http://oron.com/xb1tj6tvxwm0/mg18_Marissa.part1.rar.html
http://oron.com/xf5tadxuwt2n/mg18_Riley.part3.rar.html
http://oron.com/y2bwu492s1vy/sndswt26.part1.rar.html
http://oron.com/y5gpjn4kdwq2/mg18_Halia.part1.rar.html
http://oron.com/yps1juy9pl5u/mg18_Kagney.part2.rar.html
http://oron.com/yzl5jtn72bft/fh18-lexi_bloom.part06.rar.html
http://oron.com/z1jtc2ybz3bl/mg18_Nicole.part2.rar.html
http://oron.com/z5dwmuxfh8ye/mg18_Jesse.part3.rar.html
http://oron.com/z7wkuuqj6kyv/mg18_Victoria.part2.rar.html
http://oron.com/zcia7ae9crvv/am94.part3.rar.html
http://oron.com/zdi4ycm60myr/mg18_Jamie.part4.rar.html
```



**Roman Romanov <mainroman@gmail.com>**

## breakdown of frozen funds
6 messages

**Chris Tisdall** <chris.tisdall@alertpay.com>  Fri, May 11, 2012 at 2:43 PM
To: Roman Romanov <mainroman@gmail.com>

Hey Roman,

Pls see a complete breakdown of the funds we placed on hold. These are "payments received" only.....They are NOT your deposits as we would never place these funds on hold because we are able to completely verify where they come from.

The Reserves that were placed on the account support@oron.com are as follows:

| Date funds were held | 4/5/2012 | 4/12/2012 | 4/19/2012 | 4/26/2012 | 5/3/2012 | 5/10/2012 |
|---|---|---|---|---|---|---|
| Release date | 10/5/2012 | 10/12/2012 | 10/19/2012 | 10/26/2012 | 11/2/2012 | 11/10/2012 |
| Amount Held | $1,500.00 | $950.00 | $600.00 | $990.00 | $30.00 | $820.00 |

On April 27th, 2012, $14,800 USD + 1500EUR was held based off of 10% of the transactions that occurred within the last 90 days as of that date.

Im working on them releasing all funds held with the exception of the $14,800 frozen on the 27th.

I'll let you know when I hear back from them.

Kind regards,

--
*Chris Tisdall*
**Business Development**
www.alertpay.com
514.748.1441.Ext.339
8255 Mountain Sights, S.100
Montreal, Qc, H4P 2B5

---

**Roman Romanov** <mainroman@gmail.com>  Mon, May 14, 2012 at 1:16 PM
To: Chris Tisdall <chris.tisdall@alertpay.com>

Dear Chris,

How are you? Hope your weekend was fun

I don't see you online in Skype so I have to use email
I wanted to ask you how everything is going with your issues and I need you guys to load our most recent wire quickly, we need to make a payout. I also want to talk to you, so if you could log on at some point tomorrow.

Thank you
[Quoted text hidden]

Gmail - breakdown of frozen funds                                                                                                                                         https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

Case 2:12-cv-05847-GMN-RJJ   Document 23-5   Filed 03/12/12   Page 19 of 19
Case 2:12-cv-01057-GMN-RJJ   Document 83-12   Filed 08/07/12   Page 3 of 7

**Chris Tisdall** <chris.tisdall@alertpay.com>  
To: Roman Romanov <mainroman@gmail.com>

Mon, May 14, 2012 at 4:26 PM

Hey Roman,

I won't be on Skype much this week because I'm in Texas at a conference.

If its urgent, pls send me an email and I'll get back to you.

Cheers,

Sent from my iPhone  
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>  
To: Chris Tisdall <chris.tisdall@alertpay.com>

Mon, May 14, 2012 at 11:38 PM

Hey Chris,

Yes, actually there is something urgent. We need our recent wire to be added to our balance real quick. I wrote it in the email before. Would you be so kind and look into it, we have a scheduled payout today.

Thank you  
Roman  
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>  
To: Chris Tisdall <chris.tisdall@alertpay.com>

Tue, May 15, 2012 at 11:12 AM

Hello Chris,

I cant reach anyone at Payza over the phone, they just do not pick up. Please call your guys and ask them to load our wire urgently.  
It should have already come and we need that to be done today.

Thanks  
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>  
To: Chris Tisdall <chris.tisdall@alertpay.com>

Tue, May 15, 2012 at 12:54 PM

Dear Chris,

Our wire for 45k$ shows up as pending and is not loaded to our account.  
Please try to resolve it asap and have your guys to actually load it to our balance so we can go ahead with our business.

Thank you  
Roman