Case: 1:12-cv-05844 Document #: 23-6 Filed: 12/03/12 Page 1 of 10 PageID #:778
Case 2:12-cv-01057-GMN-RJJ Document 83-14 Filed 08/07/12 Page 2 of 2

Gmail - AlertPay: Money received                    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...



Roman Romanov <mainroman@gmail.com>

## AlertPay: Money received
1 message

**AlertPay** <noreply@alertpay.com>                                      Tue, May 8, 2012 at 9:05 AM
To: mainroman@gmail.com

This is an automated email, please do not reply

(A) AlertPay

Dear Roman Romanov,

You've got cash!

Oron.com (support@oron.com) just sent you money through AlertPay.

Payment Details

    Date: May 08, 2012 11:05:02 AM
    Amount Sent: $5200.00 USD
    Sender Name: Oron.com
    Sender Email: support@oron.com
    Reference Number: 7A9B6-█████
    Message: Translate

View the details of this transaction by logging into your AlertPay account.

Thanks for choosing AlertPay,                                   Follow Us
The AlertPay Team

**Need Assistance?**
We're happy to help by phone at 1-514-748-5774, Monday to Friday 8:00am to 7:00 pm EST, or by email
Copyright 2012. All rights reserved. AlertPay

Email ID: 0049



**Roman Romanov <mainroman@gmail.com>**

## Hi ADMIN
1 message

**Sexy Suzy** <sexysuzy2000@hotmail.com>                         Wed, Dec 21, 2011 at 7:53 AM
To: mainroman@gmail.com

Hello ADMIN,

I am Online Now

You read you PM on Pornbb about wanting to Talk to me, I Need to talk Also, I guess u Know my ORON Account was BANNEd (No reason Given Not even an EMAIL) Which mak me FEEL Very SAD Now 😢. HOw will I Make any Money Online Now ?

I dont have your ICQ # (My PC hardrive had to be Formatted 2 Months ago) Lost everything Stored then

Please reply as Soon as Possible, I Will leave MSN MESSENGER on for the Day

If I dont Respond on MSN, I am Doing Alot of Housework Now (Cleaning up for Christmas). But I will Check Back every 15 min or so.

---

Date: Mon, 6 Jun 2011 18:34:22 +0400
Subject: hello Sexy, from Admin about posting on hentai.
From: mainroman@gmail.com
To: sexysuzy2000@hotmail.com; alan0123@hotmail.com

Hello,

Please see attached file. If you have any questions, let me know.
As agreed I will pay you 10 cents per post since all content can be either Remote uploaded or Add to My Account via ORON.
Should be an easy job for you.

Open 10 threads, with 10 users and post about 10 posts in each everyday until you run out of posts.

Keep track of how many posts you've made.

Thanks.



Roman Romanov <mainroman@gmail.com>

## Withdrawal missing
1 message

**Chris Tisdall** <chris.tisdall@alertpay.com>  
To: "Oron.com - Support" <support@oron.com>  
Cc: mainroman@gmail.com

Tue, Jun 21, 2011 at 3:52 PM

Hey,

After speaking with the Director of R&D, he advised me that the withdrawal was cancelled by Security when they requested documents from you. This was not supposed to happen and unfortunately, an employee here will pay for it. IT was not in your history because cancelled withdrawals expire after 1 month and become archived. This is to keep the system running quicker and smoother due to the high volume of transactions passing through our system.

I had them run a script on your acct to recalculate the balance and the funds were indeed returned to your balance the moment it was cancelled. I dont have any proof as it stands but will work on getting you something if you need it.

Im sorry for the inconvenience.

Let me know if you have any questions or concerns.

--  
Chris Tisdall  
Business Development | www.alertpay.com  
chris.tisdall@alertpay.com | 514.748.1441.Ext.339  
8255 Mountain Sights, S.100 Montreal, Qc, H4P 2B5





Roman Romanov <mainroman@gmail.com>

## RE: hello Sexy, from Admin about posting on hentai.2
2 messages

**Alan Gbt Trinidad** <alan0123@hotmail.com>  
To: mainroman@gmail.com

Mon, Jun 6, 2011 at 11:12 PM

Hi  
Been really Busy both at Home and on Pornbb in the evenings/Nite  
Doing some Work on the back of the House, Painting etc.

I have banned this Guy from India (always same IP **117.197.232.XXX** .) So many Times Each Day he keeps Opening At last 5 to 10 Accounts, and then will use them Other Days to Posts Banned File Hosts (Fileserve and Fsonic). I think Indan is like 12 hrs ahead of Me now, So He has The advantage, But I still manage t Catch him shortly after he Floods with him Fserve + Fsonic Links

Now Checking my Email and seeing this  
Will Take My Time  as you said Post about 10 Each Day in 10 Seperate MeGa tHreads ( 10 cents seem so Little) 

I had Like the 20 cents Before 

Well I see what I can do

Ok So Open 10  New Accounts you suggested names in the text File  on pornbb? ,

Sure will Do .

BTW  
here is the Text File of the First Job with Sexy Massages. (I thought u had wanted me to Post it (which I had Done Buts its Deleted on pornbb)

Cheers

Date: Mon, 6 Jun 2011 18:34:22 +0400  
Subject: hello Sexy, from Admin about posting on hentai.

From: mainroman@gmail.com
To: sexysuzy2000@hotmail.com; alan0123@hotmail.com

Hello,

Please see attached file. If you have any questions, let me know.
As agreed I will pay you 10 cents per post since all content can be either Remote uploaded or Add to My Account via ORON.
Should be an easy job for you.

Open 10 threads, with 10 users and post about 10 posts in each everyday until you run out of posts.

Keep track of how many posts you've made.

Thanks.

📄 **ADMIn (1st Job) PICS + Oron Links .txt**
78K

---

**Roman Romanov** <mainroman@gmail.com>
To: Alan Gbt Trinidad <alan0123@hotmail.com>

Wed, Jun 8, 2011 at 1:28 PM

20 cents was for files you have to download and make screens.

Here you will not have to download anything, just click and steal, 2 seconds.

Let me know when are you going to start and if you will.
Cos if you won't I will need to find another person for the job.
[Quoted text hidden]

Case: 1:12-cv-05844 Document #: 23-6 Filed: 12/03/12 Page 6 of 10 PageID #:783
Case 2:12-cv-01057-GMN-RJJ Document 85-25 Filed 08/07/12 Page 2 of 4

Gmail - Admin about posting on hentai.3                                    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...



Roman Romanov <mainroman@gmail.com>

## Admin about posting on hentai.3
2 messages

**Alan Gbt Trinidad <alan0123@hotmail.com>**   Fri, Jun 10, 2011 at 9:24 PM
To: ADMIN Pornbb Roman Russia <mainroman@gmail.com>

Dead Admin,

I replied to your PM on Pornbb.

I can NOT click and steal, the Oron Links are Not Public, I will still have to download them and then manually reupload them. You will also need to TAkes the Pics and also Upload them to a Pic Hoster.

With all Due respect
If you Wish (as you said below) u can go ahead and ask another Mod.

Cheers

---

Date: Wed, 8 Jun 2011 23:28:52 +0400
Subject: Re: hello Sexy, from Admin about posting on hentai.2
From: mainroman@gmail.com
To: alan0123@hotmail.com

20 cents was for files you have to download and make screens.

Here you will not have to download anything, just click and steal, 2 seconds.

Let me know when are you going to start and if you will.
Cos if you won't I will need to find another person for the job.

On Tue, Jun 7, 2011 at 9:12 AM, Alan Gbt Trinidad <alan0123@hotmail.com> wrote:

> Hi
> Been really Busy both at Home and on Pornbb in the evenings/Nite
> Doing some Work on the back of the House, Painting etc.
>
> I have banned this Guy from India (always same IP **117.197.232.XXX** .) So many Times Each Day he keeps Opening At last 5 to 10 Accounts, and then will use them Other Days to Posts Banned File Hosts (Fileserve and Fsonic). I think Indan is like 12 hrs ahead of Me now, So He has The advantage, But I still manage t Catch him shortly after he Floods with him Fserve + Fsonic Links
>
>
> Now Checking my Email and seeing this
> Will Take My Time as you said Post about 10 Each Day in 10 Seperate MeGa tHreads ( 10 cents seem so Little) Crying face
>
> I had Like the 20 cents Before Winking smile
>
>
> Well I see what I can do
>
> Ok So Open 10 New Accounts you suggested names in the text File on pornbb? .
>
> Sure will Do .Smile
>
>
> BTW
> here is the Text File of the First Job with Sexy Massages. (I thought u had wanted me to Post it (which I had Done Buts its Deleted on pornbb)
>
> Cheers
> Open-mouth smile

Case: 1:12-cv-05844 Document #: 33-6 Filed: 12/03/12 Page 7 of 10 PageID #:784
Case 2:12-cv-01057-GMN-RJJ Document 85-25 Filed 08/07/12 Page 3 of 4

Gmail - Admin about posting on hentai.3    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

Date: Mon, 6 Jun 2011 18:34:22 +0400
Subject: hello Sexy, from Admin about posting on hentai.
From: mainroman@gmail.com
To: sexysuzy2000@hotmail.com; alan0123@hotmail.com

Hello,

Please see attached file. If you have any questions, let me know.
As agreed I will pay you 10 cents per post since all content can be either Remote uploaded or Add to My Account via ORON.
Should be an easy job for you.

Open 10 threads, with 10 users and post about 10 posts in each everyday until you run out of posts.

Keep track of how many posts you've made.

Thanks.

---

Roman Romanov <mainroman@gmail.com>
To: Alan Gbt Trinidad <alan0123@hotmail.com>                       Sat, Jun 11, 2011 at 3:22 AM

Sexy,

The 20$ - tell me where to send them and I will. I can also add them to your ORON balance.

Now test everything and let me know if you will do this job. I'm waiting.

You have to listen to what I tell you! One more time. and PLEASE READ THIS CAREFULLY!
I have just tested everything MYSELF and it all works.

thank you for choosing RapidShare.

Your username: hentaiworker
Your Password: hentaiworker12345

Here is a Premium RapidShare account for you.

HERE IS THE !!SPECIAL!! ORON ACCCOUNT:   YOU HAVE TO USE IT! to be able to add to my account. DO NOT USE ANY OTHER ACCOUNTS.

```
ORON account:
Login: hentaiworker
Password: ▓▓▓▓▓▓▓▓
```

Upload Pics to:

```
http://www.picsforfriends.info/indexh.php
```

This is a list of threads to re post on hentai.pornbb.org and list of PornBB accounts you need to use.

```
Forum threads:

http://www.hentaibb.com/viewtopic.php?f=57&t=3401 - rapid - live screenshots in the end.
http://www.hentaibb.com/viewtopic.php?f=57&t=3239&start=90 rapid
```

Case: 1:12-cv-05844 Document #: 33-6 Filed: 12/03/12 Page 8 of 10 PageID #:785
Case 2:12-cv-01057-GMN-RJJ Document 85-25 Filed 08/07/12 Page 4 of 4

Gmail - Admin about posting on hentai.3    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

http://www.hentaibb.com/viewtopic.php?f=57&t=224 rapid

http://www.hentaibb.com/viewtopic.php?f=33&t=9692&start=350 oron is from the end.

http://www.hentaibb.com/viewtopic.php?f=20&t=41047 - oron

http://planetsuzy.org/t410358-p11-cool-hentai-video-from-this-year.html - oron

http://planetsuzy.org/t408621-hentai-xxx-uncensored-movies-series-amp-videos-oron-amp-filesonic.html - oron

http://planetsuzy.org/t397856-p17-anime-porn-collection.html

http://planetsuzy.org/t422798-p5-hentai-movies-collection-only-uncensored-update.html

http://planetsuzy.org/t259584-p24-collection-of-hentai-movies-19892011.html

http://planetsuzy.org/t388330-p13-exclusive-hentai-xxx-videos-from-virgin11.html

**Porn BB Usernames:**

Password for all will be: ▇▇▇▇▇▇▇

1. hentaiworld
2. GettingLaid
3. gr8tstuffdamn
4. tentaclesmonster
5. funlovingcreature
6. deeppenetration
7. darkthoughtsihave
8. sweetandnasty
9. golumspussy
10. hentaiaff



Roman Romanov <mainroman@gmail.com>

### Admin about posting on hentai.4
1 message

**Alan Gbt Trinidad** <alan0123@hotmail.com>  
To: ADMIN Pornbb Roman Russia <mainroman@gmail.com>

Sun, Jun 12, 2011 at 3:15 AM

No DONT send it to Oron BAlance.

Since I Wold have to Wait unil my Balance reaches $100 to withdraw it (Currently my balance is only $20 there)

You Can send it to my PAYPAL (Same User name as my EMAIL here)

PAYPALAccount User Name

BTW that password there is NOT Working
Says I Have Login an Incorrect username or Password 😞

---

Date: Sat, 11 Jun 2011 13:22:46 +0400
Subject: Re: Admin about posting on hentai.3
From: mainroman@gmail.com
To: alan0123@hotmail.com

Sexy,

The 20$ - tell me where to send them and I will. I can also add them to your ORON balance.

Now test everything and let me know if you will do this job. I'm waiting.

You have to listen to what I tell you! One more time. and PLEASE READ THIS CAREFULLY!
I have just tested everything MYSELF and it all works.

thank you for choosing RapidShare.

Your username: hentaiworker
Your Password:

Here is a Premium RapidShare account for you.

HERE IS THE !!SPECIAL!! ORON ACCCOUNT:    YOU HAVE TO USE IT! to be able to add to my account. DO NOT USE ANY OTHER ACCOUNTS.

```
ORON account:
Login: hentaiworker
Password:
```

Upload Pics to:

```
http://www.picsforfriends.info/indexh.php
```

This is a list of threads to re post on hentai.pornbb.org and list of PornBB accounts you need to use.

```
Forum threads:

http://www.hentaibb.com/viewtopic.php?f=57&t=3401 - rapid - live screenshots in the end.
http://www.hentaibb.com/viewtopic.php?f=57&t=3239&start=90 rapid
```

Case: 1:12-cv-05944 Document #: 23-6 Filed: 12/03/12 Page 10 of 10 PageID #:787
Case 2:12-cv-04057-GMN-RJJ Document 83-26 Filed 08/07/12 Page 3 of 3

Gmail - Admin about posting on hentai.4    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

http://www.hentaibb.com/viewtopic.php?f=57&t=224 rapid

http://www.hentaibb.com/viewtopic.php?f=33&t=9692&start=350 oron is from the end.

http://www.hentaibb.com/viewtopic.php?f=20&t=41047 - oron

http://planetsuzy.org/t410358-p11-cool-hentai-video-from-this-year.html - oron

http://planetsuzy.org/t408621-hentai-xxx-uncensored-movies-series-amp-videos-oron-amp-filesonic.html - oron

http://planetsuzy.org/t397856-p17-anime-porn-collection.html

http://planetsuzy.org/t422798-p5-hentai-movies-collection-only-uncensored-update.html

http://planetsuzy.org/t259584-p24-collection-of-hentai-movies-19892011.html

http://planetsuzy.org/t388330-p13-exclusive-hentai-xxx-videos-from-virgin11.html

**Porn BB Usernames:**

Password for all will be: ████

1. hentaiworld
2. GettingLaid
3. gr8tstuffdamn
4. tentaclesmonster
5. funlovingcreature
6. deeppenetration
7. darkthoughtsihave
8. sweetandnasty
9. golumspussy
10. hentaiaff