

Roman Romanov <mainroman@gmail.com>

## Fwd: URGENT!
1 message

**Sven - Oron.com Marketing Manager** <sven@oron.com>  Sat, Jan 1, 2011 at 11:46 AM
To: mainroman@gmail.com

---------- Forwarded message ----------
From: **Sven - Oron.com Marketing Manager** <sven@oron.com>
Date: Thu, Dec 30, 2010 at 2:53 PM
Subject: URGENT!
To: support@digitalpoint.com

Dear Sir or Madame,

---> PLEASE delete my NON PREMIUM account "eyebites" since the OWNER of ORON hired me and told me I have to buy me some premium account so I had to use another name now.
So please: eyebites can be deleted, I will never use that again.

MY NEW now ONLY and VALID account will be "SvenCanHelp". I already paid teh 12 months premium for 130$.

Another thing is that he wants me to manage and start a NEW ORON thread so that the old should be deleted or edited.

How can that be managed?

Thank you!



Roman Romanov <mainroman@gmail.com>

# Re: Situation

2 messages

---

**Sven - Oron.com Marketing Manager** <sven@oron.com>      Sat, Jan 1, 2011 at 11:48 AM
To: mainroman@gmail.com

> On Fri, Dec 31, 2010 at 2:09 AM, Sven - Oron.com Marketing Manager <sven@oron.com> wrote:
> Ok, once more my situation:
>
> - I was originally registered as eyebites when I was only some user and affiliate at ORON and thus talking as some outsider
> - I then became connected with ORON yesterday so I had to get rid of my old account since it would have been scam to write as eyebites when I am the marketing manager. So far it is understandable I think.
> - The owner wanted be to become premium right away. He told me that 4 times toady. So did I.
> - I mailed you RIGHT AWAY to delete my old account eybites.
>
> My plans were to:
>
> a) buy perhaps some advertisement space at your digital point forum.
> b) delete the old ORON thread and start a new one with your help.
>
> I can NOT use my old account because I am NOT a simple user anymore but some manager inside the company.
>
> I hope you understand my problem now. It was basically my honesty that got me banned.
>
> Sadly,
>
> Sven

---

**Sven - Oron.com Marketing Manager** <sven@oron.com>      Sat, Jan 1, 2011 at 11:50 AM
To: mainroman@gmail.com

> On Fri, Dec 31, 2010 at 3:32 AM, Digital Point <support@digitalpoint.com> wrote:
> Your situation doesn't change the fact that we never (ever, EVER) allow someone to register more than one account. The owner of your company can tell you to do anything he wants, if what he tells you to do breaks our rules, it still breaks our rules.
>
> Our rules clearly state that users may never create an account if they have already created one at any time in the past. It's stated in the published rules, and you have to specifically agree you have never had an account in the past when you create an account. If you didn't lie on your new account application, it

would not have gotten you in trouble in our system.

Either way, it's not the end of the world. Your ban isn't permanent, you are free to use your account when your infractions expire.

On Thu, Dec 30, 2010 at 5:09 PM, Sven - Oron.com Marketing Manager <sven@oron.com> wrote:
> Ok, once more my situation:
>
> - I was originally registered as eyebites when I was only some user and affiliate at ORON and thus talking as some outsider
> - I then became connected with ORON yesterday so I had to get rid of my old account since it would have been scam to write as eyebites when I am the marketing manager. So far it is understandable I think.
> - The owner wanted be to become premium right away. he told me that 4 times toady. So did I.
> - I mailed you RIGHT AWAY to delete my old account eybites.
>
> My plans were to:
>
> a) buy some massive advertisement space at your digital point forum.
> b) delete the old ORON thread and start a new one with your help.
>
> I can NOT use my old account because I am NOT a simple user anymore but some manager inside the company.
>
> I hope you understand my problem now. It was basically my honesty that got me banned.
>
> Sadly,
>
> Sven



Roman Romanov <mainroman@gmail.com>

## my drafts
2 messages

---

**Sven - Oron.com Marketing Manager** <sven@oron.com>      Sun, Jan 9, 2011 at 7:15 PM
To: Roman Romanov <mainroman@gmail.com>

Hello, Roman.
Here are my two red banners.
We do not have to discuss about that crappy work. I know it is horrible.
But what else can I do if I am only allowed to change the text?
Perhaps your designer or yourself could create some banner that is closer to the original ones but better than mine.
The text in the banner is clear.
WHY we can't use pictures in the banner? I don't know, but let's do it without pictures.

Once more: these are my drafts. I am not happy with them. I wish we could just take the one we got from your guy.

And tell the boss that we can use 3 banner max (rather 2) anyway - so it is no use to make 20 different text versions!
--> THUS since we NEED to tell how much the webmasters and customers can earn we have only a second banner left with some other slogan on it.

I still don't know why we can't make it like we both agreed to earlier this day. But we will see what happens.

Greetings,

Sven

**2 attachments**



728x90 second draft sven .jpg
96K

728x90.jpg
96K

---

**Roman Romanov** <mainroman@gmail.com>      Sun, Jan 9, 2011 at 11:04 PM
To: "Sven - Oron.com Marketing Manager" <sven@oron.com>

They look good Sven.
I've asked the designer to make us a few and he should give them today.
We'll see what he makes and pick a best one and submit it.
[Quoted text hidden]



Roman Romanov <mainroman@gmail.com>

## My decision
1 message

**Sven - Oron.com Marketing Manager** <sven@oron.com>  Mon, Jan 10, 2011 at 8:25 PM
To: Roman Romanov <mainroman@gmail.com>

Hello, Roman.

I decided to select the blue banner for our campaign.
Our first approach will be at exbii - the largest porn forum of the world. I already started it.
Then moving to sk-down and serial-hun (done), adding WJunction and warez-bb as well as hong-fire and akiba-online.

Thank you.

Svcen


**ORON - BLUE banner.jpg**
85K



Roman Romanov <mainroman@gmail.com>

## banner
3 messages

---

**Sven - Oron.com Marketing Manager** <sven@oron.com>  
To: mainroman@gmail.com  
Fri, Jan 7, 2011 at 9:22 AM

Finally!

This is the paper from my webdesginer.

You can see it as his working sheet. Our designer can now take that idea.

📎 **oron_proposal.pdf**  
191K

---

**Roman Romanov** <mainroman@gmail.com>  
To: "Sven - Oron.com Marketing Manager" <sven@oron.com>  
Sat, Jan 8, 2011 at 7:45 AM

Do you like the banner like it is or do you want to change it?  
It's a final product.  
[Quoted text hidden]

---

**Sven - Oron.com Marketing Manager** <sven@oron.com>  
To: Roman Romanov <mainroman@gmail.com>  
Sat, Jan 8, 2011 at 7:16 PM

Sorry I answered so late. Saturday is my only family day.

--> I already mailed you the feed back:

1) PLEASE change the colors from red and green since that is already taken by filesonic. Take rather blue and gray or ANY other colors you like - just not red and green. It should look reliable and trustworthy.

2) I like your idea of some face of a human of the banner very much.

Can you change it from that rapper-looking guy to some smart looking girl / woman?  remember: our public image must be reliable, smart and trustworthy with money.  
Otherwise i am very, very happy!

Thank you very much.

Sven  
[Quoted text hidden]



Roman Romanov <mainroman@gmail.com>

## pictures
1 message

**Sven - Oron.com Marketing Manager** <sven@oron.com>   Sun, Jan 9, 2011 at 1:22 PM
To: Roman Romanov <mainroman@gmail.com>

Hello.

here are some first pictures. They are all free to be used without any fee. More soon.
These are full HD. You can cut them out.

4 attachments



**489985_R_K_by_Konstantin-Gastmann_pixelio.de.jpg**
1606K



**489989_R_K_by_Konstantin-Gastmann_pixelio.de.jpg**
1872K



**489992_R_K_by_Konstantin-Gastmann_pixelio.de.jpg**
1466K



489998_R_K_by_Konstantin-Gastmann_pixelio.de.jpg
1239K