Case: 1:12-cv-05844 Document #: 83-9 Filed: 12/03/12 Page 1 of 3 PageID #:808
Case 2:12-cv-01057-GMN-RJJ Document 83-23 Filed 08/07/12 Page 2 of 4

Gmail - advertisement work                                        https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...



Roman Romanov <mainroman@gmail.com>

---

## advertisement work
3 messages

---

**Sven - Oron.com Marketing Manager** <sven@oron.com>                    Wed, Jan 12, 2011 at 1:06 PM
To: "Oron.com - Support" <support@oron.com>, Roman Romanov <mainroman@gmail.com>

Hello, boss.

This is an abstract about all campaigns that are already in effect or planned.
I added the key numbers to the target websites so you can decide what size the campaign
should have.

I like to add that I heard a lot of NEGATIVE things about banner networks.
1) They are relatively expensive in relation to the effectiveness they generate.
2) They do NOT say at which forums / areas they are placing the banners. We do not have any control to
that.

--> Placing banners DIRECTLY on important sites and forums is far more effective.

**1)** --> The large **banner networks** I have analyzed and would **APPROVE** are:

a) **blacklabelads** (htttps://www.blacklabelads.com/mb/manage_campaigns.php)
b) **adknowledge** (https://bidsystem.adknowledge.com/SignUp)
c) **majon** (http://www.majon.com/banner-advertising-opt1.html)
d) **247realmedia** (http://www.247realmedia.de/DE-DE/)
e) **xtendmedia** (http://www.xtendmedia.com/)
f) **adbrite** (http://www.adbrite.com/)

I analyzed over about 70 banner ad networks.

**I suggest to work together only with 3 of them.** My suggestion would be **blacklabelads** and **xtendmedia**
and **adbrite** for two reasons:

- xtendmedia works together with partypoker and was extremely successful with them. Other case studies
here: http://www.xtendmedia.com/index.php/Advertisers/case-study.html
- blacklabelads does promote on adult sites. Almost all other banner networks do NOT do that.
- adbrite is easy to manage

**Note that I CAN NOT deposit money there. They need the oron creditcard data.**

*********
**2) Direct banner advertisement:**

2.1) **Websites** we are advertising on:

2.1.1.) **exbii.com**  (http://www.exbii.com/)
Info: exbii is the largest filesharing website of the world.

**Data:** Alexa traffic rank: 715, 86 in India, sites linking in: 431
**Active users at every given moment:** 30,000 - 40,000
**Views per month:** ca. 200 million

Case: 1:12-cv-05844 Document #: 23-9 Filed: 12/03/12 Page 2 of 3 PageID #:809
Case 2:12-cv-01057-GMN-RJJ Document 83-23 Filed 08/27/12 Page 3 of 4

Gmail - advertisement work                                        https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

**Our current campaign:** 500$, cpm.
Time: unlimited. 3 times per same person / day.

CAMPAIGN IS STOPPED!

**Upgrade to permanent banner:** costs: 2500$ **per month** for UK/USA/Germany; Canada
                                           4500$ whole world

\*\*\*\*

2.1.2) **sk-down, serial-hun, rardownload.net/auto, warezguru** (one owner)

**Data**: Alexa traffic rank: 99,566, 3,700 in vietnam
**Active users at every given moment**: ca. 1, 000

**Our current campaign: 777**$, fixed, all websites.
Time: 6 months.

\*\*\*\*\*

2.1.3) **Hong-fire** (http://www.hongfire.com/)
Info: hongfire is the largest anime network in the world

**Data**: Alexa traffic rank: 2,125 and 197 in Japan 86 in India, sites linking in: 1008
**Active users at every given moment**: ca. 5,000 - 7,000
**Views per month:** ca. 100 million

**Our current campaign: 300**$, fixed, bottom, one month.

NOT PAID YET! Banner is already up!

**Plans: Upgrade to top banner**: 1. March, fixed place. Costs: 300$ per month - I would suggest 6 months forward payment to secure the place.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
<u>Planned websites (planned or already contacted and answered):</u>

**akiba-online:** (http://www.akiba-online.com/forum/main.php) **Alexa Traffic Rank: 1,815 , JP: 175**
pageviews: 68 million per month

pricing:
A 600x120 banner at the top of the forum is $1200 per month.
A 120x600 banner in the left side of the forum is $800 per month

Banners should be web optimised jpeg or gif and will be shown to all our traffic on every forum page (over 67 million pageviews in the last 30 days)

Contact: chompychan@gmail.com

\*\*\*\*\*\*\*\*

**intporn:** http://www.intporn.com, traffic rank: 6,300. ca. 2500 users online.

**bbsex:** traffic rank: 31,000 - ads at: http://www.juicyads.com/juicysites.php?id=3117&ref=3720

Case: 1:12-cv-05844 Document #: 23-9 Filed: 12/03/12 Page 3 of 3 PageID #:810
Case 2:12-cv-01057-GMN-RJJ Document 83-23 Filed 08/07/12 Page 4 of 40

Gmail - advertisement work                                                    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

--> Topic about ORON you can create here http://www.bbsex.org/board4.html
It will be not sticked, we can update it regularly

**desi-underground:** traffic rank: 35,000, 1,200 users online, advertisement contact made. price is per month. Contact person only via website: http://desi-underground.com/baadshah-m2134.html

**pornolia.net:** Important in the GERMAN net, alexa rank world: 87,000, Germany: 7,800

**leecher.to:** rank: 10,000 world, 492 germany

**asianforumer:** contact made, pricing available, rank: 7500, 1,000 Japan

**WJunction:** rank 4200, contact made, advertisement over katz

**pornW:** rank: 4600, important side.

**yourwire.net:** rank: 18,000, 1,200 Germany

---

**Roman Romanov** <mainroman@gmail.com>                                          Fri, Jan 14, 2011 at 1:35 AM
To: "Sven - Oron.com Marketing Manager" <sven@oron.com>, svenflockie@hushmail.com

Hi Sven,

I need login and password for WJunction forum please.

Roman
[Quoted text hidden]

---

**Roman Romanov** <mainroman@gmail.com>                                          Fri, Jan 14, 2011 at 5:19 AM
To: "Sven - Oron.com Marketing Manager" <sven@oron.com>, svenflockie@hushmail.com

I've reset the password for account **Oron Support** to:

[redacted]

On Wed, Jan 12, 2011 at 11:06 PM, Sven - Oron.com Marketing Manager <sven@oron.com> wrote:
[Quoted text hidden]