

Proposal Banner-Marketing
Client: Oron.com / Sven Bohn
Date: 01/07/11

The new Online-Marketing approach could use - referring to the company name – motifs from space photography (see samples below). This helps to build a new, unique Corporate Imagery, which can be used troughout all Marketing Materials.

The main goal should be to communicate three major messages:

> Who is ORON?
> Why should I use ORON?
> What does ORON offer – compared to other Filehosting-Webmaster-Partner-Programs?

Slogan (working title)
ORON – Your smart Filehosting Partner

The Banners used on Filehosting-Communities communicate the program's USPs:
> „We pay up to $25 per 1000 downloads"
> „We pay 55% commission on all sales and rebills"
> „We pay 5% for webmaster referral"

Banner Example:



Image Examples:

   

wasserwerfer. büro für design & kommunikation tübingen
Christian Tünnemann Freier Mediendesigner
www.wasserwerfer-design.de