

Roman Romanov <mainroman@gmail.com>

## Illegale files
1 message

**Wholly Productions** <ita.webmasterprod@gmail.com>    Wed, Dec 15, 2010 at 4:52 AM
To: mainroman@gmail.com

Due copyright violation please remove files below:

http://www.fileserve.com/file/PZaPGEm/ITA_0168.part1.rar
http://www.fileserve.com/file/PJJNMz6/ITA_0168.part2.ra
rhttp://www.fileserve.com/file/udmDqpM/ITA_0169.part1.rar
http://www.fileserve.com/file/BEPTKS4/ITA_0169.part2.rar


1. Identify yourself as either:

1.1 The owner of a copyrighted work(s), or
OWNER
1.2 A person &quote;authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.&quote;

2. State your contact information, including your TRUE NAME, street address, telephone number, and email address.
Wholly Productions
ATTN INTOTHEATTIC.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
ita.webmasterprod@gmail.com

3. Identify the copyrighted work that you believe is being infringed, or if a large number of works are appearing at a single website, a representative list of the works.
http://intotheattic.com

4. Identify the material that you claim is infringing your copyrighted work, to which you are requesting that Fileserve.com disable access over the World Wide Web.

5. Identify the location of the material on the World Wide Web by providing information reasonably sufficient to permit Oron.com to locate the material.
http://www.ilovebdsm.co.cc

6. State that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agents, or the law.
I do.

7. State that the information in the notice is accurate, under penalty of perjury.
It is true

Regards
ITA Media