# Gmail

Roman Romanov <mainroman@gmail.com>

## work
1 message

**Roman Romanov** <mainroman@gmail.com>  
To: mainroman@gmail.com

Mon, May 9, 2011 at 8:37 AM

w

**2 attachments**

- ORON work.txt  
  30K

- BBWork.txt  
  4K

Gmail - work files
Case 2:12-cv-01057-GMN-RJJ Document 83-20 Filed 08/07/12 Page 2 of 2
1 of 1



Roman Romanov <mainroman@gmail.com>

---

### work files
1 message

**Roman Romanov** <mainroman@gmail.com>  Fri, May 20, 2011 at 7:05 AM
To: mainroman@gmail.com, mainroman@yahoo.com

work files

**8 attachments**

- **BBWork.txt**
  4K
- **domains.txt**
  10K
- **ORON work.txt**
  36K
- **payments.txt**
  2K
- **PayPalClaimMessages.txt**
  2K
- **Posts For Vacation.txt**
  38K
- **Telephoni.txt**
  11K
- **sponlogins.txt**
  7K



Roman Romanov <mainroman@gmail.com>

## Привет
1 message

**Roman Romanov** <mainroman@gmail.com>  
To: capobviously@yahoo.com

Tue, Jun 14, 2011 at 1:12 AM

http://www.picsforfriends.info/indexh.php - для картинок.

thank you for choosing RAPIDSHARE.

Your username: hentaiworker  
Your Password: ███████

ORON account:  
Login: hentaiworker  
Password: ███████

Forum threads:

http://www.hentaibb.com/viewtopic.php?f=57&t=3401 - rapid - live screenshots in the end.

http://www.hentaibb.com/viewtopic.php?f=57&t=3239&start=90 rapid

http://www.hentaibb.com/viewtopic.php?f=57&t=224 rapid

http://www.hentaibb.com/viewtopic.php?f=33&t=9692&start=350 oron is from the end.

http://www.hentaibb.com/viewtopic.php?f=20&t=41047 - oron

http://planetsuzy.org/t410358-p11-cool-hentai-video-from-this-year.html - oron

http://planetsuzy.org/t408621-hentai-xxx-uncensored-movies-series-amp-videos-oron-amp-filesonic.html - oron

http://planetsuzy.org/t397856-p17-anime-porn-collection.html

http://planetsuzy.org/t422798-p5-hentai-movies-collection-only-uncensored-update.html

http://planetsuzy.org/t259584-p24-collection-of-hentai-movies-19892011.html

http://planetsuzy.org/t388330-p13-exclusive-hentai-xxx-videos-from-virgin11.html

Porn BB Usernames:

Password for all will be: ▮▮▮▮▮▮

1. hentaiworld
2. GettingLaid
3. gr8tstuffdamn
4. tentaclesmonster
5. funlovingcreature
6. deeppenetration
7. darkthoughtsihave
8. sweetandnasty
9. golumspussy
10. hentaiaff

# Gmail

Roman Romanov <mainroman@gmail.com>

## new abuse
1 message

**Roman Romanov** <mainroman@gmail.com>  Fri, Nov 19, 2010 at 9:23 AM
To: mainroman@gmail.com

new abuse

📄 **Oron Abuses.txt**
167K



Roman Romanov <mainroman@gmail.com>

## files
1 message

**Roman Romanov** <mainroman@gmail.com>  Wed, Sep 28, 2011 at 6:18 AM
To: mainroman@gmail.com

files

**5 attachments**

- BBWork.txt
  7K
- ORON work.txt
  32K
- payments.txt
  2K
- PayPalClaimMessages.txt
  2K
- Posts for Vacation.txt
  24K