www.tulipworld.com

**From:** Roman Romanov [mailto:mainroman@gmail.com]
**Sent:** Sunday, April 22, 2012 2:00 PM
**To:** Tulip World
**Subject:** Comment to an order Order No: 122236

**Roman Romanov** — Apr 24
to Tulip

Dear Jennifer,

Yes, of course. Please ship to this address:

Maxim Bochenko
Ponte Vedra Beach
FL, 32004

Thank you
Maxim and Roman

**Tulip World** office@tulipworld.com — Apr 25
to me

Dear Maxim and Roman,

Thank you for your prompt reply. I have updated your shipping address to the one you provided, and we will be sure to ship asap in fall. Thanks again, please let us know if there is anything else we can help you with! We look forward to speaking with you soon!

Sincerely,

**Jennifer Sanfilippo**
**Operations Manager**



8480 N 87th St
Milwaukee, WI 53224
1-866-688-9547



mainroman@gmail.com
Move to Inbox    More    8 of 262

529 Fund
Tulip World
office@tulipworld.com
Show details

Ads – Why these ads?

Xoom.com
Send Money to India Fast
Get bank deposits in 24 Hours plus great locked-in exchange rates. Send money fatafat Xoom fast.

Payday Loans $250-$1500
Approvals In (2 Minutes!)
"Bad Credit OK & No References"
CashCorner.com

Shipping to Hawaii?
Cardinal Provides Low Moving Cost
Safe, Honest & Professional Movers.
CardinalMovingSystems.com/Shippin

Mobile Software Download
Design & Scale The Next Big Mobile App On Windows Azure. Try it Free!
www.windowsazure.com/free-trial

Resident Fund Management
Get direct deposit of your resident checks and online banking.
nationaldatacare.com

Vulnerability Assessment
Financial Institution-Vulnerability Assessment for $2500
www.FITechAC.com/Vulnerability

Xoom®: Send Money Now
Money Transfer Fees from $2.99!
Bank Deposit Cash Pickup & Delivery

Case 2:12-cv-01057-GMN-RJJ Document 83-60 Filed 08/07/12 Page 2 of 2

bochenko     🔍     mainroman@gmail.com ▾

More ▾     1–20 of 29 ‹ ›  ⚙ ▾

£125 Free Ads On Bing® - Advertising.Microsoft.com/UK - At Risk Of Missing New Customers? Try Free Ads On Bing & Yahoo Search    Why this ad?

| Sender | Folder | Subject | Date |
|---|---|---|---|
| Apple | Inbox | Your Apple ID password has been reset. - Apple Dear Maxim Bochenko, The password for your Apple | Jun 13 |
| Apple | Inbox | How to reset your Apple ID password. - Apple Dear Maxim Bochenko, To reset your Apple ID password | Jun 13 |
| iTunes Store | Inbox | Your receipt No.168032571678 - ... gmail.com Maxim Bochenko ▮▮▮ Ponte Vedra Beach, FL | May 6 |
| me, Tulip (4) | Inbox | Comment to an order Order No: 122236 - ... Thank you Maxim Bochenko Roman Romanov | Apr 25 |
| TulipWorld.com | Inbox | Tulipworld.com - Order Confirmation #122236 - ... Shipping Address Maxim Bochenko Maxim Bocher | Apr 22 |
| TulipWorld.com | Inbox | Tulipworld.com - Order Confirmation #122234 - ... Shipping Address Maxim Bochenko Maxim Bocher | Apr 22 |
| iTunes Store | Inbox | Your receipt No.183027744859 - ... gmail.com Maxim Bochenko ▮▮▮ Ponte Vedra Beach, FL | Jan 11 |
| iTunes Store | Inbox | Your receipt No.133027168260 - ... gmail.com Maxim Bochenko ▮▮▮ Ponte Vedra Beach, F | Jan 5 |
| Customer.Service | Inbox | ULINE Shipping Confirmation - Order#: 44719855 - Dear MAXIM BOCHENKO, Per your request, this | 12/1/11 |
| Customer.Service | Inbox | ULINE Confirmation - Order#: 0044719855 - ... Ship To: MAXIM BOCHENKO MAXIM BOCHENKO M | 12/1/11 |
| iTunes Store | Inbox | Your receipt No.198024695494 - ... gmail.com Maxim Bochenko ▮▮▮ Ponte Vedra Beach, F | 11/5/11 |
| Maxim, me (2) | Inbox | Fwd: Crazy 8 coupon code - та Пересылаемое сообщение От кого: Leah Rae <leahr69@yahoo.co | 10/7/11 |
| Maxim Bochenko | Inbox | Fwd: Payment to PBB 1 month. - ... com> Кому: Maxim Bochenko <main_max@mail.ru> Дата: 05 ок | 10/5/11 |
| iTunes Store | Inbox | Your receipt No.135023248522 - ... gmail.com Maxim Bochenko ▮▮▮ Ponte Vedra Beach, F | 9/18/11 |
| iTunes Store | Inbox | Your receipt No.139023203960 - ... gmail.com Maxim Bochenko ▮▮▮ Ponte Vedra Beach, F | 9/15/11 |
| Apple | Inbox | Your recent download with your Apple ID - Dear Maxim Bochenko, Your Apple ID, mainroman@gmail. | 9/11/11 |
| Apple | Inbox | Please verify the contact email address for your Apple ID. - Dear Maxim Bochenko, You've entered m | 9/11/11 |
| Dell Inc. | Inbox | Dell Order Has Been Confirmed for Dell Purchase ID: 2002795164411 - ... Information Contact: Maxir | 7/24/11 |
| Dell Inc. | Inbox | Dell Order Has Been Acknowledged for Dell Purchase ID: 2002795164411 - ... Information Contact: N | 7/24/11 |
| me | Inbox | work files - Jakub naschet viplat. Resseln svenu dat zadanie pust oprosit vseh i sostavit spikok. tablic 📎 | 5/20/11 |