## Hello. Inbox

**Roman Romanov** <mainroman@gmail.com>
To: info@clips4sale.com

Fri, Aug 6, 2010 at 11:43 AM

Reply | Reply to all | Forward | Print | Delete | Show original

Hello,

I was trying to purchase a few clips on your site and I couldn't do it. It told me to contact you guys.
My name is Maxim Bochenko. Please let me know if you guys are still in business.

Thank you

---

**tom@clips4sale.com** <tom@clips4sale.com>
To: Roman Romanov <mainroman@gmail.com>

Fri, Aug 6, 2010 at 11:51 AM

Reply | Reply to all | Forward | Print | Delete | Show original

Please try ordering now. Please let me know if the problem persists.

Tom
C4S Support
727-498-8515
M-F 1pm-9pm est
Sat/Sun 4pm-12am est
Off Wednesday

- Show quoted text -

---

**Roman Romanov** <mainroman@gmail.com>
To: "tom@clips4sale.com" <tom@clips4sale.com>

Fri, Aug 6, 2010 at 9:41 PM

Reply | Reply to all | Forward | Print | Delete | Show original

Hello Tom,

Now it won't add the items to cart. It says:

**Warning**: Unknown: Failed to write session data (files). Please verify that the current setting of session.save_path is correct (/var/lib/php/session) in **Unknown** on line **0**

Hey, what do you say If I give you a list of videos I need and we do it over PayPal, is that an option for you? You could send me an invoice and I'll pay it and you'll show me where to download the clips I want.

Thank you
Max

- Show quoted text -

Reply | Reply to all | Forward | Print | Delete | Show original

---

**Roman Romanov** <mainroman@gmail.com>
To: "tom@clips4sale.com" <tom@clips4sale.com>

Tue, Aug 10, 2010 at 11:25 AM

Reply | Reply to all | Forward | Print | Delete | Show original

Hello,

I still can't buy those files I wanted.
Would you be able to let me know when your system is fixed or may be we could do it over PayPal directly?

Thank you

On Fri, Aug 6, 2010 at 10:51 PM, tom@clips4sale.com <tom@clips4sale.com> wrote:

- Show quoted text -