BUBBABOY

1.


Hot young babe takes her time with an older gent!

[img]http://www.picsforfriends.info/upload_image/
3dab938a23b3ff6ac74fcf1676ec429f.jpg[/img]

[url=http://oron.com/p6659m8wi7xl]Young and Hot![/url]

2.

Very young teen with a breathtaking smile shows her blow job skills!

[img]http://www.picsforfriends.info/upload_image/
d2c59a5a914f6eefb5192f12b9215b9f.jpg[/img]

[url=http://oron.com/fxxdnegq1cz1]Cutest Cock Sucker[/url]

3.

This young slut has one tight pussy and even tighter ass hole and she's
gorgeous to boot!


[img]http://www.picsforfriends.info/upload_image/
323fdfec1d76379299ee0648a2170c87.jpg[/img]

[url=http://oron.com/8sn27cpdygbe]b047.mp4[/url]

4.

A fine, real cute little teen is featured in this great video!

[img]http://www.picsforfriends.info/upload_image/
6f0a86852fc66d60f013fe777204d153.jpg[/img]

[url=http://oron.com/mdf95zjyylpk]Cute as a Button![/url

5.

I've got one more cute but very very naughty and dirty young girl!

[img]http://www.picsforfriends.info/upload_image/
024bc589265193388cc646ad9c43bb00.jpg[/img]

[url=http://oron.com/4jxiapj1sb4o]Cute'n'Dirty![/url]

6.

It's amazing how lovely a barely legal teen can look naked. Just what you
need to spice up your day!

[img]http://www.picsforfriends.info/upload_image/
47e5c3ec7b6647b74b3ca30cb9a5adb5.jpg[/img]

[url=http://oron.com/nsblqm430tpx]Smoking Hot Babe![/url]

7.

Two hottest young blonds are about to put on a performance that will make
you cry a little!

[img]http://www.picsforfriends.info/upload_image/
ccbc0ff7e38f0c7cac4dfd973f5d3975.jpg[/img]

[url=http://oron.com/h3o7ddlrw2vh]Two Sluts![/url]

8.

I've got more perfect young bodies doing things that will turn your world
upside down!

[img]http://www.picsforfriends.info/upload_image/
400affb077c6b071a3b0b9c770eab23f.jpg[/img]

[url=http://oron.com/zr8x13y4b6d4]Goddesses![/url]

9.

A tight, sporty young babe fucked hard in a gym!

[img]http://www.picsforfriends.info/upload_image/
e9c9b71673b0ec5570df86481d43ba1f.jpg[/img]

[url=http://oron.com/1qxp8legeykz]Gym Fuck[/url]

10.

Check out the tits on this one! Absolutely breathtaking!

[img]http://www.picsforfriends.info/upload_image/
bbc4f6d61882cf5fd7b6f7098e3e04b4.jpg[/img]

[url=http://oron.com/oewo4s3qqzwf]Big Young Tits![/url]

11.

A girl with a cutest little butt!

[img]http://www.picsforfriends.info/upload_image/
6bd82c89c0c9b6fa44760cf863d1c5f5.jpg[/img]

[url=http://oron.com/bk3mw0a9ml73]Cutest Butt![/url]

12.

Naughty blond knows how to make that cock shoot cum!

[img]http://www.picsforfriends.info/upload_image/
cadd9ed1be7b1369ae97661ef2e91c2e.jpg[/img]

[url=http://oron.com/g1ssvwhz2vlv]Cock Sucker![/url]

13.

Very skinny Russian babe fucked by two youngsters. Very interesting!

[img]http://www.picsforfriends.info/upload_image/
c6844aab4016d5dd84cdb97079753d61.jpg[/img]

[url=http://oron.com/kt52aeivheqj]Russian Slut![/url]

14.

AWWW My God! This is a nice ass fucking porn video, real tight, young ass!

[img]http://www.picsforfriends.info/upload_image/
0d61d54fa52e2af669629abcb99a27e7.jpg[/img]

[url=http://oron.com/v1q330d45x1y]Young Tight Ass![/url]

15.

One more tight young asshole pierced by a hard cock!

[img]http://www.picsforfriends.info/upload_image/
b8bbb2c081b928af1803c7c919533684.jpg[/img]

[url=http://oron.com/e98x9jtnw8ax]AssHole Busted![/url]

16.

Gorgeous, soapy goodness!

[img]http://www.picsforfriends.info/upload_image/
1fa21f69742797a0c3fe3f5c0eb77391.jpg[/img]

[url=http://oron.com/6hy6z7rxtfyf]Soapy Babe![/url]

17.

Shy, but very lovely young lady!

[img]http://www.picsforfriends.info/upload_image/
9d285e373663b2b5ec1e77b69aa1ed4f.jpg[/img]

[url=http://oron.com/9h5jqioqarm1]Shy and Sexy![/url]

18.

Girls just want to have fun!

[img]http://www.picsforfriends.info/upload_image/
a7ebe82e96ad505eea9040e6a2266b90.jpg[/img]

[url=http://oron.com/on091s935r87]b062.mp4[/url]

19.

A girl and a cock, match made in heaven!

[img]http://www.picsforfriends.info/upload_image/
44f80227659ca61c0489a797c1c2fec0.jpg[/img]

[url=http://oron.com/wu3tfad4s50u]Girl and a Cock![/url]

20.

Proud young owner of a pretty tight pussy is giving it and her mouth a good workout!

[img]http://www.picsforfriends.info/upload_image/
5a16e97a7d827bd463cd18152f69b52e.jpg[/img]

[url=http://oron.com/hneg2s7p0ow2]Tight Pink Pussy![/url]


21.

This one here is a fun video!

[img]http://www.picsforfriends.info/upload_image/
534f26a6206666180a3d7d7d1c6a7f18.jpg[/img]

[url=http://oron.com/prv3bt5bkfxg]Fun Stuff![/url]

22.

Girls with nice tits!

[img]http://www.picsforfriends.info/upload_image/
edf413f9028bded2d393b4d59be4f0e9.jpg[/img]

[url=http://oron.com/7q1ig6060fpx]Nice Tits![/url]

23.

This is a sweet, nice smelling, tasty little young pussy!

[img]http://www.picsforfriends.info/upload_image/
202a2634b80cd973a1137ead7d358884.jpg[/img]

[url=http://oron.com/8b6ugv7fzjj3]Young Pussy![/url]


24.

Gorgeous young babe with sexy, yummy feet getting fucked in front of a camera!

[img]http://www.picsforfriends.info/upload_image/
d0c6db6af3b2ca1cd33c6c1e98e08d2f.jpg[/img]

[url=http://oron.com/9am47bwfq2ax]Cutest Feet![/url]
[img][/img]

25.

Beautiful young girl gang bang party!

[img]http://www.picsforfriends.info/upload_image/
25483d40d814c0d4445d599ba0e687d6.jpg[/img]

[url=http://oron.com/ftlvl8cf9uxy]Young Gang Bang![/url]

26.

A lollypop teen that will make your cock hard!

[img]http://www.picsforfriends.info/upload_image/
2707424e0724a3eeb457615353784fa4.jpg[/img]

[url=http://oron.com/?epyxg0w41bw]LollyPop Teen![/url]

27.

Very, extremely beautiful little teen with cum on her face!

[img]http://www.picsforfriends.info/upload_image/
e9b75300d2080bdff4bf72f4ac6c09b4.jpg[/img]

[url=http://oron.com/qlqq94g6verv]Cutie Loves Cum![/url]

28.

She's got a lovely ass!

[img]http://www.picsforfriends.info/upload_image/
c6ab8136e5f52dadb4aaf7a1ed1a3f7f.jpg[/img]

[url=http://oron.com/e47m0ef6l6wt]Hot Ass![/url]

29.

Hot young sluts.

[img]http://www.picsforfriends.info/upload_image/
78bf22bfa931cacbb746ad2261c1d6d2.jpg[/img]

[url=http://oron.com/y843n1k6apng]Young Sluts[/url]

30.

One more young tart selling away her body for a few bucks!

[img]http://www.picsforfriends.info/upload_image/
c8a75dcbf98adac33d64046ea791e510.jpg[/img]

[url=http://oron.com/nztt78f8hiej]Threesome![/url]


Friesian

1.

Cute teen getting down and dirty!

[img]http://www.picsforfriends.info/upload_image/
ceb831b45779013ab122dd6010f1c4bd.jpg[/img]

[url=http://oron.com/b4exl73ucmhv]Download[/url]

2.

Couple of hot teens getting down and dirty!

[img]http://www.picsforfriends.info/upload_image/
9b58ccaa188a49c12c80a6558e226555.jpg[/img]

[url=http://oron.com/87lovkdbmhxm]Download[/url]

3.

Enjoy, I sure did!

[img]http://www.picsforfriends.info/upload_image/
a9e9c50bdfefae5c400f3fbb083e4761.jpg[/img]

[url=http://oron.com/ep56jgxers1m]f742.mpg[/url]

4.

That's a pretty tight looking pussy!

[img]http://www.picsforfriends.info/upload_image/
f877f020b5e4ec6e38866c2acd057df1.jpg[/img]

[url=http://oron.com/ia41k8f7v2vr]f743.wmv[/url]

5.

Two gorgeous young tarts fucking a guy!

[img]http://www.picsforfriends.info/upload_image/
af3119735a2521dfabf9cb521b4e2a44.jpg[/img]

[url=http://oron.com/aram3bgifrf1]f744.wmv[/url]

6.

This one loves sex! Very pure performance.

[img]http://www.picsforfriends.info/upload_image/
116951d0b4dccc93b21d5cf72ff918d6.jpg[/img]

[url=http://oron.com/sp1yxrdmmx7l]f745.rar[/url]

7.

Tight, pink pussy, just wanna lick it!

[img]http://www.picsforfriends.info/upload_image/
b22df22dcbe4ac9c2ef6549892d31f64.jpg[/img]

[url=http://oron.com/dqawu4hmzozu]f746.wmv[/url]

8.

Fantastic porn video right here!

[img]http://www.picsforfriends.info/upload_image/
137781d48524dc683d9380f2404b14e5.jpg[/img]

[url=http://oron.com/hsozrkndlpl1]f747.wmv[/url]

9.

Gorgeous young girl doing it for fun!

[img]http://www.picsforfriends.info/upload_image/
bf2a3c88195d46cc62eaed898f319f27.jpg[/img]

[url=http://oron.com/3jlt8ude53e4]f749.rar[/url]

10.

Young, bright red head fucked hard!

[img]http://www.picsforfriends.info/upload_image/
faf1dd7532fb8462fcbba27914c5c461.jpg[/img]

[url=http://oron.com/08dv8tlcxqgh]f750.wmv[/url]

11.

Cute young teen having sex!

[img]http://www.picsforfriends.info/upload_image/
5f24af204c1e75cd74d0c103ab4ed256.jpg[/img]

[url=http://oron.com/mi2vgqmt0dbm]f751.mpg[/url]

12.

A hot slut with a hot, rock hard butt is fucked in this one!

[img]http://www.picsforfriends.info/upload_image/
f7813c93eb279e50b1639c6f677fc7da.jpg[/img]

[url=http://oron.com/x1po9mgcvton]f752.mpg[/url]

13.

Suck it bitch! OMG it does not fit! SUCK IT ANYWAY!

[img]http://www.picsforfriends.info/upload_image/
15a954573a738799a7b6f29b3ab66601.jpg[/img]

[url=http://oron.com/64zujk6toc1l]f753.avi[/url]

14.

Check out more teen sex!

[img]http://www.picsforfriends.info/upload_image/
38b874d7fa636de5534034134d0151fe.jpg[/img]

[url=http://oron.com/x25vmheyp70n]f754.rar[/url]

15.

The things she does for 100$!

[img]http://www.picsforfriends.info/upload_image/
1de42b1d82fd2d9ed3fdd3e398c3e7c5.jpg[/img]

[url=http://oron.com/pnk4vvctpifc]f755.rar[/url]

16.

OMG! I'd fucking dive in there and stay there for good!

[img]http://www.picsforfriends.info/upload_image/
72d8192bdd0f5ad1d1da2a01a1062c63.jpg[/img]

[url=http://oron.com/10kabzxyaadj]f756.wmv.rar[/url]

17.

Wonderful young blond in a porn video!

[img]http://www.picsforfriends.info/upload_image/
6e61f609390db480a996062fb791ca21.jpg[/img]

[url=http://oron.com/iirtbkk0jkaa]f757.wmv.rar[/url]

18.

Cute hottie about to get fucked!

[img]http://www.picsforfriends.info/upload_image/
e9ee5166dfd8d3e50c79b0764d8eb39b.jpg[/img]

[url=http://oron.com/90j3suxpt01g]f758.wmv.rar[/url]

19.

Beautiful teen sex!

[img]http://www.picsforfriends.info/upload_image/
b7a1db8bd2e2820b6ddbdd6370f21a58.jpg[/img]

[url=http://oron.com/1sdiirr12kdr]f759.wmv[/url]

20.

Two sexy cuties in action!

[img]http://www.picsforfriends.info/upload_image/
0a7767754717ac34f06925030f5b09b3.jpg[/img]

[url=http://oron.com/2smhd1upoo71]f760.rar[/url]

21.

Gorgeous young babe!

[img]http://www.picsforfriends.info/upload_image/
b06f578051ba2337c37df72d9c6b0edd.jpg[/img]

[url=http://oron.com/efrij0cuq9ki]f761.wmv[/url]

22.

Brutal ass fucking and anal abuse!

[img]http://www.picsforfriends.info/upload_image/
36fd240b6fca7598b7d69de412969c58.jpg[/img]

[url=http://oron.com/8s4ebuir4bsu]f762.wmv[/url]

23.

Hot young slut in teen porn video!

[img]http://www.picsforfriends.info/upload_image/
e53cb7037da9a8685ff820ee87ad0ebc.jpg[/img]

[url=http://oron.com/z0w5h4b62hsi]f763.wmv[/url]

24.

I'd hit that!

[img]http://www.picsforfriends.info/upload_image/
e9cdf18d5aed6d26e36b53e27f3dcdd7.jpg[/img]

[url=http://oron.com/ha8ao75xwty3]f764.rar[/url]

25.

http://www.picsforfriends.info/upload_image/
58042b57cbb7719ded0b8daa64329ac5.jpg

[url=http://oron.com/k9c8fhrs6n0b]f766.wmv[/url]

26.

Cute video right here, pervy!

[img]http://www.picsforfriends.info/upload_image/
dcbc798785e6a02911906fed22b3b05a.jpg[/img]

[url=http://oron.com/8okdthk76zn0]f767.wmv[/url]

27.

Pretty nice huh? Teen porn at it's best.

[img]http://www.picsforfriends.info/upload_image/
65bd331965f3b5a4584319b1b228cecb.jpg[/img]

[url=http://oron.com/6u9rqvfctlbt]f768.wmv[/url]

28.

Young Russian girl in a porn shoot. Pretty hot stuff!

[img]http://www.picsforfriends.info/upload_image/
4c195eb900c97d4fc82d7d680721acab.jpg[/img]

[url=http://oron.com/vhvo9ts3s1r9]f769.wmv[/url]

29.

One more sexy little cutie!

[img]http://www.picsforfriends.info/upload_image/
9edfab2ed68acd90bc4d109ad082ddd7.jpg[/img]

[url=http://oron.com/9e0oujghn82j]f770.mmv[/url]


V8 rider

1.

Young, pale, beautiful girl with an amazing body is featured in this video!

[img]http://www.picsforfriends.info/upload_image/
d122d24954e134794d034c32ff45aa36.jpg[/img]

[url=http://oron.com/xfz9kifvx9ek]skinnys910.avi[/url]

2.

Awesome old school teen porn!


[img]http://www.picsforfriends.info/upload_image/
8f71300a8cc10d2389657ff55e5f0640.jpg[/img]

[url=http://oron.com/qhkhrf6m71n4]skinnys911.avi[/url]

3.

This girl is stunning! Check this out, must have!

[img]http://www.picsforfriends.info/upload_image/
d19ba76bbc0129cb830d1a3ade711928.jpg[/img]

[url=http://oron.com/4818e7mnvpbz]skinnys912.avi[/url]

4.

Very skinny little teen used and abused!

[img]http://www.picsforfriends.info/upload_image/
885e75a992fc83bb3266359491b10423.jpg[/img]

[url=http://oron.com/98e144xczcfa]skinnys913.avi[/url]

5.

Amateur blond enjoys a cock, re thinking her life choices!

[img]http://www.picsforfriends.info/upload_image/
498b5e78b5ae8621e332c34fc6c6663a.jpg[/img]

[url=http://oron.com/i3cm1smr79wc]skinnys914.avi[/url]

6.

Outdoors fuck. Pretty hot!

[img]http://www.picsforfriends.info/upload_image/
7e6e96ebfbcafb7409e6b2491afca9bd.jpg[/img]

[url=http://oron.com/rqv9e1rjp69r]skinnys915.avi[/url]

7.

Sexy, young and skinny getting that pussy drilled!

[img]http://www.picsforfriends.info/upload_image/
cb2124a0bff1b8f2e584da77720813bf.jpg[/img]

[url=http://oron.com/8lraki782ivd]skinnys916.avi[/url]

8.

Soapy fun!

[img]http://www.picsforfriends.info/upload_image/
e0985fcf2cdd4673ffa8e77744b4c7ab.jpg[/img]

[url=http://oron.com/0tvkd1pmat2d]skinnys917.wmv[/url]

9.

Very rough fucking of a skinny young slut!

[img]http://www.picsforfriends.info/upload_image/
2d428476005581e085fc6f6627c37563.jpg[/img]

[url=http://oron.com/ft768bphlomu]skinnys918.avi[/url]

10.

Tight skinny slut fucked in the kitchen.

[img]http://www.picsforfriends.info/upload_image/
1bef0d9eca204ac87ca77c952360ed9f.jpg[/img]

[url=http://oron.com/z1on4jmm1k34]skinnys919.avi[/url]

11.

Two cutest, skinny teens work on a guy's cock!

[img]http://www.picsforfriends.info/upload_image/
35142ef46a21b5114ec81d76d33cdd04.jpg[/img]

[url=http://oron.com/fyzzitj5pf9z]skinnys921.wmv[/url]

12.

Guy is so large it hurts her but he keeps on raming that cunt!

[img]http://www.picsforfriends.info/upload_image/
581e986bb9d64296adc57c5842ccea43.jpg[/img]

[url=http://oron.com/g7snox06hg6y]skinnys922.avi[/url]

13.

Very nice looking young teen babe in a teen sex video!

[img]http://www.picsforfriends.info/upload_image/
6016564571ee97c5d1087e3065c102c6.jpg[/img]

[url=http://oron.com/gfccm31y1syy]skinnys923.wmv[/url]

14.

Teenagers having sex in the bathroom!

[img]http://www.picsforfriends.info/upload_image/
29a968d67ac6c2e51635d3c90c08896d.jpg[/img]

[url=http://oron.com/suoi3uoaozdo]skinnys924.wmv[/url]

15.

Very cute, wonderful looking skinny young girl in a teen porn video!

[img]http://www.picsforfriends.info/upload_image/
e53ccb229a8df0d7df568c67a1f7a1e6.jpg[/img]

[url=http://oron.com/whma0gfk63vh]skinnys925.mpg[/url]

16.

Tiny skinny teen with the most fun looking little titties fucked insanely
hard!

[img]http://www.picsforfriends.info/upload_image/
f3b17fa1d0846384465ca4f10b365003.jpg[/img]

[url=http://oron.com/38wiimlzg9hl]skinnys926.avi[/url]

17.

This one is seriously thinking about a career change after a hard fuck like
that!

[img]http://www.picsforfriends.info/upload_image/
ea790cf5e4fbc4dff16cd3eb5610f1e1.jpg[/img]

[url=http://oron.com/0oi4yqxw39i4]skinnys927.mpg[/url]

18.

Very hot young girl playing with her pussy.

[img]http://www.picsforfriends.info/upload_image/
6b682c82cef3175dcd02731bd8e38629.jpg[/img]

[url=http://oron.com/qajgldr2b1th]skinnys928.avi[/url]

19.

Skinny young teen fucked by two guys!

[img]http://www.picsforfriends.info/upload_image/
e5f08f007bae5626c38216863afa5cc1.jpg[/img]

[url=http://oron.com/qk57smic1ofv]skinnys929.wmv[/url]


[img][/img]


[img][/img]


mainroman

1.

Young blond sucking off mature man.

[url=http://www.picsforfriends.info/upload_image/
276955f8c53b69aa778e4ad1d5672453.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/276955f8c53b69aa778e4ad1d5672453.jpg[/img][/url]

[url=http://oron.com/w9b1lyvljja9]ys900.wmv[/url]

2.

Disgusting old man fucking beautiful young girl!

[url=http://www.picsforfriends.info/upload_image/
5d1fb2e9e06a78644090756e1a2120b4.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/5d1fb2e9e06a78644090756e1a2120b4.jpg[/img][/url]

[url=http://oron.com/ytcza6zk15dm]ys901.wmv[/url]

3.

Horny old men gang bang a hot young babe!

[url=http://oron.com/ivbqsynkpnj8]ys902.wmv[/url]

4.

Bald young girl having sex with an old man!

[url=http://www.picsforfriends.info/upload_image/

07bc5c7a0def0032af3148e85caec277.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/07bc5c7a0def0032af3148e85caec277.jpg[/img][/url]

[url=http://oron.com/72tikw6wbzo0]ys903.wmv[/url]

5.

Gorgeous young babe fucked in the ass by an old man!

[url=http://www.picsforfriends.info/upload_image/
79f8dec73de8e71f740f46fe2c04669a.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/79f8dec73de8e71f740f46fe2c04669a.jpg[/img][/url]

[url=http://oron.com/pqntsrbdyi28]ys904.wmv[/url]

6.

Fun old man with young girl sex video!

[url=http://www.picsforfriends.info/upload_image/
cd7f99451734041c6fadbff055d37f57.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/cd7f99451734041c6fadbff055d37f57.jpg[/img][/url]

[url=http://oron.com/jr7bcvj4ltu3]ys905.wmv[/url]


7.

[url=http://www.picsforfriends.info/upload_image/
efa9c981dbc96836b598ff1c42a8aa45.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/efa9c981dbc96836b598ff1c42a8aa45.jpg[/img][/url]

[url=http://oron.com/2oiz8azuc3pw]ys906.wmv[/url]


8.

[url=http://www.picsforfriends.info/upload_image/
a908a32c6992a1e74a7f5a9d318db56e.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/a908a32c6992a1e74a7f5a9d318db56e.jpg[/img][/url]

[url=http://oron.com/fmzrsedhcvh1]ys907.wmv[/url]

9.

[url=http://www.picsforfriends.info/upload_image/

6f60c3143f51c553f8dbe1f98633c0a3.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/6f60c3143f51c553f8dbe1f98633c0a3.jpg[/img][/url]

[url=http://oron.com/f2xyzwnnjupn]ys908.wmv[/url]

10.

[url=http://www.picsforfriends.info/upload_image/
064a62fb2cb0e0929edc7fc2fb74f219.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/064a62fb2cb0e0929edc7fc2fb74f219.jpg[/img][/url]

[url=http://oron.com/8q26kl4n11uh]ys909.wmv[/url]

11.

[url=http://www.picsforfriends.info/upload_image/
0b37df8e3491c3e6c8ddcdc0c5aed53b.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/0b37df8e3491c3e6c8ddcdc0c5aed53b.jpg[/img][/url]

[url=http://oron.com/cm1kaepq4hbs]ys910.wmv[/url]

12.

[url=http://www.picsforfriends.info/upload_image/
684245a68019c06519865bb5fc8d3ab6.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/684245a68019c06519865bb5fc8d3ab6.jpg[/img][/url]

[url=http://oron.com/qrnmnlzfwb1n]ys911.wmv[/url]

13.

Old teacher fucking young teen babe!

[url=http://oron.com/2y8z40tuv6zg]ys912.wmv[/url]

14.

[url=http://www.picsforfriends.info/upload_image/
ca626085b24591574a19355ae78cec14.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/ca626085b24591574a19355ae78cec14.jpg[/img][/url]

[url=http://oron.com/eyddg055i08x]ys914.wmv[/url]

15.

[url=http://www.picsforfriends.info/upload_image/

305d643b5c64002e87082e97163d2790.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/305d643b5c64002e87082e97163d2790.jpg[/img][/url]

[url=http://oron.com/fhnymriqctht]ys915.mpg[/url]

16.

[url=http://www.picsforfriends.info/upload_image/
eda7115376b07fd80e2f9a6f5ad92f4c.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/eda7115376b07fd80e2f9a6f5ad92f4c.jpg[/img][/url]

[url=http://oron.com/8jrr5ynxl6i3]ys916.mpg[/url]

17.

[url=http://www.picsforfriends.info/upload_image/
a5f408231dc6ad76c4761e84e2363fd3.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/a5f408231dc6ad76c4761e84e2363fd3.jpg[/img][/url]

[url=http://oron.com/rm8rcirxf2sb]ys917.mpg[/url]

18.

[url=http://www.picsforfriends.info/upload_image/
382f83b03c2b8fceda43af3bc3070635.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/382f83b03c2b8fceda43af3bc3070635.jpg[/img][/url]

[url=http://oron.com/1mij91g7atah]ys918.mpg[/url]

19.

[url=http://www.picsforfriends.info/upload_image/
4c73a2a737f1b421170286b3460ea8db.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/4c73a2a737f1b421170286b3460ea8db.jpg[/img][/url]

[url=http://oron.com/evkzo1u3w8tv]ys919.wmv[/url]

20.

[url=http://www.picsforfriends.info/upload_image/
98aa0ae84a32ed80e5d9bdedbde3a65b.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/98aa0ae84a32ed80e5d9bdedbde3a65b.jpg[/img][/url]

[url=http://oron.com/gjakv55tq6yi]ys920.wmv[/url]

21.

[url=http://www.picsforfriends.info/upload_image/
98aa0ae84a32ed80e5d9bdedbde3a65b.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/98aa0ae84a32ed80e5d9bdedbde3a65b.jpg[/img][/url]

[url=http://oron.com/5dzcv3tatamd]ys921.wmv[/url]

22.

[url=http://www.picsforfriends.info/upload_image/
945d628259867744c00266d4a1aec322.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/945d628259867744c00266d4a1aec322.jpg[/img][/url]

[url=http://oron.com/y2m8efrztfgn]ys922.wmv[/url]

23.

[url=http://www.picsforfriends.info/upload_image/
c002644541733789c37313ae98bd227c.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/c002644541733789c37313ae98bd227c.jpg[/img][/url]

[url=http://oron.com/j8yl7v98x21h]ys923.wmv[/url]

25.

[url=http://www.picsforfriends.info/upload_image/
62a96b6adaec566195e3f33f3025f590.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/62a96b6adaec566195e3f33f3025f590.jpg[/img][/url]

[url=http://oron.com/olgz66luooll]ys925.wmv[/url]

26.

[url=http://www.picsforfriends.info/upload_image/
c9ee7766f8160d5d190aa1694d14a2bb.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/c9ee7766f8160d5d190aa1694d14a2bb.jpg[/img][/url]

[url=http://oron.com/64h2204ia5zn]ys926.wmv[/url]

27.

[url=http://www.picsforfriends.info/upload_image/
2f273a74c856f4623e4bc9a5be6c7631.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/2f273a74c856f4623e4bc9a5be6c7631.jpg[/img][/url]

[url=http://oron.com/92z4jcmm16ov]ys927.wmv[/url]

28.

[url=http://www.picsforfriends.info/upload_image/
916a1d5476b8b804f0cf45086bfc18a8.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/916a1d5476b8b804f0cf45086bfc18a8.jpg[/img][/url]

[url=http://oron.com/fi4rl0gttac9]ys928.wmv[/url]

29.

[url=http://www.picsforfriends.info/upload_image/
9586dff7ccb813b90de8c0989e6ea0c1.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/9586dff7ccb813b90de8c0989e6ea0c1.jpg[/img][/url]

[url=http://oron.com/nz0xdwtwwkjr]ys929.wmv[/url]


30.

[url=http://www.picsforfriends.info/upload_image/
9575f3f4e69b8b1f206b73c8becd17cb.jpg][img]http://www.picsforfriends.info/
upload_image/thumb/9575f3f4e69b8b1f206b73c8becd17cb.jpg[/img][/url]

[url=http://oron.com/7fdzxsj6g3n4]ys930.wmv[/url]