Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
ecf@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT MAXIM BOCHENKO'S MOTION TO DISMISS: REQUEST FOR JURISDICTIONAL DISCOVERY** |

Pursuant to Fed. R. Civ. P. 7(b)(1), Plaintiff Liberty Media Holdings, LLC, by and through its undersigned counsel and upon the grounds set forth below, respectfully opposes Defendant Maxim Bochenko's Motion to Dismiss and moves the Court for an order allowing the Plaintiff to conduct limited discovery on the personal jurisdictional issue raised by Defendant Maxim Bochenko's Motion to Dismiss. This Opposition is made and based upon the attached memorandum of points and authorities, the papers and pleadings on file in this action, and any oral argument permitted by this Court.

## I. INTRODUCTION

The instant action arises from the willful infringement of Plaintiff's works by Defendants. The members of the website Oron.com directly infringed upon Plaintiff's works; the owners and operators of Oron induced the infringement of their users, paid their users for the infringement, and otherwise encouraged and facilitated the infringement for their financial benefit.

Not only has Defendant Bochenko been compensated handsomely by FF Magnat Ltd. for his assistance in inducing the infringement, but it appears that Defendant Bochenko is also a direct infringer of numerous companies' works. Defendant Bochenko denies any connection whatsoever to both FF Magnat Ltd. and to Nevada. However, Plaintiff has received an unsolicited box of documents from an individual named Oleg Karapetian. This box of documents contains several items showing Maxim Bochenko using the email address "mainroman@gmail.com" for his personal use. **Exhibits 50-52, 54, 56, 60.** Other documents demonstrate Bochenko utilizing the same email address to carry out correspondence with payment processors tied to Oron. **Exhibits 6, 7, 9, 12-14, 23, 35, 41-43.** Further, these documents contain emails sent from "support@oron.com" and signed "Maxim." **Exhibits 41-43.** Defendant also appears to utilize the email address "main_max@mail.ru" and has a PayPal account tied to that email address. **Exhibit 44.** The package also contained a screen shot of a private message sent on "kinkyfetish" message boards from user "mainroman." **Exhibit 40.** In this message, the user identifies himself as "Roman Romanoff" an individual who works "at ORON as a development manager." Id. The message goes on to request that Oron be made an allowed host on the message board and offers the operators of the board 5% of all sales made via links found on the forum. Id. The user lists the Skype account "mainroman" or the email address "support@oron.com" as means of contact to respond to this offer. Id. In what appears to be a Gmail search of mainroman@gmail.com for "Bochenko," several pieces of correspondence containing Bochenko's name and Florida addresses are displayed. **Exhibit 60.** Additionally, several of the documents appear to show Bochenko corresponding with individuals and offering them payment for posting Oron links on message boards. **Exhibits 22, 24-26, 30.** The sixty-five documents provided to Plaintiff by Mr. Karapetian

demonstrate a network of interconnections between Oron and Bochenko. They are outlined in the table below.

| Exhibit | Description | Relevancy of Document |
|---|---|---|
| 1 | Merchant Questionnaire for amsVISA | Demonstrates that Oron was negotiating to get Oron a Nevada based payment processor. Lists "Serge Kozlowsky" as contact person. |
| 2 | Email sven@oron.com to support@oron.com and mainroman@gmail.com | Email from "Sven – Oron.com Marketing Manager" to "Oron.com – Support" and "Roman Romanov" which opens with "Hello, boss." This email lists a number of potential places to advertise Oron, including specifically listing U.S. banner ad prices. Roman Romanov then responds requesting the password for the WJunction, and apparently receives it, as he later informs Sven of the changed password. |
| 3 | Proposal for Banners from Wasserwerfer | Banner advertisements commissioned by Oron representatives display information about a user's ability to profit from the service, not about long-term, reliable data storage |
| 4 | Email FriendFinder Networks to mainroman@gmail.com | Identifies as "Roman Romanov" with FriendFinder representative bartering about banner ads on pornbb.org |
| 5 | Leaseweb B.V. Invoices | Invoices are addressed to a "G. Maksim" |
| 6 | Email AlertPay to mainroman@gmail.com | Chris Tisdall from AlertPay sends file titled "FF Magnat Limited Acct history" to Roman Romanov, indicating that email address is used for FF Magnat business. Email specifically asks questions for "a friend" in the U.S. about payment options. |
| 7 | Email chain between AlertPay and mainroman@gmail.com | Melissa Andrews from AlertPay emails with Roman Romanov while Chris Tisdall is away. Roman refers to "our account (support@oron.com)" in the email and references two different incoming wires of over $40,000. |
| 8 | Email mainroman@gmail.com to zara256@gmail.com | Roman Romanov emails seven pages of Oron.com links to this address with no subject or instructions. |
| 9 | Email AlertPay to mainroman@gmail.com and support@oron.com | Chris Tisdall of AlertPay sends DMCA Notices of Copyright Infringement to both Oron Support and Roman Romanov. Roman responds saying that he believes the issue is resolved after contacting the rights holder. |
| 10 | Email support@oron.com to mainroman@gmail.com | Oron sends to Roman Romanov the details on how to pay its Leaseweb bill of 71.860,83 Euros. |

| Exhibit | Description | Relevancy of Document |
|---|---|---|
| 11 | Email from WeservIT to mainroman@gmail.com | Raoul Vos at WeservIT forwards DMCA Notices of Infringement on forumophilia.com to Roman Romanov. Vos also states that the rights holder should contact user "papillon" on the forum to get items taken down. |
| 12 | Email from AlertPay to mainroman@gmail.com | Chris Tisdall to Roman Romanov detailing the frozen funds for the "account support@oron.com" |
| 13 | Email from AlertPay to support@oron.com and mainromain@gmail.com | Chris Tisdall emails Roman Romanov and the Oron account forwarding a DMCA Notice of Copyright Infringement from a rightsholder with lists of Oron links. |
| 14 | Email AlertPay to mainroman@gmail.com | Email from AlertPay disclosing a $5,200.00 USD payment from Oron.com |
| 15 | Email from sven@oron.com to mainroman@gmail.com | Sven, identified as Oron's Marketing Manager forwards to Roman Romanov a request he submitted to support@digitalpoint.com requesting deletion of old account in favor of new official account for Oron support. |
| 16 | Email from sven@oron.com to mainroman@gmail.com | Sven forwards further correspondence regarding account at Digital Point forums. |
| 17 | Email from Wholly Productions to mainroman@gmail.com | Email from Wholly Productions with list of links on fileserve.com to be taken down for infringement. |
| 18 | Email sven@oron.com to mainroman@gmail.com | Email from Sven attaching potential banner advertisements for Oron. |
| 19 | Email sven@oron.com to mainroman@gmail.com | Email from Sven regarding advertising banners on sk-down, serial-hun, WJunction, warez-bb, hong-fire and akiba-online. |
| 20 | Email sven@oron.com to mainroman@gmail.com | Email from Sven attaching paper from webdesigner regarding potential Oron banner advertisements |
| 21 | Email sven@oron.com to mainroman@gmail.com | Email from Sven attaching photographs of business people that are free for their use. |
| 22 | Email sexysuzy2000@hotmail.com to mainroman@gmail.com | Email from "Sexy Suzy" to Roman Romanov regarding posting on pornbb. Romanov offers Sexy Suzy "10 cents per post" and specifies that content should be on Oron. |
| 23 | Email AlertPay to support@oron.com and mainroman@gmail.com | Chris Tisdall emails to explain issue with a missing withdrawal from the account. |
| 24 | Email alan0123@hotmail.com to mainroman@gmail.com | Email from "Alan Gbt Trinidad" to Roman Romanov discussing payment for posting on various websites. Roman copies both Alan and Sexy Suzy on an email attaching a file named "ADMIn (1st Job) PICS + Oron Links.txt." Romanov instructs users in methodology of posting and says he will compensate them for it. |

| Exhibit | Description | Relevancy of Document |
|---|---|---|
| 25 | Email alan0123@hotmail.com to mainroman@gmail.com | Alan addresses Romanov as "Admin" and discussing pornbb issues with posting Oron links. Alan suggests that Romanov "ask another Mod." Furthermore, this email identifies mainroman@gmail.com as "ADMIN Pornbb Roman Russia." |
| 26 | Email alan0123@hotmail.com to mainroman@gmail.com | Romanov sends an email identifying Oron and RapidShare accounts to use for posting on message boards. Email further identifies several usernames and passwords to use for posting on pornbb. Alan emails Romanov to discuss payment method. |
| 27 | Email mainroman@gmail.com to oxygene.oxygene@ya.ru | Email attaches text file named "Thread list." |
| 28 | Email mainroman@gmail.com to mainroman@gmail.com | Romanov sends himself two text attachments titled "ORON work" and "BBWork." |
| 29 | Email mainroman@gmail.com to mainroman@gmail.com and mainroman@yahoo.com | Romanov sends himself eight text attachments entitled "BBWork," "domains," "ORON work," "payments," "PayPalClaimMessages," "Posts For Vacation," "Telephoni," and "sponlogins." |
| 30 | Email mainroman@gmail.com to capobviously@yahoo.com | Romanov sends an individual an email with a link to picsforfriends.com, usernames and passwords for RapidShare and Oron, a list of forum threads on hentaibb.com and planetsuxy.org, and a list of pornbb user names with passwords. |
| 31 | Email paul.katz@rosebroo.com to mainroman@gmail.com | Paul Katz contacts Romanov to ask if he supports Oron.com. |
| 32 | Email mainroman@gmail.com to mainroman@gmail.com | Romanov sends himself five text attachments entitled "BBWork," "ORON work," "payments," "PayPalClaimMessages," and "Posts for Vacation." |
| 33 | Email mainroman@gmail.com to mainroman@gmail.com | Romanov sends himself a PDF entitled "Horseback.Riding.For.Dummies." |
| 34 | Email mainroman@gmail.com to mainroman@gmail.com | Romanov sends himself a text file called "Oron Abuses" with a note that this is a new abuse. |
| 35 | Email mainroman@gmail.com to AlertPay | Romanov emails Chris Tisdall at AlertPay asking him to fix a wire for "45k$" showing as pending. |
| 36 | Screenshot of CCBill Account Breakdown | Shows multiple transactions from a CCBill account, but does not conclusively display who owns this account or what the account relates to. |
| 37 | Contract Signature Page | Displays "Roman Romanov" signature with listing as "Beneficial Owner" and a Russian address. Other spaces in the signature block are for "Inese Liepina" as the Director and Shareholder for "Mammona Ltd." |

| Exhibit | Description | Relevancy of Document |
|---|---|---|
| 38 | Email Chain between support@oron.com and frejtak@red-sky.pl | Oron support email identifies itself as being available for contact via Skype at "mainroman" or via ICQ at "612-574-040." Frejtak emails Oron to request partnership between Oron and FilesTube.com. |
| 39 | Email Google Support to mainroman@gmail.com | Google emails Romanov to congratulate him on his new gmail address, "mnrmn12@gmail.com." |
| 40 | Private Message on kinkyfetish.net from user "mainroman" | User mainroman sends a message entitled "hello. follow up from ORON." User identifies himself as "Roman Romanoff" and states that he works at "ORON as a development manager." User goes on to say that if they could be an allowed host, Oron can "offer you 5% of all sales made via your forum." User requests that they contact him either via Skype at "mainroman" or via "support@oron.com (mark Attn. Roman Romanoff)." |
| 41 | Email support@oron.com to dtrommer@micropayment.de | Oron support emails Daniel Trommer in German. This email is signed "Maxim." |
| 42 | Email Micropayment to support@oron.com | Daniel Trommer replies and opens email with "Hello Maxim." |
| 43 | Email chain between support@oron.com and Micropayment | Trommer and Oron support correspond. Both Oron and Trommer identify the individual utilizing the support@oron.com account as "Maxim." |
| 44 | PayPal notification of money sent from LinkShop | Account tied to "main_max@mail.ru" receives notice that LinkShop has sent his account $3,000 USD. Notation says "Payment to PBB 1 month." |
| 45 | PayPal Screen for account for Fedor Goncharov | Shows PayPal account with a balance of "$745.071,14 USD." |
| 46 | Screenshot of Message Board post by "MVS" | Shows pornbb WhoIs information listing "Fedor Goncharov" and a German address. Further shows text of a post user claims was on fetish.pornbb (a sub-forum on pornbb.org) that claims new "administration" rigged polls to make Oron an allowed file host. |
| 47 | Email Chain involving n.vandegraaf@ocom.com, support@oron.com and r.lim@leaseweb.com | Vandegraaf (signature block says "Service Level Manager LeaseWeb B.V.") refers to Oron support as "Roman" and lists open ticket issues with Oron.com. In subsequent emails Vandegraaf addresses Oron support as "Mr. Maksim." Oron support identifies Skype account as "mainroman." |
| 48 | Text File named "BBWork" | Text file includes several IDs and passwords for various online platforms, including AdultFriendFinder affiliate account, adultadworld.com, loadedcash.com, and other accounts labeled as "administrative." Also includes messages from "Raveex" regarding pornbb.org administrative features. |

| Exhibit | Description | Relevancy of Document |
|---|---|---|
| 49 | Email from nooooc@gmail.com to mainroman@gmail.com | This email forwards a notice that forumophilia.com has inaccurate WhoIs information listed. Request to update information was originally sent to paradontes@ymail.com and then forwarded on to nooooc@gmail.com, who finally forwarded to mainroman@gmail.com |
| 50 | Email from GoDaddy to mainroman@gmail.com | GoDaddy email addresses Roman Romanov and states that he is the Administrative Contact for heinouscomics.net, heinouscomics.org, heinouscomics.biz, heinouscomics.info, and heinouscomics.mobi. |
| 51 | PayPal screen capture of Maxim Bochenko account | Screen capture shows PayPal account for Maxim Bochenko tied to "main_max@mail.ru." |
| 52 | Email from iTunes to mainroman@gmail.com | iTunes Store emails mainroman@gmail.com receipt for purchase of "Home Sheep Home" and lists billing as "Maxim Bochenko" to a Ponte Vedra Beach, FL address |
| 53 | Text File named "ORON work" | Text file contains lists of payments to be made to users (including "Raveex"), login information for Segpay, PlusFax login, domaindiscount24.com login, contact information for PayPal Ireland, contact information for Key-Systems GmbH, Oron and forumophilia IP addresses, purchase of Skype online number, AlertPay account information labeled "Goncharov," what appears to be a pre-formatted message board post with Oron links and the title "Incredibly hardcore teen porn video!" This text file even lists both "Perfect 10" and "Liberty Media Holdings" next to each other, but does not mention the significance of this listing. There are dozens of references to pornbb, forumophilia, planetsuzy.org, and other message boards devoted to sharing copyrighted pornography. |
| 54 | Email from Dell Computers to mainroman@gmail.com | Order confirmation from Dell to Maxim Bochenko, listing payment and delivery addresses in Ponte Vedra Beach, FL. |
| 55 | Email support@oron.com to hocok441@bk.ru | Oron support requests that the webmaster contact them urgently via Skype at "mainroman." Oron support goes on to request that this Skype name be kept confidential as it is "my private Skype." |
| 56 | Email mainroman@gmail.com to Tulip World | Tulip order to be delivered to Maxim Bochenko in Ponte Vedra Beach, FL. |
| 57 | Text file entitled "Payments" | Text file appears to list several user names, identifying which names are banned and initials/short hand for the others. Also includes link to a section of Oron that appears to be an admin screen. |

| Exhibit | Description | Relevancy of Document |
|---|---|---|
| 58 | Text file entitled "PayPalClaimMessages" | Appears to be a set of messages used to correspond with PayPal regarding Oron user complaints to PayPal. |
| 59 | Email RapidGator to admin@oron.com and support@oron.com | Mike Svorov from RapidGator emails Oron support asking for contact information. Oron support responds with "Skype: mainroman." |
| 60 | Screen shot of search for "Bochenko" in mainroman@gmail.com account | Shows several order confirmation, shipping confirmations, and other items in mainroman@gmail.com addresses to "Maxim Bochenko" |
| 61 | Email chain between mainroman@gmail.com and Clips4Sale.com | Romanov emails info@clips4sale.com and identifies himself as Maxim Bochenko. |
| 62 | Spreadsheet of posts and payments | Spreadsheet lists multiple payments to main_max@mail.ru and mainroman@gmail.com |
| 63 | Website Looker Report | Report on royalfoam.us website, which lists Maxim Bochenko as the owner. Email is listed as main_max@mail.ru with an address in Jacksonville, Florida. |
| 64 | Text filed titled "Posts for Vacation" | This text file contains picsforfriends.info image links and oron.com links formatted for posting on message boards. The posts are numbered and separated under headers that appear to be user names. File includes at least twenty posts for each of four different usernames, one of which is "mainroman." |

Based upon the information contained in these documents, Plaintiff seeks leave from this Court to conduct jurisdictional discovery to determine: 1) the authenticity of these documents, 2) follow-up questions based upon these documents, and 3) the true extent of Bochenko's relationship with FF Magnat Ltd. and Oron. Because Plaintiff has presented factual allegations that suggest, with reasonable particularity, the existence of requisite contacts between Defendant FF Magnat Ltd. d/b/a Oron.com and the forum state, and because Plaintiff has presented factual allegations sufficient to demonstrate the ties between Bochenko and Oron, it is appropriate that this Court grant Plaintiff leave to conduct limited discovery, as allowed by the Federal Rules of Civil Procedure, to fully determine the nature, extent, and scope of Defendant Bochenko's contacts with Nevada. Plaintiff therefore proposes a 60-day period for such limited discovery and requests that the Court allow Plaintiff Liberty an additional fourteen (14) days following the close of such

discovery to submit its full briefing in opposition to Defendant Maxim Bochenko's Motion to Dismiss.

Based upon the information sent to Plaintiff, Bochenko utilizes at least four email addresses in conjunction with his work with Oron (mainroman@gmail.com, mnrmn12@gmail.com, main_max@mail.ru, and mainroman@yahoo.com); he posts on several message boards (as "mainroman" on kinkyfetish.net, as "papillon" on forumophilia.com); he communicates with several individuals at payment processing companies on Oron's behalf (Daniel Trommer at micropayment.de, Chris Tisdall at AlertPay); he manages accounts on various online communication platforms ("mainroman" on Skype, "23631469" on ICQ); and has accounts with hosting providers tied to the mainroman@gmail.com email address (with GoDaddy and Leaseweb). Plaintiff seeks leave to send subpoenas to determine the veracity of the information it has been provided and the veracity of Mr. Bochenko's statements made to this Court under the penalty of perjury.

## II. ARGUMENT

**A.      Plaintiff Seeks Reasonable Limited Jurisdictional Discovery**

      **1.      Standard of Review**

When personal jurisdiction is properly challenged under Rule 12(b)(2), the jurisdictional question is to be resolved by the Court, with the burden upon the plaintiff to prove grounds for jurisdiction exist. "'Where pertinent facts bearing on the question of jurisdiction are controverted ... or where a more satisfactory showing of the facts is necessary' courts should allow for discovery." *Wells Fargo & Co. v. Wells Fargo Express Co.*, 556 F.2d 406, 430 (9th Cir. 1977); *Marshall v. McCown Deleeuw & Co.*, 391 F.Supp.2d 880, 882 (D. Idaho 2005). See also *Dean v. Motel 6 Operating L.P.*, 134 F.3d 1269, 1271-72 (6th Cir. 1998).

      **2.      Plaintiff Requests Leave to Discover the Scope of Defendant Bochenko's Contacts with the Forum State and with Defendant FF Magnat Ltd.**

As Defendant Bochenko points out, the Nevada long-arm statute provides for personal jurisdiction to the full extent of the due process clause. *Baker v. Eighth Judicial Dist. Court*, 116 Nev. 527, 531 (2000) ("Nevada's long-arm statute, NRS 14.065, reaches the limits of due process

1 set by the United States Constitution." (citation omitted)). It is well-established that a court's
2 exercise of personal jurisdiction comports with the limits of due process when the defendant
3 purposefully establishes "minimum contacts" in the forum state. *International Shoe Co. v.*
4 *Washington*, 326 U.S. 310, 316 (1945). However, the requisite level of contacts a defendant must
5 have to satisfy due process is dependent upon whether the litigation arises out of or relates to the
6 defendant's contacts with the forum state. *Burger King Corp. v. Ruzewicz,* 471 U.S. 462, 472-473
7 (1985).

8 Discovery is available to discover facts bearing on issues of jurisdiction. *Oppenheimer*
9 *Fund, Inc. v. Sanders*, 437 U.S. 340, 350-351 (1978). See also *Wells Fargo & Co.*, 556 F.2d at
10 430; *Marshall*, 391 F. Supp. 2d at 882; *Dean,* 134 F.3d at 1271-72. In this case, since jurisdiction
11 is now at issue, the Court should allow Plaintiff leave to discover the scope of Bochenko's contacts
12 with Nevada and with Oron. Because Bochenko is, at the very least, an agent of Oron (and, at the
13 most, one of the primary individuals in the infringement scheme), he should be subject to
14 jurisdiction anywhere that Oron is subject to jurisdiction. Most relevantly, it seems that Bochenko
15 has entered into negotiations and representations with a Nevada-based payment processor on FF
16 Magnat Ltd.'s behalf. **Exhibit 1.** The extent of this information will be of great relevance to
17 determining whether the exercise of jurisdiction against Bochenko is appropriate under the Nevada
18 Long-Arm Statute. Furthermore, **Exhibit 53** contains the phrase "Liberty Media Holdings,"
19 suggesting that, contrary to statements made both by Defendant Bochenko and Defendant FF
20 Magnat Ltd., at least someone working at Oron was aware of Plaintiff and its presence on Oron's
21 website.

22 In addition to Bochenko claiming to have had no relationship with FF Magnat Ltd., he also
23 claims to have no connection to the activities alleged in this case and to have never used the name
24 "Roman Romanov." However, materials sent to the Plaintiff refute this. **Exhibits 6, 7, 9, 12-14,**
25 **23, 35, 41-43.** If Defendant Bochenko has perjured himself and can be shown to have worked for
26 or in concert with FF Magnat Ltd., as alleged by the Plaintiff, then he is subject to jurisdiction
27 where FF Magnat Ltd. is subject to jurisdiction. The agency test, for purposes of personal
28 jurisdiction, is predicated upon a showing of the special importance of the subsidiary. The agency

test is satisfied by a showing two things: (1) that the subsidiary performs services that are sufficiently important to the foreign corporation that if it did not have a representative to perform them, the corporation's own officials would undertake to perform substantially similar services, and (2) the parent has a right to control the subsidiary's activities. *Bauman v. DaimlerChrysler Corp., 644 F.3d 909, 919-24 (9th Cir. 2011).* In the instant matter, Plaintiff has alleged facts that show that during the events that give rise to this dispute, Defendant Bochenko was employed by, acting for the benefit of, and engaging contractual relationships on behalf of Oron.com. Accordingly, Plaintiff seeks leave to discover the extent of Bochenko's contacts and contractual relationships both with Oron and with Nevada.

Plaintiff simply requests the ability to verify the accuracy of these documents by sending subpoenas, document requests, and/or interrogatories to various entities identified in these documents: 1) amsVISA, 2) Google's Gmail services, 3) CCBill, 4) iTunes account records, 5) GoDaddy domain records, 6) AlertPay account records, 7) FriendFinder Networks affiliate program, 8) WeservIT records regarding forumophilia.com, 9) PayPal records for main_max@mail.ru, 10) Dell Computers purchasing records for Maxim Bochenko, and 11) Tulip World information on purchases sent to Maxim Bochenko in Florida.

### III. CONCLUSION

Plaintiff has stated, with reasonable particularity, the existence of the requisite contacts between Defendant Bochenko, the forum state, and Defendant FF Magnat Ltd. to satisfy due process standards. In order to determine the full nature, extent, and scope of Defendant Bochenko's contacts with Nevada and with FF Magnat Ltd., Plaintiff should be allowed leave to conduct the requisite jurisdictional discovery necessary to prove those contacts. As there is a reasonable basis to believe that jurisdictional discovery will reveal that the Defendant Bochenko has had additional contact with the forum state, it is proper that Plaintiff be allowed to conduct limited discovery on this issue to supplement the record.

For the foregoing reasons, Plaintiff requests that the Court grant them a 60-day period to conduct limited jurisdictional discovery, with an additional fourteen (14) days following the close of such discovery to submit its brief in opposition to Defendant Bochenko's Motion to Dismiss.

Dated: August 7th, 2012

Respectfully Submitted,

 s/Marc J. Randazza 

Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
efc@randazza.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on August 7th, 2012.

Dated: August 7th, 2012

                          Respectfully Submitted,

                          *s/Marc J. Randazza*

Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
ecf@randazza.com