|   |   |   |
|---|---|---|
| 1 | Michael D. Rounds | |
| 2 | Nevada Bar No. 4734 | |
|   | Steven A. Caloiaro | |
| 3 | Nevada Bar No. 12344 | |
|   | WATSON ROUNDS | |
| 4 | 5371 Kietzke Lane | |
|   | Reno, NV 89511-2083 | |

Michael D. Rounds
Nevada Bar No. 4734
Steven A. Caloiaro
Nevada Bar No. 12344
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone:  (775) 324-4100
Facsimile:  (775) 333-8171
E-Mail:  mrounds@watsonrounds.com
E-Mail:  scaloiaro@watsonrounds.com

Attorneys for Defendant Maxim Bochenko

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Liberty Media Holdings, LLC, A California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>　　　　Defendants.<br>_____/ | Civil Action No. 2:12-cv-01057-GMN-RJJ<br><br>**DECLARATION OF MAXIM BOCHENKO** |

I, Maxim Bochenko, do hereby declare and state:

1. I am the same Maxim Bochenko who is a named defendant in this action. I am over 18 years of age. This declaration is based upon my personal knowledge except as to those matters stated upon information and belief, which I believe to be true, and is submitted in support of Defendant Bochenko's Motion to Dismiss. If called as a witness I would be competent to testify as to the matters stated in this declaration.

2. I am a citizen of Russia and a legal resident of the State of Florida. I reside at 2392 Sunset Bluff Drive Jacksonville, Florida 32216. I have been a resident of Florida for six years.

1

3. I have never lived, worked, leased or owned property in Nevada. I do not maintain any office, facility, mailing address, or telephone listing in Nevada. I do not have any bank accounts in Nevada, and I do not pay any taxes to the State of Nevada in connection with any business transactions.

4. I have only visited the state of Nevada on one occasion. Approximately five years ago I went to Las Vegas Nevada for two days. The purpose of the trip was a vacation with a group of friends.

5. This vacation is the only contact that I have knowingly had with the State of Nevada.

6. My legal name is Maxim Vladimirovich Bochenko. This is the same name that is on my passport and green card. I have never had an alias or gone by the name Roman Romanov.

7. Mr. Romanov is a childhood friend from Russia. We were schoolmates during our secondary education. Upon information and belief, Mr. Romanov was once a resident of Colorado, but has since returned to live in Russia. Upon information and belief, Mr. Romanov currently resides in Piatigorsk, Russia.

8. I have never been employed by FF MAGNAT LIMITED or any affiliated company. I am the owner of a small IT business, Business Enterprise Solutions, a Florida corporation since 2010. Business Enterprise Solutions has never worked for or been employed by FF MAGNAT LIMITED or any affiliated company.

9. I have reviewed the Complaint filed by the Plaintiff, and I have never been a part of any of the alleged wrongful activities. I have never worked at ORON.COM. I have never directly or indirectly participated in the ownership or direction of ORON.COM.

///

///

///

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 28, 2012                    By: *Maxim Bochenko*
                                            Maxim Bochenko

3