# NOTICE OF FRIVOLOUS CLAIMS AND VIOLATION OF RULE 11

Maxim Bochenko
2392 Sunset Bluff Drive
Jacksonville, FL 32216

September 28, 2012

Meanith Huon
Huon Law Firm
P.O. Box 441
Chicago, IL 60690

RE: Flava Works, Inc. v. John Doe 1 to 26 et al
Case No. 1:12-cv-05844, N.D. Ill.

Dear Attorney Huon,

The purpose of this letter is to put you on notice that the complaint filed by you on behalf of Flava Works, Inc. in the above referenced action against me, Maxim Bochenko, is frivolous and in violation of Rule 11 of the Federal Rules of Civil Procedure for the reasons set forth in detail below. Unless you immediately dismiss the claims against me, I will be forced to retain counsel in Illinois and pursue sanctions and damages against you.

As you can see from the two attached documents, the Declaration of Maxim Bochenko attached hereto as <u>Exhibit A</u> and the Affidavit of Roman Romanov attached hereto as <u>Exhibit B</u>, I and Roman Romanov are two different people. Roman Romanov is not my alternative as you claim in the amended complaint of the above captioned suit. Also, I am not subject to the jurisdiction of courts in Illinois.

It is painfully obvious to me that you filed this suit simply as a copycat lawsuit based entirely on the false and improper allegations in Liberty Media Holdings LLC v. FF Magnat Limited et al, Case No. 2:12-cv-01057-GMN-RJJ in the District of Nevada. I note that the Liberty Media lawsuit was dismissed once the plaintiff in that case realized that I am not the same person as Roman Romanov.

It is clear to me therefore that you failed to make a reasonable investigation into the underlying facts of your present suit against me. Instead you simply replicated the false allegations in the Nevada lawsuit for your own lawsuit in Illinois.

As the attached documents prove, I am in fact **not** Roman Romanov. We are two different individuals. He is Roman Romanov, who lives in Russia and has all his proper identification. I am Maxim Bochenko, and I live in Florida with all my proper identification. It's honestly absurd to me that you, a licensed attorney, could make the allegation that I am Roman Romanov.

1

Furthermore, I have never been associated with Oron or the other companies you have listed as defendants in this suit. I am not employed by them, I have never provided services to them, and I have never owned any part of them them. I plainly have **NO** connection to them.

I also have **NO** connection to Illinois and I am not subject to the jurisdiction of Illinois courts. I have never been to Illinois. I have never provided services to anyone in Illinois. I have never owned any real estate or other property in Illinois. I have never conducted any activities in any way directed at or connected to Illinois.

To say it simply, you have nonsensically, erroneously and improperly named me as a defendant in this suit. Your signature on the amended complaint certified that your factual contentions had evidentiary support. However, I do not see that you had any support whatsoever to claim that I am Roman Romanov or subject to the jurisdiction of the Illinois Court. Your claims against me are therefore entirely illegitimate and frivolous. **Accordingly, I request pursuant to Rule 11(b)(2) that you dismiss the case against me within the next 21 days.**

Please be advised that your failure to dismiss the case against me in accordance with the above timeframe will prompt me to do the following:

a) File a motion for sanctions against you under Rule 11 with the Illinois Court.

b) File a grievance against you with the Attorney Registration & Disciplinary Commission of the Supreme Court of Illinois.

c) Hire an attorney at my own expense and, once I am vindicated, hold you, your firm and your client personally liable for my legal fees.

Very Truly Yours,

09/28/12

Maxim Bochenko