The following merchant questionnaire will help us match your merchant account needs with the bank/processors that work the best with your type of business. Please fill it out completely and either email or fax back to 702-947-5730 eFax.
**www.amsVISA.com** email: jackdaryanani@sprintmail.com   If you need to contact me, please call Jack Daryanani at 702-454-0760.

**Merchant Information:** FF Magnat Limited, Flat/RM 1502 15/F, Jubilee Centre, 46 Gloucester rd, Wan Chai HK, phone +41445860180, email support@oron.com Contact person is Serge Kozlowsky

Email address: support@oron.com  Website address: www.oron.com

1) What do you sell?  - File Sharing Hosting Service

2) How do you sell it? Online          Current Monthly Volume ($): 1 000 000

Retail (face to face)%: 0          Current Average Ticket ($): 15
Internet %: 100
Mail Order%:0
Telephone Order% 0 (Inbound%          vs. Outbound%          ):

Who do you currently process with? (need last 3 months processing statements faxed to us.)

No one.

What banks / processors have you processed with in the past?
Alert Pay, Plimus, Segpay

Why are you not with them anymore?
They all don't accept our type of business anymore. Alert Pay is still active however.

Have you ever been terminated before & why?
Not sure how to answer that, see above.

If so, by what banks/processors?
na
Who have you applied with so far?
A few companies such as HiPay
How is your PERSONAL CREDIT (signer on account)?  Any bankruptcies or foreclosures?  Credit Score? : There is no credit score in our country. Negative on other questions as well.

We have over 25 sources of processing available to us and will look over your answers and determine what banks/processors would Approve you for a merchant account.  In the meantime, if you want to check us out on the web, our domain name is www.amsVISA.com.  If you have any questions, you can contact Jack Daryanani at 702-454-0760.

8/3/12

Case 1:12-cv-05844-Document 19-36 Filed 12/03/12 Page 2 of 29 PageID #:889
Case 2:12-cv-01057-GMN-RJJ Document 84-14 Filed 08/07/12 Page 3 of 3

**Email:** info@amsvisa.com                                   **CALL NOW!** 702-454-0760

Home     About Us     Online Application     ACH Processing     Low Risk Accounts     Learning Center     Contact Us     FAQ´s

## Contact Us

American Merchant Systems

3450 E. Russell Road
Las Vegas, NV 89120

Phone: 702-454-0760
info@amsvisa.com

**FEATURED LINKS**

SEO Merchant Account
Membership Services
Escort Merchant Accounts
Tobacco Merchant Accounts
Replicas Merchant Accounts
High Risk Merchant Services
International Merchant Accounts
High Risk Credit Card Processing
Online Pharmacy Merchant
Accounts
High Volume Internet Merchant
Accounts

**Email:** info@amsvisa.com                                   **CALL NOW!** 702-454-0760

Home | Online Application | Employment | Contact Us | High Risk Merchant Accounts | Offshore Merchant Accounts | Adult Merchant Accounts | High Volume Merchant Accounts | Casino Merchant Accounts | Tobacco Merchant Account | MLM Merchant Accounts | ACH Check Processing | Terminal / Gateway Solutions | Sitemap | SEO Merchant Account | High Risk Processor | Online Pharmacy Merchant Account | High Risk Merchants | High Risk Credit Card Processor | High Risk Merchant Account | High Risk Merchant Account Provider | High Risk Merchant Service | High Risk Merchant Service Providers | Adult Payment Gateway | High Risk Credit Card Processing | International Merchant Accounts | Merchant Account High Risk | Offshore Merchant Accounts | Online Credit Card Processing | Online Merchant Accounts | Online Merchant Services | Third Party Merchant Accounts | Links | Articles

Copyright 1999-2012 American Merchant Systems, LLC

Oron.com – Welcome to Oron.com                                                    1/12/12 3:32 PM



You are logged in as barebacker85  |  Log out  |  Help

| | oron.com | Whois Search ▾ | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois Record For Oron.com ✎                    Acquire this Domain Name                   Tweet    Like    1k

Search Whois Records  [                    ]  Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**                              1  2  3  More >

AdoRon.com ($1,500)                 KoronIsSportsaPparel.com ($1,800)    ToronBang.com (Bid)
Oron.us ($1,000)                    TorontoMovieGuide.com (Bid)          Oronsko.com ($888)

Reverse Whois:   **"FF MAGNAT Limited" owns about   3 other domains**
Email Search:    jd88h2ma87f@networksolutionsprivateregistration.com   is associated with about **2 domains**

Registrar History:   5 registrars
NS History:          9 changes on 8 unique name servers over 6 years.
IP History:          56 changes on 24 unique IP addresses over 8 years.
Whois History:       806 records have been archived since 2005-06-06 .
Dedicated Hosting:   oron.com is hosted on a dedicated server.

🔭  Monitor This Domain Name



Last checked November 30, 2011

Queue Screenshot for Update

```
Registrant:
FF MAGNAT Limited
    ATTN ORON.COM
    care of Network Solutions
    PO Box 459
    Drums, PA.  US  18222

    Domain Name: ORON.COM

    Administrative Contact, Technical Contact:
    Limited, FF MAGNAT          jd88h2ma87f@networksolutionsprivateregistration.com
      ATTN ORON.COM
      care of Network Solutions
      PO Box 459
      Drums, PA 18222
      US
      570-708-8780

    Record expires on 01-Jun-2019.
    Record created on 08-Jul-2010.

    Domain servers in listed order:

    NS43.WORLDNIC.COM           205.178.190.22
    NS44.WORLDNIC.COM           206.188.198.22
```

**You the smart one?** Let us
show you the job you dream of



MORE THAN A DOMAIN NAME!
TEL ONLY 7EUR / $8.00
*For Indication Purposes

Country TLDs    General TLDs

Available domains for registration:

☐ Oron.at      Register
☐ Oron.dk      Register
☐ Oron.fr      Register
☐ Oron.jp      Register
☐ Oron.mx      Register
☐ Oron.se      Register
☐ Oron.tw      Register

**Register All Selected >**



Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.



Case: 1-12-cv-05844 Document #: 1-28-26 Filed: 12/03/12 Page 5 of 29 PageID #:892
Case 2:12-cv-04106-GAF Document Filed 08/20/12 Page 2 of 3



Open a FREE Account | Log in | Help

| networksolutions.com | Whois Search | Search |

## Whois Record For NetworkSolutions.com

Tweet    Like

**Ads by Google**

**Free SLA Guide** Best Practices Guide for Monitoring and Reporting on IT Service Levels.  www.Heroix.com

**GoDaddy #1 domain names** $7.99 .COM Domains - Save Today Inc: Hosting, Blogcast, Email, More  GoDaddy.com

**Play Games on Google+** With over 20 games to choose from, you can have fun for hours. Log on!  plus.google.com

**Free Forex Demo Account** Premier Forex Trading Software. Try OEC Trader Free. Learn More.  www.OpenECry/Forex

**Pay-Per-Click Advertising** Reach Your Customers With Google. Get Your Ad Online In Just 15 Mins!  www.Google.com/AdWords

**Whois Record**    Site Profile    Registration    Server Stats    My Whois

Reverse Whois:   **"LLC, networksolutions" owns about**   **87 other domains**
Email Search:   **nocsupervisor@networksolutions.com**   is associated with about **147 domains**

Registrar History:   **1 registrar** with **2** drops.
NS History:   **2 changes** on **2** unique name servers over **8** years.
IP History:   **4 changes** on **2** unique IP addresses over **6** years.
Whois History:   **2,743 records** have been archived **since 2001-07-30** .
Reverse IP:   **57 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

```
Registrant:
LLC, networksolutions
    Network Solutions LLC
    13861 Sunrise Valley Drive, Suite 300
    HERNDON, VA 20171
    US

    Domain Name: NETWORKSOLUTIONS.COM

    Administrative Contact, Technical Contact:
        LLC, networksolutions
    nocsupervisor@networksolutions.com
        Network Solutions LLC
        13861 Sunrise Valley Drive, Suite 300
        HERNDON, VA 20171
        US
        703-668-4900 fax: 703-668-5817

    Record expires on 27-Apr-2021.
    Record created on 27-Apr-1998.

    Domain servers in listed order:

    NS1.NETSOL.COM              205.178.190.164
    NS2.NETSOL.COM              206.188.199.44
    NS3.NETSOL.COM              205.178.190.165
```

### Sidebar (Ads by Google)

**GoDaddy #1 domain names**
$7.99 .COM Domains - Save Today Inc: Hosting, Blogcast, Email, More
GoDaddy.com

**Free SLA Guide**
Best Practices Guide for Monitoring and Reporting on IT Service Levels.
www.Heroix.com

**Play Games on Google+**
With over 20 games to choose from, you can have fun for hours. Log on!
plus.google.com

**Free Forex Demo Account**
Premier Forex Trading Software. Try OEC Trader Free. Learn More.
www.OpenECry.com/Forex

**$4.95 Domain Names**
Special Offer: Domains Only $4.95. By the Original Domain Registrar!
www.NetworkSolutions.com

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History





**Country TLDs**   General TLDs

Available domains for registration:

☐ NetworkSolutions.**dk**   Register
☐ NetworkSolutions.**jp**   Register

**Register All Selected >**



Searching for **networksolutions**?



**Network Solutions®**
Official **Network Solutions** Website.
The Original Domain Registrar!
www.NetworkSolutions.com



**Wireless Network Install**
Full Line of **Network** Services to
Manage National, Multi-Site Rollout
www.Datatrend.com



**Symantec® Security**
Most Effective Security Software for
Small Businesses. Buy Online!
www.Symantec.com/Security

**Dell™ Wireless Networking**
Find Wireless **Networks** for Business
at Dell. Reduce Your Cabling Costs
www.Dell.com/Business

AdChoices ▷

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



6/26/12

Case: 1:12-cv-05844-Document #: 29-26 Filed: 12/03/12 Page 7 of 29 PageID #:894
Case 2:12-cv-01057-GMN-RJJ Document 17-7 Filed 06/26/12 Page 2 of 3

Open a FREE Account | Log in | Help



| gooron.com | Whois Search ⇕ | Search |

Ads by Google

**Top 2012 Online Grants**
Grant Funding May Be Available See If You Qualify!
www.ClassesUSA.com

**Now Hiring**
Complete Your Online Application. Full and Part Time Jobs Available.
www.JobsOnline.net

**University of Phoenix®**
Official Site. College Degrees for the Real World. Learn More Today.
Phoenix.edu

**Ask a Lawyer Online Now**
24 Lawyers Are Online. Questions Answered Every 9 Seconds.
Law.JustAnswer.com

**Whois Search**
See Detailed Information About The Owner Of Any Web Property.
SmartAsk.com

**Lose Belly Fat Naturally**
3 sneaky hormones that are making you fat & how to stop them now.
www.RealDose.com/Weight-Loss

**Designer Fashion Sales**
Clothing, Watches, Jewelry. Authentic Brands, up to 85% Off.
www.Modnique.com

**Bad Credit Auto $0 Down**
Immediate Approvals.

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > GooRon.com

## GooRon.com Whois Record

Like

Ads by Google

**Job Openings** Search For Job Openings. Apply For a Position Today! www.findtherightjob.com

**GoDaddy #1 domain names** $7.99 .COM Domains - Save Today Inc: Hosting, Blogcast, Email, More GoDaddy.com

**See Todays Mortgage Rates** Mortgages Plunge to 2.5% (2.9% APR) FHA Cuts Refi Requirement Apply! www.MortgageRates.LowerMyBills.com

**Prepared For 2012?** Buying Gold Will Secure Your $. Insured | FedEx | Buy Gold Now! USGoldBureau.com/Free-Digital-Safe

**Find Used Cars for Sale** Search 800,000+ Used Cars. Prices Starting at $750! www.Motovy.com/Used-Cars

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

Reverse Whois:  **"FF MAGNAT Limited"** owns about  **2 other domains**
Registrar History:  **2 registrars**
NS History:  **4 changes** on **4** unique name servers over **4** years.
IP History:  **10 changes** on **8** unique IP addresses over **5** years.
Whois History:  **28 records** have been archived **since 2010-01-24** .
Reverse IP:  **1 other site is** hosted on this server.

🔍  Log In | Create a FREE account to start monitoring this domain name



No Screenshot Available

```
Registrant:
FF MAGNAT Limited
     ATTN GOORON.COM
     care of Network Solutions
     PO Box 459
     Drums, PA.  US  18222

     Domain Name: GOORON.COM

     Administrative Contact, Technical Contact:
       Limited, FF MAGNAT
  pe5kr4h28ac@networksolutionsprivateregistration.com
       ATTN GOORON.COM
       care of Network Solutions
       PO Box 459
       Drums, PA 18222
       US
       570-708-8780

     Record expires on 22-Jan-2013.
     Record created on 14-Apr-2010.

     Domain servers in listed order:

     NS49.WORLDNIC.COM         205.178.190.25
     NS50.WORLDNIC.COM         206.188.198.25
```

Backorder This Domain

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



**Country TLDs**   General TLDs

Available domains for registration:

☐ GooRon.**at**   Register
☐ GooRon.**be**   Register
☐ GooRon.**ch**   Register
☐ GooRon.**cn**   Register
☐ GooRon.**co.uk**   Register
☐ GooRon.**de**   Register
☐ GooRon.**dk**   Register
☐ GooRon.**es**   Register
☐ GooRon.**eu**   Register
☐ GooRon.**fr**   Register

Drive Same Day Up to
$35K Auto Loan. Low
Payments.
AutoCreditExpress.c
om

ITT Tech - Official
Site

100 + Locations &
Online Programs
Official ITT Tech Site.
Get Info!
www2.itt-tech.edu



Register All Selected >          Show all (17) >

**Related Results**

1. **Its Your Time To Win**
   Can You Really Use A System **To** Pick
   Winning Numbers? Watch The Video!
   www.inboxlotte.info

2. **.com what**
   Ask a Lawyer, Dr, Vet, Mechanic, etc. a
   Question, Get an Answer ASAP
   www.eAnswer.com

3. **Download Whols**
   Download Latest Version 100% Free Download
   Whols Riht Now!
   Winportal.com/whois

4. **Fast Payday Loans - 1000$**
   Bad Credit OK - No References! No Fax
   Payday Loans. 99% Approved
   PaydayCash.loanspd.com

AdChoices

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© **2012 DomainTools, LLC** All rights reserved.



6/25/12
Case: 1:12-cv-05844 Document #: 23-26 Filed: 12/03/12 Page 9 of 29 PageID #:896
Case 2:12-cv-01057-GMN-RJJ Document 84-2 Filed 05/07/12 Page 2 of 4

Gooron

**Home**          **Shop Online**          **Sell Online**          **How it Work**

## Terms of Service

This Oron.com Service Agreement (the "Agreement") describes the terms and conditions on which Oron.com ("we" or "our company") offer services to you ("Customer" or "You"). By registering for or using Oron.com services, Customer agrees to be bound by the following terms and conditions.

- **1. Eligibility for Oron.com Services**
  Our Services are available only to individuals and business entities (including but not limited to sole proprietorships) in good legal standing that can form legally binding contracts under applicable law. Customer hereby represents and warrants that it is duly licensed to do business and is in good legal standing in the jurisdictions in which it does business (during the term of this Agreement) that it is not a competitor of Oron.com, and that the person agreeing to this Agreement for Customer is at least eighteen years of age and otherwise capable of and authorized to enter binding contracts for Customer.

- **2. Oron.com Services**
  Subject to the terms and conditions of this Agreement, Oron.com makes certain Services available to Customer.
  For the purposes of this Agreement:
  **a.** "Customer" (or "you") means the individual or business entity that is using or registering to use the Services, including its employees and agents;
  **b.** Oron.com "Services" means those electronic or interactive services offered by Oron.com. Oron.com Online reserves the right to change or discontinue any of the Services at any time.

- **3. Ownership**
  You acknowledge that all materials (except those uploaded by users) provided on this Web site, including but not limited to information, documents, products, logos, graphics, sounds, gui, software, and services (collectively "Materials"), are provided either by Oron.com or by their respective third party authors, developers and vendors (collectively "Third Party Providers") and the underlying intellectual property rights are owned by Oron.com and/or its Third Party Providers. Elements of the Web site are protected by trade dress and other laws and may not be copied or imitated in whole or in part. Oron.com, the Oron.com logo and other Oron.com products referenced herein are trademarks of Oron.com, and may be registered in certain jurisdictions. All other product names, company names, marks, logos, and symbols may be the trademarks of their respective owners.

- **4. Customer Information**
  Customer represents and warrants that the information it provides in Oron.com contact information forms is true, accurate, current and complete. Customer agrees to maintain and update this information to ensure that it is true, accurate, current and complete. If, at any time, any information provided by Customer is untrue, inaccurate, not current or incomplete, Oron.com will have the right to suspend or terminate Customer's account and this Agreement.

- **5. Customer Account**

  **5.1 Authorized Users**
  Customer may designate persons to act as its agents to use the Services, provided that each designated person has the legal capacity to enter into binding contracts for Customer. Furthermore, Customer represents and warrants that each person who registers under Customer's account is an authorized agent of Customer (an "Authorized User") who has such legal capacity.

  **5.2 Responsibility for Access**
  Customer is solely responsible and liable for any and all access to and use of the Services (including all activities and transactions) by any Authorized User and/or User ID registered under Customer's account, unless such access to or use of the Services is the direct result solely of the gross negligence of Oron.com. It is Customer's responsibility, through its systems administrator Authorized User, to set the appropriate access for each of Customer's Authorized Users.

  **5.3 Responsibility for User IDs and Passwords**
  Customer is solely responsible for maintaining the confidentiality of Customer access information, i.e. account ID's and passwords of its Authorized Users, and are responsible for all activities that occur under your account.

  **5.4 Notification of Unauthorized Use**
  Customer will immediately notify Oron.com if Customer notices any activity indicating that Customer's account or data is being used without authorization, including:
  **a.** Customer has received confirmation of an order or orders placed using Customer's account which Customer did not place or any similar conflicting report;
  **b.** Customer becomes aware of any unauthorized use of any product or service related to its account(s).

- **6. Customer Data**
  Customer has sole responsibility and liability for the data its stores on Oron.com's servers. Customer controls its data through its generated link. Oron.com encourages Customer to archive its data regularly and frequently; Customer bears full responsibility for archiving its data and sole liability for any lost or irrecoverable data. Customer agrees to maintain its data in compliance with its legal obligations. Oron.com will delete Customer data upon termination of this Agreement. However, Oron.com may retain Customer data in its archives after deletion and will not be liable to Customer in any way for such retained data.

- **7. Special Circumstances**
  Oron.com will provide access to the Services and Customer's data to an agent of Customer ("Authorized Agent") who provides Oron.com with a notarized letter signed by an officer of Customer which letter shall include statements of authenticity, authority, and liability as required by Oron.com in its sole discretion. Customer expressly and irrevocably agrees that Oron.com may rely on such a letter and on the apparent authority of the person requesting access to the Services or to Customer's account. In no event will Oron.com be liable to Customer or any third party for Oron.com's reliance on such letter or such apparent authority.

- **8. Acceptable Use**
  You agree to not use Oron.com's Service to:
  **a.** upload, post, e-mail, transmit or otherwise make available any Content that spreads messages of terror or depicts torture or death-gui; if serious enough, the content will be reported to the appropriate legal authority and/or the member's ISP will be contacted;
  **b.** harm minors in any way, this includes any form of child pornography; if serious enough, the content will be reported to the appropriate legal authority and/or the member's ISP will be contacted; ORON will report files it detects through its service that appear to involve child exploitation to the National Center for Missing & Exploited Children's CyberTipline.
  **c.** upload, post, e-mail, transmit or otherwise make available any Content that infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party.

6/25/12

Case: 1:12-cv-05844 Document #: 28-26 Filed: 12/03/12 Page 10 of 29 PageID #:897
Case 2:12-cv-04105-CMR-JS Document 84-23 Filed 08/07/12 Page 3 of 4

**8.1 Illegality/Adult Content**

Oron.com neither sanctions nor permits site content or the transmission of data that contains illegal or obscene material and pornography or fosters or promotes illegal activity, including but not limited to, gambling, the offering for sale of illegal weapons, and the promotion or publication of any material that may violate hate crimes legislation.

Oron.com reserves the right to immediately suspend or terminate any account or transmission that violates this policy, without prior notice.

Further, should Customer violate this policy, Oron.com will actively assist and cooperate with law enforcement agencies and government authorities in collecting and tendering information about Customer, Customer's site, the illegal or obscene content, and those persons that may have inappropriately accessed, acquired, or used the illegal or obscene content.

**8.2 Wrongful Conduct**

Customer shall not commit or permit wrongful or damaging acts which justify civil action including, but not limited to, posting of defamatory, scandalous, or private information about a person without their consent or intentionally inflicting emotional distress.

**8.3 Access and Interference**

Violations or attempts to violate Oron.com systems or to interrupt Oron.com services are strictly prohibited, and may result in criminal and civil liability. Examples of system violations include, without limitation:
  **a.** Unauthorized access to or use of Oron.com Services, including any attempt to probe, scan or test the vulnerability of a system or to breach security or authentication measures without express authorization of Oron.com;
  **b.** Interference with Service to any customer or network including, without limitation, flooding, or deliberate attempts to overload a system and broadcast attacks;
  **c.** Use of any device, software, or routine to interfere with the proper working of the Services;
  **d.** Any action that imposes an unreasonable or disproportionately large load on Oron.com's infrastructure
Customer shall not decompile, disassemble, decrypt, extract, reverse engineer or otherwise attempt to derive the source code of the "software tools" (including the tools, methods, processes, and infrastructure) underlying the Services or any other software on the Oron.com Web site.

**8.4 Copyright or Trademark Infringement**

Oron.com Services may be used only for lawful purposes. Transmission, distribution or storage of any material in violation of any applicable law or regulation, including export control laws, is prohibited. This includes, without limitation, material protected by patent, copyright, trademark, service mark, trade secret or other intellectual property rights. If you use another party's material, you must obtain prior authorization. By using the Services, you represent and warrant that you are the author and copyright owner and/or proper licensee with respect to any hosted content and you further represent and warrant that no content violates the trademark or rights of any third party. Oron.com reserves the right to suspend or terminate a Customer's transmission(s) that, in Oron.com's discretion, violates these policies or violates any law or regulation.

**8.5 Misuse of System Resources**

Customer shall not misuse system resources including, but not limited to, employing content which consume excessive CPU time or storage space; utilizing excessive bandwidth; or resale of access to content hosted on Oron.com servers.

**8.6 Other Activities**

Whether lawful or unlawful, Oron.com reserves the right to determine what is harmful to its Customers, operations or reputation, including any activities that restrict or inhibit any other user from using and enjoying the Service or the Internet.

Please be aware Oron.com reserves the right to cancel any account or transmission they find in violation of any of the above policies. If appropriate, Oron.com will refer complaints to law enforcement authorities, and in such case, Oron.com will actively assist law enforcement agencies with the investigation and prosecution of any such activities, including surrendering Customer account and data information.

Complaints about violators of our Policy should be sent via our contact form. Each complaint will be investigated and may result in immediate cancellation of Services without prior notice.

- **9. No Warranty**
  You expressly understand and agree that:
    **a.** your use of the Service is at your sole risk. Oron.com Services are provided on an "as is" and "as available" basis. Oron.com and its suppliers, to the extent permitted by law, disclaim all warranties, including but not limited to warranties of title, fitness for a particular purpose, merchantability and non-infringement of proprietary or third party rights. Oron.com and its suppliers make no warranties about the accuracy, reliability, completeness, or timeliness of our Services, software, or content;
    **b.** Oron.com makes no warranty that (I) the Service will meet your requirements, (II) the service will be uninterrupted, timely, secure, or error-free, (III) the results that may be obtained from the use of the service will be accurate or reliable, (IV) the quality of any products, services, information, or other material purchased or obtained by you through the Service will meet your expectations, and (V) any errors in the software will be corrected;
    **c.** any material downloaded or otherwise obtained through the use of the Service is done at your own discretion and risk and that you will be solely responsible for any damage to your computer system or loss of data that results from the download of any such material;
    **d.** no advice or information, whether oral or written, obtained by you from us or through or from the Service shall create any warranty not expressly stated in these terms and conditions.

- **10. Indemnity**
  You agree to defend, indemnify, and hold harmless Oron.com, its affiliates, officers, directors, employees and agents, from and against any claims, actions or demands, including without limitation reasonable legal fees, alleging or resulting from your use the Service, or your breach of this Agreement or other Oron.com policies, terms and conditions.

- **11. Limitation of Liability**
  Your use of Oron.com is at your own risk. If you are dissatisfied with any aspect of our Service or with these terms & conditions, or any other rules or policies, your sole remedy is to discontinue use of the Service. You expressly understand and agree that Oron.com shall not be liable for any direct, indirect, incidental, special, consequential exemplary damages, including but not limited to, damages for loss of profits, goodwill, use, data or other intangible losses (even if we have been advised of the possibility of such damages), resulting from:
  (I) the use or the inability to use the Service; (II) the cost of procurement of substitute goods and services resulting from any goods, data, information or services purchased or obtained or messages received or transactions entered into through or from the Service; (III) unauthorized access to or alteration of your transmissions or data; (IV) statements or conduct of any third party on the service; or (V) any other matter relating to the Service.

- **12. Modifications to Agreements, Policies or to our Services**
  We reserve the right to change this Service Agreement at any time without notice. We also reserve the right at any time to modify or discontinue the Service, temporarily or permanently, with or without notice to you. You agree that we shall not be liable to you or any third party for any modification, suspension or discontinuance of the Service. You acknowledge that we may establish general practices and limits concerning use of the Service, including the maximum disk space that will be allotted on Oron.com's servers on your behalf, and the maximum number of times (and the maximum duration for which) you may access the Service in a given period of time. Further, you acknowledge that Oron.com may change subscription fees at any time without notice. Changes in subscription fees will take effect on expiration of any existing Customer subscription.

- **13. Termination**

**13.1** Without limiting other remedies, Oron.com may immediately issue a warning, suspend (i.e., lock out access and operation of Services for Customer) either temporarily or indefinitely, or terminate Customer's account and refuse to provide Services to Customer if:
  **a.** Oron.com believes that Customer have violated or acted inconsistently with this Agreement, or any of our policies;
  **b.** Customer have failed to pay fees or other payments due to Oron.com;
  **c.** Oron.com is unable to verify or authenticate any information Customer provides to Oron.com;
  **d.** Oron.com believes that Customer's actions may cause legal liability for Customer, Oron.com's other clients, or Oron.com.

Oron.com may also in its sole discretion and at any time discontinue providing the Service, or any part thereof, with or without notice. You agree that any termination of your access to the Service under any provision of these terms and conditions may be effected without prior notice, and acknowledge and agree that Oron.com may immediately deactivate, archive or delete your account and all related information and data and/or any further access to such data or the Service. Further, you agree that Oron.com shall not be liable to you or any third-party for any termination of your access to the Service.

Upon termination of this Agreement by either Customer or Oron.com, all of Customer rights under this Agreement, and Oron.com's provision of Services, will terminate immediately.

**13.2** The Sections 6 ("Customer Data"), 9 ("No Warranty"), 10 ("Indemnity"), 11 ("Limitation Of Liability") and this Section 13 will survive any termination of this Agreement.

- **14. Miscellaneous These**
  Miscellaneous These terms and conditions will be governed by and construed in accordance with the laws of the State of California, excluding that body of law governing conflict of laws. Any legal action or proceeding relating to or arising out of these Terms or your use of the Web site will be brought in a federal or state court in Santa Clara County, California, and you submit to the venue and personal jurisdiction of such court. If any provision of these Terms is held to be invalid or unenforceable, such provision will be enforced to the greatest extent possible and the remaining provisions will remain in full force and effect. Headings are for reference purposes only and in no way define, limit, construe, or describe the scope or extent of such section. Oron.com's failure to act with respect to a breach by Customer or others does not waive Oron.com's right to act with respect to subsequent or similar breaches. No action by Customer arising under this Agreement may be brought at any time more than twelve (12) months after the facts occurred upon which the cause of action arose.

  **14.1 Relationship**
  Customer and Oron.com are independent contractors, and no agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this Agreement.

  **14.2 Assignment**
  Customer may not assign any of its rights, or delegate any of its duties, under this Agreement, and any attempted assignment will be null and void.

  **14.4 Force Majure**
  Operation of our Services may be interfered with by numerous factors outside of our control and we shall not be liable to you for any delay or failure in performance under this Agreement resulting directly or indirectly from causes beyond Oron.com's control.

  **14.5 Interpretation**
  If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck, as narrowly as possible, and the remaining provisions shall be enforced. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

  **14.6 Oron.com Confidential Information**
  You represent and warrant to Oron.com that
  **a.** you are not a competitor of Oron.com
  **b.** you shall keep publicly unannounced information and materials pertaining to Oron.com, pre-release software, testing or testing procedures strictly confidential and
  **c.** you shall not use any information gained from access to the Oron.com Web site or use of the Oron.com Services to compete with Oron.com in its business.

  **14.7 Exceptions**
  Except for other agreements or terms appearing on the Web site, this Agreement set forth the entire understanding and agreement between us with respect to the subject matter hereof.

Copyright 2011 Gooron All Rights Reserved.

6/25/12
Case: 1:12-cv-05844 Document #: 28-26 Filed: 12/03/12 Page 12 of 29 PageID #:899
Case 2:12-cv-01057-GMN-RJJ   Document 84-23   Filed 08/07/12   Page 2 of 4

Gooron

**Home**          **Shop Online**          **Sell Online**          **How it Work**

**Terms of Service**

This Oron.com Service Agreement (the "Agreement") describes the terms and conditions on which Oron.com ("we" or "our company") offer services to you ("Customer" or "You"). By registering for or using Oron.com services, Customer agrees to be bound by the following terms and conditions.

- **1. Eligibility for Oron.com Services**
  Our Services are available only to individuals and business entities (including but not limited to sole proprietorships) in good legal standing that can form legally binding contracts under applicable law. Customer hereby represents and warrants that it is duly licensed to do business and is in good legal standing in the jurisdictions in which it does business (during the term of this Agreement) that it is not a competitor of Oron.com, and that the person agreeing to this Agreement for Customer is at least eighteen years of age and otherwise capable of and authorized to enter binding contracts for Customer.

- **2. Oron.com Services**
  Subject to the terms and conditions of this Agreement, Oron.com makes certain Services available to Customer.
  For the purposes of this Agreement:
    **a.** "Customer" (or "you") means the individual or business entity that is using or registering to use the Services, including its employees and agents;
    **b.** Oron.com "Services" means those electronic or interactive services offered by Oron.com. Oron.com Online reserves the right to change or discontinue any of the Services at any time.

- **3. Ownership**
  You acknowledge that all materials (except those uploaded by users) provided on this Web site, including but not limited to information, documents, products, logos, graphics, sounds, gui, software, and services (collectively "Materials"), are provided either by Oron.com or by their respective third party authors, developers and vendors (collectively "Third Party Providers") and the underlying intellectual property rights are owned by Oron.com and/or its Third Party Providers. Elements of the Web site are protected by trade dress and other laws and may not be copied or imitated in whole or in part. Oron.com, the Oron.com logo and other Oron.com products referenced herein are trademarks of Oron.com, and may be registered in certain jurisdictions. All other product names, company names, marks, logos, and symbols may be the trademarks of their respective owners.

- **4. Customer Information**
  Customer represents and warrants that the information it provides in Oron.com contact information forms is true, accurate, current and complete. Customer agrees to maintain and update this information to ensure that it is true, accurate, current and complete. If, at any time, any information provided by Customer is untrue, inaccurate, not current or incomplete, Oron.com will have the right to suspend or terminate Customer's account and this Agreement.

- **5. Customer Account**

    **5.1 Authorized Users**
    Customer may designate persons to act as its agents to use the Services, provided that each designated person has the legal capacity to enter into binding contracts for Customer. Furthermore, Customer represents and warrants that each person who registers under Customer's account is an authorized agent of Customer (an "Authorized User") who has such legal capacity.

    **5.2 Responsibility for Access**
    Customer is solely responsible and liable for any and all access to and use of the Services (including all activities and transactions) by any Authorized User and/or User ID registered under Customer's account, unless such access to or use of the Services is the direct result solely of the gross negligence of Oron.com. It is Customer's responsibility, through its systems administrator Authorized User, to set the appropriate access for each of Customer's Authorized Users.

    **5.3 Responsibility for User IDs and Passwords**
    Customer is solely responsible for maintaining the confidentiality of Customer access information, i.e. account ID's and passwords of its Authorized Users, and are responsible for all activities that occur under your account.

    **5.4 Notification of Unauthorized Use**
    Customer will immediately notify Oron.com if Customer notices any activity indicating that Customer's account or data is being used without authorization, including:
      **a.** Customer has received confirmation of an order or orders placed using Customer's account which Customer did not place or any similar conflicting report;
      **b.** Customer becomes aware of any unauthorized use of any product or service related to its account(s).

- **6. Customer Data**
  Customer has sole responsibility and liability for the data its stores on Oron.com's servers. Customer controls its data through its generated link. Oron.com encourages Customer to archive its data regularly and frequently; Customer bears full responsibility for archiving its data and sole liability for any lost or irrecoverable data. Customer agrees to maintain its data in compliance with its legal obligations. Oron.com will delete Customer data upon termination of this Agreement. However, Oron.com may retain Customer data in its archives after deletion and will not be liable to Customer in any way for such retained data.

- **7. Special Circumstances**
  Oron.com will provide access to the Services and Customer's data to an agent of Customer ("Authorized Agent") who provides Oron.com with a notarized letter signed by an officer of Customer which letter shall include statements of authenticity, authority, and liability as required by Oron.com in its sole discretion. Customer expressly and irrevocably agrees that Oron.com may rely on such a letter and on the apparent authority of the person requesting access to the Services or to Customer's account. In no event will Oron.com be liable to Customer or any third party for Oron.com's reliance on such letter or such apparent authority.

- **8. Acceptable Use**
  You agree to not use Oron.com's Service to:
    **a.** upload, post, e-mail, transmit or otherwise make available any Content that spreads messages of terror or depicts torture or death-gui; if serious enough, the content will be reported to the appropriate legal authority and/or the member's ISP will be contacted;
    **b.** harm minors in any way, this includes any form of child pornography; if serious enough, the content will be reported to the appropriate legal authority and/or the member's ISP will be contacted; ORON will report files it detects through its service that appear to involve child exploitation to the National Center for Missing & Exploited Children's CyberTipline.
    **c.** upload, post, e-mail, transmit or otherwise make available any Content that infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party.

**8.1 Illegality/Adult Content**
Oron.com neither sanctions nor permits site content or the transmission of data that contains illegal or obscene material and pornography or fosters or promotes illegal activity, including but not limited to, gambling, the offering for sale of illegal weapons, and the promotion or publication of any material that may violate hate crimes legislation.

Oron.com reserves the right to immediately suspend or terminate any account or transmission that violates this policy, without prior notice.

Further, should Customer violate this policy, Oron.com will actively assist and cooperate with law enforcement agencies and government authorities in collecting and tendering information about Customer, Customer's site, the illegal or obscene content, and those persons that may have inappropriately accessed, acquired, or used the illegal or obscene content.

**8.2 Wrongful Conduct**
Customer shall not commit or permit wrongful or damaging acts which justify civil action including, but not limited to, posting of defamatory, scandalous, or private information about a person without their consent or intentionally inflicting emotional distress.

**8.3 Access and Interference**
Violations or attempts to violate Oron.com systems or to interrupt Oron.com services are strictly prohibited, and may result in criminal and civil liability. Examples of system violations include, without limitation:
  **a.** Unauthorized access to or use of Oron.com Services, including any attempt to probe, scan or test the vulnerability of a system or to breach security or authentication measures without express authorization of Oron.com;
  **b.** Interference with Service to any customer or network including, without limitation, flooding, or deliberate attempts to overload a system and broadcast attacks;
  **c.** Use of any device, software, or routine to interfere or attempt to interfere with the proper working of the Services;
  **d.** Any action that imposes an unreasonable or disproportionately large load on Oron.com's infrastructure
Customer shall not decompile, disassemble, decrypt, extract, reverse engineer or otherwise attempt to derive the source code of the "software tools" (including the tools, methods, processes, and infrastructure) underlying the Services or any other software on the Oron.com Web site.

**8.4 Copyright or Trademark Infringement**
Oron.com Services may be used only for lawful purposes. Transmission, distribution or storage of any material in violation of any applicable law or regulation, including export control laws, is prohibited. This includes, without limitation, material protected by patent, copyright, trademark, service mark, trade secret or other intellectual property rights. If you use another party's material, you must obtain prior authorization. By using the Services, you represent and warrant that you are the author and copyright owner and/or proper licensee with respect to any hosted content and you further represent and warrant that no content violates the trademark or rights of any third party. Oron.com reserves the right to suspend or terminate a Customer's transmission(s) that, in Oron.com's discretion, violates these policies or violates any law or regulation.

**8.5 Misuse of System Resources**
Customer shall not misuse system resources including, but not limited to, employing content which consume excessive CPU time or storage space; utilizing excessive bandwidth; or resale of access to content hosted on Oron.com servers.

**8.6 Other Activities**
Whether lawful or unlawful, Oron.com reserves the right to determine what is harmful to its Customers, operations or reputation, including any activities that restrict or inhibit any other user from using and enjoying the Service or the Internet.

Please be aware Oron.com reserves the right to cancel any account or transmission they find in violation of any of the above policies. If appropriate, Oron.com will refer complaints to law enforcement authorities, and in such case, Oron.com will actively assist law enforcement agencies with the investigation and prosecution of any such activities, including surrendering Customer account and data information.

Complaints about violators of our Policy should be sent via our contact form. Each complaint will be investigated and may result in immediate cancellation of Services without prior notice.

- **9. No Warranty**
  You expressly understand and agree that:
    **a.** your use of the Service is at your sole risk. Oron.com Services are provided on an "as is" and "as available" basis. Oron.com and its suppliers, to the fullest extent permitted by law, disclaim all warranties, including but not limited to warranties of title, fitness for a particular purpose, merchantability and non-infringement of proprietary or third party rights. Oron.com and its suppliers make no warranties about the accuracy, reliability, completeness, or timeliness of our Services, software, or content;
    **b.** Oron.com makes no warranty that (I) the Service will meet your requirements, (II) the service will be uninterrupted, timely, secure, or error-free, (III) the results that may be obtained from the use of the service will be accurate or reliable, (IV) the quality of any products, services, information, or other material purchased or obtained by you through the Service will meet your expectations, and (V) any errors in the software will be corrected;
    **c.** any material downloaded or otherwise obtained through the use of the Service is done at your own discretion and risk and that you will be solely responsible for any damage to your computer system or loss of data that results from the download of any such material;
    **d.** no advice or information, whether oral or written, obtained by you from us or through or from the Service shall create any warranty not expressly stated in these terms and conditions.

- **10. Indemnity**
  You agree to defend, indemnify, and hold harmless Oron.com, its affiliates, officers, directors, employees and agents, from and against any claims, actions or demands, including without limitation reasonable legal fees, alleging or resulting from your use the Service, or your breach of this Agreement or other Oron.com policies, terms and conditions.

- **11. Limitation of Liability**
  Your use of Oron.com is at your own risk. If you are dissatisfied with any aspect of our Service or with these terms & conditions, or any other rules or policies, your sole remedy is to discontinue use of the Service. You expressly understand and agree that Oron.com shall not be liable for any direct, indirect, incidental, special, consequential exemplary damages, including but not limited to, damages for loss of profits, goodwill, use, data or other intangible losses (even if we have been advised of the possibility of such damages), resulting from:
  (I) the use or the inability to use the Service; (II) the cost of procurement of substitute goods and services resulting from any goods, data, information or services purchased or obtained or messages received or transactions entered into through or from the Service; (III) unauthorized access to or alteration of your transmissions or data; (IV) statements or conduct of any third party on the service; or (V) any other matter relating to the Service.

- **12. Modifications to Agreements, Policies or to our Services**
  We reserve the right to change this Service Agreement at any time without notice. We also reserve the right at any time to modify or discontinue the Service, temporarily or permanently, with or without notice to you. You agree that we shall not be liable to you or any third party for any modification, suspension or discontinuance of the Service. You acknowledge that we may establish general practices and limits concerning use of the Service, including the maximum disk space that will be allotted on Oron.com's servers on your behalf, and the maximum number of times (and the maximum duration for which) you may access the Service in a given period of time. Further, you acknowledge that Oron.com may change subscription fees at any time without notice. Changes in subscription fees will take effect on expiration of any existing Customer subscription.

- **13. Termination**

6/25/12

Case: 1:12-cv-05844 Document #: 28-26 Filed: 12/03/12 Page 14 of 29 PageID #:901
Case 2:12-cv-01057-GMN-RJJ   Document 84-2   Filed 08/07/12   Page 4 of 4

**13.1** Without limiting other remedies, Oron.com may immediately issue a warning, suspend (i.e., lock out access and operation of Services for Customer) either temporarily or indefinitely, or terminate Customer's account and refuse to provide Services to Customer if:

**a.** Oron.com believes that Customer have violated or acted inconsistently with this Agreement, or any of our policies;

**b.** Customer have failed to pay fees or other payments due to Oron.com;

**c.** Oron.com is unable to verify or authenticate any information Customer provides to Oron.com;

**d.** Oron.com believes that Customer's actions may cause legal liability for Customer, Oron.com's other clients, or Oron.com.

Oron.com may also in its sole discretion and at any time discontinue providing the Service, or any part thereof, with or without notice. You agree that any termination of your access to the Service under any provision of these terms and conditions may be effected without prior notice, and acknowledge and agree that Oron.com may immediately deactivate, archive or delete your account and all related information and data and/or any further access to such data or the Service. Further, you agree that Oron.com shall not be liable to you or any third-party for any termination of your access to the Service.

Upon termination of this Agreement by either Customer or Oron.com, all of Customer rights under this Agreement, and Oron.com's provision of Services, will terminate immediately.

**13.2** The Sections 6 ("Customer Data"), 9 ("No Warranty"), 10 ("Indemnity"), 11 ("Limitation Of Liability") and this Section 13 will survive any termination of this Agreement.

- **14. Miscellaneous These**

  Miscellaneous These terms and conditions will be governed by and construed in accordance with the laws of the State of California, excluding that body of law governing conflict of laws. Any legal action or proceeding relating to or arising out of these Terms or your use of the Web site will be brought in a federal or state court in Santa Clara County, California, and you submit to the venue and personal jurisdiction of such court. If any provision of these Terms is held to be invalid or unenforceable, such provision will be enforced to the greatest extent possible and the remaining provisions will remain in full force and effect. Headings are for reference purposes only and in no way define, limit, construe, or describe the scope or extent of such section. Oron.com's failure to act with respect to a breach by Customer or others does not waive Oron.com's right to act with respect to subsequent or similar breaches. No action by Customer arising under this Agreement may be brought at any time more than twelve (12) months after the facts occurred upon which the cause of action arose.

  **14.1 Relationship**

  Customer and Oron.com are independent contractors, and no agency, partnership, joint venture, employee-employer or franchiser-franchisee relationship is intended or created by this Agreement.

  **14.2 Assignment**

  Customer may not assign any of its rights, or delegate any of its duties, under this Agreement, and any attempted assignment will be null and void.

  **14.4 Force Majure**

  Operation of our Services may be interfered with by numerous factors outside of our control and we shall not be liable to you for any delay or failure in performance under this Agreement resulting directly or indirectly from causes beyond Oron.com's control.

  **14.5 Interpretation**

  If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be struck, as narrowly as possible, and the remaining provisions shall be enforced. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section.

  **14.6 Oron.com Confidential Information**

  You represent and warrant to Oron.com that

  **a.** you are not a competitor of Oron.com

  **b.** you shall keep publicly unannounced information and materials pertaining to Oron.com, pre-release software, testing or testing procedures strictly confidential and

  **c.** you shall not use any information gained from access to the Oron.com Web site or use of the Oron.com Services to compete with Oron.com in its business.

  **14.7 Exceptions**

  Except for other agreements or terms appearing on the Web site, this Agreement set forth the entire understanding and agreement between us with respect to the subject matter hereof.

---

AboutUs | Media | Contact | Fees | FAQ | LegalAgreements | SecurityCenter

Copyright 2011 Gooron All Rights Reserved.

Captured by FireShot on Sunday, 25-06-2012, at 19:25:13, 25-06-2012.
Image size: 1903 x 1890 pixels.



| HOME | RESEARCH | MONITOR | BUY DOMAINS | LEARN | MY ACCOUNT |
|---|---|---|---|---|---|

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

**Whois History for Pornbb.org on 2011-02-17**

+1   Tweet

**Enter a domain name to get its history**

pornbb.org        [ Get History ]

< Previous¹                                               Next >¹
Domain:            pornbb.org¹ · Whois History¹
Cache Date:        2011-02-17
Registrar:
Server:            whois.pir.org
Created:
Updated:
Expires:
Reverse Whois:     Click on an email address we found in this whois record
                   to see which other domains the registrant is associated with:
                   support@oron.com@

Domain ID:D142245191-LROR
Domain Name:PORNBB.ORG
Created On:26-Mar-2007 03:49:24 UTC
Last Updated On:16-Feb-2011 08:20:12 UTC
Expiration Date:26-Mar-2012 03:49:24 UTC
Sponsoring Registrar:Moniker Online Services Inc. (R145-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Status:TRANSFER PROHIBITED
Registrant ID:MONIKER3480376
Registrant Name:Fedor Goncharov
Registrant Street1:Hengstaanstr 7
Registrant Street2:
Registrant Street3:
Registrant City:Hannover
Registrant State/Province:Niedersachsen
Registrant Postal Code:30449
Registrant Country:DE
Registrant Phone:+7.9107003656
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:support@oron.com
Admin ID:MONIKER3480376
Admin Name:Fedor Goncharov
Admin Street1:Hengstaanstr 7
Admin Street2:
Admin Street3:
Admin City:Hannover
Admin State/Province:Niedersachsen
Admin Postal Code:30449
Admin Country:DE
Admin Phone:+7.9107003656
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:support@oron.com
Tech ID:MONIKER3480376
Tech Name:Fedor Goncharov
Tech Street1:Hengstaanstr 7
Tech Street2:
Tech Street3:
Tech City:Hannover
Tech State/Province:Niedersachsen
Tech Postal Code:30449
Tech Country:DE
Tech Phone:+7.9107003656
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:support@oron.com
Name Server:NS3.DOMAINSERVICE.COM
Name Server:NS2.DOMAINSERVICE.COM
Name Server:NS1.DOMAINSERVICE.COM
Name Server:NS4.DOMAINSERVICE.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned

© 2012 DomainTools, LLC All rights reserved.



« Previous^                                              Next »^

**Domain:**          **pornbb.org^** - Whois History^

**Cache Date:**     2011-02-17

**Registrar:**

**Server:**          whois.pir.org

**Created:**

**Updated:**

**Expires:**

**Reverse Whois:** Click on an email address we found in this whois record
to see which other domains the registrant is associated with:
support@oron.com@

```
Domain ID:D142245191-LROR
Domain Name:PORNBB.ORG
Created On:26-Mar-2007 03:49:24 UTC
Last Updated On:16-Feb-2011 20:28:12 UTC
Expiration Date:26-Mar-2012 03:49:24 UTC
Sponsoring Registrar:Moniker Online Services Inc. (R145-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Status:TRANSFER PROHIBITED
Registrant ID:MONIKER3483376
Registrant Name:Fedor Goncharov
Registrant Street1:Hengstmannstr 7
Registrant Street2:
Registrant Street3:
Registrant City:Hannover
Registrant State/Province:Niedersachsen
Registrant Postal Code:30449
Registrant Country:DE
Registrant Phone:+7.9187803656
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:support@oron.com
```



| Payment Processing | Billing Solutions | Fraud Protection | Member Management | Marketing Services | 24/7 Consumer Support | Pricing |

## ABOUT US

Home: About Us

## About CCBill

As a trusted leader in global payment solutions since 1998, CCBill processes more than a billion dollars in transactions each year and is one of the largest third-party payment processors. CCBill maintains a comprehensive set of proprietary backend and Web-based administration systems to effectively process transactions for a wide variety of markets and help provide businesses the tools and practices necessary to successfully operate.

CCBill understands the credit card and payment industries, and is committed to delivering innovative solutions to support the initiatives of merchant clients and meet all compliance standards. An impeccable payment record, reliable problem-solving techniques, executive team with more than 100 years of payment processing experience, and phenomenal consumer support underscore CCBill's commitment to the markets it serves.

### CCBill EU

With offices in Valletta, Malta, CCBill EU was established to provide a processing solution to European-based businesses that wish to offer Visa as a payment option. Backed by CCBill, the company has supported the processing needs of European online merchants since 2002. For more information on CCBill EU, please visit About CCBill EU.



**Sales Inquiries**
Hours: 7 a.m. – 7 p.m. (MST) M-F
TF: 888.364.4332
International Toll Free Number:
(Country Code) + 800.6123.4500

**Client Support**
*(Existing Client Inquiries)*
Hours: 24/7
TF: 800.510.2859
email: clientsupport@ccbill.com
Client Support Center
International Toll Free Number:
(Country Code) + 800.6123.4500

**Consumer Services**
*(Customer Billing Inquiries)*
Hours: 24/7
TF: 888.596.9279
email: support@ccbill.com
International Toll Free Number:
(Country Code) + 800.6123.4500

**Affiliate Support**
*(Existing Affiliate Inquires)*
Hours: 24/7
TF: 800.510.2859
email: clientsupport@ccbill.com
International Toll Free Number:
(Country Code) + 800.6123.4500

## COMPANY CONTACT
**Corporate Address:**
2353 W. University Dr.
Tempe, AZ 85281-7223
480.449.7751

**CCBill EU, ltd. Business Address:**
Valletta Buildings
South Street
Valletta, Malta

**CCBill EU, ltd. Mailing Address:**
2353 W. University Dr.
Tempe, AZ 85281-7223
USA

## ADVANCED
## PAYMENT PROCESSING
- More processing options
- More tools
- More revenue streams
- No hidden fees



START PROCESSING TODAY

About CCBill | Legal | DMCA
© 2012 CCBill, LLC. All rights reserved.


CCBill partners with PhoenixNAP







English ⬇

<u>Upload Files</u>    <u>Premium</u>    <u>Sign Up</u>    <u>Login</u>    <u>Forgot your password?</u>

## Become a PREMIUM Member

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |

| Paypal Subscription | Pay by PayPal | Pay by PayPal | Pay by PayPal |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| | Pay by Online Banking | Pay by Online Banking | Pay by Online Banking |

<u>ORON.com authorized resellers and alternative payment methods</u>

        

### Premium Features

| | Free | Registered | Premium |
|---|---|---|---|
| Max upload file size: | 400 Mb | 1024 Mb | 2048 Mb |
| Max download file size: | 1024 Mb | 1024 Mb | Unlimited |
| Storage space: | ❌ | 250000 Mb | Unlimited |
| Download speed: | Lowest | Low | Maximum |
| Parallel downloads: | 1 | 1 | Unlimited |
| No downloads delay: | 60 seconds | 50 seconds | ✔ |
| Download starts instantly: | 100 Mb per hour | 100 Mb per 45 min | ✔ |
| Remote URL upload: | ❌ | ✔ | ✔ |
| Download accelerators support: | ❌ | ❌ | ✔ |
| Downloads resume: | ❌ | ❌ | ✔ |

| | | | |
|---|---|---|---|
| No advertisements: | ✖ | ✖ | ✔ |
| No downloads captcha: | ✖ | ✖ | ✔ |

Segpay is an authorized sales agent and SegPay EU will appear on credit card statement

Copyright © 2001-2012 ORON.com, All Rights Reserved.

Home | News | FAQ | Terms of service | Privacy policy | Report abuse | Premium | Affiliate | Contact Us

About PayPal – Paypal

Case: 1:12-cv-05844 Document #: 23-36 Filed: 12/03/12 Page 21 of 29 PageID #:908
Case 2:12-cv-01057-GMN-RJJ  Document 1-25  Filed 06/20/12  Page 2 of 3
6/20/12 3:35 PM



## WELCOME TO THE PRESS CENTER
Get the latest on PayPal



### PayPal is the faster, safer way to pay and get paid online.

PayPal is the faster, safer way to pay and get paid online. The service allows people to send money without sharing financial information, with the flexibility to pay using their account balances, bank accounts, credit cards or promotional financing. With 110 million active accounts in 190 markets and 25 currencies around the world, PayPal enables global ecommerce. PayPal is an eBay (Nasdaq:EBAY) company and is made up of three leading online payment services: the PayPal global payment service, the Payflow Gateway and Bill Me Later. More information about the company can be found at PayPal.com. PayPal is headquartered in San Jose, Calif. and its international headquarters is located in Singapore.

**Company's Founding Date**
December 1998

**Corporate Headquarters**
2211 North First Street
San Jose, California 95131

**Web Site Address**
www.paypal.com

**Worldwide Operations**
12312 Port Grace Boulevard
La Vista, Nebraska 68128

**Find PayPal by Country:**
Select One ▼

Go to PayPal Worldwide

## Financials

- Founded in December 1998, PayPal is the leading global online payment company.

- PayPal has 110 million active registered accounts and is available in 190 markets.

- PayPal supports payments in 25 currencies including: U.S. Dollar, Australian Dollar, Canadian Dollar, Hong Kong Dollar, Singapore Dollar, Taiwan New Dollar, New Zealand Dollar, Euro, Swiss Franc, Czech Koruna, Swedish Krona, Danish Krone, Norwegian Krone, Hungarian Forint, Mexican Peso, Philippine Peso, Malaysian Ringgit, Chinese RMB, Israeli New Shekel, Pounds Sterling, Brazilian Real, Polish Zloty, Thai Baht, Turkish Lira and Japanese Yen.

- PayPal has localized websites in 21 markets including Australia, Austria, Belgium, Brazil, Canada, China, France, Germany, Hong Kong, Italy, Israel, Japan, Mexico, the Netherlands, Poland, Singapore, Spain, Switzerland, Turkey, the United Kingdom and the United States.

- PayPal is headquartered in San Jose, Calif. with offices in Timonium, Md. Its European headquarters is in Luxembourg and its international headquarters is located in Singapore. PayPal has operation centers located in Berlin; Chandler, Ariz; Dublin, Ireland; near Omaha, Neb.; Petaling Jaya, Malaysia; Sao Paulo; and Shanghai. PayPal has development centers in Austin, Tx.; Chennai, India; Scottsdale, Ariz.; Singapore; and Tel Aviv, Israel.

**Q1 2012 FINANCIAL METRICS**

- PayPal revenues represented 40 percent of eBay Inc. revenues in Q1 2012.

- PayPal revenues for Q1 2012 were $1.3 billion, growing 32 percent year over year.

- PayPal's international business generated $672 million in revenue in Q1 2012, and international revenue growth accelerated to 40 percent year over year.

- For the second quarter in a row, PayPal's international revenue represented more than half of PayPal's total revenue, at 51 percent.

- PayPal's net Total Payment Volume, the total value of transactions in Q1 2012 was $34 billion, up 24 percent year over year.

- Merchant Services net Total Payment Volume was $22 billion in Q1 2012, up 28

### Related Links

Download PayPal Q1 2012
Fast Facts

Download PayPal Mobile
Fast Facts

### eBay Companies

**Classifieds**
Select One ▼











Case: 1:12-cv-05844 Document #: 23-36 Filed: 12/03/12 Page 22 of 29 PageID #:909
Case 2:12-cv-01057-GMN-RJJ   Document 125   Filed 06/20/12   Page 3 of 3

percent year over year.

- Merchant Services net Total Payment Volume as percent of net Total Payment Volume was 66 percent in Q1 2012.

- On-eBay net Total Payment Volume was $11 billion in Q1 2012, or 34 percent of net Total Payment Volume.

- PayPal transacted $4,300 in Total Payment Volume every second in Q1 2012.

- PayPal customers made 555 million transactions in Q1 2012, or 6 million transactions per day.

- PayPal maintains a very low loss rate – 0.26 percent or approximately one fourth of one percent.

**2011 FULL-YEAR FINANCIAL METRICS**

- PayPal's 2011 annual revenue was $4.4 billion, up 28 percent year over year.

- PayPal's international business accounted for half of total revenue in 2011.

- PayPal revenues represented 38 percent of eBay Inc. revenues in 2011.

- PayPal's net Total Payment Volume for 2011, the total value of transactions, was $118 billion, up 29 percent year over year.

- Merchant Services processed $78 billion in Total Payment Volume in 2011, up 36 percent year over year.

- Cross-border trade accounted for 25 percent of PayPal's Total Payment Volume.

- PayPal did $4 billion in mobile payment volume in 2011 – more than 5 times the mobile payment volume it did in 2010.

- PayPal expects to process $7 billion in mobile payment volume in 2012.

* active accounts are those that have had activity in the past 12 months.

### DECLARATION OF
### CUSTODIAN OF RECORDS
### OF PAYPAL INC.

**RE: Liberty Media Holdings LLC, the Identification of John Does; Case No. 2-11-mc-00112**

"I,      Melody Fry,      certify and declare that:

(i.) I am over the age of 18 years and not a party to this action.

(ii.) My business address is 7700 Eastport Parkway, La Vista, NE 68128.

(iii.) I am employed by PayPal, Inc., in the position of Executive Escalations Legal Specialist.

(iv.) I am duly authorized as custodian of the enclosed business records. The records were prepared by PayPal personnel in the ordinary course of their duties at or near the time of the events recorded, and have been kept in the ordinary course of PayPal's business.

(v.) A Subpoena has been served upon PayPal for production of said business records.

(vi.) I have delivered the foregoing records to the Subpoenaing party or the attorney for the Subpoenaing representative.

I declare under the penalty of perjury under the laws of the State of Nebraska that the forgoing is true and correct.

6/22/2012

**Date**

**Melody Fry**
**Executive Escalations Legal Specialist**



## Account Info for Goncharov Fedor

### User Info

| | |
|---|---|
| First Name: | Fedor |
| Middle Name: | |
| Last Name: | Goncharov |
| SSN: | |
| TIN: | |
| DOB: | December 11, 1980 |
| Credit Card Statement Name: | FFMAGNATLIM |
| Email: | **paypal.com** |

### Business Info

| | |
|---|---|
| Name: | FF MAGNAT LIMITED |
| URL: | http://oron.com |
| Customer Service Phone: | +130 32560360  - Trusted |

### Account Info

| | |
|---|---|
| Account Status: | **Limited - High** |
| Account #: | 1349111192229544030 |
| Account Type: | **Business - Hong Kong Verified by Card - Cat10A (Hong Kong)** |
| Time Created: | Mar 9, 2011 08:51:24 CST |

### Financials

| | |
|---|---|
| Account Balance: | €1,110,635.28 EUR  (Primary) |
| | $0.00 HKD |
| | $0.04 USD |
| | £0.65 GBP |
| | **€1,110,636.09 EUR** * |
| Total Amount Sent (USD Equiv): | $389,497.93 USD |
| Total Amount Received: | $5,114,882.80 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month: -$92,233,720,368,261,900.00 USD |
| | Last 3 Months: $79,654.24 USD  $57,950.09 USD  $39,476.60 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | €1,110,599.00 EUR* (0 % - €0.00 EUR)  €1,110,599.00 EUR  £0.00 GBP  $0.00 HKD  $0.00 USD [Details] |
| Rolling Reserve Balance: | €34.28 EUR* (0 % - 0 days)  $0.00 USD  €34.28 EUR  £0.00 GBP [Details] |

### E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| paypal.com | ✓ | ✓ | ✓ |
| nooooc@gmail.com | | ✓ | |

### Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

### Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| **+41 445860180** | Work | Unconfirmed - No Attempt |
| +852 22646466 | Work  - Deleted | Unconfirmed - No Attempt |
| +852 41445860180 | Work  - Deleted | Unconfirmed - No Attempt |
| **+130 32560360** | Customer Service | Unconfirmed - No Attempt |
| +13 032560360 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| +852 13032560360 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| +852 22646466 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| 303-256-0360 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| +41 445860180 | Customer Service  - Deleted | Unconfirmed - No Attempt |

### Addresses

| Date Entered | Address | Use |
|---|---|---|

6/20/2011     FF MAGNAT LIMITED
                 FLAT/RM 1502 15/F, JUBILEE CENTRE, 46 GLOUCESTER ROAD, WAN CHAI, HK      (Home)
                 Hong Kong                                     (CC 7762 Unconfirmed)

## IP Summary

| IPs | Logins | First Used | Last Used | Status |
|---|---|---|---|---|
| 176.226.137.89 | 4 | Jun 19, 2012 19:34:15 CDT | Jun 22, 2012 02:22:31 CDT | |
| 66.23.229.34 | 110 | Apr 6, 2011 13:42:39 CDT | Jun 21, 2012 13:48:10 CDT | |
| 176.226.133.223 | 3 | Jun 12, 2012 20:38:53 CDT | Jun 16, 2012 01:02:07 CDT | |
| 78.106.79.32 | 1 | May 31, 2012 01:13:15 CDT | May 31, 2012 01:13:15 CDT | |
| 176.226.145.110 | 1 | May 28, 2012 06:04:49 CDT | May 28, 2012 06:04:49 CDT | |
| 176.226.150.160 | 2 | May 16, 2012 00:41:50 CDT | May 23, 2012 14:21:00 CDT | |
| 176.226.128.205 | 9 | Apr 26, 2012 21:54:31 CDT | May 1, 2012 07:50:02 CDT | |
| 176.226.130.69 | 1 | Apr 12, 2012 14:06:59 CDT | Apr 12, 2012 14:06:59 CDT | |
| 78.106.221.8 | 1 | Mar 30, 2012 04:16:54 CDT | Mar 30, 2012 04:16:54 CDT | |
| 109.191.102.142 | 1 | Mar 21, 2012 04:32:02 CDT | Mar 21, 2012 04:32:02 CDT | |
| 95.29.23.159 | 1 | Mar 20, 2012 08:21:08 CDT | Mar 20, 2012 08:21:08 CDT | |
| 2.94.178.22 | 1 | Mar 8, 2012 02:59:18 CST | Mar 8, 2012 02:59:18 CST | |
| 109.191.101.11 | 8 | Feb 28, 2012 20:02:14 CST | Mar 5, 2012 08:37:03 CST | |
| 109.191.101.172 | 8 | Feb 19, 2012 12:34:17 CST | Feb 27, 2012 20:45:42 CST | |
| 2.93.89.191 | 3 | Feb 21, 2012 23:58:12 CST | Feb 27, 2012 01:01:01 CST | |
| 89.179.239.140 | 1 | Feb 15, 2012 04:04:15 CST | Feb 15, 2012 04:04:15 CST | |
| 27.114.136.5 | 4 | Feb 7, 2012 13:32:43 CST | Feb 13, 2012 23:36:59 CST | |
| 95.29.59.105 | 4 | Feb 9, 2012 00:14:09 CST | Feb 9, 2012 03:02:15 CST | |
| 78.106.169.216 | 1 | Feb 3, 2012 13:09:51 CST | Feb 3, 2012 13:09:51 CST | |
| 2.92.80.62 | 2 | Jan 30, 2012 02:42:25 CST | Jan 30, 2012 03:42:38 CST | |
| 78.29.17.121 | 1 | Jan 28, 2012 13:28:34 CST | Jan 28, 2012 13:28:34 CST | |
| 93.81.59.241 | 2 | Jan 26, 2012 12:19:15 CST | Jan 28, 2012 00:34:23 CST | |
| 78.106.254.209 | 3 | Jan 23, 2012 12:57:40 CST | Jan 26, 2012 06:46:22 CST | |
| 78.29.45.109 | 2 | Jan 26, 2012 05:06:02 CST | Jan 26, 2012 06:18:41 CST | |
| 78.29.45.118 | 3 | Jan 23, 2012 21:46:57 CST | Jan 25, 2012 03:54:12 CST | |
| 78.29.44.117 | 2 | Jan 21, 2012 07:18:42 CST | Jan 22, 2012 07:17:12 CST | |
| 78.106.70.2 | 2 | Jan 20, 2012 08:05:44 CST | Jan 20, 2012 09:06:04 CST | |
| 193.189.69.158 | 1 | Jan 20, 2012 02:46:22 CST | Jan 20, 2012 02:46:22 CST | |
| 176.15.44.14 | 1 | Jan 19, 2012 13:21:20 CST | Jan 19, 2012 13:21:20 CST | |
| 77.235.16.166 | 2 | Jan 19, 2012 12:46:26 CST | Jan 19, 2012 13:12:18 CST | |
| 95.29.153.40 | 3 | Jan 16, 2012 03:09:27 CST | Jan 16, 2012 04:56:28 CST | |
| 80.255.88.91 | 2 | Jan 16, 2012 00:47:14 CST | Jan 16, 2012 04:00:32 CST | |
| 2.94.142.133 | 1 | Jan 11, 2012 12:30:05 CST | Jan 11, 2012 12:30:05 CST | |
| 77.222.113.55 | 6 | Jan 2, 2012 08:58:45 CST | Jan 11, 2012 00:18:56 CST | |
| 176.15.132.163 | 1 | Jan 9, 2012 07:07:57 CST | Jan 9, 2012 07:07:57 CST | |
| 176.15.132.170 | 1 | Jan 6, 2012 06:35:55 CST | Jan 6, 2012 06:35:55 CST | |
| 93.81.97.58 | 2 | Jan 2, 2012 07:55:09 CST | Jan 4, 2012 05:59:40 CST | |
| 212.49.112.213 | 1 | Jan 1, 2012 23:33:20 CST | Jan 1, 2012 23:33:20 CST | |
| 77.222.112.227 | 5 | Dec 23, 2011 11:57:04 CST | Dec 30, 2011 01:36:17 CST | |
| 95.29.241.21 | 3 | Dec 27, 2011 12:10:55 CST | Dec 29, 2011 09:12:57 CST | |
| 2.94.48.84 | 1 | Dec 26, 2011 13:32:43 CST | Dec 26, 2011 13:32:43 CST | |
| 2.94.48.153 | 2 | Dec 21, 2011 04:42:21 CST | Dec 23, 2011 07:42:47 CST | |
| 80.255.89.248 | 1 | Dec 21, 2011 09:37:50 CST | Dec 21, 2011 09:37:50 CST | |
| 178.46.255.180 | 1 | Dec 20, 2011 19:38:49 CST | Dec 20, 2011 19:38:49 CST | |
| 95.29.68.73 | 2 | Dec 19, 2011 07:05:14 CST | Dec 19, 2011 22:31:04 CST | |
| 188.17.101.23 | 1 | Dec 19, 2011 08:59:36 CST | Dec 19, 2011 08:59:36 CST | |
| 31.163.8.86 | 1 | Dec 18, 2011 08:21:57 CST | Dec 18, 2011 08:21:57 CST | |

| IP Address | Count | Date 1 | Date 2 |
|---|---|---|---|
| 2.94.48.93 | 1 | Dec 16, 2011 04:52:32 CST | Dec 16, 2011 04:52:32 CST |
| 93.81.106.175 | 1 | Dec 14, 2011 12:36:11 CST | Dec 14, 2011 12:36:11 CST |
| 95.29.146.208 | 3 | Dec 12, 2011 07:41:40 CST | Dec 13, 2011 12:52:27 CST |
| 93.218.77.92 | 2 | Dec 12, 2011 06:15:44 CST | Dec 12, 2011 14:25:24 CST |
| 93.218.71.166 | 1 | Dec 11, 2011 16:54:51 CST | Dec 11, 2011 16:54:51 CST |
| 93.218.65.14 | 1 | Dec 10, 2011 19:05:53 CST | Dec 10, 2011 19:05:53 CST |
| 93.218.76.20 | 1 | Dec 9, 2011 17:14:24 CST | Dec 9, 2011 17:14:24 CST |
| 89.179.232.133 | 2 | Dec 7, 2011 12:41:02 CST | Dec 8, 2011 07:13:59 CST |
| 93.218.77.173 | 2 | Dec 7, 2011 04:04:25 CST | Dec 7, 2011 18:13:43 CST |
| 93.218.76.103 | 1 | Dec 6, 2011 19:24:09 CST | Dec 6, 2011 19:24:09 CST |
| 93.218.77.33 | 1 | Dec 5, 2011 16:03:53 CST | Dec 5, 2011 16:03:53 CST |
| 93.81.147.166 | 7 | Nov 24, 2011 12:07:26 CST | Dec 5, 2011 06:11:07 CST |
| 93.218.76.230 | 3 | Apr 18, 2011 07:14:26 CDT | Dec 1, 2011 17:45:31 CST |
| 93.218.77.182 | 1 | Nov 30, 2011 14:17:51 CST | Nov 30, 2011 14:17:51 CST |
| 93.218.75.155 | 1 | Nov 29, 2011 17:44:48 CST | Nov 29, 2011 17:44:48 CST |
| 93.218.71.48 | 1 | Nov 27, 2011 20:40:56 CST | Nov 27, 2011 20:40:56 CST |
| 93.218.78.244 | 1 | Nov 24, 2011 22:05:26 CST | Nov 24, 2011 22:05:26 CST |
| 2.92.38.205 | 1 | Nov 23, 2011 03:26:56 CST | Nov 23, 2011 03:26:56 CST |
| 93.218.75.22 | 2 | Nov 21, 2011 23:30:56 CST | Nov 22, 2011 17:25:20 CST |
| 78.106.195.215 | 4 | Nov 18, 2011 04:48:33 CST | Nov 21, 2011 07:18:42 CST |
| 190.41.177.105 | 4 | Nov 15, 2011 02:43:46 CST | Nov 17, 2011 10:59:27 CST |
| 176.15.180.233 | 1 | Nov 16, 2011 05:45:03 CST | Nov 16, 2011 05:45:03 CST |
| 93.81.147.58 | 10 | Nov 2, 2011 09:24:35 CDT | Nov 14, 2011 07:34:18 CST |
| 190.81.22.3 | 1 | Nov 11, 2011 07:16:40 CST | Nov 11, 2011 07:16:40 CST |
| 190.42.97.241 | 5 | Nov 1, 2011 17:44:44 CDT | Nov 6, 2011 10:40:55 CST |
| 2.92.98.219 | 9 | Oct 20, 2011 14:52:35 CDT | Nov 1, 2011 09:04:30 CDT |
| 190.108.80.202 | 2 | Nov 1, 2011 00:29:15 CDT | Nov 1, 2011 00:39:51 CDT |
| 93.218.76.22 | 3 | Oct 29, 2011 12:30:16 CDT | Oct 29, 2011 14:22:08 CDT |
| 93.218.74.164 | 3 | Oct 28, 2011 02:21:56 CDT | Oct 28, 2011 16:04:07 CDT |
| 93.218.70.71 | 1 | Oct 27, 2011 17:06:52 CDT | Oct 27, 2011 17:06:52 CDT |
| 93.218.77.192 | 1 | Oct 26, 2011 14:40:08 CDT | Oct 26, 2011 14:40:08 CDT |
| 93.218.77.133 | 6 | Oct 25, 2011 00:03:29 CDT | Oct 25, 2011 15:46:43 CDT |
| 93.218.77.111 | 2 | Oct 24, 2011 09:52:40 CDT | Oct 24, 2011 11:14:29 CDT |
| 93.218.77.201 | 2 | Aug 25, 2011 20:41:13 CDT | Oct 21, 2011 11:59:15 CDT |
| 93.218.77.70 | 2 | Oct 19, 2011 16:36:54 CDT | Oct 19, 2011 16:36:56 CDT |
| 78.106.148.179 | 1 | Oct 19, 2011 06:21:00 CDT | Oct 19, 2011 06:21:00 CDT |
| 176.15.36.150 | 1 | Oct 18, 2011 13:46:52 CDT | Oct 18, 2011 13:46:52 CDT |
| 93.218.77.145 | 3 | Oct 17, 2011 21:46:07 CDT | Oct 18, 2011 07:46:37 CDT |
| 2.92.105.92 | 1 | Oct 17, 2011 07:45:15 CDT | Oct 17, 2011 07:45:15 CDT |
| 93.218.77.148 | 2 | Oct 17, 2011 06:01:49 CDT | Oct 17, 2011 06:18:08 CDT |
| 93.218.70.20 | 1 | Oct 16, 2011 04:49:56 CDT | Oct 16, 2011 04:49:56 CDT |
| 93.81.197.189 | 2 | Oct 13, 2011 04:27:41 CDT | Oct 14, 2011 06:38:15 CDT |
| 93.218.75.64 | 3 | Oct 11, 2011 20:39:39 CDT | Oct 12, 2011 13:40:32 CDT |
| 2.92.92.197 | 3 | Oct 10, 2011 12:35:18 CDT | Oct 12, 2011 08:46:28 CDT |
| 93.218.76.141 | 3 | Oct 10, 2011 21:01:04 CDT | Oct 11, 2011 19:40:07 CDT |
| 93.218.76.157 | 1 | Oct 10, 2011 05:47:32 CDT | Oct 10, 2011 05:47:32 CDT |
| 88.248.12.54 | 12 | May 22, 2011 06:22:48 CDT | Oct 7, 2011 14:48:13 CDT |
| 93.218.77.135 | 2 | Oct 6, 2011 03:05:17 CDT | Oct 6, 2011 13:38:20 CDT |
| 195.175.75.94 | 12 | May 21, 2011 13:54:21 CDT | Oct 6, 2011 06:36:43 CDT |
| 88.248.48.58 | 4 | May 22, 2011 23:39:55 CDT | Oct 5, 2011 07:50:32 CDT |
| 93.218.76.112 | 1 | Oct 5, 2011 03:17:24 CDT | Oct 5, 2011 03:17:24 CDT |
| 93.218.76.78 | 4 | Aug 23, 2011 03:32:10 CDT | Oct 3, 2011 15:48:33 CDT |

| 93.218.72.175 | 1 | Oct 2, 2011 14:07:49 CDT | Oct 2, 2011 14:07:49 CDT |
|---|---|---|---|
| 93.218.66.160 | 2 | Oct 1, 2011 02:01:35 CDT | Oct 1, 2011 17:09:30 CDT |
| 93.218.75.29 | 5 | Apr 19, 2011 21:42:49 CDT | Sep 30, 2011 15:16:27 CDT |
| 93.218.75.189 | 1 | Sep 29, 2011 04:16:15 CDT | Sep 29, 2011 04:16:15 CDT |
| 93.218.75.253 | 3 | Sep 28, 2011 04:01:54 CDT | Sep 28, 2011 19:11:48 CDT |
| 2.92.113.119 | 1 | Sep 28, 2011 05:27:53 CDT | Sep 28, 2011 05:27:53 CDT |
| 93.218.75.20 | 1 | Sep 27, 2011 13:00:49 CDT | Sep 27, 2011 13:00:49 CDT |
| 89.179.24.241 | 1 | Sep 26, 2011 08:20:47 CDT | Sep 26, 2011 08:20:47 CDT |
| 93.81.44.159 | 1 | Sep 26, 2011 07:44:18 CDT | Sep 26, 2011 07:44:18 CDT |
| 93.218.76.209 | 6 | May 6, 2011 06:59:30 CDT | Sep 26, 2011 06:35:34 CDT |
| 78.106.18.27 | 1 | Sep 26, 2011 06:10:55 CDT | Sep 26, 2011 06:10:55 CDT |
| 93.218.75.124 | 1 | Sep 25, 2011 16:55:12 CDT | Sep 25, 2011 16:55:12 CDT |
| 78.106.99.185 | 2 | Sep 23, 2011 07:18:00 CDT | Sep 25, 2011 00:33:42 CDT |
| 94.51.76.33 | 1 | Sep 23, 2011 00:36:06 CDT | Sep 23, 2011 00:36:06 CDT |
| 2.94.205.69 | 4 | Sep 20, 2011 13:09:01 CDT | Sep 22, 2011 14:33:53 CDT |
| 31.162.192.125 | 1 | Sep 22, 2011 02:06:52 CDT | Sep 22, 2011 02:06:52 CDT |
| 94.51.18.58 | 2 | Sep 21, 2011 14:18:27 CDT | Sep 21, 2011 15:35:46 CDT |
| 46.147.221.120 | 3 | Sep 20, 2011 03:24:25 CDT | Sep 20, 2011 05:09:17 CDT |
| 2.94.66.120 | 1 | Sep 19, 2011 08:14:10 CDT | Sep 19, 2011 08:14:10 CDT |
| 93.218.67.27 | 1 | Sep 17, 2011 21:13:24 CDT | Sep 17, 2011 21:13:24 CDT |
| 93.218.76.52 | 2 | Sep 16, 2011 17:06:25 CDT | Sep 16, 2011 18:32:11 CDT |
| 95.31.205.19 | 1 | Sep 16, 2011 13:19:48 CDT | Sep 16, 2011 13:19:48 CDT |
| 78.106.252.242 | 7 | Sep 7, 2011 07:01:39 CDT | Sep 15, 2011 06:55:17 CDT |
| 195.76.59.98 | 10 | Jul 6, 2011 06:18:42 CDT | Sep 15, 2011 05:16:28 CDT |
| 84.54.200.67 | 1 | Sep 12, 2011 09:28:07 CDT | Sep 12, 2011 09:28:07 CDT |
| 93.218.72.35 | 1 | Sep 11, 2011 01:38:42 CDT | Sep 11, 2011 01:38:42 CDT |
| 93.218.78.219 | 2 | Sep 8, 2011 22:00:31 CDT | Sep 9, 2011 08:39:16 CDT |
| 93.218.78.203 | 1 | Sep 8, 2011 18:27:40 CDT | Sep 8, 2011 18:27:40 CDT |
| 93.218.78.205 | 2 | Sep 7, 2011 03:01:39 CDT | Sep 7, 2011 03:41:19 CDT |
| 2.93.38.41 | 1 | Sep 6, 2011 03:41:30 CDT | Sep 6, 2011 03:41:30 CDT |
| 93.218.77.48 | 12 | Sep 5, 2011 09:40:02 CDT | Sep 5, 2011 11:57:37 CDT |
| 2.93.38.175 | 3 | Sep 3, 2011 13:36:44 CDT | Sep 5, 2011 07:37:56 CDT |
| 93.218.77.74 | 1 | Sep 4, 2011 09:54:07 CDT | Sep 4, 2011 09:54:07 CDT |
| 93.218.78.201 | 1 | Sep 2, 2011 12:38:36 CDT | Sep 2, 2011 12:38:36 CDT |
| 95.31.206.144 | 1 | Sep 2, 2011 07:11:07 CDT | Sep 2, 2011 07:11:07 CDT |
| 176.15.5.250 | 1 | Sep 2, 2011 02:34:21 CDT | Sep 2, 2011 02:34:21 CDT |
| 93.218.77.95 | 5 | Aug 30, 2011 05:20:24 CDT | Sep 1, 2011 07:02:30 CDT |
| 176.15.6.151 | 3 | Aug 30, 2011 04:02:05 CDT | Sep 1, 2011 03:46:50 CDT |
| 93.218.78.159 | 1 | Aug 29, 2011 15:21:32 CDT | Aug 29, 2011 15:21:32 CDT |
| 2.94.150.138 | 2 | Aug 27, 2011 12:36:19 CDT | Aug 29, 2011 05:50:19 CDT |
| 93.218.77.121 | 2 | Aug 28, 2011 08:05:03 CDT | Aug 28, 2011 08:46:17 CDT |
| 93.218.67.9 | 1 | Aug 27, 2011 10:30:17 CDT | Aug 27, 2011 10:30:17 CDT |
| 95.29.114.7 | 5 | Aug 22, 2011 07:59:58 CDT | Aug 26, 2011 04:59:41 CDT |
| 93.218.78.190 | 2 | Aug 25, 2011 06:48:24 CDT | Aug 25, 2011 12:01:37 CDT |
| 93.218.76.93 | 5 | Aug 24, 2011 03:03:48 CDT | Aug 24, 2011 20:30:33 CDT |
| 93.218.65.202 | 1 | Aug 21, 2011 17:22:29 CDT | Aug 21, 2011 17:22:29 CDT |
| 78.106.146.148 | 3 | Aug 19, 2011 01:10:53 CDT | Aug 20, 2011 05:48:40 CDT |
| 93.218.70.43 | 1 | Aug 20, 2011 03:59:01 CDT | Aug 20, 2011 03:59:01 CDT |
| 2.93.36.83 | 1 | Aug 17, 2011 06:58:35 CDT | Aug 17, 2011 06:58:35 CDT |
| 2.94.66.86 | 5 | Aug 15, 2011 07:11:07 CDT | Aug 16, 2011 05:15:57 CDT |
| 93.218.75.121 | 1 | Aug 15, 2011 03:31:39 CDT | Aug 15, 2011 03:31:39 CDT |
| 2.93.36.252 | 1 | Aug 14, 2011 13:11:56 CDT | Aug 14, 2011 13:11:56 CDT |

| IP | Count | Date 1 | Date 2 |
|---|---|---|---|
| 93.218.73.149 | 4 | Aug 8, 2011 22:40:25 CDT | Aug 9, 2011 19:43:57 CDT |
| 2.94.205.75 | 1 | Aug 9, 2011 10:43:43 CDT | Aug 9, 2011 10:43:43 CDT |
| 93.218.72.242 | 1 | Aug 8, 2011 10:39:16 CDT | Aug 8, 2011 10:39:16 CDT |
| 2.206.51.249 | 1 | Aug 8, 2011 03:24:40 CDT | Aug 8, 2011 03:24:40 CDT |
| 93.218.75.49 | 2 | Aug 4, 2011 00:05:38 CDT | Aug 4, 2011 18:35:27 CDT |
| 93.218.75.95 | 1 | Aug 3, 2011 18:48:03 CDT | Aug 3, 2011 18:48:03 CDT |
| 93.218.75.76 | 3 | Aug 2, 2011 00:19:09 CDT | Aug 2, 2011 09:14:57 CDT |
| 93.218.75.59 | 5 | Jul 31, 2011 23:15:04 CDT | Aug 1, 2011 09:41:04 CDT |
| 93.218.76.170 | 1 | Jul 31, 2011 18:59:34 CDT | Jul 31, 2011 18:59:34 CDT |
| 93.218.69.253 | 6 | Jul 29, 2011 22:58:22 CDT | Jul 30, 2011 10:23:49 CDT |
| 93.218.75.54 | 3 | Jul 29, 2011 04:13:38 CDT | Jul 29, 2011 10:35:08 CDT |
| 93.218.75.33 | 4 | Jul 27, 2011 22:40:42 CDT | Jul 28, 2011 09:04:10 CDT |
| 93.218.75.65 | 3 | Jul 26, 2011 21:13:00 CDT | Jul 27, 2011 17:19:01 CDT |
| 93.218.75.114 | 12 | Jul 25, 2011 23:35:51 CDT | Jul 26, 2011 16:38:57 CDT |
| 93.218.75.34 | 6 | Jul 24, 2011 22:29:34 CDT | Jul 25, 2011 18:19:08 CDT |
| 93.218.72.157 | 2 | Jul 23, 2011 20:26:08 CDT | Jul 23, 2011 21:17:41 CDT |
| 93.82.196.170 | 3 | Jul 21, 2011 14:56:49 CDT | Jul 22, 2011 08:08:03 CDT |
| 93.218.75.93 | 2 | Jul 19, 2011 20:42:56 CDT | Jul 20, 2011 06:23:22 CDT |
| 2.94.150.165 | 1 | Jul 19, 2011 01:10:29 CDT | Jul 19, 2011 01:10:29 CDT |
| 93.218.75.212 | 4 | Jun 7, 2011 08:43:06 CDT | Jul 18, 2011 21:32:31 CDT |
| 93.218.75.77 | 2 | Jul 17, 2011 21:42:23 CDT | Jul 17, 2011 21:45:21 CDT |
| 93.218.67.178 | 1 | Jul 16, 2011 01:24:37 CDT | Jul 16, 2011 01:24:37 CDT |
| 93.218.76.233 | 2 | Jul 5, 2011 03:55:21 CDT | Jul 5, 2011 07:30:31 CDT |
| 93.218.74.14 | 3 | Jul 4, 2011 07:01:08 CDT | Jul 4, 2011 18:54:03 CDT |
| 93.218.71.213 | 2 | Jul 2, 2011 21:45:47 CDT | Jul 3, 2011 09:26:15 CDT |
| 2.94.87.17 | 2 | Jun 30, 2011 12:56:12 CDT | Jul 1, 2011 07:13:53 CDT |
| 93.218.75.119 | 2 | Jun 30, 2011 07:13:34 CDT | Jun 30, 2011 18:28:48 CDT |
| 93.218.75.46 | 2 | Jun 29, 2011 03:03:03 CDT | Jun 29, 2011 07:59:07 CDT |
| 93.218.75.133 | 9 | Apr 13, 2011 21:23:27 CDT | Jun 28, 2011 19:51:54 CDT |
| 93.218.76.232 | 5 | Jun 27, 2011 06:35:39 CDT | Jun 27, 2011 16:53:15 CDT |
| 93.218.69.189 | 1 | Jun 26, 2011 08:18:55 CDT | Jun 26, 2011 08:18:55 CDT |
| 93.218.75.113 | 1 | Jun 24, 2011 07:02:00 CDT | Jun 24, 2011 07:02:00 CDT |
| 93.218.75.154 | 3 | Mar 22, 2011 06:29:51 CDT | Jun 23, 2011 13:54:20 CDT |
| 109.40.246.196 | 1 | Jun 21, 2011 17:21:31 CDT | Jun 21, 2011 17:21:31 CDT |
| 93.218.74.154 | 6 | Jun 21, 2011 05:39:29 CDT | Jun 21, 2011 14:58:59 CDT |
| 93.218.74.15 | 1 | Jun 20, 2011 05:14:26 CDT | Jun 20, 2011 05:14:26 CDT |
| 93.218.74.122 | 1 | Jun 19, 2011 19:19:38 CDT | Jun 19, 2011 19:19:38 CDT |
| 93.218.77.22 | 1 | Jun 18, 2011 05:14:54 CDT | Jun 18, 2011 05:14:54 CDT |
| 93.218.75.84 | 3 | Jun 15, 2011 04:51:21 CDT | Jun 15, 2011 11:56:49 CDT |
| 93.218.74.132 | 3 | Jun 13, 2011 22:43:43 CDT | Jun 14, 2011 15:05:46 CDT |
| 93.218.76.242 | 3 | Jun 13, 2011 06:53:21 CDT | Jun 13, 2011 10:54:55 CDT |
| 93.218.67.130 | 1 | Jun 11, 2011 06:06:03 CDT | Jun 11, 2011 06:06:03 CDT |
| 93.218.75.182 | 3 | Jun 9, 2011 21:09:38 CDT | Jun 10, 2011 06:17:55 CDT |
| 93.218.74.54 | 2 | Jun 9, 2011 04:59:10 CDT | Jun 9, 2011 13:37:40 CDT |
| 93.218.75.236 | 2 | Jun 8, 2011 01:09:25 CDT | Jun 8, 2011 17:46:14 CDT |
| 93.218.74.109 | 1 | Jun 6, 2011 19:58:05 CDT | Jun 6, 2011 19:58:05 CDT |
| 109.44.112.58 | 3 | Jun 6, 2011 08:27:19 CDT | Jun 6, 2011 15:48:14 CDT |
| 93.218.76.205 | 1 | Jun 5, 2011 08:08:11 CDT | Jun 5, 2011 08:08:11 CDT |
| 93.218.68.122 | 1 | Jun 4, 2011 13:03:44 CDT | Jun 4, 2011 13:03:44 CDT |
| 109.40.10.172 | 1 | Jun 3, 2011 06:58:21 CDT | Jun 3, 2011 06:58:21 CDT |
| 93.218.75.163 | 1 | Jun 3, 2011 04:58:21 CDT | Jun 3, 2011 04:58:21 CDT |
| 93.218.75.166 | 8 | May 4, 2011 22:34:06 CDT | Jun 2, 2011 20:15:53 CDT |

| | | | |
|---|---|---|---|
| 2.206.122.121 | 1 | Jun 1, 2011 17:36:30 CDT | Jun 1, 2011 17:36:30 CDT |
| 93.218.75.167 | 4 | Jun 1, 2011 01:29:34 CDT | Jun 1, 2011 10:23:34 CDT |
| 89.179.24.189 | 1 | Jun 1, 2011 08:16:18 CDT | Jun 1, 2011 08:16:18 CDT |
| 93.218.73.2 | 1 | May 31, 2011 19:37:35 CDT | May 31, 2011 19:37:35 CDT |
| 93.218.75.222 | 3 | May 30, 2011 03:16:42 CDT | May 30, 2011 10:02:03 CDT |
| 93.218.73.32 | 1 | May 29, 2011 18:34:00 CDT | May 29, 2011 18:34:00 CDT |
| 93.218.69.172 | 1 | May 28, 2011 05:09:29 CDT | May 28, 2011 05:09:29 CDT |
| 93.218.74.63 | 1 | May 26, 2011 04:15:57 CDT | May 26, 2011 04:15:57 CDT |
| 78.26.173.210 | 9 | May 21, 2011 20:01:18 CDT | May 25, 2011 00:52:05 CDT |
| 91.210.116.218 | 11 | May 15, 2011 21:32:51 CDT | May 20, 2011 02:29:38 CDT |
| 93.218.74.190 | 2 | May 13, 2011 02:27:33 CDT | May 13, 2011 17:54:17 CDT |
| 93.218.68.194 | 1 | May 11, 2011 14:29:17 CDT | May 11, 2011 14:29:17 CDT |
| 93.218.75.171 | 2 | May 10, 2011 13:47:32 CDT | May 10, 2011 19:59:20 CDT |
| 93.218.76.136 | 3 | May 9, 2011 06:50:54 CDT | May 9, 2011 13:10:15 CDT |
| 93.218.65.135 | 1 | May 8, 2011 17:59:28 CDT | May 8, 2011 17:59:28 CDT |
| 93.218.70.132 | 5 | May 7, 2011 04:18:09 CDT | May 7, 2011 11:02:59 CDT |
| 93.218.76.163 | 1 | May 4, 2011 00:25:48 CDT | May 4, 2011 00:25:48 CDT |
| 93.218.75.178 | 1 | May 2, 2011 21:53:14 CDT | May 2, 2011 21:53:14 CDT |
| 93.218.76.128 | 2 | May 1, 2011 22:00:54 CDT | May 2, 2011 14:20:53 CDT |
| 93.218.65.218 | 1 | May 1, 2011 10:09:33 CDT | May 1, 2011 10:09:33 CDT |
| 93.218.68.63 | 2 | Apr 29, 2011 20:57:06 CDT | Apr 30, 2011 09:42:07 CDT |
| 93.218.75.158 | 2 | Apr 27, 2011 20:47:34 CDT | Apr 27, 2011 21:19:17 CDT |
| 93.218.76.226 | 4 | Apr 27, 2011 10:41:10 CDT | Apr 27, 2011 17:40:21 CDT |
| 93.218.75.220 | 3 | Apr 25, 2011 22:13:08 CDT | Apr 26, 2011 17:31:57 CDT |
| 93.218.76.184 | 1 | Apr 25, 2011 17:04:22 CDT | Apr 25, 2011 17:04:22 CDT |
| 93.218.66.138 | 3 | Apr 23, 2011 21:29:16 CDT | Apr 24, 2011 17:09:46 CDT |
| 79.201.145.16 | 4 | Apr 23, 2011 06:14:19 CDT | Apr 23, 2011 09:30:33 CDT |
| 93.218.75.25 | 2 | Apr 21, 2011 15:05:42 CDT | Apr 21, 2011 20:10:17 CDT |
| 93.218.71.38 | 5 | Apr 16, 2011 20:49:18 CDT | Apr 17, 2011 11:34:34 CDT |
| 93.218.69.146 | 4 | Apr 15, 2011 22:28:03 CDT | Apr 16, 2011 20:20:48 CDT |
| 93.218.75.12 | 3 | Apr 14, 2011 23:18:39 CDT | Apr 15, 2011 16:50:18 CDT |
| 93.218.75.37 | 3 | Apr 13, 2011 08:02:33 CDT | Apr 13, 2011 17:18:16 CDT |
| 93.218.75.206 | 9 | Apr 11, 2011 21:18:45 CDT | Apr 12, 2011 16:51:26 CDT |
| 93.218.76.201 | 4 | Apr 11, 2011 05:51:52 CDT | Apr 11, 2011 20:07:10 CDT |
| 93.218.73.6 | 1 | Apr 10, 2011 17:11:22 CDT | Apr 10, 2011 17:11:22 CDT |
| 93.218.73.235 | 2 | Apr 8, 2011 02:48:45 CDT | Apr 8, 2011 16:18:00 CDT |
| 93.218.76.61 | 4 | Apr 6, 2011 21:33:38 CDT | Apr 7, 2011 15:16:36 CDT |
| 93.218.76.237 | 2 | Apr 6, 2011 05:38:17 CDT | Apr 6, 2011 16:29:48 CDT |
| 93.218.75.143 | 5 | Apr 5, 2011 00:51:01 CDT | Apr 5, 2011 19:44:37 CDT |
| 178.49.131.252 | 4 | Apr 2, 2011 08:05:50 CDT | Apr 5, 2011 12:47:36 CDT |
| 93.218.76.39 | 5 | Apr 3, 2011 21:23:17 CDT | Apr 4, 2011 19:12:01 CDT |
| 93.218.67.207 | 13 | Apr 2, 2011 20:17:34 CDT | Apr 3, 2011 18:18:19 CDT |
| 93.218.70.39 | 8 | Apr 2, 2011 02:15:27 CDT | Apr 2, 2011 19:44:14 CDT |
| 93.218.76.177 | 3 | Mar 29, 2011 21:38:13 CDT | Mar 30, 2011 06:24:06 CDT |
| 93.218.74.254 | 4 | Mar 28, 2011 06:39:17 CDT | Mar 28, 2011 18:08:37 CDT |
| 93.218.75.90 | 2 | Mar 21, 2011 09:40:17 CDT | Mar 21, 2011 13:08:44 CDT |
| 93.218.75.199 | 2 | Mar 18, 2011 18:02:17 CDT | Mar 18, 2011 20:01:55 CDT |
| 93.218.75.82 | 3 | Mar 17, 2011 18:47:06 CDT | Mar 17, 2011 19:05:12 CDT |
| 93.218.66.30 | 1 | Mar 12, 2011 07:01:03 CST | Mar 12, 2011 07:01:03 CST |
| 81.4.136.6 (Signup) | 2 | Mar 9, 2011 08:51:25 CST | Mar 9, 2011 09:00:09 CST |
| 93.218.76.248 | 1 | Mar 9, 2011 08:53:57 CST | Mar 9, 2011 08:53:57 CST |