

| | IP Protection | Disabled | |

**Restrictions**

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|
| Risk Management - Credit Reviewed | | Jun 8, 2012 12:15:46 CDT | |
| AUP Account Closure | | Jan 27, 2012 15:13:34 CST | |

**Banks**

**Credit cards**

**Debit cards**

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|
| No Debit cards on file | | | | | | | |

**Secure Card Attributes**

| | | |
|---|---|---|
| Billing Address: | | |
| Secure Card Numbers: | N/A | |
| | | [View all card numbers] |
| Backup Funding Source: | N/A | |
| Daily Spending Limit | $500 ▾ | |

**PayPal Credit**

**PayPal Credit Account Details**

| | | |
|---|---|---|
| PayPal Credit Account Number: | | |
| Expiration Date: | | |
| Account Status: | | [View History] |
| Funding Source Availability: | Disabled | |
| Authorized Users: | Not Available | |

**Auctions**

| Auction User ID | Auction Manager User ID |
|---|---|
| No Auctions on file | |

[Go to top]

**Mobile payments**

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|
| No Mobile payments on file | | | | | |

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.

Case 2:12-cv-01057-GMN-RJJ    Document 84-5    Filed 08/07/12    Page 2 of 2



Become a Client | Client Login





home    about us    services & products    press area    contact us     customer support    cancel membership

## Contact Us



we are constantly striving to provide the best possible level of service

**Billing Questions:**

If you have questions about your credit card or bank statement, need to cancel a subscription or need to request a refund, you can reach us the following ways:

**Online Customer Support:**
Click here for Online Customer Support.
**By Telephone:** US & Canadian Residents: 866-450-4000
**Direct Dial Number:** +1-514-788-5368

**By Email:** Help@SegPay.com
**By Chat:** Live Chat

**Contact Address:**
SegPay, 3111 N. University Dr. Suite 1000, Coral Springs, FL 33065, USA

**Sales:**
If you would like to find out more about SegPay, please email us at sales, sales@segpay.com. You can also telephone our **sales department at 800-996-0398**.

**Client Support:**
If you're having technical difficulties making your Web site interact with the SegPay payment system, **call 888-345-0873** or email techsupport@segpay.com.

© 2008 SegPay, Corp. All rights reserved.







HOME    LEARN MORE    LOAD ACCOUNT    SPEND    DEVELOPERS    SUPPORT

REDEEM CODE    English

## ABOUT RIXTY

Rixty is an alternative payment system that lets domestic and international users spend cash and coins for multiplayer online games, casual games, virtual worlds and all types of digital content. Consumers can pay without a credit card and without exposing confidential information by converting cash to Rixty value at 75,000 stores in the US or nearly 500,000 locations worldwide.

Online game and website publishers use Rixty to engage with and monetize a larger percentage of users. By providing cash-based consumers a safe and flexible way to pay online, Rixty helps these publishers increase sales, enable new business models and attract new customers.

Founded in 2007 and launched in 2009, Rixty is based in San Francisco.

For information on how to add Rixty to your website, visit our Developers page.

## CONTACT INFORMATION

Rixty is located in downtown San Francisco

| | |
|---|---|
| Mailing Address | Rixty, Inc.<br>101 The Embarcadero, Suite 126<br>San Francisco, CA 94105 |
| General Inquiries | info@rixty.com |
| Sales & Business Development | bizdev@rixty.com |
| Public Relations | press@rixty.com |
| Employment Opportunities | jobs@rixty.com |
| Customer Support | Click to submit a support request |
| Questions about Coinstar Machines | info@coinstar.com or 1-800-928-2274 |

## MANAGEMENT TEAM & ADVISORS

Rixty – Pay Online with Cash & Debit

Case: 1:12-cv-05844 Document #: 23-27 Filed: 12/03/12 Page 4 of 27 PageID #:920
Case 2:12-cv-01057-GMN-RJJ    Document 84-4    Filed 08/07/12    Page 5 of 8

8/1/12 11:22 AM

# Ted Sorom

### FOUNDER AND CEO

In creating Rixty, Ted leveraged his years of executive experience in high-tech product development and his experience developing cutting edge toys and consumer products. While at Wild Planet Entertainment Ted managed a majority of the company's product development for such retailers as Target, Gap Kids and Dreamworks. Prior to working at Wild Planet, Ted was the Chief Technical Officer at Light & Motion where he directed all of the company's high-end sporting goods product development. Ted has firsthand knowledge of the online entertainment industry gained while helping launch the teen-focused virtual world, vSide. Ted has spent the past years meeting with youth & adults who lack credit cards researching their unique online finance habits and spending needs. Ted has spoken at numerous conferences and symposiums including the Engage conference in New York City and the SD Forum's 'Business of New Media' Conference.

Ted holds a Bachelors degree from Dartmouth College, a Masters degree from Stanford University and a MBA degree from the Haas School of Business at UC Berkeley.

# Don Ferguson

### FOUNDER AND VP OF ENGINEERING

Don Ferguson has been deeply involved in all aspects of software development for over 20 years. His Software Engineering career started at Quintus, a leading Artificial Intelligence language vendor. As the AI market waned, Don spearheaded the effort that transformed Quintus into a CRM solutions company. Don left Quintus for the Price Waterhouse R&D lab where he developed EdgarScan, a patented method for parsing financial data from public filings.

With the rise of the Internet, Don joined WebLogic, a small Java startup, as a key member of the engineering team. After WebLogic was acquired by BEA, Don transitioned to management where he ran the Core Server team, and WebServices. Don joined Terracotta as VP of Engineering, where he oversaw the 1.0 release of Terracotta's java virtualization server. Don left Terracotta to run engineering at Doppelganger, a teen virtual world, where he built the engineering team from scratch, and released the first public version of their product.

Don holds a Bachelors degree from Brandeis University.

# Todd Smith

### VP OF MARKETING

Todd has 16 years of experience in both startups and large public corporations. Most recently he was COO at Cloud Telecomputers, a San Francisco startup that designs and markets telephony software. Previously he was Senior VP Marketing at GCA, a $700M payment processor, and before that was Product Manager for Microsoft Live Meeting. Prior to Microsoft, Todd was Co-Founder and President of NetAbacus, which was acquired by Rivio and operates today as CPA2Biz, the leading e-commerce site for the accounting profession. Todd's career began at MySoftware (now Avanquest), a $400M publisher of business software, where he was Director of Operations.

Todd holds a Bachelors degree from Whitman College and an MBA from Stanford University.

Rixty – Pay Online with cash, prepaid, or debit

Case: 1:12-cv-05844 Document #: 23-27 Filed: 12/03/12 Page 5 of 27 PageID #:921
Case 2:12-cv-01057-GMN-RJJ Document 84-4 Filed 08/07/12 Page 4 of 8

8/1/12 11:22 AM

# Theodore ( Tag ) Tagami

### HEAD OF BUSINESS DEVELOPMENT

Theodore (Tag) is a sales and business development executive with over 26 years experience, 16 of those directly involved with the Internet.

Tag left art school in 1985 to start his first company and has been directly involved in internet start-ups since founding his first internet firm, RE.COM, in 1994. In late 1999, at the height of the dot-com boom, Tag sold RE.COM to run business development for Knight Ridder Digital where he was instrumental in bringing national advertisers to the Real Cities Network via contextual advertising.

After KRD, Tag was VP of Business Development for the digital agency Millions of Us, where he led global brand initiatives for Coke, Nike, Google, GM, National Geographic, Toyota, Warner Bros, (and many others) in virtual worlds such as Habbo Hotel, Gaia Online, and Second Life.

Most recently, Tag was VP of business development for the New Zealand MMO, SmallWorlds, as well as Principal of internet consultancy, Universus Networks. He lives with his wife and teenage sons in the SF Bay Area. He has been an avid online gamer since 1997.

# Gordon K. Ho

### ADVISOR

Gordon is the principal of GKH Media, an entertainment & technology consultancy, and was formerly Executive Vice President of Product Management, Marketing and Business Development at Walt Disney Studios Home Entertainment. At Disney, Gordon created the company's $3B direct-to-video category and oversaw its expansion into DVD. He also led the expansion of ABC and Disney Channel content into the home, managed the marketing & distribution of Disney's videogame products, and oversaw Disney's digital marketing and content strategies. Previously, Gordon held positions at Hewlett Packard and Leo Burnett advertising.

Gordon holds an MBA from the J.L. Kellogg School of Management at Northwestern University and a B.S. in Industrial Engineering from Stanford University.

# Keval Desai

### ADVISOR

Besides advising Rixty, Keval is also the VP of Product at Digg where he oversees the company's product development. Previously, Keval Desai was a Director of Product Management at Google, where he has led development of product/businesses in Google's advertising business (including AdWords, Syndication & TV Ads) since joining the company in June, 2003. Prior to joining Google, Keval was a Principal at ONSET Ventures, where he worked from Jan. 2001 to July 2003. Before joining Onset, Keval Co-founded Achex, Inc, a developer of online payment systems. He has also worked as a VC associate at Morgan Stanley Venture Partners, a Product Manager at Global Village Communication, and a Software Engineer at Tandem Computers.

Keval holds a Bachelors in Electrical Engineering at the University of Mumbai, a Masters in Computer Science at UC Santa Barbara, and an MBA at the Haas School of Business at UC Berkeley.

# David Riemer

ADVISOR

In addition to David's role as advisor to Rixty, he also serves as the Executive in Residence at the Haas School of Business at UC Berkeley and an independent marketing and strategy consultant. Previously, David served at the VP of Marketing at Yahoo, Inc. where he was responsible for marketing teams on both the BtoB and the Consumer sides of the business. While at Yahoo, David, oversaw a staff of 100 marketers and managed product marketing and go-to-market efforts for virtually all of Yahoo!'s products across their customer base of 500M. Before Yahoo, David worked in marketing and executive roles at The Feedroom, Quokka Sports and J. Walter Thompson.

David holds a Bachelors degree from Brown University and an MBA in Marketing from Columbia University.

Get Rixty

Redeem Code

Spend

Developers

About

Contact

Support

Follow us on Twitter

Find us on Facebook

Join our mailing list

*"Rixty today has numerous ways to use cash for online purchases"*

- The New York Times

Terms & Conditions | Privacy Policy

Copyright © 2012, Rixty Inc, All rights reserved.



Coinstar Inc. :: Company



home          company          brands          media          inve

# company

share: 

## Reimagining retail.

**"Easy, fast, and incredibly convenient."** That's what we want every consumer to experience with our solutions and

Coinstar has done it by sparing consumers from rolling loose coins and delivering convenience, choice, and rewards. An latest entertainment to more than two-thirds of the U.S. population by putting a Redbox® kiosk within a five-minute d

We are where consumers go. Our services cut "one more stop" from the errand list. And we're not stopping there. **We'** **retail experience.**

## The future of automation.

**Consumers want an easy, swift experience.** The proliferation of smartphones, nationwide high-speed Internet, and point-of-sale technology has led consumers to seek and embrace self-service options.  They're increasingly comfortable

Coinstar focuses on unique opportunities where self-service is an absolute benefit to both consumers and retail partner opportunities make it through our rigorous proof-of-concept process.

## Good for retailers. Great for consumers.

**Retailers embrace our solutions that reduce costs and increase store traffic while increasing their bottom l** solutions ensure that retailers don't have to worry about managing or servicing our products. There are no equipment inventory to manage. And consumers that use our kiosks are likely to spend more at the retail location while they're th

**Consumers, on the other hand, appreciate that they're in control.** When it's fast and simple, consumers will read solutions. And because it's convenient, they're even more delighted by the experience.

Case: 1:12-cv-05844 Document #: 23-27 Filed: 12/03/12 Page 9 of 27 PageID #:925

## Our vision for reimagining retail.

There's ample room for innovation and growth in the automated retail space. We're actively pursuing new ideas both w
through outside investments and acquisitions.

For more information, take a look at our approach to new ventures.

---

## company information

company info

our brands

media center

investor relations

find a job

contact us

## get in touch

1800 114th Avenue SE, Bell

(425) 943-8000

get driving directions

terms of use | privacy policy    ©1997-2012 Coinstar, Inc. All rights reserved.    Consumer brands: redbox.com | coinstar.com





Log in    Sign up

Publishers    Advertisers    Company    We're Hiring!

| Contact Us |
| About the Company |
| Offices |
| Team |
| Press |
| Materials |
| Jobs |

# Company – Contact Us

## Business Support

**Email:** info@paymentwall.com
**Developers:** devsupport@paymentwall.com
**Advertisers:** accounts@paymentwall.com

## Contact Customer Support

**For payments:** paymentsupport@paymentwall.com
**For offers:** support@paymentwall.com

564 Market St. Penthouse Suite, San Francisco, CA 94104

## Sign Up

Follow us on:

**Business Support:**
info@paymentwall.com

**Customer Support:**

for Payments

for Offers



View Larger Map

Publishers    Advertisers    Company    We're Hiring!

Paymentwall, Virtual Currency, VC, Virtual Money, Virtual Goods, Digital Goods, Social Monetization, Social Monetization Platform, Social Media Monetization, Social Network Monetization, Virtual Currency Monetization, Virtual Currency Platform, Digital Goods Platform, Social Network Advertising, App Monetization, Mobile App Monetization, Facebook Monetization, Facebook Developers, Social Games, Social Media, Offers, Managed Offer Network, MySpace Monetization, International Offer Network, Social Network, International CPA Offers, CPA Advertising, Monetization Solution, Payment Methods, Payment Options, Monetize, Paymentwall Behavioral Targeting, International Offers, Direct Payment




© 2010 Paymentwall. All rights reserved.    Privacy Policy | Terms

8/6/12

Case: 1:12-cv-05844 Document #: 28-37 Filed: 12/03/12 Page 13 of 27 PageID #:929
Case 2:12-cv-01057-GMN-RJJ Document 84-93 Filed 08/07/12 Page 2 of 5



8/6/12

Case: 1:12-cv-05844 Document #: 28-37 Filed: 12/03/12 Page 14 of 27 PageID #:930
Case 2:12-cv-01057-GMN-RJJ   Document 34-73   Filed 08/07/12   Page 3 of 5



*ORON PREMIUM. All Rights Reserved.*



8/6/12

Case: 1:12-cv-05844 Document #: 28-27 Filed: 12/03/12 Page 16 of 27 PageID #:932
Case 2:12-cv-01105-GMN-RJJ Document 84-93 Filed 06/07/12 Page 3 of 5



8/6/12

Case: 1:12-cv-05844 Document #: 28-27 Filed: 12/03/12 Page 17 of 27 PageID #:933
Case 2:12-cv-01065-GMN-RJJ   Document 84-9   Filed 08/07/12   Page 2 of 3



Open a FREE Account | Log in | Help

| oron–premium.com | Whois Search ⌄ | Search |

**More Domains**
**Reverse Whois**
**History Details**
**Get Notified**
**Trademark Monitor**
**Screenshot History**

Ads by Google

**Job Openings**
Search For Job Openings. Apply For a Position Today!
www.findtherightjob.com

**Free Online Music**
Over 15 Millions Songs and Videos. 100% Legal. 100% Safe.
www.Imesh.com/Free_Music

**Buy Professional Web Host**
Affordable and Reliable Webhosting Unlimited Domain, Space, Email acc
www.bluehost.com/

**Free Web Hosting**
Join the Wholesale Hero Club & get $8.95 domains with Free Web Hosting
WebHero.com

**Web Hosting at the Oaks**
Web Hosting, Pet Supplies,Real Esta savings on web hosting
harbinoaks.com

**Printable Free Coupons**
100's Brand Name Free Coupons Free Sample & Free Coupon Website!
www.ShopAtHome.com

**ITT Tech - Official Site**
Associate, Bachelor Degree Programs Browse Programs Now & Learn More.
www.ITT-Tech.edu

**Breast Milk Supplements**
Organic supplement

**Whois** > Oron-Premium.com

## Oron-Premium.com Whois Record

Ads by Google

**GoDaddy $7.99 .COM's** Why Pay More? Compare Us and Save. Free Extras, a $100 Value! GoDaddy.com
**Download Torrents Free** Download Music, Movies, Games. Get Started Now. 100% Free Software SonicDownloads.net
**Official Obama Website** President Obama needs your help. Join his 2012 campaign now. www.BarackObama.com
**Are You Single?** Meet a Real Date For Free on Zoosk Fastest Growing Site. Join Now! www.zoosk.com/Dating
**Webhosting Gratis** Find more facts, sites and tools. Get more webhosting gratis WebCrawler.com/webhosting+gratis

Tweet

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

| | |
|---|---|
| Server Type: | cloudflare-nginx |
| IP Address: | 108.162.192.88   Reverse-IP  |  Ping  |  DNS Lookup  |  Traceroute |
| ASN: | AS13335 |
| IP Location: | - California - San Francisco - Cloudflare Inc. |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

No Screenshot Available





**Country TLDs**  General TLDs

Available domains for registration:
Oron-Premium.at  Register
Oron-Premium.be  Register
Oron-Premium.ch  Register
Oron-Premium.cn  Register
Oron-Premium.co.uk  Register
Oron-Premium.dk  Register
Oron-Premium.es  Register
Oron-Premium.eu  Register
Oron-Premium.fr  Register

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

increases milk
production.
Guaranteed to work!
www.NaturalWellBein
g.com/new-mom

## Show Up on Google

Find new customers
with a Google ad Give
it a go for 60 days,
risk-free
www.google.com/
AdWords

☐ Oron-Premium.in    Register

**Register All Selected >**    **Show all (17) >**



Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© **2012 DomainTools, LLC** All rights reserved.



031101170003463Z

To: The Hongkong and Shanghai Banking Corporation Limited

# Business Integrated Account Opening Form





## Account Package type:

☐ Business Vantage Plus    ☐ Business Vantage
☑ HSBC Business Direct -

| For Bank Use Only | |
| --- | --- |
| ☐ BU | ☐ BCard |
| Account Number | |

| Date | day / month / year |
| --- | --- |
| | 22 / 12 / 10 |

Note:
a. Please complete in Block Letters and tick where applicable.
b. Information with shading must be completed.
c. Please note that no chop needs to be or should be affixed to any part of this form, and even if so affixed, will not form part of the signing authority or mandate under any circumstances.
d. The Account Package type which you have selected above will supersede and apply to all other accounts you currently maintain with the Bank using the same business identification number. Accordingly the account features which currently apply to all account(s) of yours will be adjusted automatically by reference to the Account Package type which you have selected above. Please note that there are different fees, charges and minimum account balance requirements which apply to BusinessVantage Plus Account Package types, BusinessVantage Account Package types and HSBC Business Direct Account Package types, and these fees, charges and minimum balance requirements will henceforth apply to all accounts held under your name using the same business identification number.

## I. Company and Account Information                                        (A201)

### Company Information

| Registration/Incorporation Document | Type: | | |
| --- | --- | --- | --- |
| | Certificate of Incorporation (C) | (Number: 1533317 ) |
| | Business Registration Certificate (B) | (Number: ) |
| | Other (X) | (Number: ) |

| Date of Registration | 26 / 11 / 2010 (Day Month Year) | Country of Registration | Hong Kong |
| --- | --- | --- | --- |

| Registered Name in English | FF Magnat limited |
| --- | --- |

| Registered Name in Chinese | Nil |
| --- | --- |

| Entity Type | ☑ Limited Company  ☐ Partnership  ☐ Sole Proprietorship  ☐ Other: |
| --- | --- |

| Type of Issued Shares (for Limited Company only) | ☑ Registered Shares  ☐ Bearer Shares |
| --- | --- |

| Name of Parent Company (if any) | Nil |
| --- | --- |

| Date Business Commenced | 01 / 2011 (Month Year) | Country Where Head Office is Located | Hong Kong |
| --- | --- | --- | --- |

| Country Where Major Business is Carried Out | Germany , USA , Russia , Hong Kong . |
| --- | --- |

| Number of Employees | In Hong Kong | In Mainland China | In Other Area  2 |
| --- | --- | --- | --- |

| Annual Business Turnover | Currency: USA | Amount: 1 million |
| --- | --- | --- |

| Nature of Business/Industry | Industry: file sharing hosting services ( 100% ) Industry: ( % ) |
| --- | --- |

| Nature of Products/Services Offered (for advertisement) | running and maintaining a file sharing hosting services |
| --- | --- |

>> ASV-NSC

03110117000346233

## I. Company and Account Information (Continued)

*(A201)*

### Business Information

| | | | |
|---|---|---|---|
| Sales Location(s) (e.g. from China to USA) | Hong Kong, Germany USA | Years of Experience in Business | 5 years (personal) |
| Reason for Setting up Account in Hong Kong (if company does not have regular business presence, e.g. office, staff in Hong Kong) | business in Hong Kong | | |
| Purpose of Opening Account | ☐ Savings/Fixed Deposit  ☐ Loan Repayment  ☐ Investment  ☑ Intercompany Settlement<br>☐ Other: | | |
| Expected Source of Funds Passing Through the Account | ☑ From Business Owner  ☐ Return on Investment  ☑ Sale Proceeds<br>☑ Other: from client | | |
| Country of Source of Funds | Hong Kong, Germany, USA | | |
| Estimated Annual Turnover and No. of Transactions per Year | Currency: US$  Amount: 1 million | No. of Transactions: 900 | |

### Contact Information

| | |
|---|---|
| Business Address<br>• Room/Flat/Floor/Block<br>• Name of Building<br>• Name of Estate<br>• Number and Name of Street/Road<br>• District<br>• Country and Postal Code (For Overseas Address Only) | (Please complete in English except the address is in China)<br>☑ Room [611]  ☐ Flat  Floor [6]  Block [ ]<br>Fook Cheong Building<br>63 Hoi Yuen Road<br>Kwun Tong  ☐ Hong Kong  ☑ Kowloon  ☐ New Territories |
| Correspondence Address | ☑ Same as above<br>☐ Other Address:<br>(Please provide in English)<br><br><br><br>Address in Chinese (Please provide in Chinese as well if correspondence address is in China or Taiwan)<br><br><br><br> |

| Note | 1. Please use simplified Chinese characters for address in mainland China and traditional Chinese characters for address in Taiwan.<br>2. The Chinese correspondence address provided should be the same as that provided in English.<br>3. Not all correspondence can be sent to an address in mainland China or Taiwan. The Bank will only send selected statement(s) and advice(s) to the correspondence address in mainland China or Taiwan in Chinese. For details, please refer to the "Business Integrated Account - Documents to be mailed in Chinese". This list of documents may vary from time to time.<br>4. The Bank will send correspondence to the correspondence address in English if:<br>  - you have applied for additional statements and/or standing instructions; or<br>  - correspondence sent to the Chinese correspondence address in mainland China/Taiwan is returned as undelivered.<br>5. If the Chinese correspondence address is to be updated, please inform the Bank of the new address in *both* Chinese and English. |
|---|---|

Business Integrated Account Opening Form

◀ Page 2/13 ▶

BBP001K4FE-m (16/11/0) FI

031101170003463S

## III. Optional Services/Facilities *(To be completed only if the following services/facilities are required)* (Continued)

### ☐ Investment Account (A201/S111/S121/S122)

**Settlement Account**

Settlement amounts, fees, commissions, dividends and other securities/unit trusts related transactions to be credited to/debited from

☐ Business Integrated Savings Account    ☑ Business Integrated Current Account

Note: The settlement account will be the Business Integrated Current Account if you have applied for secured credit facility.

**Investment Questionnaire**

1. Types of product(s) you have previously invested in *(Please choose one or more)*
   ☐ Bonds/CDs    ☐ Stocks    ☐ Unit Trusts    ☐ None    ☐ Others *(please specify)* :

2. The Company's years of Investment Experience
   ☐ More than 10 years    ☐ More than 5 years – 10 years    ☐ 1 – 5 years    ☐ Less than 1 year

3. What are your Investment Objectives? *(You may select more than one objective)*
   ☐ Potential return higher than deposit    ☐ Asset Accumulation    ☐ Cash Management    ☐ Investment Trading

4. The Company's estimated Liquid Assets
   ☑ Less than or equal to HKD500,000    ☐ HKD500,001 to HKD1,000,000
   ☐ HKD1,000,001 to HKD5,000,000    ☐ HKD5,000,001 or above

5. How much of the Company's Liquid Assets does the Company intend to invest?
   ☐ More than 75%    ☐ More than 50% – 75%    ☐ More than 25% – 50%    ☐ 1% – 25%

Note: The Hongkong and Shanghai Banking Corporation Limited may use the information collected here for marketing financial services.

### ☑ Business Internet Banking (A511)

**Note**

All existing and future accounts will automatically be added to your Business Internet Banking portfolio, up to a maximum of 50 accounts.

**Management Control**

Administration of access control and transaction limits within Business Internet Banking.
☑ One Primary User    ☐ Two Primary Users jointly

**Service Options**

To view all the services available in Business Internet Banking, please visit http://www.commercial.hsbc.com.hk/1/2/bibservices.
Please specify your Daily Transaction Limit in the below table:

| Daily Transaction Limit | | Maximum Daily Limit Set by HSBC (HKD) | Requested Daily Transaction Limit *(If this is left blank, the limit will be set at zero.)* |
|---|---|---|---|
| Internal Transfers | | 10,000,000 | 10,000,000 |
| Third Party Payments | Designated Beneficiaries | 10,000,000 | 10,000,000 |
| | Other Beneficiaries | 500,000 | 500,000 |
| Bill Payments | | 1,000,000 | |
| autoPay | | 5,000,000 | |

### ☑ Business Debit Card *(Please complete Section IV and read Section VIII for notes if applying for Business Debit Card)*

**Note**

1. Business Debit Card is a form of ATM card and will be subject to the relevant terms governing ATM cards under the Business Integrated Account General Terms and Conditions.
2. A maximum of three Business Debit Cards can be issued.
3. Apart from the Business Integrated Current Account and Business Integrated Savings Account, a third account (with the same business identification number) held and designated by the Business Integrated Account Holder can be added to each Business Debit Card.

### ☐ Direct Advice    ☐ eStatement and eAdvice

**Note**

Please visit http://www.commercial.hsbc.com.hk/1/2/estatement to view the range of services covered by eStatement and eAdvice.
Please visit http://www.commercial.hsbc.com.hk/1/2/directadvice to view the range of services covered by DirectAdvice.

**Delivery Option and Details**

☐ eMail    Please specify your email address:
   ☐ Same as Section I    ☐ Other

☐ Fax    Please specify your fax number (Applicable to Direct Advice only):
   ☐ Same as Section I
   Please specify the preferred fax number if two fax numbers have been provided:
   ☐ Fax Number 1    ☐ Fax Number 2
   ☐ Other

Note:
1. To access Direct Advice/eStatement/eAdvice through email, you will need a Personal Identification Number (PIN), which will be sent to your correspondence address.
2. (Applicable to Direct Advice only) Both credit and debit advices will be issued regularly during the day for processed transactions. A Direct Advice Summary will also be issued at the end of the working day. Please complete the "Direct Advice/eStatement/eAdvice Service Registration Form" for different advice types or delivery schedules.
3. You will, by default, receive eStatement and eAdvice. If you require paper statement and advice, please complete the "Direct Advice/eStatement/eAdvice Service Special Instructions Form (For Business Account)".
4. If the delivery option for Direct Advice is email and you have applied for eStatement and eAdvice as well, the email address provided for Direct Advice and eStatement/eAdvice must be the same.

BBPO01RAT6-en (16/11/6) R

**Business Integrated Account Opening Form**

◄ Page 4/13 ►

031101170003463636

## IV. Authorised Users Information for Phonebanking/Business Internet Banking/Business Debit Card
*(Please also refer to Section VIII for notes on applying)*

**1.**

| Full Name in English | ☑ Mr   ☐ Mrs   ☐ Miss   ☐ Ms |
|---|---|
| | Surname **GONCHAROV**    Given Name **Fedor** |

| Identification Document Details | Type: ☐ Hong Kong Identity Card ☑ Passport ☐ Other |
|---|---|
| | Number: **AC** ▮▮▮▮▮ |

| Contact Telephone Number | **+49** ▮▮▮▮▮▮ |
|---|---|
| Email Address | ▮▮▮▮▮ **@ gmail . com** |

**Service Options**

☐ Phonebanking

| Entitlement *(Please choose one option only)* | Service Options |
|---|---|
| ☐ Full Functions | Requested Daily Transfer Limit for non-registered HSBC Third Party Fund Transfers HKD |
| ☐ Full Enquiry Functions and Selected Phonebanking Services | ☐ All Self-named and Future Accounts Fund Transfers <br>(Requested Daily Transfer Limit HKD _____ ) <br>☐ Investment Trading Services <br>☐ Non-registered HSBC Third Party Fund Transfers <br>(Requested Daily Transfer Limit HKD _____ ) |
| ☐ Enquiry Function Only | |

Note: 1. The maximum number of authorised Phonebanking users is nine.
2. Full functions include fund transfer function *(All self-named and future accounts will be automatically added and the daily transfer limit is up to the available balance by default. The maximum daily transfer limit to non-registered HSBC third party accounts is HKD50,000, and a zero limit will be applied if no limit is specified)*, enquiry function and investment trading services.
3. The enquiry function includes account and remittance enquiries, and statement requests for all self-named and future accounts.
4. Please complete "Phonebanking Service Special Instructions/Cancellation Request Form (For Business Account)" for additional Phonebanking services.

☑ Business Internet Banking – ♦First Primary User

| User Short Name | PIN Reference |
|---|---|
| P, U, S, E, R, I | |

⌘Mobile Phone Number

**49** – ▮▮▮▮▮▮
Area Code       Number
(for overseas number only)

Requested per Account Daily Transaction Limit *(If this is left blank, the limit will be set at zero)*
**20.JM**

☑ Please tick here if you do not wish to receive marketing information at the email address provided.

Note: ♦ Primary User must be an authorised signatory of the company.
⌘An SMS alert be sent to this mobile phone number when this user is the final approver of a payment to non-designated third party beneficiary with payment amount over the Bank's pre-set threshold. This SMS alert service is free of charge. The service is applicable to both Hong Kong and overseas mobile phone numbers.

☑ Business Debit Card

| Screen Instructions Language | Third Account to be added to Business Debit Card *(The First and Second Accounts are Business Integrated Savings Account and Business Integrated Current Account respectively)* |
|---|---|
| ☑ English   ☐ Chinese | |

BBP00TRATEM-(r16110) FI

---

**Business Integrated Account Opening Form**

◀ Page 5/13 ▶

03110117000346437

## IV. Authorised Users Information for Phonebanking/Business Internet Banking/Business Debit Card
*(Please also refer to Section VIII for notes on applying)* **(Continued)**

**2.**

| | |
|---|---|
| **Full Name in English** | ☐ Mr  ☐ Mrs  ☐ Miss  ☐ Ms<br>Surname _____ Given Name _____ |
| **Identification Document Details** | Type: ☐ Hong Kong Identity Card  ☐ Passport  ☐ Other ____<br>Number: ____ |
| **Contact Telephone Number** | |
| **Email Address** | |

**Service Options**

☐ **Phonebanking**

| Entitlement *(Please choose one option only)* | Service Options |
|---|---|
| ☐ Full Functions | Requested Daily Transfer Limit for non-registered HSBC Third Party Fund Transfers  HKD ____ |
| ☐ Full Enquiry Functions and Selected Phonebanking Services | ☐ All Self-named and Future Accounts Fund Transfers<br>(Requested Daily Transfer Limit  HKD ____ )<br>☐ Investment Trading Services<br>☐ Non-registered HSBC Third Party Fund Transfers<br>(Requested Daily Transfer Limit  HKD ____ ) |
| ☐ Enquiry Function Only | |

Note: 1. The maximum number of authorised Phonebanking users is nine.
2. Full functions include fund transfer function *(All self-named and future accounts will be automatically added and the daily transfer limit is up to the available balance by default. The maximum daily transfer limit to non-registered HSBC third party accounts is HKD50,000, and a zero limit will be applied if no limit is specified)*, enquiry function and investment trading services.
3. The enquiry function includes account and remittance enquiries, and statement requests for all self-named and future accounts.
4. Please complete "Phonebanking Service Special Instructions/Cancellation Request Form (For Business Account)" for additional Phonebanking services.

☐ **Business Internet Banking - ♦Second Primary User**

| User Short Name | PIN Reference |
|---|---|
| P U S E R 2 | ____ |

✱Mobile Phone Number
____ Area Code  ____ Number
(for overseas number only)

Requested per Account Daily Transaction Limit *(If this is left blank, the limit will be set at zero.)*

☐ Please tick here if you do not wish to receive marketing information at the email address provided.

Note: ♦ Primary User must be an authorised signatory of the company.
✱An SMS alert will be sent to this mobile phone number when this user is the final approver of a payment to non-designated third party beneficiary with payment amount over the Bank's pre-set threshold. This SMS alert service is free of charge. The service is applicable to both Hong Kong and overseas mobile phone numbers.

☐ **Business Debit Card**

| Screen Instructions Language | Third Account to be added to Business Debit Card *(The First and Second Accounts are Business Integrated Savings Account and Business Integrated Current Account respectively.)* |
|---|---|
| ☐ English  ☐ Chinese | |

BBP001R476-m (16/11/10) FI

031101170003463&

## V. Consolidated Acknowledgement Receipt

| Consolidated Acknowledgement Receipt | I, _____, acknowledge receipt of |
|---|---|
| | ☐ Business Debit Card: Card Issue No. 1　☐ Business Debit Card PIN　☐ Phonebanking PIN No. 1 |
| | ☐ Business Internet Banking activation PIN: First Primary User　☐ Security Device |
| | I, _____, acknowledge receipt of |
| | ☐ Business Debit Card: Card Issue No. 2　☐ Business Debit Card PIN　☐ Phonebanking PIN No. 2 |
| | ☐ Business Internet Banking activation PIN: Second Primary User　☐ Security Device |

## VI. Collection Method

| | Normal Mail | Courier | Collect at Branch | |
|---|---|---|---|---|
| | | | Account Opening Branch | Other Branch (please specify) |
| Business Debit Card | not applicable | not applicable | ☐ | ☑ L 16 ▉▉▉▉ Branch |
| Business Debit Card PIN | ☑ | ☐ | not applicable | not applicable |
| Phonebanking PIN | not applicable | ☐ | ☐ | ☐ |
| ❖ Business Internet Banking Security Device and PIN | ☑ | ☐ | not applicable | ☐ |
| Note | Handling charge will apply to delivery by courier.  For details please refer to http://www.commercial.hsbc.com.hk/1/2/commercial/online-services/helptext/pin-delivery ❖ Only applicable to Commercial Transaction Centre or Commercial Service Centre, please visit http://www.commercial.hsbc.com.hk/1/2/commercial/customer-service/banking-channels/business-internet-banking/pin-collect | | | |

## VII. Deposit Protection Scheme

| Deposit Protection Scheme | (i) Deposits in Current Account and Savings Account; Time Deposits and Callable Fixed Deposits of Business Integrated Account are deposits qualified for protection by the Deposit Protection Scheme in Hong Kong. |
|---|---|
| | (ii) From now on and until 31 December 2010: Please note that Structured Investment Deposits (except for Callable Fixed Deposits), Deposit Plus, Certificates of Deposit, and any deposits charged to the Bank as security for banking facilities (including without limitation the deposits for the time being charged to the Bank under the security created under the Business Integrated Account Terms and Conditions to secure the Secured Credit Facility) are not protected deposits and are not protected by the Deposit Protection Scheme in Hong Kong.  The repayment of the aforementioned deposits is not guaranteed by the Hong Kong SAR Government's Exchange Fund. |
| | (iii) From 1 January 2011: Please note that Structured Investment Deposits (except for Callable Fixed Deposits), Deposit Plus and Certificates of Deposit are not protected deposits and are not protected by the Deposit Protection Scheme in Hong Kong. |
| | Please acknowledge receipt and your understanding of the foregoing by signing below. |

## VIII. Note for Phonebanking/Business Internet Banking/Business Debit Card Application

*(Applicable to Phonebanking/Business Debit Cards)*
1. A Business Debit Card/Phonebanking PIN Collection Advice will be sent to you separately if the aforementioned is/are not provided upon submission of this form at branch.

*(Applicable to Business Debit Cards)*
2. The third account of the Business Debit Card must be an account with the same business identification of the Account Holder according to the records held by the Bank.

*(Applicable to Business Internet Banking)*
3. The Primary User must be a signatory as set out in the account mandate and a signatory of one or more of the accounts with overall administration and control rights of Business Internet Banking.
4. To access Business Internet Banking for the first time, each Primary User needs an activation PIN and a Security Device.
5. The daily transaction limit will apply to all registered accounts except Loans, Import/Export, Investment, Time Deposits, Business Card and MPF Service. Please note that the total daily transaction amount of all accounts cannot exceed the daily transaction limits defined for transactions via Business Internet Banking.

BBP001RJFE-e (16/11/0) RI

Business Integrated Account Opening Form

## IX. Declaration

1. I/We confirm that the information given in this form is correct and complete, and authorise the Bank to confirm this from any source it may choose.

2. I/We have read and understand the Business Integrated Account General Terms and Conditions, and agree to be governed by them. In particular, I/we understand and agree:

   a. such Business Integrated Account General Terms and Conditions cover and apply to a wide range of services and accounts provided under the Business Integrated Account;

   b. the Bank may at any time at its sole discretion vary the Business Integrated Account General Terms and Conditions with notice using any method, including by way of display of such notice in the Bank's premises;

   c. that the services provided to, and each account opened by, me/us from time to time, under the Business Integrated Account will be subject to such Business Integrated Account General Terms and Conditions as may be varied from time to time;

   d. that the Renminbi Trade Settlement Savings Account attached to the Business Integrated Account can only be used for conducting trade settlement transactions or such other transactions as allowed by the relevant authorities; and

   e. (applicable to sole proprietorship and partnership) a security over my/our assets within the Business Integrated Account is created under such Business Integrated Account General Terms and Conditions to secure any Secured Credit Facility which may be granted to me/us at any time.

3. For Limited Company
   I/We confirm that the company has not been, or is not in the process of being, dissolved, struck off, wound-up or terminated.

4. I/We hereby consent to the Bank providing, to any person providing security for any facility granted to me/us by the Bank under this Business Integrated Account (a "Surety"), a copy of the proposed facility agreement including full details of the security to be provided, a copy of any formal demand sent to me/us and, at the request of the Surety, a copy of the latest statement of account provided to me/us.

5. I/We understand that the Bank may, at its sole and absolute discretion, refuse to allow drawings under the Secured Credit and Business Revolving Credit Facility if the transaction in question does not meet the Bank's operational and documentary requirements.

6. I/We understand and agree that (where applicable) all my/our accounts held under the same business identification number with the Bank will adhere to the Account Package type selected in this application form. Accordingly all other accounts which I/we currently maintain with the Bank using the same business identification number will be adjusted automatically by reference to the Account Package type which I/we have selected as set out in this form. I/We am/are aware that the Account Features depending on the Account Package type selected. Accordingly different fees, charges and minimum account balance requirements (as determined by the Account Package type which I/we have selected) will henceforth apply to ALL my/our accounts held using the same business identification number.

7. For Business Integrated Investment account customers

   a. I/We confirm that I/we am/are acting as principal(s) in relation to the Business Integrated Investment Account.

   b. I/We hereby confirm that the risk disclosure statements have been provided in the language of my/our choice (English or Chinese); and I/we have been invited to read the risk disclosure statements, to ask questions and to take independent advice if I/we wish.

   c. For Sole Proprietorship or Partnership
   I/We hereby confirm that I/we am/are not a resident of the United States of America ("US"), Canada ("CN") and/or South Korea ("KR"), whether for the US, CN and/or KR securities or tax laws or for any other purposes. I/We also confirm that I/we am/are not acting as agent on behalf of any US, CN, and/or KR resident/citizen. I/We confirm that my/our registered, correspondent and/or business address(es) is/are not in the US, CN and/or KR. I/We undertake to immediately notify the Bank should I/we become or be deemed to be resident of the US, CN and/or KR in any future time.

   I/We declare that I/we am/are not currently employed by any licensed or registered person to carry on regulated activities as defined in the Securities and Futures Ordinance ("Ordinance"). Otherwise, I/we understand that I/we am/are required to provide to the Bank written consent(s) from my/our employer(s) before I/we can open and operate this Business Integrated Investment Account. I/We undertake to promptly notify the Bank if I/we become or cease to be employed by any licensed or registered person to carry on regulated activities.

   Note: A licensed person means a licensed corporation licensed under the Ordinance. A registered person means a registered institution registered under the Ordinance.

   I/We undertake to supply the Bank with certified copies of any replacement or supporting documents which I/we have provided to the Bank for the purposes of opening an account with the Bank immediately upon occurrence of any changes thereto.

   d. For Limited Company
   We hereby confirm that the Company is not a company incorporated in the United States of America ("US"), Canada ("CN") and/or South Korea ("KR") and is registered, correspondent and/or business address(es) is/are not in the US, CN and/or KR. We confirm that all persons authorised to give instructions in relation to the Company's account(s) held with the Bank are not resident in the US and/or CN whether for tax, securities laws of the US and/or CN or any other purposes. We undertake to notify the Bank immediately if any such person(s) of the Company becomes or is deemed to be resident of the US and/or CN at any future time. We also confirm that we are not acting as agent on behalf of any US, CN and/or KR resident/citizen.
   We undertake to supply the Bank with certified copies of any replacement or supporting documents which we have provided to the Bank for the purposes of opening an account with the Bank immediately upon occurrence of any changes thereto.

8. (Applicable only in case of Insurance Application)
   I/We understand that, upon my/our insurance application (either in writing or verbally by my/our account Authorised Signatories or Authorised Phonebanking User), the first year's premium will be collected when I/we submit this application and I/we authorise the Bank to make all premiums due or payable under the respective insurance policy as shall be instructed by HSBC Insurance (Asia) Limited / HSBC Life (International) Limited from time to time from my/our Business Integrated Account.

9. I/We acknowledge that I/we have received and understand that:

   i) from now on and until 31 December 2010, Structured Investment Deposits (except for Callable Fixed Deposits), Deposit Plus, Certificates of Deposit, and any deposits charged to the Bank as security for banking facilities (including without limitation the deposits for the time being charged to the Bank under the security created under the Business Integrated Account Terms and Conditions to secure the Secured Credit Facility) are not protected deposits and are not protected by the Deposit Protection Scheme in Hong Kong. The repayment of the aforementioned deposits is not guaranteed by the Hong Kong SAR Government's Exchange Fund.

   ii) from 1 January 2011, Structured Investment Deposits (except for Callable Fixed Deposits), Deposit Plus and Certificates of Deposit are not protected deposits and are not protected by the Deposit Protection Scheme in Hong Kong.

10. (Applicable to BusinessVantage Plus)
    I/We agree to receive the BizAlert service provided under BusinessVantage Plus. I am/We are aware that if I/we do not require this service, I/we can contact the Bank to opt out of receiving this service. With regard to the BizAlert, I/we agree that the mobile number and business email address (where applicable) listed in respect of the first Contact Person set out in the section of the application form entitled "Contact Information" will be used for the purposes of the BizAlert service. The mobile phone number and business email address should meet with the criteria for the Bank sending BizAlert, failing which no BizAlert will be sent. I am/We are aware that the BizAlert sent by the Bank may also contain marketing/promotional material from time to time. Notwithstanding that I/we may opt out of receiving promotional BizAlert or marketing material sent by the Bank, I/we agree to receiving such marketing/promotional material/information attached to the BizAlert sent from time to time.

BBPO01RA7E-m (16IY10) FI

03110117000346640

**The Hongkong and Shanghai Banking Corporation Limited**
Business Integrated Account Signature

| For Bank Use Only | Account No. 614 - |
|---|---|

Account Name: FF Magnat Limited
Name in Chinese: Nil
Date Account Opened: 22/12/10

## Authorised Signature(s)
I/We hereby sign below to signify my/our agreement to the Declaration above the signature(s) of which I/we agree shall also serve as my/our specimen signature(s) for the Business Integrated Account to be held in the Bank's record.

**1.** Full Name: Fedor Gonchauov
☑ Authorised Signatory
Identification Document Type: ☑ Passport
Identification Document Number: AC
☑ Nationality: Kyrgyz, Republic
☑ Residential Address
Permanent Address: Hannover, Germany

1.1 JAN. 2011
Document signed in our presence
HSBC Trinkaus & Burkhardt AG
Raik Eickenjäger    Denis Kahl

**2.** Full Name:
□ Partner □ Director □ Authorised Signatory

**3.** Full Name:
□ Partner □ Director □ Authorised Signatory

## Signing Instruction
Only one to sign

**For Bank Use Only**
Branch Chop and Authorised Signature
Full Name of Signatory: Kwong Kan Chu Har

Business Integrated Account Opening Form    ◄ Page 9/13 ►

03110117000334641

## Director(s)/Partner(s) Who is/are Not Authorised to Operate The Account

**1.**

| Full Name | TAM Lai Sheung | | |
|---|---|---|---|
| Identification Document Type | ☑ HK Identity Card (Permanent ☑ Yes ☐ No) ☐ Passport<br>☐ HK BRC ☐ HK C/I ☐ Other: | Identification Document Number | P C ▓▓▓▓▓ |
| Customer Type | ☐ Partner ☑ Director | Signature | |
| Complete and tick confirming documents of proof enclosed *(for individuals only)* | ☐ Former Name/Alias _____<br>☑ Nationality _____<br>☑ Residential Address _____<br>Rm 2112 ▓▓▓▓▓ KWUN ▓▓▓<br>☐ Permanent Address (if different from residential address) ⑥ | *[signature]* X |

**2.**

| Full Name | | | |
|---|---|---|---|
| Identification Document Type | ☐ HK Identity Card (Permanent ☐ Yes ☐ No) ☐ Passport<br>☐ HK BRC ☐ HK C/I ☐ Other: | Identification Document Number | |
| Customer Type | ☐ Partner ☐ Director | Signature | |
| Complete and tick confirming documents of proof enclosed *(for individuals only)* | ☐ Former Name/Alias _____<br>☐ Nationality _____<br>☐ Residential Address _____<br>☐ Permanent Address (if different from residential address) | X |

## ※ Principal Shareholders / Beneficial Owners Information

| Note | ※ All individuals who are ultimately entitled to exercise or control the exercise of 10% or more of the voting rights of the company, either directly or indirectly through their beneficial ownership of an underlying corporate shareholder, should be regarded as Principal Shareholders / Beneficial Owners of the company. |
|---|---|

**1.**

| Full Name | GONCHAROV Iedor | | |
|---|---|---|---|
| Identification Document Type | ☐ HK Identity Card (Permanent ☐ Yes ☐ No) ☑ Passport<br>☐ Other: | Identification Document Number | ▓▓▓▓ |
| Customer Type | ☐ Principal Shareholder ☑ Beneficial Owner | Ownership (%) | 100 % |
| Complete and tick confirming documents of proof enclosed *(for individuals only)* | ☐ Former Name/Alias _____<br>☑ Nationality The Kyrgyz Republic _____<br>☑ Residential Address ☐ Permanent Address (if different from residential address) | | |

**2.**

| Full Name | | | |
|---|---|---|---|
| Identification Document Type | ☐ HK Identity Card (Permanent ☐ Yes ☐ No) ☐ Passport<br>☐ Other: | Identification Document Number | |
| Customer Type | ☐ Principal Shareholder ☐ Beneficial Owner | Ownership (%) | |
| Complete and tick confirming documents of proof enclosed *(for individuals only)* | ☐ Former Name/Alias _____<br>☐ Nationality _____<br>☐ Residential Address ☐ Permanent Address (if different from residential address) | | |

**3.**

| Full Name | | | |
|---|---|---|---|
| Identification Document Type | ☐ HK Identity Card (Permanent ☐ Yes ☐ No) ☐ Passport<br>☐ Other: | Identification Document Number | |
| Customer Type | ☐ Principal Shareholder ☐ Beneficial Owner | Ownership (%) | |
| Complete and tick confirming documents of proof enclosed *(for individuals only)* | ☐ Former Name/Alias _____<br>☐ Nationality _____<br>☐ Residential Address ☐ Permanent Address (if different from residential address) | | |

**Business Integrated Account Opening Form**

BBP001RATE-en (06/110) R