03110117003464Z

# CERTIFICATE OF DUE AUTHORISATION (For Limited Company Customers)

Note:
1. By completing this Certificate of Due Authorisation, there is no need to submit separate Mandate or Board Resolution.
2. * Please delete whichever is not appropriate.
3. Please complete in Block Letters and tick where applicable.
4. All alterations to this form must be initialled by the Chairman of Meeting.
5. # Registered Address

I HEREBY CERTIFY that the following resolutions were passed at a meeting of the Board of ~~Directors~~ Founders of FF Magnat Limited (the "Customer") of # Rm. 611, ~~Flat~~ Took Cheong Building [redacted] on 22/12/11. (insert date) whereas:

Account Opening and General Banking Facilities

(a) The Customer wishes to open a Business Integrated Account of the account package type set out in the Business Integrated Account Opening Form (which is attached) with The Hongkong and Shanghai Banking Corporation Limited (the "Bank") subject to the Bank's Business Integrated Account General Terms and Conditions (the "**Terms and Conditions**").

(b) The Customer is aware of the differences in the features, the associated charges and minimum account balance requirements between the different Business Integrated Account Package types.

(c) As part of the Bank's account opening procedures, certified true copies of the Customer's corporate documents and list of authorised signatories (together with their specimen signatures) will need to be produced to the Bank.

(d) The Customer wishes to apply for general banking/trade financing facilities with the Bank. As a condition precedent to the Bank granting general banking/trade financing facilities, the Customer will be required to execute the following documents:
 (i) Counter-Indemnity;
 (ii) Trade Financing General Agreement;
 (iii) Memorandum of Deposit;
 (iv) Letter of Trust;
 (v) Mortgage;
 (vi) Hypothecation and Pledge; and
 (vii) such ancilliary documentation and/or other documentation including any form of indemnity, guarantee, counter-indemnity and undertaking.

 in the Bank's standard forms as security for such general banking/trade financing facilities granted to the Customer (collectively, the "**General Banking Facility Security Documents**").

[✓] *Phonebanking/Business Debit Cards

(a) The Customer wishes to apply for *Phonebanking/Business Debit Cards services from the Bank subject to the Terms and Conditions.

(b) The Customer intends to authorise its officers, employees and/or agents to use the *Phonebanking/Business Debit Cards services.

(c) The Customer will instruct the Bank to amend the daily withdrawal limit assigned to each Business Debit Card.

[ ] Secured Credit

The Customer wishes to apply for Secured Credit Facilities (the "**Secured Credit Facilities**") from the Bank subject to the Terms and Conditions. As a condition of the Customer utilizing the Secured Credit Facilitites, the Customer will be required to execute the following documents:
(i) Charge Over Accounts And Deposits;
(ii) Counter-Indemnity (for issuance of bank guarantee or standby letter of credit);
(iii) Trade Financing General Agreement (for trade financing facilities); and
(iv) such ancilliary documentation relating thereto.
collectively, the "**Secured Credit Security Document(s)**"

in favour of the Bank in the Bank's standard forms thereby charging to the Bank such of the Company's deposits in its Business Integrated Account and other assets and property deposited with or in the custody / control of the Bank as more particularly referred to in the Charge Over Accounts And Deposits / indemnifying the Bank in respect of any monies claimed pursuant to the Guarantee (as defined in the Counter-Indemnity) / Standby Letter of Credit (as defined in the Counter-Indemnity) / pledging, assigning, charging to the Bank by way of security the Documents (as defined in the Trade Financing General Agreement). A copy of the Secured Credit Security Document(s) has been provided to the Customer which has been reviewed.

[✓] Business Internet Banking

(a) The Customer shall subscribe for Business Internet Banking offered by the Bank subject to the Terms and Conditions.

(b) The Customer intends to authorise its officers, employees and/or agents to use Business Internet Banking.

[ ] eStatement and eAdvice

The Customer shall subscribe for the eStatement and eAdvice service offered by the Bank subject to the Terms and Conditions.

[ ] Direct Advice

The Customer shall subscribe for the Direct Advice service offered by the Bank subject to the Terms and Conditions.

IT IS RESOLVED THAT:

Account Opening and General Banking Facilities

1. The Customer opens a Business Integrated Account with the Bank and any account or accounts as may be subsequently directed by any [/] Directors of the Customer or by GONCHAROV Fedor only (the "Authorised Signatories") and the Terms and Conditions in the form tabled at the Meeting be and are hereby approved; that any [/] Directors or any A. Above Authorised Signatories be authorised to complete and sign the account opening forms (and any documents incidental or relating thereto) for the Business Integrated Account and any subsequently opened account on behalf of the Customer and to agree any amendments to such forms (or documents) from time to time on behalf of the Customer.

2. The Bank be instructed to honour, comply with, act on or accept all cheques, promissory notes, orders, bills or receipts given or accepted on behalf of the Customer (as shall be applicable), whether the current account be in credit or overdrawn and to comply with all directions given for or in respect of any account or accounts of any kind whatsoever on behalf of the Customer including without limitation to close such account(s) provided that such cheques, promissory notes, orders, bills, receipts or directions are given in such form or manner or by such means as shall be acceptable to the Bank at any time and from time to time by any [ / ] Director(s) or by any [As Above] Authorised Signatories.

3. That any [ / ] Director(s) or by any [As Above] Authorised Signatories be authorised to withdraw and deal with any of the Customer's securities or property or documents of titles thereto which may be deposited with the Bank for safe custody or in safe deposit from time to time, whether by way of security or otherwise.

4. That the Customer applies for such general banking/trade financing facilities from the Bank as the Directors think fit and in respect of such facilities, any [ / ] Director(s) or by any [As Above] Authorised Signatories be authorised to arrange with the Bank for advances to the Customer by way of discount, loan, overdraft or otherwise, and for the granting of trade finance facilities, foreign exchange facilities, credits and the issue of guarantees by the Bank from time to time as required, and to execute on behalf of the Customer including, if applicable, the affixing of the common seal (or equivalent) of the Customer any form of deposit and withdrawal, any one or more of the General Banking Facility Security Document(s) and any other documents therewith, including any other form of security which may be required by the Bank in connection with the aforesaid facilities (including without limitation to sign any Trade Finance General Agreement and to designate any authorised persons thereunder).

5. That [ / ] Director(s) or any [As Above] Authorised Signatories or Authorised Phonebanking User(s) (as such term is defined in the Terms and Conditions) be authorised to for and on behalf of the Customer apply for and take up, via the Bank, insurance products, the Insured person(s) being either the Customer itself or any other third parties, with HSBC Insurance (Asia) Limited/HSBC Life (International) Limited and to sign all documents. accept such terms and do all such other things in connection with or incidental to such insurance policies.

6. That in the absence of any directions to the contrary, all accounts subsequently opened shall be operated and dealt with upon the terms set out above insofar as the same may be applicable.

7. That upon a request being made by the Bank it be supplied with a copy of the Customer's Memorandum and Articles of Association or equivalent constitutional documents, together with copies with any amending resolutions and a copy of the Customer's Certificate of Incorporation and/or Certificate to Commence Business.

8. That the Bank be supplied with the list of the names of Directors and Authorised Signatories (where applicable) and the specimen signatures of the Directors and Authorised Signatory(ies) (where applicable) of the Customer, and be informed from time to time by a completed Certificate of Due Authorisation form or by a certified true copy of the resolutions of the Board of Directors of the Customer of any changes which may take place therein, and be entitled to act upon the receipt of a further completed Certificate of Due Authorisation or certified true copy of board resolutions as aforesaid.

9. That a copy of any resolution of the Board of Directors of the Customer, if purporting to be certified as correct by a Director of the Customer or by the Customer Secretary, shall as between the Bank and the Customer be conclusive evidence of the passing of the resolution so certified.

[✓] *Phonebanking/Business Debit Cards

1. The Customer ~~shall apply for the~~ *Phonebanking/Business Debit Cards under this account, which shall be the Primary Account;
2. The Customer hereby nominates the individuals whose particulars are set out in the Business Integrated Account Opening Form and all supplementary forms thereto, if any, (collectively the 'Forms') to be Authorised Phonebanking Users / Authorised Cardholders and designates the accounts the particulars of which are set out in the Forms to be the Debit Accounts and Credit Accounts for each of such Authorised PhoneBanking Users / the Third Accounts for each of such Business Debit Cards subject to any applicable transfer limits, in each case as indicated in the Forms, if applicable.

[ ] Secured Credit

1. The Customer's application for the Secured Credit Facilities be approved;
2. The terms of the Secured Credit Security Document(s) in the form produced to the meeting be and are hereby approved; and
3. The Customer should issue the Secured Credit Security Document(s) in favour of the Bank and that, where applicable, any [ ] Director(s) or any [ ] Authorised Signatories be authorised to execute and where applicable, affix the Common Seal of the Customer to such Secured Credit Security Document(s).

[✓] Business Internet Banking

1. The Customer shall apply for Business Internet Banking under this Business Integrated Account;
2. The Customer hereby nominates the individual(s) whose particulars are set out in the Forms to be the Primary Users for all purposes of Business Internet Banking herein subscribed for.

[ ] eStatement and eAdvice

The Customer shall apply for eStatement and eAdvice service under this Business Integrated Account upon the Terms and Conditions.

[ ] Direct Advice

The Customer shall apply for Direct Advice service under the Business Integrated Account upon the Terms and Conditions.

10. All the terms set out and all particulars completed in the Form together with the Terms and Conditions, all in the form tabled at the Meeting, be and are hereby approved and accepted in all respects.

11. Details of this resolution be communicated to the Bank and remain in force until an amending resolution shall have been passed by the Customer's Board of Directors and a certified copy thereof shall have been received by the Bank and details of the resolution have been entered into the Minute Book of the Customer and signed therein by the Chairman of the Meeting and are in accordance with the Customer's Memorandum and Articles of Association or equivalent constitutional documents.

12. Unless otherwise defined, expressions used in this certificate have the same meaning as the corresponding expressions in the Terms and Conditions.

Dated at the Hong Kong Special Administrative Region this [ 21 ] day of [ Dec 10 ].

BBP001R47E-m (161110) FI

03110117003464

**Directors Authorised to Sign as Above**

| |
|---|
| 1. Full Name |
| 2. Full Name |
| 3. Full Name |

**Other Persons Authorised to Sign as Above**

| Full Name | Capacity |
|---|---|
| 1. Full Name GONCHAROV Fedor | Manager |
| 2. Full Name | |
| 3. Full Name | |

**Other Director(s) who is/are not authorised to operate the account(s)**

| |
|---|
| 1. Full Name TAM Lai Sheang |
| 2. Full Name |
| 3. Full Name |
| 4. Full Name |

X [signature]
✧ Chairman of the Meeting

Full Name (in Block Letters): TAM Lai Sheang

BBP001R47E-m (161110) FI

*Note: ✧ Where the Company has 2 or more directors but only 1 director is authorised to operate this Business Integrated Account, the person who acted as the Chairman of the abovesaid meeting and hence signing here should be another director of the Company.*

031011700034645

## For Bank Use Only

**Staff Declaration** ***(Applicable only in case of Investment Services Application)***

**I hereby declare that**

1. the risk disclosure statements in the language of the customer's choice (English or Chinese) have been provided to the customer(s); and the customer(s) has/have been invited to read the risk disclosure statements, ask questions and to take independent advice if the customer(s) so wishes/wish.
2. I have already explained to the customer(s) that if he/she is or they are currently employed by any registered or licensed person to carry on regulated activities, the customer(s) is/are required to provide to the Bank a written consent(s) from his/her/their employer(s) in support of this investment services application.

Written Consent Received ☐ Yes

*(For partnership account, specify individual partner's name.)*

Signature ▲ HKMA Registration Number :

Name of Staff *(in Block Letters)*:

**Screen A002**

IMIS Customer Flag

Add Controlling Party Information in CUS *(Applicable to all accounts maintained under the same ID)*

Controlling Centre Code | Relationship Manager Code | Credit Division

**Screen H001**

Short Name IT Magnet Limited | Package Group 03

Controlling Centre Code | Relationship Manager Code | Credit Division

Statement Option C | Statement Frequency | Commencing Date

☐ CUA Secured OD Option

Mailing Name (in English)

Mailing Name (in Chinese)

| ✝Screen 015 | | ✝Screen J002 | | BIB Primary User | Pre-opened |
|---|---|---|---|---|---|
| Business Debit Card Issue No. | Pre-opened | Phonebanking User | Pre-opened | | |
| ☐ 1 | ☐ Yes *(Change)* ☐ Cancel *(Delete)* | ☐ 1 | ☐ Yes *(Change)* ☐ Cancel *(Delete)* | ☐ 1 | ☐ Yes *(Add)* (✝Screen A511) ☐ Cancel PIN Ref below *(Delete)* |
| ☐ 2 | ☐ Yes *(Change)* ☐ Cancel *(Delete)* | ☐ 2 | ☐ Yes *(Change)* ☐ Cancel *(Delete)* | ☐ 2 | ☐ Yes *(Add)* (✝Screen A511) ☐ Cancel PIN Ref below *(Delete)* |

✝*Please refer to related section(s) of this Account Opening Form to perform maintenance if (1) there is no ✓ in the above box(es) or (2) there are Business Debit Cards or Phonebanking users not specified above.*

FX Rate Category Maintenance (FEXD159) *(Applicable to BusinessVantage Plus and BusinessVantage Customers)*

| Bank Number | Account Type | Account Number | 17 Maintenance Code | 18 Customer Rate Category |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | A | |

Override Reason *(if any)*

Initial here for the override:

BBP001R47E-m (161110) FI

031101170003464б

## For Bank Use Only (Continued)

**Deposit Protection Scheme - Add Indicator**

☐ Trust ☐ Client

**Add TMD Customer Information** *(Screen J81)*

☐ Added by CIB / IBH / CMB / Branch

**Referral Partner Information**

☐ QI *(Screen C001 / Add A94)*
QI Reference Number:

☐ Non-QI
Referrer Company Name: [handwritten]

Referrer Company Type: ☐ CPA Firm ☑ Secretarial Firm ☐ Law Firm

☐ Other *(please specify)*:

**Screen S111** *(for Investment Services Only)*

Customer Type: ☐ IPS

☐ Other *(please specify)*:

**Screen S121** *(for Investment Services Only)*

Account Type: **BBP**

**BLG Account Level Fee Maintenance** *(via screen EI01)*

Charge Item

| Override Price Table | Price Table No. | Start Date *(MMYY)* | End Date *(MMYY)* |
|---|---|---|---|
| 1 | | | |
| 2 | | | |

**Others** *[Please specify special Maintenance required (e.g. Debit Interest Statement Option) if any, together with appropriate Screen/Code]*

KYC Approach

☐ High ☑ Normal ☐ Low

KYC Completion Date

24 / 1 / 2010
D D M M Y Y Y Y

Approval from BM/MD/DIR/SVP/VP/SRM/RM/MLCO Required

☐ CDS ☐ CRRT ☐ SCC ☐ Boiler Room

CDS (K072, K073) Checked

Initial: [initialed]

Face-to-face Interview

☑ Conducted ☐ Exempted

Overseas Company Account Charge

☐ Collected

☐ HKD ____ to be collected from account

☐ Waived *(for inward cross border referrals only)*

Initial:

Video Conference Fee

☐ Collected

☐ HKD ____ to be collected from account

Initial:

Data Prepared by

I have already explained to the Customer(s) the account features depending on the Account Package type selected. Accordingly different fees, charges and minimum account requirements will apply to ALL accounts held using the same business identification number. (e.g. counter transaction conducted through standalone current account would also count towards the free counter transactions under the HSBC Business Direct; minimum account balance requirement for BusinessVantage Account Package type).

Initial: [initialed]

Name of Staff: Kwong Kam Chiu Han

Staff ID: [REDACTED]

Application Recommended by

Application Approved by *(if applicable)*

*(Name and Authorised Signature)*

Screen H002 Approved *(Authoriser Initial) (if applicable)* [initialed]

Submission Branch/Department

☐ BB Centre ☑ BB Satellite ☐ BB RM

For BB segment, please circle your district:

CWD / ESD / HKH / KSD / KWD / MOD / TSD

☐ Branch ☐ MME ☐ CIB ☐ IBH

☐ Other *(please specify)*:

Branch/Department Chop

[Stamp: THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED — KOW — SME]

BBP001R47E-m (161110) FI

031011700034647

To 致： The Hongkong and Shanghai Banking Corporation Limited
香港上海滙豐銀行有限公司

| Date 日期 | day 日 / month 月 / year 年 |
| --- | --- |
| | |

## BUSINESS / BUSINESS INTEGRATED ACCOUNT - PAYMENT INSTRUCTION 商業／商業綜合戶口 － 付款指示

Note 注意： 1. Please complete in Block Letters and tick where applicable. 請用正楷填寫，並在適當的地方加上剔號。
2. For the avoidance of doubt, this form shall at all times forms part of the attached Business / Business Integrated Account Opening Form or Business Integrated Account Conversion Form. 為免存疑，此表格是商業／商業綜合戶口開戶表或商業綜合戶口轉換表的一部分。

**Company Information 公司資料**

Registered Name in English (the "Company") 英文註冊名稱（下稱「公司」）: FF Magnat Limited

Account Number (the "Account") 戶口號碼（下稱「戶口」）:

**Handling Charge / Initial Deposit 手續費／開戶存款**

| Type of Charge 收費類別 | Amount (HKD) 金額（港幣） | For Bank Use Only 銀行專用 FW PW |
| --- | --- | --- |
| (✓) Company Search Fee 公司查冊費 | 100 | ◯ ◯ |
| (✓) HSBC Business Direct Account Administration Fee 滙豐「商財易」商務戶口行政費 | 380 | ◯ ◯ |
| ◯ Overseas Company Account Charge 海外公司戶口手續費 | 0 | ◯ ◯ |
| ◯ Video Conference Fee 視像會議費 | 0 | ◯ ◯ Note: *Please circle as appropriate.* SZN/GZH/SHH/BJG |
| ◯ Courier Charge 速遞服務費 | 0 | ◯ ◯ |
| ◯ Other 其他 | 0 | ◯ ◯ |
| Total Amount 總額 ▶ | 480 | Initial |
| Initial Deposit *(applicable for HSBC transfer arrangement only)* 開戶存款（只適用於滙豐戶口轉賬安排） | | |

**Payment Method 付款方法**

(✓) I/We authorise the Bank to debit the Account to settle the above handling charge(s) and/or process the above initial deposit instruction. 本人（等）授權貴行從戶口扣除上述手續費及／或處理上述開戶存款指示。

◯ Transfer Arrangement *(Optional)* 轉賬安排（選項）
I/We authorise the Bank to transfer 本人（等）授權貴行轉賬 [Currency 貨幣] [Amount 金額] from my/our HSBC account 由本人（等）滙豐戶口
0,0,4 ◯ [Currency 貨幣] Savings Account 儲蓄戶口 ◯ HKD Current Account 港元往來戶口 to the Account 至戶口

(✓) Deposit Arrangement *(Optional)* 入賬安排（選項）
I/We will within 1 working day arrange to deposit sufficient funds into the Account for settling the above handling charge(s) by 本人（等）將於一個工作天內自行安排存入足夠的資金至戶口以支付上述手續費
◯ Cash 現金 ◯ HKD Cheque 港元支票

For Bank Use Only 銀行專用
VP/SVP Approval *(if applicable)*
(Name and Authorised Signature)
◯ Fee Collected *(if applicable)* | Initial

◯ I authorise the Bank to debit my credit card to settle the above handling charge(s) of the Company. 本人授權貴行從本人的信用卡扣除公司所需繳付的上述手續費。
◯ VISA Card 維財卡 ◯ Master Card 萬事達卡 ◯ JCB Card 日財卡 expiring on 到期日 Month 月 / Year 年

◯ I/We arrange to settle the above handling charge(s) by credit card immediately. 即時扣除本人（等）信用卡以支付上述手續費。

**Declaration and Signature(s) 聲明及簽署**

1. I/We understand that your acceptance of this payment instruction does not signify or guarantee the successful opening of the Account. 本人（等）明白接納此付款指示，並不表示或保證上述戶口成功開立。
2. I/We understand that all of the above charge(s) are not refundable under any circumstances and irrespective of whether the Account is successfully opened or not. 本人（等）明白及同意不論任何情況及上述戶口是否成功開立，已繳的手續費恕不退還。
3. (Applicable to Business Integrated Account 適用於商業綜合戶口)
I/We understand that the Bank will debit the HKD savings account to settle the above handling charge(s). If the HKD savings account does not have sufficient funds, I/We understand and agree that the Bank will debit the other accounts in the Business Integrated Account, including, without limitation, the foreign currency account(s), at the Bank's prevailing exchange rate(s) without notice. 本人（等）明白貴行會從港元儲蓄戶口扣除上述手續費。如港元儲蓄戶口未有足夠的資金，本人（等）明白及同意貴行會從商業綜合戶口的其他戶口，包括外幣戶口，並按貴行當時匯率扣除上述手續費而毋須通知。
4. (Applicable to transfer arrangement related to foreign currency account 適用於有關外幣戶口的轉賬安排)
I/We understand and agree that the Bank will effect a foreign exchange transaction at the Bank's prevailing exchange rate without notice. 本人（等）明白及同意貴行可按貴行當時匯率為本人（等）進行匯兌交易而毋須通知。

X [signature] S.V.
Signature(s) *(Should correspond to the signature of the Account)* 簽署（須與戶口的簽署式樣相符）
Full Name of Signatory(ies) 簽署人全名 ▼
GONCHAROV Fedor

For transfer arrangement only 只適用於轉賬安排
*(Please sign if different from the signature of the Account)* （如與戶口的簽署式樣不同，請簽署）▼

Signature verified
HSBC Trinkaus & Burkhardt
Berlin Branch
Staff Corporate Banking
14. DEZ. 2010

Signature(s) *(Should correspond to the signature of the debit account)* 簽署（須與扣款戶口的簽署式樣相符）
Full Name of Signatory(ies) 簽署人全名 ▼
Raik Eickenjäger

For payment by credit card only 只適用於以信用卡繳費 ▼
Kahl
Cardholder Signature 信用卡持有人簽署
Full Name of Cardholder 信用卡持有人全名 ▼

CUA565R1 (260909) W



Case 2:12-cv-01057-GMN-RJJ Document 17-6 Filed 06/26/12 Page 2 of 6

English

Upload Files Premium Sign Up Login Forgot your password?

## ORON.com official resellers list

**Filter:** All methods | All countries

Site: https://www.24instant.com
Country: USA, EU, World Wide
Payment methods:
Moneybookers, Western Union, Wire tranfer, Credit Cards, iDEAL, Poli, EPS, GiroPay, DK, Union Pay, PostePay, Solo, EC, Laser, Enets, Nordea, Epay.bg, Prezelewy 24, Euro 6000, 4B, InstantBank Tranfer

Site: https://www.microdeluxe.com
Country: USA, EU, World Wide
Payment methods:
Credit Cards, AlertPay, Dixipay

Site: https://www.premiumissuer.com
Country: USA, Canada, United Kingdom, Australia, Germany and France, Egypt and Saudi Arabia
Payment methods:
PayPal, Credit Cards, AlertPay, CashU, Liberty Reserve, WebMoney, Ukash

Site: http://www.bigshareshop.com
Country: Middle East, USA, China
Payment methods:
Cashu, Ukash, PayPal, Moneybookers, AlertPay, Webmoney, Liberty Reserve, Western Union, Bank wire, Credit Card, PaySafeCard

Site: https://www.easypayonline.us
Country: USA, Australia, United Kingdom, India, Germany, Italy
Payment methods:
AlertPay, cashU

Site: http://www.DownloadNoLimit.com
Country: Russia, Ukraine, EU
Payment methods:
Credit Cards, AlertPay, WebMoney, SMS, Liberty Reserve, Bank Wire Transfer, MoneyGram, Western Union, LiqPay

Site: http://mundopremium.com.br
Country: Brazil
Payment methods:
Moneybookers, Bank Transfer, PagamentoDigital, PagSeguro, MercadoPago

Site: http://premium.mmowned.pl
Country: Poland

Payment methods:
Credit Cards, Moneybookers, Polish Bankwire Transfer

Site: http://www.account-shop.cz
Country: Czech Republic and Slovakia
Payment methods:
Moneybookers, Credit Cards, GoPay, Bank transfer

Site: http://www.hotfilepremiumstore.com
Country: India
Payment methods:
AlertPay

Site: http://way2premium.com
Country: India
Payment methods:
Credit Card, Paypal

Site: http://www.365premium.com
Country: India
Payment methods:
Credit Card (Indian & International Visa, Mastercard, JCB, Diners, American Express, Discover), Debit Card (India 52 Banks), Net Banking, Cash Deposit (ICICI & SBI Bank), NEFT, Moneybookers, Western Union, Demand Draft, Cheque Deposit

Site: http://www.cuentaspremium.mx
Country: Mexico, Argentina, Chile, Venezuela, Colombia, Ecuador, Paraguay
Payment methods:
Bank Deposit, Bank transfer, Western Union, MoneyGram, Cheque, DineroMail, MercadoPago

Site: http://www.mrjasper.com
Country: Philippines
Payment methods:
PayPal, AlertPay, MoneyGram, Liberty Reserve, Western Union

Site: http://www.premium-online24.pl
Country: Poland
Payment methods:
Bank transfer

Site: http://www.nasze-klucze.pl
Country: Poland
Payment methods:
Bank transfer

Site: https://www.PremiumInRupees.com
Country: India
Payment methods:
Moneybookers, Credit Cards, AlertPay, Cheque, Bank transfer, Western Union

Case: 1:12-cv-05844 Document #: 23-28 Filed: 12/03/12 Page 9 of 15 PageID #:952
Case 2:12-cv-01057-GMN-RJJ Document 17-6 Filed 06/26/12 Page 4 of 6

Site: http://aigoostore.com
Country: Saudi Arabia
Payment methods:
Moneybookers, Credit Cards, LiqPay, cashU, Bank transfer

Site: http://www.oron.premiumlatino.com
Country: Mexico
Payment methods:
Paypal, Mercadopago, Credit Card, DineroMail, Bank Deposit, Bank transfer

Site: http://filehostseller.com
Country: Ukraine, Russia
Payment methods:
Credit Cards, Privat24, LiqPay, Liberty Reserve, WebMoney, Bank transfer

Site: http://premiumaccounts-seller.blogspot.com
Country: India, Malaysia, China, Hong Kong, Singapore, Nepal, Bangladesh, Pakistan, Sri Lanka
Payment methods:
PayPal, Credit cards

Site: https://www.accountcart.com
Country: USA, Canada, United Kingdom, Australia
Payment methods:
AlertPay, cashU, Liberty Reserve

Site: http://www.menelbet.com
Country: Saudi Arabia, Kuwait, Emirates
Payment methods:
Bank Transfer, CashU

Site: http://www.plati.ru
Country: Russia, Ukraine, Germany, Italy, France
Payment methods:
Webmoney, QIWI, Mail.ru, RBK Money, CONTACT, EasyPay, HandyBank, TeleMoney

Site: http://digitadiko.com
Country: Greece
Payment methods:
Credit Cards, PaySafe

Site: http://www.pay-via-pagseguro.com
Country: Brazil
Payment methods:
CreditCard, PagSeguro, PLEONOCard, HSBC, Boleto Bancario, Bradesco, Banrisul, Itau, Aura, Hipercard, Elo, Oi Paggo

Site: http://oron.vip-keys.com
Country: Russia, Germany
Payment methods:

CreditCard, PayPal, Webmoney, Yandex, Moneybookers, LibertyReserve, QIWI, WesternUnion

Site: http://www.premiumpazari.com
Country: Turkey
Payment methods:
Bank transfers, Credit card, PTT Posta Ceki, TurkcellMobilOdeme, Avea Mobil Odeme

Site: http://www.plati.ru
Country: Russia, Ukraine, Belorussia, Kazakhstan
Payment methods:
Webmoney, QIWI, Mail.ru, RBK Money, CONTACT, EasyPay, HandyBank, TeleMoney, AlfaBank, MTS, Megafon

Site: http://www.premiumnoktasi.com
Country: USA
Payment methods:
Bank transfers, Credit card, PTT, PayPal, Moneybookers

Site: http://www.premiumnoktasi.com
Country: Turkey
Payment methods:
BankWire transfer, Paypal, Moneybookers, Credit cards

Site: http://contapremiumbr.com.br
Country: Brazil
Payment methods:
PayPal, Credit cards, Bank wire

Site: http://www.premium-reseller-deutschland.de
Country: Germany, Austria and Switzerland
Payment methods:
Bank transfers, PayPal

Site: http://cheapaccounts.net
Country: USA, EU, World Wide
Payment methods:
Paypal, Credit Cards

Site: http://premiumreseller.us
Country: USA, Canada, United Kingdom, Australia, Germany and France, Egypt, Saudi Arabia, Italy, Switzerland, Austria
Payment methods:
Paypal, Credit Cards

Site: http://www.eshtrakat.com
Country: Saudi Arabia, Egypt
Payment methods:
Moneybookers, Credit Cards, Fanapay, cashU, Bank transfer , Ukash , Paypal , Onecard , Alertpay , Liberty reserve

Welcome to Oron.com Case: 1:12-cv-05844 Document #: 23-28 Filed: 12/03/12 Page 11 of 15 PageID #:954 http://oron.com/pages/resellers.html
Case 2:12-cv-01057-GMN-RJJ Document 17-6 Filed 06/26/12 Page 6 of 6

Site: http://comptes-premium.com
Country: France
Payment methods:
PayPal

Site: http://www.premiumshop.sk
Country: Slovakia, Czech Republic, Poland
Payment methods:
Bankwire transfer

Site: http://premium-keys.de
Country: Germany, Austria, Switzerland, Netherland, Belgium
Payment methods:
Paypal, Credit Cards, Bank Transfer

Site: http://www.premiumcarsi.com
Country: Turkey
Payment methods:
Bank transfers, credit card, Paypal, PTT Posta Ceki, Turkcell Mobile, Avea Mobile Payment

Site: http://oronreseller.us
Country: Worldwide
Payment methods:
Paypal, Credit Cards

Site: http://www.oronargentina.com
Country: Argentina, Chile, Bolivia ,Uruguay, Colombia, Ecuador, Paraguay
Payment methods:
Alertpay, PagoFacil, RapiPago, CobroExpress, Bapro, RipSa, MercadoPago, DineroMail, Moneybookers, Liberty Reserve, Bank Transfer, Credit Cards

Copyright © 2001-2012 ORON.com, All Rights Reserved.
Home | News | FAQ | Terms of service | Privacy policy | Report abuse | Premium | About | Contact Us

5 of 5 6/26/12 11:19 AM

site analytics
POWERED BY compete
http://
e.g. compete.com
GO
FOLLOW THIS SITE
Manage List
Logout
About Compete.com
Plans & Pricing
oron.com
UNIQUE VISITORS | UPDATED JUNE 2012 | US DATA ONLY
Save Graph Image
Export CSV
Embed Graph
SHARE THIS SITE:
Unique Visitors
600K
500K
400K
300K
07/2011
08/2011
09/2011
10/2011
11/2011
12/2011
01/2012
02/2012
03/2012
04/2012
05/2012
UNIQUE VISITORS
438,860
-9.80%
38.44%
RANK (BY UVS)
N/A
N/A
N/A
COMPETITIVE RANK (UVS)
1. depositfiles.com 539.38K
2. oron.com 438.86K
3. filesonic.com 370.74K
Want to know more?
Get the whole story with compete PRO
View Plans & Pricing
Compare traffic between different sites
Compare up to 100 sites at a time on unique visitors, pageviews, visits, time on site, and more
See up to two years of historical traffic to identify trends within industries and competitive sets.
View Plans & Pricing

## See **where their traffic** comes from

Discover **new partnership opportunities** to pursue. See which sites are **sending traffic to your competitor's** site, and which sites your **competitor sends traffic to**. Keep tabs on your partner sites to make sure you're **getting the best deal**.

View Plans & Pricing

## Discover which **keywords** drive their traffic

Improve your search marketing by understanding which **keywords are driving the most traffic** to your competitors' websites. Compete's keyword and search metrics include **paid versus organic search trends**, historical search referral data, and more, enabling you to create **optimized SEO/SEM campaigns** that attract and engage your most important customers.

View Plans & Pricing

© Copyright to Compete.com - A Kantar Media Company

Visit Compete.com | Plans and Pricing

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > Oron.com

# Oron.com Whois Record

+1 Tweet

Ads by Google

Upload Files - Free Trial Upload & Share Files- No Size Limit "Top 10 Tools" Award Winner ShareFile.com/Upload-Size-Limit

Job Openings Search For Job Openings. Apply For a Position Today! www.findtherightjob.com

Online Consumer Survey You may qualify for exclusive deals Complete our online survey today! www.shoppers-voice.com

ITT Tech - Official Site 100 + Locations & Online Programs Official ITT Tech Site. Get Info! www2.itt-tech.edu

University of Phoenix® Online and Campus Degree Programs. Official Site - Classes Start Soon. Phoenix.edu

Ads by Google

$593/hr Working at Home
Make $593/hr Working From Home Requirements: Must Have Computer
News32.org

Masters in TESOL Online
Earn your Masters in TESOL Online at USC. Learn More.
mat.usc.edu/TESOL

Free Download Smiley
100% Free Emoticons And Smileys to Download Now For Your Messenger !
iminent.com/Free-Emoticons

Job Application - Hiring
Found: Open Jobs in your area. View Local Jobs & Get Hired Now.
JobLinker.net/Employment

Warehouse Jobs
$15-$19Hr. Hiring Now. Apply Now; Get

Whois Record | **Site Profile** | Registration | Server Stats | My Whois

| | |
|---|---|
| Website Title: | Welcome to Oron.com |
| Title Relevancy | 66% |
| Meta Description: | ORON.com - Free file upload, download service. |
| Description Relevancy: | 66% relevant. |
| Meta Keywords: | filehosting, oron, file upload, share files, free upload, oron.com |
| Keyword Relevancy: | 50% relevant |
| Visitors by Country: | United States 13.4%, India 6.8%, Germany 6.8%, Russian Federation 5.2%, Japan 4.9%, Brazil 4.4% |
| Alexa Trend/Rank: | #1,022: for the last three months. |
| Quantcast Rank: | #7,505 |
| AboutUs: | Wiki article on Oron.com |
| SEO Score: | 59% |
| Terms: | 80 (Unique: 69, Linked: 42) |
| Images: | 16 (Alt tags missing: 16) |
| Links: | 31 (Internal: 30, Outbound: 0) |
| iFrames: | 2 ( Parts of page not indexable by most search engines. ) |
| Related Sites: | dumppix.com, imagesharex.com, vietsharing.com, winimg.com |
| Similar Domains: | orona.com, oronaminc.com, oronegro.com, oronono.com, oronosounds.com, oronu.com, oronosound.com, oronovideos.com, orondeash.com, oronooliberationfront.com, orona-es.com, oronafilm.com, oronshop.com |

**Search Engine Preview** (View details)

click to view seo text browser

Case 2:12-cv-01057-GMN-RJJ Document 84-13 Filed 08/07/12 Page 2 of 3

Hired Tomorrow.
GoalBuilder.com

Top Dividend Stocks
5 Stocks That are Cash Machines for Retirement. New Free Stock Report.
dividends.wyattresearch.com

Local Coupons
1 ridiculously huge coupon a day. Get 50-90% off your city's best!
www.Groupon.com

Be a Fitness Trainer
Get ISSA Fitness Certified & Turn Your Passion Into Your Career...
www.issaonline.edu

US Postal Jobs (Hiring)
Now Hiring 2012 Postal Positions No Experience Necessary. Start Now!
www.MyPostalExam.com

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

Case 2:12-cv-01057-GMN-RJJ Document 84-13 Filed 08/07/12 Page 3 of 3