UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc., )
)
                 Plaintiff, ) Case No. 1:12-cv-05844
)
)
)
)
)
John Doe Nos. 1 to 26, )
FF Magnat Limited d/b/a Oron.com, )
Earnwell Hong Kong LTD d/b/a Filesonic.com, )
Maxim Bochenko a/k/a Roman Romanov, )
)
                 Defendants.

## AFFIDAVIT OF PHILLIP BLEICHER

I, Phillip Bleicher, having been duly sworn, attests as follows:

1. I am a resident of Illinois and, if called as a witness, I can attest to the following:

2. I am the CEO of Flava Works, Inc. ("Flava").

3. Plaintiff is incorporated under the laws of the State of Florida with its principal places of business at 2610 N. Miami Ave., Miami, Florida 33127 and at 933 W. Irving Park Rd., Ste. C, Chicago, Illinois 60613.

4. I work at 933 W. Irving Park Rd., Ste. C, Chicago, Illinois 60613 and reside in the same building but in Ste D.

5. The videos are filmed in Florida and Illinois.

6. Post production work and edits are performed in the Illinois location. All of Flava Works, Inc.'s professional staff is located in the Chicago, Illinois offices.

7. The professional staff work out of the offices located at 933 W. Irving Park Rd., Ste. C, Chicago, Illinois 60613.

8. The web hosting company, Steadfast, that provides hosting services to Flava Works, Inc.'s websites are located in Illinois. Exhibit "29".

9. The computer servers that host the Flava Works, Inc.'s paid members websites are physically located in Chicago, Illinois. Exhibit "29".

10. The credit card processing company that processes credit cards that are used in connection with Flava Works, Inc.'s websites is located in Schaumburg, Illinois. Exhibit "30".

11. Plaintiff's alleged injury arose from defendant's Illinois-related activities., because Flava Works, Inc.'s intellectual property are located in Illinois.

12. On information and belief, at all relevant times, Defendant FF Magnat Limited d/b/a Oron.com own, operate, and/or control the Internet website Oron.com.

13. On information and belief, at all relevant times, Oron.com is registered through Network Solutions, an American company operating out of Herndon, Virginia. Oron.com utilizes the services of the company CC Bill to process its payments. CC Bill is an American company operating out of Tempe, Arizona.

14. On information and belief, at all relevant times, Oron.com is not a legitimate file storage website. Oron.com's affiliates reward program offered members the opportunity to make money by uploading copyrighted videos. Affiliates members are paid based upon the number of downloads of their posted materials and based upon how many other premium memberships were bought by users accessing Oron.com through the member's links. Exhibit "31".

15. I have reviewed certain documents filed in in 2:12-cv-01057-GMN-RJJ <u>Liberty Media Holdings LLC v. FF Magnat Limited et al</u> (U.S. District Court of Nevada). On

information and belief, at all relevant times, Defendant FF Magnat Limited d/b/a Oron.com is a foreign defendant with significant contacts with the United States.

16. Attached as Exhibit "31" are screenshots of copyrighted works being infringed on on Oron.com at all relevant times.

17. Attached as Exhibit "32" are the DMCA takedown notices that I sent on behalf of Flava to Oron.com.

18. I have reviewed the declaration and documents filed in 3:12-cv-04500-CRB Datatech Enterprises, LLC v. FF Magnat Limited et al (N. Dist. of California) (the "California Litigation"), Exhibit "35", and I agree with the findings of how Oron.com works.

FURTHER AFFIANT SAYETH NOT.

_____
I, Phillip Bleicher, declare under penalty of perjury under the laws of the United States of America that the foregoing Affidavit is true and correct, pursuant to Title 28, Section 1746.

Executed on December 3, 2012.

Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996