















Case: 1:12-cv-05844 Document #: 23-33 Filed: 12/03/12 Page 9 of 50 PageID #:997









Case: 1:12-cv-05844 Document #: 23-33 Filed: 12/03/12 Page 13 of 50 PageID #:1001



ORON



English ↓

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File

High Speed Download

Filename: **Anubis + Brian Werner.part1.rar**
File size: 350.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

## Download File



**High Speed Download**

Filename: **RW RS Ht Blk Brbk Fcg.part2.rar**
File size: 672.7 Mb

| 30 days<br>€ 9.95 | 90 days<br>€ 24.95 | 180 days<br>€ 44.95 | 365 days<br>€ 74.95 |
|---|---|---|---|
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |







Download Mix 2009 part01 rar - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://oron.com/e2rzs9q0tust/Mix-ed_Nu-ts_2009.part01.rar

Google

Download Mix 20... ×  |  Download Mix 2009 p... ×  |  Download Mix 2009 p... ×  |  Download Mix 2009 p... ×  |  Download Mix 2009 p... ×  |  Download Mix 2009 p... ×  |  Download Mix 2009 p... ×  |  Download Mix 2009 p... ×

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✖ |
| Downloads resume: | ✔ | ✖ |
| No advertisements: | ✔ | ✖ |
| No downloads captcha: | ✔ | ✖ |
| Download time: | 3 minutes | 29 minutes |
| Download type: | **High Speed Download** | **Regular Download** |

Done

March 15, 2012









## Download File



**High Speed Download**

Filename: **Anubis + Brian Werner.part2.rar**
File size: 340.5 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



**English ▾**

Upload Files     Premium     Sign Up     Login     Forgot your password?

## Download File

| | | | |
|---|---|---|---|
| **High Speed Download** | | Filename: **04052012_02.part1.rar** | |
| | | File size: **400.0 Mb** | |

| **30 days** | **90 days** | **180 days** | **365 days** |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |







Case: 1:12-cv-05844 Document #: 23-33 Filed: 12/03/12 Page 29 of 50 PageID #:1017

**Download Mix 2009 part02 rar - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

http://oron.com/2b7rdi8bdqtp/Mix-ed_Nu-ts_2009.part02.rar

Google

Download Mix 2009 p... | Download Mix 2009 part0... | Download Mix 2009 part0... | Download Mix 2009 part0... | Download Mix 2009 part0... | Download Mix 2009 part0... | Download Mix 2009 part0...

## Download File



**High Speed Download**

Filename: **Mix-ed_Nu-ts_2009.part02.rar**
File size: 378.2 Mb

| 1 days | 30 days | 90 days | 365 days |
|--------|---------|---------|----------|
| € 2.99 | € 9.95 | € 24.95 | € 74.95 |
| Pay by SMS / Call | Pay by SMS / Call | Pay by SMS / Call | |
| | Pay by Phone Call | Pay by Phone Call | |
| | Pay by Online Banking | Pay by Online Banking | Pay by Online Banking |
| | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |

Done

March 15, 2012











English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

High Speed Download

Filename: Athony Avery + Usher Richbanks.part1.rar
File size: 430.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





Case: 1:12-cv-05844 Document #: 23-33 Filed: 12/03/12 Page 37 of 50 PageID #:1025

**Download Raw Rods Kannon and Remmy Mars part1 rar - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

oron.com/hhzzltqpt61e/RawRods_Kannon_and_Remmy_Mars.part1.rar.html          Arquez downloadable links

🇬🇧 English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



**High Speed Download**

Filename: **RawRods_Kannon_and_Remmy_Mars.part1.rar**
File size: 250.0 Mb

| 30 days € 9.95 | 90 days € 24.95 | 180 days € 44.95 | 365 days € 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |



Case: 1:12-cv-05844 Document #: 23-33 Filed: 12/03/12 Page 39 of 50 PageID #:1027

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✘ |
| Downloads resume: | ✔ | ✘ |
| No advertisements: | ✔ | ✘ |
| No downloads captcha: | ✔ | ✘ |
| Download time: | 3 minutes | 29 minutes |
| **Download type:** | **High Speed Download** | **Regular Download** |







Case: 1:12-cv-05844 Document #: 23-33 Filed: 12/03/12 Page 43 of 50 PageID #:1031





## Download File

**High Speed Download**

Filename: Athony Avery + Usher Richbanks.part2.rar
File size: 423.1 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?







Case: 1:12-cv-05844 Document #: 23-33 Filed: 12/03/12 Page 48 of 50 PageID #:1036



Case: 1:12-cv-05844 Document #: 23-33 Filed: 12/03/12 Page 49 of 50 PageID #:1037



