

English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



**High Speed Download**

Filename: **233-Blain_Tutera__Golden_Secret.part6.rar**
File size: 150.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



English ▾

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File



High Speed Download

Filename: **04052012_02.part4.rar**
File size: 400.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





Case: 1:12-cv-05844 Document #: 23-34 Filed: 12/03/12 Page 7 of 50 PageID #:1045

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✖ |
| Downloads resume: | ✔ | ✖ |
| No advertisements: | ✔ | ✖ |
| No downloads captcha: | ✔ | ✖ |
| Download time: | 3 minutes | 29 minutes |
| Download type: | **High Speed Download** | **Regular Download** |













🔵 Download Flava Works Miami Uncut part1 rar - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

M (no subject) - eugene@flava... ×   |   🔵 Download Flava Works Miami... ×   |   🔵 Download Flava Works Miami... ×   |   🔵 Download Flava Works Miami... ×   |   🔵 Download Flava Works Miami... ×   |   🔵 Download Flava Works Miami... ×   |   🔵 Download Flava Works Miami... ×

oron.com/vuvp6k9ch2hr/Flava_Works_Miami_Uncut_2.part1.rar.html

🔆 English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

**High Speed Download**

Filename: **Flava_Works_Miami_Uncut_2.part1.rar**
File size: 350.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by MASTERCARD | Pay by MASTERCARD | Pay by MASTERCARD | Pay by MASTERCARD |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

Case: 1:12-cv-05844 Document #: 23-34 Filed: 12/03/12 Page 14 of 50 PageID #:1052

Download Mix 2009 part04 rar - Mozilla Firefox

File  Edit  View  History  Bookmarks  Tools  Help

http://oron.com/lli5xb2pqx2a/Mix-ed_Nu-ts_2009.part04.rar

Google

Download Mix 2009 part04 rar | Download Mix 2009 part05 rar | Download Mix 2009 part06 rar | Download Mix 2009 part07 rar | Download Mix 2009 part08 rar

## Download File



**High Speed Download**

Filename: **Mix-ed_Nu-ts_2009.part04.rar**
File size: 378.2 Mb

| 1 days | 30 days | 90 days | 365 days |
|--------|---------|---------|----------|
| € 2.99 | € 9.95 | € 24.95 | € 74.95 |
| Pay by SMS / Call | Pay by SMS / Call | Pay by SMS / Call | |
| | Pay by Phone Call | Pay by Phone Call | |
| | Pay by Online Banking | Pay by Online Banking | Pay by Online Banking |
| | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |

Done

March 15, 2012





## Download File



**High Speed Download**

Filename: **234-Blain_Tutera__Noah_Shyboy_Jackson.part1.rar**

File size: 150.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



## Download File

**High Speed Download**

Filename: **G3.part1.rar**
File size: 400.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✖ |
| Downloads resume: | ✔ | ✖ |
| No advertisements: | ✔ | ✖ |
| No downloads captcha: | ✔ | ✖ |
| Download time: | 3 minutes | 29 minutes |
| **Download type:** | **High Speed Download** | **Regular Download** |

Copyright © 2001-2012 ORON.com, All Rights Reserved.

Case: 1:12-cv-05844 Document #: 23-34 Filed: 12/03/12 Page 22 of 50 PageID #:1060





English ↓
Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

Filename: **234-Blain_Tutera__Noah_Shyboy_Jackson.part2.rar**
File size: 150.0 Mb

**High Speed Download**

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |







Case: 1:12-cv-05844 Document #: 23-34 Filed: 12/03/12 Page 28 of 50 PageID #:1066











ORON

🇬🇧 English ⌄

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



**High Speed Download**

Filename: **[Raw Rods] Raw Rods 8 - Flood That Booty.part2.rar**

File size: 252.7 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



Case: 1:12-cv-05844 Document #: 23-34 Filed: 12/03/12 Page 35 of 50 PageID #:1073

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✖ |
| Downloads resume: | ✔ | ✖ |
| No advertisements: | ✔ | ✖ |
| No downloads captcha: | ✔ | ✖ |
| Download time: | 3 minutes | 29 minutes |
| Download type: | **High Speed Download** | **Regular Download** |









English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

<table>
<tr>
<td></td>
<td colspan="2">High Speed Download</td>
<td align="right">Filename: **G4.part2.rar**<br>File size: 300.0 Mb</td>
</tr>
</table>

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



Case: 1:12-cv-05844 Document #: 23-34 Filed: 12/03/12 Page 41 of 50 PageID #:1079



Case: 1:12-cv-05844 Document #: 23-34 Filed: 12/03/12 Page 42 of 50 PageID #:1080







Case: 1:12-cv-05844 Document #: 23-34 Filed: 12/03/12 Page 45 of 50 PageID #:1083



English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

High Speed Download

Filename: **Billy Baxter + Hotrod.part1.rar**
File size: 310.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



**Download File**

Filename: **[Raw Rods] Raw Rods 8 - Flood That Booty.part3.rar**
File size: 252.7 Mb

High Speed Download

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



Case: 1:12-cv-05844 Document #: 23-34 Filed: 12/03/12 Page 49 of 50 PageID #:1087

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✘ |
| Downloads resume: | ✔ | ✘ |
| No advertisements: | ✔ | ✘ |
| No downloads captcha: | ✔ | ✘ |
| Download time: | 3 minutes | 29 minutes |
| Download type: | **High Speed Download** | **Regular Download** |

