





Case: 1:12-cv-05844 Document #: 23-35 Filed: 12/03/12 Page 4 of 50 PageID #:1092



Case: 1:12-cv-05844 Document #: 23-35 Filed: 12/03/12 Page 5 of 50 PageID #:1093

Download - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

C   X   ⌂   | http://oron.com/nirz3gi6f7ju

M Flava Works... | ⬤ Downl... × | ⬤ Download | ⬤ Download | ⬤ Download | ⬤ Download | ⬤ Download | ⬤ Download | ⬤ Download | ⬤ Download | ⬤ Download | ⬤ Download | ⬤ Download

ORON

English ✦

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

**High Speed Download**

Filename: **SkOSk2.part1.rar**
File size: 700.0 Mb

| 1 days | 30 days | 90 days | 365 days |
|--------|---------|---------|----------|
| € 2.99 | € 9.95 | € 24.95 | € 74.95 |
| Pay by SMS / Call | Pay by SMS / Call | Pay by SMS / Call | |
| | Pay by Phone Call | Pay by Phone Call | |
| | Pay by Online Banking | Pay by Online Banking | Pay by Online Banking |
| | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

Premium Features

Done

March 16, 2012

English ✦

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **476-Indy__Tony_Michaels.part3.rar**
File size: 150.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✘ |
| Downloads resume: | ✔ | ✘ |
| No advertisements: | ✔ | ✘ |
| No downloads captcha: | ✔ | ✘ |
| Download time: | 3 minutes | 29 minutes |
| Download type: | **High Speed Download** | **Regular Download** |





## Download File



High Speed Download

Filename: **Breakz + Jarvis Chandler.wmv**
File size: **413.9 Mb**

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ⬇

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File

**High Speed Download**

Filename: **[Raw Rods] Raw Rods 8 - Flood That Booty.part6.rar**
File size: 252.7 Mb

| 30 days € 9.95 | 90 days € 24.95 | 180 days € 44.95 | 365 days € 74.95 |
|---|---|---|---|
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |









English +

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

High Speed Download

Filename: **Breion Diamond + Cayden Cooper.part1.rar**
File size: 275.0 Mb

| 30 days<br>€ 9.95 | 90 days<br>€ 24.95 | 180 days<br>€ 44.95 | 365 days<br>€ 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Case: 1:12-cv-05844 Document #: 23-35 Filed: 12/03/12 Page 18 of 50 PageID #:1106

English ↓

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



**High Speed Download**

Filename: **[Raw Rods] Raw Rods 8 - Flood That Booty.part7.rar**
File size: 131.3 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Case: 1:12-cv-05844 Document #: 23-35 Filed: 12/03/12 Page 19 of 50 PageID #:1107



ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✘ |
| Downloads resume: | ✔ | ✘ |
| No advertisements: | ✔ | ✘ |
| No downloads captcha: | ✔ | ✘ |
| Download time: | 3 minutes | 29 minutes |
| Download type: | **High Speed Download** | **Regular Download** |



English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **Breion Diamond + Cayden Cooper.part2.rar**
File size: 270.1 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



**Download Nuts3 part3 rar - Mozilla Firefox**

File  Edit  View  History  Bookmarks  Tools  Help

oron.com/pjdu5x3hrodk/M.Nuts3.part3.rar.html

English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

**High Speed Download**

Filename: **M.Nuts3.part3.rar**
File size: 500.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| **Premium Features** | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |





English ▼

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

**High Speed Download**

Filename: **Breion Diamond + Levi Summers.part1.rar**
File size: 310.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ↓

Upload Files | Premium | Sign Up | Login | Forgot your password?

## Download File

**High Speed Download**

Filename: **Raw Rods 5 - Deep Impact.part2.rar**
File size: 583.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Case: 1:12-cv-05844 Document #: 23-35 Filed: 12/03/12 Page 29 of 50 PageID #:1117





English ▾

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File



**High Speed Download**

Filename: **ThugBoy Daddy & Prince.mp4**
File size: 275.6 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

🇬🇧 English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **Breion Diamond + Levi Summers.part2.rar**
File size: 306.9 Mb

| 30 days<br>€ 9.95 | 90 days<br>€ 24.95 | 180 days<br>€ 44.95 | 365 days<br>€ 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





## Download File

**High Speed Download**

Filename: T_h_u_g_b_o_y_V_o_l_8_-_F_c_k_W_h_a_t_Y_o_u
H_e_a_r_d.wmv
File size: 966.2 Mb

| 30 days<br>€ 9.95 | 90 days<br>€ 24.95 | 180 days<br>€ 44.95 | 365 days<br>€ 74.95 |
|---|---|---|---|
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



**Download Nuts3 part1 rar - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

oron.com/sndn94nx9xa2/M.Nuts3.part1.rar.html

🇬🇧 English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

**High Speed Download**

Filename: **M.Nuts3.part1.rar**
File size: 500.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |







## Download File

**High Speed Download**

Filename: **Breion Diamond and Jack Michaels.part1.rar**
File size: 300.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English
Upload Files   Premium   Sign Up   Login   Forgot your password?







English +

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



High Speed Download

Filename: **Breion Diamond and Jack Michaels.part2.rar**
File size: 300.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

## Download File



**High Speed Download**

Filename: **T8_ugBoy_4_T8_ugged_Out.part2.rar**
File size: **199.3 Mb**

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





Case: 1:12-cv-05844 Document #: 23-35 Filed: 12/03/12 Page 45 of 50 PageID #:1133

English +

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

High Speed Download

Filename: **Breion Diamond and Jack Michaels.part3.rar**
File size: 296.1 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



High Speed Download

Filename: **ThugBoy Vol. 6. Playas in Action.part1.rar**
File size: 1000.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| **€ 9.95** | **€ 24.95** | **€ 44.95** | **€ 74.95** |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



Upload Files  Premium  Sign Up  Login  Forgot your password?

🇬🇧 English ↓

## Download File



**High Speed Download**

Filename: **233-Blain_Tutera__Golden_Secret.part4.rar**
File size: 150.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



## Download File

**ORON**

🏳 English ◆

Upload Files · Premium · Sign Up · Login · Forgot your password?

Filename: **Cayden Cooper + Cody Kyler + DeAngelo Jackson.part1.rar**
File size: 300.0 Mb

**High Speed Download**

| 30 days<br>€ 9.95 | 90 days<br>€ 24.95 | 180 days<br>€ 44.95 | 365 days<br>€ 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✖ |



English ↓

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



High Speed Download

Filename: **ThugBoy Vol. 6. Playas in Action.part2.rar**
File size: 200.7 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|------------------|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |