









English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



**High Speed Download**

Filename: Cayden Cooper + Cody Kyler + DeAngelo Jackson.part3.rar
File size: 296.1 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **T8ugBoy_Vol._6._Playas_in_Action.avi.part1.rar**
File size: 450.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|------------------|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✖ |





ORON

English ◆

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

**High Speed Download**

Filename: **Cayden Cooper + Jessie Rabbit.part1.rar**
File size: 330.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Done

May 18, 2012

Download Thug Boy Vol Playas Action avi part2 rar - Mozilla Firefox

http://oron.com/5x28qnb0irdu/ThugBoy_Vol_6._Playas_in_Action.avi.part2.rar.html

Google

M Flava Works Mail - (no subject) - eu... ×  |  Download Thug Boy Vol Playas Ac... ×  |  Download Thug Boy Vol Playas Acti... ×

English ↓

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

**High Speed Download**

Filename: T8ugBoy_Vol._6._Playas_in_Action.avi.part2.rar
File size: 450.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by VISA | Pay by VISA | Pay by VISA | Pay by VISA |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Done

May 21, 2012

English ▾
Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



**High Speed Download**

Filename: **233-Blain_Tutera__Golden_Secret.part7.rar**
File size: 7.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ⏷

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



High Speed Download

Filename: **Cayden Cooper + Jessie Rabbit.part2.rar**

File size: 325.9 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



Case: 1:12-cv-05844 Document #: 23-36 Filed: 12/03/12 Page 14 of 50 PageID #:1152





English +

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File

High Speed Download

Filename: **Cayden Cooper + Ken Mariano.part1.rar**
File size: 395.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

High Speed Download

Filename: **530-Kendrys_and_Willie_Gray.rar**
File size: 118.2 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

# Download File

High Speed Download

Filename: **Cayden Cooper + Ken Mariano.part2.rar**
File size: 393.7 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

## Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?



English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

**High Speed Download**

Filename: **Mixxed_Nts__3.mpg**
File size: 1755.2 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |







**Download File**

Filename: **raikudurh6897.rar**
File size: 411.9 Mb

High Speed Download

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



**High Speed Download**

Filename: **Cayden Cooper + Kid Kudi.part2.rar**
File size: 290.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **Cayden Cooper + Kid Kudi.part3.rar**
File size: 275.1 Mb

| 30 days<br>€ 9.95 | 90 days<br>€ 24.95 | 180 days<br>€ 44.95 | 365 days<br>€ 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



Case: 1:12-cv-05844 Document #: 23-36 Filed: 12/03/12 Page 28 of 50 PageID #:1166

## Download File



**High Speed Download**

Filename: **Chance Jacobs + Jack Micheals.part1.rar**
File size: 350.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





## Download File

High Speed Download

Filename: **Chance Jacobs + Jack Micheals.part2.rar**
File size: 348.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Case: 1:12-cv-05844 Document #: 23-36 Filed: 12/03/12 Page 31 of 50 PageID #:1169



## Download File

**High Speed Download**

Filename: _5BBLACK_TWINKS_5D_RAWRODS_-SEPT_2010-_Tokyo_and_Romeo_Storm.wmv
File size: 428.8 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Premium Features | | |
|------------------|--------|-----|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



English ↓
Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: Cody Kyler + DeAngelo Jackson + Jules.part1.rar
File size: 330.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✖ |



🇬🇧 English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

**High Speed Download**

Filename: **Star Str_uck.part2.rar**
File size: 746.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|------------------|------|-----|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |



Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



Filename: **f4567ujk.rar**
File size: 326.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Case: 1:12-cv-05844 Document #: 23-36 Filed: 12/03/12 Page 35 of 50 PageID #:1173

🌐 Download Star Str uck part1 rar - Mozilla Firefox

File   Edit   View   History   Bookmarks   Tools   Help

Download... ×  | Star Struck_... | Stooorage - ... | Baby Boy's D... | Download Bb... | Download Bb... | Download Bb... | Baby Boy_s ... | Stooorage - ... | [GAY]Twinks/... | Просмотр ув... | Download Ga... | Download (  > | + |

oron.com/sfi1twv02i4v/Star_Str_uck.part1.rar.html

🔍 ▼ C   | Google

🏴󠁧󠁢󠁥󠁮󠁧󠁿 English ✦

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

**High Speed Download**

Filename: **Star Str_uck.part1.rar**
File size: 760.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |



Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

High Speed Download

**Filename:** Cody Kyler + DeAngelo Jackson + Jules.part2.rar
**File size:** 330.0 Mb

| 30 days<br>€ 9.95 | 90 days<br>€ 24.95 | 180 days<br>€ 44.95 | 365 days<br>€ 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





## Download File

Filename: **Cody Kyler + DeAngelo Jackson.part1.rar**
File size: 375.0 Mb

High Speed Download

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



Download - Mozilla Firefox

http://oron.com/p2jwj90i7gd5

🇬🇧 English ▾

Upload Files · Premium · Sign Up · Login · Forgot your password?

## Download File

High Speed Download

Filename: **Cody Kyler + DeAngelo Jackson.part2.rar**
File size: 374.1 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Done

May 18, 2012



English ↓

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **Cody Kyler + Ken Mariano.part1.rar**
File size: 385.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



**Download Bby Boys Dorm part3 rar - Mozilla Firefox**

File   Edit   View   History   Bookmarks   Tools   Help

oron.com/rendemg47kx2/Bby__Boys_Dorm.part3.rar.html

English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

**High Speed Download**

Filename: **Bby__Boys_Dorm.part3.rar**
File size: 782.9 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |





English ⏷

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **Cody Kyler + Malo.part1.rar**
File size: 265.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✖ |

Done

May 18, 2012



English ↓

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



High Speed Download

Filename: **Cody Kyler + Malo.part2.rar**
File size: 262.9 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



**High Speed Download**

Filename: **Cody Kyler + Markell.part1.rar**
File size: 290.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



## Download File

High Speed Download

Filename: **Cody Kyler + Markell.part3.rar**
File size: 286.8 Mb

| 30 days € 9.95 | 90 days € 24.95 | 180 days € 44.95 | 365 days € 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



English ✦

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

⬇ **High Speed Download**

Filename: **Cody Kyler + Mr Saukei + Tyson.part1.rar**
File size: 300.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |