





English ▼

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

**Filename:** Cody Kyler + Ninja Nixon.part1.rar
**File size:** 270.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



Case: 1:12-cv-05844 Document #: 23-37 Filed: 12/03/12 Page 4 of 42 PageID #:1192

# Download File

**Filename:** Cody Kyler + Ninja Nixon.part2.rar
**File size:** 270.0 Mb

High Speed Download

| 30 days | 90 days | 180 days | 365 days |
| --- | --- | --- | --- |
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

## Premium Features

| Download speed: | Maximum | Low |
| --- | --- | --- |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

High Speed Download

Filename: **Cody Kyler + Ninja Nixon.part3.rar**
File size: 266.8 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |









Upload Files  Premium  Sign Up  Login  Forgot your password?

**Download File**



High Speed Download

Filename: **Domino Star + Jesse Rabbit + Micah Andrews.part1.rar**
File size: 330.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ▼

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



High Speed Download

Filename: **Domino Star + Jesse Rabbit + Micah Andrews.part2.rar**
File size: **330.0 Mb**

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



High Speed Download

Filename: **Domino Star + Jesse Rabbit + Micah Andrews.part3.rar**
File size: 315.8 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



Upload Files   Premium   Sign Up   Login   Forgot your password?

English

## Download File

High Speed Download

Filename: **Hotrod + Marco Cruise.part1.rar**
File size: 240.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



English ⌄

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **Hotrod + Marco Cruise.part2.rar**
File size: 233.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



English +

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **Ian Cody + Ken Mariano + Rock.part1.rar**
File size: 320.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



**ORON**

English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **Ian Cody + Ken Mariano + Rock.part2.rar**
File size: 317.8 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

ORON

## Download File

High Speed Download

Filename: **Indy + Tony Michaels.part1.rar**
File size: 310.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



**High Speed Download**

Filename: **Indy + Tony Michaels.part2.rar**
File size: **308.0 Mb**

| 30 days<br>€ 9.95 | 90 days<br>€ 24.95 | 180 days<br>€ 44.95 | 365 days<br>€ 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File

**High Speed Download**

Filename: **Jarvis Chandler + Usher Richbanks.part1.rar**
File size: 403.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



ORON

Upload Files     Premium     Sign Up     Login     Forgot your password?

## Download File



High Speed Download

Filename: **Jason Hearst + Usher Richbanks.part2.rar**
File size: 364.2 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



## Download File

High Speed Download

Filename: **Jay Sean + Jason Hearst.part2.rar**
File size: 280.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



🏴 English +

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File



**High Speed Download**

Filename: **Johnny Caste + Troy Moreno.part1.rar**
File size: 305.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Case: 1:12-cv-05844 Document #: 23-37 Filed: 12/03/12 Page 24 of 42 PageID #:1212

English ▾

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



**High Speed Download**

Filename: **Johnny Caste + Troy Moreno.part2.rar**
File size: 305.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ⬇

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



**High Speed Download**

Filename: **Johnny Caste + Troy Moreno.part3.rar**
File size: 301.8 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



**Download - Mozilla Firefox**

http://oron.com/jd4ruxnlegso

🏴 English ↓

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File

Filename: **Justin Tyler + Markell.part1.rar**
File size: 290.0 Mb

High Speed Download

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✔ | 60 seconds |
| Download starts instantly: | ✔ | 100 Mb per hour |
| Download accelerators support: | ✔ | ✘ |

Done

May 18, 2012



Download - Mozilla Firefox

http://oron.com/fnbi45to0fkl

English ↓

Upload Files | Premium | Sign Up | Login | Forgot your password?

## Download File

High Speed Download

Filename: **Justin Tyler + Markell.part2.rar**
File size: 290.0 Mb

| 30 days<br>€ 9.95 | 90 days<br>€ 24.95 | 180 days<br>€ 44.95 | 365 days<br>€ 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Done

May 18, 2012





English ⌄

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File

High Speed Download

Filename: **Kobe + Mixie.wmv**
File size: 371.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English +

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



High Speed Download

Filename: **Mr Saukei + Tony Michaels.part1.rar**
File size: 280.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



**ORON**

English +

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File

High Speed Download

Filename: **Mr Saukei + Tony Michaels.part2.rar**
File size: 280.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ↓

Upload Files   Premium   Sign Up   Login   Forgot your password?

## Download File



High Speed Download

Filename: **Mr Saukei + Tony Michaels.part3.rar**
File size: 263.7 Mb

| 30 days | 90 days | 180 days | 365 days |
|---------|---------|----------|----------|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|-----------------|---------|-----|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

**ORON**

English +

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File



High Speed Download

Filename: **0009_egy_Raw Thugs.part1.rar**
File size: 300.0 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

Filename: **0009_egy_Raw Thugs.part2.rar**
File size: 300.0 Mb

High Speed Download

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |





## Download File

High Speed Download

Filename: **0009_egy_Raw Thugs.part4.rar**
File size: 65.8 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



**English ▾**

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

**High Speed Download**

Filename: **Baby Star + Billy Baxter.mp4**
File size: 398.7 Mb

| 30 days € 9.95 | 90 days € 24.95 | 180 days € 44.95 | 365 days € 74.95 |
|---|---|---|---|
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

### Premium Features

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |



English ▾

Upload Files    Premium    Sign Up    Login    Forgot your password?

## Download File

High Speed Download

Filename: **s.wmv**
File size: 1165.6 Mb

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

| Premium Features | | |
|---|---|---|
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Upload Files    Premium    Sign Up    Login    Forgot your password?

**Download File**

Filename: **Dominant_Raw_Tops_2_Black_Bottom_Hunters.part2.rar**
File size: 350.0 Mb

High Speed Download

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| Download speed: | Maximum | Low |
|---|---|---|
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |

Upload Files  Premium  Sign Up  Login  Forgot your password?

## Download File



Filename: **Dominant_Raw_Tops_2_Black_Bottom_Hunters.part1.rar**
File size: 350.0 Mb

High Speed Download

| 30 days | 90 days | 180 days | 365 days |
| --- | --- | --- | --- |
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Credit Card | Pay by Credit Card | Pay by Credit Card | Pay by Credit Card |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

ORON.com authorized resellers and alternative payment methods

**Premium Features**

| | | |
| --- | --- | --- |
| Download speed: | Maximum | Low |
| Parallel downloads: | Unlimited | 1 |
| Max download file size: | Unlimited | 1024 Mb |
| No downloads delay: | ✓ | 60 seconds |
| Download starts instantly: | ✓ | 100 Mb per hour |
| Download accelerators support: | ✓ | ✗ |