**F FlavaWorks** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 866-935-7275 ✿ Toll Free: 1-877-352-8254

July 12, 2010

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:

Flava Works, Inc
Phillip Bleicher, Owner
2610 North Miami Ave
Miami, FL 33127 USA
Phone: 305-438-9450
Email: support@flavaworks.com

Infringing items :
http://oron.com/97t8zjay616u/Mixxxed_Nuts_2.part4.rar.html
http://oron.com/97t8zjay616u/Mixxxed_Nuts_2.part4.rar.html
http://oron.com/nyzp8cvbuwor/Mixxxed_Nuts_2.part1.rar.html
http://oron.com/nyzp8cvbuwor/Mixxxed_Nuts_2.part1.rar.html
http://oron.com/xljba5ew2qvh/Mixxxed_Nuts_2.part3.rar.html
http://oron.com/xljba5ew2qvh/Mixxxed_Nuts_2.part3.rar.html
http://oron.com/z4ng1krca2ag/Mixxxed_Nuts_2.part2.rar.html
http://oron.com/z4ng1krca2ag/Mixxxed_Nuts_2.part2.rar.html



Location of ORIGINAL WORKS:
http://www.FlavaWorks.com
http://www.CocoStore.com
http://www.CocoDorm.com
http://www.Thugboy.com

Sincerely,



Phillip Bleicher,
Copyright Owner



August 25, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the above named domain name owner or their agents and therefore infringes the copyright owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:

Flava Works, Inc
Phillip Bleicher, Owner
2610 North Miami Ave
Miami, FL 33127 USA
Phone: 305-438-9450
Email: support@flavaworks.com

Infringing items :

http://oron.com/6vqpalcf7lvd/Raw.Dickin.It.5.That.Country.Dick.2010.part2.rar.html
http://oron.com/ul9b7craxnzd/Raw.Dickin.It.5.That.Country.Dick.2010.part1.rar.html
http://oron.com/uq50wp326v39/Raw.Dickin.It.5.That.Country.Dick.2010.part3.rar.html


Location of ORIGINAL WORKS:
http://www.FlavaWorks.com



http://www.CocoStore.com
http://www.CocoDorm.com
http://www.Thugboy.com

Sincerely,



Phillip Bleicher,
Copyright Owner



September 6, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/0kuteq17r3vo/hornygay.biz-INTERRACE_MixItUpBoy_-Jul2011-_Alex_Flex_Flamez__Jarvis.mp4.html
http://oron.com/3v98nsk93t07
http://oron.com/5ckqif1udkwu/hornygay.biz-INTERRACE_MixItUpBoy_Jun2011-Ian_Ken__Rock.mp4.html
http://oron.com/6jlgm3tvyo0w/hornygay.biz-BareBack_Big_Black_Guys.mpeg.html
http://oron.com/716he4j10cm8/hornygay.biz-INTERRACE_MixItUpBoy_-Jun2011-_Kobe__Mixie.wmv.html
http://oron.com/cpffdbumaqxj/hornygay.biz-hornygay.biz-INTERRACE_MixItUpBoy_Jun2011-_Jason__Usher_Richbanks.mp4.html
http://oron.com/e9lis60ocaa3/hornygay.biz-RawRods_-_KC_Long_and_Nick_Omni.wmv.html
http://oron.com/gu73zdwc8vif/hornygay.biz-FW_-_Ccd_-_DL._18_-_C.u.m._H.a.r.d._O.r._F.u.c.k._O.f.f._2006-2009_-_1.56.44h.wmv.html
http://oron.com/k4x62w2bz7rp/hornygay.biz-2_Hot_White_Cocks__a_Hung_With_a_Hard_Dick.mp4.html
http://oron.com/l4uwu6ms9f5d
http://oron.com/po4cuq8gfx6u/hornygay.biz-Gay_-_Flava_Works_-_Snow_Ballerz.avi.html
http://oron.com/svywgi5otuzd/hornygay.biz-INTERRACE_MixItUpBoy_-Jul2011-_Chance___Jack_.mp4.html
http://oron.com/zi9ncgiaygtz/hornygay.biz-FW_-_S.w.a.g.g.e.r.s._2009_-__1.50.27h_-_XviD.avi.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com



http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com


Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

September 9, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 5



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✹ www.FlavaWorks.com ✹ 305-438-9450 ✹ FAX: 305-438-9470 ✹ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/zi9ncgiaygtz/hornygay.biz-FW_-_S.w.a.g.g.e.r.s._2009_-__1.50.27h_-_XviD.avi.html
http://oron.com/gu73zdwc8vif/hornygay.biz-FW_-_Ccd_-_DL._18_-_C.u.m._H.a.r.d._O.r._F.u.c.k._O.f.f._2006-2009_-_1.56.44h.wmv.html
http://oron.com/po4cuq8gfx6u/hornygay.biz-Gay_-_Flava_Works_-_Snow_Ballerz.avi.html
http://oron.com/uhn6c9uochvg/hornygay.biz-BLK_FlavaWorks_-Dec2010-_DORM_LIFE_V20_DOUBLE_X.mkv.html
http://oron.com/ipnkc421frb2/hornygay.biz-MixItUpBoy_-_Christian_Xavier_and_DeAngelo_Jackson.mp4.html
http://oron.com/o9b1n23im4ud/hornygay.biz-Mixitupboyz_-_DEANGELO_JACKSON_fucks_LIL_NIZ.mp4.html
http://oron.com/dp2x4p7b5wlo/hornygay.biz-BLK_RawRods_-Jun2011-Domino_Star__Jay_Sean.mp4.html
http://oron.com/ve0qrbr6477a/hornygay.biz-BLK_RawRods_-Jun2011-Manny_Baby__Romeo_Storm.wmv.html
http://oron.com/c4d9ezg1d4l6/hornygay.biz-BLK_RawRods_-Jun2011-_Angelus__Jay_Sean.wmv.html
http://oron.com/no0vpjxvqlpr/hornygay.biz-BLK_RawRods_-May2011-Mikeal_Race__Noah_Shyboy_Jackson.wmv.html
http://oron.com/smgd9y67nwai/hornygay.biz-BLK_RawRods_-Jun2011-Manny_Baby__Romeo_Storm.wmv.html
http://oron.com/oloi357e45jx/hornygay.biz-BLK_RawRods_-Jun2011-Domino_Star__Jay_Sean.mp4.html
http://oron.com/uf0dijg9agst/hornygay.biz-BLK_RawRods_-May2011-Mikeal_Race__Noah_Shyboy_Jackson.wmv.html
http://oron.com/716he4j10cm8/hornygay.biz-INTERRACE_MixItUpBoy_-Jun2011-_Kobe__Mixie.wmv.html
http://oron.com/cpffdbumaqxj/hornygay.biz-hornygay.biz-INTERRACE_MixItUpBoy_Jun2011-_Jason__Usher_Richbanks.mp4.html
http://oron.com/5ckqif1udkwu/hornygay.biz-INTERRACE_MixItUpBoy_Jun2011-Ian_Ken__Rock.mp4.html
http://oron.com/svywgi5otuzd/hornygay.biz-INTERRACE_MixItUpBoy_-Jul2011-_Chance___Jack_.mp4.html



http://uploaded.to/file/0vxpaw2l/hornygay.biz-INTERRACE_MixItUpBoy_-Jul2011-_Chance___Jack_.mp4
http://oron.com/0kuteq17r3vo/hornygay.biz-INTERRACE_MixItUpBoy_-Jul2011-_Alex_Flex_Flamez__Jarvis.mp4.html
http://oron.com/13gwwdigzclf/hornygay.biz-BLK_RawRods_-Jul2011-_KC_Long__Nick_Omni.wmv.html


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com



Sincerely,



Phillip Bleicher,
Chief Executive Officer



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

phil@flavaworks.com



September 14, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 5



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/0i1irvzfst5r/
http://oron.com/1th3o8ginrl6/1438968831.part3.rar.html
http://oron.com/2f88uetcbvoa/ThugBoy.Daddy.Prince.part2.rar.html
http://oron.com/2zzyz5laocgg/1438968881.part4.rar.html
http://oron.com/33y9ruirkvmc/1438968871.part5.rar.html
http://oron.com/60gk2pjtt32h/
http://oron.com/6dkyybh630qa
http://oron.com/768aww05dmdu/Raw.Rod_3_Get.T.N.part3.rar.html
http://oron.com/7oqh80yyw89o/ThugBoy.Daddy.Prince.part1.rar.html
http://oron.com/7t947qgnbaa9/ThugBoy.Daddy.Prince.part3.rar.html
http://oron.com/7vieq7ssbm2l/1438968881.part3.rar.html
http://oron.com/9pi6n7e3u4c7/Raw.Rod_3_Get.T.N.part2.rar.html
http://oron.com/a2e5102uw5la/
http://oron.com/a6i98abywwua/1438968881.part1.rar.html
http://oron.com/ag563pu6hcdx/1438968831.part4.rar.html
http://oron.com/bd7f41dvjcsg/1438968871.part3.rar.html
http://oron.com/cycdrk13w1kz/ThugBoy6.part1.rar.html
http://oron.com/cyr5hcdvp4du
http://oron.com/cztw57tnu407/ThugBoy6.part3.rar.html
http://oron.com/dppjqgquxgzo
http://oron.com/exv23loy3ght/1438968871.part4.rar.html
http://oron.com/f37cvwmguk16
http://oron.com/f5t1p2qg76e3/D.Life15.part3.rar.html
http://oron.com/fcs5cjcd6uh1/
http://oron.com/g9u08n9apmzk/1438968831.part1.rar.html
http://oron.com/i26pdm7svlcr
http://oron.com/i64hu0cmy1sw/
http://oron.com/ib0tsq0bxolp/1438968871.part1.rar.html
http://oron.com/l4su461dbsq1/1438968831.part2.rar.html
http://oron.com/lo6a1srntmwb/
http://oron.com/n09w6yr1txne/1438968881.part2.rar.html
http://oron.com/pj9wdzoqpyg4/D.Life15.part1.rar.html



http://oron.com/q1j229clnzin/
http://oron.com/q766mb29206l/D.Life15.part2.rar.html
http://oron.com/qypiumqrlf8g/
http://oron.com/rf7aj777bavb/Raw.Rod_3_Get.T.N.part4.rar.html
http://oron.com/sgfzgk7zbej8/D.Life15.part4.rar.html
http://oron.com/t8s597ixy70q
http://oron.com/tto7gypecjgr/1438968871.part2.rar.html
http://oron.com/wipxxr0s5d6x
http://oron.com/wtmztfljgnef/Raw.Rod_3_Get.T.N.part1.rar.html
http://oron.com/x31c1rbkhifm/ThugBoy6.part2.rar.html
http://oron.com/xpwdmd7bwjcj/
http://oron.com/b6ayra1gmbkg/THUGBOY_-Mar2011-Rock_&_Syxx.rar.html
http://oron.com/f0txivm51ppt/THUGBOY_-Mar2011-_Pharrell_&_Usher_Richbanks_.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 5, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/zi9ncgiaygtz/hornygay.biz-FW_-_S.w.a.g.g.e.r.s._2009_-__1.50.27h_-_XviD.avi.html
http://oron.com/gu73zdwc8vif/hornygay.biz-FW_-_Ccd_-_DL._18_-_C.u.m._H.a.r.d._O.r._F.u.c.k._O.f.f._2006-2009_-_1.56.44h.wmv.html
http://oron.com/po4cuq8gfx6u/hornygay.biz-Gay_-_Flava_Works_-_Snow_Ballerz.avi.html
http://oron.com/uhn6c9uochvg/hornygay.biz-BLK_FlavaWorks_-Dec2010-_DORM_LIFE_V20_DOUBLE_X.mkv.html
http://oron.com/k54xaq99nmnc/hornygay.biz-THUGBOY_-Apr2011-_Justin_Kace__Manny_Baby.wmv.html
http://oron.com/ueud2dkr6yjz/hornygay.biz-THUGBOY_-May2011-Mikeal_Race_and_Usher_Richbanks.wmv.html
http://oron.com/0kuteq17r3vo/hornygay.biz-INTERRACE_MixItUpBoy_-Jul2011-_Alex_Flex_Flamez__Jarvis.mp4.html
http://oron.com/dp2x4p7b5wlo/hornygay.biz-BLK_RawRods_-Jun2011-Domino_Star__Jay_Sean.mp4.html
http://oron.com/ve0qrbr6477a/hornygay.biz-BLK_RawRods_-Jun2011-Manny_Baby__Romeo_Storm.wmv.html
http://oron.com/c4d9ezg1d4l6/hornygay.biz-BLK_RawRods_-Jun2011-_Angelus__Jay_Sean.wmv.html
http://oron.com/no0vpjxvqlpr/hornygay.biz-BLK_RawRods_-May2011-Mikeal_Race__Noah_Shyboy_Jackson.wmv.html
http://oron.com/kowg6atq5ep2/hornygay.biz-RAWRODS_-Aug2011-_Arquez_Fucked_by_Valentino__HD.wmv.html
http://oron.com/jbdhr5ipy9kw/hornygay.biz-RawRods__Artiste_Styles__Domino_Star__Ricky_Royal.wmv.html
http://oron.com/zog3xmkggpdw/hornygay.biz-RawRods__Artiste_Styles_&_Domino_Star_&_Ricky_Royal.wmv.part1.rar.html
http://oron.com/ozsecpc3ynxw/hornygay.biz-RawRods__Artiste_Styles_&_Domino_Star_&_Ricky_Royal.wmv.part2.rar.html
http://oron.com/p20y2x3f4rb8/hornygay.biz-Raw_Rods_Artiste_Styles__Domino_Star__720p_HD.wmv.html

Location of ORIGINAL WORKS:



http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 7, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/772sbjs4m3k5/MixItUpBoy_Cody_Kyler_&amp
http://oron.com/hwrdjj9kfrqo
http://oron.com/2ttc4uouer9f/MixItUpBoy_Cody_Kyler__Cayden_Cooper__Deangelo_Jackson.part1.rar.html
http://oron.com/fcijrmnthbkj/MixItUpBoy_Cody_Kyler__Cayden_Cooper__Deangelo_Jackson.part2.rar.html
http://oron.com/ewt5hs8tmzng/MixItUpBoy_Cody_Kyler__Cayden_Cooper__Deangelo_Jackson.part3.rar.html
http://oron.com/8d6du2y7zype/MixItUpBoy_Cody_Kyler__Cayden_Cooper__Deangelo_Jackson.part4.rar.html
http://oron.com/9unu6r9k7og3/Cody_Kyler___DeAngelo_Jackson_-_720p_HD.rar.html
http://oron.com/cpf8u58thswi/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/xns5xpk4az07/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/2ds0iw13olrk/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/1m2b3woh5ujk
http://oron.com/q8j7y73ry0xj/Cody_Kyler___DeAngelo_Jackson___Jules_-_720p_HD.rar.html
http://oron.com/ctknb84rdb7c/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/bhdg1k7jiu1c/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/a0od76zrhl9b/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/e6buwdaail6z/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/q88vlkcua286/Mix.It.Up.Boy_-_Cayden_Cooper_&amp
http://oron.com/of2ud4qho2rc/Mix.It.Up.Boy_-_Cayden_Cooper_&amp
http://oron.com/marg7ai1z286/Mix.It.Up.Boy_-_Cayden_Cooper_&amp
http://oron.com/29ex5mmja253/Mix.It.Up.Boy_-_Cayden_Cooper_&amp
http://oron.com/3ej554dmw452
http://oron.com/zs7jzdp3iumu
http://oron.com/qg4i0fvdujgs
http://oron.com/p2hm3oiedg3z
http://oron.com/u2mlsdt7jitk
http://oron.com/g4elohgpaw81
http://oron.com/01gevoxmnvwi
http://oron.chttp://oron.com/dppjqgquxgzo
http://oron.com/i26pdm7svlcr
http://oron.com/dppjqgquxgzo
http://oron.com/i26pdm7svlcrom/xpl0ib5whziy
http://oron.com/dppjqgquxgzo



http://oron.com/i26pdm7svlcr

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 11, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

                                                        ***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/45zhvd05qz7b
http://oron.com/9aajgggmwgye
http://oron.com/4cuhvhyf4urj
http://oron.com/2pslv9mv1kpx
http://oron.com/78apvyct4n8z
http://oron.com/m06619d8b09j
http://oron.com/q5hqdxxx2da0
http://oron.com/oompikhxrqa7
http://oron.com/cuarrhli8j0b
http://oron.com/ompr3118yaye
http://oron.com/vwz4cqepat83
http://oron.com/3y46y1wg7cls
http://oron.com/xe0pw6wjklji
http://oron.com/lheq6hilxr1b
http://oron.com/f37cvwmguk16
http://oron.com/cyr5hcdvp4du
http://oron.com/4cuhvhyf4urj
http://oron.com/2pslv9mv1kpx

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com



**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 17, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/772sbjs4m3k5/MixItUpBoy_Cody_Kyler_&amp
http://oron.com/hwrdjj9kfrqo
http://oron.com/2ttc4uouer9f/MixItUpBoy_Cody_Kyler__Cayden_Cooper__Deangelo_Jackson.part1.rar.html
http://oron.com/fcijrmnthbkj/MixItUpBoy_Cody_Kyler__Cayden_Cooper__Deangelo_Jackson.part2.rar.html
http://oron.com/ewt5hs8tmzng/MixItUpBoy_Cody_Kyler__Cayden_Cooper__Deangelo_Jackson.part3.rar.html
http://oron.com/8d6du2y7zype/MixItUpBoy_Cody_Kyler__Cayden_Cooper__Deangelo_Jackson.part4.rar.html
http://oron.com/9unu6r9k7og3/Cody_Kyler___DeAngelo_Jackson_-_720p_HD.rar.html
http://oron.com/cpf8u58thswi/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/xns5xpk4az07/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/2ds0iw13olrk/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/1m2b3woh5ujk
http://oron.com/q8j7y73ry0xj/Cody_Kyler___DeAngelo_Jackson___Jules_-_720p_HD.rar.html
http://oron.com/e6buwdaail6z/Mix.It.Up.Boy_-_Cody_Kyler_&amp
http://oron.com/q88vlkcua286/Mix.It.Up.Boy_-_Cayden_Cooper_&amp
http://oron.com/of2ud4qho2rc/Mix.It.Up.Boy_-_Cayden_Cooper_&amp
http://oron.com/marg7ai1z286/Mix.It.Up.Boy_-_Cayden_Cooper_&amp
http://oron.com/29ex5mmja253/Mix.It.Up.Boy_-_Cayden_Cooper_&amp

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com



http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 21, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital **Millennium Copyright Act**

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/65povi876fxe/ThugBoy9.AllAboutTheDick.part1.rar.html
http://oron.com/d0qpmh07dggb/ThugBoy9.AllAboutTheDick.part2.rar.html
http://oron.com/k3ncn7bfhpit/ThugBoy9.AllAboutTheDick.part3.rar.html
http://oron.com/ikrujh5k7mlb/ThugBoy9.AllAboutTheDick.part4.rar.html
http://oron.com/gyihkc1ik6yw/ThugBoy9.AllAboutTheDick.part5.rar.html
http://oron.com/zvz4v856rmar/ThugBoy9.AllAboutTheDick.part6.rar.html
http://oron.com/ajkd9d3jmqbx
http://oron.com/ueu9wxp8jz7l
http://oron.com/lcsp0rmb4b9z
http://oron.com/tuhkitw45vel
http://oron.com/40z28xxzw1cx/Flava-Dorm_Life_15.wmv.html
http://oron.com/3frtcwi94db3/Flava-Dorm_Life_15.part1.rar.html
http://oron.com/p3croknhp778/Flava-Dorm_Life_15.part2.rar.html
http://oron.com/qtdcve3z9ai3/Flava-Dorm_Life_15.part3.rar.html
http://oron.com/8wn8p6mn4rlb/Flava-Dorm_Life_15.part4.rar.html


Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



October 24, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 6



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ❄ www.FlavaWorks.com ❄ 305-438-9450 ❄ FAX: 305-438-9470 ❄ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ☀ www.FlavaWorks.com ☀ 305-438-9450 ☀ FAX: 305-438-9470 ☀ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/9hmr2xdkkhnx
http://oron.com/k4e5bl2mxpjr
http://oron.com/51kcc5f3lhze
http://oron.com/fmavy7nks7ey
http://oron.com/lgfguystb158
http://oron.com/nl0tbuz1k4is
http://oron.com/kzp3l659ssd0
http://oron.com/wucrs6a6f2qa
http://oron.com/j0eh0ylkp1ip/Miami_Uncut.part1.rar.html
http://oron.com/bw6nahojrxf4/Miami_Uncut.part2.rar.html
http://oron.com/pf37fxvbjgsm/Miami_Uncut.part3.rar.html
http://oron.com/8dywy1pb98w5/Miami_Uncut.part4.rar.html
http://oron.com/la6dk513jwxz/Miami_Uncut.part5.rar.html
http://oron.com/aop1nti8y16j/Miami_Uncut.part6.rar.html
http://oron.com/snclbejgawwf/Flava_W...part1.rar.html
http://oron.com/9w5qsk545bts/Flava_W...part2.rar.html
http://oron.com/wl3lu93j5u4o/Flava_W...part3.rar.html
http://oron.com/3mnzewgm8mdm/Flava_W...part4.rar.html
http://oron.com/sxgp2kyeydzf/Flava_W...part5.rar.html
http://oron.com/5vjehqf6s16u/Flava_W...part6.rar.html
http://oron.com/wi5aftyl9qa5/
http://oron.com/4rf5dz8ohhlr/
http://oron.com/lr8pw9tizubn/
http://oron.com/sqr23rldw6xf/
http://oron.com/wi5aftyl9qa5/
http://oron.com/4rf5dz8ohhlr/
http://oron.com/lr8pw9tizubn/
http://oron.com/sqr23rldw6xf/
http://oron.com/tere9pkb8poj/Miami_U...part1.rar.html
http://oron.com/x9f3ive58czv/Miami_U...part2.rar.html
http://oron.com/vpigiqbn5gh1/Miami_U..._Hell.wmv.html
http://oron.com/rvizquv8gn2u/Mi_amiUncut.part1.rar.html



http://oron.com/1m4a93bnpq51/Mi_amiUncut.part2.rar.html
http://oron.com/oheo4kokmj0a/Mi_amiUncut.part3.rar.html
http://oron.com/ig5uqynhnbg0/Mi_amiUncut.part4.rar.html
http://oron.com/q6rp8iv0va2l
http://oron.com/q5hqdxxx2da0
http://oron.com/oompikhxrqa7
http://oron.com/tvsq5f962pwg/2.RawRo...part1.rar.html
http://oron.com/gohpr555iezm/2.RawRo...part2.rar.html
http://oron.com/fjfw9cht0ehs/2.RawRo...part3.rar.html
http://oron.com/710lr4mj0vt5/2.RawRo...part4.rar.html
http://oron.com/13kcc0e16q0u/2.RawRo...part5.rar.html
http://oron.com/phop532vv11f/2.RawRo...part1.rar.html
http://oron.com/yds17pjwj77p/2.RawRo...part2.rar.html
http://oron.com/93m69v0p7723/2.RawRo...part3.rar.html
http://oron.com/saimx8b57e7z/2.RawRo...part4.rar.html
http://oron.com/7bl1uagsxrd5/2.RawRo...part5.rar.html
http://oron.com/mg6xpq3evm2s/Raw_And...part1.rar.html
http://oron.com/8kkwytks1mlt/Raw_And...part2.rar.html
http://oron.com/ppif1dgspqr7/Raw_And...part3.rar.html
http://oron.com/x79hzfkw1xlm/Raw_And...part4.rar.html
http://oron.com/0r1teb6deaul/Raw_And...part1.rar.html
http://oron.com/wx2ksl3mrome/Raw_And...part2.rar.html
http://oron.com/qg4i0fvdujgs
http://oron.com/p2hm3oiedg3z
http://oron.com/10rlqgvkctam
http://oron.com/g1sy8z2zz5sw
http://oron.com/bzisov6qnrgr
http://oron.com/01gevoxmnvwi
http://oron.com/xpl0ib5whziy
http://oron.com/8m1ru3vr2xm8/lavaWor...part1.rar.html
http://oron.com/brvhx8ri4bzt/lavaWor...part2.rar.html
http://oron.com/k8n52tywtcte/lavaWor...part4.rar.html
http://oron.com/jtzwatr87dli/lavaWor...part5.rar.html
http://oron.com/ijcchbbw8v5r/lavaWor...part6.rar.html
http://oron.com/pdvcyv24nkf2/lavaWorksDormLife19.part1.rar.html
http://oron.com/atom4u6svr5x/lavaWorksDormLife19.part2.rar.html
http://oron.com/bmyno9ve6gbb/lavaWorksDormLife19.part3.rar.html
http://oron.com/safibxv8rbnq/lavaWorksDormLife19.part4.rar.html
http://oron.com/583go2frdejp/lavaWorksDormLife19.part5.rar.html
http://oron.com/y6k87eu72nxk/lavaWorksDormLife19.part6.rar.html
http://oron.com/xa0vepb03kgq/Mixxxed_Nuts_2.part1.rar.html
http://oron.com/h5rpcr4jdpwp/Mixxxed_Nuts_2.part2.rar.html
http://oron.com/417o2b1sbhyf/Mixxxed_Nuts_2.part3.rar.html

**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ☀ www.FlavaWorks.com ☀ 305-438-9450 ☀ FAX: 305-438-9470 ☀ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://oron.com/lecolpaurffp/Mixxxed_Nuts_2.part4.rar.html
http://oron.com/6l3v5q1hx9sl/Mixxxed_Nuts_2.part5.rar.html
http://oron.com/xa0vepb03kgq/Mixxxed_Nuts_2.part1.rar.html
http://oron.com/h5rpcr4jdpwp/Mixxxed_Nuts_2.part2.rar.html
http://oron.com/417o2b1sbhyf/Mixxxed_Nuts_2.part3.rar.html
http://oron.com/lecolpaurffp/Mixxxed_Nuts_2.part4.rar.html
http://oron.com/6l3v5q1hx9sl/Mixxxed_Nuts_2.part5.rar.html
http://oron.com/tvsq5f962pwg/2.RawRoz_ds5Deep_Impact.part1.rar.html
http://oron.com/gohpr555iezm/2.RawRoz_ds5Deep_Impact.part2.rar.html
http://oron.com/fjfw9cht0ehs/2.RawRoz_ds5Deep_Impact.part3.rar.html
http://oron.com/710lr4mj0vt5/2.RawRoz_ds5Deep_Impact.part4.rar.html
http://oron.com/13kcc0e16q0u/2.RawRoz_ds5Deep_Impact.part5.rar.html
http://oron.com/v31qvbxv4dmz/Raw_And_Nasty_2_-_Milk_These_Walls.part1.rar.html
http://oron.com/daz1vbka6wp9/Raw_And_Nasty_2_-_Milk_These_Walls.part2.rar.html
http://oron.com/z9w1lk1qce2f/Raw_And_Nasty_2_-_Milk_These_Walls.part3.rar.html
http://oron.com/iv7uu8g421to/Raw_And_Nasty_2_-_Milk_These_Walls.part4.rar.html
http://oron.com/0r1teb6deaul/Raw_And_Nasty_2_-_Milk_These_Walls_premium.part1.rar.html
http://oron.com/wx2ksl3mrome/Raw_And_Nasty_2_-_Milk_These_Walls_premium.part2.rar.html
http://oron.com/tere9pkb8poj/Miami_Uncut_2_-_Hot_As_Hell.part1.rar.html
http://oron.com/x9f3ive58czv/Miami_Uncut_2_-_Hot_As_Hell.part2.rar.html
http://oron.com/vpigiqbn5gh1/Miami_Uncut_2_-_Hot_As_Hell.wmv.html
http://oron.com/1wlxgh2ohvsd/hornygay.biz-Raw_Rods_DOMINANT_RAW_TOPS_Vol.2.avi.html
http://oron.com/c4v7bze0sj8d/hornygay.biz-Raw_Rods_DOMINANT_RAW_TOPS_Vol.2.part1.rar.html
http://oron.com/ulrnbtwoehra/hornygay.biz-Raw_Rods_DOMINANT_RAW_TOPS_Vol.2.part2.rar.html
http://oron.com/38f4kymupkjv/hornygay.biz-Raw_Rods_DOMINANT_RAW_TOPS_Vol.2.part3.rar.html
http://oron.com/qocrnmomzxbn/hornygay.biz-Raw_Rods_DOMINANT_RAW_TOPS_Vol.2.part4.rar.html
http://oron.com/7wsmut88jcqx/hornygay.biz-Raw_Rods_DOMINANT_RAW_TOPS_Vol.2.part5.rar.html
http://oron.com/ofjbkpplkh70/hornygay.biz-Raw_Rods_DOMINANT_RAW_TOPS_Vol.2.part6.rar.html
http://oron.com/jbdhr5ipy9kw/hornygay.biz-
RawRods__Artiste_Styles__Domino_Star__Ricky_Royal.wmv.html
http://oron.com/zog3xmkggpdw/hornygay.biz-
RawRods__Artiste_Styles_&_Domino_Star_&_Ricky_Royal.wmv.part1.rar.html
http://oron.com/ozsecpc3ynxw/hornygay.biz-
RawRods__Artiste_Styles_&_Domino_Star_&_Ricky_Royal.wmv.part2.rar.html
http://oron.com/u2qpoc7245re/hornygay.biz-
Raw_Rods_Artiste_Styles_&_Domino_Star__720p_HD.wmv.part1.rar.html
http://oron.com/1fmivuj007yz/hornygay.biz-
Raw_Rods_Artiste_Styles_&_Domino_Star__720p_HD.wmv.part2.rar.html
http://oron.com/mm7czowkq0a4/hornygay.biz-
Raw_Rods_Artiste_Styles_&_Domino_Star__720p_HD.wmv.part3.rar.html
http://oron.com/m0quybav43qg/hornygay.biz-
Raw_Rods_Artiste_Styles_&_Domino_Star__720p_HD.wmv.part4.rar.html
http://oron.com/4mip8benvn4q/hornygay.biz-RawRods__Hotrod__Kydezion_Rockafella.wmv.html



http://oron.com/huz7j9xdxt5k/hornygay.biz-RawRods__Hotrod_&_Kydezion_Rockafella.wmv.part1.rar.html
http://oron.com/0hpq7diea0gj/hornygay.biz-RawRods__Hotrod_&_Kydezion_Rockafella.wmv.part2.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



March 16, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the* Digital Millennium Copyright Act**

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 6



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/ygk85sj7xtq9
http://oron.com/x44aiqj919uc
http://oron.com/uf26dfqc16as
http://oron.com/znyj6r3zln41
http://oron.com/mvy5q7rk2kec
http://oron.com/qnuk2yfstqe6
http://oron.com/ovtqn7pc8i8o
http://oron.com/ruseib9t361w
http://oron.com/6llaqjfy6aub
http://oron.com/1s83j1sq229o
http://oron.com/jqxdrl9zkfny
http://oron.com/9xdge2daszqf
http://oron.com/5o95tmh6w2l3
http://oron.com/aerl3sd00du3
http://oron.com/nirz3gi6f7ju
http://oron.com/a0zsqrii9s5g
http://oron.com/pw1xg12py2x5
http://oron.com/ja0p5mdurtwy
http://oron.com/k4izbdr3mqnn
http://oron.com/mqe10zcu0ba5
http://oron.com/xn9jg6905656
http://oron.com/6033p1wgljlo
http://oron.com/m2omlwzsuiod
http://oron.com/azrt8766rr4z
http://oron.com/xwdum8fkamwh
http://oron.com/flfgasso5bq3
http://oron.com/41iov69lhwsp
http://oron.com/4w2gh4pdg08b
http://oron.com/wrnjd7wvlhtj
http://oron.com/jzebvcyrxt1i
http://oron.com/c2cfrbhkamvt
http://oron.com/ta7uxdl545nc

3 of 6



http://oron.com/0r3yj1d6xd5z
http://oron.com/q9xwdlxej369
http://oron.com/18ke9csx1zga
http://oron.com/n7xioqj1hmh9
http://oron.com/rc0aiusk7mpq
http://oron.com/1nh3cx8ruhic
http://oron.com/gfj19gc2phbq
http://oron.com/rzet34tqr0u3
http://oron.com/av6hsx7327np
http://oron.com/mn49xms72osp
http://oron.com/g4413zbduuxk
http://oron.com/3k6lfvbc75kp
http://oron.com/jltdyvofjuin
http://oron.com/tyilfqlg7o3n
http://oron.com/j5wp1y6z3r0h
http://oron.com/kv917lg4pjbl
http://oron.com/8e31nkin1aw9
http://oron.com/fdr9mei88742
http://oron.com/e860m8xutyzs
http://oron.com/jfq0bvgblvan
http://oron.com/8z5abdrlolef
http://oron.com/i699eens89xp
http://oron.com/4cf39aj60jh1
http://oron.com/cxeaepgj7mil
http://oron.com/0u2uzgt095vc
http://oron.com/s2hhjubc1vux
http://oron.com/0t7r7p30i7fj
http://oron.com/d68z9eec869f
http://oron.com/mo8fnqcthosu
http://oron.com/nthd555jvbho
http://oron.com/5zb1mvb29ayn/ThugBoy6.part1.rar.html
http://oron.com/3it7m4cle33i/ThugBoy6.part2.rar.html
http://oron.com/iolrr62qew9c/ThugBoy6.part3.rar.html
http://oron.com/is1i6tjqmcq9/ThugBoy_Vol._6._Playas_in_Action.part1.rar.html
http://oron.com/b9rai2agdu6k/ThugBoy_Vol._6._Playas_in_Action.part2.rar.html
http://oron.com/95jdfedrs1pu/ThugBoy_Vol._6._Playas_in_Action.part3.rar.html
http://oron.com/od97jemewfn9/ThugBoy_Vol._6._Playas_in_Action.part4.rar.html
http://oron.com/5zb1mvb29ayn/ThugBoy6.part1.rar.html
http://oron.com/3it7m4cle33i/ThugBoy6.part2.rar.html
http://oron.com/iolrr62qew9c/ThugBoy6.part3.rar.html
http://oron.com/3993l30l4uyo/ThugBoy_Malo_and_Soldier.part1.rar.html
http://oron.com/ca96wqmae23v/ThugBoy_Malo_and_Soldier.part2.rar.html
http://oron.com/ib8cx11mpxa5/ThugBoy_Malo_and_Soldier.part3.rar.html



http://oron.com/m7uqy4iwur1x/ThugBoy_Lil_Mann__Ralphh.part1.rar.html
http://oron.com/5jrev72nmqnb/ThugBoy_Lil_Mann__Ralphh.part2.rar.html
http://oron.com/ptkd268xa84u/ThugBoy_Daddy__Prince.part1.rar.html
http://oron.com/que4pcashfhc/ThugBoy_Daddy__Prince.part2.rar.html
http://oron.com/iwnynzcnxo45/ThugBoy_Daddy__Prince.part3.rar.html
http://oron.com/jvb826pijpvn/ThugBoy_-_Rock__Syxx.part1.rar.html
http://oron.com/hdesi8ngv9xj/ThugBoy_-_Rock__Syxx.part2.rar.html
http://oron.com/s14le18kjlq0/ThugBoy_-_Rock__Syxx.part3.rar.html
http://oron.com/6jhzh6xiv7ds/ThugBoy_-_Pharrell__Usher_Richbanks.part1.rar.html
http://oron.com/oahrbry63ese/ThugBoy_-_Pharrell__Usher_Richbanks.part2.rar.html
http://oron.com/v3e5qj4ba9wc/ThugBoy_-_Pharrell__Usher_Richbanks.part3.rar.html
http://oron.com/5zb1mvb29ayn/ThugBoy6.part1.rar.html
http://oron.com/3it7m4cle33i/ThugBoy6.part2.rar.html
http://oron.com/iolrr62qew9c/ThugBoy6.part3.rar.html
http://oron.com/mhtmbxdssahe
http://oron.com/is1i6tjqmcq9/ThugBoy_Vol._6._Playas_in_Action.part1.rar.html
http://oron.com/b9rai2agdu6k/ThugBoy_Vol._6._Playas_in_Action.part2.rar.html
http://oron.com/95jdfedrs1pu/ThugBoy_Vol._6._Playas_in_Action.part3.rar.html
http://oron.com/od97jemewfn9/ThugBoy_Vol._6._Playas_in_Action.part4.rar.html
http://oron.com/5zb1mvb29ayn/ThugBoy6.part1.rar.html
http://oron.com/3it7m4cle33i/ThugBoy6.part2.rar.html
http://oron.com/iolrr62qew9c/ThugBoy6.part3.rar.html
http://oron.com/qfz58t7vh2pi/ThugBoy6.part1.rar.html
http://oron.com/bbpdxoteru52/ThugBoy6.part2.rar.html
http://oron.com/p63vck6nzc92/ThugBoy6.part3.rar.html
http://oron.com/5zb1mvb29ayn/ThugBoy6.part1.rar.html
http://oron.com/3it7m4cle33i/ThugBoy6.part2.rar.html
http://oron.com/iolrr62qew9c/ThugBoy6.part3.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com



http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com




Sincerely,




Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



April 16, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** *Digital* ***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/ix3afcfawzgv
http://oron.com/ix3afcfawzgv
http://oron.com/4p2dqs6pf2la
http://oron.com/av42t53qqtaf
http://oron.com/qw6jjsvvwd4y
http://oron.com/u1gjnjz2ij0p
http://oron.com/cx6hy1i49wnc
http://oron.com/xwmi0syrsewg
http://oron.com/43wzx0ogvy46
http://oron.com/ai0td9cn8ack
http://oron.com/8yoq25chq45o
http://oron.com/dhl4rg54srk3
http://oron.com/elgq3lnp6si9
http://oron.com/ins5s3y35hh2
http://oron.com/0eo1e29ctwwt
http://oron.com/fmfmgd9m5kpq
http://oron.com/tel76c1ufggj
http://oron.com/mk44n6hjjosa
http://oron.com/hxm28u4suig2
http://oron.com/55pzn51hl7a1
http://oron.com/in0vqhgt252f
http://oron.com/rma8d2k6624q
http://oron.com/xz1u27op3dg6
http://oron.com/10ncggqy0p8n
http://oron.com/k74lbhtmgg35
http://oron.com/0a4m1mucvtta
http://oron.com/opxf5jwi7bl4
http://oron.com/07r2umgt8np8
http://oron.com/pb115lh932r7
http://oron.com/9cl2p8f720v6
http://oron.com/25h6grwfcxio
http://oron.com/roim8xm3o52w



http://oron.com/yyojuitllri6
http://oron.com/zverd3zlsiyi
http://oron.com/eqbqvnbvkcxd
http://oron.com/vr6y88qj25l9
http://oron.com/lzby7f1s6e6y
http://oron.com/u4xx9ue96jja
http://oron.com/4olu0v8xfmgd
http://oron.com/szmx7od2y7b8
http://oron.com/a8d7y42cgf0d
http://oron.com/zybmfw7sag97
http://oron.com/bakrcv7y5otx
http://oron.com/hy3i4go4bw1j
http://oron.com/vwetqipvysa7
http://oron.com/zpgcoyhxt1jc
http://oron.com/q5jvfnqb11rk
http://oron.com/2ddmkecu458e
http://oron.com/bgoq2myadm8l
http://oron.com/pgva0ojirmf6
http://oron.com/8nv1jmhh3s33
http://oron.com/14r2mtnglo4f
http://oron.com/mklmyg03j6st
http://oron.com/whrdz89v4tf9
http://oron.com/49dr7yz362um
http://oron.com/gcvoph2xm1t8
http://oron.com/91gxfy2x3f9x
http://oron.com/ozv5b63kdr0o
http://oron.com/acdmnr8if1p6
http://oron.com/a9sui9mmx9rw
http://oron.com/9jibh8au33il
http://oron.com/x3wjmk8dgo8q
http://oron.com/0uf0rb0nezg3
http://oron.com/ddnszovj4g1z
http://oron.com/8iuzy07b0lj3
http://oron.com/6v43fgx0o5de
http://oron.com/yc6w13itqt7s
http://oron.com/if91ogalhzti
http://oron.com/9ac53vm5qdyq
http://oron.com/3l5wlq06q0ho
http://oron.com/inzf2meng8ob
http://oron.com/vs26h4hmr7kb
http://oron.com/2yu72wud1h2u
http://oron.com/5zvxbrfkhidy
http://oron.com/gfnfmaqdx5ot



http://oron.com/nq54p78szlie
http://oron.com/81pq87r00y4h
http://oron.com/n0ykch0qr733
http://oron.com/q3si7hzu5mfv
http://oron.com/5cxbwpmej2ho
http://oron.com/ope7gwui6qwv
http://oron.com/kard3te0slut
http://oron.com/54f84iw2xidc
http://oron.com/zlxhu5g4i6nj
http://oron.com/0qw3gj3sprru
http://oron.com/mf4hkfqu5s3c
http://oron.com/oftuel38isbt
http://oron.com/eua7lfl9s5df
http://oron.com/4etre7ybeoln
http://oron.com/pkxdaq5s8ryt
http://oron.com/qxk0vvzwh7mt
http://oron.com/wwvvbxqcxv1y
http://oron.com/lzlushz14ys1
http://oron.com/rfipi6d8g8b7
http://oron.com/sysg2o03p7j6
http://oron.com/2uhy42jp4uy6
http://oron.com/5a9qr0ezo3pa
http://oron.com/occsqglfatdi
http://oron.com/k1qm1hbn7gz6
http://oron.com/irqsaeas81ca
http://oron.com/7h3jhycn5uqg
http://oron.com/kf8rpya0nspp
http://oron.com/h0biqpqecrsq
http://oron.com/kwbikrsss1d3
http://oron.com/gjlmky442iba
http://oron.com/78shu6goyczq
http://oron.com/1sqoh142q4h0
http://oron.com/iafb9u85coel
http://oron.com/24k0paqkgt7e
http://oron.com/cfc1w9b9652h
http://oron.com/dt9lbgnh1qh5
http://oron.com/uqb5otwwrqwf

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com



http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



April 4, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/vk6tdd97norp/FreeGayPorn4200.part1.rar.html
http://oron.com/lkpd2gc6v6uh/FreeGayPorn4200.part2.rar.html
http://oron.com/hr809rbe2b72/MixItUpBoy_-
_Domino_Star_&_Jesse_Rabbit_&_Micah_Andrews.part1.rar.html
http://oron.com/lgny5ni4hlac/MixItUpBoy_-
_Domino_Star_&_Jesse_Rabbit_&_Micah_Andrews.part2.rar.html
http://oron.com/29u9szrejt0q/MixItUpBoy_-
_Domino_Star_&_Jesse_Rabbit_&_Micah_Andrews.part3.rar.html
http://oron.com/t1q8dhxdgw16/MixItUpBoy_-
_Domino_Star_&_Jesse_Rabbit_&_Micah_Andrews.part4.rar.html
http://oron.com/goamyfuqtsbm/FreeGayPorn4199.part1.rar.html
http://oron.com/9yrs7hbufykd/FreeGayPorn4199.part2.rar.html
http://oron.com/7tn1wl7ar8ev/FreeGayPorn4197.part1.rar.html
http://oron.com/1l90m0okba8s/FreeGayPorn4197.part2.rar.html
http://oron.com/rcz3jjg85gco/FreeGayPorn4196.part1.rar.html
http://oron.com/vdrn847ss2eb/FreeGayPorn4196.part2.rar.html
http://oron.com/gh8qlg9272eu/MixItUpBoy_-_Breion_Diamond_&_Cayden_Cooper.part1.rar.html
http://oron.com/9xfh7hyz9fph/MixItUpBoy_-_Breion_Diamond_&_Cayden_Cooper.part1.rar.html
http://oron.com/0g8yc0fp2kif/MixItUpBoy_-_Christian_Xavier_&_DeAngelo_Jackson.part1.rar.html
http://oron.com/xqv7xb0bsgnz/MixItUpBoy_-_Christian_Xavier_&_DeAngelo_Jackson.part2.rar.html
http://oron.com/7vx23iqjr0ar/MixItUpBoy_-_Christian_Xavier_&_DeAngelo_Jackson.part3.rar.html
http://oron.com/x42cpbl6wg5v/MixItUpBoy_-_DeAngelo_Jackson_&_Lil_Niz.part1.rar.html
http://oron.com/2piymbk4r5do/MixItUpBoy_-_DeAngelo_Jackson_&_Lil_Niz.part2.rar.html
http://oron.com/fsmje83r1e2w/MixItUpBoy_-
_Cayden_Cooper_&_Cody_Kyler_&_DeAngelo_Jackson.part1.rar.html
http://oron.com/xl55y21gnzen/MixItUpBoy_-
_Cayden_Cooper_&_Cody_Kyler_&_DeAngelo_Jackson.part2.rar.html
http://oron.com/cazt6dklrr15/MixItUpBoy_-
_Cayden_Cooper_&_Cody_Kyler_&_DeAngelo_Jackson.part3.rar.html
http://oron.com/h8w4jknk1m0f/DoGay
http://oron.com/w210vhked67y/DoGay
http://oron.com/v0mwrwomr0bi/DoGay



http://oron.com/m1ykgbmga0ez/DoGay
http://oron.com/m7xrdvar0ibg/DoGay

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



March 30, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the** Digital*
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/1f5mijf7n55o/Mixed_Nu-ts_3_Almond_Joy_2011.part1.rar
http://oron.com/1f5mijf7n55o/Mixed_Nu-ts_3_Almond_Joy_2011.part1.rar
http://oron.com/2b7rdi8bdqtp/Mix-ed_Nu-ts_2009.part02.rar
http://oron.com/2g98redihhmd/Coco_Dorm_Life_I_and_II_2002-2003.jpg
http://oron.com/2g98redihhmd/Coco_Dorm_Life_I_and_II_2002-2003.jpg
http://oron.com/7btfdpwz92u6/Mix-ed_Nu-ts_2009.jpg
http://oron.com/7ci3rah772jg/Mix-ed_Nu-ts_2009.part06.rar
http://oron.com/dyc2ykmnatrd/Mix-ed_Nu-ts_2009.part08.rar
http://oron.com/e2rzs9q0tust/Mix-ed_Nu-ts_2009.part01.rar
http://oron.com/lli5xb2pqx2a/Mix-ed_Nu-ts_2009.part04.rar
http://oron.com/nq97fc714i5n/Mix-ed_Nu-ts_2009.part05.rar
http://oron.com/o80tn7x1a6g5/Coco_Dorm_Life_I_and_II_2002-2003.part1.rar
http://oron.com/o80tn7x1a6g5/Coco_Dorm_Life_I_and_II_2002-2003.part1.rar
http://oron.com/qu57mhrwovhf/Mixed_Nu-ts_3_Almond_Joy_2011.part4.rar
http://oron.com/qu57mhrwovhf/Mixed_Nu-ts_3_Almond_Joy_2011.part4.rar
http://oron.com/smutwqm7titj/Coco_Dorm_Life_I_and_II_2002-2003.part2.rar
http://oron.com/smutwqm7titj/Coco_Dorm_Life_I_and_II_2002-2003.part2.rar
http://oron.com/ucs9bxqxsc80/Mixed_Nu-ts_3_Almond_Joy_2011.part2.rar
http://oron.com/ucs9bxqxsc80/Mixed_Nu-ts_3_Almond_Joy_2011.part2.rar
http://oron.com/ud5eb1ks7aup/Mix-ed_Nu-ts_2009.part03.rar
http://oron.com/uxjbqyy2zah7/Coco_Dorm_Life_I_and_II_2002-2003.part3.rar
http://oron.com/uxjbqyy2zah7/Coco_Dorm_Life_I_and_II_2002-2003.part3.rar
http://oron.com/v0iam47u8hd4/Mix-ed_Nu-ts_2009.part07.rar
http://oron.com/va82i7lxtxnu/Mixed_Nu-ts_3_Almond_Joy_2011.part3.rar
http://oron.com/va82i7lxtxnu/Mixed_Nu-ts_3_Almond_Joy_2011.part3.rar

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com



http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



April 17, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

                                                          ***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

                                                                                            1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/w98g31qfm4hh
http://oron.com/twnjyvxqf881
http://oron.com/hd9eg0warldh
http://oron.com/n90ft4mpxzeh
http://oron.com/2dghsyyo9myb
http://oron.com/7cf15dv1sel7
http://oron.com/dku75sv9us96
http://oron.com/alfs2pfbtmkm
http://oron.com/4s1j1sjz64dc
http://oron.com/xv1znhy9xpx9
http://oron.com/a2vvczmrd22m
http://oron.com/fpgjiy2p6zci
http://oron.com/yhi1nbcaem3s
http://oron.com/a3lvo5k2a847
http://oron.com/p1g0dr3jeswa
http://oron.com/jbukc3ngctne
http://oron.com/x87xcqumrgbz
http://oron.com/bcucdukitrjr
http://oron.com/h40998foak0e
http://oron.com/v4eqdnr9g4ek
http://oron.com/a22csnhvzcn6
http://oron.com/i0ctzmd811iu
http://oron.com/4nhtqcrk7ybf
http://oron.com/g777bf9rn8l5
http://oron.com/gtixybj3igjc
http://oron.com/iw60e6j3lf01/Gay-Twinks-Videos-Collection-VIP-394.wmv.html
http://oron.com/glt6arikd5fv/Gay-Twinks-Videos-Collection-VIP-323.wmv.html
http://oron.com/kmdh3681lizf/MixItUpBoy_-_Cody_Kyler_&_Markell.part1.rar.html
http://oron.com/rdcrsfz2dr4c/MixItUpBoy_-_Cody_Kyler_&_Markell.part2.rar.html
http://oron.com/lah0xub9ade0/MixItUpBoy_-_Cody_Kyler_&_Markell.part3.rar.html
http://oron.com/1m8w62j5bfz5/MixItUpBoy_-_Cody_Kyler_&_Mr_Saukei_&_Tyson.part1.rar.html
http://oron.com/hcm8utb50yk6/MixItUpBoy_-_Cody_Kyler_&_Mr_Saukei_&_Tyson.part2.rar.html

3 of 4



http://oron.com/ddm0gdlvr9nx/MixItUpBoy_-_Cody_Kyler_&_Mr_Saukei_&_Tyson.part3.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



March 15, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/e2rzs9q0tust/Mix-ed_Nu-ts_2009.part01.rar
http://oron.com/2b7rdi8bdqtp/Mix-ed_Nu-ts_2009.part02.rar
http://oron.com/ud5eb1ks7aup/Mix-ed_Nu-ts_2009.part03.rar
http://oron.com/lli5xb2pqx2a/Mix-ed_Nu-ts_2009.part04.rar
http://oron.com/nq97fc714i5n/Mix-ed_Nu-ts_2009.part05.rar
http://oron.com/7ci3rah772jg/Mix-ed_Nu-ts_2009.part06.rar
http://oron.com/v0iam47u8hd4/Mix-ed_Nu-ts_2009.part07.rar
http://oron.com/dyc2ykmnatrd/Mix-ed_Nu-ts_2009.part08.rar

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com



Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



May 17, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/9yy3suhaaz9m/Gay-Black_386.part1.rar.html
http://oron.com/oqv3bthja9br/Gay-Black_386.part2.rar.html
http://oron.com/4n4qxiiope4n/Gay-Black_386.part3.rar.html
http://oron.com/p1pwidmu9j01/Gay-Black_386.part4.rar.html
http://oron.com/dp59vlfxcib6/Gay-Black_386.part5.rar.html
http://oron.com/7gmhwjzm0117/Gay-Black_386.part6.rar.html
http://oron.com/uxf68i99d1i0/Gay-Black_386.part7.rar.html
http://oron.com/yging2bx5mqd/Gay-Black_387.part1.rar.html
http://oron.com/vyquqeqc5be1/Gay-Black_387.part2.rar.html
http://oron.com/dzb3gt98e276/Gay-Black_387.part3.rar.html
http://oron.com/dw4rpyc6vczn/Gay-Black_387.part4.rar.html
http://oron.com/q6tvfm6ftxm8/Gay-Black_580.part1.rar.html
http://oron.com/63w35n9sb41w/Gay-Black_580.part2.rar.html
http://oron.com/asi3ri2pm7lf/Gay-Black_580.part3.rar.html
http://oron.com/9agpko7z7rm8/Gay-Black_580.part4.rar.html
http://oron.com/8kjw02qhufpp/Gay-Black_580.part5.rar.html
http://oron.com/2q2iy9haasmi
http://oron.com/smqr4wk8qlrt
http://oron.com/gj2ssr10kxlz
http://oron.com/9yy3suhaaz9m/233-Blain_Tutera__Golden_Secret.part1.rar.html
http://oron.com/oqv3bthja9br/233-Blain_Tutera__Golden_Secret.part2.rar.html
http://oron.com/4n4qxiiope4n/233-Blain_Tutera__Golden_Secret.part3.rar.html
http://oron.com/p1pwidmu9j01/233-Blain_Tutera__Golden_Secret.part4.rar.html
http://oron.com/dp59vlfxcib6/233-Blain_Tutera__Golden_Secret.part5.rar.html
http://oron.com/7gmhwjzm0117/233-Blain_Tutera__Golden_Secret.part6.rar.html
http://oron.com/uxf68i99d1i0/233-Blain_Tutera__Golden_Secret.part7.rar.html
http://oron.com/fgx6j2mzbxvs/530-Kendrys_and_Willie_Gray.rar.html
http://oron.com/fgx6j2mzbxvs/
http://oron.com/iuocbh5og8fn
http://oron.com/hcgmri6a9yzw
http://oron.com/xdpuyarubwea
http://oron.com/hb6z4yaicwrh



http://oron.com/hfrgkyeo54op
http://oron.com/m1xrltdq4s7p
http://oron.com/9c2y5udqwejg

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com

4 of 4



April 25, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/pdmobe1oo23r
http://oron.com/3hbqvy38ywkg
http://oron.com/dbg45glgqs07
http://oron.com/1zzt0874d2v3

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

3 of 4



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



November 15, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the** Digital*
***Millennium Copyright Act***

*                                                    **Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/qrjmz3l63fu1
http://oron.com/7u3mip9dah5o
http://oron.com/jfu13k8z18fq
http://oron.com/i6mabd9a0oo8
http://oron.com/0qafx24dfe75

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



May 21, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/pwmemobwkhn5
http://oron.com/s3vsjgj3o6gh
http://oron.com/kyg1l0h0065z/
http://oron.com/r6fv8qiw2b0k/
http://oron.com/68wstjs05rqq/
http://oron.com/04yvyuekzlbk/
http://oron.com/ufo9z1cl29ty/
http://oron.com/iszw1x1xe0gk/
http://oron.com/67e07zrbww0b
http://oron.com/i4zaqblzkfl3
http://oron.com/0hd930r81sd6
http://oron.com/ywbvp8uzgkwc
http://oron.com/lybgmkuoyy08
http://oron.com/c1xkt68op71a
http://oron.com/9wxni92xoohd
http://oron.com/5slcnmfa7nkr/Raw_Rods_5_-_Deep_Impact.part1.rar.html
http://oron.com/gbnrq2hd76zk/Raw_Rods_5_-_Deep_Impact.part2.rar.html
http://oron.com/3whxj7r78woi
http://oron.com/nngf5lknpgbm
http://oron.com/xtzxgqkg2yal
http://oron.com/9x0yyefi46n6/ThugBoy_Vol._6._Playas_in_Action.part1.rar.html
http://oron.com/adhfr1kzhqo6/ThugBoy_Vol._6._Playas_in_Action.part2.rar.html
http://oron.com/5c9usj2ym8wm/ThugBoy_Vol._6._Playas_in_Action.avi.html
http://oron.com/s89t09o0vvhg/ThugBoy_Vol._6._Playas_in_Action.avi.part1.rar.html
http://oron.com/5x28qnb0irdu/ThugBoy_Vol._6._Playas_in_Action.avi.part2.rar.html
http://oron.com/19wad7z16zbp/ThugBoy_Vol._6._Playas_in_Action.avi.part3.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com



http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



May 23, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/pgas7v8vi1tl
http://oron.com/53g5ml3gq56b
http://oron.com/b4wgz8jiqltr
http://oron.com/41nzcfgt5w9m
http://oron.com/k65f3b4exilt
http://oron.com/uvavjnqigx69
http://oron.com/8mfag51xhsme
http://oron.com/dbjh9lctkumn
http://oron.com/2hwciyb8k24g
http://oron.com/4j8fx6x1kp8p
http://oron.com/dviejj7323dx
http://oron.com/vv3pt4axx40w
http://oron.com/c2kdglrr6lnv/RR5_D33pImpact.part5.rar
http://oron.com/kut1hkpt3asa/RR5_D33pImpact.part4.rar
http://oron.com/8rh269q4uyil/RR5_D33pImpact.part3.rar
http://oron.com/wagmsqf113s0/RR5_D33pImpact.part2.rar
http://oron.com/ukfic7avh9us/RR5_D33pImpact.part1.rar
http://oron.com/is2deds26raw/Gay
http://oron.com/ermss1hj2mkd/Gay
http://oron.com/666cioqi48mn/Gay
http://oron.com/pftbiicgp3ko/FreeGayPorn4198.part2.rar.html
http://oron.com/ur6q9qek9nua/FreeGayPorn4198.part1.rar.html
http://oron.com/0e4dtcj3a6hz/RawNasty_Milk_These_Walls.mp4.html
http://oron.com/3gimg380yryu/ThugBoy_-_Pharrell_&_Usher_Richbanks.wmv.html
http://oron.com/kdfn2tu2hplc/ThugBoy_-_Rock_&_Syxx.mp4.html
http://oron.com/bsvh7un8bz7q/ThugBoy_Daddy__Prince.part1.rar.html
http://oron.com/tqohi5mwilx5/ThugBoy_Daddy__Prince.part2.rar.html
http://oron.com/bi9lcii5tysj/ThugBoy_Baby_Star__Adonis.part1.rar.html
http://oron.com/is2deds26raw/ThugBoy6.part1.rar.html
http://oron.com/ermss1hj2mkd/ThugBoy6.part2.rar.html
http://oron.com/666cioqi48mn/ThugBoy6.part3.rar.html



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com


Sincerely,




Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



June 25, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/pultrwht2cz4/RawRods_Arquez_
http://oron.com/9j15c9r4icac
http://oron.com/t24sh3esjq2l/RawRods_-_Hotrod_and_Marco_Cruise.wmv.html
http://oron.com/hhzzltqpt61e/RawRods_Kannon_and_Remmy_Mars.part1.rar.html
http://oron.com/5f7rn184vcb2/RawRods_Kannon_and_Remmy_Mars.part2.rar.html
http://oron.com/wvo694s42b8k/RawRods_Kannon_and_Remmy_Mars.part3.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com



Sincerely,




Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



May 18, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 6



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/3v1zswid5k60
http://oron.com/zgulpqct2dq5
http://oron.com/to0gzrz61wl8
http://oron.com/vxbeche8ejuw
http://oron.com/cv94l9okkcw6
http://oron.com/z6a0nd09a863
http://oron.com/g05bprw7sc83
http://oron.com/gq3f9cv0dnsh
http://oron.com/zsejo9zhfyqc
http://oron.com/nrvbwhjmaphf
http://oron.com/ksnuu0gfqfr2
http://oron.com/rv7yz7c39azo
http://oron.com/88m9ahrct6zr
http://oron.com/0arbx9l4bmm0
http://oron.com/r3m4t0pao7tr
http://oron.com/y5vxrcxfjm5e
http://oron.com/qrqc1e0c0fel
http://oron.com/97z8rvk6sh8s
http://oron.com/jqe40ecngnqy
http://oron.com/6kv3rt3jfh0f
http://oron.com/ghj1ggq56u9d
http://oron.com/a50v5jxso411
http://oron.com/vzqhzpmvhvi8
http://oron.com/2enen5fhnfx7
http://oron.com/akvhsku7sj2l
http://oron.com/n926q2zqo5ts
http://oron.com/l4atc8k7x5wk
http://oron.com/7ex01cdr00n6
http://oron.com/1rx8n5ulj6dx
http://oron.com/nern5rwu9x9j
http://oron.com/n5lkioxprcwi
http://oron.com/32aoacqrfzv3



http://oron.com/ijv9ffiw9v6a
http://oron.com/jzyr79kf439q
http://oron.com/dka3hyiuxkz4
http://oron.com/70a7qy9gzzvz
http://oron.com/xip77aaczi2u
http://oron.com/rwip9iwanyzl
http://oron.com/p2jwj90i7gd5
http://oron.com/vs9vyd7phwu8
http://oron.com/u233w1rjeemn
http://oron.com/gehfp4ms2qq0
http://oron.com/h4bkcdlt2apj
http://oron.com/4cywzku335qj
http://oron.com/xj2jq9rlmfzh
http://oron.com/w2h3nv1m0avm
http://oron.com/swasne5auqc4
http://oron.com/848jm4jz0vyu
http://oron.com/mtsjxwzrp51u
http://oron.com/q67shyourqd5
http://oron.com/w0pwh04hbgbm
http://oron.com/i0owjal89o2j
http://oron.com/g2ta7nt0kvh3
http://oron.com/s8h4v0bl0je4
http://oron.com/d580oun9dk3y
http://oron.com/rlzn61gjfnvg
http://oron.com/fvwhdahl4d4u
http://oron.com/p228p4ey8ox1
http://oron.com/uro45zod9sw0
http://oron.com/u2d83px5w1op
http://oron.com/thy1c7qoykrh
http://oron.com/nfkpceesdtoh
http://oron.com/opq5q1smbd6q
http://oron.com/pl40covg617i
http://oron.com/u7kok9ad7rw2
http://oron.com/2850kyv1hck7
http://oron.com/4bwqso4ngn4h
http://oron.com/ixx8r5axympi
http://oron.com/i5o5ogdxftlt
http://oron.com/2d2swhpwvcyr
http://oron.com/9co77zu907hl
http://oron.com/5r1gv4qtlyoq
http://oron.com/jd4ruxnlegso
http://oron.com/fnbi45to0fkl
http://oron.com/h5dxncyapjnc



http://oron.com/1z3l1i4gefjy
http://oron.com/t9jeex6gclaz
http://oron.com/xpl2t8v117dy
http://oron.com/4qx9hsqmjrxe
http://oron.com/2lk0x9c5kgzh
http://oron.com/6niwhqypfgqc
http://oron.com/zdvqayuofnd7
http://oron.com/nj43gr1ytmz8
http://oron.com/us97bpfaehey
http://oron.com/ec45o84hc30t
http://oron.com/t0xci347c0tt
http://oron.com/0djfktzoclgx
http://oron.com/aczvn8yxxeki
http://oron.com/x05u0prm95gy

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



May 22, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** *Digital* ***Millennium Copyright Act***

***Under Reservation of All Rights***

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/bcoucmvhwm6n/Flava_Works_Miami_Uncut_2.part1.rar.html
http://oron.com/5hrayzrltj6r/Flava_Works_Miami_Uncut_2.part2.rar.html
http://oron.com/sna3n2lh3hpc/Flava_Works_Miami_Uncut_2.part3.rar.html
http://oron.com/9cs8oj7dpzn9/Flava_Works_Miami_Uncut_2.part4.rar.html
http://oron.com/87aoju9gkpd4/Flava_Works_Miami_Uncut_2.part5.rar.html
http://oron.com/7aefjrpwnl2h/Flava_Works_Miami_Uncut_2.part6.rar.html
http://oron.com/vuvp6k9ch2hr/Flava_Works_Miami_Uncut_2.part1.rar.html
http://oron.com/201gunijtiaw/Flava_Works_Miami_Uncut_2.part2.rar.html
http://oron.com/otrp4lsqeklr/Flava_Works_Miami_Uncut_2.part3.rar.html
http://oron.com/gjcuhvu2gsm6/Flava_Works_Miami_Uncut_2.part4.rar.html
http://oron.com/9xrfitcodke2/Flava_Works_Miami_Uncut_2.part5.rar.html
http://oron.com/06i6xxn76pr6/Flava_Works_Miami_Uncut_2.part6.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com



Sincerely,




Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



June 1, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 5



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/bo1uaaqnr3d1
http://oron.com/l68q9e54v4g3
http://oron.com/eogxbecsptvn
http://oron.com/m80f0zxuewgm
http://oron.com/mz6m9bfy3l9w
http://oron.com/c9p04vtnb6da
http://oron.com/3fkrftwjoh35/04052012_02.avi
http://oron.com/f04bz5w8z2df/04052012_02.part5.rar
http://oron.com/qfvgi4pk7jxg/04052012_02.part4.rar
http://oron.com/d49yn9d3u0nh/04052012_02.part3.rar
http://oron.com/kuvbos5c3b6u/04052012_02.part2.rar
http://oron.com/8c9gi3zdtpld/04052012_02.part1.rar
http://oron.com/l4z7x4pd1wwh/G1607.part2.rar.html
http://oron.com/q5m6mdi8qkcd/G1607.part1.rar.html
http://oron.com/5e650o4fvors/G11.11DL19NV.avi.html
http://oron.com/1l3nky8n1mhj
http://oron.com/t7f6s17v7un7
http://oron.com/xy89nrhw3rtn
http://oron.com/tg3sb05i4b0k
http://oron.com/rrrpfg21wyv3
http://oron.com/bfyqzsqfv5sy/ThugBoy_Vol._6._Playas_in_Action.avi.part3.rar.html
http://oron.com/8sfugbb0eezw/ThugBoy_Vol._6._Playas_in_Action.avi.part2.rar.html
http://oron.com/ubbmgkfi2yom/ThugBoy_Vol._6._Playas_in_Action.avi.part1.rar.html
http://oron.com/xpluxpgr41as/ThugBoy_Vol._6._Playas_in_Action.avi.html
http://oron.com/9v28mkbvlzfw/Gay
http://oron.com/p8opguyqgkj1/Gay
http://oron.com/m5qqq70u4t9a/Gay
http://oron.com/s9jh541j7rva/T8ugBoy_Vol._6._Playas_in_Action.avi.part3.rar.html
http://oron.com/r5t1nhnj2lac/T8ugBoy_Vol._6._Playas_in_Action.avi.part2.rar.html
http://oron.com/ecprpncwbt29/T8ugBoy_Vol._6._Playas_in_Action.avi.part1.rar.html
http://oron.com/sgwyuu2ch33w/T8ugBoy_Vol._6._Playas_in_Action.avi.html
http://oron.com/q12yfjrezxgq/T8_ugBoy_4_T8_ugged_Out.part2.rar.html



http://oron.com/q7i5lg53hfbf/T8_ugBoy_4_T8_ugged_Out.part1.rar.html
http://oron.com/p4y83kk815g0/Papi1_Babystar_and_Flamez.part3.rar.html
http://oron.com/xbsvcz9m1fzp/Papi1_Babystar_and_Flamez.part2.rar.html
http://oron.com/13x4l6e26mdt/Papi1_Babystar_and_Flamez.part1.rar.html
http://oron.com/6i6imx0v6axi/FreeGayPorn3375.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com

4 of 5

**FlavaWorks**

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-9254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

5 of 5



April 27, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

2 of 4



World Headquarters 2610 North Miami Ave., Miami FL 33127-4438 ☼ www.FlavaWorks.com ☼ 305-438-9450 ☼ FAX: 305-438-9470 ☼ Toll Free: 1-877-352-8254
Chicago Office 933 West Irving Park Road, Suite C, Chicago, IL 60613

NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/4624t7xd0o9d/_Flava_Works__Mixxxed_Nuts__3__Almond_Joy.part2.rar.html
http://oron.com/7yctmqt4qbar/_Flava_Works__Mixxxed_Nuts__3__Almond_Joy.part1.rar.html
http://oron.com/00tq88hjsghg/G1751.part1.rar.html
http://oron.com/1sj9pxhzxdem/G1751.part2.rar.html
http://oron.com/l6em31hldnv3/G1750.part3.rar.html
http://oron.com/znty7pyjc36e/G1750.part2.rar.html
http://oron.com/lf2dm27xi0l3/G1750.part1.rar.html
http://oron.com/gd3r0z3577ct/G1749.part1.rar.html
http://oron.com/qsdwwcs543ax/G1749.part2.rar.html
http://oron.com/iiu4j8q3a0z8/Mixxxed_Nuts_2.avi.html
http://oron.com/9reqlvnmdt64/Mixxxed_Nuts_2.part1.rar.html
http://oron.com/smjpfwwm5xq5/Mixxxed_Nuts_2.part2.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com



Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



June 21, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 6



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ❁ www.FlavaWorks.com ❁ 305-438-9450 ❁ FAX: 305-438-9470 ❁ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/rgz1e8kpo6wd/u1r1z1w1-342.part1.rar
http://oron.com/9sobgwjgwej4/u1r1z1w1-342.part2.rar
http://oron.com/h0k4j3cg0flq/u1r1z1w1-342.part3.rar
http://oron.com/76bfslpky6a4/u1r1z1w1-342.part4.rar
http://oron.com/gvyl8li2pvrx/u1r1z1w1-342.part5.rar
http://oron.com/bb2os2tg5d7z/u3r3z3w3-295.part1.rar
http://oron.com/d2munawz2mpe/u3r3z3w3-295.part2.rar
http://oron.com/wiaqn7cmy5gu/u3r3z3w3-295.part3.rar
http://oron.com/9lt5096jokmm/u3r3z3w3-295.part4.rar
http://oron.com/v068u20eovr4/u3r3z3w3-295.part5.rar
http://oron.com/st4ssxypoxkb/u3r3z3w3-295.part6.rar
http://oron.com/q25fa1f7mul7/u1r1z1w1-361.part1.rar
http://oron.com/gqgikode3ss1/u1r1z1w1-361.part2.rar
http://oron.com/ggvd75ck91re/u1r1z1w1-361.part3.rar
http://oron.com/nijfuklvqu6f/u1r1z1w1-361.part4.rar
http://oron.com/wb8q3atgvp36/u1r1z1w1-361.part5.rar
http://oron.com/0wkjsne66bnr/u3r3z3w3-306.part1.rar
http://oron.com/bxw5iwr3oxjh/u3r3z3w3-306.part2.rar
http://oron.com/6yc4v8i800lk/u3r3z3w3-306.part3.rar
http://oron.com/4s7m4xxa8rth/u3r3z3w3-306.part4.rar
http://oron.com/hc777l7tn3b6/u3r3z3w3-306.part5.rar
http://oron.com/7y1l93j0b3jq/u3r3z3w3-306.part6.rar
http://oron.com/knne2sb08j7c/u1r1z1w1-362.part1.rar
http://oron.com/ar1i220swn72/u1r1z1w1-362.part2.rar
http://oron.com/kuvk9ich9grn/u1r1z1w1-362.part3.rar
http://oron.com/4cr7muulfhqk/u1r1z1w1-362.part4.rar
http://oron.com/7axn0xccarmz/u1r1z1w1-362.part5.rar
http://oron.com/7cdfhz0z8v18/u1r1z1w1-363.part1.rar
http://oron.com/445ldkzoe0mn/u1r1z1w1-363.part2.rar
http://oron.com/3upymjpcflf2/u1r1z1w1-363.part3.rar
http://oron.com/jwekuyqgdadr/u1r1z1w1-363.part4.rar
http://oron.com/w0wqoigct4xi/u3r3z3w3-307.part1.rar

3 of 6



http://oron.com/nraocibsuuva/u3r3z3w3-307.part2.rar
http://oron.com/jm444b32jt1r/u3r3z3w3-307.part3.rar
http://oron.com/stovdpzq0a2p/u3r3z3w3-307.part4.rar
http://oron.com/83ldygm9ebdk/u3r3z3w3-307.part5.rar
http://oron.com/8as7j6x0lluh/u3r3z3w3-307.part6.rar
http://oron.com/gmmjbsr60sht/u3r3z3w3-308.part1.rar
http://oron.com/j62m7zun3rxr/u3r3z3w3-308.part2.rar
http://oron.com/zed0ngg6bllt/u3r3z3w3-308.part3.rar
http://oron.com/csy7k03l4pth/u3r3z3w3-308.part4.rar
http://oron.com/txbszni4e3lw/u3r3z3w3-308.part5.rar
http://oron.com/2g05ex8kos2h/u3r3z3w3-308.part6.rar
http://oron.com/4fhw8dlir648/u1r1z1w1-364.part1.rar
http://oron.com/hsrndh0u2hyo/u1r1z1w1-364.part2.rar
http://oron.com/ezquw0o0cnn9/u1r1z1w1-364.part3.rar
http://oron.com/jakxbnwgcnwd/u1r1z1w1-364.part4.rar
http://oron.com/s7oqmdnzwuhw/u1r1z1w1-364.part5.rar
http://oron.com/87bru5fz736f/M.Gay
http://oron.com/jg9xdg6dg27u/M.Gay
http://oron.com/cweb634x8kou/M.Gay
http://oron.com/hjedxso7l95s/M.Nuts.part1.rar.html
http://oron.com/nh3uaj5vf681/M.Nuts.part2.rar.html
http://oron.com/8oe8vnyzcvl0/M.Nuts.part3.rar.html
http://oron.com/cty4ya8snmc9/Mi_d_Nuts_2_TAST__TH__CRUNCH.part1.rar.html
http://oron.com/cksv6cwnd8uj/Mi_d_Nuts_2_TAST__TH__CRUNCH.part2.rar.html
http://oron.com/xxm9fc3mlei7/Mi_d_Nuts_2_TAST__TH__CRUNCH.part3.rar.html
http://oron.com/6w57qfjoyuy6/Mi_d_Nuts_2_TAST__TH__CRUNCH.part4.rar.html
http://oron.com/ru8jwqkftgbu/M.Nuts.part1.rar.html
http://oron.com/tflmb73l8lio/M.Nuts.part2.rar.html
http://oron.com/2p6sxl5n4ecr/M.Nuts.part3.rar.html
http://oron.com/4fhw8dlir648/GayTwinks-364.part1.rar
http://oron.com/hsrndh0u2hyo/GayTwinks-364.part2.rar
http://oron.com/ezquw0o0cnn9/GayTwinks-364.part3.rar
http://oron.com/jakxbnwgcnwd/GayTwinks-364.part4.rar
http://oron.com/s7oqmdnzwuhw/GayTwinks-364.part5.rar
http://oron.com/74or45t1xo6e/Gay
http://oron.com/aqf88406e6pb/Gay
http://oron.com/445m35o8qg6q/Gay
http://oron.com/cy80xmlfeejy/Gay
http://oron.com/v4ljcb5rq9ol/Gay%20Twinks%20Movies2210.part1.rar.html
http://oron.com/qobpyprf7bpg/Gay%20Twinks%20Movies2210.part2.rar.html
http://oron.com/cvhjhp7bdiwf/Gay%20Twinks%20Movies2210.part3.rar.html
http://oron.com/6lsnjnqkyng2/Gay%20Twinks%20Movies2210.part4.rar.html
http://oron.com/et3skps91h8y/MiGay



http://oron.com/zeypvq0j2428/MiGay
http://oron.com/275rq43hng00/MiGay
http://oron.com/f4c8vq1w8nx7/MiGay
http://oron.com/bqfbk1fbega5/Mi_amiUncut.part1.rar.html
http://oron.com/ylyp2418618m/Mi_amiUncut.part2.rar.html
http://oron.com/mz5sn8m2nxm6/Mi_amiUncut.part3.rar.html
http://oron.com/90865sy87ktx/Mi_amiUncut.part4.rar.html
http://oron.com/88w71xn88yzi/D_Lif__18.part1.rar.html
http://oron.com/ahtnvmphiulr/D_Lif__18.part2.rar.html
http://oron.com/qlwtr2j67u81/D_Lif__18.part3.rar.html
http://oron.com/hpktgept138k/D_Lif__18.part4.rar.html
http://oron.com/fcnbkfxaitvr/D_Lif__19.part1.rar.html
http://oron.com/f3glcos26lma/D_Lif__19.part2.rar.html
http://oron.com/tj4a0okpurvr/D_Lif__19.part3.rar.html
http://oron.com/2xlkq13f35d2/D_Lif__19.part4.rar.html
http://oron.com/ekbcmpxv1gun/Do_rmLife5.part1.rar.html
http://oron.com/jo3zi1b2yqlr/Do_rmLife5.part2.rar.html
http://oron.com/a0pvkkem76ed/Do_rmLife5.part3.rar.html
http://oron.com/fg8da31gdqmo/Do_rmLife5.part4.rar.html
http://oron.com/53fsvku93a7i/Do_rmLife5.part5.rar.html
http://oron.com/z6v6r4yqhsj3/DLif__1__2.part1.rar.html
http://oron.com/k5heqssruz4w/DLif__1__2.part2.rar.html
http://oron.com/u7qg5rrb1nb4/Do.Life12.part1.rar.html
http://oron.com/k8tqzla3225h/Do.Life12.part2.rar.html
http://oron.com/74sb3v2hv8hs/Do.Life12.part3.rar.html
http://oron.com/fq9xjlt0zoh2/Dorm_Lif_1_and_2_.part1.rar.html
http://oron.com/iapjz9fdowq8/Dorm_Lif_1_and_2_.part2.rar.html
http://oron.com/lwf9dkonaqjl/DORM_LIFE_3.part1.rar.html
http://oron.com/ewn9o3v9bfme/DORM_LIFE_3.part2.rar.html
http://oron.com/emo6147lys3l/Dorm_Lif_6.part1.rar.html
http://oron.com/6e7bentber40/Dorm_Lif_6.part2.rar.html
http://oron.com/vo0ig23g4r8g/Dorm_Lif_5.part1.rar.html
http://oron.com/h7kehz6fokg2/Dorm_Lif_5.part2.rar.html
http://oron.com/jk3flqtc8r29/Dorm_Lif_5.part3.rar.html
http://oron.com/l5kwc26cewvy/Dorm_lif_4.part1.rar.html
http://oron.com/vosf5uhkrlck/Dorm_lif_4.part2.rar.html
http://oron.com/qbupbg1x8iam/Dorm_Lif_12_-_Addiction.part1.rar.html
http://oron.com/cnoh2g1zu5bh/Dorm_Lif_12_-_Addiction.part2.rar.html
http://oron.com/k2hpv4bsg1jp/DLif__1__2.part1.rar
http://oron.com/dmmtydmaprto/DLif__1__2.part2.rar
http://oron.com/y1boho0ul5bf/DLif__1__2.part1.rar.html
http://oron.com/ph5c5gmvtcfb/DLif__1__2.part2.rar.html



Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com




Sincerely,




Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



May 11, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 14



FlavaWorks

**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/hupq3oqxba4n/177-Athony_Avery__Usher_Richbanks.part6.rar.html
http://oron.com/lmijiuwg45cq/177-Athony_Avery__Usher_Richbanks.part5.rar.html
http://oron.com/j7cphc3r4gfp/177-Athony_Avery__Usher_Richbanks.part4.rar.html
http://oron.com/k2rmiv436unb/177-Athony_Avery__Usher_Richbanks.part3.rar.html
http://oron.com/g58qodm3q8z9/177-Athony_Avery__Usher_Richbanks.part2.rar.html
http://oron.com/w6m418y5w6uu/177-Athony_Avery__Usher_Richbanks.part1.rar.html
http://oron.com/42rm2ez22351/187-Baby_Star__Billy_Baxter.part6.rar.html
http://oron.com/m64ntrxy2vwg/187-Baby_Star__Billy_Baxter.part5.rar.html
http://oron.com/120bwo0j60o6/187-Baby_Star__Billy_Baxter.part4.rar.html
http://oron.com/6cl3ylazmid3/187-Baby_Star__Billy_Baxter.part3.rar.html
http://oron.com/n3sn62dyxkck/187-Baby_Star__Billy_Baxter.part2.rar.html
http://oron.com/h3hizeilma1q/187-Baby_Star__Billy_Baxter.part1.rar.html
http://oron.com/vft6v84rhgms/188-Baby_Star__Cody_Kyler__Gianni_Luca.part1.rar.html
http://oron.com/yy00cugizazr/188-Baby_Star__Cody_Kyler__Gianni_Luca.part2.rar.html
http://oron.com/tld01osw4eoq/188-Baby_Star__Cody_Kyler__Gianni_Luca.part3.rar.html
http://oron.com/ad7kq23kfodz/188-Baby_Star__Cody_Kyler__Gianni_Luca.part4.rar.html
http://oron.com/addepcpvkz6i/188-Baby_Star__Cody_Kyler__Gianni_Luca.part5.rar.html
http://oron.com/zjurcyqmy38c/188-Baby_Star__Cody_Kyler__Gianni_Luca.part6.rar.html
http://oron.com/cf5d4tcnrdvv/189-Baby_Star__Tony_Royce.part1.rar.html
http://oron.com/l19qiinb99l4/189-Baby_Star__Tony_Royce.part2.rar.html
http://oron.com/hhqbtg626lh6/189-Baby_Star__Tony_Royce.part3.rar.html
http://oron.com/fg535atkhius/189-Baby_Star__Tony_Royce.part4.rar.html
http://oron.com/df1e7xkqshe0/189-Baby_Star__Tony_Royce.part5.rar.html
http://oron.com/chdpkbrd8gi8/192-Babystar_and_Flamez.part1.rar.html
http://oron.com/6yyvn2iyameo/192-Babystar_and_Flamez.part2.rar.html
http://oron.com/w62g9dxannyj/151-Alex_Flex__Flamez__Jarvis_Chandler.part1.rar.html
http://oron.com/8gn0xxxggs6p/151-Alex_Flex__Flamez__Jarvis_Chandler.part2.rar.html
http://oron.com/ant9zfbbixlh/151-Alex_Flex__Flamez__Jarvis_Chandler.part3.rar.html
http://oron.com/wavs2asmcw98/151-Alex_Flex__Flamez__Jarvis_Chandler.part4.rar.html
http://oron.com/e0a3v1lk2gpt/151-Alex_Flex__Flamez__Jarvis_Chandler.part5.rar.html
http://oron.com/0rwkg8fpigfw/G8UDhdY.rar.html
http://oron.com/88utq675el4l/2.RawRoz_ds5Deep_Impact.part1.rar.html



http://oron.com/15k2qh2ht7x3/2.RawRoz_ds5Deep_Impact.part2.rar.html
http://oron.com/dkcvmuewc9sf/2.RawRoz_ds5Deep_Impact.part3.rar.html
http://oron.com/mhgxsjcj56ss/2.RawRoz_ds5Deep_Impact.part4.rar.html
http://oron.com/qjwievkx4kie/2.RawRoz_ds5Deep_Impact.part5.rar.html
http://oron.com/xrghf305e71s/0009_GE_Raw_Rods_1.part4.rar.html
http://oron.com/558jud56o95i/0009_GE_Raw_Rods_1.part3.rar.html
http://oron.com/558jud56o95i/0009_GE_Raw_Rods_1.part3.rar.html
http://oron.com/u2c4r0rdhjk6/0009_GE_Raw_Rods_1.part2.rar.html
http://oron.com/xbtwrtze7zhp/0009_GE_Raw_Rods_1.part1.rar.html
http://oron.com/6k7nyqnuil5k/Raw_Dkin_It.part1.rar.html
http://oron.com/1lxczhqo8zfy/Raw_Dkin_It.part2.rar.html
http://oron.com/7zb8ggfrmzh5/Raw_Dkin_It.part3.rar.html
http://oron.com/rt0eoxb9xfic/Raw_Dkin_It.part4.rar.html
http://oron.com/nju15yp4q3s8/209-Billy_Baxter__Hotrod.part1.rar.html
http://oron.com/m3iwvbmgbbzg/209-Billy_Baxter__Hotrod.part2.rar.html
http://oron.com/eezhhx404oc4/209-Billy_Baxter__Hotrod.part3.rar.html
http://oron.com/3l0d5eexkx96/209-Billy_Baxter__Hotrod.part4.rar.html
http://oron.com/1vktuvm3nb24/209-Billy_Baxter__Hotrod.part5.rar.html
http://oron.com/cid7o9myogmf/209-Billy_Baxter__Hotrod.part6.rar.html
http://oron.com/zotqnoocx30x/209-Billy_Baxter__Hotrod.part7.rar.html
http://oron.com/7fywiovi8r52/248-Breakz__Jarvis_Chandler.part1.rar.html
http://oron.com/pdxz2kqevbks/248-Breakz__Jarvis_Chandler.part2.rar.html
http://oron.com/amie19cxmyqq/248-Breakz__Jarvis_Chandler.part3.rar.html
http://oron.com/4qakpjcbnswh/249-Breion_Diamond__Cayden_Cooper.part1.rar.html
http://oron.com/8ifbh9njyhbx/249-Breion_Diamond__Cayden_Cooper.part2.rar.html
http://oron.com/01md6hxgqy8g/249-Breion_Diamond__Cayden_Cooper.part3.rar.html
http://oron.com/8jgc7s39wev1/249-Breion_Diamond__Cayden_Cooper.part4.rar.html
http://oron.com/jw3yfqfzset1/250-Breion_Diamond__Levi_Summers.part1.rar.html
http://oron.com/gb4cja0ucg4y/250-Breion_Diamond__Levi_Summers.part2.rar.html
http://oron.com/ya9e9ac6vstp/250-Breion_Diamond__Levi_Summers.part3.rar.html
http://oron.com/swj4dj9ddaok/250-Breion_Diamond__Levi_Summers.part4.rar.html
http://oron.com/go36ueg1xa6p/250-Breion_Diamond__Levi_Summers.part5.rar.html
http://oron.com/9ergwk40mi4r/251-Breion_Diamond_and_Jack_Michaels.part1.rar.html
http://oron.com/vr9ladcy4uob/251-Breion_Diamond_and_Jack_Michaels.part2.rar.html
http://oron.com/0spf0us882z1/251-Breion_Diamond_and_Jack_Michaels.part3.rar.html
http://oron.com/avieklfxu39g/251-Breion_Diamond_and_Jack_Michaels.part4.rar.html
http://oron.com/wadf28gq3f0s/251-Breion_Diamond_and_Jack_Michaels.part5.rar.html
http://oron.com/lvt2x75h13y2/251-Breion_Diamond_and_Jack_Michaels.part6.rar.html
http://oron.com/n9ogtm7zm41e/268-
Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part1.rar.html
http://oron.com/zzzh1qfuswuo/268-
Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part2.rar.html
http://oron.com/svn1eo9ebfpj/268-Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part3.rar.html



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://oron.com/x1d0fqyy2ykr/268-Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part4.rar.html
http://oron.com/fbzbylq3w9v4/268-Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part5.rar.html
http://oron.com/lo51cfip6wah/268-Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part6.rar.html
http://oron.com/mcsbqnwb4340/269-Cayden_Cooper__Jessie_Rabbit.part1.rar.html
http://oron.com/xbyxosnp9kqa/269-Cayden_Cooper__Jessie_Rabbit.part2.rar.html
http://oron.com/dtvz6najgib3/269-Cayden_Cooper__Jessie_Rabbit.part3.rar.html
http://oron.com/3c1v5sgwat3d/269-Cayden_Cooper__Jessie_Rabbit.part4.rar.html
http://oron.com/fc3ab6o4jjhl/269-Cayden_Cooper__Jessie_Rabbit.part5.rar.html
http://oron.com/bt5hf3ff5669/270-Cayden_Cooper__Ken_Mariano.part1.rar.html
http://oron.com/3o4zu19lwxvu/270-Cayden_Cooper__Ken_Mariano.part2.rar.html
http://oron.com/20bg3fazwg6z/270-Cayden_Cooper__Ken_Mariano.part3.rar.html
http://oron.com/6dmbt8e9sbua/270-Cayden_Cooper__Ken_Mariano.part4.rar.html
http://oron.com/hxcx31xw3m8p/270-Cayden_Cooper__Ken_Mariano.part5.rar.html
http://oron.com/4rjvtjr3cogr/270-Cayden_Cooper__Ken_Mariano.part6.rar.html
http://oron.com/wa7o7osybx21/271-Cayden_Cooper__Kid_Kudi.part1.rar.html
http://oron.com/szoxxmjq8sa8/271-Cayden_Cooper__Kid_Kudi.part2.rar.html
http://oron.com/04dp34zvlzws/271-Cayden_Cooper__Kid_Kudi.part3.rar.html
http://oron.com/on2ashks7yxy/271-Cayden_Cooper__Kid_Kudi.part4.rar.html
http://oron.com/z2rqulofv9fq/271-Cayden_Cooper__Kid_Kudi.part5.rar.html
http://oron.com/k74tz0sbfcdj/271-Cayden_Cooper__Kid_Kudi.part6.rar.html
http://oron.com/34q2i7ep2zdi/274-Chance_Jacobs__Jack_Micheals.part1.rar.html
http://oron.com/czag0nguwl2y/274-Chance_Jacobs__Jack_Micheals.part2.rar.html
http://oron.com/niee4myrf71e/274-Chance_Jacobs__Jack_Micheals.part3.rar.html
http://oron.com/rdu82wauoiin/274-Chance_Jacobs__Jack_Micheals.part4.rar.html
http://oron.com/ygvcule8ede6/274-Chance_Jacobs__Jack_Micheals.part5.rar.html
http://oron.com/9xgxt0ahb75j/288-Christian_Xavier__DeAngelo_Jackson.part1.rar.html
http://oron.com/53l97g9pzr8w/288-Christian_Xavier__DeAngelo_Jackson.part2.rar.html
http://oron.com/7ttapl0w8en6/288-Christian_Xavier__DeAngelo_Jackson.part3.rar.html
http://oron.com/9gyp5p29rbs1/288-Christian_Xavier__DeAngelo_Jackson.part4.rar.html
http://oron.com/co58a2xcyujh/288-Christian_Xavier__DeAngelo_Jackson.part5.rar.html
http://oron.com/os5q0avelsnt/289-Christian_Xavier__Dupree.part1.rar.html
http://oron.com/vpmlvo6dch3i/289-Christian_Xavier__Dupree.part2.rar.html
http://oron.com/n6rtwkhkzn9f/289-Christian_Xavier__Dupree.part3.rar.html
http://oron.com/ia74164hh2j0/289-Christian_Xavier__Dupree.part4.rar.html
http://oron.com/om73qol7l21z/290-Christian_Xavier__Usher_Richbanks.part1.rar.html
http://oron.com/in6zu2ybq3j9/290-Christian_Xavier__Usher_Richbanks.part2.rar.html
http://oron.com/r8ulyv7m0dbu/290-Christian_Xavier__Usher_Richbanks.part3.rar.html
http://oron.com/l3gbj77rgt7z/290-Christian_Xavier__Usher_Richbanks.part4.rar.html
http://oron.com/sectyv6r84cu/290-Christian_Xavier__Usher_Richbanks.part5.rar.html
http://oron.com/biwa4xxhu888/303-Cody_Kyler__DeAngelo_Jackson__Jules.part1.rar.html
http://oron.com/5u7bmu4ls217/303-Cody_Kyler__DeAngelo_Jackson__Jules.part2.rar.html
http://oron.com/nevp22fggk5t/303-Cody_Kyler__DeAngelo_Jackson__Jules.part3.rar.html
http://oron.com/100d356taxpe/304-Cody_Kyler__DeAngelo_Jackson.part1.rar.html



**FlavaWorks**
**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://oron.com/gdb7n8qj4na9/304-Cody_Kyler__DeAngelo_Jackson.part2.rar.html
http://oron.com/wag3fvrg4018/304-Cody_Kyler__DeAngelo_Jackson.part3.rar.html
http://oron.com/eb62cpw3mqq8/304-Cody_Kyler__DeAngelo_Jackson.part4.rar.html
http://oron.com/2nlm3vakb559/305-Cody_Kyler__Ken_Mariano.part1.rar.html
http://oron.com/1dvzniu7jt2a/305-Cody_Kyler__Ken_Mariano.part2.rar.html
http://oron.com/whkb5ulp1dqc/306-Cody_Kyler__Malo.part1.rar.html
http://oron.com/xjhspqgp8oxl/306-Cody_Kyler__Malo.part2.rar.html
http://oron.com/hp60rq4wtdr2/306-Cody_Kyler__Malo.part3.rar.html
http://oron.com/ol5jlqdryekk/307-Cody_Kyler__Markell.part1.rar.html
http://oron.com/efd0v3xk8nju/384-Domino_Star__Jesse_Rabbit__Micah_Andrews.part1.rar.html
http://oron.com/7vnw87qwqqqb/384-Domino_Star__Jesse_Rabbit__Micah_Andrews.part2.rar.html
http://oron.com/jkdq4qnpdvp0/384-Domino_Star__Jesse_Rabbit__Micah_Andrews.part3.rar.html
http://oron.com/yj1pdg7nrpgs/384-Domino_Star__Jesse_Rabbit__Micah_Andrews.part4.rar.html
http://oron.com/q8vlyeww5qzd/384-Domino_Star__Jesse_Rabbit__Micah_Andrews.part5.rar.html
http://oron.com/iowncbstptr2/384-Domino_Star__Jesse_Rabbit__Micah_Andrews.part6.rar.html
http://oron.com/zziu37f0w4lr/384-Domino_Star__Jesse_Rabbit__Micah_Andrews.part7.rar.html
http://oron.com/nea02ddnu8t6/417-Flamez_and_Suspect.part1.rar.html
http://oron.com/nj4vxri3wu3z/417-Flamez_and_Suspect.part2.rar.html
http://oron.com/k537mpyu61k8/417-Flamez_and_Suspect.part3.rar.html
http://oron.com/ais4uahpdb0m/441-Golden_Secret__Tony_Royce.part1.rar.html
http://oron.com/7he8tbi0tucy/441-Golden_Secret__Tony_Royce.part2.rar.html
http://oron.com/ozs88fwfrrfi/441-Golden_Secret__Tony_Royce.part3.rar.html
http://oron.com/hidtop7n9v3y/441-Golden_Secret__Tony_Royce.part4.rar.html
http://oron.com/1t85w3d0ghv7/441-Golden_Secret__Tony_Royce.part5.rar.html
http://oron.com/a7v8rtviy73u/441-Golden_Secret__Tony_Royce.part6.rar.html
http://oron.com/xpb2y8yteea4/441-Golden_Secret__Tony_Royce.part7.rar.html
http://oron.com/ftbpyexjcpaa/471-Ian_Cody__Ken_Mariano__Rock.part1.rar.html
http://oron.com/vja06wae8m4e/471-Ian_Cody__Ken_Mariano__Rock.part2.rar.html
http://oron.com/mic7ght31qbv/471-Ian_Cody__Ken_Mariano__Rock.part3.rar.html
http://oron.com/ebtcjldeg9yj/471-Ian_Cody__Ken_Mariano__Rock.part4.rar.html
http://oron.com/ygwo3a1ek8kg/471-Ian_Cody__Ken_Mariano__Rock.part5.rar.html
http://oron.com/f90k5tcaxsvz/489-Jarvis_Chandler__Usher_Richbanks.part1.rar.html
http://oron.com/sxzrx22xksfr/489-Jarvis_Chandler__Usher_Richbanks.part2.rar.html
http://oron.com/fngjv6525v07/489-Jarvis_Chandler__Usher_Richbanks.part3.rar.html
http://oron.com/z402lz3dirzd/489-Jarvis_Chandler__Usher_Richbanks.part4.rar.html
http://oron.com/328lm63zyhlk/489-Jarvis_Chandler__Usher_Richbanks.part5.rar.html
http://oron.com/5v59jh5gk8vc/489-Jarvis_Chandler__Usher_Richbanks.part6.rar.html
http://oron.com/dncikbp9bmia/490-Jason_Hearst__Usher_Richbanks.part1.rar.html
http://oron.com/cngg0ju6ubqp/490-Jason_Hearst__Usher_Richbanks.part2.rar.html
http://oron.com/lq2bhkac39pl/490-Jason_Hearst__Usher_Richbanks.part3.rar.html
http://oron.com/mqxpz7vdwlxv/490-Jason_Hearst__Usher_Richbanks.part4.rar.html
http://oron.com/0asxv5c9mwnt/490-Jason_Hearst__Usher_Richbanks.part5.rar.html
http://oron.com/mo7iz0rnd0nk/491-Jay_Sean__Jason_Hearst.part1.rar.html



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://oron.com/87lhztbymi8h/491-Jay_Sean__Jason_Hearst.part2.rar.html
http://oron.com/x6n48shf7aio/491-Jay_Sean__Jason_Hearst.part3.rar.html
http://oron.com/pxwsvxkqujfp/491-Jay_Sean__Jason_Hearst.part4.rar.html
http://oron.com/o9g451fpzw7a/491-Jay_Sean__Jason_Hearst.part5.rar.html
http://oron.com/fish4nh06bc8/491-Jay_Sean__Jason_Hearst.part6.rar.html
http://oron.com/u4zat0fm0xrw/4kCyFvf.rar.html
http://oron.com/l9kic42wgeam/500-Johnny_Caste__Troy_Moreno.part1.rar.html
http://oron.com/mpmq2uf8exzy/500-Johnny_Caste__Troy_Moreno.part2.rar.html
http://oron.com/rj8vgoqe3boi/500-Johnny_Caste__Troy_Moreno.part3.rar.html
http://oron.com/md8xkp1t3qan/500-Johnny_Caste__Troy_Moreno.part4.rar.html
http://oron.com/fmnd516j4f7h/500-Johnny_Caste__Troy_Moreno.part5.rar.html
http://oron.com/lfve9ned5gni/500-Johnny_Caste__Troy_Moreno.part6.rar.html
http://oron.com/3a7cqiainntx/500-Johnny_Caste__Troy_Moreno.part7.rar.html
http://oron.com/20yj2pl3l7v9/523-Justin_Tyler__Markell.part1.rar.html
http://oron.com/xkg2yi0yqosl/523-Justin_Tyler__Markell.part2.rar.html
http://oron.com/ejsbp7auvpbm/523-Justin_Tyler__Markell.part3.rar.html
http://oron.com/5ex70921g0y2/523-Justin_Tyler__Markell.part4.rar.html
http://oron.com/27k9vhsifsyg/523-Justin_Tyler__Markell.part5.rar.html
http://oron.com/0ds5cinjgzyt/523-Justin_Tyler__Markell.part6.rar.html
http://oron.com/5qxpvb280f5z/682-RawNasty_Milk_These_Walls.part1.rar.html
http://oron.com/windt9gqkdrf/682-RawNasty_Milk_These_Walls.part2.rar.html
http://oron.com/um1nk4qt2agt/790-ThugBoy_Daddy__Prince.part1.rar.html
http://oron.com/2xj2hby43hj0/790-ThugBoy_Daddy__Prince.part2.rar.html
http://oron.com/nju15yp4q3s8/
http://oron.com/m3iwvbmgbbzg/
http://oron.com/eezhhx404oc4/
http://oron.com/3l0d5eexkx96/
http://oron.com/1vktuvm3nb24/
http://oron.com/cid7o9myogmf/
http://oron.com/zotqnoocx30x/
http://oron.com/7fywiovi8r52/
http://oron.com/pdxz2kqevbks/
http://oron.com/amie19cxmyqq/
http://oron.com/4qakpjcbnswh/
http://oron.com/8ifbh9njyhbx/
http://oron.com/01md6hxgqy8g/
http://oron.com/8jgc7s39wev1/
http://oron.com/jw3yfqfzset1/
http://oron.com/gb4cja0ucg4y/
http://oron.com/ya9e9ac6vstp/
http://oron.com/swj4dj9ddaok/
http://oron.com/go36ueg1xa6p/
http://oron.com/9ergwk40mi4r/



**World Headquarters** 2610 North Miami Ave., Miami FL 33127-4438 ✿ www.FlavaWorks.com ✿ 305-438-9450 ✿ FAX: 305-438-9470 ✿ Toll Free: 1-877-352-8254
**Chicago Office** 933 West Irving Park Road, Suite C, Chicago, IL 60613

http://oron.com/vr9ladcy4uob/
http://oron.com/0spf0us882z1/
http://oron.com/avieklfxu39g/
http://oron.com/wadf28gq3f0s/
http://oron.com/lvt2x75h13y2/
http://oron.com/es3o9kchx7wc/m6E8Wkn.part1.rar.html
http://oron.com/7wgzunea8prs/m6E8Wkn.part2.rar.html
http://oron.com/rziu98p3y4su/MU_DUYFI3I0.part1.rar.html
http://oron.com/4rhse8v8a4hs/MU_DUYFI3I0.part2.rar.html
http://oron.com/0q9w2x60t7sz/MU_DUYFI3I0.part3.rar.html
http://oron.com/ha0be1jfo9e1/MU_FEGVB1K1.rar.html
http://oron.com/vlgxlbv9k68g/MU_JPA2DX1P.part1.rar.html
http://oron.com/oe93egaw318t/MU_JPA2DX1P.part2.rar.html
http://oron.com/0vzryjjy4bs7/MU_JPA2DX1P.part3.rar.html
http://oron.com/lii0xmwb15hg/MU_JPA2DX1P.part4.rar.html
http://oron.com/0s115qlob05i/MU_JPA2DX1P.part5.rar.html
http://oron.com/wmebsui3mpoj/MU_M1D9KHL4.part1.rar.html
http://oron.com/f1pp4tev6jn6/MU_M1D9KHL4.part2.rar.html
http://oron.com/o0ps3jnnodyd/MU_QBDN34Z6.part1.rar.html
http://oron.com/pgfdladsm78i/MU_QBDN34Z6.part2.rar.html
http://oron.com/wacaahewchhc/MU_QBDN34Z6.part3.rar.html
http://oron.com/woieiitxbndd/MU_TR36OUG8.part1.rar.html
http://oron.com/59az52ojidg5/MU_TR36OUG8.part2.rar.html
http://oron.com/ktea2vskpqfc/pPcAw7R.part1.rar.html
http://oron.com/mnmwr14ljkv4/pPcAw7R.part2.rar.html
http://oron.com/w62g9dxannyj/
http://oron.com/8gn0xxxggs6p/
http://oron.com/ant9zfbbixlh/
http://oron.com/wavs2asmcw98/
http://oron.com/e0a3v1lk2gpt/
http://oron.com/0vcmy7ovvtam/
http://oron.com/y4i39q2tsyay/
http://oron.com/7mqx3xre1rrx/
http://oron.com/fgh72ptpie7l/
http://oron.com/bp9v3m0uh5r2/
http://oron.com/h3hizeilma1q/
http://oron.com/n3sn62dyxkck/
http://oron.com/6cl3ylazmid3/
http://oron.com/120bwo0j60o6/
http://oron.com/m64ntrxy2vwg/
http://oron.com/42rm2ez22351/
http://oron.com/cf5d4tcnrdvv/
http://oron.com/l19qiinb99l4/



http://oron.com/hhqbtg626lh6/
http://oron.com/fg535atkhius/
http://oron.com/df1e7xkqshe0/
http://oron.com/chdpkbrd8gi8/
http://oron.com/6yyvn2iyameo/
http://oron.com/n9ogtm7zm41e/
http://oron.com/zzzh1qfuswuo/
http://oron.com/svn1eo9ebfpj/
http://oron.com/x1d0fqyy2ykr/
http://oron.com/fbzbylq3w9v4/
http://oron.com/lo51cfip6wah/
http://oron.com/mcsbqnwb4340/
http://oron.com/xbyxosnp9kqa/
http://oron.com/dtvz6najgib3/
http://oron.com/3c1v5sgwat3d/
http://oron.com/fc3ab6o4jjhl/
http://oron.com/bt5hf3ff5669/
http://oron.com/3o4zu19lwxvu/
http://oron.com/20bg3fazwg6z/
http://oron.com/6dmbt8e9sbua/
http://oron.com/hxcx31xw3m8p/
http://oron.com/4rjvtjr3cogr/
http://oron.com/wa7o7osybx21/
http://oron.com/szoxxmjq8sa8/
http://oron.com/04dp34zvlzws/
http://oron.com/on2ashks7yxy/
http://oron.com/z2rqulofv9fq/
http://oron.com/k74tz0sbfcdj/
http://oron.com/34q2i7ep2zdi/
http://oron.com/czag0nguwl2y/
http://oron.com/niee4myrf71e/
http://oron.com/rdu82wauoiin/
http://oron.com/ygvcule8ede6/
http://oron.com/9xgxt0ahb75j/
http://oron.com/53l97g9pzr8w/
http://oron.com/7ttapl0w8en6/
http://oron.com/9gyp5p29rbs1/
http://oron.com/co58a2xcyujh/
http://oron.com/os5q0avelsnt/
http://oron.com/vpmlvo6dch3i/
http://oron.com/n6rtwkhkzn9f/
http://oron.com/ia74164hh2j0/
http://oron.com/om73qol7l21z/



http://oron.com/in6zu2ybq3j9/
http://oron.com/r8ulyv7m0dbu/
http://oron.com/l3gbj77rgt7z/
http://oron.com/sectyv6r84cu/
http://oron.com/n9ogtm7zm41e/
http://oron.com/zzzh1qfuswuo/
http://oron.com/svn1eo9ebfpj/
http://oron.com/x1d0fqyy2ykr/
http://oron.com/fbzbylq3w9v4/
http://oron.com/lo51cfip6wah/
http://oron.com/mcsbqnwb4340/
http://oron.com/xbyxosnp9kqa/
http://oron.com/dtvz6najgib3/
http://oron.com/3c1v5sgwat3d/
http://oron.com/fc3ab6o4jjhl/
http://oron.com/bt5hf3ff5669/
http://oron.com/3o4zu19lwxvu/
http://oron.com/20bg3fazwg6z/
http://oron.com/6dmbt8e9sbua/
http://oron.com/hxcx31xw3m8p/
http://oron.com/4rjvtjr3cogr/
http://oron.com/wa7o7osybx21/
http://oron.com/szoxxmjq8sa8/
http://oron.com/04dp34zvlzws/
http://oron.com/on2ashks7yxy/
http://oron.com/z2rqulofv9fq/
http://oron.com/k74tz0sbfcdj/
http://oron.com/34q2i7ep2zdi/
http://oron.com/czag0nguwl2y/
http://oron.com/niee4myrf71e/
http://oron.com/rdu82wauoiin/
http://oron.com/ygvcule8ede6/
http://oron.com/9xgxt0ahb75j/
http://oron.com/53l97g9pzr8w/
http://oron.com/7ttapl0w8en6/
http://oron.com/9gyp5p29rbs1/
http://oron.com/co58a2xcyujh/
http://oron.com/os5q0avelsnt/
http://oron.com/vpmlvo6dch3i/
http://oron.com/n6rtwkhkzn9f/
http://oron.com/ia74164hh2j0/
http://oron.com/om73qol7l21z/
http://oron.com/in6zu2ybq3j9/



http://oron.com/r8ulyv7m0dbu/
http://oron.com/l3gbj77rgt7z/
http://oron.com/sectyv6r84cu/
http://oron.com/biwa4xxhu888/
http://oron.com/5u7bmu4ls217/
http://oron.com/nevp22fggk5t/
http://oron.com/mvqbar4ouzvz/
http://oron.com/100d356taxpe/
http://oron.com/gdb7n8qj4na9/
http://oron.com/wag3fvrg4018/
http://oron.com/eb62cpw3mqq8/
http://oron.com/2nlm3vakb559/
http://oron.com/1dvzniu7jt2a/
http://oron.com/whkb5ulp1dqc/
http://oron.com/xjhspqgp8oxl/
http://oron.com/hp60rq4wtdr2/
http://oron.com/ol5jlqdryekk/
http://oron.com/efd0v3xk8nju/
http://oron.com/7vnw87qwqqqb/
http://oron.com/jkdq4qnpdvp0/
http://oron.com/yj1pdg7nrpgs/
http://oron.com/q8vlyeww5qzd/
http://oron.com/iowncbstptr2/
http://oron.com/zziu37f0w4lr/
http://oron.com/nea02ddnu8t6/
http://oron.com/nj4vxri3wu3z/
http://oron.com/k537mpyu61k8/
http://oron.com/nea02ddnu8t6/
http://oron.com/nj4vxri3wu3z/
http://oron.com/k537mpyu61k8/
http://oron.com/ais4uahpdb0m/
http://oron.com/7he8tbi0tucy/
http://oron.com/ozs88fwfrrfi/
http://oron.com/hidtop7n9v3y/
http://oron.com/1t85w3d0ghv7/
http://oron.com/a7v8rtviy73u/
http://oron.com/xpb2y8yteea4/
http://oron.com/4o9ofmf9f66f/
http://oron.com/702363m1yu21/
http://oron.com/lk988fiq9l5b/
http://oron.com/3f6o7v6psdda/
http://oron.com/ftbpyexjcpaa/
http://oron.com/vja06wae8m4e/



http://oron.com/mic7ght31qbv/
http://oron.com/ebtcjldeg9yj/
http://oron.com/ygwo3a1ek8kg/
http://oron.com/f90k5tcaxsvz/
http://oron.com/sxzrx22xksfr/
http://oron.com/fngjv6525v07/
http://oron.com/z402lz3dirzd/
http://oron.com/328lm63zyhlk/
http://oron.com/5v59jh5gk8vc/
http://oron.com/dncikbp9bmia/
http://oron.com/cngg0ju6ubqp/
http://oron.com/lq2bhkac39pl/
http://oron.com/mqxpz7vdwlxv/
http://oron.com/0asxv5c9mwnt/
http://oron.com/mo7iz0rnd0nk/
http://oron.com/87lhztbymi8h/
http://oron.com/x6n48shf7aio/
http://oron.com/pxwsvxkqujfp/
http://oron.com/o9g451fpzw7a/
http://oron.com/fish4nh06bc8/
http://oron.com/u4zat0fm0xrw/
http://oron.com/l9kic42wgeam/
http://oron.com/mpmq2uf8exzy/
http://oron.com/rj8vgoqe3boi/
http://oron.com/md8xkp1t3qan/
http://oron.com/fmnd516j4f7h/
http://oron.com/lfve9ned5gni/
http://oron.com/3a7cqiainntx/
http://oron.com/1b1vr3f5dvhf/
http://oron.com/l3klp5s0nws4/
http://oron.com/bgky3ce2w3za/
http://oron.com/5qxpvb280f5z/
http://oron.com/windt9gqkdrf/
http://oron.com/um1nk4qt2agt/
http://oron.com/2xj2hby43hj0/
http://oron.com/20yj2pl3l7v9/
http://oron.com/xkg2yi0yqosl/
http://oron.com/ejsbp7auvpbm/
http://oron.com/5ex70921g0y2/
http://oron.com/27k9vhsifsyg/
http://oron.com/0ds5cinjgzyt/
http://oron.com/rziu98p3y4su/
http://oron.com/4rhse8v8a4hs/



http://oron.com/0q9w2x60t7sz/
http://oron.com/es3o9kchx7wc/
http://oron.com/7wgzunea8prs/
http://oron.com/wfhizqavcteo/
http://oron.com/30funv1ak1zi/
http://oron.com/v0078teh7ihc/
http://oron.com/ypr8dyv8gup2/
http://oron.com/1l8y2zlbppnj/
http://oron.com/oya7e03lclhr/
http://oron.com/t2umqeauey56/
http://oron.com/vhmg9slmnisu/
http://oron.com/8uj6wxgq022z/
http://oron.com/yah2945rfekv/
http://oron.com/ha0be1jfo9e1/
http://oron.com/wmebsui3mpoj/
http://oron.com/f1pp4tev6jn6/
http://oron.com/ypr8dyv8gup2/
http://oron.com/1l8y2zlbppnj/
http://oron.com/oya7e03lclhr/
http://oron.com/o0ps3jnnodyd/
http://oron.com/pgfdladsm78i/
http://oron.com/wacaahewchhc/
http://oron.com/woieiitxbndd/
http://oron.com/59az52ojidg5/
http://oron.com/ktea2vskpqfc/
http://oron.com/mnmwr14ljkv4/

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com



http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



May 30, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 5



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/5e650o4fvors/G11.11DL19NV.avi.html
http://oron.com/vosf5uhkrlck/Dorm_lif_4.part2.rar.html
http://oron.com/l5kwc26cewvy/Dorm_lif_4.part1.rar.html
http://oron.com/iapjz9fdowq8/Dorm_Lif_1_and_2_.part2.rar.html
http://oron.com/fq9xjlt0zoh2/Dorm_Lif_1_and_2_.part1.rar.html
http://oron.com/eogxbecsptvn
http://oron.com/m80f0zxuewgm
http://oron.com/xs0ykwei1jr7/Gay%20Twinks%20Movies2398.part3.rar.html
http://oron.com/qo80o0v4072x/Gay%20Twinks%20Movies2398.part2.rar.html
http://oron.com/1zo71fnbobzd/Gay%20Twinks%20Movies2398.part1.rar.html
http://oron.com/db6vwghcl7vr/Raw.R._2_G.Juice.part4.rar.html
http://oron.com/lge0yuieu6b1/Raw.R._2_G.Juice.part3.rar.html
http://oron.com/yx9x474wx8vz/Raw.R._2_G.Juice.part2.rar.html
http://oron.com/3w1umg4caww1/Raw.R._2_G.Juice.part1.rar.html
http://oron.com/p87dp6ld3r4m
http://oron.com/9ijnz3e9gjw9
http://oron.com/elaaqrniytvj
http://oron.com/uhciqr0cydbw
http://oron.com/ywvg7ou9b4ch
http://oron.com/boqt8wiew489
http://oron.com/l4z7x4pd1wwh/G1607.part2.rar.html
http://oron.com/q5m6mdi8qkcd/G1607.part1.rar.html
http://oron.com/rlywfwpuzcqr
http://oron.com/8k249vg20tbv
http://oron.com/ltt7so3v1any
http://oron.com/pntewmnvy71f
http://oron.com/yh0ubwh7fz5a
http://oron.com/2qullwi9tzpk
http://oron.com/49c8xdbrwm7g
http://oron.com/t4q60dtbtqkf
http://oron.com/vkdjqk6xgdum
http://oron.com/go68iymumdax



http://oron.com/pzdi13wv773u
http://oron.com/ighojrn7n97e
http://oron.com/uvjl7ruva9pm
http://oron.com/0toypiostd9y
http://oron.com/kpsepc4ocdgk
http://oron.com/am750wnw8d4b
http://oron.com/kvifjhmzoykz
http://oron.com/hy7s6tencvvf
http://oron.com/qsu1f3710inj

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,



Chief Executive Officer
phil@flavaworks.com



July 10, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights. Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.*) for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/8cddbd65sspj/Mi_d_Nuts_2_TAST__TH__CRUNCH.part1.rar.html
http://oron.com/4u0pq1s5aean/Mi_d_Nuts_2_TAST__TH__CRUNCH.part2.rar.html
http://oron.com/ccb247b466kj/Mi_d_Nuts_2_TAST__TH__CRUNCH.part3.rar.html
http://oron.com/yujhmypdaagk/Mi_d_Nuts_2_TAST__TH__CRUNCH.part4.rar.html
http://oron.com/ia5gobokhs7c/M.Nuts3.part4.rar.html
http://oron.com/pjdu5x3hrodk/M.Nuts3.part3.rar.html
http://oron.com/odx3cchz3eij/M.Nuts3.part2.rar.html
http://oron.com/sndn94nx9xa2/M.Nuts3.part1.rar.html
http://oron.com/l6650d8z44j7/Mixxed_Nts__3.mpg.part2.rar.html
http://oron.com/gtprsmd6n6s4/Mixxed_Nts__3.mpg.part1.rar.html
http://oron.com/vp74vwi9uuza/Mixxed_Nts__3.mpg.html
http://oron.com/32imwdb4fpzp/Star_Str_uck.part2.rar.html
http://oron.com/sfi1twv02i4v/Star_Str_uck.part1.rar.html
http://oron.com/rendemg47kx2/Bby__Boys_Dorm.part3.rar.html
http://oron.com/xhubbhjbnc3j/Bby__Boys_Dorm.part2.rar.html
http://oron.com/rt6faa06bh6r/Bby__Boys_Dorm.part1.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com



http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



June 28, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 5



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/cellryhuzb74/Gay%20Twinks%20Movies2059.part2.rar.html
http://oron.com/xg4wj4irbtr4/Gay%20Twinks%20Movies2059.part1.rar.html
http://oron.com/xoad3q6e8a6d/Gay%20Twinks%20Movies1335&Nasty2.part8.rar.html
http://oron.com/0hxp2v7nsu34/Gay%20Twinks%20Movies1335&Nasty2.part7.rar.html
http://oron.com/jv99ndmycmho/Gay%20Twinks%20Movies1335&Nasty2.part6.rar.html
http://oron.com/kzafibd0ybfw/Gay%20Twinks%20Movies1335&Nasty2.part5.rar.html
http://oron.com/sydzyf76jgdu/Gay%20Twinks%20Movies1335&Nasty2.part4.rar.html
http://oron.com/awx7kz4i6qb3/Gay%20Twinks%20Movies1335&Nasty2.part3.rar.html
http://oron.com/q0i6vn45n9cq/Gay%20Twinks%20Movies1335&Nasty2.part2.rar.html
http://oron.com/tanpa1j70maj/Gay%20Twinks%20Movies1335&Nasty2.part1.rar.html
http://oron.com/h2e0nlqe9pay/GayTwinks-354.part4.rar
http://oron.com/g9k84lccd5ow/GayTwinks-354.part3.rar
http://oron.com/b4s8pq7enbem/GayTwinks-354.part2.rar
http://oron.com/5f6k0jlae3u4/GayTwinks-354.part1.rar
http://oron.com/sdhy2gnconxh/GayTwinks-356.part1.rar
http://oron.com/ll0vlt76ul5w/GayTwinks-356.part2.rar
http://oron.com/ns657ygley90/GayTwinks-356.part3.rar
http://oron.com/zgf5ajqqy4ds/GayTwinks-356.part4.rar
http://oron.com/93ymeq0rks8b/GayTwinks-356.part5.rar
http://oron.com/8h03mxabu0ay/GayTwinks-356.part6.rar
http://oron.com/j1vy3l53xc6q/GayTwinks-359.part4.rar
http://oron.com/4thw2fndlm1a/GayTwinks-359.part3.rar
http://oron.com/30fowde0ox62/GayTwinks-359.part2.rar
http://oron.com/c30eyyvp0d0l/GayTwinks-359.part1.rar
http://oron.com/pj7sd9t8kyz9/GayTwinks-360.part5.rar
http://oron.com/shv3apewthst/GayTwinks-360.part4.rar
http://oron.com/s1rjibr6zc5y/GayTwinks-360.part3.rar
http://oron.com/le4qhmjinln9/GayTwinks-360.part2.rar
http://oron.com/okqkamwpigif/GayTwinks-360.part1.rar
http://oron.com/8cijtsbcpf3n/GayTwinks-358.part5.rar
http://oron.com/u3a1wsh13ize/GayTwinks-358.part4.rar
http://oron.com/2myuyuhf7dxx/GayTwinks-358.part3.rar



http://oron.com/y31lsseq7pfj/GayTwinks-358.part2.rar
http://oron.com/7fuiqykqotu0/GayTwinks-358.part1.rar
http://oron.com/st4ssxypoxkb/GayTwinks-295.part6.rar
http://oron.com/v068u20eovr4/GayTwinks-295.part5.rar
http://oron.com/9lt5096jokmm/GayTwinks-295.part4.rar
http://oron.com/wiaqn7cmy5gu/GayTwinks-295.part3.rar
http://oron.com/d2munawz2mpe/GayTwinks-295.part2.rar
http://oron.com/bb2os2tg5d7z/GayTwinks-295.part1.rar
http://oron.com/f08jah5xzses
http://oron.com/aoqzftwkmaf5
http://oron.com/7zu8dqjpjoov
http://oron.com/iyb2bnr2hxej
http://oron.com/o4iojx8tnjr2
http://oron.com/hwmt8jzhx73v/Raw&Nasty2.part8.rar.html
http://oron.com/6b387gq87xmj/Raw&Nasty2.part7.rar.html
http://oron.com/6ufe9yi1p0up/Raw&Nasty2.part6.rar.html
http://oron.com/b4jj1oibus4p/Raw&Nasty2.part5.rar.html
http://oron.com/qjp4gqm256g9/Raw&Nasty2.part4.rar.html
http://oron.com/p65pvyed3i8a/Raw&Nasty2.part3.rar.html
http://oron.com/3myw7vury2vp/Raw&Nasty2.part2.rar.html
http://oron.com/3qajusmxliot/Raw&Nasty2.part1.rar.html
http://oron.com/seezdob44cvp/FlavaMen_-_DeAngelo_Jackson.part2.rar
http://oron.com/tc74xnmqw96p/FlavaMen_-_DeAngelo_Jackson.part1.rar
http://oron.com/vnqf38t00nnd/Gay%20Twinks%20Movies2059.part3.rar.html

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com



http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



May 1, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/gdb7n8qj4na9/304-Cody_Kyler__DeAngelo_Jackson.part2.rar.html
http://oron.com/wag3fvrg4018/304-Cody_Kyler__DeAngelo_Jackson.part3.rar.html
http://oron.com/eb62cpw3mqq8/304-Cody_Kyler__DeAngelo_Jackson.part4.rar.html
http://oron.com/100d356taxpe/304-Cody_Kyler__DeAngelo_Jackson.part1.rar.html
http://oron.com/86tfuk4476lg/
http://oron.com/n9ogtm7zm41e/268-
Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part1.rar.html
http://oron.com/zzzh1qfuswuo/268-
Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part2.rar.html
http://oron.com/svn1eo9ebfpj/268-Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part3.rar.html
http://oron.com/x1d0fqyy2ykr/268-Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part4.rar.html
http://oron.com/fbzbylq3w9v4/268-Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part5.rar.html
http://oron.com/lo51cfip6wah/268-Cayden_Cooper__Cody_Kyler__DeAngelo_Jackson.part6.rar.html
http://oron.com/qztx586lnhns

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com



http://www.FlavaMen.com

Sincerely,

Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



July 13, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).

2 of 4



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/jgv3lb47av9v
http://oron.com/2hia6pirveud
http://oron.com/z23dc50nlqbb
http://oron.com/cbbftoanmyj5
http://oron.com/pwpxjq78zz45

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com

Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



May 9, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/064zj2adpq7i
http://oron.com/0rwkg8fpigfw/G8UDhdY.rar.html
http://oron.com/0usjr4gnniqq/
http://oron.com/8uj6wxgq022z/Gay-Black_1155.part2.rar.html
http://oron.com/dofqaxo6yj1s/
http://oron.com/f6qnltbisg08/
http://oron.com/kr1en5vdzd36
http://oron.com/s23oq1hatv4yhttp://oron.com/smqr4wk8qlrt
http://oron.com/vhmg9slmnisu/Gay-Black_1155.part1.rar.html
http://oron.com/yah2945rfekv/Gay-Black_1155.part3.rar.html
http://oron.com/z08ddj90r3ja/

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com



Sincerely,


Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



December 9, 2011

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent
authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns
the copyright concerning an astounding number of still images and videos which are being openly
published on your site without its license or other authority, each of which will be particularly identified
in this letter together with information precisely identifying the location of that material in the works
which you host or otherwise publish. The verified and documented infringements listed in this letter
were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur
from this base URL or derivations thereof. Some links permit, or have permitted, direct download of
the infringing material. Others are hotlinked to other locations containing, or that have contained,
pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful
publication of this intellectual property immediately without prejudice to Flava Work's further rights
concerning the infringement, including the recovery of both compensatory and punitive damages and
injunctive remedies compelling the protection of Flava Work's rights in the images and directed at
permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 9



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material.  This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/nc6grx42twd8/PapiCoc...part1.rar.html
http://oron.com/cyw6e7zsjb26/PapiCoc...part2.rar.html
http://oron.com/8wy0x2cguw8v/MixItUp...part1.rar.html
http://oron.com/x4myxzwpliln/MixItUp...part2.rar.html
http://oron.com/de295po5u2vs/MixItUp...part3.rar.html
http://oron.com/3bjklsu3l1i7/MixItUp...part1.rar.html
http://oron.com/yzejaftsanvj/MixItUp...part2.rar.html
http://oron.com/d64os68t1lsc/MixItUp...part3.rar.html
http://oron.com/oje212p4a6av/PapiCock_Babystar_and_Flamez.rar.html
http://oron.com/kr07ad5fzq5d/Mix.It....part1.rar.html
http://oron.com/clbx7l2l4h26/Mix.It....part2.rar.html
http://oron.com/jw1b268zvx4t/Mix.It....part3.rar.html
http://oron.com/ugu10rmyoki7/Alex_Flex___Flamez___Jarvis_Chandler_-_720p_HD.rar.html
http://oron.com/ugu10rmyoki7/Alex_Flex___Flamez___Jarvis_Chandler_-_720p_HD.rar.html
http://oron.com/ugu10rmyoki7/Alex_Flex___Flamez___Jarvis_Chandler_-_720p_HD.rar.html
http://oron.com/49ezr4i9y2vj/Athony_Avery___Usher_Richbanks_-_720p_HD.rar.html
http://oron.com/wc53o1to398y/Breion_Diamond___Levi_Summers_-_720p_HD.rar.html
http://oron.com/g8oodkkh299y/Breion_Diamond_and_Jack_Michaels_-_720p_HD.rar.html
http://oron.com/grpkc52lzxuz/Cayden_Cooper___Cody_Kyler___DeAngelo_Jackson_-_720p_HD.rar.html
http://oron.com/um0k3y4ueu8g/Billy_Baxter___Daddy_Cream_-_720p_HD.rar.html
http://oron.com/wpzaw6h6vn2r/Billy_Baxter___Hotrod_-_720p_HD.rar.html
http://oron.com/7udah23glwas/Blain_Tutera___Golden_Secret_-_720p_HD.rar.html
http://oron.com/b0l1ojj7adpw/Blain_Tutera___Noah_Shyboy_Jackson_-_720p_HD.rar.html
http://oron.com/arv8ot9kg8r6/Breakz___Jarvis_Chandler_-_720p_HD.rar.html
http://oron.com/xkbfa50mcgzo/Breion_Diamond___Cayden_Cooper_-_720p_HD.rar.html
http://oron.com/wc53o1to398y/Breion_Diamond___Levi_Summers_-_720p_HD.rar.html
http://oron.com/g8oodkkh299y/Breion_Diamond_and_Jack_Michaels_-_720p_HD.rar.html
http://oron.com/grpkc52lzxuz/Cayden_Cooper___Cody_Kyler___DeAngelo_Jackson_-_720p_HD.rar.html
http://oron.com/wfyu51csa4s3/Cayden_Cooper___Dwayne_Jordan_-_720p_HD.rar.html
http://oron.com/h8j1pf880s2e/Cayden_Cooper___Jessie_Rabbit_-_720p_HD.rar.html



http://oron.com/zetfjsh0wkt1/Cayden_Cooper___Ken_Mariano_-_720p_HD.rar.html
http://oron.com/6ffh34uy59bu/Cayden_Cooper___Kid_Kudi_-_720p_HD.rar.html
http://oron.com/x8tto16xyef3/Chance_Jacobs___Jack_Micheals_-_720p_HD.rar.html
http://oron.com/8h7h5pm80thr/Christian_Xavier___DeAngelo_Jackson_-_720p_HD.rar.html
http://oron.com/6h4y58gh7vhc/Christian_Xavier___Dupree_-_720p_HD.rar.html
http://oron.com/xhx57s2jqe4v/Christian_Xavier___Usher_Richbanks_-_720p_HD.rar.html
http://oron.com/9unu6r9k7og3/Cody_Kyler___DeAngelo_Jackson_-_720p_HD.rar.html
http://oron.com/dlimt1mbo986/Cody_Kyler___Ken_Mariano_-_720p_HD.rar.html
http://oron.com/wb36rgylmbhz/Cody_Kyler___Markell_-_720p_HD.rar.html
http://oron.com/9rb782cpcaf5/Cody_Kyler___Mr_Saukei___Tyson_-_720p_HD.rar.html
http://oron.com/iqwacslb2p53/Cody_Kyler___Ninja_Nixon_-_720p_HD.rar.html
http://oron.com/yu2bmtqmpfz7/Golden_Secret___Tony_Royce_-_720p_HD.rar.html
http://oron.com/7kc55bksin2d/DeAngelo_Jackson___Lil_Niz_-_720p_HD.rar.html
http://oron.com/q220f6x3euhj/Hotrod___Marco_Cruise_-_720p_HD.rar.html
http://oron.com/dxkw2gc6h11w/Ian_Cody___Ken_Mariano___Rock_-_720p_HD.rar.html
http://oron.com/9nyu972g5mc1/Indy___Tony_Michaels_-_720p_HD.rar.html
http://oron.com/ca3yomm8q4lm/Jarvis_Chandler___Usher_Richbanks_-_720p_HD.rar.html
http://oron.com/soxcybqlkrjn/Jason_Hearst___Usher_Richbanks_-_720p_HD.rar.html
http://oron.com/ge1ifqsecedw/Jay_Sean___Jason_Hearst_-_720p_HD.rar.html
http://oron.com/xinlri9zhgw6/Johnny_Caste___Troy_Moreno_-_720p_HD.rar.html
http://oron.com/6kfiv1qod60g/Justin_Tyler___Markell_-_720p_HD.rar.html
http://oron.com/16iluj76idbk/Kobe___Mixie_-_720p_HD.rar.html
http://oron.com/gcxs0hx6e4ff/Mr_Saukei___Tony_Michaels_-_720p_HD.rar.html
http://oron.com/9gwiiqg9xlez
http://oron.com/6vlfcnii6dqu
http://oron.com/3ej554dmw452
http://oron.com/zs7jzdp3iumu
http://oron.com/s0d74mk58equ
http://oron.com/lawczni39a91
http://oron.com/d3qo3p6kkkzb
http://oron.com/4xexn1bv7em7
http://oron.com/7syedg3aqkra
http://oron.com/1tmdjaejzxmh
http://oron.com/krgi17qc716n
http://oron.com/9g3a2qvn27oe
http://oron.com/khpqyp2crnr5
http://oron.com/3qm3lntz7sd1
http://oron.com/j7oa33d38b6z
http://oron.com/idjrw9vxx2mx
http://oron.com/ldk2q9s1rg60
http://oron.com/zrdlkeputr05
http://oron.com/zd7xy0tlrt9d
http://oron.com/wksktz4i06e6



http://oron.com/zeq9z2fuefyd
http://oron.com/ipjd8ot6olub
http://oron.com/o6r0rwi5buyk
http://oron.com/7nmqd0x5m9p9
http://oron.com/805a87zpgjsq
http://oron.com/j1dieec9pu1q
http://oron.com/evmwliofrz5b
http://oron.com/g797xv0g8ela
http://oron.com/5lc6yh945fue
http://oron.com/075we67bcn0j
http://oron.com/lzt0p3gdih61
http://oron.com/ezuxz6hoi5xb
http://oron.com/v4h9kz6qwbkb
http://oron.com/zjihjvz62u9b
http://oron.com/100es9lm2nyd
http://oron.com/ffzhb7namsrh
http://oron.com/6oie83ao7abb
http://oron.com/a3dw5q7aedn4
http://oron.com/mz75yk13ygaf
http://oron.com/et8b87vvljtl
http://oron.com/m0p3bijzlij7
http://oron.com/b51vcyf6j8p0
http://oron.com/j47e0bku7i7z
http://oron.com/e6vphy3y717q
http://oron.com/czg6t69mugzl/Dorm_Life_18.part01.rar.html
http://oron.com/yo7d67dhuhxq/Dorm_Life_18.part02.rar.html
http://oron.com/lm8njgwq8viw/Dorm_Life_18.part03.rar.html
http://oron.com/10pi7tpb7x1g/Dorm_Life_18.part04.rar.html
http://oron.com/u13dhtu70f92/Dorm_Life_18.part05.rar.html
http://oron.com/w24wyfuv0lcy/Dorm_Life_18.part06.rar.html
http://oron.com/dza573g58tim/Dorm_Life_18.part07.rar.html
http://oron.com/cbjyzsyyyn5g/Dorm_Life_18.part08.rar.html
http://oron.com/krpvizdwb6y8/Dorm_Life_18.part09.rar.html
http://oron.com/zx616tkuhjgw
http://oron.com/pm57xjgtse0k
http://oron.com/1hvphnklsm7x
http://oron.com/6vz154gfmqrc/ThugBoy_-_Pharrell__Usher_Richbanks.part1.rar.html
http://oron.com/1fjyhztif7fb/ThugBoy_-_Pharrell__Usher_Richbanks.part2.rar.html
http://oron.com/uqi8k8krzhci
http://oron.com/t0f4skgncbl4/MixItUpBoy_-_Jarvis_Chandler_&_Usher_Richbanks.part1.rar.html
http://oron.com/31qfc5w91vkm/MixItUpBoy_-_Jarvis_Chandler_&_Usher_Richbanks.part2.rar.html
http://oron.com/5evl72mfmow2/MixItUpBoy_-_Jarvis_Chandler_&_Usher_Richbanks.part3.rar.html
http://oron.com/pa6tv1gqueg1/MixItUpBoy_-_Jason_Hearst_&_Usher_Richbanks.part2.rar.html

http://oron.com/kaut0bcqxavz/MixItUpBoy_-_Jason_Hearst_&_Usher_Richbanks.part3.rar.html
http://oron.com/naxmd64j4q6h/MixItUpBoy_-_Jason_Hearst_&_Usher_Richbanks.part1.rar.html
http://oron.com/orfm31cj97si/MixItUpBoy_-_Christian_Xavier_&_Usher_Richbanks.part1.rar.html
http://oron.com/orfm31cj97si/MixItUpBoy_-_Christian_Xavier_&_Usher_Richbanks.part1.rar.html
http://oron.com/zuebrtg1idhp/MixItUpBoy_-_Christian_Xavier_&_Usher_Richbanks.part2.rar.html
http://oron.com/4utrk72zwyre/MixItUpBoy_-_Christian_Xavier_&_Usher_Richbanks.part3.rar.html
http://oron.com/e9w2lwe4o9dr/MixItUpBoy_-_Christian_Xavier_&_Usher_Richbanks.part1.rar.html
http://oron.com/v1u0sxwedyhg/MixItUpBoy_-_Christian_Xavier_&_Usher_Richbanks.part2.rar.html
http://oron.com/k5os1701qshr/MixItUpBoy_-_Christian_Xavier_&_Usher_Richbanks.part3.rar.html
http://oron.com/8eefvfkhb2y4/MixItUpBoy_-_Athony_Avery_&_Usher_Richbanks.part1.rar.html
http://oron.com/j5vv48s4qdnr/MixItUpBoy_-_Athony_Avery_&_Usher_Richbanks.part2.rar.html
http://oron.com/88egtjycpm4m/MixItUpBoy_-_Athony_Avery_&_Usher_Richbanks.part3.rar.html
http://oron.com/xh4dn9uv2mrq/MixItUpBoy_-_Athony_Avery_&_Usher_Richbanks.part1.rar.html
http://oron.com/y0ivka75xo9m/MixItUpBoy_-_Athony_Avery_&_Usher_Richbanks.part2.rar.html
http://oron.com/un0njtjk4fap/MixItUpBoy_-_Athony_Avery_&_Usher_Richbanks.part3.rar.html
http://oron.com/4ytklm2zh2hb/ThugBoy_Malo_and_Soldier.part1.rar.html
http://oron.com/sq6wpucoum4q/ThugBoy_Malo_and_Soldier.part2.rar.html
http://oron.com/n8f433m8cif5/MixItUpBoy_-_Cody_Kyler_&_Malo.part1.rar.html
http://oron.com/mgo1hgjuckzc/MixItUpBoy_-_Cody_Kyler_&_Malo.part2.rar.html
http://oron.com/fqxpvoe9ybrc/ThugBoy_Baby_Star_&_Adonis.rar.html
http://oron.com/5hg1x2omvtea/MixItUpBoy_-_Cody_Kyler_&_Malo.part1.rar.html
http://oron.com/a9v2vop88k4s/MixItUpBoy_-_Cody_Kyler_&_Malo.part2.rar.html
http://oron.com/rrkduzow2p3n/ThugBoy_Vol._6._Playas_in_Action.part1.rar
http://oron.com/5om2kldriof3/ThugBoy_Vol._6._Playas_in_Action.part2.rar
http://oron.com/c3ydo2yy7kho/ThugBoy_Vol._6._Playas_in_Action.part3.rar
http://oron.com/y37k2mbdatxc/ThugBoy_Vol._6._Playas_in_Action.part4.rar
http://oron.com/gs6wv61yvtuz/PapiCock_Carlos_Ramirez_and_Lee_Gonzales.rar.html
http://oron.com/rrkduzow2p3n/ThugBoy_Vol._6._Playas_in_Action.part1.rar
http://oron.com/5om2kldriof3/ThugBoy_Vol._6._Playas_in_Action.part2.rar
http://oron.com/c3ydo2yy7kho/ThugBoy_Vol._6._Playas_in_Action.part3.rar
http://oron.com/y37k2mbdatxc/ThugBoy_Vol._6._Playas_in_Action.part4.rar
http://oron.com/j8wxwp17wk1u/Gay-Twinks-Videos-Collection-VIP-75.wmv.html
http://oron.com/j1dieec9pu1q
http://oron.com/evmwliofrz5b
http://oron.com/g797xv0g8ela
http://oron.com/5lc6yh945fue
http://oron.com/075we67bcn0j
http://oron.com/irbxx4hecttk
http://oron.com/3ojymuyyq5q0
http://oron.com/xkbuujdstl9z/Flava-Dorm_Life_15.part1.rar.html
http://oron.com/uyu8ddeq143c/Flava-Dorm_Life_15.part2.rar.html
http://oron.com/dgkj8bsxc983/Flava-Dorm_Life_15.wmv.html
http://oron.com/ckaubnno1k6m/Flava_Works_Miami_Uncut_2.part1.rar.html



http://oron.com/58ti8p1hs0br/Flava_Works_Miami_Uncut_2.part3.rar.html
http://oron.com/5flt3dbm8kxr/Flava_Works_Miami_Uncut_2.part4.rar.html
http://oron.com/rrw6g8kjeo2h/Flava_Works_Miami_Uncut_2.part5.rar.html
http://oron.com/7nlssv51qrvj/Flava_Works_Miami_Uncut_2.part6.rar.html
http://oron.com/zhsub5gt8hcj
http://oron.com/folder/s75uq0fvyi
http://oron.com/hjcfs6ih7orw
http://oron.com/eae8m44c11m1
http://oron.com/03n8eddfuri4
http://oron.com/05e8v4niwr1d
http://oron.com/0ko7rd8wn86h
http://oron.com/14u67jgr7pq1
http://oron.com/1k82x84u5j71
http://oron.com/1lpqvsjlvctb
http://oron.com/1ralzokt6n03
http://oron.com/24tqufiy6lvb
http://oron.com/4l6bku49zjtq
http://oron.com/4yu38ntt1b4u
http://oron.com/51u3ef70mtlh
http://oron.com/5o557kb1ykv5
http://oron.com/9k6xfbh612jp
http://oron.com/9z59scqjcf5k
http://oron.com/a0s5o7ooi8qa
http://oron.com/ay25bcciidjh
http://oron.com/bcwac4j5ial0
http://oron.com/cweogmiyvjva
http://oron.com/d1to41wv6g3a
http://oron.com/dechk9gb32zd
http://oron.com/dk62mj438cgj
http://oron.com/eae8m44c11m1
http://oron.com/ejpc0fwvw1m0
http://oron.com/fc28mkhnv1fc
http://oron.com/folder/0ajvkkfftl
http://oron.com/folder/6nldw1uwc1
http://oron.com/folder/6u7j33ifeq
http://oron.com/folder/bzp3drl9ul
http://oron.com/folder/clkkeu3ft4
http://oron.com/folder/e2dfrjbqec
http://oron.com/folder/exjg91a0lu
http://oron.com/folder/h41muir5o8
http://oron.com/folder/iuy1kaus26
http://oron.com/folder/jjyo17jmbu
http://oron.com/folder/mz2764rfnv



http://oron.com/folder/mzlqre7cw1
http://oron.com/folder/o2i0xk3poi
http://oron.com/folder/o65r8v02jn
http://oron.com/folder/s75uq0fvyi
http://oron.com/folder/tkoqapk9o0
http://oron.com/folder/txlu2o1r2l
http://oron.com/folder/u8gdj7woty
http://oron.com/folder/wki4korh2f
http://oron.com/folder/xnzw42neom
http://oron.com/folder/ynrrjflzl0
http://oron.com/hjcfs6ih7orw
http://oron.com/i818vl9jzdj3
http://oron.com/itifzgwninio
http://oron.com/jvoet6jn644x
http://oron.com/kevrwz7e3zv7
http://oron.com/ko4qpob2z8wr
http://oron.com/ljdan2ngb051
http://oron.com/m7m4bfrwgvp9
http://oron.com/muf91zlnxajq
http://oron.com/na0ybem9v7mo
http://oron.com/ncagk72555gi
http://oron.com/ng6rjh47duyy
http://oron.com/o8fjt1f46tj9
http://oron.com/oqwte5j6o5l8
http://oron.com/p9y42gkgbbyd
http://oron.com/qnp3pe8gvfks
http://oron.com/r3isgywve1rx
http://oron.com/rb735g2zpbnb
http://oron.com/rzyqhqjlc73b
http://oron.com/sxdzkrwt9yjw
http://oron.com/t9gx4o5dixpk
http://oron.com/tp83esalklb4
http://oron.com/urkj2lfe71ax
http://oron.com/wcndvvoeb1ok
http://oron.com/x0b50kb43luh
http://oron.com/xa783l0scblp
http://oron.com/ya60c13v02sf
http://oron.com/yf7z5yh69fst
http://oron.com/zhsub5gt8hcj

Location of ORIGINAL WORKS:

http://www.FlavaWorks.com



http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com


Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com



April 12, 2012

ER Media Corp.
ATTN ORON.COM
care of Network Solutions
PO Box 459
Drums, PA.  US  18222
s37nr5hz4k7@networksolutionsprivateregistration.com
abuse@oron.com, Dmca@oron.com, Support@oron.com, Webmaster@oron.com

LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands
Email: abuse@leaseweb.com
Fax: +31 20 316 2890

**DMCA Notice of Copyright Infringement**

***Notice to Cease and Desist Copyright Infringement Under the Provisions of the*** Digital
***Millennium Copyright Act***

*Under Reservation of All Rights*

To Whom It May Concern:

I, Phillip Bleicher, owner of Flava Works, Inc., certify under penalty of perjury, that I am an agent authorized to act on behalf of the owner of certain intellectual property rights.  Flava Works, Inc. owns the copyright concerning an astounding number of still images and videos which are being openly published on your site without its license or other authority, each of which will be particularly identified in this letter together with information precisely identifying the location of that material in the works which you host or otherwise publish. The verified and documented infringements listed in this letter were traced to URLs and/or IP addresses controlled by your company. All of the infringements occur from this base URL or derivations thereof. Some links permit, or have permitted, direct download of the infringing material. Others are hotlinked to other locations containing, or that have contained, pirated versions of Flava Works's copyrighted works.

I have been authorized and directed to demand that you immediately cease and desist your unlawful publication of this intellectual property immediately without prejudice to Flava Work's further rights concerning the infringement, including the recovery of both compensatory and punitive damages and injunctive remedies compelling the protection of Flava Work's rights in the images and directed at permanent cessation of the unlawful conduct. This letter puts you on notice of the ownership of the

1 of 4



referenced images and videos in the remote and unlikely case that you were unaware that rights in the subject images and video – from whose distribution you profited - actually belonged to someone. This letter calls upon you to immediately disable all links and other mechanisms by which you display or facilitate the display of that material and by which you enable the downloading or facilitate the downloading of the identified images and videos, directly or indirectly through the conduct of other websites, hosting providers, or any other persons or providers of services without limitation. On behalf of Flava Works, Inc., I demand that you immediately remove or disable access to, the infringing material listed in this letter, including links that enable infringement through a third party and any other Flava Work's property which are displayed or made available for download, either directly or indirectly, whether presently known by you to belong to Flava Work's or which you may subsequently learn to belong to Flava Works.

This letter is written as Notice under the provisions of the Digital Millennium Copyright Act (17 U.S.C. § 512 *et seq.)* for the purpose of terminating any immunity you might otherwise possess under the provisions of law with respect to your conduct in infringing Flava Work's copyrights in the identified material. This letter will conclude with my written certification under penalty of perjury that I have a good faith belief that the information contained in this notification is accurate to the best of my knowledge and that I am authorized to act on behalf of the owner(s) of the copyright protected material particularly identified in this letter. It is possible that you currently have repeat infringers posting on your site. As you know, in order to be eligible for the safe harbor provisions of the DMCA you must adopt and reasonably implement a repeat infringer policy. Under 17 U.S.C. § 512(i), service providers are not eligible for the limitations on liability that have been established by 17 U.S.C. § 512, including those established in subsection (a), unless they have adopted and reasonably implemented, and informed subscribers and account holders, about a policy that provides for the termination in appropriate circumstances of subscribers and account holders who are repeat infringers.

This letter does not purport to constitute an exhaustive statement of Flava Works, Inc.'s legal position, nor is it a waiver of any of its rights and/or remedies in this or any other matter, all of which are expressly reserved. Your immediate attention to this matter is expected and appreciated. You may receive a subpoena requiring you to provide the name(s) and other identifying information for any subscriber(s) or user(s) of your service who may be responsible for the unlawful use of your services to enable or facilitate copyright infringement, and you are therefore requested to retain all files and documents necessary to recover that data.

**Please advise me when the offending images and/or videos have been removed so that we may re-inspect the site(s) for compliance.**

NOTE TO ISP: PLEASE FORWARD THIS ENTIRE MESSAGE TO THE SUBSCRIBER(S) OR ACCOUNT HOLDER(S). THIS MAY ENABLE US TO RESOLVE THE ISSUE AND ARRANGE FOR RESTITUTION WITHOUT ISSUING A SUBPOENA TO YOU AS PROVIDED FOR UNDER 17 U.S.C. § 512 (h).



NOTE TO SUBSCRIBER(S) OR ACCOUNT HOLDER(S): YOU ARE AT RISK OF BEING SUED FOR YOUR ILLEGAL ACTIONS. TO DETERMINE HOW YOU MAY BE ABLE TO AVOID A LAWSUIT, REFER TO: www.FlavaWorks.com/legal/

Additionally, you are culpable if you fail to take reasonable examination and control measures. These measures include the utilization of a word filter, which checks the file name during the uploading of files to the servers with regard to whether the author, the title, or name violates any Copyright or Trademark.

Below is a list of the infringing material and/or repeat infringers by link:

http://oron.com/719b9y5eclub
http://oron.com/ik2b411uua2i
http://oron.com/l9zzhy2mn9s6
http://oron.com/rn7akmnfegow
http://oron.com/r0cme66jjygp
http://oron.com/ht91ov6dnxdg
http://oron.com/1efqqzg93qay
http://oron.com/955qg3qwyoa1
http://oron.com/i4hkpeuehcx2
http://oron.com/7itnp0kblx44
http://oron.com/24hh86br0j94
http://oron.com/fki0lgap5ttv/Mix.It.Up.Boy_-_DeAngelo_Jackson_&_Lil_Niz.part3.rar.html
http://oron.com/oun9yb4n5r6s
http://oron.com/ooe31vqyxgfk
http://oron.com/6i42fikzy334
http://oron.com/w1im8zteen8n
http://oron.com/nlre2s2bv6yb
http://oron.com/88011untx9ec
http://oron.com/0hu6vv1q996x
http://oron.com/an7nga1fnszt
http://oron.com/3nrimlkltlij
http://oron.com/6lxicuafcgpu/Mix.It.Up.Boy_-_Cody_Kyler_&_Mr_Saukei_&_Tyson.part1.rar.html
http://oron.com/fp1hll8snsse/Mix.It.Up.Boy_-_Cody_Kyler_&_Mr_Saukei_&_Tyson.part2.rar.html
http://oron.com/mi02hdl4w2f3/Mix.It.Up.Boy_-_Cody_Kyler_&_Mr_Saukei_&_Tyson.part3.rar.html
http://oron.com/t0uecljerp8/Mix.It.Up.Boy_-_Cody_Kyler_&_Mr_Saukei_&_Tyson.part4.rar.html
http://oron.com/be1zcejjq4ci
http://oron.com/uw3601wu5dgh
http://oron.com/m38tlvbyl8x3
http://oron.com/ooe31vqyxgfk
http://oron.com/88011untx9ec

Location of ORIGINAL WORKS:



http://www.FlavaWorks.com

http://www.CocoStore.com

http://www.PapiCock.com

http://www.RawRods.com

http://www.CocoDorm.com

http://www.ThugBoy.com

http://www.CocoBoyz.com

http://www.MixItUpBoy.com

http://www.FlavaMen.com


Sincerely,



Phillip Bleicher,
Chief Executive Officer
phil@flavaworks.com