**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Flava Works, Inc.,** ) | |
| ) | |
| Plaintiff, ) | Case No. **1:12-cv-05844** |
| ) | |
| **FF Magnat Limited d/b/a Oron.com, et. al,** ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF, FLAVA WORKS, INC.'S, MOTON FOR ENTRY OF DEFAULT ORDER AGAINST DEFENDANT, FF MAGNAT LIMITED

Plaintiff, Flava Works, Inc. ("Flava"), by its attorneys, Meanith Huon, states as follows:

1. Flava served Defendant, FF Magnat Limited d/b/a Oron.com, via personal service on Maxim Bochenko on September 12, 2012 (Docket No. 8). See attached return of service.

2. Defendant, FF Magnat Limited d/b/a Oron.com has not filed an appearance or responded to the First Amended Complaint.

3. Flava adopts the arguments and points it raised and made in its Response brief (Docket No. 23) to Defendant, Maxim Bochenko's, Motion to Dismiss.

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court:

1. Enter an order of default against Defendant, FF Magnat Limited d/b/a Oron.com;

2. Set this matter for hearing on prove-up of damages against Defendant, FF Magnat Limited d/b/a Oron.com.

Respectfully Submitted,

By: /s/ Meanith Huon /s/

Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **FF Magnat Limited d/b/a Oron.com**, et. al., | ) |
| | ) |
| **Defendants.** | ) |

**PROOF OF SERVICE**

Under penalties of law, I certify that on December 3, 2012, I served the following

documents or items:

**PLAINTIFF, FLAVA WORKS, INC.'S,**
**MOTON FOR ENTRY OF DEFAULT ORDER AGAINST DEFENDANT, FF MAGNAT LIMITED.**

by electronically filing and serving a copy on Defendant, FF Magnat Limited d/b/a Oron.com by U.S. Mail by mailing a copy, postage prepaid, to the following address by depositing same from a U.S. Post Office Box in Chicago, IL on December 4, 2012 before 5:00 p.m.:

Defendant, FF Magnat Limited d/b/a Oron.com
c/o its agent Maxim Bochenko
2392 Sunset Bluff Drive
Jacksonville, Florida 32216

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996