AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Flava Works, Inc.,

v.

FF Magnat Limited d/b/a Oron.com, et. al.

CASE NUMBER: 1:12-cv-05844

ASSIGNED JUDGE: Hon. Robert W. Gettleman

DESIGNATED MAGISTRATE JUDGE: Hon. Young B. Kim

TO: (Name and address of Defendant)

FF Magnat Limited d/b/a Oron.com, et. al.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Meanith Huon
PO Box 441
Chicago, IL 60690
312-405-2789

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

THOMAS G. BRUTON, CLERK

(By) DE— THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

DATE: July 25, 2012

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | Sept 12, 2012  7:30 AM |
| NAME OF SERVER (PRINT)  VELIOUS C. POPE | TITLE  SPECIAL Process Server |

Check one box below to indicate appropriate method of service

- [X] Served personally upon the defendant. Place where served: 2392 Sunset Bluff DR, Jacksonville, FL 32216

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/12/2012      _Velious C Pope_
              Date            Signature of Server

Counter Intelligence Services
9 SW 13th St - 2ND FL
Fort Lauderdale, FL 33315
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Flava Works, Inc.,

                         CASE NUMBER:   1:12-cv-05844

        V.

                         ASSIGNED JUDGE:   Hon. Robert W. Gettleman

FF Magnat Limited d/b/a Oron.com, et. al.

                         DESIGNATED
                         MAGISTRATE JUDGE:   Hon. Young B. Kim

TO: (Name and address of Defendant)

Maxim Bochenko a/k/a Roman Romanov 2392 Sunset Bluff Drive Jacksonville, FL 32216

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Meanith Huon
    PO Box 441
    Chicago, IL 60690
    312-405-2789

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. Thom

    NOTE: When the print dialogue
    box appears, be sure to uncheck
    the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK

DATE: August 10, 2012

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Sept 12, 2012 7:30 AM |
| NAME OF SERVER (PRINT) Velious C. Pope | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2392 Sunset Bluff Dr, Jacksonville, FL 32216

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-12-2012     Velious C Pope
              Date          Signature of Server

Counter Intelligence Services
9 SW 13th St - 2nd Fl
Fort Lauderdale, FL 33315
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.