UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| Maxim Bochenko a/k/a Roman Romanov, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

To: Defendant, FF Magnat Limited d/b/a Oron.com,
c/o Agent Maxim Bochenko
2392 Sunset Bluff Drive
Jacksonville, Florida 32216

Please take notice that on December 11, 2012 at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him in Room 1703 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion for Entry of Default Order, a copy of which is served upon you.

Dated: December 3, 2012

Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Plaintiff's Motion for Entry of Default Order against Defendant, FF Magnat Limited d/b/a Oron.com by causing copies of same to be filed electronically and by serving Defendant, FF Magnat Limited c/o its agent, Maxim Bochenko, 2392 Sunset Bluff Drive Jacksonville, Florida 32216, via U.S. Mail, by depositing same, postage prepaid, from a U.S. Post Office Box in Chicago, Illinois on December 4, 2012 before 5:00 p.m.

      Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996