UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Flava Works, Inc
                            Plaintiff,

v.                                                      Case No.: 1:12−cv−05844
                                                            Honorable Robert W. Gettleman

FF Magnat Limited, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 4, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: Plaintiff's motion [20] for extension of time to file response is granted. Response is due by 12/3/2012. Reply is due by 12/28/2012. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.