Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | **12/4/2012** |
| **CASE TITLE** | **Flava Works** vs | **John Doe Nos. 1 to 26, et al** | |

**DOCKET ENTRY TEXT:**

Defendant Maxim Bochenko is voluntarily dismissed without prejudice as a party defendant.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | | Courtroom Deputy | GDS |
|---|---|---|---|