UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
|  | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
|  | ) |
| John Doe Nos. 1 to 26,<br>FF Magnat Limited d/b/a Oron.com,<br>Earnwell Hong Kong LTD d/b/a Filesonic.com,<br>Maxim Bochenko a/k/a Roman Romanov, | ) |
|  | ) |
| Defendants. | ) |

## ORDER

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to Voluntarily Dismiss Defendant, Maxim Bochenko, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. Defendant, Maxim Bochenko, is voluntarily dismissed without prejudice.

DATE: December 4, 2012

ENTERED:

_____
JUDGE