**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Flava Works, Inc
                         Plaintiff,

v.                                      Case No.: 1:12−cv−05844
                                           Honorable Robert W. Gettleman

FF Magnat Limited, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 10, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: Motion hearing held on 12/10/2012. Motion for default judgment [24] is withdrawn. Defendant FF Magnet is given 28 days to respond. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.