## UNITED STATED DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc.,

      Plaintiff,

v.

FF Magnat Limited d/b/a Oron.com, et al.

      Defendants.

Case No. 1:12-cv-05844

## STATEMENT IN CONJUNCTION WITH
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

      I, Matthew Shayefar, applied to the Court under Local Rule 83.14 for permission to

appear and participate in the above entitled action on behalf of FF Magnat Limited (Doc. 34).

The filing fee of $50.00 was paid on December 20, 2012, receipt # 0752-7875964.

Respectfully Submitted,

By: /s/ Matthew Shayefar /s/
Matthew Shayefar
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: 617-928-1806
Fax: 617-928-1802
matt@bostonlawgroup.com