AOrder Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | 12/27/2012 |
| **CASE TITLES** | Flava Works  v  FF Magnat Ltd., et al | | |

**DOCKET ENTRY TEXT:**

Motion [34] of Matthew Shayefar for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|