UNITED STATES DISTRCT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case 12-cv-05844 |
| v. ) | |
| ) | Judge Robert W. Gettleman |
| DOES 1-26, FF MAGNAT LIMITED, et al. ) | |
| ) | Magistrate Judge Young B. Kim |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES DEFENDANT FF MAGNAT LIMITED ("Defendant"), by and through its counsel, Boston Legal Group and Mudd Law Offices, and respectfully moves this Court for an additional two weeks in which to file a responsive pleading and states as follows:

1. On August 9, 2012, the Plaintiff filed its First Amended Complaint ("Complaint") against the Defendant. (Dkt. No. 4).

2. September 26, 2012, the Plaintiff filed a returned executed service of summons stating a summons was served on Maxim Bochenko on September 12, 2012. (Dkt. No. 8).

3. The Defendant contends the Plaintiff has never effectuated the proper service of a summons on it.

4. On December 3, 2012, the Plaintiff filed its Motion for Entry of Default Order Against Defendant ("Motion for Default"). (Dkt. No. 24).[1]

5. On December 7, 2012, the undersigned attorney filed his appearance as local counsel for the Defendant. (Dkt. No. 31).

---

[1] The Plaintiff erroneously filed its Motion for Default as a motion for default judgment through the ECF system. Thus, the Motion for Default has been mis-categorized as a motion for default judgment on the ECF file system. ECF Dkt. Entry for Dkt. No. 24.

1

6. On December 10, 2012, at the presentment of the Plaintiff's Motion for Default, Plaintiff's counsel withdrew the Motion for Default. This has been indicated in this Court's minute entry associated with Docket Number 33.

7. On December 10, 2012, this Court entered an order providing the Defendant until on or before January 7, 2013 to file a responsive pleading. (Dkt. No. 33).

8. The Defendant has attempted to resolve this matter with the Plaintiff.

9. Based on the foregoing, the Defendant respectfully requests an extension of two weeks, or until January 21, 2013, in which to file its responsive pleading.

10. Defendant's counsel communicated with Plaintiff's counsel for the purpose of determining whether the Plaintiff would agree to the relief requested herein. Plaintiff's counsel objected to the relief herein requested.

11. This Motion and the requested relief are sought in good faith and not for purposes of undue delay.

WHEREFORE, Defendant FF Magnat Limited, respectfully moves this Court to provide it with an extension of two weeks, or until January 21, 2013, in which to file its responsive pleading.

Dated: January 4, 2013
      Chicago, Illinois

Respectfully submitted,

DEFENDANT,
FF MAGNAT LIMITED

/s/ Mark A. Petrolis

By: One of its Attorneys
Mark A. Petrolis
MUDD LAW OFFICES
3114 W. Irving Park Road, Suite 1W
Chicago, Illinois 60618
773.588.5410
773.588.5440 (Fax)
mpetrolis@muddlawoffices.com
ARDC: 6300549

*Local Counsel*

Matthew Shayefar
Boston Law Group, P.C.
825 Beacon Street
Suite 20
Newton Centre, Massachusetts 02459
617.928.1806
matt@bostonlawgroup.com

*Pro Hac Vice*