## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | 1/18/2013 |
| **CASE TITLES** | Flava Works    v    FF Magnat Ltd., et al | | |

**DOCKET ENTRY TEXT:**

Motion [37] of Evay Fray-Witzer for leave to appear pro hac vice is granted.
Motion [38] of Valentin David Gurvits for leave to appear pro hac vice is granted.

 [Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|