## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FLAVA WORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 12-cv-05844 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| DOES 1-26, FF MAGNAT LIMITED, et al. | ) | |
| | ) | Magistrate Judge Young B. Kim |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**        **See Attached Service List**

 **Please take notice** on the 6th day of February 2013 at 9:15 a.m., or as soon thereafter as counsel may be heard, an attorney from Mudd Law Offices and/or Boston Law Group, PC shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in room 1703 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendant FF Magnat Limited's **MOTION TO QUASH FALSE PROOF OF SERVICE**, a copy of which is herewith served upon you.

Dated this 22nd day of January 2013

/s/Mark A. Petrolis
Mark A. Petrolis

Mark A. Petrolis
Mudd Law Offices
3114 W. Irving Park Road
Suite 1W
Chicago, Illinois 60618
773.588.5410 (Telephone)
773.588.5440 (Facsimile)
mpetrolis@muddlawoffices.com
ARDC: 6300549

<u>**CERTIFICATE OF SERVICE**</u>

I, Mark A. Petrolis, do hereby certify that service of this **NOTICE OF MOTION** and the accompanying **MOTION TO QUASH FALSE PROOF OF SERVICE** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 22nd day of January 2013.

Dated this 22nd day of January 2013

/s/Mark A. Petrolis
Mark A. Petrolis

Mark A. Petrolis
Mudd Law Offices
3114 W. Irving Park Road
Suite 1W
Chicago, Illinois 60618
773.588.5410 (Telephone)
773.588.5440 (Facsimile)
mpetrolis@muddlawoffices.com
ARDC: 6300549

## <u>SERVICE LIST</u>

All current appearances of record are ECF users.