UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| FLAVA WORKS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1-26, FF MAGNAT LIMITED, et al.,<br><br>    Defendants. | Case No. 12-cv-05844<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Young B. Kim |

## DECLARATION OF VALENTIN GURVITS

I, Valentin Gurvits, declare and state as follows:

1. I am a member in good standing of the Bar of the Commonwealth of Massachusetts and counsel to Defendant FF Magnat Limited ("Oron"). I have applied to be admitted by this Court *pro hac vice* with the respect to the above entitled action and my application is currently pending.

2. I am aware that Flava Works, Inc. ("Flava") filed a proof of service against Oron on the basis of serving process on an unrelated third-party by the name of Maxim Bochenko, who Oron tells me is not an agent of Oron whatsoever.

3. I am aware that Mr. Bochenko has previously explained to Flava in a "Notice of Frivolous Claims and Violation of Rule 11" and in filings with this Court that he has no relation to Oron.

4. I am aware that despite the facts as laid out in Mr. Bochenko's notice to Flava, in filings on or about December 3, 2012, Flava continued misrepresenting to the Court that Mr.

1

Bochenko is an agent of Oron and that it filed for an Entry of Default against Oron on the basis of the process it served on Mr. Bochenko.

5. On December 28, in response to Flava's misrepresentations, this firm sent Mr. Meanith Huon, attorney of record for Flava and the attorney that made the filings containing the misrepresentations, a Notice of Violation of Rule 11 (the "Notice") explaining how there was absolutely no basis for Flava's representations to the Court, its purported service on Oron or its request for an Entry of Default against Oron.

6. My associate, Matthew Shayefar, sent the Notice by email to huon.meanith@gmail.com and copied me on it and he also sent a paper version of the Notice by USPS Express Mail, item number EI55 8722 884U S, to P.O. Box 441, Chicago, IL 60690.

7. These addresses are the only addresses of record for Mr. Huon and I was unable to find any other addresses for Mr. Huon by any other means.

8. The Notice was delivered to the P.O. Box on December 29, 2012 at 9:51. *See* Delivery Confirmation, attached hereto as Exhibit A.

9. To date, Mr. Huon has made no response to my Notice and Flava has not withdrawn its purported service of process on Oron.

10. Neither I, nor any of the other attorneys appearing (or whose admission is pending) on behalf of Oron in this action are authorized to accept service of process on behalf of Oron.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of January, 2013, in Newton Centre, MA.

                                             /s/ Valentin Gurvits
                                             Valentin Gurvits

# EXHIBIT A



Date: 01/05/2013

MATTHEW SHAYEFAR:

The following is in response to your 12/31/2012 request for delivery information on your Express Mail(R) item number EI55 8722 884U S. The delivery record shows that this item was delivered on 12/29/2012 at 09:51 AM in CHICAGO, IL 60690. The recipient's signature is not available because the waiver of signature that you authorized was exercised at the time of delivery.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service