## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FLAVA WORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 12-cv-05844 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| DOES 1-26, FF MAGNAT LIMITED, et al. | ) | |
| | ) | Magistrate Judge Young B. Kim |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:        **See Attached Service List**

**Please take notice** on the 6th day of February 2013 at 9:15 a.m., or as soon thereafter as counsel may be heard, an attorney from Mudd Law Offices and/or Boston Law Group, PC shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in room 1703 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present Defendant FF Magnat Limited's **MOTION FOR SANCTIONS**, a copy of which is herewith served upon you.

Dated this 22nd day of January 2013

/s/Mark A. Petrolis
Mark A. Petrolis
Mudd Law Offices
3114 W. Irving Park Road
Suite 1W
Chicago, Illinois  60618
773.588.5410 (Telephone)
773.588.5440 (Facsimile)
mpetrolis@muddlawoffices.com
ARDC: 6300549

/s/Matthew Shayefar
Matthew Shayefar
Boston Law Group, PC
825 Beacon Street
Suite 20
Newton Centre, MA 02459
617.928.1806 (Telephone)
617.928.1802 (Facsimile)
matt@bostonlawgroup.com
*Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

       I, Matthew Shayefar, do hereby certify that service of this **NOTICE OF MOTION** and the accompanying **MOTION FOR SANCTION** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 22nd day of January 2013.

Dated this 22nd day of January 2013

/s/Matthew Shayefar
Matthew Shayefar
Boston Law Group, PC
825 Beacon Street
Suite 20
Newton Centre, MA 02459
617.928.1806 (Telephone)
617.928.1802 (Facsimile)
matt@bostonlawgroup.com
*Pro Hac Vice*

**<u>SERVICE LIST</u>**

All current appearances of record are ECF users.