David D. Lin (*Admission Pro Hac Vice Pending*)
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: David@iLawco.com

*Counsel for Defendant John Doe #19*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLAVA WORKS, INC.,<br><br>                Plaintiff,<br><br>-against-<br><br>JOHN DOE NOS. 1 TO 26, et al.,<br><br>                Defendants. | Index No.: 1:12-CV-5844 (RWG)<br><br>**DEFENDANT "JOHN DOE #19'S" MOTION TO DISMISS PURSUANT TO FRCP 12(b)(5) AND 4(m)** |

Defendant "John Doe #19," by and through undersigned counsel, respectfully submits this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5) and 4(m). The Court should dismiss John Doe #19 because Plaintiff has not served him within 120 days of filing the complaint. This ground is set forth fully in the accompanying Memorandum of Points and Authorities.

WHEREFORE, Defendant John Doe #19 respectfully requests that this Court dismisses him with regards to the Complaint.

Dated: Brooklyn, New York
January 29, 2013

Respectfully submitted,

LEWIS & LIN, LLC

By: _____
David D. Lin
(*Admission Pro Hac Vice Pending*)
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: David@iLawco.com

*Counsel for Defendant John Doe #19*

2