David D. Lin (*Admission Pro Hac Vice Pending*)
LEWIS & LIN, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: David@iLawco.com

*Counsel for Defendant John Doe #19*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLAVA WORKS, INC., <br><br>          Plaintiff, <br><br>       -against- <br><br> JOHN DOE NOS. 1 TO 26, et al., <br><br>          Defendants. | Index No.: 1:12-CV-5844 (RWG) <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT "JOHN DOE #19'S" MOTION TO DISMISS PURSUANT TO FRCP 12(b)(5) and 4(m)** |

Defendant "John Doe #19" ("Defendant"), by and through undersigned counsel, respectfully submits this Memorandum of Points and Authorities in Support of his Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5) and 4(m). The Court should dismiss John Doe #19 because Plaintiff has not served him within 120 days of filing the Complaint.

## BACKGROUND

Plaintiff Flava Works, Inc. ("Plaintiff") filed a Complaint in this action on July 24, 2012, alleging copyright violations by two companies and 26 unnamed defendants. (Dkt. No. 1). On August 9, 2012, Plaintiff amended the complaint to add an additional named defendant. (Dkt. No. 4). On October 23, 2012, this Court dismissed this action for

want of prosecution. (Dkt. No. 14). On Plaintiff's motion, this action was reinstated on October 31, 2012. To this day, Defendant has not yet been served. Defendant, therefore, now moves to dismiss the Complaint as against him pursuant to Fed. Rule Civ. P. 12(b)(5) and 4(m).

## **ARGUMENT**

Any defendant who is not properly served must be dismissed from an action. Federal Rule of Civil Procedure 4 explicitly states that "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant." Fed. R. Civ. P. 4(m). A defendant may enforce the service of process requirements through a pretrial motion to dismiss under Fed. Rule Civ. P. 12(b)(5). The plaintiff bears the burden to demonstrate that the district court has jurisdiction over each defendant through effective service. *See Homer v. Jones-Bey*, 415 F.3d 748, 754 (7th Cir. 2005).

Despite the fact that 189 days have passed since Plaintiff filed this complaint against Defendant, Plaintiff has yet to serve Defendant. This delay far surpasses that established in Rule 4(m), which provided Plaintiff with 120 days after the commencement of the action to serve all defendants, including John Doe #19.

Plaintiff has blatantly ignored its obligation to name and serve all defendants in a timely manner. As such, and pursuant to Rule 4(m), Plaintiff's claims against Defendant John Doe #19 should be dismissed.

## <u>CONCLUSION</u>

Fore the foregoing reasons, Defendant John Doe #19 respectfully requests that this Court grant his Motion to Dismiss.

Dated: Brooklyn, New York
       January 29, 2013

Respectfully submitted,

LEWIS & LIN, LLC

By: _____
     David D. Lin
     (*Admission Pro Hac Vice Pending*)
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
Email: David@iLawco.com

*Counsel for Defendant John Doe #19*