## YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **ruffabs6** |
| GUID: | **NB6T6LPYIHPSYTWYWWL47VIK6Y** |
| Yahoo Mail Name: | **ruffabs6@yahoo.com** |
| Alternate Communication Channels: | **phile201@gmail.com** |
| Registration IP address: | **205.188.199.163** |
| Account Created (reg): | **Mon Aug 23 23:01:22 1999 GMT** |
| Other Identities: | **ruffabs6 (Yahoo! Mail)** |
| Full Name | **Mr ruff abs** |
| Address1: | ███████████ |
| Address2: | |
| City: | **New York** |
| State, territory or province: | **NY** |
| Country: | **United States** |
| Zip/Postal Code: | **10025** |
| Phone: | ███████ |
| Time Zone: | **et** |
| Birthday: | ███████ |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |

| | |
|---|---|
| Additional IP Addresses: | Sat Oct 01 12:55:17 2011 GMT  74.64.101.16 |
| | Mon Jun 20 02:28:15 2011 GMT  98.14.217.226 |
| Account Status: | Active |

**Subscriber Information**

| | |
|---|---|
| Yahoo Id | ruffabs6 |
| Name | ruff abs |
| Billing Address Line1 | |
| Billing Address Line2 | |
| Billing City | New York |
| Billing State | NY |
| Billing Postal Code | 10025 |
| Billing Country | US |
| Billing Phone | |
| Customer Phone | |
| Email | ruffabs6@yahoo.com |
| Credit Card | |
| Service | Email |