**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | )   **Case No. 1:12-cv-05844** |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a  Filesonic.com,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF, FLAVA WORKS, INC.'S, MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

Plaintiff, Flava Works, Inc. states as follows:

1.      Personal service of process is covered by Fed. R. Civ. P. 4(d)(1).  If a plaintiff fails to effectuate service within the 120-day period prescribed by federal rules, the case shall be dismissed without prejudice.  Failure to satisfy the personal service requirement can be excused if plaintiff can show "good cause" for the failure. Fed. R. Civ. P.4 (m). Del Raine v. Carlson, 1996 U.S. App. LEXIS 2645 (7th Cir. Ill. Feb. 1, 1996).

2.      A good cause determination involves discretionary conclusions that will not be disturbed absent an abuse of discretion.   Del Raine v. Carlson, 1996 U.S. App. LEXIS 2645 (7th Cir. Ill. Feb. 1, 1996).

3.      In Del Raine v. Carlson, the Seventh Circuit found good cause where plaintiff had attempted to locate addresses for 9 of the defendants.

4.      The Advisory Committee Note to Rule 4(m) provides some guidance as to what factors a court may want to consider when deciding to exercise its discretion. Although the list is not exhaustive, the Committee explained:

> Relief may be justified, for example, if the applicable statute of limitations would bar the refiled action, or if the defendant is evading service or conceals a defect in attempted service.

Panaras v. Liquid Carbonic Indus. Corp., 94 F.3d 338, 341 (7th Cir. Ill. 1996).

5.      In this case, Defendants, John Does 1-26 are all unknown members of a Yahoo! Group.

6.      On September 25, 2012, the Court gave Plaintiff leave to conduct expedited discovery.

7.      On October 11, 2012, Flava Works, Inc. issues its subpoena to Yahoo! for the IP addresses of the John Doe 1 to 26 Defendants.  The return date was for November 8, 2012.

8.      Yahoo! did not produce the requested documents by November 8, 2012.  In an effort to resolve compliance without court intervention and due to the holidays, counsel for Flava Works, Inc. gave Yahoo! until January 20, 2013 to respond to the subpoena.

9.      On or about January 8, 2013, Yahoo! produce the IP addresses for certain John Doe Defendants.

10.     Flava Works, Inc. is attempting to locate all the Internet Service Providers ("ISP") for the IP addresses provided by Yahoo! intends to issue subpoenas to the ISP to identify the full names and addresses of the John Doe Defendants.

11.     Good cause in this case exists because many of the John Doe Defendants attempted to conceal their identities in the Yahoo! Group.  The documents produced by Yahoo!—and redacted by Flava Works, Inc. to protect personal information such as date of birth—indicate that many of the Defendants do not provide their full name and address.  Exhibit "A".

12.     In this case, Flava Works, Inc. is seeking not only the address of the Defendants but Defendants' full names and address.

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court grant it an additional 120 days to serve the Defendants.


Respectfully Submitted,

By: /s/ Meanith Huon /s/

Meanith Huon


Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| | ) |
| Defendants. | ) |

## PROOF OF SERVICE

Under penalties of law, I certify that on January 29, 2013, I served the following documents or items:

## PLAINTIFF, FLAVA WORKS, INC.'S, MOTION FOR EXTENSION OF TIME TO SERVE DEFEDNANTS

by causing copies of same to be filed electronically.

Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996