

January 8, 2013

*Via Express Mail*

Meanith Huon, Esq.
The Huon Law Firm
205 West Wacker Drive, Suite 508
Chicago, IL 60606

        Re:    Request for Information Pertaining to User Accounts: 1016dudz@gmail.com, et al.
                Flava Works, Inc., v. John Does 1 to 26, et al., 1:12-CV-05844
                (Internal Reference No. 217187)

Dear Mr. Huon:

Yahoo! Inc. ("Yahoo!") is in receipt of a subpoena dated October 11, 2012, in the above-referenced matter.

Based upon its interpretation of the subpoena and considerable experience with requests for user data, Yahoo! took the subpoena to require and be satisfied by the production of the following enclosed information regarding the specified user accounts, for the time period(s) specified (if any), to the extent available from our system: (1) the user profile, as produced by the Yahoo! Account Management Tool; (2) subscriber information, as produced by the Yahoo! Billing Tool; and (3) the dates, times, and Internet protocol addresses for logins (provided on CD-R). A declaration authenticating these records also is enclosed.

**Yahoo! had no responsive information regarding the user accounts abrazdert74893@myemailco.com, ads.almond@gmail.com, agm.scans69@comcast.net, alantos25@gmail.com, blogger0815@hotmail.com, dmadriga1116@gmail.com, jonrgn@aol.com, efrenlee07@gmail.com.**

To the extent any document provided herein contained information that exceeded the scope of your request, is protected from disclosure, or is otherwise not subject to production, we have redacted or otherwise removed such information. When reviewing the information provided, please note that Yahoo! may not require or verify user information because it offers many of its services to users for free.

Yahoo! requests reimbursement in the amount of $166.60 for reasonable costs incurred in searching for, assembling, and providing information in response to your request. Payment information is provided on the attached invoice.


Please contact me if you have any questions.

Sincerely,

Ian LaChance
Compliance Paralegal II
Phone: 408-349-7625
Fax: 408-349-7941

Enclosures

## BUSINESS RECORDS DECLARATION

Request for information regarding:     )       **DECLARATION OF**
1016dudz@gmail.com, et al.        )       **IAN LACHANCE**

                          )

I, Ian LaChance, declare:

1. I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo!. I make this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and the California Code of Evidence section 1561 and in response to a subpoena dated October 11, 2012 ("the request"). I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto are 39 pages and 1 CD-R/DVD-R that contain true and correct copies of the following data pertaining to the user accounts identified in the request: (1) the user profile, as produced by the Yahoo! Account Management Tool; (2) subscriber information, as produced by the Yahoo! Billing Tool; and (3) the dates, times, and Internet protocol addresses for logins. Yahoo!'s servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice. Yahoo! may not require or verify user information because it offers many of its services to users for free.

3. To the extent any document attached hereto contained information that exceeded the scope of the request, is protected from disclosure, or is otherwise not subject to production, such information has been redacted or otherwise removed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: 8 January 2013

Ian LaChance, Custodian of Records

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **doodleezz** |
| GUID: | **26M4RPPT2GGDLPPQNCJJXHASQ4** |
| Alternate Communication Channels: | **1016dudz@gmail.com** |
| Registration IP address: | **121.54.96.8** |
| Account Created (reg): | **Thu Aug 25 10:04:33 2011 GMT** |
| Other Identities: | **doodleezz**<br>**1016dudz@gmail.com** |
| Full Name | **Salutto Mindi** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **India** |
| Zip/Postal Code: | |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **in** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Thu Aug 25 10:04:33 2011 GMT  121.54.96.8** |

Account Status:          **Deactivated**

Deactivation Date:       **Wed Aug 01 05:33:37 2012 GMT**

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **baltquietfire** |
| GUID: | **Z4DOJU2AKT6WBJSGWIE5BQPO2E** |
| Yahoo Mail Name: | **baltquietfire@yahoo.com** |
| Alternate Communication Channels: | **bltquietfire@aol.com** |
| Mobile Phone Reg: | **4109829529@mmode.com**<br>**4109829529@messaging.sprintpcs.com** |
| Registration IP address: | **152.163.252.133** |
| Account Created (reg): | **Tue Apr 20 02:39:03 2004 GMT** |
| Other Identities: | **baltquietfire (Yahoo! Mail)** |
| Full Name | **Mr Tony M** |
| Address1: | |
| Address2: | |
| City: | **Gwynn Oak** |
| State, territory or province: | **MD** |
| Country: | **United States** |
| Zip/Postal Code: | **21207** |
| Phone: | |
| Time Zone: | **et** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |

Business Email:

Additional IP Addresses:

Fri Aug 17 15:34:03 2012 GMT  66.87.7.21
Tue Aug 14 12:03:30 2012 GMT  68.55.66.148
Thu Aug 09 00:59:57 2012 GMT  68.55.66.148
Wed Aug 01 02:26:39 2012 GMT  68.55.66.148
Fri Jul 13 08:14:24 2012 GMT  68.55.66.148
Mon Jul 09 14:25:14 2012 GMT  68.55.66.148
Wed Jun 27 06:42:59 2012 GMT  68.55.66.148
Tue Jun 26 03:18:25 2012 GMT  68.55.66.148
Sun Jun 24 13:56:08 2012 GMT  68.55.66.148
Sun Jun 24 00:47:26 2012 GMT  68.55.66.148
Thu Jun 21 13:46:35 2012 GMT  68.55.66.148
Sat Dec 17 21:56:24 2011 GMT  68.34.121.20
Mon Nov 21 02:15:36 2011 GMT  68.34.121.20
Sat Oct 22 15:05:39 2011 GMT  68.34.121.20
Thu Dec 16 03:56:30 2010 GMT  72.81.205.127

Account Status:

Active

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **betcamus@bellsouth.net** |
| GUID: | **YKUURSV6QC5CSCCSWU2EIYL7KA** |
| Yahoo Mail Name: | **betcamus@bellsouth.net** |
| Alternate Communication Channels: | **bbetcamus@yahoo.com** |
| | **bbetcamus@aol.com** |
| Account Created (reg): | **Sat Jan 10 04:49:34 2009 GMT** |
| Other Identities: | **betcamus@bellsouth.net (Yahoo! Mail)** |
| Full Name | **Mr jaimie baxter** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **38109** |
| Phone: | |
| Time Zone: | **ct** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Sat Jan 10 04:49:34 2009 GMT  0.0.0.0** |

Account Status:                    **Active**

**Subscriber Information**

| | |
|---|---|
| Yahoo Id | betcamus@bellsouth.net |
| Name | Jimmie Batchelor |
| Billing Address Line1 | (Unknown) |
| Billing Address Line2 | |
| Billing City | (Unknown) |
| Billing State | XX |
| Billing Postal Code | 00000 |
| Billing Country | US |
| Billing Phone | |
| Customer Phone | (Unknown) |
| Email | betcamus@bellsouth.net |
| Credit Card | FININV |
| Service | Plus |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **bigd_itsme** |
| GUID: | **6RQCIR5H3TMNLZHYF5NWJBUHPE** |
| Yahoo Mail Name: | **bigd_itsme@yahoo.com** |
| Alternate Communication Channels: | **hotblk10@yahoo.com** |
| Registration IP address: | **98.203.91.156** |
| Account Created (reg): | **Wed Jun 22 23:47:43 2011 GMT** |
| Other Identities: | **bigd_itsme (Yahoo! Mail)** |
| Full Name | **Fjasdh Kjbhlfsa** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **33175** |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Wed Jun 22 23:47:43 2011 GMT  98.203.91.156** |

Account Status: **Active**

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **black.69chest** |
| GUID: | **XBKD7S33JONBE7WRTSIOFDVNSI** |
| Yahoo Mail Name: | **black.69chest@yahoo.com** |
| Alternate Communication Channels: | **black.69chest@gmail.com** |
| Registration IP address: | **58.8.21.52** |
| Account Created (reg): | **Mon Oct 31 13:56:44 2011 GMT** |
| Other Identities: | **black.69chest (Yahoo! Mail)**<br>**black.69chest@gmail.com** |
| Full Name | **Black Chest** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **10001** |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | ▅▅▅▅▅▅▅ |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |

Additional IP Addresses: **Mon Oct 31 13:56:44 2011 GMT  58.8.21.52**

Account Status: **Active**

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **coreydmia** |
| GUID: | **QTQBJETC2AP27XKAT2C6OXXDYQ** |
| Registration IP address: | **98.254.227.216** |
| Account Created (reg): | **Thu Aug 19 02:36:59 2010 GMT** |
| Other Identities: | **coreydmia** |
| Full Name | **Mr Corey Corey** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **33161** |
| Phone: | |
| Time Zone: | |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Thu Aug 19 02:37:00 2010 GMT  98.254.227.216** |
| Account Status: | **Deactivated** |
| Deactivation Date: | **Thu Dec 22 23:03:17 2011 GMT** |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **datuwhite28** |
| GUID: | **H7ERTVIEJOPO3WBO6R4EM4EGHI** |
| Yahoo Mail Name: | **datuwhite28@yahoo.com** |
| Alternate Communication Channels: | **datuwhite@gmail.com** <br> **63 9212765391** |
| Registration IP address: | **121.54.96.8** |
| Account Created (reg): | **Wed Sep 07 14:43:25 2011 GMT** |
| Other Identities: | **datuwhite28 (Yahoo! Mail)** <br> **datuwhite@gmail.com** |
| Full Name | **Mhel Diaz** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **Malaysia** |
| Zip/Postal Code: | |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **my** |
| Business Zip: | |
| Business Phone: | |

Business Email:

Additional IP Addresses:    **Wed Sep 07 14:43:25 2011 GMT  121.54.96.8**

Account Status:    **Active**

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **donho999_us** |
| GUID: | **F2BZPX3XOLKZYGSZRJNT2V7HZI** |
| Yahoo Mail Name: | **donho999_us@yahoo.com** |
| Alternate Communication Channels: | **donho99999@yahoo.com** |
| Mobile Phone Reg: | **9098500126@mmode.com** |
| Registration IP address: | **206.19.129.228** |
| Account Created (reg): | **Wed Jan 05 04:09:27 2000 GMT** |
| Other Identities: | **donho999_us** |
| Full Name | **Mr Don Christ** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **99999** |
| Phone: | **909-850-0126** |
| Time Zone: | **pt** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | **99999** |
| Business Phone: | |
| Business Email: | |

Additional IP Addresses:

**Sat Dec 10 23:59:48 2011 GMT  108.69.68.232**
**Fri Aug 19 20:57:34 2011 GMT  108.69.68.232**
**Fri Aug 19 20:51:48 2011 GMT  108.69.68.232**
**Wed Aug 10 15:58:32 2011 GMT  108.69.68.232**
**Wed Aug 10 15:51:39 2011 GMT  108.69.68.232**
**Tue Jun 28 21:25:19 2011 GMT  108.69.68.232**
**Wed Sep 16 22:07:36 2009 GMT  96.230.223.42**
**Wed Nov 07 02:58:58 2007 GMT  4.158.219.183**
**Wed Apr 09 00:32:18 2003 GMT  172.198.35.154**
**Thu Jun 06 09:56:09 2002 GMT  172.192.41.114**
**Wed May 03 02:42:31 2000 GMT  206.19.129.228**
**Wed May 03 01:50:33 2000 GMT  206.19.129.228**
**Wed May 03 01:39:47 2000 GMT  206.19.129.228**

Account Status:            **Active**

**Subscriber Information**

| | |
|---|---|
| **Yahoo Id** | donho999_us |
| **Name** | Don Christopherson |
| **Billing Address Line1** | 4756-4 Telephone Rd |
| **Billing Address Line2** | #205 |
| **Billing City** | Ventura |
| **Billing State** | CA |
| **Billing Postal Code** | 93003 |
| **Billing Country** | US |
| **Billing Phone** | |
| **Customer Phone** | |
| **Email** | donho999_us@yahoo.com |
| **Credit Card** | |
| **Service** | Email, Domains |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **motd193** |
| GUID: | **T7NBPD2WLXEWN42LTYQPJN33RE** |
| Yahoo Mail Name: | **motd193@yahoo.com** |
| Alternate Communication Channels: | **delvin.raymond@yahoo.com** |
| Registration IP address: | **207.200.116.200** |
| Account Created (reg): | **Tue Apr 19 14:43:22 2005 GMT** |
| Other Identities: | **motd193 (Yahoo! Mail)** |
| Full Name | **Mr Delvin Raymond** |
| Address1: | |
| Address2: | |
| City: | **Los Angeles** |
| State, territory or province: | **CA** |
| Country: | **United States** |
| Zip/Postal Code: | **90007** |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | ▮▮▮▮▮▮▮ |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Thu May 20 16:05:31 2010 GMT  69.234.36.243** |

Account Status: **Active**

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **ntki72** |
| GUID: | **O3OWQWTXEFG7KV7EBLWBGC7ODE** |
| Yahoo Mail Name: | **ntki72@yahoo.com** |
| Alternate Communication Channels: | **ntki@excite.com** |
| Registration IP address: | **216.175.83.145** |
| Account Created (reg): | **Sat Jan 12 15:11:52 2002 GMT** |
| Other Identities: | **ntki72 (Yahoo! Mail)** |
| Full Name | **Mr neil kimura** |
| Address1: | |
| Address2: | |
| City: | **San Francisco** |
| State, territory or province: | **CA** |
| Country: | **United States** |
| Zip/Postal Code: | **94103** |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Account Status: | **Active** |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **rhythme101** |
| GUID: | **DLPVOUOEXSAMERI6HFCRCCJO2Q** |
| Yahoo Mail Name: | **rhythme101@yahoo.com** |
| Alternate Communication Channels: | **jamesem7@hotmail.com** |
| Registration IP address: | **63.183.137.3** |
| Account Created (reg): | **Tue Aug 03 01:07:10 2004 GMT** |
| Other Identities: | **rhythme101 (Yahoo! Mail)**<br>**jamesem7@hotmail.com** |
| Full Name | **James** |
| Address1: | |
| Address2: | |
| City: | **Rose Hill** |
| State, territory or province: | **NC** |
| Country: | **United States** |
| Zip/Postal Code: | **28458** |
| Phone: | |
| Time Zone: | **et** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |

Additional IP Addresses:    **Thu Mar 01 16:46:47 2007 GMT  152.12.251.250**
                            **Thu Mar 01 16:36:50 2007 GMT  152.12.251.250**

Account Status:             **Active**

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **ruffabs6** |
| GUID: | **NB6T6LPYIHPSYTWYWWL47VIK6Y** |
| Yahoo Mail Name: | **ruffabs6@yahoo.com** |
| Alternate Communication Channels: | **phile201@gmail.com** |
| Registration IP address: | **205.188.199.163** |
| Account Created (reg): | **Mon Aug 23 23:01:22 1999 GMT** |
| Other Identities: | **ruffabs6 (Yahoo! Mail)** |
| Full Name | **Mr ruff abs** |
| Address1: | **201 West 92nd Street** |
| Address2: | |
| City: | **New York** |
| State, territory or province: | **NY** |
| Country: | **United States** |
| Zip/Postal Code: | **10025** |
| Phone: | **212-799-9567** |
| Time Zone: | **et** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |

Additional IP Addresses:    **Sat Oct 01 12:55:17 2011 GMT  74.64.101.16**
                            **Mon Jun 20 02:28:15 2011 GMT  98.14.217.226**

Account Status:             **Active**

**Subscriber Information**

| Yahoo Id | ruffabs6 |
|---|---|
| **Name** | ruff abs |
| **Billing Address Line1** | 201 West 92nd Street |
| **Billing Address Line2** | |
| **Billing City** | New York |
| **Billing State** | NY |
| **Billing Postal Code** | 10025 |
| **Billing Country** | US |
| **Billing Phone** | 212-799-9567 |
| **Customer Phone** | 212-799-9567 |
| **Email** | ruffabs6@yahoo.com |
| **Credit Card** | |
| **Service** | Email |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **slimazz@sbcglobal.net** |
| GUID: | **3FQ43RUF2O5MBUI43QIH3DJN5E** |
| Yahoo Mail Name: | **slimazz@sbcglobal.net** |
| Mobile Phone Reg: | **3236005767@mobile.mycingular.com** |
| Registration IP address: | **68.124.59.80** |
| Account Created (reg): | **Sat Oct 01 17:58:23 2005 GMT** |
| Other Identities: | **slimazz@sbcglobal.net (Yahoo! Mail)**<br>**blackswipe2000**<br>**swiipemailbox** |
| Full Name | **Mr. AJ H.** |
| Address1: | **4767 Don Zarembo Drive Apt. 3** |
| Address2: | |
| City: | **Los Angeles** |
| State, territory or province: | **CA** |
| Country: | **United States** |
| Zip/Postal Code: | **90008** |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |

Business Email:

| | |
|---|---|
| Additional IP Addresses: | **Sun Aug 22 05:03:40 2010 GMT  pw** |
| | **Sun Dec 28 17:51:27 2008 GMT  71.2.68.240** |
| | **Tue Sep 05 21:37:44 2006 GMT  68.125.29.196** |
| Account Status: | **Active** |
| Basename Information | **Current**  swiipemailbox |

**Subscriber Information**

| Yahoo Id | slimazz@sbcglobal.net |
|---|---|
| Name | ANTHONY HOLSEY |
| Billing Address Line1 | 622 east 50th st |
| Billing Address Line2 | |
| Billing City | Los Angeles |
| Billing State | CA |
| Billing Postal Code | 90011 |
| Billing Country | US |
| Billing Phone | |
| Customer Phone | (Unknown) |
| Email | slimazz@sbcglobal.net |
| Credit Card | |
| Service | Plus |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **inspip** |
| GUID: | **UQ5PMBUHZGEZG2B2I2K2FMGIQM** |
| Yahoo Mail Name: | **inspip@yahoo.com** |
| Alternate Communication Channels: | **sopi9070@gmail.com** <br> **63 9212765391** |
| Registration IP address: | **121.54.96.8** |
| Account Created (reg): | **Wed Oct 19 04:10:53 2011 GMT** |
| Other Identities: | **inspip** <br> **sopi9070@gmail.com** |
| Full Name | **Inspi Peron** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **Macau** |
| Zip/Postal Code: | |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **mo** |
| Business Zip: | |
| Business Phone: | |

Business Email:

Additional IP Addresses:          **Wed Oct 19 04:10:53 2011 GMT  121.54.96.8**

Account Status:                   **Active**

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **tightsqueez2000** |
| GUID: | **T6YXCAJY5ZB6XDGQYED2KZNYEI** |
| Yahoo Mail Name: | **tightsqueez2000@yahoo.com** |
| Alternate Communication Channels: | **evanddessasauiii@bellsouth.net** |
| Registration IP address: | **67.192.42.127** |
| Account Created (reg): | **Thu Aug 22 02:54:59 2002 GMT** |
| Other Identities: | **tightsqueez2000 (Yahoo! Mail)** |
| Full Name | **Mr Smith Field** |
| Address1: | |
| Address2: | |
| City: | **Decatur** |
| State, territory or province: | **GA** |
| Country: | **United States** |
| Zip/Postal Code: | **30034** |
| Phone: | |
| Time Zone: | **et** |
| Birthday: | ███████ |
| Gender: | **Male** |
| Occupation: | **cs** |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Sun Jul 15 15:06:50 2012 GMT  74.232.125.105** |

Account Status:                    **Active**

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **traymond6060** |
| GUID: | **2XRGEONY6N765OMK2ZGMWLGTHY** |
| Yahoo Mail Name: | **traymond6060@yahoo.com** |
| Registration IP address: | **72.64.45.202** |
| Account Created (reg): | **Sun Oct 24 05:11:24 2010 GMT** |
| Other Identities: | **traymond6060**<br>**traymond60@verizon.net.1191878218** |
| Full Name | **Mr Tyler Raymond** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **United States** |
| Zip/Postal Code: | **23998** |
| Phone: | |
| Time Zone: | |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |

Additional IP Addresses: **Sat Nov 12 14:12:20 2011 GMT  72.82.103.254**
**Mon Oct 08 21:16:58 2007 GMT  72.64.45.202**

Account Status: **Active**

**Subscriber Information**

| Yahoo Id | traymond6060 |
|---|---|
| **Name** | Tyler Raymond |
| **Billing Address Line1** | (Unknown) |
| **Billing Address Line2** | |
| **Billing City** | (Unknown) |
| **Billing State** | XX |
| **Billing Postal Code** | 00000 |
| **Billing Country** | US |
| **Billing Phone** | |
| **Customer Phone** | |
| **Email** | traymond60@verizon.net |
| **Credit Card** | |
| **Service** | Verizon |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **why1dr** |
| GUID: | **DPK3SPKHLKNBZCM326GQAG5XY4** |
| Yahoo Mail Name: | **why1dr@yahoo.com** |
| Alternate Communication Channels: | **atlantacardinal@yahoo.com**<br>**1 4043483869** |
| Registration IP address: | **209.232.0.6** |
| Account Created (reg): | **Wed Apr 21 22:01:16 1999 GMT** |
| Other Identities: | **why1dr (Yahoo! Mail)** |
| Full Name | **Mr Why Wonder** |
| Address1: | |
| Address2: | |
| City: | **Los Angeles** |
| State, territory or province: | **CA** |
| Country: | **United States** |
| Zip/Postal Code: | **90024** |
| Phone: | |
| Time Zone: | **pt** |
| Birthday: | ▮▮▮▮▮▮▮ |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |

Additional IP Addresses:          **Mon Aug 08 10:54:05 2011 GMT  67.191.158.241**
                                  **Wed Jun 23 10:28:07 2010 GMT  67.191.158.241**
                                  **Sun Apr 04 19:21:16 2010 GMT  98.219.8.108**

Yahoo Mail Agreed (ym_agreed):    **Wed Jun 23 12:27:08 1999**

Account Status:                   **Active**

**Subscriber Information**

| | |
|---|---|
| Yahoo Id | why1dr |
| Name | Magnus Christon |
| Billing Address Line1 | 450 Piedmont Ave. #1407 |
| Billing Address Line2 | |
| Billing City | Atlanta |
| Billing State | GA |
| Billing Postal Code | 30308 |
| Billing Country | US |
| Billing Phone | 4046078979 |
| Customer Phone | |
| Email | why1dr@yahoo.com |
| Credit Card | |
| Service | Personals |

# YAHOO! ACCOUNT MANAGEMENT TOOL

| | |
|---|---|
| Login Name: | **yam.rodic** |
| GUID: | **3EHB54MLBZ33CLWQNRVR4OP7K4** |
| Yahoo Mail Name: | **yam.rodic@yahoo.com** |
| Registration IP address: | **27.54.31.94** |
| Account Created (reg): | **Sun Aug 22 12:45:54 2010 GMT** |
| Other Identities: | **yam.rodic** |
| Full Name | **Mr Rodic Yam** |
| Address1: | |
| Address2: | |
| City: | |
| State, territory or province: | |
| Country: | **Taiwan** |
| Zip/Postal Code: | |
| Phone: | |
| Time Zone: | |
| Birthday: | |
| Gender: | **Male** |
| Occupation: | |
| Business Name: | |
| Business Address: | |
| Business City: | |
| Business State: | |
| Business Country: | **us** |
| Business Zip: | |
| Business Phone: | |
| Business Email: | |
| Additional IP Addresses: | **Sun Aug 22 12:45:54 2010 GMT  27.54.31.94** |
| Account Status: | **Active** |