UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., )<br>)<br>    Plaintiff, )<br>)<br>)<br>)<br>)<br>John Doe Nos. 1 to 26, )<br>FF Magnat Limited d/b/a Oron.com, )<br>Earnwell Hong Kong LTD d/b/a Filesonic.com, )<br>)<br>    Defendants. ) | Case No. 1:12-cv-05844 |

## **NOTICE OF MOTION**

To: All Counsel of Record.

  Please take notice that on February 6, 2013 at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him in Room 1703 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion for Extension of Time to Serve Defendants, a copy of which is served upon you.

Dated: January 29, 2013

                        Respectfully submitted,
                        /s/ Meanith Huon
                        Meanith Huon
                        PO Box 441
                        Chicago, Illinois 60690
                        Phone: (312) 405-2789
                        E-mail: huon.meanith@gmail.com
                        IL ARDC. No.: 6230996

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Plaintiff's Motion for Extension of Time to Serve Defendants by causing copies of same to be filed electronically on January 29, 2013.

      Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996