UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING OF SUBPOENAS

TO: All Counsel of Record.

Please take notice that on or before January 31, 2013, Plaintiff, Flava Works, Inc., by its attorneys, has issued the following attached subpoenas and rider.

The documents or items have been or are being electronically served on all counsel of record for all parties.

Respectfully submitted,

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996