UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| | ) |
| Defendants. | ) |

### RIDER TO SUBPOENA

1. Documents, electronically stored information, items, materials, records, data relating to any of the John Doe Defendants identified as by their Internet Protocol ("IP") addresses listed below:

66.87.2.14
66.87.4.179
66.87.7.66
184.242.75.135
66.87.4.245
66.87.4.23

2. The login details (date and time of login/logout session, IP address of user, login information, etc.) relating to any of the John Defendants as identified by their IP addresses listed below:

66.87.2.14
66.87.4.179
66.87.7.66
184.242.75.135
66.87.4.245
66.87.4.23

3. The records identifying the Full Name, Address, Email Address, Telephone Number, Aliases relating to any of the John Defendants as identified by their IP addresses listed below:

66.87.2.14
66.87.4.179
66.87.7.66

184.242.75.135
66.87.4.245
66.87.4.23

4. Any documents or electronic information relating to payments made by any of the John Defendants including payments for Internet Service Provider ("ISP") services as identified by their IP addresses listed below:

66.87.2.14
66.87.4.179
66.87.7.66
184.242.75.135
66.87.4.245
66.87.4.23

**5**. Credit Card information, billing information, Paypal Account information, electronic payment information, bank account information relating to any of the John Defendants as identified by their IP addresses listed below:

66.87.2.14
66.87.4.179
66.87.7.66
184.242.75.135
66.87.4.245
66.87.4.23

**6.** Any email addresses, other or secondary email addresses relating to any of the John Defendants as identified by their IP addresses listed below:

66.87.2.14
66.87.4.179
66.87.7.66
184.242.75.135
66.87.4.245
66.87.4.23

7. Any personally identifiable information relating to any of the John Defendants as identified by their IP addresses listed below:

66.87.2.14
66.87.4.179
66.87.7.66
184.242.75.135
66.87.4.245

66.87.4.23

8.  Any and all documents and/or information sufficient to identify any of the John Defendants as identified by their IP addresses listed below:

66.87.2.14
66.87.4.179
66.87.7.66
184.242.75.135
66.87.4.245
66.87.4.23

9. Name, current and permanent addresses, telephone numbers, cell phone numbers, email addresses, Media Access Control addresses of all individuals whose IP addresses are listed below:

66.87.2.14
66.87.4.179
66.87.7.66
184.242.75.135
66.87.4.245
66.87.4.23