UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Flava Works, Inc
                          Plaintiff,

v.                                                Case No.: 1:12−cv−05844
                                                   Honorable Robert W. Gettleman

FF Magnat Limited, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 6, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: Motion hearing held on 2/16/2013. This Court's minute order of 12/10/2012 is amended to reflect the termination of defendant Bochenko's motion [11] to dismiss, and also the briefing schedule set on that motion. Defendant's motion for sanctions [45] is denied as premature. Plaintiff's motion for extension of time [50] of 120 days to serve defendants is granted. This is the final extension. Response to defendant FF Magnat39;s motion [43] to quash is due by 3/6/2013. Reply is due by 3/20/2013. Status hearing date of 2/19/2013 is re−set to 5/16/2013 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.