## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | 2/12/2013 |
| **CASE TITLES** | Flava Works    v    John Does 1-26, FF Magnat Ltd., et al | | |

**DOCKET ENTRY TEXT:**

Motion [47] of David D. Lin for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|