## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Flava Works, Inc.

v.

FF Magnat Limited

Case Number: 12-cv-5844

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Comcast Cable Communications, LLC, Objector.

| NAME (Type or print) |
| --- |
| Paul F. Stack |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Paul F. Stack |

| FIRM |
| --- |
| Stack & O'Connor Chartered |

| STREET ADDRESS |
| --- |
| 140 S. Dearborn St., Ste. 411 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2698544 | 312-782-0690 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |