U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of    Case Number: 12-cv-5844

Flava Works, Inc.

v.

FF Magnat Limited

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Comcast Cable Communications, LLC, Objector.

| |
|---|
| NAME (Type or print) <br> Mark W. Wallin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark W. Wallin |
| FIRM <br> Stack & O'Connor Chartered |
| STREET ADDRESS <br> 140 S. Dearborn St., Ste. 411 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6304226 — TELEPHONE NUMBER: 312-782-0690 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |