DAVID S. KAHN (Nevada Bar No. 7038)
SHERI M. THOME (Nevada Bar No. 8627)
J. SCOTT BURRIS (Nevada Bar No. 010529)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727.1400; FAX (702) 727-1401
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com
j.scott.burris@wilsonelser.com

KENNETH E. KELLER (CA Bar No. 71450) (*pro hac vice in process*)
STAN G. ROMAN (CA BAR. NO. 87652) (*pro hac vice in process*)
MICHAEL D. LISI (CA Bar No. 196974) (*pro hac vice in process*)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
(415) 249-8330; FAX (415) 249-8333
kkeller@kksrr.com
sroman@kksrr.com
mlisi@kksrr.com

STEVAN LIEBERMAN (Washington, DC Bar No. 448218) (*pro hac vice in process*)
Greenberg & Lieberman, LLC
2141 Wisconsin Ave., NW Suite C2
Washington, DC 20007
(202) 625-7000; fax: 202-625-7001
stevan@APLegal.com

Attorneys for Defendant FF MAGNAT LIMITED

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; MAXIM BOCHENKO a/k/a/ ROMAN | Case No. CV 2:12-cv-01057<br><br>**DECLARATION OF STEVAN LIEBERMAN IN OPPOSITION TO PLAINTIFF'S MOTION TO SEAL**<br><br>Hearing: Not yet set<br>Time: Not yet set<br>Judge: Hon. Gloria N. Navarro |

| | |
|---|---|
| ROMANOV; and JOHN DOES 1 - 500.<br><br>Defendants. | Courtroom: 7D |

I, Stevan Lieberman, declare and state as follows:

1. I am a member of the Bars of the State of Maryland and District of Columbia, and counsel to Defendant FF Magnat Limited. I make this declaration in support of Defendant's Motion to Seal. If called as a witness, I could and would so competently testify.

2. The Internet Watch Foundation is an online watchdog that was established to "report criminal online content in a secure and confidential way," including but not limited to "child sexual abuse images hosted anywhere in the world." Attached as Exhibit A is a true and correct copy of an announcement by the Internet Watch Foundation concerning the fact that Oron has joined the Foundation's ranks. The article may be found at http://www.iwf.org.uk/about-iwf/news/post/319-oron-is-first-new-internet-watch-foundation-member-of-2012.

3. Attached as Exhibit B is a true and correct copy of an article concerning the terms of the proposed settlement being discussed by Oron and Plaintiff Liberty Media Holdings. The article may be found at http://torrentfreak.com/cyberlocker-offered-to-help-prosecute-users-to-settle-34-8m-copyright-suit-120706/?utm_source=feedburner&utm_medium=feed&utm_campaign=Feed%3A+Torrentfreak+%28Torrentfreak%29).

4. In the Motion to Seal (and its other related motions), Plaintiff's counsel, Mr. Randazza, claims that when he informed me that he intended to file a motion to enforce the purported "settlement agreement" and to seek attorneys' fees, I responded "go for it." That is false – I never made such a comment to Mr. Randazza.

5. Plaintiff seeks to enforce a purported "settlement agreement" between itself and Oron, based on the term sheet that Plaintiff now seeks to have sealed. However, contrary to Plaintiff's claims, the parties had never reached a settlement, because the parties had not reached a

2

DECLARATION OF STEVAN LIEBERMAN IN OPPOSITION TO
PLAINTIFF'S MOTION TO SEAL
CASE NO. 2:12-cv-01507

114824.1

meeting of the minds on all of the material terms. For instance, Oron intended that any agreement would include both itself and Defendant Maxim Bochenko, and believed that the term sheet so provided. When Plaintiff's counsel informed me that Mr. Bochenko would have to reach a separate settlement – and pay an additional settlement amount – I explained that his understanding was different than mine. On July 3, after discussing this issue, Mr. Randazza informed me that "we need to put the brakes on" the parties' settlement discussions, and that while "[t]his may change and we may get back on track, [] it seems that right now, the settlement we brokered is going off the rails." A true and correct copy of Mr. Randazza's July 3, 2012 email is attached as Exhibit C.

6. Attached as Exhibit D is a true and correct copy of NBC Bay Area Investigative Unit article entitled "Innocents Caught in Porn "Copywright Troll" Suits," found at http://www.nbcbayarea.com/news/local/161158025.html.

· I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of July, 2012, at Washington, D.C.

*[signature]*
STEVAN LIEBERMAN

3
DECLARATION OF STEVAN LIEBERMAN IN OPPOSITION TO
PLAINTIFF'S MOTION TO SEAL
CASE NO. 2:12-cv-01507

114824.1