Case: 1:12-cv-05844 Document #: 57-5 Filed: 03/05/13 Page 1 of 6 PageID #:1740
Case 2:12-cv-01057-GMN-NJK Document 14 Filed 06/25/12 Page 1 of 6
Case 2:12-cv-01057-GMN -RJJ Document 8 Filed 06/21/12 Page 3 of 4

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Liberty Media Holdings, LLC

*Plaintiff(s)*

v.

FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500

*Defendant(s)*

Civil Action No. 2:12-cv-01057-GMN -RJJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Maxim Bochenko a/k/a Roman Romanov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc J Randazza
Randazza Legal Group
6525 W. Warm Springs Rd.
Suite 100
Las Vegas, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

6/21/2012
DATE

Case 1:12-cv-05844 Document #: 57-5 Filed: 03/05/13 Page 2 of 6 PageID #:1741
Case 2:12-cv-01057-GMN-NJK Document 140 Filed 06/25/12 Page 2 of 6
Case 2:12-cv-01057-GMN -RJJ Document 8 Filed 06/21/12 Page 4 of 4

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MAXIM BOCHENKO A/K/A ROMAN ROMANOV
was received by me on *(date)* June 22, 2012.

☑ I personally served the summons on the individual at *(place)* 2392 Sunset Bluff Dr Jacksonville, FL 32216         on *(date)* June 22, 2012; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: June 22, 2012

_Velious C Pope_
Server's signature

Velious C. Pope, Process Server
Printed name and title

Counter Intelligence Services
9 SW 13th St Second fl
Fort Lauderdale, FL 33315
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## FOR THE
## District of Nevada

## PROOF OF SERVICE

Civil Action No: 2:12-cv-01057

**Liberty Media Holdings, LLC, a California corporation,**
    Plaintiff

v.

**FF Magnat Limited d/b/a Oron.com, Maxim Bochenko a/k/a Roman Romanov, and John Does 1-500,**
    Defendant(s)

This summons for **Maxim Bochenko a/k/a Roman Romanov**.was received by me on **06/22/2012 01:44 AM**.

I personally served the **Summons in a Civil Action, Emergency Motion and Complaint** on the individual at **2392 Sunset Bluff Drive Jacksonville, FL 32216** on **06/22/2012 06:15PM**

Description: 29-31 year old white male, 6'0, 160 lbs. with blond hair.

Additional information regarding attempted service, etc:

### DECLARATION OF SERVER
I declare under penalty of perjury that this information is true.

Sworn to and subscribed before me on this
**23** day of **June**, 2012

_Kristen Adams_      _Velious C Pope_
**NOTARY PUBLIC**      **Velious C. Pope, Process Server**

KRISTEN ADAMS
Commission # EE 205232
Expires September 26, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

**Counter Intelligence Services**
9 SW 13th St., Second Floor
Fort Lauderdale, FL. 33315
Phone: (800) 757-7393, (954) 764-7393

Marc J. Randazza, Ronald D. Green, J. Malcolm DeVoy  Attorneys for Plaintiff
Randazza Legal Group, 6525 W. Warm Springs Rd. Suite 100, Las Vegas, NV 89118

Case: 1:12-cv-05844 Document #: 57-5 Filed: 03/05/13 Page 4 of 6 PageID #:1743
Case 2:12-cv-01057-GMN-NJK Document 14 Filed 06/25/12 Page 4 of 6
Case 2:12-cv-01057-GMN -RJJ Document 8 Filed 06/21/12 Page 1 of 4

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Liberty Media Holdings, LLC

Plaintiff(s)

v.

FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500

Defendant(s)

Civil Action No. 2:12-cv-01057-GMN -RJJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
FF Magnat Limited d/b/a Oron.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc J Randazza
Randazza Legal Group
6525 W. Warm Springs Rd.
Suite 100
Las Vegas, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

6/21/2012
DATE

Case 1:12-cv-05844-Document # 57-5 Filed: 03/05/13 Page 5 of 6 PageID #:1744
Case 2:12-cv-01057-GMN-NJK Document 14-5 Filed 06/25/12 Page 5 of 6
Case 2:12-cv-01057-GMN -RJJ Document 8 Filed 06/21/12 Page 2 of 4

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FF MAGNAt Limited DBA ORON.COM
was received by me on *(date)* June 21, 2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* MAXIM Bochenko AKA Roman Romanov, who is designated by law to accept service of process on behalf of *(name of organization)* FF MAGNAt Limited DBA Oron.com, 2392 Sunset Bluff Dr Jacksonville, FL. on *(date)* June 22, 2012; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: June 23, 2012

Velious C Pope
*Server's signature*

Velious C. Pope, Process Server
*Printed name and title*

Counter Intelligence Services
9 SW 13th St Second floor
Fort Lauderdale, FL 33315
*Server's address*

Additional information regarding attempted service, etc:

6/22/12 8:50 AM at 2392 Sunset Bluff Dr, Jacksonville - a residential complex - Villages of Summer Lakes - no answer @ door.
6/22/12 9:20 AM at 9727 Touchton Rd Unit 911, Jacksonville - a residential townhome community Wimberly at Deerwood - owner is MAXIM BOCHENKO, et als - By recorded deed. No answer @ door.
6/22/12 6:15pm - While serving defendant Bochenko, I asked him about the offices of FF Magnat Ltd dba ORON.COM. He stated he moved from there. Since this was the only business address in Florida. I served him as an employee of the Reg Agent, FL stat 48.081(3)(a)

# UNITED STATES DISTRICT COURT
## FOR THE
## District of Nevada
## PROOF OF SERVICE

Civil Action No: 2:12-cv-01057

**Liberty Media Holdings, LLC, a California corporation,**
    Plaintiff
v.

**FF Magnat Limited d/b/a Oron.com, Maxim Bochenko a/k/a Roman Romanov and John Does 1-500,**
    Defendant(s)

This summons for **FF Magnat Limited d/b/a Oron.com** was received by me on **06/22/2012 01:44 AM**.

    I served the **Summons in a Civil Action, Emergency Motion and Complaint** on **Maxim Bochenko a/k/a Roman Romanov**, who is designated by law to accept service of process on behalf of **FF Magnat Limited d/b/a Oron.com on 06/22/2012 06:15 PM**

    Description: 29-31 year old white male, approx. 6'0, 160-180 lbs. with blond hair.

Additional information regarding attempted service, etc:
6/22/2012 8:50 am at 2392 Sunset Bluff Dr, Jacksonville, residential townhomes, Villages of Summer Lakes. No answer at door.
6/22/2012 9:20 am at 9727 Touchton Rd, Unit 911, Jacksonville, residential townhomes, Wimberly at Deerwood. No answer at door.
6/22/2012 6:15 pm at 2392 Sunset Bluff Dr, while serving Maxim Bochenko personally, I asked him about the business address on Touchton Rd. He said that he moved out of there four months age. I served Maxim Bochenko the papers for FF Magnat Limited d/b/a Oron.com because of the Registered Agent's failure to comply with Florida statutes 48.081 and 48.091. Maxim Bochenko would not provide any information concerning whether he was a corporate officer or director, so I served him as an employee of the registered agent, in accordance with Florida statute 48.081 (3) (a).

### DECLARATION OF SERVER
I declare under penalty of perjury that this information is true.

Sworn to and subscribed before me on this
23 day of June, 2012

*Kristen Adams*
**NOTARY PUBLIC**

KRISTEN ADAMS
Commission # EE 205232
Expires September 26, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

*Velious C Pope*
**Velious C. Pope, Process Server**

**Counter Intelligence Services**
9 SW 13th St., Second Floor
Fort Lauderdale, FL. 33315
Phone: (800) 757-7393, (954) 764-7393

Marc J. Randazza, Ronald D. Green, J. Malcolm DeVoy Attorneys for Plaintiff
Randazza Legal Group, 6525 W. Warm Springs Rd. Suite 100, Las Vegas, NV 89118