

| | | | | | |
|---|---|---|---|---|---|
| My Account | Send Money | Request Money | Merchant Portal | Sell on eBay | Shopping-Portal |
| Overview | Add Funds | Withdraw | History | Resolution Center | Profile |

## Transaction Details

**Payment Sent** (Unique Transaction ID # 11K▮▮▮▮▮▮▮▮)

- **Sent to:** Maxim Bochenko
- **Email:** main_max@mail.ru

- **Amount sent:** -$1.500,00 USD
- **Fee amount:** $0,00 USD
- **Net amount:** -$1.500,00 USD

- **Date:** 3. Sep 2010
- **Time:** 20:47:55 GMT+02:00
- **Status:** Completed

- **Subject:** translate roma
- **Note:** translate roma
- **Funding Type:** PayPal Balance
- **Transfer from:** $1.500,00 USD - PayPal Account

Return to History