

**Customer number:** 1004404217
**Credit number:** 2011.025387c
**Credit date:** 19-9-2011

Oron.com



Russia

ADDRESS
P.O. Box 93054
1090 BB Amsterdam
The Netherlands

TELEPHONE
Tel: +31 (0)20 316 28 80

FAX
Fax: +31 (0)20 316 28 90

EMAIL
info@leaseweb.com

INTERNET
www.leaseweb.com

Credit note concerning invoice 2011.220221
Credit reason: Invoice Correct DRNC019 & DRNC020

| Service | Description | From | To | Credit amount (€) |
|---|---|---|---|---|
| | Server: DRNC019 | 1-7-2011 | 1-10-2011 | -598,00 |
| | Rackspace 4U | 1-7-2011 | 1-10-2011 | -100,00 |
| | Bandwidth (Flat) - 1 Gbps port (Volume) | 1-7-2011 | 1-10-2011 | -1.500,00 |
| | Server: DRNC020 | 1-7-2011 | 1-10-2011 | -598,00 |
| | Rackspace 4U | 1-7-2011 | 1-10-2011 | -100,00 |
| | Bandwidth (Flat) - 1 Gbps port (Volume) | 1-7-2011 | 1-10-2011 | -1.500,00 |

**Subtotal credit amount**

-4.396,00

**Total credit amount**
Total for invoice 2011.220221                                           -4.396,00
Total for credit note 2011.024031c                                      46.129,10
                                                                         -6.594,00

**Remains to be paid**

35.139,10

Customer VAT #:

For any billing enquiries, please mail us: administration@leaseweb.com

LeaseWeb B.V
P.O. Box 93054, 1090BB, Amsterdam, The Netherlands
VAT#: NL812426939B01
Bank: Deutsche Bank 54.38.85.984, Amsterdam
Bank address: Gustav Mahlerlaan 10, 1082PP, Amsterdam, Netherlands / BIC: ABNANL2A / IBAN: NL85 ABNA 0543 8859 84

LeaseWeb appreciates your business.

General Terms & Conditions 4987, KvK Amsterdam 30141839 as published on www.leaseweb.com
Deutsche Bank: AMSTERDAM, 543885984 |SWIFT: ABNANL2A| IBAN: NL85 ABNA 0543 8859 84

Page 1 of 1



**ADDRESS**
P.O. Box 93054
1090 BB Amsterdam
The Netherlands

TELEPHONE
Tel: +31 (0)20 316 28 80

FAX
Fax: +31 (0)20 316 28 90

EMAIL
info@leaseweb.com

INTERNET
www.leaseweb.com

Customer number: 1004404217
Invoice number: 2011.210396
Invoice date: 1-5-2011

Oron.com
Mr. G. Maksim
[redacted]
Russia

| Service | Description | From | To | Price/month | Total (€) |
|---|---|---|---|---|---|
| Serverhosting | Server: DRNC - Private rack 001 | 1-5-2011 | 1-8-2011 | | |
| | Rackspace 1/2 Rack (20U) | | | 343,97 | 1.031,91 |
| | Self-Managed (Best Effort) | | | 180,00 | 540,00 |
| | Bandwidth (95%) - 10 Mbps (Volume) | | | 0,00 | 0,00 |
| | APC (21 port) - AP7941 | | | 29,80 | 89,40 |
| | Managed GE Switch - HP 2810-24G (1) | | | 38,51 | 115,53 |
| | Extra IP's in use (16) | | | 33,73 | 101,19 |
| | Customer reference: | | | 16,00 | 48,00 |
| | Server: DRNC - Private rack 002 | 1-5-2011 | 1-6-2011 | | |
| | Rackspace 1 Rack | | | 0,00 | 0,00 |
| | Self-Managed (Best Effort) | | | 1.000,00 | 1.000,00 |
| | Bandwidth (Flat) - 10 Gbps (Volume) | | | 0,00 | 0,00 |
| | APC (21 port) - AP7941 (1) | | | 7.000,00 | 7.000,00 |
| | 10GE Port (1) | | | 40,60 | 40,60 |
| | Managed GE Switch - Juniper EX3200-24T-4G (1) | | | 500,00 | 500,00 |
| | Extra IP's in use (16) | | | 98,50 | 98,50 |
| | Customer reference: | | | 16,00 | 16,00 |
| | Server: DRNC - Private Rack 003 | 1-5-2011 | 1-6-2011 | | |
| | Rackspace 1 Rack | | | 0,00 | 0,00 |
| | Self-Managed (Best Effort) | | | 1.000,00 | 1.000,00 |
| | Bandwidth (Flat) - 10 Gbps (Volume) | | | 0,00 | 0,00 |
| | APC (21 port) - AP7941 (1) | | | 7.000,00 | 7.000,00 |
| | 10GE Port (1) | | | 40,60 | 40,60 |
| | Managed GE Switch - Juniper EX3200-24T-4G (1) | | | 500,00 | 500,00 |
| | Extra IP's in use (16) | | | 98,50 | 98,50 |
| | Customer reference: | | | 16,00 | 16,00 |
| | Server: DRNC008 | 1-5-2011 | 1-8-2011 | | |
| | Rackspace 4U | | | 299,00 | 897,00 |
| | Self-Managed (Best Effort) | | | 50,00 | 150,00 |
| | Bandwidth (Flat) - 1 Gbps port (Volume) | | | 0,00 | 0,00 |
| | APC Remote Reboot (1) | | | 750,00 | 2.250,00 |
| | GE Port (1) | | | 0,00 | 0,00 |
| | Customer reference: | | | 0,00 | 0,00 |
| | Server: DRNC009 | 1-5-2011 | 1-8-2011 | | |
| | Rackspace 4U | | | 299,00 | 897,00 |
| | Self-Managed (Best Effort) | | | 50,00 | 150,00 |
| | Bandwidth (Flat) - 1 Gbps port (Volume) | | | 0,00 | 0,00 |
| | APC Remote Reboot (1) | | | 750,00 | 2.250,00 |
| | GE Port (1) | | | 0,00 | 0,00 |
| | Customer reference: | | | 0,00 | 0,00 |
| | Server: DRNC010 | 1-5-2011 | 1-8-2011 | 75,00 | 225,00 |

General Terms & Conditions 4987, KvK Amsterdam 30141839 as published on www.leaseweb.com
ABN AMRO BANK: Amsterdam, 499236637 | SWIFT: ABNANL2A | IBAN: NL61 ABNA 0499 2366 37



**Customer number: 1004404217**

| Description | From | To | Unit | Amount |
|---|---|---|---|---|
| Rackspace 2U | | | 25,00 | 75,00 |
| Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| Datatraffic - 10000 GB (Volume) | | | 75,00 | 225,00 |
| APC Remote Reboot (1) | | | 0,00 | 0,00 |
| GE Port (1) | | | 0,00 | 0,00 |
| Extra IP's in use (5) | | | 5,00 | 15,00 |
| Customer reference: | | | | |
| Server: DRNC021 | 1-5-2011 | 1-8-2011 | | |
| Rackspace 4U | | | 249,00 | 747,00 |
| Self-Managed (Best Effort) | | | 100,00 | 300,00 |
| Bandwidth (Flat) - 1 Gbps port (Volume) | | | 0,00 | 0,00 |
| APC Remote Reboot (1) | | | 750,00 | 2.250,00 |
| GE Port (1) | | | 0,00 | 0,00 |
| Extra IP's in use (3) | | | 0,00 | 0,00 |
| Customer reference: | | | 3,00 | 9,00 |
| Server: DRNC022 | 1-5-2011 | 1-8-2011 | | |
| Rackspace 2U | | | 50,00 | 150,00 |
| Self-Managed (Best Effort) | | | 50,00 | 150,00 |
| Bandwidth (95%) - 10 Mbps (Volume) | | | 0,00 | 0,00 |
| APC Remote Reboot (1) | | | 28,82 | 86,46 |
| Customer reference: | | | 0,00 | 0,00 |
| Server: DRNC023 | 1-5-2011 | 1-8-2011 | | |
| Rackspace 4U | | | 599,00 | 1.797,00 |
| Self-Managed (Best Effort) | | | 100,00 | 300,00 |
| Bandwidth (Flat) - 1 Gbps port (Volume) | | | 0,00 | 0,00 |
| APC Remote Reboot (1) | | | 400,00 | 1.200,00 |
| GE Port (1) | | | 0,00 | 0,00 |
| Customer reference: | | | 0,00 | 0,00 |
| Server: DRNC024 | 1-5-2011 | 1-8-2011 | | |
| Rackspace 4U | | | 599,00 | 1.797,00 |
| Self-Managed (Best Effort) | | | 100,00 | 300,00 |
| Bandwidth (Flat) - 1 Gbps port (Volume) | | | 0,00 | 0,00 |
| APC Remote Reboot (1) | | | 400,00 | 1.200,00 |
| GE Port (1) | | | 0,00 | 0,00 |
| Customer reference: | | | 0,00 | 0,00 |
| Server: DRNC029 | 1-5-2011 | 1-8-2011 | | |
| Rackspace 0U - see other packs | | | 233,49 | 700,47 |
| Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| Connectivity - see other packs | | | 0,00 | 0,00 |
| Extra IP's in use (1) | | | 0,00 | 0,00 |
| Customer reference: | | | 1,00 | 3,00 |
| Server: DRNC030 | 1-5-2011 | 1-8-2011 | | |
| Rackspace 0U - see other packs | | | 233,49 | 700,47 |
| Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| Connectivity - see other packs | | | 0,00 | 0,00 |
| Customer reference: | | | 0,00 | 0,00 |
| Server: DRNC034 | 1-5-2011 | 1-6-2011 | | |
| Rackspace 0U - see other packs | | | 233,49 | 233,49 |
| Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| Connectivity - see other packs | | | 0,00 | 0,00 |
| Customer reference: | | | 0,00 | 0,00 |
| Server: DRNC035 | 1-5-2011 | 1-6-2011 | | |
| Rackspace 0U - see other packs | | | 233,49 | 233,49 |
| Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| Connectivity - see other packs | | | 0,00 | 0,00 |
| | | | 0,00 | 0,00 |

General Terms & Conditions 4987, KvK Amsterdam 30141839 as published on www.leaseweb.com
ABN AMRO BANK: Amsterdam, 499236637 | SWIFT: ABNANL2A | IBAN: NL61 ABNA 0499 2366 37



Customer number: 1004404217

Customer reference:

| | | | | |
|---|---|---|---|---|
| Server: DRNC036<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC037<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC038<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC039<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC040<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC041<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC042<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC043<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC044<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC045<br>Rackspace 0U - see other packs<br>Self-Managed (Best Effort)<br>Connectivity - see other packs<br>Customer reference: | 1-5-2011 | 1-6-2011 | 233,49<br>0,00<br>0,00<br>0,00 | 233,49<br>0,00<br>0,00<br>0,00 |
| Server: DRNC046 | 1-5-2011 | 1-6-2011 | 233,49 | 233,49 |

General Terms & Conditions 4987, KvK Amsterdam 30141839 as published on www.leaseweb.com
ABN AMRO BANK: Amsterdam, 499236637 | SWIFT: ABNANL2A | IBAN: NL61 ABNA 0499 2366 37



Customer number: 1004404217

| | | | | | |
|---|---|---|---|---|---|
| | Rackspace 0U - see other packs | | | 0,00 | 0,00 |
| | Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| | Connectivity - see other packs | | | 0,00 | 0,00 |
| | Customer reference: | | | | |
| | Server: DRNC047 | 1-5-2011 | 1-6-2011 | 233,49 | 233,49 |
| | Rackspace 0U - see other packs | | | 0,00 | 0,00 |
| | Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| | Connectivity - see other packs | | | 0,00 | 0,00 |
| | Customer reference: | | | | |
| | Server: DRNC048 | 1-5-2011 | 1-6-2011 | 233,49 | 233,49 |
| | Rackspace 0U - see other packs | | | 0,00 | 0,00 |
| | Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| | Connectivity - see other packs | | | 0,00 | 0,00 |
| | Customer reference: | | | | |
| | Server: DRNC049 | 1-5-2011 | 1-6-2011 | 175,00 | 175,00 |
| | Rackspace 0U - see other packs | | | 0,00 | 0,00 |
| | Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| | Connectivity - see other packs | | | 0,00 | 0,00 |
| | Customer reference: | | | | |
| | Server: DRNC050 | 1-5-2011 | 1-6-2011 | 175,00 | 175,00 |
| | Rackspace 0U - see other packs | | | 0,00 | 0,00 |
| | Self-Managed (Best Effort) | | | 0,00 | 0,00 |
| | Connectivity - see other packs | | | 0,00 | 0,00 |
| | Customer reference: | | | | |
| Extras | DRNC044 8-4-2011 to 1-5-2011 | 7-4-2011 | 1 time | | 179,01 |
| | DRNC045 8-4-2011 to 1-5-2011 | 7-4-2011 | 1 time | | 179,01 |
| | DRNC046 8-4-2011 to 1-5-2011 | 7-4-2011 | 1 time | | 179,01 |
| | DRNC047 8-4-2011 to 1-5-2011 | 7-4-2011 | 1 time | | 179,01 |
| | DRNC048 8-4-2011 to 1-5-2011 | 7-4-2011 | 1 time | | 179,01 |
| | DRNC049 14-4-2011 to 1-5-2011 | 13-4-2011 | 1 time | | 99,17 |
| | DRNC050 14-4-2011 to 1-5-2011 | 13-4-2011 | 1 time | | 99,17 |
| | Extra Bandwidth for DRNC - Private rack 001 - 4-2011: 11.86 Mbps | 30-4-2011 | 1 time | | 50,41 |

**Subtotal customer** 43.056,78

**Total Amount Due** 43.056,78

Customer VAT #:
Payment method: PayPal Direct Debit
We will directly invoice your account in our files with this amount. Please make sure, your account has sufficient funds for this. Aside from this, no further action is required on your end.

For any billing enquiries, please mail us: administration@leaseweb.com

LeaseWeb B.V
P.O. Box 93054, 1090BB, Amsterdam, The Netherlands
VAT#: NL812426939B01
Bank: ABN-Amro 49.92.36.637, Amsterdam
Bank address: Apollolaan 171, 1077AS, Amsterdam, Netherlands  /  BIC: ABNANL2A  /  IBAN: NL61 ABNA 0499 2366 37

LeaseWeb appreciates your business.

General Terms & Conditions 4987, KvK Amsterdam 30141839 as published on www.leaseweb.com
ABN AMRO BANK: Amsterdam, 499236637 | SWIFT: ABNANL2A | IBAN: NL61 ABNA 0499 2366 37

Page 4 of 4

Case: 1:12-cv-05844 Document #: 57-15 Filed: 03/05/13 Page 6 of 6 PageID #:1803
Case 2:12-cv-01057-GMN-RJJ Document 83-10 Filed 08/07/12 Page 2 of 2

Gmail - Requesting payment for LeaseWeb by customer NL1004404217    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...



Roman Romanov <mainroman@gmail.com>

## Requesting payment for LeaseWeb by customer NL1004404217
1 message

**support@oron.com** <support@oron.com>  Sun, Feb 5, 2012 at 10:15 PM
To: mainroman@gmail.com

Dear LeaseWeb customer/recipient,

Please use the link below to go to PayPal and pay the amount specified with your PayPal account or with a credit card (no PayPal account needed).
This message was sent from the LeaseWeb Self Service Center (SSC) by customer NL1004404217

Regards,
LeaseWeb


Amount: € 71.860,83
Pay now:
https://www.paypal.com/cgi-bin/webscr?cmd=_xclick&business=payments@leaseweb.