mainroman@gmail.com

169 of 695

to me

================================================================
DELL USADell Outlet
================================================================
Order Acknowledged
----------------------------------------------------------------

This e-mail is an acknowledgement of receipt of your Dell Order.

Within 24 hours, you should receive an Order Confirmation e-mail that will contain your Estimated Delivery Date, your customer number and your order number(s).

Please check your e-mail regularly for updates.
================================================================
Order Information
----------------------------------------------------------------

Order Date:7/24/2011Dell Purchase ID: 200▓▓▓▓▓
================================================================
Payment Information
----------------------------------------------------------------

Contact:      Maxim Bochenko
Phone Number:  (904)▓▓▓▓▓ (work)
Address:      ▓▓▓▓▓
              Ponte Vedra Beach, FL 32004-0075
Payment Method:  Pay with one credit/debit card online
Total Amount:  $1,081.40
================================================================
Delivery Information
----------------------------------------------------------------

Contact:      Maxim Bochenko
Phone Number:  (904)▓▓▓▓▓ (work)
Address:      ▓▓▓▓▓ FL 32206-5411
Delivery Method: 3-5 Day Delivery - Standard Delivery.
              Your order will be delivered up to 3-5 business days after it ships.
================================================================
Order Detail
----------------------------------------------------------------

Item Description:
-- Alienware M17x R2 Laptop Genuine Windows 7 Home Premium
   Unit Price: $1,189.00
   Quantity: 1
-- Alienware M17x R2 Laptop
-- Genuine Windows 7 Home Premium
-- Processor Label
-- Processor: Intel Core i7-820QM Quad Core Processor 1.73GHz (3.06GHz Turbo Mode, 8MB Cache)
-- Accessory Kit
-- Service Software
-- Information

Chase Digital Pianos £299

Dell Inc.
dell_automated_email@dell.com

Show details

Ads -- Why these ads?

**Core i7 vPro™ Laptops**
Cut costs & increase efficiency w/ custom PC fleets powered by Intel®!
www.Intel.co.uk/Corei7/vPro

**Top 6 Bad Credit Cards**
Credit Limits - Up To £3,000.
Compare Today - Best APR!
www.uSwitch.com/Bad-Credit

**Best VPN for UK StrongVPN**
View Blocked Video - 24hr Live Help
Protect your Privacy, Instant Appro
www.strongvpn.com/FastVPN

**Fix My Office**
Award winning London based
office repairs, top service g'teed.
www.0800HandyMan.com

**Exchange GBP To Euro**
Changing Over £20000? Voted
Sunday Times Best Currency
Provider.
www.Currencies.co.uk/GBP_to_Euros

More about...

Alienware Area 51 »
Laptop Notebook Computers »
Alienware Desktop »
Dell Alienware M17X »

