## Hallo Daniel

Oron.com - Support <support@oron.com>

18 июня 2012 г., 3:56

Кому: Daniel Trommer <dtrommer@micropayment.de>

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать исходное сообщение

Hallo Daniel,

wie geht es dir?

Carsten sagte du bist bis zum nächsten Montag krankgeschrieben, ich hoffe es ist nichts Ernstes bei dir.

Ich habe nochmal mit dem Chef gesprochen, wie du weißt arbeiten wir mit euch schon lange erfolgreich zusammen, daher erwächst auch gegenseitiges Vertrauen. Daher haben wir entschieden die Auszahlungen von allen aktuellen Umsätzen zum nächstmöglichen Zeitpunkt wieder auf den monatlichen Auszahlungsmodus umzustellen. Damit die Auszahlungen der aktuellen Umsätze an uns nicht jede Woche montags, sondern wie früher gehabt ein Mal im Monat vor dem 20. ausgezahlt werden.

Desweiteren geht es um die vereinbarten Auszahlungen des Sicherheitseinbehalts in Höhe von monatlich 70.000 Euro. Kannst du bitte klären wann die letzte Auszahlung des Sicherheitseinbehalts in Höhe von 70.000 Euro stattfand?

Ich danke dir im Voraus und wünsche dir gute Besserung.

Mit freundlichen Grüßen

Maxim

--
Kind regards,
Oron.com - Support

## Angebot micropayment / Kreditkarte, Handy-ABO, Onlineüberweisung  Входящие

**Daniel Trommer** <dtrommer@micropayment.de>  10 октября 2011 г., 6:31
Кому: "support@oron.com" <support@oron.com>

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать исходное сообщение

Hallo Maxim,

vielen Dank für das Telefonat.

Bitte meldet euch unter http://einfach.micropayment.ch/?page=register bei uns an. Legt bitte auch gleich euer Projekt an. Onlineüberweisung, Telefon, Handy könnt Ihr sofort benutzen. Handy-ABO kann ich auch gleich freischalten wenn ihr es braucht.

Wir brauchen für die Freischaltung des Accounts einmal einen Firmennachweis und eine Kopie vom Personalausweis des Geschäftsführers. Schickst du mir das gleich zu nach der Anmeldung bei uns?

Anbei sende ich dir wie besprochen ein Angebot für Kreditkarte, Handy-ABO, Onlineüberweisung und Telefonzahlung zu.

Bei Handy-ABO gibt es ein kleines technisches Howto, welches ich dir gerne zusende wenn du es brauchst. Ich denke das Handy-ABO richtig interessant für euch ist, da geht einiges an Umsatz..... J

Für die Umsetzung der ABO-Zahlungen via Kreditkarte benötigt Ihr unsere API-Schnittstelle. Das technische Howto dazu findet Ihr unter http://techdoc.micropayment.de

Für die Beantragung der Kreditkarte braucht Ihr einen Firmensitz (als technischer Dienstleister oder so) in Europa. Eine englische LTD. ist da meist sehr beliebt. Dafür würden wir dann mit euch zusammen den Kreditkartenantrag stellen.

Die Abrechnung usw. können wir dennoch über den Account Oron realisieren, sobald alles eingerichtet ist. Das stellen wir dann im Hintergrund so ein. Besprich das bitte einmal bei euch. Ihr müsstet die Firma dann auch bei uns im System unter http://einfach.micropayment.ch/?page=register bei uns anmelden und mir Bescheid geben, damit ich euch den Kreditkartenantrag zusenden kann.

Für den Übergang können wir euch dann eine Lösung anbieten, mit der Ihr schnell starten könnt, auch wenn das Terminal für die Firma noch in Beantragung ist. Dafür benötige ich bitte noch die Chargebackqoute von euch.

Anbei sende ich dir dann für den Account von Oron noch eine API-Zusatzvereinbarung. Diese brauchen wir um die Schnittstelle zu aktivieren.

Gerne stehe ich dir unter 030 / 649 04 236 für Fragen zur verfügung.

Viele Grüße

Daniel

--

## Projektnamen ändern Входящие

**Daniel Trommer** <dtrommer@micropayment.de>
Кому: "support@oron.com" <support@oron.com>

14 октября 2011 г., 10:06

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать исходное сообщение

Hi Maxim,

Ihr könnt bei dem Projektnamen Oron Premium oder so eintragen wenn ihr wollt..... Einfach unter meine Konfigurationen und dann bei Projekt den Namen anpassen.

Schönes Wochenende
LG, Daniel

Daniel Trommer
Key Account Manager
(unterwegs)

--

micropayment™ GmbH
Firmensitz: Scharnweberstrasse 69, 12587 Berlin
Registergericht: Amtsgericht Charlottenburg, HRB 100175 B
Geschäftsführer: Andreas Richter

Website: http://www.micropayment.de
Telefon: (+49) 30 - 3000 770
Telefax: (+49) 30 - 3000 771

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать исходное сообщение

**Oron.com - Support** <support@oron.com>
Кому: Daniel Trommer <dtrommer@micropayment.de>

14 октября 2011 г., 14:07

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать исходное сообщение

Hallo Daniel,

wir haben den Projektnamen auf "Premium Account" unter Konfiguration geändert, aber beim Bezahlen steht immer noch "Produkt: FF Magnat Limited Oron.com". Teile mir bitte mit, wo ich das ändern kann.

Mit freundlichen Grüßen
Maxim

- Показать цитируемый текст -

--

Kind regards,
Oron.com - Support