Почта  Календарь  Документы  Contacts  Ещё ▾        support@oron.com  Моя страница  Настройки  Справка  Выйти

В этой версии браузера некоторые важные функции могут не работать, поэтому у вас включен упрощенный интерфейс HTML. Установите современный браузер, например Google Chrome.



mainroman      [Поиск почты] [Веб-поиск]   Показать параметры поиска
                                           Создать фильтр

**Написать письмо**

« Назад – Результаты поиска   Доп. действия ▾   Пуск        Позже 32 из 39 Раньше

**Входящие (119)**                                          Свернуть все  Печать  Новое окно

Помеченные ☆
Отправленные
Черновики (28)      **RE: LeaseWeb services Oron.com**  Входящие
Вся почта            ☆ Nicolette van de Graaf <n.vandegraaf@ocom.com>       24 июня 2011 г., 1:14
Спам (2)             Кому: "Oron.com - Support" <support@oron.com>
Корзина              Копия: Robin Lim <r.lim@leaseweb.com>

**Контакты**         Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Ярлыки
Cancell              Dear Roman,
ChargeBack
Contact (36)
copyright-co...      After checking our details we have retrieved two open item related to Oron.com:
PayPal
PPAutoPay                - #1213750: [EVO-JV11] [DRNC052] HDD not present problem
Refund
Изменить ярлыки          - #1209887: [NSE]connection problem, urgent

                     These are recent open issues, older open items can't be discovered. Our engineers are currently working on these tickets to assist you further.

                     Can you confirm from your side that my comments are correctly stated? And have you noticed the difference recently that response times have been improved?

                     Looking forward to your response.

                     Met vriendelijke groet / kind regards,


                     Nicolette van de Graaf

                     Service Level Manager LeaseWeb B.V.

                     www.leaseweb.com



                     **From:** Nicolette van de Graaf
                     **Sent:** donderdag, 23 juni, 2011 19:24
                     **To:** Oron.com - Support
                     **Subject:** RE: LeaseWeb services


                     Dear Mr. Maksim,

                     Today I have requested your account manager to check if there are open item on our side to follow up.

                     Robin will update me tomorrow morning and I'll follow up to you.

Met vriendelijke groet / kind regards,

Nicolette van de Graaf

Service Level Manager LeaseWeb B.V.

www.leaseweb.com

**From:** Nicolette van de Graaf
**Sent:** woensdag 22 juni 2011 21:31
**To:** 'Oron.com - Support'
**Cc:** Peter Kuipers; Vincent Steenhuis; Robin Lim
**Subject:** RE: LeaseWeb services

Dear Mr. Maksim,

Thank you for your confirmation that Halil was able to assist you on # 1209887.

Your feedback on LeaseWeb Support service levels has been logged and open items will be reviewed from our side. Can you also create an overview for LeaseWeb?

Current SL reports show off improved figures from last 3 weeks. Haven't you noticed some improvement last week besides recent escalation?

For this moment I can inform you that a Skype invitation has been sent to your account.

Tomorrow I'll be able to speak to some stakeholders to retrieve more info. The details will be shared with my supervisor, in the afternoon you'll receive a response.

Met vriendelijke groet / kind regards,

Nicolette van de Graaf

Service Level Manager LeaseWeb B.V.

www.leaseweb.com

**From:** Oron.com - Support [mailto:support@oron.com]
**Sent:** woensdag 22 juni 2011 20:47
**To:** Nicolette van de Graaf
**Subject:** Re: LeaseWeb services

Dear Nicolette,

I've been in contact with Mr. Halil Baysal and he was very helpful and tried to understand and resolve a few current issues we're having.
If you want to talk you can add me to your Skype. My ID is: mainroman.

My main complaint was the fact that tech support guys can be hard to work with, slow to respond and unwilling to make an effort to resolve the issue quickly and efficiently most of the time.

Thank you

2011/6/22 Nicolette van de Graaf <n.vandegraaf@ocom.com>

Dear Mr. Maksim,


Your account manager Robin Lim has informed me about your current experiences dealing with LeaseWeb' services.

In my role as Service Level Manager it is very important to investigate your complaints and to check if improvements are required and optional. In this way we can solve current issues and also try to prevent future escalations and frustrations.


At this moment your comments are being investigated by 2 Support Team leaders and is being supervised by our Manager Operations. This afternoon a response will be created to reply on your earlier feedback on current support levels at LeaseWeb.


Tomorrow I'll be back in the office and get in touch with my supervisor and your account manager to discuss your input & situation.


Are there perhaps more frustrations at Oron.com at this moment you would like to share with me or with your account manager? If so I would like to request you to inform us completely about any other frustrations.


If there is a need you can always get in touch with me if you want to share your experiences with me.


Trusting to have informed you for this moment.


Met vriendelijke groet / kind regards,


Nicolette van de Graaf

Service Level Manager LeaseWeb B.V.

www.leaseweb.com

+31 615479339

☆ Oron.com - Support <support@oron.com>  24 июня 2011 г., 2:27
Кому: Nicolette van de Graaf <n.vandegraaf@ocom.com>

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Dear Nicolette,

Yes. Thank you very much for your involvment. My boss said that he knows you from back in the day when you've helped him resolve some issues and he expressed his gratitude.
The tickets you have mentioned are open and I can say that quality and speed of customer service response has indeed improved.

I would also like to point out that a few month back we've asked to setup traffic graphs which still hasn't been done. You can ask Robin and he will explain in more details about which graphs exactly I'm referring too. I'd be nice If you could help us solve that.

We have also ordered move of our servers to our new rack along with network cards bonding configuration so you can monitor the progress together with us .

If you have any questions please do not hesitate to contact us via Skype or email.

Thank you

- Показать цитируемый текст -

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

☆ Nicolette van de Graaf <n.vandegraaf@ocom.com>  25 июня 2011 г., 1:33
Кому: "Oron.com - Support" <support@oron.com>
Копия: Robin Lim <r.lim@leaseweb.com>

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Hello Roman,

Thank you for your positive responses, always nice to read J.

Robin Lim has been update about current open items and will follow up to you.

This will be monitored from my side awaiting final close down of all open topics in your account.

Met vriendelijke groet / kind regards,

Nicolette van de Graaf

Service Level Manager LeaseWeb B.V.

www.leaseweb.com

**From:** Oron.com - Support [mailto:support@oron.com]
**Sent:** vrijdag 24 juni 2011 11:27
**To:** Nicolette van de Graaf
**Subject:** Re: LeaseWeb services Oron.com

- Показать цитируемый текст -

**Быстрый ответ**

◉ **Кому:** Nicolette van de Graaf <n.vandegraaf@ocom.com>
◯ **Всем:** Nicolette van de Graaf <n.vandegraaf@ocom.com>, Robin Lim <r.lim@leaseweb.com>

( Дополнительные параметры ответа )

( Отправить ) ( Сохранить черновик ) ☑ Включить цитируемый текст в ответ

« Назад – Результаты поиска    Доп. действия ▼  ( Пуск )                                Позже 32 из 39 Раньше

Для быстрого поиска писем используйте строку поиска или **параметры поиска!**
В данный момент используется 19214 МБ (75%) из 25600 МБ
Последние действия с аккаунтом: 2,5 ч. назад на этом компьютере. Подробная информация

Интерфейс Почта ORON.com: стандартный | упрощенная HTML-версия Подробнее...

© Google, 2012 – Условия использования – Политика конфиденциальности – Правила программы – Главная страница Google

