UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc.,

    Plaintiff,

v.

FF Magnat Limited d/b/a Oron.com,
Earnwell hong Kong LTD d/b/a
Filesonic.com,
Maxim Bochenko a/k/a Roman Romanov,
Et al.

    Defendants.

Case No.
1:12-cv-05844

### AFFIDAVIT OF ROMAN ROMANOV

I, Roman Romanov, being duly sword, do hereby depose and state:

1. My name is Roman Romanov. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am over the age of 18 and I am a full-time resident of the Russian Federation. A true notarized copy of my Russian driver's license is attached hereto as Exhibit A.

3. I am aware that the above-captioned action has been filed listing Maxim Bochenko as a defendant and alleging that I and Maxim Bochenko are the same person.

4. I am not Maxim Bochenko and at no time have I ever been known by the name of Maxim Bochenko.

5. In fact though, I do know the individual known as Maxim Bochenko ("Mr. Bochenko").

6. After examining the pleadings in the above-captioned action, it is clear to me that

1

Plaintiff's confusion with regards to the identity of Mr. Bochenko and me stems from the emails referencing both of us which were acquired by illegally accessing my private e-mail account, the address of which is mainroman@gmail.com and made public in court filings in the state of Nevada in the case of Liberty Media Holdings vs. FF Magnat Limited.

7. Mr. Bochenko is my friend who lives in Florida in the United States. Because I live in Russia, I sometimes ask Mr. Bochenko to purchase certain personal items for me that I cannot otherwise acquire in Russia.

8. When Mr. Bochenko purchases these items on my behalf, the receipts (which go to my personal e-mail address so that I can track and manage the orders with less of a burden on Mr. Bochenko) list his name and his address in the United States.

9. Mr. Bochenko has never had access to my personal e-mail account.

10. Mr. Bochenko has never been associated with or employed by Oron.

11. Mr. Bochenko is not an owner, operator or controller of Oron nor has he ever been.

12. I am not an owner, operator or controller of Oron nor have I ever been.

13. Based on its misinterpretation of the emails obtained through the illegal breaking into my email account, the Plaintiff erroneously, willfully and recklessly concluded that Mr. Bochenko and I are the same person. However, this in unequivocally untrue as is proven by my attached driver's license listing me as myself and only as myself.

14. It is evident to me that the Plaintiff must have chosen to list Mr. Bochenko as a defendant in this action so as to manufacture personal jurisdiction in the United States.

Signed under the pains and penalties of perjury this 26 day of September, 2012.

_____
Roman Romanov

2

Case: 1:12-cv-05844 Document #: 57-29 Filed: 00/25/13 Page 3 of 6 PageID #:1205
Case: 1:12-cv-05844 Document #: 10 Filed: 10/02/12 Page 3 of 11 PageID #:670

EXHIBIT A/1





| **FRONT OF DRIVER'S LICENSE:** | **BACK OF DRIVER'S LICENSE:** |

Driver's License
Permis De Conduire

Last Name        Romanov
                 Romanov
First Name       Roman
                 Roman
Middle Name      Andreevich
Date and place of birth     25.01.1981
 STAVROPOL'SK.KR/STAVROPOL'SK. KR
Place of living
 STAVROPOL'SK.KR/STAVROPOL'SK. KR
Signature of the owner

[SIGNATURE BLOC]

Issued GIBDD MVD-UVD
CITY OF ESSENTUKI
Date of Issue
    19.09.2003
Valid until
    19.09.2013

[SIGNATURE BLOC]
Signature
[SEAL]
(SEAL: MVD of RUSSIA * Department of Internal Affairs of Stovropol'skiy Krai Department of Registrations of UVD #2)

         26     EH     008821

         26     EH     008821

RUSIAN FEDERATION
RUS

| Categories of vehicles, which this license allows to control | | Permitting marks |
|---|---|---|
| A | Motorcycles | XXXXX |
| B | Vehicles, excluding category A, with allowed gross weight not mote than 3500 kg and a number of passenger sits excluding driver is not more than eight. | Permitted |
| C | Vehicles, excluding category D, with allowed gross weight not mote than 3500 kg. | XXXXX |
| D | Vehicles for passenger transportation which have more than eight sits, excluding drivers sit. | XXXXX |
| E | Combinations of vehicles with tractor, that belongs to categories B, C or D, which driver is allowed to control, but excluded from one of these categories or all these categories. | XXXXX |

Special notes: 26EE667365 12.03.2002г

    26     EH     008821

171160 – 2000. PPF Gozznaka.

[STAMP]
(LICENSE #48
ISSUED 24.03.93 y.
BY ADMINISTRATION OF JUSTICE
OF ADMINISTRATION
OF STAVROPOL'SKIY KRAI)

City of Piatigorsk of Stavropol'skiy krai RF
14.09.2012
I, Malisheva Vera Vasilievna, the notary of Pitigorsk's notary district of Stavropol'skiy krai RF witnessing that this is a true copy of original document. The document is free from corrections, additions, scratch outs and any other unstated corrections.
Registered in registry with # ZK-3418
Fee paid (by tariff): 100rub. 00 kop.
Notary: [SIGNATURE]   Malisheva V.V.

[STAMP]
(Notary V.V.Malisheva City of Piatigorsk of Stavropol'skiy krai)

I, Maxim Bochenko, certify that I speak, read and write the English and Russian languages fluently, and that the attached English translation of the Russian Driver's License of Roman Romanov is true and correct to the best of my knowledge and belief.

Signature: [SIGNATURE]

By: Maxim Bochenko

Date: September 28, 2012