Gmail - Fwd: DMCA Notice of Copyright Infringement    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&s...

Case 2:12-cv-04057-GMN-RJJ Document 53-14 Filed 03/05/13 Page 2 of 26
Case 2:12-cv-04057-GMN-RJJ Document 83-05 Filed 08/07/13 Page 2 of 26



Roman Romanov <mainroman@gmail.com>

## Fwd: DMCA Notice of Copyright Infringement
2 messages

**Chris Tisdall** <chris.tisdall@alertpay.com>  Thu, Aug 11, 2011 at 2:32 PM
To: "Oron.com - Support" <support@oron.com>, Roman Romanov <mainroman@gmail.com>

This may be the same as the one I sent earlier. But just in case it is not....

---------- Forwarded message ----------
From: **Ferhan | AlertPay.com** <fp@alertpay.com>
Date: Thu, Aug 11, 2011 at 4:22 PM
Subject: Fwd: DMCA Notice of Copyright Infringement
To: Chris Tisdall <chris.tisdall@alertpay.com>


------------------
Ferhan Patel
COO
www.alertpay.com
fp@alertpay.com
514-748-1441 x212



---------- Forwarded message ----------
From: **Cookie Productions** <casting@fursluts.com>
Date: Thu, Aug 11, 2011 at 3:36 PM
Subject: DMCA Notice of Copyright Infringement
To: abuse@alertpay.com, abus@iweb.com


Dear ALERTPAY,  Ip adress: 174.142.185.140 hosted by IWEB technologies


I, the undersigned, state UNDER PENALTY OF PERJURY that
I am the owner, or an agent authorized to act on behalf of the owner, of certain intellectual property rights ("copyright Owner");

I have a good faith belief that the website or webpage located at the oron.com sells, offers for sale, or makes available goods and/or services that infringe the Copyright Owner's intellectual property rights by using ALERTPAY payment services hosted by iweb on ip adress 174.142.185.140

http://www.oron.com
http://oron.com/premium.html

The copyrighted work at issue is the videos that appears on

http://oron.com/ng19mabuqtyn/r100.wmv.html
http://oron.com/ceine2ph31l1/r66.wmv.html



Roman Romanov <mainroman@gmail.com>

## Illegale files

1 message

**Wholly Productions** <ita.webmasterprod@gmail.com>    Wed, Dec 15, 2010 at 4:52 AM
To: mainroman@gmail.com

Due copyright violation please remove files below:

http://www.fileserve.com/file/PZaPGEm/ITA_0168.part1.rar
http://www.fileserve.com/file/PJJNMz6/ITA_0168.part2.ra
rhttp://www.fileserve.com/file/udmDqpM/ITA_0169.part1.rar
http://www.fileserve.com/file/BEPTKS4/ITA_0169.part2.rar

1. Identify yourself as either:

1.1 The owner of a copyrighted work(s), or
OWNER
1.2 A person &quote;authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.&quote;

2. State your contact information, including your TRUE NAME, street address, telephone number, and email address.
Wholly Productions
ATTN INTOTHEATTIC.COM
care of Network Solutions
PO Box 459
Drums, PA. US 18222
ita.webmasterprod@gmail.com

3. Identify the copyrighted work that you believe is being infringed, or if a large number of works are appearing at a single website, a representative list of the works.
http://intotheattic.com

4. Identify the material that you claim is infringing your copyrighted work, to which you are requesting that Fileserve.com disable access over the World Wide Web.

5. Identify the location of the material on the World Wide Web by providing information reasonably sufficient to permit Oron.com to locate the material.
http://www.ilovebdsm.co.cc

6. State that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agents, or the law.
I do.

7. State that the information in the notice is accurate, under penalty of perjury.
It is true

Regards
ITA Media

http://oron.com/q3muxmyevq7v/r67.wmv.html
http://oron.com/n4alytdqzmab/r68.wmv.html
http://oron.com/2osnlycohz20/r69.wmv.html
http://oron.com/46lbgeqcwckv/r70.wmv.html
http://oron.com/lxjj0fqx6v5q/r62.wmv.html
http://oron.com/2dw6mp6elxkj/r62.wmv.html

oron.com is a file sharing website who host illegal adult/XXX videos content, and sell this on there own website. We have contacted (DMCA notice) oron.com servel times to remove our material, without any succes.

I have a good faith belief that ALERTPAY payment services are being used to make payments for infringing goods or services on the oron.com Website. Oron.com is also violating the terms of use of alertpay by selling sale and distribution of illegal goods or services that are harmful, morally abusive, infringing copyright and intellectual property rights,

I understand that alert may provide a copy of this Report to the relevant alertpay account holder.

The information in this notice is accurate
Accordingly, please review any alertpay accounts that may be associated with the oron.com Website

Truthfully,
My contact information is as follows:

L.Koek
cookie@caiway.net casting@fursluts.com
+315915538
Drie Hoeven 13
Maasland, zuid Holland 3155TR
The Netherlands

--
Chris Tisdall
Business Development | www.alertpay.com
chris.tisdall@alertpay.com | 514.748.1441.Ext.339
8255 Mountain Sights, S.100 Montreal, Qc, H4P 2B5



**Roman Romanov** <mainroman@gmail.com>                                  Fri, Aug 12, 2011 at 12:07 AM
To: Chris Tisdall <chris.tisdall@alertpay.com>

Yes, it is the same.
The issue I believe has been been resolved with this person although he was a real piece of work.
Refused to send us the reports and told us that he will specifically will be sending reports only to paypal and alertpay so we get hurt.

Anyway It looks like it's been resolved. If you get more from him encourage him to forward his abuse reports directly to us.

[Quoted text hidden]



Roman Romanov <mainroman@gmail.com>

## Fwd: Infringing Material was found on your website
1 message

**WeservIT - Raoul Vos** <r.vos@weservit.nl>   Tue, Apr 3, 2012 at 4:21 AM
To: "mainroman@gmail.com" <mainroman@gmail.com>

   Met vriendelijke groet / kind regards,

   Raoul Vos

   Managing Director
   WeservIT Internet Solutions

   T: +31 (0)73-7114710
   F: +31 (0)73-7114720
   r.vos@weservit.nl
   www.weservit.nl

   Chamber of Commerce: 51789892, registered office: 's Hertogenbosch
   VAT Number: NL 850172664B01

   *Send from my iPhone 4*

   Begin doorgestuurd bericht:

> **Van:** Manolache Madalina <m.manolache@aciuf.org>
> **Datum:** 3 april 2012 10:37:06 GMT+02:00
> **Aan:** 'WeservIT - Raoul Vos' <r.vos@weservit.nl>
> **Onderwerp: Antw.: Infringing Material was found on your website**
>
>> Raoul,
>>
>> We can't sent a private messages to papillon . We need to have an account in order to do that („Please enter your username and password to log in")
>>
>> And, we can't log in without AN INVITATION (this is not an easy thing to achieve with this guys and furthermore, we don't want to be members of this forum..) . How is this possible? They are not reachable by any means.
>>
>> We need an e-mail address.

Counting on your support,

With kind regards,

Madalina Manolache

+40 723299111

**From:** WeservIT - Raoul Vos [mailto:r.vos@weservit.nl]
**Sent:** Tuesday, April 03, 2012 11:15 AM
**To:** Manolache Madalina
**Subject:** Re: Infringing Material was found on your website

Hi,

This website is not hosting any contents, you should contact the image / filehoster. They are able to delete it.

For more information you can contact the guy on the forum.

Met vriendelijke groet / kind regards,

Raoul Vos

Managing Director

WeservIT Internet Solutions

T: +31 (0)73-7114710

F: +31 (0)73-7114720

r.vos@weservit.nl

Gmail - Fwd: Infringing Material was found on your website    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

Case 2:12-cv-04057-GMN-RJJ    Document 89-14 Filed 03/05/13 Page 4 of 10
Case 2:12-cv-00841-GMN-RJJ    Document 115 Filed 08/07/13 Page 4 of 32

www.weservit.nl

Chamber of Commerce: 51789892, registered office: 's Hertogenbosch

VAT Number: NL 850172664B01

*Send from my iPhone 4*

Op 3 apr. 2012 om 10:13 heeft "Manolache Madalina" <m.manolache@aciuf.org> het volgende geschreven:

> Hello Raoul,
>
> Thank you for your reply. Just as an observation, this site hosted by weservit.nl has absolutely no DMCA policy, no contact, no way of getting in touch.
>
> This is not ok, because their site is full of infringed material.
>
> Please tell me what is weservit.nl is going to do if forumophilia will not remove ALL the links that we ask them to remove ? Which is your DMCA policy?
>
> We are positive that you do not represent a company that supports criminals, therefore we expect you to sustain us in all our actions regarding this site.
>
> With kind regards,
>
> Madalina Manolache
> +40 723299111

Gmail - Fwd: Infringing Material was found on your website    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd34056&view=pt&...

Case 2:12-cv-04057-GMN-RJJ  Document 58-14  Filed 09/05/13  Page 5 of 10
Case 2:12-cv-04057-GMN-RJJ  Document 89-15  Filed 08/07/13  PageID #: 2033

**From:** WeservIT Internet Solutions [mailto:info@weservit.nl]
**Sent:** Tuesday, April 03, 2012 1:05 AM
**To:** Manolache Madalina
**Subject:** RE: Infringing Material was found on your website

Hi,

I just spoke with them. You have to PM this user at their forum and he will take care of it: papillon

Met vriendelijke groet / kind regards,

Raoul Vos

Managing Director

WeservIT Internet Solutions

T: +31 (0)73-7114710

F: +31 (0)73-7114720

r.vos@weservit.nl

www.weservit.nl

Chamber of Commerce: 51789892, registered office: 's Hertogenbosch
VAT Number: NL 850172664B01

**Van:** Manolache Madalina [mailto:m.manolache@aciuf.org]
**Verzonden:** maandag 2 april 2012 16:47
**Aan:** WeservIT Internet Solutions; 'Redstation Abuse'
**CC:** support@royal-cash.com
**Onderwerp:** Infringing Material was found on your website

Date: 02.04.2012

To: weservit.nl

Gentlemen,

I am acting on behalf of Teensexmania, a membership website whose copyrighted material recently appeared on your website available for download publicly with no compensation offered to Teensexmania. I can be reached as Adult Content Industry United Foundation (agent for Teensexmania), phone: +40 723299111, e-mail: m.manolache@aciuf.org

The following Infringing Material was found at your website and offered for distribution, without the owner's consent, which infringes the exclusive rights of the owner. These copyrighted works are currently being offered for download on your site through the following URLs:

http://forumophilia.com/post4611311.html?highlight=#4611311

TeenSexMania – Petra

http://forumophilia.com/post4585776.html?highlight=#4585776

TeenSexMania – Ema

http://forumophilia.com/post4580036.html?highlight=#45800363

Young Teen enjoys fat dick in her tiny ass

http://forumophilia.com/post4537210.html?highlight=#4537210

TeenSexMania - Beautiful Ema

http://forumophilia.com/post4230449.html?highlight=#4230449

TeenSexMania – Valentina

http://forumophilia.com/post4219605.html?highlight=#4219605

Pussika – TeenSexMania

http://forumophilia.com/post4016807.html?highlight=#4016807

TeenSexMania - Raquel HD 720p

http://forumophilia.com/post3985192.html?highlight=#3985192

Valentina C - Hot Russian Teen - TeenSexMania - Dec 03, 2011

http://forumophilia.com/post4584170.html?highlight=#4584170

Busty Russian teen takes it in the ass

http://www.stooorage.com/show/1080/5666326_stonellb.jpg

Young Teen enjoys fat dick in her tiny ass

http://forumophilia.com/post3914193.html?highlight=#3914193

TeenSexMania.11.11.21.Anjelica.XXX.720p.WMV-SEXORS

http://forumophilia.com/post3838706.html?highlight=#3838706

Raquel – TeenSexMania

http://forumophilia.com/post3447866.html?highlight=#3447866

J@d3 (T33ns3xm@n1@)

http://forumophilia.com/post3447866.html?highlight=#3447866

Aj3nd@ assfucked (720p, T33ns3xmæni@)

http://forumophilia.com/topic138678-75.html

Frænch3sk@ assfucked by two guys (720p, T33ns3xm@n1@)

http://forumophilia.com/post3447800.html?highlight=#3447800

Frænch3sk@ assfucked by two guys (720p, T33ns3xm@n1@)

http://forumophilia.com/post3434577.html?highlight=#3434577

TeenSexMania - Inga a.k.a. Jade Netta

http://forumophilia.com/post3220005.html?highlight=#3220005

Megan – TeenSexMania

http://forumophilia.com/post3090032.html?highlight=#3090032

TeenSexMania com – Meddie

http://forumophilia.com/post3085033.html?highlight=#30850333

Teen Sex Mania - Asole Karin And Romane

http://forumophilia.com/post3085033.html?highlight=#3085033

Teen Sex Mania - Arina Tank And Vers

http://forumophilia.com/post3085033.html?highlight=#3085033

Teen Sex Mania – Annabelle

http://forumophilia.com/post3085033.html?highlight=#3085033

Teen Sex Mania - Amy And Knusha

http://forumophilia.com/post3085033.html?highlight=#3085033

Teen Sex Mania – Alina

http://forumophilia.com/post3085033.html?highlight=#3085033

Teen Sex Mania - Alice 2

http://forumophilia.com/post3085033.html?highlight=#3085033

Teen Sex Mania - Alice 1

http://forumophilia.com/post3085033.html?highlight=#3085033

Teen Sex Mania - Alice And Friends 2

http://forumophilia.com/post3085033.html?highlight=#3085033

Teen Sex Mania - Alice And Friends 1

http://forumophilia.com/post3022764.html?highlight=#3022764

Blonde Teen with Amazing Body – Teensexmania

http://forumophilia.com/post2944490.html?highlight=#2944490

Megane (AKA Ludmilla, Luda, Angela, Leeway) (Teensexmania) (720p)

http://forumophilia.com/post2825160.html?highlight=#2825160

http://oron.com/4d0p8nhoaf2p/TeenSexMania-Rebecca-0415.part1.rar.html

http://forumophilia.com/post2815632.html?highlight=#2815632

Young Adults, Amateur Girls, Hardcore Sex

http://forumophilia.com/post2764394.html?highlight=#2764394

TeenSexMania – Dulsineya

http://forumophilia.com/post2684194.html?highlight=#2684194

TeenSexMania – Avina

http://forumophilia.com/post2632541.html?highlight=#2632541

TeenSexMania – Jessy HD

http://forumophilia.com/post2352911.html?highlight=#2352911

TeenSexMania – Laura

http://forumophilia.com/post2325309.html?highlight=#2325309

TeenSexMania – Anoushka

http://forumophilia.com/post2226118.html?highlight=#2226118

TeenSexMania – Ajenda

http://forumophilia.com/post2218680.html?highlight=#2218680

TeenSexMania 11 03 16 Lucy

http://forumophilia.com/post2190521.html?highlight=#2190521

TeenSexMania – Yanie

http://forumophilia.com/post2125649.html?highlight=#2125649

TeenSexMania – Zufia

http://forumophilia.com/post2103777.html?highlight=#2103777

Chloe - TeenSexMania.avi

http://forumophilia.com/post2101464.html?highlight=#2101464

TeenSexMania – Delphina

http://forumophilia.com/post2053375.html?highlight=#2053375

TeenSexMania – Yalena

http://forumophilia.com/post2013830.html?highlight=#2013830

http://oron.com/vgs6hk4vufuf/TeenSexMania.com_-_Yuki.rar.html

http://forumophilia.com/post2010025.html?highlight=#2010025

Windows Media Video September 1280x720 29.97fps 4096kbps [Raw Video 1]

http://forumophilia.com/post1924801.html?highlight=#1924801

Nastya & Tosha – TeenSexMania

http://forumophilia.com/post1924800.html?highlight=#1924800

Nastya – TeenSexMania

http://forumophilia.com/post1761512.html?highlight=#1761512

Tanya aka Jessica

http://forumophilia.com/post1754771.html?highlight=#1754771

TeenSexMania - Tanya and Vitalik

http://forumophilia.com/post1746141.html?highlight=#1746141

TeenSexMania - Yulia Anal

http://forumophilia.com/post1659666.html?highlight=#1659666

TeenSexMania Katrina

http://forumophilia.com/post1581684.html?highlight=#1581684

Krista - TeenSexMania.com presents

http://forumophilia.com/post3498564.html?highlight=#3498564

Nancy (720p, T33ns3xm@n1@)

http://forumophilia.com/search.php?mode=results

Fr&nch3sk@ assfucked by two guys (720p, T33ns3xm@n1@)

I would like to request you remove or disable immediately all access to the Infringing Material (including pictures), because the listings facilitate piracy in violation of the DMCA. I have a good faith belief that use of the aforementioned material is not authorized by the copyright owner **Serge Angel, Teensexmania**, its agents, or the law. I state, under penalty of perjury, that the information in this notice is accurate and that I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. Should you require any further information regarding this matter, please contact me at the email address or telephone number indicated above.

Gmail - Fwd: Infringing Material was found on your website    https://mail.google.com/mail/u/0/?ui=2&ik=d14fd54056&view=pt&...

Case: 1:12-cv-05844 Document #: 58-14 Filed: 03/05/13 Page 13 of 13 PageID #:2038
Case 2:12-cv-01057-GMN-RJJ Document 89-15 Filed 08/07/12 Page 10 of 10

Respectfully submitted this 2nd day of April, 2012, via electronic mail.

Sincerely, and thank you in advance for complying with the DMCA

ACI United Foundation

Acting on behalf of Teensexmania

Cc: Teensexmania