| date | email | Amount_posts | sum | Type_website | Status |
|---|---|---|---|---|---|
| 6/9/2011 | mainroman@gmail.com | 100.00 | 100 | Transfer Sent To | Completed |
| 5/8/2012 | mainroman@gmail.com | 5200.00 | 5300 | Transfer Sent To | Completed |
| 5/17/2012 | mainmax@gmail.com | 2773.53 | 8073.53 | Transfer Sent To | Completed |
| | main_max@mail.ru | 1,723.84 | 9797.37 | Payment | Completed |
| | main_max@mail.ru | 1,889.30 | 11686.67 | Payment | Completed |
| | main_max@mail.ru | 4,129.73 | 15816.4 | Payment | Completed |
| | main_max@mail.ru | 1,674.32 | 17490.72 | Payment | Completed |
| | main_max@mail.ru | 1,840.71 | 19331.43 | Payment | Completed |
| | main_max@mail.ru | 1,053.26 | 20384.69 | Payment | Completed |
| | main_max@mail.ru | 2,513.53 | 22898.22 | Payment | Completed |
| | main_max@mail.ru | 1,898.43 | 24796.65 | Payment | Completed |
| | main_max@mail.ru | 1,095.40 | 25892.05 | Payment | Completed |
| | main_max@mail.ru | 980.25 | 26872.3 | Payment | Completed |
| | main_max@mail.ru | 2,061.96 | 28934.26 | Payment | Completed |
| | main_max@mail.ru | 1,585.74 | 30520 | Payment | Completed |
| | main_max@mail.ru | 1,474.57 | 31994.57 | Payment | Completed |
| | main_max@mail.ru | 2,107.25 | 34101.82 | Payment | Completed |
| | main_max@mail.ru | 1,500.00 | 35601.82 | | Completed |
| | main_max@mail.ru | 1,883.87 | 37485.69 | Payment | Completed |
| | main_max@mail.ru | 962.11 | 38447.8 | Payment | Completed |
| | main_max@mail.ru | 780.32 | 39228.12 | Payment | Completed |
| | main_max@mail.ru | 1,014.68 | 40242.8 | Payment | Completed |
| | main_max@mail.ru | 873.84 | 41116.64 | Payment | Completed |
| | main_max@mail.ru | 3,155.88 | 44272.52 | Payment | Completed |
| | main_max@mail.ru | 2,008.67 | 46281.19 | Payment | Completed |
| | main_max@mail.ru | 1,849.94 | 48131.13 | Payment | Completed |
| | main_max@mail.ru | 951.47 | 49082.6 | Payment | Completed |
| | main_max@mail.ru | 1,419.15 | 50501.75 | Payment | Completed |
| | main_max@mail.ru | 2,082.89 | 52584.64 | Payment | Completed |
| | main_max@mail.ru | 831.26 | 53415.9 | Payment | Completed |
| | main_max@mail.ru | 2,119.37 | 55535.27 | Payment | Completed |
| | main_max@mail.ru | 1,794.79 | 57330.06 | Payment | Completed |
| | main_max@mail.ru | 749.52 | 58079.58 | Payment | Completed |
| | main_max@mail.ru | 1,773.83 | 59853.41 | Payment | Completed |
| | main_max@mail.ru | 955.08 | 60808.49 | Payment | Completed |
| | main_max@mail.ru | 1,851.08 | 62659.57 | Payment | Completed |
| | main_max@mail.ru | 2,223.08 | 64882.65 | Payment | Completed |
| | main_max@mail.ru | 743.75 | 65626.4 | Payment | Completed |
| | main_max@mail.ru | 1,686.17 | 67312.57 | Payment | Completed |
| | main_max@mail.ru | 2,690.93 | 70003.5 | Payment | Completed |
| | main_max@mail.ru | 2,241.85 | 72245.35 | Payment | Completed |
| | main_max@mail.ru | 1,990.97 | 74236.32 | Payment | Completed |
| | main_max@mail.ru | 1,114.89 | 75351.21 | Payment | Completed |
| | main_max@mail.ru | 885.49 | 76236.7 | Payment | Completed |
| | main_max@mail.ru | 1,738.99 | 77975.69 | Payment | Completed |
| | main_max@mail.ru | 968.60 | 78944.29 | Payment | Completed |
| | main_max@mail.ru | 852.29 | 79796.58 | Payment | Completed |
| | main_max@mail.ru | 1,603.24 | 81399.82 | Payment | Completed |
| | main_max@mail.ru | 824.89 | 82224.71 | Payment | Completed |
| | main_max@mail.ru | 1,023.72 | 83248.43 | Payment | Completed |
| | main_max@mail.ru | 2,009.75 | 85258.18 | Payment | Completed |
| | main_max@mail.ru | 2,361.11 | 87619.29 | Payment | Completed |
| | main_max@mail.ru | 1,584.89 | 89204.18 | Payment | Completed |
| | main_max@mail.ru | 1,851.08 | 91055.26 | Payment | Completed |



## Transaction Details

**Payment Sent** (Unique Transaction ID # 11K███████)

**Sent to:** Maxim Bochenko
**Email:** main_max@mail.ru

**Amount sent:** -$1.500,00 USD
**Fee amount:** $0,00 USD
**Net amount:** -$1.500,00 USD

**Date:** 3. Sep 2010
**Time:** 20:47:55 GMT+02:00
**Status:** Completed

**Subject:** translate roma
**Note:** translate roma
**Funding Type:** PayPal Balance
**Transfer from:** $1.500,00 USD - PayPal Account

Return to History

```
| 590617 | 15442 |
| 726000 |  8570 |
| 879100 |   820 |
| 878919 |   667 |
| 879110 |   600 |
| 879104 |   529 |
| 879118 |   510 |
| 878755 |   459 |
| 855810 |   350 |
| 740778 |   349 |
```

User has had this account for a while. Recently renewed via recurring payment and presently is actively using the account.

This is a membership for www.oron.com
User is able to login and presently is actively using the account according to our records.

This is a membership for www.oron.com
User was able to login and use the account.
Account is currently suspended until dispute is resolved.

How should we do it.
Accept liability - or refund.

Please provide buyer with their login information as it seems they might have missed it when we originally have sent it.

http://oron.com/login.html

Your correct Login is:
Your Password is:
Your Email on your ORON account is:

This may happen when due to mail being sent to spam folder or user using different email than they have on their PayPal account.
If user has any questions please direct them to support@oron.com

According to our records this account was purchased by the user and is now in good standing.

This is a recurring payment which was signed and agreed by the buyer, who is presently actively using the account.

The buyer wants a refund and we would like to grant that request. As we are unable to refund it via regular way,
we refund it via the Resolution Center.

It is my policy to accept liability when a buyer is dissatisfied

for an intangible item ñ or digital goods like code, download or login, etc.

tammy@mygoingconsulting.com

mygoingconsulting