mainroman@gmail.com

169 of 695

to me

================================================================
DELL USADell Outlet
================================================================
Order Acknowledged
----------------------------------------------------------------

This e-mail is an acknowledgement of receipt of your Dell Order.

Within 24 hours, you should receive an Order Confirmation e-mail that will contain your Estimated Delivery Date, your customer number and your order number(s).

Please check your e-mail regularly for updates.
================================================================
Order Information
----------------------------------------------------------------

Order Date:7/24/2011Dell Purchase ID: 200[redacted]
================================================================
Payment Information
----------------------------------------------------------------

Contact:      Maxim Bochenko
Phone Number:   (904)[redacted] (work)
Address:      [redacted]
              Ponte Vedra Beach, FL 32004-0075
Payment Method: Pay with one credit/debit card online
Total Amount:  $1,081.40
================================================================
Delivery Information
----------------------------------------------------------------

Contact:      Maxim Bochenko
Phone Number:   (904)[redacted] (work)
Address:      [redacted] FL 32206-5411
Delivery Method: 3-5 Day Delivery - Standard Delivery.
              Your order will be delivered up to 3-5 business days after it ships.
================================================================
Order Detail
----------------------------------------------------------------

Item Description:
-- Alienware M17x R2 Laptop Genuine Windows 7 Home Premium
   Unit Price: $1,189.00
   Quantity: 1
-- Alienware M17x R2 Laptop
-- Genuine Windows 7 Home Premium
-- Processor Label
-- Processor: Intel Core i7-820QM Quad Core Processor 1.73GHz (3.06GHz Turbo Mode, 8MB Cache)
-- Accessory Kit
-- Service Software
-- Information

Chase Digital Pianos £299

Dell Inc.
dell_automated_email@dell.com

Show details

Ads -- Why these ads?

**Core i7 vPro™ Laptops**
Cut costs & increase efficiency w/ custom PC fleets powered by Intel®!
www.Intel.co.uk/Corei7/vPro

**Top 6 Bad Credit Cards**
Credit Limits - Up To £3,000.
Compare Today - Best APR!
www.uSwitch.com/Bad-Credit

**Best VPN for UK StrongVPN**
View Blocked Video - 24hr Live Help
Protect your Privacy, Instant Appro
www.strongvpn.com/FastVPN

**Fix My Office**
Award winning London based office repairs, top service g'teed.
www.0800HandyMan.com

**Exchange GBP To Euro**
Changing Over £20000? Voted Sunday Times Best Currency Provider.
www.Currencies.co.uk/GBP_to_Euros

More about...

Alienware Area 51 »
Laptop Notebook Computers »
Alienware Desktop »
Dell Alienware M17X »

es  Maps  Play  YouTube  News  **Gmail**  Documents  Calendar  More ▼

mainroman@gmail.com ▼

More ▼    74 of 695  < >

VPN Accounts for UK - www.strongvpn.com/FastVPN - Easy Setup, Instant Order Approval View Blocked TV Sites, Live Help    Why this ad?

**Your receipt No.183027744859**    Inbox   x

iTunes

do_not_

**iTunes Store** do_not_reply@itunes.com via apple.com    Jan 11

to me ▼

Images are not displayed. Display images below - Always display images from do_not_reply@itunes.com

Ads – Wh

Exchar
Changin
Sunday
Provider
www.Cu

**Billed To:**
mainroman@gmail.com
Maxim Bochenko
▮▮▮▮▮▮▮
Ponte Vedra Beach, ▮▮▮
USA

**Order Number:** MH9NXVY28G
**Receipt Date:** 01/10/12
**Order Total:** $0.99
**Billed To:** Visa .... 9233

Busine
Whether
to switch
lloydstsb

Websit
Site hac
We can
www.sal

| Item | Seller | Type | Unit Price | Recommendations | Recommendations | Recommendations |
|---|---|---|---|---|---|---|
| Home Sheep Home, v1.0.4 (4+) <br> Write a Review  Report a Problem | Virtual Programming Ltd | App | $0.99 | Spider Jack <br> Clickgamer.com | | |
| | | Subtotal: | $0.99 | Cake Ninja Pro <br> Summit Applications Corporation | | |
| | | Tax: | $0.00 | | | |
| | | Order Total: | $0.99 | Fries! <br> Devorah Hoffman | | |
| | | | | Box Bottom | | |

Applica
Whitepa
Areas.
Improve
visualne

PCB Te
SMT & T
PCBs. V
www.e-r

More abo
Apple M
I Mac »
Apple M
Mac OS

om   **Please retain for your records.**
Please See Below For Terms And Conditions Pertaining To This Order.

**Apple Inc.**
You can find the iTunes Store Terms of Sale and Sales Policies by launching
your iTunes application and clicking on Terms of Sale or Sales Policies