

mainroman

Поиск почты | Веб-поиск | Показать параметры поиска
Создать фильтр

Написать письмо | « Назад – Результаты поиска | Доп. действия ▼ | Пуск

Позже 33 из 39 Раньше

**Входящие (124)**
Помеченные ☆
Отправленные
Черновики (28)
Вся почта
Спам (2)
Корзина

Контакты

Ярлыки
Cancell
ChargeBack
Contact (37)
copyright-co ...
PayPal
PPAutoPay
Refund
Изменить ярлыки

⊡ Свернуть все | 🖶 Печать | ▣ Новое окно

### FilesTube - cooperation  Входящие

☆ Michał Frejtak <frejtak@red-sky.pl>
Кому: root@oron.com
Скрытая: support@oron.com

24 мая 2011 г., 1:09

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Dear Sir/Madam,

I represent Filestube.com, the biggest worldwide media search engine and video files, online games, free software and lrycis directory. At this moment filestube.com alone has 84 000 000 unique users monthly. Upon recent review of our site traffic we have concluded that you oron.com, are in the top 10 list of most beneficial partners. As of yesterday, FilesTube has sent you 83 000 number of unique users. According to our data this trend has been growing and we hope to see it continue to grow.  In the spirit of continued business growth for both you, oron.com, and FilesTube.com we would like to better define our business objectives that would allow us to continue to send traffic way, and help continue to  grow your business. FilesTube.com is looking to build stronger and longer lasting relationships. We would like to come to a firm agreement between you oron.com and FilesTube.com that would allow us to do this. First step in our futeure cooperation should be solve the problem with our IP, the are blocked since last week. I look forward to hearing from you.

--
Best regards
Michał

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

☆ Oron.com - Support <support@oron.com>
Кому: Michał Frejtak <frejtak@red-sky.pl>

24 мая 2011 г., 12:31

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Dear ORON User,

Thank you for contacting ORON support. We appreciate your business.

What is your IP?

Thank you

--
Kind regards,
Oron.com - Support

- Показать цитируемый текст -

--
Kind regards,
Oron.com - Support

☆ Michał Frejtak <frejtak@red-sky.pl>
Кому: "Oron.com - Support" <support@oron.com>

25 мая 2011 г., 4:52

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Hello,

please chcek our IP, the number of users which we are sending will be
lower everyday if our IP will be still blocked. In the spirit of
continued business growth for both you, oron.com, and FilesTube.com we
would like to better define our business objectives that would allow
us to continue to send traffic way, and help continue to grow your
business. Please reply with your proposal and any questions associated
with the matter.


Our blocked IP:

'149.13.65.137',
        '149.13.65.220',
        '149.13.65.221',
        '149.13.65.222',
        '149.13.65.223',
        '149.13.65.224',
        '149.13.65.225',
        '149.13.65.226',
        '149.13.65.227',
        '149.13.65.228',
        '149.13.65.229',
        '149.13.65.230',
        '149.13.65.231',
        '149.13.65.232',
        '149.13.65.233',
        '149.13.65.234',
        '149.13.65.235',
        '149.13.65.236',
        '149.13.65.237',
        '149.13.65.238',
        '149.13.65.239',
'149.13.65.240',
        '149.13.65.241',
        '149.13.65.242',
        '149.13.65.243',
        '149.13.65.244',
        '149.13.65.245',
        '149.13.65.246',
        '149.13.65.247',
        '149.13.65.248',
        '149.13.65.249'
'149.13.65.136',
        '149.13.65.190',
        '149.13.65.191',
        '149.13.65.192',
        '149.13.65.193',
        '149.13.65.194',
        '149.13.65.195',
        '149.13.65.196',
        '149.13.65.197',
        '149.13.65.198',
        '149.13.65.199',
        '149.13.65.200',
'149.13.65.201',

```
                      '149.13.65.202',
                      '149.13.65.203',
                      '149.13.65.204',
                      '149.13.65.205',
                      '149.13.65.206',
                      '149.13.65.207',
                      '149.13.65.208',
                      '149.13.65.209',
                      '149.13.65.210',
                      '149.13.65.211',
                      '149.13.65.212',
                      '149.13.65.213',
                      '149.13.65.214',
                      '149.13.65.215',
                      '149.13.65.216',
'149.13.65.217',
                      '149.13.65.218',
                      '149.13.65.219'
 149.13.65.159
 149.13.65.164
 149.13.65.165
 149.13.65.166
 10.14.86.16
 67.228.45.137
 67.228.57.160
 67.228.57.161
 67.228.57.162
 67.228.57.163
 67.228.57.164
 67.228.57.165
 67.228.57.166
 67.228.57.167
 67.228.57.168
 67.228.57.169
 67.228.57.170
 67.228.57.171
 67.228.57.172
 67.228.57.173
 67.228.57.174
 67.228.57.175
 74.86.164.232
 74.86.164.233
 74.86.164.234
 74.86.233.248
 74.86.233.249
 74.86.233.250
 74.86.192.60
 74.86.192.61
 74.86.192.62
 174.37.92.191
 74.86.130.72
 74.86.130.73
 74.86.130.74
 74.86.130.75
 74.86.130.76
 74.86.130.77
 74.86.130.78
 74.86.130.79
```

149.13.65.158
149.13.65.161
149.13.65.162
149.13.65.163
174.36.38.242
208.43.40.148
208.43.40.149
208.43.40.150
208.43.40.151

Best regards
Michal

2011/5/24 Oron.com - Support <support@oron.com>:
- Показать цитируемый текст -

--
Best regards
Michal Frejtak
Sales & Marketing Manager
kom. 696 323 944
Red Sky Sp z o.o.
Al. Piastów 1/6
70-325 Szczecin

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

---

**Oron.com - Support** <support@oron.com>                                    25 мая 2011 г., 12:37
Кому: Michał Frejtak <frejtak@red-sky.pl>
Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

If you keep using those IPs to download from ORON they will be banned again.

- Показать цитируемый текст -

---

Oron.com - Support <support@oron.com>                                        22 июня 2011 г., 11:08
Кому: Michał Frejtak <frejtak@red-sky.pl>
Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Dear Michal,

We need to talk. Please contact me via Skype: mainroman or  ICQ Number :  612▮▮▮▮▮

You are downloading files using your accounts and that is not what we agreed upon. We are about to ban your IPs so please contact us asap to discuss this.

Thank you
- Показать цитируемый текст -

- Показать цитируемый текст -

**Быстрый ответ**
Кому: Michał Frejtak <frejtak@red-sky.pl>          ( Дополнительные параметры ответа )

# Messenger

**Participants**

🔲 **deksels** ↗
Last Read: Dec 10 2010
08:02 PM

👤 **mainroman** ↗
Last Read: Today,
01:43 AM

[ 🔔 Turn Notifications OFF ]

**Archive Conversation**

Send a copy of this conversation
to mainroman@gmail.com

[ Send Now ]

**Invite Participants**

You may invite up to **2** more
members

[ 👥 Add ]

**Folders**

📁 New          0
📁 My Conversations   1
📁 Drafts        0

[ Edit ]  [ Add ]

**Storage**

Your messenger storage

0% of your quota (1000 messages)

**Search Messages**

[          ]  [ Go ]

---

[ ⊖ Delete ]  [ Add Reply ]  [ Compose New ]

### hello. follow up from ORON

👤 **mainroman** ↗

Shy Virgin
☺

**Group:** Members

**Posts:** 0

**Joined:** 10-December 10

**Country:** 🏴

**Warn Status**

**Reputation: 0**
None Yet

Sent 10 December 2010 - 01:53 PM

Hello,

My name is Roman Romanoff and I work at ORON as a development manager.
I understand one our managers contacted you and I'm following up with our offer.

We would like to become an allowed hosting service on your forum and we can offer you
5% of all sales made via your forum.

Please let us know what you think. You can also contact me via Skype: mainroman to
discuss this in further details or email me at support@oron.com (mark Attn. Roman
Romanoff).
I hope to hear from you soon.

Sincerely,
Roman

[ ! Report ]  [ 🏅 Points: $0 ]                    [ Edit ]  [ Reply ]

[ ⊖ Delete ]  [ Add Reply ]  [ Compose New ]

**Fast Reply**

Aa  [ Other styles ▾ ]  [ Fonts ▾ ]  [ Sizes ▾ ]  A

B  I  U  S̶  A₂  A²  ☰  ☰  ☺  ⌨  🔗  🖼  ✉  ✎  <>  🧮

[ Post ]  [ Use Full Editor ]

👤● Who's Online (0)

« Назад – Результаты поиска   Доп. действия   Пуск

Позже 13 из 39 Раньше

Печать   Новое окно

## Request to contact us. URGENT

Oron.com - Support <support@oron.com>
Кому: hocok441@bk.ru

6 марта 2012 г., 22:29

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать оригинал

Dear Oron Webmaster,

Please contact us as soon as you can via Skype: mainroman.

Make sure you keep this information strictly confidential as this is my private Skype and there is an important issue I need to discuss with you.

Thank you

--
Kind regards,
Oron.com - Support

**Быстрый ответ**

Кому: hocok441@bk.ru       ( Дополнительные параметры ответа )

( Отправить )   ( Сохранить черновик )   ☑ Включить цитируемый текст в ответ

Case 2:12-cv-01057-GMN -RJJ Document 83-59 Filed 08/07/12 Page 2 of 2



Позже 2 из 38 Раньше

Свернуть все    Печать    Новое окно

## Proposal from rapidgator.net  Входящие

☆ mike svorov <mike@rapidgator.net>
Кому: admin@oron.com, support@oron.com

15 июня 2012 г., 12:02

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать исходное сообщение

Hi,

Can you forward this email to the owner of the service?

We have business proposal.

Kind Regards,

Mike Svorov.
Rapidgator.net

Oron.com - Support <support@oron.com>
Кому: mike svorov <mike@rapidgator.net>

16 июня 2012 г., 6:50

Ответить | Ответить всем | Переслать | Печать | Удалить | Показать исходное сообщение

Hello,

Skype: mainroman

Thanks

- Показать цитируемый текст -

--
Kind regards,
Oron.com - Support

Быстрый ответ