



Case 2:12-cv-01057-GMN-RJJ   Document 83-60   Filed 08/07/12   Page 2 of 2

bochenko — mainroman@gmail.com

1–20 of 29

£125 Free Ads On Bing® - Advertising.Microsoft.com/UK - At Risk Of Missing New Customers? Try Free Ads On Bing & Yahoo Search — Why this ad?

| | Sender | | Subject | Date |
|---|---|---|---|---|
| | Apple | Inbox | Your Apple ID password has been reset. - Apple Dear Maxim Bochenko, The password for your Apple | Jun 13 |
| | Apple | Inbox | How to reset your Apple ID password. - Apple Dear Maxim Bochenko, To reset your Apple ID password | Jun 13 |
| | iTunes Store | Inbox | Your receipt No.168032571678 - … gmail.com Maxim Bochenko ▮ Ponte Vedra Beach, FL | May 6 |
| | me, Tulip (4) | Inbox | Comment to an order Order No: 122236 - … Thank you Maxim Bochenko Roman Romanov | Apr 25 |
| | TulipWorld.com | Inbox | Tulipworld.com - Order Confirmation #122236 - … Shipping Address Maxim Bochenko Maxim Bocher | Apr 22 |
| | TulipWorld.com | Inbox | Tulipworld.com - Order Confirmation #122234 - … Shipping Address Maxim Bochenko Maxim Bocher | Apr 22 |
| | iTunes Store | Inbox | Your receipt No.183027744859 - … gmail.com Maxim Bochenko ▮ Ponte Vedra Beach, FL | Jan 11 |
| | iTunes Store | Inbox | Your receipt No.133027168260 - … gmail.com Maxim Bochenko ▮ Ponte Vedra Beach, F | Jan 5 |
| | Customer.Service | Inbox | ULINE Shipping Confirmation - Order#: 44719855 - Dear MAXIM BOCHENKO, Per your request, this | 12/1/11 |
| | Customer.Service | Inbox | ULINE Confirmation - Order#: 0044719855 - … Ship To: MAXIM BOCHENKO MAXIM BOCHENKO M | 12/1/11 |
| | iTunes Store | Inbox | Your receipt No.198024695494 - … gmail.com Maxim Bochenko ▮ Ponte Vedra Beach, F | 11/5/11 |
| | Maxim, me (2) | Inbox | Fwd: Crazy 8 coupon code - ma Пересылаемое сообщение От кого: Leah Rae <leahr69@yahoo.co | 10/7/11 |
| | Maxim Bochenko | Inbox | Fwd: Payment to PBB 1 month. - … com> Кому: Maxim Bochenko <main_max@mail.ru> Дата: 05 ок | 10/5/11 |
| | iTunes Store | Inbox | Your receipt No.135023248522 - … gmail.com Maxim Bochenko ▮ Ponte Vedra Beach, F | 9/18/11 |
| | iTunes Store | Inbox | Your receipt No.139023203960 - … gmail.com Maxim Bochenko ▮ Ponte Vedra Beach, F | 9/15/11 |
| | Apple | Inbox | Your recent download with your Apple ID - Dear Maxim Bochenko, Your Apple ID, mainroman@gmail. | 9/11/11 |
| | Apple | Inbox | Please verify the contact email address for your Apple ID. - Dear Maxim Bochenko, You've entered ma | 9/11/11 |
| | Dell Inc. | Inbox | Dell Order Has Been Confirmed for Dell Purchase ID: 2002795164411 - … Information Contact: Maxir | 7/24/11 |
| | Dell Inc. | Inbox | Dell Order Has Been Acknowledged for Dell Purchase ID: 2002795164411 - … Information Contact: M | 7/24/11 |
| | me | Inbox | work files - Jakub naschet viplat. Resselni svenu dat zadanie pust oprosit vseh i sostavit spikok. tablic | 5/20/11 |

## Hello. Inbox

**Roman Romanov** <mainroman@gmail.com>
To: info@clips4sale.com

Fri, Aug 6, 2010 at 11:43 AM

Reply | Reply to all | Forward | Print | Delete | Show original

Hello,

I was trying to purchase a few clips on your site and I couldn't do it. It told me to contact you guys.
My name is Maxim Bochenko. Please let me know if you guys are still in business.

Thank you

---

**tom@clips4sale.com** <tom@clips4sale.com>
To: Roman Romanov <mainroman@gmail.com>

Fri, Aug 6, 2010 at 11:51 AM

Reply | Reply to all | Forward | Print | Delete | Show original

Please try ordering now. Please let me know if the problem persists.

Tom
C4S Support
727-498-8515
M-F 1pm-9pm est
Sat/Sun 4pm-12am est
Off Wednesday

- Show quoted text -

---

**Roman Romanov** <mainroman@gmail.com>
To: "tom@clips4sale.com" <tom@clips4sale.com>

Fri, Aug 6, 2010 at 9:41 PM

Reply | Reply to all | Forward | Print | Delete | Show original

Hello Tom,

Now it won't add the items to cart. It says:

**Warning**: Unknown: Failed to write session data (files). Please verify that the current setting of session.save_path is correct (/var/lib/php/session) in **Unknown** on line **0**

Hey, what do you say if I give you a list of videos I need and we do it over PayPal, is that an option for you? You could send me an invoice and I'll pay it and you'll show me where to download the clips I want.

Thank you
Max

- Show quoted text -

Reply | Reply to all | Forward | Print | Delete | Show original

---

**Roman Romanov** <mainroman@gmail.com>
To: "tom@clips4sale.com" <tom@clips4sale.com>

Tue, Aug 10, 2010 at 11:25 AM

Reply | Reply to all | Forward | Print | Delete | Show original

Hello,

I still can't buy those files I wanted.
Would you be able to let me know when your system is fixed or may be we could do it over PayPal directly?

Thank you

On Fri, Aug 6, 2010 at 10:51 PM, tom@clips4sale.com <tom@clips4sale.com> wrote:

- Show quoted text -