Case: 1:12-cv-05844 Document #: 58-2 Filed: 09/25/13 Page 1 of 3 PageID #:2141
Case: 1:12-cv-05844 Document #: 58-2 Filed: 09/25/13 Page 1 of 3 PageID #:665

Exhibit A p.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>FF Magnat Limited d/b/a Oron.com,<br>Earnwell hong Kong LTD d/b/a<br>Filesonic.com,<br>Maxim Bochenko a/k/a Roman Romanov,<br>Et al.<br><br>    Defendants. | Case No.<br>1:12-cv-05844 |

## **DECLARATION OF MAXIM BOCHENKO**

I, Maxim Bochenko, being duly sword, do hereby depose and state:

    1.    I am the same Maxim Bochenko who is a named Defendant in this action. I am over 18 years of age. This declaration is based upon my personal knowledge except as to those matters stated upon information and belief, which I believe to be true, and is submitted in reply to filed complain. If called as a witness I would be competent to testify as to the matters stated in this Declaration.

    2.    I am a citizen of Russia and a legal resident of the State of Florida. I reside at 2392 Sunset Bluff Drive, Jax Fl 32216. I have been a resident of the state of Florida for six years.

    3.    I have never been to Illinois.

    4.    I do not operate a business in Illinois.

    5.    I do not own real estate or any other property in Illinois.

    6.    In fact, I HAVE NO CONNECTIONS WHATSOEVER WITH ILLINOIS.

    7.    I have never been employed through ORON, FF MAGNAT LIMITED, or any affiliated company (named as a Defendant in the above-captioned action, "Oron").

8. I am the owner of a small IT business, Business Enterprise Solutions, a Florida Corporation since 2010. Business Enterprise Solutions has never worked for or been employed by ORON, FF MAGNAT LIMITED, or any affiliated company.

9. My legal name is MaximVladimirovich Bochenko. This is the same name that is on my passport and green card (attached hereto as Exhibit A).

10. I am not Roman Romanov.

11. I have never had an alias or gone by the name Roman Romanov

12. I am not, nor have I ever been, an agent of Roman Romanov.

13. Mr. Romanov is a childhood friend from Russia. We were schoolmates during our secondary education. I believe that Mr. Romanov currently resides in Russia.

14. My relation with Roman Romanov is limited to providing him a personal favors such as: letting him use my PO BOX address to purchase goods in US and forwarding received parcels to Russia.

15. I have reviewed the Complaint filed but the Plaintiff and I have never been a part of any of the alleged activities. I am not a member of ORON.COM. I have never worked at, operated or provided any services to Oron or ORON.COM. I have never directly or indirectly participated in the ownership or direction of Oron or ORON.COM.

Signed under the pains and penalties of perjury this 28 day of September, 2012.

_____
Maxim Bochenko



9/28/12