**Exhibit B - p.1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc.,

    Plaintiff,

    v.

FF Magnat Limited d/b/a Oron.com,
Earnwell hong Kong LTD d/b/a
Filesonic.com,
Maxim Bochenko a/k/a Roman Romanov,
Et al.

    Defendants.

Case No.
1:12-cv-05844

AFFIDAVIT OF ROMAN ROMANOV

    I, Roman Romanov, being duly sword, do hereby depose and state:

    1.    My name is Roman Romanov. Unless otherwise stated, I make this affidavit of my own personal knowledge.

    2.    I am over the age of 18 and I am a full-time resident of the Russian Federation. A true notarized copy of my Russian driver's license is attached hereto as Exhibit A.

    3.    I am aware that the above-captioned action has been filed listing Maxim Bochenko as a defendant and alleging that I and Maxim Bochenko are the same person.

    4.    I am not Maxim Bochenko and at no time have I ever been known by the name of Maxim Bochenko.

    5.    In fact though, I do know the individual known as Maxim Bochenko ("Mr. Bochenko").

    6.    After examining the pleadings in the above-captioned action, it is clear to me that

I

Exhibit B p. 2

Plaintiff's confusion with regards to the identity of Mr. Bochenko and me stems from the emails referencing both of us which were acquired by illegally accessing my private e-mail account, the address of which is mainroman@gmail.com and made public in court filings in the state of Nevada in the case of Liberty Media Holdings vs. FF Magnat Limited.

7.     Mr. Bochenko is my friend who lives in Florida in the United States. Because I live in Russia, I sometimes ask Mr. Bochenko to purchase certain personal items for me that I cannot otherwise acquire in Russia.

8.     When Mr. Bochenko purchases these items on my behalf, the receipts (which go to my personal e-mail address so that I can track and manage the orders with less of a burden on Mr. Bochenko) list his name and his address in the United States.

9.     Mr. Bochenko has never had access to my personal e-mail account.

10.    Mr. Bochenko has never been associated with or employed by Oron.

11.    Mr. Bochenko is not an owner, operator or controller of Oron nor has he ever been.

12.    I am not an owner, operator or controller of Oron nor have I ever been.

13.    Based on its misinterpretation of the emails obtained through the illegal breaking into my email account, the Plaintiff erroneously, willfully and recklessly concluded that Mr. Bochenko and I are the same person. However, this in unequivocally untrue as is proven by my attached driver's license listing me as myself and only as myself.

14.    It is evident to me that the Plaintiff must have chosen to list Mr. Bochenko as a defendant in this action so as to manufacture personal jurisdiction in the United States.

Signed under the pains and penalties of perjury this 26 day of September, 2012.

_____
Roman Romanov

2



ЕНН 8 А21

КОПИЯ

**ВОДИТЕЛЬСКОЕ УДОСТОВЕРЕНИЕ**
**PERMIS DE CONDUIRE**

Фамилия  РОМАНОВ
         ROMANOV
Имя      РОМАН
         ROMAN
Отчество АНДРЕЕВИЧ
Дата и место рождения        25.01.1981
СТАВРОПОЛЬСК. КР/STAVROPOL'SK. KR
Место жительства
СТАВРОПОЛЬСК. КР/STAVROPOL'SK. KR
Подпись владельца

Выдано ГИБДД МВД – УВД
Г. ЕССЕНТУКИ
Дата выдачи
19.09.200?
действительно
19.09.20?

№2

26 ЕН 008821

26 ЕН 008821

**РОССИЙСКАЯ ФЕДЕРАЦИЯ**
★ ★ ★ ★ ★ (RUS) ★ ★ ★ ★ ★

| | Категории транспортных средств, на управление которыми выдано удостоверение | Разрешающие отметки |
|---|---|---|
| **A** | Мотоциклы | XXXXX |
| **B** | Автомобили, за исключением относящихся к категории A, разрешенная максимальная масса которых не превышает 3500 кг и число сидячих мест которых, помимо сиденья водителя, не превышает восьми. | Разрешено |
| **C** | Автомобили, за исключением относящихся к категории D, разрешенная максимальная масса которых превышает 3500 кг. | XXXXX |
| **D** | Автомобили, предназначенные для перевозки пассажиров и имеющие более восьми сидячих мест, помимо сиденья водителя. | XXXXX |
| **E** | Составы транспортных средств с тягачом, отнесенным к категориям B, C или D, которыми водитель имеет право управлять, но которые не входят сами в одну из этих категорий или в эти категории. | XXXXX |

Особые отметки: 26ЕЕ667365 12.03.2002Г.

26 ЕН 008821

171160—2000. ПЦ/Ф Восень.

Exhibit B App 2



ЛИЦЕНЗИЯ №48
ВЫДА... А 24.03.93г.
УПРАВЛЕНИЕМ ЮСТИЦИИ
АДМИНИСТРАЦИИ
СТАВРОПОЛЬСКОГО КРАЯ

Город Пятигорск Ставропольского края РФ

14.09.2012

Я, Малышева Вера Васильевна, нотариус Пятигорского
нотариального округа Ставропольского края
РФ свидетельствую верность этой копии с подлинником
документа. В последнем подчисток, приписок,
зачеркнутых слов и иных неоговоренных исправлений или
каких-либо особенностей нет.

Зарегистрировано в реестре за № 2К-3418

Взыскано по тарифу (по тарифу):

Нотариус _____ Малышева В.В.

## FRONT OF DRIVER'S LICENSE:

Driver's License
Permis De Conduire

| | |
|---|---|
| Last Name | Romanov |
| | Romanov |
| First Name | Roman |
| | Roman |
| Middle Name | Andreevich |

Date and place of birth      25.01.1981
STAVROPOL'SK.KR/STAVROPOL'SK. KR
Place of living
STAVROPOL'SK.KR/STAVROPOL'SK. KR
Signature of the owner

[SIGNATURE BLOC]

Issued GIBDD MVD-UVD
CITY OF ESSENTUKI
Date of Issue
      19.09.2003
Valid until
      19.09.2013

[SIGNATURE BLOC]
Signature
[SEAL]
(SEAL: MVD of RUSSIA * Department of
Internal Affairs of Stovropol'skiy Krai
Department of Registrations of UVD
#2)

26      EH      008821

26      EH      008821

## BACK OF DRIVER'S LICENSE:

RUSIAN FEDERATION
RUS

| Categories of vehicles, which this license allows to control | Permitting marks |
|---|---|
| A        Motorcycles | XXXXX |
| B        Vehicles, excluding category A, with allowed gross weight not mote than 3500 kg and a number of passenger sits excluding driver is not more than eight. | Permitted |
| C        Vehicles, excluding category D, with allowed gross weight not mote than 3500 kg. | XXXXX |
| D        Vehicles for passenger transportation which have more than eight sits, excluding drivers sit. | XXXXX |
| E        Combinations of vehicles with tractor, that belongs to categories B, C or D, which driver is allowed to control, but excluded from one of these categories or all these categories. | XXXXX |

Special notes: 26EE667365 12.03.2002Г

26      EH      008821

171160 – 2000. PPF Gozznaka.

Exhibit B App 4

[STAMP]
(LICENSE #48
ISSUED 24.03.93 y.
BY ADMINISTRATION OF JUSTICE
OF ADMINISTRATION
OF STAVROPOL'SKIY KRAI)

City of Piatigorsk of Stavropol'skiy krai RF
14.09.2012
I, Malisheva Vera Vasilievna, the notary of
Pitigorsk's notary district of Stavropol'skiy
krai RF witnessing that this is a true copy of
original document. The document is free from
corrections, additions, scratch outs and any
other unstated corrections.
Registered in registry with # ZK-3418
Fee paid (by tariff): 100rub. 00 kop.
Notary: [SIGNATURE]   Malisheva V.V.

[STAMP]
(Notary V.V.Malisheva City of Piatigorsk of
Stavropol'skiy krai)

I, Maxim Bochenko, certify that I speak, read
and write the English and Russian languages
fluently, and that the attached English
translation of the Russian Driver's License of
Roman Romanov is true and correct to the best
of my knowledge and belief.

Signature: _____

By: Maxim Bochenko

Date: September 28, 2012