# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FLAVA WORKS, INC., | Case No. 12-cv-05844 |
| Plaintiff, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Young B. Kim |
| DOES 1-26, FF MAGNAT LIMITED, et al., | |
| Defendants. | |

## NOTICE OF FILING

To:          See Attached Service List

**Please take notice that** on this 20th day of March 2013 **FF MAGNAT LIMITED'S REPLY IN SUPPORT OF ITS MOTION TO QUASH FALSE PROOF OF SERVICE AND OPPOSITION TO PLAINTIFF FLAVA WORKS, INC. SEEKING LEAVE TO SERVE DEFENDANT BY ALTERNATIVE SERVICE** has been filed with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

Dated this 20th day of March 2013

/s/ Matthew Shayefar
Matthew Shayefar

Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: 617-928-1806
Fax: 617-928-1802
matt@bostonlawgroup.com
*Pro Hac Vice*

## CERTIFICATE OF SERVICE

I, Matthew Shayefar, do hereby certify that service of this **NOTICE OF FILING** and the accompanying **FF MAGNAT LIMITED'S REPLY IN SUPPORT OF ITS MOTION TO QUASH FALSE PROOF OF SERVICE AND OPPOSITION TO PLAINTIFF FLAVA WORKS, INC. SEEKING LEAVE TO SERVE DEFENDANT BY ALTERNATIVE SERVICE** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 20th day of March 2013.

/s/ Matthew Shayefar
Matthew Shayefar

Matthew Shayefar
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Tel: 617-928-1806
Fax: 617-928-1802
matt@bostonlawgroup.com
*Pro Hac Vice*

**SERVICE LIST**

All Counsel on record are ECF Users.