UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

FLAVA WORKS, INC.,

        Plaintiff,

-against-

JOHN DOE NOS. 1 TO 26, et al.,

        Defendants.

Case No.: 1:12-CV-5844 (RWG)

Judge Robert W. Gettleman

Magistrate Judge Young B. Kim

---

## NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

    PLEASE TAKE NOTICE on the 23rd day of April 2013 at 9:15 a.m., or as soon thereafter as counsel may be heard, an attorney from Lewis & Lin, LLC shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in room 1703 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present **DEFENDANT "JOHN DOE #19'S" RENEWED MOTION TO DISMISS**, a copy of which is herewith served upon you.

Dated: Brooklyn, New York
       April 12, 2013

                                    LEWIS & LIN, LLC

                                    By: _____
                                        David D. Lin
                                        (*Admitted Pro Hac Vice*)
                                  45 Main Street, Suite 608
                                  Brooklyn, NY 11201
                                  Tel: (718) 243-9323
                                  Fax: (718) 243-9326
                                  Email: David@iLawco.com

                                  Counsel for Defendant John Doe #19

**CERTIFICATE OF SERVICE**

      I, David D. Lin, do hereby certify that service of this **NOTICE OF MOTION** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 12th day of April 2013.

Dated this 12th day of April 2013.

                                     David D. Lin

David D. Lin
   (*Admitted Pro Hac Vice*)
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
david@iLawco.com

**SERVICE LIST**

      All current appearances of record are ECF users.