UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| Maxim Bochenko a/k/a Roman Romanov, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO CONVERT JOHN DOES NO. 14 and 20 TO NAMED DEFENDANTS**

Plaintiff, Flava Works, Inc., ("Flava") by its attorneys, Meanith Huon, states as follows:

1. This Court previously advised counsel for Flava to file a motion seeking leave of Court to convert any of the John Doe Defendants into Defendants and disclosing the actual names of the Defendants.

2. Flava has identified two John Doe Defendants as former customers of Flava's websites.

3. Flava previously issued a subpoena to Yahoo! for the IP addresses of the John Doe Defendants.

4. By looking at the IP addresses produced by Yahoo! and its records, Flava has identified the John Doe Defendants as John Doe #14 "Don C <donho999_us@yahoo.com> " and "John Doe #20 "Mozell Baptiste <slimazz@sbcglobal.net> " as former customers whose names are on file with Flava Works, Inc. See Affidavit of Phillip Bleicher, Exhibit "A".

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court allow Plaintiff, Flava Works, Inc., leave to convert John Does No. 14 and No. 20 into named Defendants using Defendants' real names, based on Flava Works, Inc.'s files and records.

    Respectfully Submitted,

    By: /s/ Meanith Huon /s/

    Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| **Maxim Bochenko a/k/a Roman Romanov,** | ) |
| | ) |
| **Defendants.** | ) |

### PROOF OF SERVICE

Under penalties of law, I certify that on April 15, 2013, I served the following documents or items:

### PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO CONVERT JOHN DOES No. 14 and 20 TO NAMED DEFENDANTS

on all counsel of record by electronically filing.

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996