UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc., )
)
        Plaintiff, ) Case No. 1:12-cv-05844
)
)
)
)
John Doe Nos. 1 to 26, )
FF Magnat Limited d/b/a Oron.com, )
Earnwell Hong Kong LTD d/b/a Filesonic.com, )
Maxim Bochenko a/k/a Roman Romanov, )
)
        Defendants. )

### AFFIDAVIT OF PHILLIP BLEICHER

I, Phillip Bleicher, having been duly sworn, attests as follows:

1. I am a resident of Illinois and, if called as a witness, I can attest to the following:

2. I am the CEO of Flava Works, Inc.

3. Plaintiff is a corporation that produces adult entertainment in the form of DVDs, magazines, websites, pictures, streaming video and various other media.

4. Defendants, John Does 1-26 are members of the following Yahoo! groups:

    http://groups.yahoo.com/group/P-I-LOVE

    http://groups.yahoo.com/group/oron-links

    http://groups.yahoo.com/group/UrbanLatino

    http://groups.yahoo.com/group/UrbanBrothers

    http://groups.yahoo.com/group/men4men_who_love_black_men

http://groups.yahoo.com/group/blkloverboyz/

The primary purpose for these six Yahoo! groups is for illegal copyright file sharing.

5. I investigated and gathered evidence against the Defendants.

6. I reviewed the documents produced by Yahoo! in response to a subpoena for identifying information for the Defendants.

7. Yahoo! identified the IP address 108.69.68.232 as associated with Yahoo! user John Doe #14 under the login name "donho999_us". John Doe #14 signed into a Yahoo! group on several occasions from IP address 108.69.68.232.

8. Flava Works, Inc. has a former customer with the user name "Donho999" who had signed into Flava Works, Inc.'s site from the same IP address 108.69.68.232. Flava Works, Inc.'s former customer also used the same email address as the email address registered with Yahoo! by John Doe #14. Flava Works, Inc.'s former customer' name is very similar to the name identified by Yahoo! for John Doe #14.

9. Yahoo! also identified IP address 166.216.226.53 as associated with Yahoo! user John Doe #20 under the login name slimazz@sbcglobal.net.

10. Flava Works, Inc. has a former customer who had signed into Flava Works, Inc.'s site from the same IP address 166.216.226.53 one time. Flava Works, Inc.'s former customer had the same initials as John Doe #20 who registered with Yahoo! The address registered by John Doe #20 with Yahoo! and the address provided by Flava Works, Inc.'s former customer are both in the greater Los Angeles metropolitan area.

11. For these reasons, I believe that John Doe No. 14 and John Doe #20 are former

Flava Works, Inc.'s customers whose names I have on file.

FURTHER AFFIANT SAYETH NOT.

_____
I, Phillip Bleicher, declare under penalty of perjury under the laws of the United States of America that the foregoing answers to interrogatories are true and correct, pursuant to Title 28, Section 1746.

Executed on April 15, 2013