UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To: All Counsel of Record.

Please take notice that on Wednesday, April 24, 2013, at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him in Room 1703 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion to Convert John Does No. 14 and 20 into named Defendants, a copy of which is served upon you.

Dated: April 15, 2013

Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

## **CERTIFICATE OF SERVICE**

  I hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Plaintiff's Motion to Convert by causing copies of same to be filed electronically on April 15, 2013.

                Respectfully submitted,
                /s/ Meanith Huon
                Meanith Huon
                PO Box 441
                Chicago, Illinois 60690
                Phone: (312) 405-2789
                E-mail: huon.meanith@gmail.com
                IL ARDC. No.: 6230996