

# Locke Lord LLP
Attorneys & Counselors

600 Congress Avenue, Suite 2200
Austin, Texas 78701-2748
Telephone: 512-305-4700
Fax: 512-305-4800
www.lockelord.com

Camille D. Kerr
Direct Telephone: 512-305-4823
Fax: 512-305-4800
ckerr@lockelord.com

April 12, 2013

VIA EMAIL huon.meanith@gmail.com
Meanith Huon
The Huon Law Firm
P.O. Box 441
Chicago, IL 60690

Re: Subpoena issued on February 1, 2013 to SBC Internet Services in Case No.1:12-cv-05844 in the United States District Court for the Northern District of Illniois

Dear Mr. Huon:

AT&T is producing Excel spreadsheets containing the identifying information of its subscribers associated with the IP addresses at the dates and times listed in the referenced subpoena (the "Lookups), save and except for twenty-five (25) Lookups for which no information was found as indicated on the spreadsheets.

The information is being produced from a file transfer protocol ("FTP") site on our firm's servers that has been created for that purpose. You will need to download FileZilla as software for the ftp site. After the download, you proceed to "File", then "Site Manager" on FileZilla, and the "Host" input should be ftp.lockelord.com. I have included a screen shot for your reference.

Please contact me (direct dial: 512.305.4823) and I will provide you with your firm's username and password information.

Please let me know if you have any questions or concerns. In addition, please forward payment for the Lookups in the amount of $2,640.00 (44 x $60.00) plus the legal review and handling fee of $500.00 for a total amount of $3,140.00 payable to "AT&T Internet Services" to Bart W. Huffman's attention at Locke Lord LLP, 600 Congress Avenue, Suite 2200, Austin, TX 78701.

Sincerely,

Camille D. Kerr
Paralegal for Bart W. Huffman

Atlanta, Austin, Boston, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, Washington DC

AUS:0054225/00001:501241v1