**Alexander.Maltas@lw.com**    Feb 8

to me

Let me also direct you to Rule 45(c)(1), which requires you and your client to take steps to minimize undue burdens on third parties, and requires the Court to enforce that duty by imposing sanctions. You are asking TWC to look up the exact same IP addresses hundreds and hundreds of times, which will generate an administrative cost of $100 per lookup and take months of work to complete. Asking TWC to incur those costs and burdens for absolutely no benefit, to simply produce the same identifying information over and over again, seems to me to be the epitome of what the rule is designed to prevent. I ask that you promptly withdraw this spreadsheet and we can discuss a more appropriate approach to providing the information that you seek.

-----Original Message-----
From: Meanith Huon [mailto:huon.meanith@gmail.com]



--------------------------------------------------------------------------------
To comply with IRS regulations, we advise you that any discussion of Federal tax issues in this e-mail was not intended or written