UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLAVA WORKS, INC. ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 26 ) | No. 12-cv-5844 |
| FLAVA WORKS, INC. ) <br> ) <br> v. ) <br> ) <br> DOES 1 – 293 ) | No. 12-cv-7869 |

**NON-PARTY TIME WARNER CABLE INC.'S
OBJECTIONS TO PLAINTIFF'S SUBPOENAS**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, non-party Time Warner Cable Inc. ("TWC"), which operates as an Internet Service Provider under the name "Road Runner," hereby objects to the subpoenas issued to TWC in the above-captioned cases (the "Subpoenas") as follows:

1. TWC objects to the Subpoenas on the ground that they seek subscribers' personally identifiable information but plaintiff has not provided TWC with a court order authorizing the disclosure of such information. *See* 47 U.S.C. § 551(c).

2. TWC objects to the Subpoenas to the extent that they seek subscribers' "credit card information, billing information, Paypal Account information, electronic payment information, [or] bank account information" on the ground that such disclosure of such

highly sensitive financial information is not authorized by court order and is not reasonably calculated to discover the identities of the defendants.

3. TWC objects to the Subpoenas on the ground that the information requested is so voluminous that responding to the Subpoenas would cause TWC to incur substantial and undue burdens.

4. TWC objects to the Subpoenas on the ground that they would require TWC to incur significant costs to comply. TWC would incur $100 in administrative costs for each lookup, and also would incur costs to notify subscribers.

5. TWC objects to the Subpoenas to the extent that the burdens created by the Subpoenas are caused in part by the Subpoenas' demands for information about persons who are beyond the jurisdiction of the Court. TWC does not serve customers within the Northern District of Illinois.

6. TWC objects to the Subpoenas on the ground that the burdens created by the Subpoenas are caused in part by the improper joinder of defendants in violation of Federal Rule of Civil Procedure 20.

7. TWC objects to the Subpoenas to the extent that they purport to require TWC to provide information or documents in the possession of other persons or entities.

8. TWC objects to the Subpoenas on the ground that they seek information about persons who are not defendants in the above-captioned cases.

9. TWC objects to the Subpoenas on the ground that the information sought by the Subpoenas is not reasonably calculated to discover the identities of the defendants.

10. TWC objects to the Subpoenas to the extent that TWC does not have in its possession, custody, or control documents sufficient to determine the identifying information requested by the Subpoenas.

11. TWC objects to the subpoenas issued in case No. 12-5844 on the ground that plaintiff has served two different subpoenas on TWC that do not appear to be consistent with one another.

12. TWC objects to the Subpoenas to the extent that the IP addresses lack sufficient information, such as date, time, and time zone, to perform the lookups.

13. TWC objects to the Subpoenas to the extent that they request lookups of hundreds of instances of the same IP address. Such duplicitous lookups are highly burdensome, costly, and unnecessary.

14. TWC objects to the Subpoenas to the extent that they request information regarding IP addresses that are beyond TWC's 180-day logs and thus are no longer within TWC's possession.

Dated: February 6, 2013

Alexander Maltas
LATHAM & WATKINS LLP
555 11th Street NW
Suite 1000
Washington, DC 20004
(202) 637-2295

*Counsel for Time Warner Cable Inc.*

# CERTIFICATE OF SERVICE

I, Alexander Maltas, certify that on February 6, 2013, I served the foregoing "Non-Party Time Warner Cable Inc.'s Objections To Plaintiff's Subpoenas" via email and first class U.S. Mail upon:

Meanith Huon
The Huon Law Firm
P.O. Box 441
Chicago, IL 60690

_____
Alexander Maltas