**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| **Maxim Bochenko a/k/a Roman Romanov,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO CONVERT JOHN DOE No. 19 TO A NAMED DEFENDANT**

Plaintiff, Flava Works, Inc., ("Flava") by its attorneys, Meanith Huon, states as follows:

### I. FACTS

1.   Flava has been able to identify John Doe No. 19 with the information provided by Yahoo!.

2.   The affidavit of Phillip Bleicher, the CEO of Flava Works, Inc., is attached as Exhibit "A".

3.   Mr. Bleicher attests as follows: he reviewed the Yahoo! response to the subpoena. Yahoo! provided information for John Doe #19 "ruff abs <ruffabs6@yahoo.com> ", including his telephone number and date of birth and his address and the state in which he lives.

4.   Mr. Bleicher Googled the telephone number for John Doe No. 19. provided by Yahoo!, and Google gave him a search result link to 411.info.

5.   When Mr. Bleicher clicked on search result link to 411.info, he got the same

address for John Doe No. 19 that Yahoo! provided in response to the subpoena. He was also given the full name associated with the telephone number from the 411.info link.

6. He then typed the full name of John Doe No. 19 into the search tool for Facebook.com and found John Doe No. 19's profile. The Facebook profile lists the same city and state as the city and state information that was registered with Yahoo!.

7. The information on John Doe No. 19 is not being disclosed in this Response and Motion to protect John Doe No. 19's privacy and pursuant to the Court's prior directions to bring a motion to convert the John Doe Defendants to named Defendants.

8. Counsel for Flava is willing to tender Mr. Bleicher and any supporting documentation related to the Google search and Yahoo! response to the subpoena.

## II. ARGUMENT

This Court previously advised counsel for Flava to file a motion seeking leave of Court to convert any of the John Doe Defendants into Defendants and to disclose the actual names of the Defendants.

Flava has been able to identify John Doe No. 19 with the information provided by Yahoo!. In this case, Phillip Bleicher, the CEO of Flava Works, Inc., reviewed the Yahoo! response to the subpoena. Yahoo! provided information for John Doe #19 "ruff abs <ruffabs6@yahoo.com> ", including his telephone number and date of birth and his address and the state in which he lives. Mr. Bleicher Googled the telephone number for John Doe No. 19. provided by Yahoo!, and Google gave him a search result link to 411.info. When Mr. Bleicher clicked on search result link to 411.info, he got the same address for John Doe No. 19 that Yahoo! provided in response to the subpoena. He was also given the full name associated with the telephone number from the 411.info link. He then typed the full name of John Doe No. 19

into the search tool for Facebook.com and found John Doe No. 19's profile. The Facebook profile lists the same city and state as the city and state information that was registered with Yahoo!. It is highly unlikely that someone has the address, telephone number, date of birth for John Doe No. 19. Therefore, Flava seeks to convert the Defendant John Doe No. 19 to a named Defendant using Defendant's real name.

  WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court, grant Plaintiff, Flava Works, Inc., leave to convert Defendant, John Doe No. 19, into a named Defendant using Defendant's real name.

              Respectfully Submitted,

              By: /s/ Meanith Huon /s/

              Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| **Maxim Bochenko a/k/a Roman Romanov,** | ) |
| | ) |
| **Defendants.** | ) |

## PROOF OF SERVICE

Under penalties of law, I certify that on April 18, 2013, I served the following documents or items:

**PLAINTIFF, FLAVA WORKS, INC.'S,
MOTION TO CONVERT JOHN DOE No. 19 TO A NAMED DEFENDANT**

on all counsel of record by electronically filing.

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996