UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc., )
)
)
          Plaintiff, ) Case No. 1:12-cv-05844
)
)
)
)
)
John Doe Nos. 1 to 26, )
FF Magnat Limited d/b/a Oron.com, )
Earnwell Hong Kong LTD d/b/a Filesonic.com, )
Maxim Bochenko a/k/a Roman Romanov, )
)
          Defendants. )

## AFFIDAVIT OF PHILLIP BLEICHER

I, Phillip Bleicher, having been duly sworn, attests as follows:

1. I am a resident of Illinois and, if called as a witness, I can attest to the following:

2. I am the CEO of Flava Works, Inc.

3. Plaintiff is a corporation that produces adult entertainment in the form of DVDs, magazines, websites, pictures, streaming video and various other media.

4. Defendants, John Does 1-26 are members of the following Yahoo! groups:

    http://groups.yahoo.com/group/P-I-LOVE

    http://groups.yahoo.com/group/oron-links

    http://groups.yahoo.com/group/UrbanLatino

    http://groups.yahoo.com/group/UrbanBrothers

    http://groups.yahoo.com/group/men4men_who_love_black_men

http://groups.yahoo.com/group/blkloverboyz/

The primary purpose for these six Yahoo! groups is for illegal copyright file sharing.

5.  I investigated and gathered evidence against the Defendants.

6.  Yahoo! responded to the subpoena issued by Flava Works, Inc.

7.  I reviewed the Yahoo! response to the subpoena. Yahoo! provided information for John Doe #19 "ruff abs <ruffabs6@yahoo.com> ", including his telephone number and date of birth and his address and the state in which he lives.

8.  I Googled the telephone number for John Doe No. 19 provided by Yahoo!. The Google search result gave me a search result link to 411.info.

9.  When I clicked on search result link to 411.info, I got the same address for John Doe No. 19 that Yahoo! provided in response to the subpoena. I was also given the full name of the person associated with the telephone number I Googled from the 411.info link.

10. I then typed the full name of John Doe No. 19 into the search tool for Facebook.com and I found John Doe No. 19's profile. The Facebook profile lists the same city and state as the city and state information that was registered with Yahoo!.

AFFIANT SAYETH NOT.

_____

I, Phillip Bleicher, declare under penalty of perjury under the laws of the United States of America that the foregoing answers to interrogatories are true and correct, pursuant to Title 28, Section 1746.

Executed on April 18, 2013

Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996