# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Flava Works, Inc

        Plaintiff,

v.                                  Case No.: 1:12−cv−05844
                                        Honorable Robert W. Gettleman

FF Magnat Limited, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: The motion hearing date of 4/23/2013 for defendant John Doe #19 motion to dismiss is stricken. The Court will rule by mail. Telephone notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.