# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | **4/19/2013** |
| **CASE TITLE** | Flava Works, Inc.     v     FF Magnat Ltd., et al | | |

**DOCKET ENTRY TEXT:**

Memorandum opinion and order entered.   Accordingly, the court grants defendant FF Magnate's motion to quash, treated as a motion dismiss for insufficient service of process and denies plaintiff's request for alternative service without prejudice. The Court extends the deadline for service on defendant by six months from the date of this order, consistent with Article 15 of the Hague Convention.

[For further detail see separate order]
[Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|