## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 C 5844 | DATE | 4/24/2013 |
| CASE TITLE | Flava Works  v  John Does | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [62] to convert John Does No. 14 and 20 to named defendants is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:04

Courtroom Deputy | GDS