UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., ) | |
| ) | |
| ) | Case No. 1:12-cv-5844 |
| Plaintiff, ) | |
| ) | |
| John Doe Nos. 1 to 26, ) | |
| FF Magnat Limited d/b/a Oron.com, ) | |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to Convert John Does No. 14 and 20 to named Defendants, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. Plaintiff, Flava Works, Inc. is granted leave to convert John Does No. 14 and 20 to named Defendants using Defendants' real names.

ENTERED:

Robert W. Gottleman

_____JUDGE

4/24/2013