## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 C 5844 | DATE | 4/24/2013 |
| CASE TITLE | Flava Works    v    John Does | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [66] to convert John Doe No. 19 to named defendant is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:04

| | Courtroom Deputy | GDS |
|---|---|---|