

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Flava Works, Inc., )
)
) Case No. 1:12-cv-5844
Plaintiff, )
)
)
)
)
)
John Doe Nos. 1 to 26, )
FF Magnat Limited d/b/a Oron.com, )
Earnwell Hong Kong LTD d/b/a Filesonic.com, )
)
Defendants. )

### ORDER

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to Convert John Doe No. 19 to a named Defendant, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. Plaintiff, Flava Works, Inc. is granted leave to convert John Doe No. 19 to a named Defendant using Defendant's real name.

ENTERED:

_Robert W. Gottleman_
JUDGE

4/24/2013