UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Flava Works, Inc.**, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| **Maxim Bochenko a/k/a Roman Romanov,** | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO CONVERT JOHN DOE No. 24 TO A NAMED DEFENDANT

Plaintiff, Flava Works, Inc., ("Flava") by its attorneys, Meanith Huon, states as follows:

1. Flava has been able to identify John Doe No. 24 with the information provided by Yahoo!.

2. The affidavit of Phillip Bleicher, the CEO of Flava Works, Inc., is attached as Exhibit "A".

3. Mr. Bleicher attests as follows: he reviewed the Yahoo! response to the subpoena. Yahoo! provided information for John Doe #24 "Why Wonder <why1dr@yahoo.com>", including his telephone number, the city and state of his residence, his full name, and his email address.

4. Mr. Bleicher Googled the telephone number for John Doe No. 24 provided by Yahoo!, and Google gave him a search results that included an online profile for John Doe No. 24 with the same name and the same telephone number provided by Yahoo!

5. When Mr. Bleicher entered the email address of John Doe No. 24 into the search

bar on Facebook.com, he found the Facebook profile for John Doe No. 24. The Facebook profile identifies the same name and lists the same city and state as the city and state information that was registered with Yahoo!.

6. The information on John Doe No. 24 is not being disclosed in this Motion to protect John Doe No. 24's privacy and pursuant to the Court's prior directions to bring a motion to convert any John Doe Defendant to a named Defendant.

7. Counsel for Flava is willing to tender Mr. Bleicher and any supporting documentation related to the Google search and Yahoo! response to the subpoena.

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court enter the following order:

1. Granting Plaintiff, Flava Works, Inc., leave to convert Defendant, John Doe No. 24, into a named Defendant using Defendant's real name;

2. To amend the Complaint on its face to disclose the real name of Defendant John Doe No. 24 or for leave to file an amended complaint;

3. For leave of summons to issue against Defendant John Doe No. 24 using his real name.

Respectfully Submitted,

By: /s/ Meanith Huon

Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690

312-405-2789
huon.meanith@gmail.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| **Maxim Bochenko a/k/a Roman Romanov,** | ) |
| | ) |
| **Defendants.** | ) |

## PROOF OF SERVICE

Under penalties of law, I certify that on May 9, 2013, I served the following documents or items:

### PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO CONVERT JOHN DOE No. 24 TO A NAMED DEFENDANT

on all counsel of record by electronically filing.

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996