UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Flava Works, Inc., )
)
               Plaintiff, ) Case No. 1:12-cv-05844
)
)
)
)
John Doe Nos. 1 to 26, )
FF Magnat Limited d/b/a Oron.com, )
Earnwell Hong Kong LTD d/b/a Filesonic.com, )
Maxim Bochenko a/k/a Roman Romanov, )
)
               Defendants. )

## AFFIDAVIT OF PHILLIP BLEICHER

I, Phillip Bleicher, having been duly sworn, attests as follows:

1.     I am a resident of Illinois and, if called as a witness, I can attest to the following:

2.     I am the CEO of Flava Works, Inc.

3.     Plaintiff is a corporation that produces adult entertainment in the form of DVDs, magazines, websites, pictures, streaming video and various other media.

4.     Defendants, John Does 1-26 are members of one or more of the following Yahoo! groups:

        http://groups.yahoo.com/group/P-I-LOVE

        http://groups.yahoo.com/group/oron-links

        http://groups.yahoo.com/group/UrbanLatino

        http://groups.yahoo.com/group/UrbanBrothers

http://groups.yahoo.com/group/men4men_who_love_black_men

http://groups.yahoo.com/group/blkloverboyz/

The primary purpose for these six Yahoo! groups is for illegal copyright file sharing.

5. I investigated and gathered evidence against the Defendants.

6. I reviewed the documents produced by Yahoo! in response to a subpoena for identifying information for the Defendants.

7. Yahoo! identified the IP address 209.232.0.6 as associated with Yahoo! user John Doe #24 under the login name "Why Wonder <why1dr@yahoo.com>".

8. I Googled the telephone number for John Doe No. 24 provided by Yahoo!, and Google gave me a search results that included an online profile for John Doe No. 24 with the same telephone number and name provided to me by Yahoo!

9. I entered the email address of John Doe No. 24 into the search bar on Facebook.com, and I found the Facebook profile for John Doe No. 24. The Facebook profile identifies the same name and lists the same city and state as the city and state information that was registered with Yahoo!.

FURTHER AFFIANT SAYETH NOT.

_____
I, Phillip Bleicher, declare under penalty of perjury under the laws of the United States of America that the foregoing answers to interrogatories are true and correct, pursuant to Title 28, Section 1746.

Executed on May 9, 2013