UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To: All Counsel of Record.

Please take notice that on Wednesday, May 15, 2013, at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him in Room 1703 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's Motion to Convert John Doe No. 24 into a named Defendants, a copy of which is served upon you.

Dated: May 9, 2013

Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Plaintiff's Motion to Convert by causing copies of same to be filed electronically on May 9, 2013.

    Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996