# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| **Maxim Bochenko a/k/a Roman Romanov,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO AMEND THE FIRST COMPLAINT ON ITS FACE AND TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS

Plaintiff, Flava Works, Inc., ("Flava") by its attorneys, Meanith Huon, states as follows:

### I. MOTION TO AMEND COMPLAINT ON ITS FACE.

1. On or about April 24, 2013, the Court granted Flava leave to convert John Does No. 14, 19, and 20 into named Defendants using their real names. (Docket Nos. 73 to 76).

2. The Clerk of Court will not issue summons with regard to a John Doe and will not issue summons unless the Complaint identifies the John Doe by name.

3. Flava now seeks to amend the face of the First Amended Complaint to identify the John Does No. 14, 19, and 20 by their real names and for summons to issue.

4. In the alternative, Flava seeks leave to file an amended Complaint identifying the John Does No. 14, 19, and 20 with summons to issue.

### II. MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS.

5. In addition, pursuant to FRCP 41, Flava also seeks to voluntarily dismiss the following John Doe Defendants without prejudice:

John Doe #1 "MrMuscle 3M <1016dudz@gmail.com> ",
John Doe #2 "Abrazdert74893@myemailco.com ",
John Doe #3 "Blk Muscle <ads.almond@gmail.com> ",
John Doe #4 "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
John Doe #5 "BangerBull <alantos25@gmail.com> ",
John Doe #6 "Mike Anthony <baltquietfire@yahoo.com> ",

John Doe #8 "bigd_itsme <bigd_itsme@yahoo.com> ",
John Doe #9 "Black Chest< black.69chest@gmail.com>",
John Doe #10 "biblacbuck <blogger0815@hotmail.com> ",
John Doe #11 "Corey Corey <coreydmia@yahoo.com>",
John Doe #12 "datu white <datuwhite@gmail.com> ",
John Doe #13 "Dylan Madrigal <dmadrigal116@gmail.com> ",

John Doe #15 "jonrgn@aol.com",

John Doe #17 "neil kimura <ntki72@yahoo.com>
John Doe #18 "rhythme101@yahoo.com " ,

John Doe #21 "pi so <sopi9070@gmail.com> ",
John Doe #22 "Mister Smith <tightsqueez2000@yahoo.com> ",

John Doe #25 "dickies <yam.rodic@yahoo.com> ",
John Doe #26 "efrenlee <efrenlee07@gmail.com> ".

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court enter the following order:

1. Granting Plaintiff, Flava Works, Inc., leave to amend the Complaint on its face to disclose the real name of Defendant John Doe Nos. 14, 19, and 20 or for leave to file an amended complaint;

2. Granting leave of summons to issue against Defendant John Doe Nos. 14, 19, and 20 using their real names.

3. Voluntarily dismissing the following John Doe Defendants without prejudice:

John Doe #1 "MrMuscle 3M <1016dudz@gmail.com> ",

John Doe #2 "Abrazdert74893@myemailco.com ",
John Doe #3 "Blk Muscle <ads.almond@gmail.com> ",
John Doe #4 "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
John Doe #5 "BangerBull <alantos25@gmail.com> ",
John Doe #6 "Mike Anthony <baltquietfire@yahoo.com> ",

John Doe #8 "bigd_itsme <bigd_itsme@yahoo.com> ",
John Doe #9 "Black Chest< black.69chest@gmail.com>",
John Doe #10 "biblacbuck <blogger0815@hotmail.com> ",
John Doe #11 "Corey Corey <coreydmia@yahoo.com>",
John Doe #12 "datu white <datuwhite@gmail.com> ",
John Doe #13 "Dylan Madrigal <dmadrigal116@gmail.com> ",

John Doe #15 "jonrgn@aol.com",

John Doe #17 "neil kimura <ntki72@yahoo.com>
John Doe #18 "rhythme101@yahoo.com " ,

John Doe #21 "pi so <sopi9070@gmail.com> ",
John Doe #22 "Mister Smith <tightsqueez2000@yahoo.com> ",

John Doe #25 "dickies <yam.rodic@yahoo.com> ",
John Doe #26 "efrenlee <efrenlee07@gmail.com> ".

                Respectfully Submitted,

                By: /s/ Meanith Huon

                Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| **Earnwell Hong Kong LTD d/b/a Filesonic.com,** | ) |
| **Maxim Bochenko a/k/a Roman Romanov,** | ) |
| | ) |
| Defendants. | ) |

## PROOF OF SERVICE

Under penalties of law, I certify that on May 9, 2013, I served the following documents or items:

## PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO AMEND THE FIRST COMPLAINT ON ITS FACE AND TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS

on all counsel of record by electronically filing.

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996