UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To: All Counsel of Record.

     Please take notice that on Wednesday, May 15, 2013, at 9:15 a.m., I shall appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him in Room 1703 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO AMEND THE FIRST COMPLAINT ON ITS FACE AND TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS,** a copy of which is served upon you.

Dated: May 9, 2013

                                                                                            Respectfully submitted,
                                                                                            /s/ Meanith Huon
                                                                                            Meanith Huon
                                                                                            PO Box 441
                                                                                            Chicago, Illinois 60690
                                                                                            Phone: (312) 405-2789
                                                                                            E-mail: huon.meanith@gmail.com
                                                                                            IL ARDC. No.: 6230996

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Plaintiff's Motion to Convert by causing copies of same to be filed electronically on May 9, 2013.

      Respectfully submitted,
/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996