Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | **5/22/2013** |
| **CASE TITLE`** | **Flava Works, Inc.    v    John Doe Nos. 1 to 26, et al** | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [79] to voluntarily dismiss without prejudice defendants John Doe 1-6, 8-13, 15,17,18,21,22,25,26 and Earnwell Hong Kong Ltd d/b/a Filesonic.com is granted.

[For further detail see separate order]
[Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|