UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| | ) |
| Defendants. | ) |

ORDER

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to Voluntarily Dismiss Certain Defendants without prejudice, pursuant to FRCP 41, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. The following Defendants are voluntarily dismissed without prejudice:

John Doe #1 "MrMuscle 3M <1016dudz@gmail.com> ",
John Doe #2 "Abrazdert74893@myemailco.com ",
John Doe #3 "Blk Muscle <ads.almond@gmail.com> ",
John Doe #4 "Bob Hare aka Animated GIF Man <agm.scans.69@comcast.net> ",
John Doe #5 "BangerBull <alantos25@gmail.com> ",
John Doe #6 "Mike Anthony <baltquietfire@yahoo.com> ",

John Doe #8 "bigd_itsme <bigd_itsme@yahoo.com> ",
John Doe #9 "Black Chest< black.69chest@gmail.com>",
John Doe #10 "biblacbuck <blogger0815@hotmail.com> ",
John Doe #11 "Corey Corey <coreydmia@yahoo.com>",
John Doe #12 "datu white <datuwhite@gmail.com> ",
John Doe #13 "Dylan Madrigal <dmadrigal116@gmail.com> ",

John Doe #15 "jonrgn@aol.com",

John Doe #17 "neil kimura <ntki72@yahoo.com>
John Doe #18 "rhythme101@yahoo.com " ,

John Doe #21 "pi so <sopi9070@gmail.com> ",
John Doe #22 "Mister Smith <tightsqueez2000@yahoo.com> ",

John Doe #25 "dickies <yam.rodic@yahoo.com> ",
John Doe #26 "efrenlee <efrenlee07@gmail.com> ",

Earnwell Hong Kong LTD d/b/a Filesonic.com.

**May 22, 2013**

*Robert W. Gettleman*

**JUDGE**