## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | **5/22/2013** |
| **CASE TITLE`** | **Flava Works, Inc.    v    John Doe Nos. 1 to 26, et al** | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [79] to amend the complaint on its face is granted to reflect defendant John Doe No.19 a/k/a Phillip Eisman, John Doe No. 20 a/k/a Andrew Hall and John Doe No. 14 a/k/a Don Christopherson. Summons shall issue as to said defendants.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|