UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
|        Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
|        Defendants. | ) |

## ORDER

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to Amend the Face of the Complaint, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. Plaintiff, Flava Works, Inc., is granted leave to amend the Complaint on its face to disclose the real name of Defendant John Doe No. 19 a/k/a Phillip Eisman, John Doe No. 20 a/k/a Andrew Hall, and John Doe No. 14 a/k/a Don Christopherson [or Plaintiff is granted leave to file an amended complaint];

2. Summons shall be issued against Defendant John Doe No. 19 a/k/a Phillip Eisman, John Doe No. 20 a/k/a Andrew Hall, and John Doe No. 14 a/k/a Don Christopherson.

May 22, 2013