Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 C 5844 | DATE | 5/22/2013 |
| CASE TITLE` | Flava Works, Inc.     v     John Doe Nos. 1 to 26, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [77] to convert John Doe. No. 24 to named defendant Magnus Christon is granted. The complaint shall be amended on its face. Summons shall be issued against defendant John Doe. No. 24 using his real name Magnus Christon.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|