UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| John Doe Nos. 1 to 26, | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| Earnwell Hong Kong LTD d/b/a Filesonic.com, | ) |
| | ) |
| Defendants. | ) |

ORDER

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to Convert John Doe No. 24 to a named Defendant, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. Plaintiff, Flava Works, Inc., is granted leave to convert Defendant, John Doe No. 24, into a named Defendant using Defendant's real name, Magnus Christon;

2. Plaintiff is granted leave to amend the Complaint on its face to disclose the real name of Defendant John Doe No. 24, Magnus Christon [or Plaintiff is granted leave to file an amended complaint];

3. Summons shall be issued against Defendant John Doe No. 24 using his real name, Magnus Christon.

May 22, 2013                           *[signed] Robert W. Gettleman*