## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5844 | **DATE** | 6/5/2013 |
| **CASE TITLE** | FLAVA WORKS, INC.   vs.   JOHN DOE #19 | | |

**DOCKET ENTRY TEXT**

John Doe 19's renewed motion to dismiss (Doc. 60) is denied as moot. This court granted plaintiff an additional 120 days (until June 6, 2013) to serve defendants on February 6, 2013, and the June 6, 2013, deadline has not yet passed. Defendant may renew his motion in the event plaintiff fails to serve defendant in the requisite time allotted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|