UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

FLAVA WORKS, INC.,

                Plaintiff,

-against-

JOHN DOE NOS. 1 TO 26, et al.,

                Defendants.

Case No.: 1:12-CV-5844 (RWG)

Judge Robert W. Gettleman

Magistrate Judge Young B. Kim

---

**NOTICE OF MOTION**

TO:     ALL COUNSEL OF RECORD

      PLEASE TAKE NOTICE on the 18th day of June 2013 at 9:15 a.m., or as soon thereafter as counsel may be heard, an attorney from Lewis & Lin, LLC shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in room 1703 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and present **DEFENDANT "JOHN DOE #19'S" THIRD MOTION TO DISMISS**, a copy of which is herewith served upon you.

Dated:  Brooklyn, New York
        June 7, 2013

                              LEWIS & LIN, LLC

                              By: _____
                                  David D. Lin
                                (*Admitted Pro Hac Vice*)
                            45 Main Street, Suite 608
                            Brooklyn, NY 11201
                            Tel: (718) 243-9323
                            Fax: (718) 243-9326
                            Email: David@iLawco.com

                            *Counsel for Defendant John Doe #19*

## CERTIFICATE OF SERVICE

I, David D. Lin, do hereby certify that service of this **NOTICE OF MOTION** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 7th day of June 2013.

Dated this 7th day of June 2013.

_____
David D. Lin


David D. Lin
   (*Admitted Pro Hac Vice*)
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, NY 11201
Tel: (718) 243-9323
Fax: (718) 243-9326
david@iLawco.com


## SERVICE LIST

All current appearances of record are ECF users.