## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | **6/18/2013** |
| **CASE TITLE** | **Flava Works     v     John Does** | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant John Doe #19's motion [89] to dismiss is granted without prejudice. All remaining John Doe defendants are dismissed without prejudice. Status hearing continued to 7/2/2013, at 9:00 a.m.

[Docketing to mail notice]

00:12

| | Courtroom Deputy | GDS |
|---|---|---|