MA

# RETURN FOR CLERKS OFFICE

## UNITED STATES MARSHALS SERVICE CIVIL DESK

**Date of return to Clerk's office:** 6/27/13

FILED
JUL 01 2013
July 01 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Case Number:** 12C5844

**Received documents for service from Clerk's office on:** 5/23/13

**Mailed USM-285 to Plaintiff on:** 5/23/13

**Returning Writs/Summons to the Clerk's office for the following reason:**

Plaintiff did not return the USM-285 form in the 30 day timeframe, therefore all documents are being returned to the Clerk's office.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 C 5844 | DATE | 5/22/2013 |
| CASE TITLE | Flava Works, Inc. v John Doe Nos. 1 to 26, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [79] to amend the complaint on its face is granted to reflect defendant John Doe No.19 a/k/a Phillip Eisman, John Doe No. 20 a/k/a Andrew Hall and John Doe No. 14 a/k/a Don Christopherson. Summons shall issue as to said defendants.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JACLYN PIECZKIEWICZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
May 23, 2013

Page 1 of 1

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **12 C 5844** | **DATE** | **5/22/2013** |
| **CASE TITLE** | Flava Works, Inc.   v   John Doe Nos. 1 to 26, et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [77] to convert John Doe. No. 24 to named defendant Magnus Christon is granted. The complaint shall be amended on its face.   Summons shall be issued against defendant John Doe. No. 24 using his real name Magnus Christon.

[For further detail see separate order]
[Docketing to mail  notice]

00:00

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JACLYN PIECZKIEWICZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
May 23, 2013

| | Courtroom Deputy | GDS |
|---|---|---|

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Flava Works, Inc

Plaintiff

**CASE NUMBER**: 12CV5844

vs.

**JUDGE**: Gettleman

FF Magnat Limited, et al

Defendant

**TO:** Magnus Christon (John Doe No. 24)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name:   Meanith Huon
        Huon Law Firm

Address: P.O. Box 441

City:   Chicago, Il 60690

an answer to the complaint which is herewith served upon you, within **[21]** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK

May 23, 2013

DATE

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |
| Check one box below to indicate appropriate method of service: ||

[ ] Served personally upon the defendant. Place where served:_____
_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

[ ] Returned unexecuted:_____

[ ] Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        Date                              Signature of Server

                                                          _____
                                                          Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Flava Works, Inc

    Plaintiff

**CASE NUMBER**: 12CV5844

vs.

**JUDGE:** Gettleman

FF Magnat Limited, et al

    Defendant

**TO:** Phillip Eisman (John Doe No. 19)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name:   Meanith Huon
           Huon Law Firm

Address:   P.O. Box 441

City:   Chicago, Il 60690

an answer to the complaint which is herewith served upon you, within [21] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



May 23, 2013
_____
DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |
| *Check one box below to indicate appropriate method of service:* | |
| [ ]  Served personally upon the defendant.   Place where served:_____ _____ | |
| [ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left: _____ | |
| [ ]  Returned unexecuted:_____ | |
| [ ]  Other (specify): _____ _____ _____ | |
| STATEMENT OF SERVICE FEES | |

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on _____ _____ Date                                    Signature of Server _____ Address of Server |

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court
## Northern District of Illinois

Flava Works, Inc

    Plaintiff

SUMMONS IN A CIVIL ACTION

**CASE NUMBER**: 12CV5844

vs.

**JUDGE:** Gettleman

FF Magnat Limited, et al

    Defendant

**TO:** Andrew Hall (John Doe No. 20)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name:    Meanith Huon
            Huon Law Firm

Address:  P.O. Box 441

City:     Chicago, Il 60690

an answer to the complaint which is herewith served upon you, within **[21]** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

May 23, 2013
_____
DATE

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |

*Check one box below to indicate appropriate method of service:*

[ ]  Served personally upon the defendant.  Place where served:_____

_____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:

_____

[ ]  Returned unexecuted:_____

[ ]  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____<br><br>                              Date                              Signature of Server<br><br>                                                                                   Address of Server |

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court
## Northern District of Illinois

Flava Works, Inc

        Plaintiff

SUMMONS IN A CIVIL ACTION

**CASE NUMBER**: 12CV5844

vs.

**JUDGE:** Gettleman

FF Magnat Limited, et al

        Defendant

**TO:**   Don Christopherson (John Doe No. 14)

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name:   Meanith Huon
           Huon Law Firm

Address:  P.O. Box 441

City:     Chicago, Il 60690

an answer to the complaint which is herewith served upon you, within **[21]** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

May 23, 2013
_____
DATE

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |
| *Check one box below to indicate appropriate method of service:* ||

[ ]    Served personally upon the defendant.   Place where served:_____

_____

[ ]    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left:

_____

[ ]    Returned unexecuted:_____

[ ]    Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

_____
                          Date                                  Signature of Server

_____
                                                                   Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.