June 20th, 2013

PO Box 7332
Madison, WI 53707

United States Circuit Court
Attn: Clerks Office
Chicago, IL

RE: Case No: 1:12-cv-05844

12cv5844
Judge Gettleman

**FILED**

JUL 0 9 2013

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Dear Sir,

I received the summons on June 12th. I contacted Meanith Hunon and spoke with him. He told me that he would ask the court to have me removed from the case without prejudice.

Sincerely,

Don Christopherson