**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME:

FIRM:

STREET ADDRESS:

CITY/STATE/ZIP:

PHONE NUMBER:

E-MAIL ADDRESS:

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____          _____
Attorney's Signature                                                                    Date

| | | |
|---|---|---|
| 04-cv-03317 | Tamburo v. Dworkin, et al. | Hon. Joan B. Gottschall |
| 11-cv-04803 | Seitz, et al. v. Beeter, et al. | Hon. Joan H. Lefkow |
| 12-cv-05844 | Flava Works, Inc. v. John Doe 1-26, et al. | Hon. Robert W. Gettleman |
| 12-cv-07835 | Foulks v. Doe | Hon. John W. Darrah |
| 12-cv-09381 | Hellenga v. Doe | Hon. Robert M. Dow, Jr. |
| 13-cv-00792 | Purzel Video GmbH v. Does 1-108 | Hon. Joan B. Gottschall |
| 13-cv-01603 | Blomberg, et al. v. Dempsey, et al. | Hon. Edmund E. Chang |
| 13-cv-04341 | Prenda Law, Inc. v. Godfread, et al. | Hon. John W. Darrah |
| 13-cv-05339 | Doe v. Bollaert, et al. | Hon. John F. Grady |