UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLAVA WORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 12-cv-05844 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| DOES 1-26, FF MAGNAT LIMITED, et al. | ) | |
| | ) | Magistrate Judge Young B. Kim |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT FF MAGNAT**

NOW COME attorneys Charles Lee Mudd Jr., Stephanie Margaret Solera, and Mark Anthony Petrolis, on behalf of themselves and the firm Mudd Law Offices; Evan Fray-Witzer, on behalf of himself and the firm Ciampa Fray-Witzer, LLP; and Matthew Shayefar and Valentin David Gurvits on behalf of themselves and the firm Boston Law Group (collectively "Movants"), who all previously filed appearances on behalf of and served as attorneys for Defendant FF Magnat Limited ("Defendant FF Magnat"), in the above-captioned action, and file this Motion to Withdraw as Counsel for Defendant FF Magnat ("Motion") in the above captioned matter pursuant to Local Rule 83.17 and Rule 1.16 of the Illinois Rules of Professional Conduct. For the reasons stated below, the Movants respectfully submit that the Court should grant this motion and allow them and their firms withdraw their appearances from representation of Defendant FF Magnat in this action.

In support of this Motion, the Movants state that their representation has been terminated by Defendant FF Magnat effective immediately.

2

Therefore, Movants respectfully submit that this Court should grant this Motion and allow them to formally withdraw their appearances and any representations of Defendant FF Magnat pursuant to Local Rule 83.17 and Rule 1.16 of the Illinois Rules of Professional Conduct. The Movants respectfully request thirty (30) days from the date this Motion is granted for Defendant FF Magnat to obtain new counsel.

Notice and a copy of this Motion shall be sent to Defendant FF Magnat and all counsel of record.

                                  Respectfully submitted,

By:    s/Stephanie M. Solera
        Stephanie M. Solera
        Mudd Law Offices
        3114 West Irving Park Road
        Suite 1W
        Chicago, Illinois 60618
        773.588.5410
        773.588.5440 facsimile
        Illinois ARDC: 6307046

Dated: September 5, 2013
       Chicago, Illinois