**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FLAVA WORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 12-cv-05844 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| DOES 1-26, FF MAGNAT LIMITED, et al. | ) | |
| | ) | Magistrate Judge Young B. Kim |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** See Attached Service List

**Please take notice** on the 12th day of September 2013 at 9:15 a.m., or as soon thereafter as counsel may be heard, an attorney from Mudd Law Offices shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in room 1703 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, for the purposes of presenting accompanying **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT FF MAGNAT**, a copy of which is herewith served upon you.

Dated this 5th day of September 2013

/s/ Stephanie M. Solera
Stephanie M. Solera

Stephanie M. Solera
Mudd Law Offices
3114 W. Irving Park Road
Suite 1W
Chicago, Illinois 60618
773.588.5410 (Telephone)
773.588.5440 (Facsimile)
Illinois ARDC: 6307046

## **CERTIFICATE OF SERVICE**

      I, Stephanie M. Solera, do hereby certify that service of this **NOTICE OF MOTION** and the accompanying **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT FF MAGNAT** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 5th day of September 2013.

                                  Dated this 5th day of September 2013

                                  /s/ Stephanie M. Solera
                                  Stephanie M. Solera

Stephanie M. Solera
Mudd Law Offices
3114 W. Irving Park Road
Suite 1W
Chicago, Illinois  60618
773.588.5410 (Telephone)
773.588.5440 (Facsimile)
Illinois ARDC: 6307046

3

**SERVICE LIST**

All current appearances of record are ECF users.