IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FLAVA WORKS | ) ) ) | Case No: 12 C 5844 |
| v. | ) ) | Judge: ROBERT W. GETTLEMAN |
| DOES | ) ) ) | |

## ORDER

Motion [96] by counsel Charles Mudd, Stephanie Solera and Mark Petrolis, for defendant FF Magnat Limited to withdraw as attorney is granted.

(00:05)

Date: September 12, 2013

ROBERT W. GETTLEMAN