# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Flava Works | ) | Case No: **12 C 5844** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| DOES 1-26, et al | ) | |

## **ORDER**

This Court's order [98] dated 9/12/2013 is amended to reflect that Evan Fray-Witzer, Matthew Shayefar and Valentin David Gurvits are also granted leave to withdraw as counsel on behalf of defendant FF Magnat.

(00:00)

Date: September 16, 2013

ROBERT W. GETTLEMAN