**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 12-cv-5844 |
| DOES 1-26, FF MAGNAT LIMITED, et al., ) | |
| ) | |
| Defendant. ) | Judge Robert W. Gettlemen |
| ) | Magistrate Judge Young B. Kim |
| ) | |
| _____ ) | |

## MOTION TO WITHDRAW AS OBJECTOR'S COUNSEL

NOW COMES Mark Wallin, attorney for OBJECTOR COMCAST CABLE COMMUNICATIONS, LLC, and moves this Honorable Court for leave to withdraw as attorney for the Objector in the above captioned matter.

WHEREFORE, Mark Wallin requests this Honorable Court grant leave to withdraw as attorney for Objector.

Dated: October 1, 2013.                              Respectfully submitted,

/s/ Mark W. Wallin

Paul F. Stack
Mark W. Wallin
STACK & O'CONNOR CHARTERED
140 South Dearborn Street
Suite 411
Chicago, IL 60603
Tel:   (312) 782-0690
Fax:   (312) 782-0936