**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 12-cv-5844 |
| DOES 1-26, FF MAGNAT LIMITED, et al., ) | |
| ) | |
| Defendant. ) | Judge Robert W. Gettlemen |
| ) | Magistrate Judge Young B. Kim |
| ) | |
| _____ ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, October 8, 2013 at 9:15 a.m., the undersigned shall appear before the Honorable Judge Robert Gettlemen in the courtroom assigned to him in the Federal Courthouse at 219 S. Dearborn St., Chicago, Illinois 60604, and then and there present **MOTION FOR LEAVE TO WITHDRAW AS OBJECTOR'S COUNSEL,** a copy of which is hereby served upon you.

Dated: October 1, 2013   /s/ Mark W. Wallin_____
One of the attorneys for Objector

STACK & O'CONNOR CHARTERED
140 South Dearborn Street, Suite 411
Chicago, Illinois 60603
Telephone: (312) 782-0690
Facsimile: (312) 782-0936