## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Flava Works | ) | Case No: 12 C 5844 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: ROBERT W. GETTLEMAN |
|  | ) |  |
| Does 1-26 | ) |  |
|  | ) |  |

### **ORDER**

Motion [100] by Mark Wallin, counsel for objector Comcast Cable Communications LLC to withdraw as attorney is granted.

(00:00)

Date: October 15, 2013

ROBERT W. GETTLEMAN