UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **FF Magnat Limited d/b/a Oron.com,** | ) |
| | ) |
| Defendants. | ) |

# PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO VOLUNTARILY DISMISS PURSUANT TO FRCP 41

Plaintiff, Flava Works, Inc., ("Flava") by its attorneys, Meanith Huon, states as follows:

1. Federal Rule of Civil Procedure 41 provides in part as follows:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.

(B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

2. Defendant, FF Magnat Limited d/b/a Oron.com, has not been served in this case.

3. Pursuant to FRCP 41, Flava moves to voluntarily dismiss this entire lawsuit without prejudice.

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court enter the an order dismissing this case in its entirety without prejudice.

Respectfully Submitted,

By: /s/ Meanith Huon

Meanith Huon

Meanith Huon
ARDC No.: 6230996
PO Box 441
Chicago, IL 60690
312-405-2789
huon.meanith@gmail.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 1:12-cv-05844 |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 26,** | ) |
| **Defendants.** | ) |

## PROOF OF SERVICE

Under penalties of law, I certify that on October 22, 2013, I served the following documents or items:

### PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO VOLUNTARILY DISMISS PURSUANT TO FRCP 41

on all counsel of record by electronically filing.

/s/ Meanith Huon
Meanith Huon
PO Box 441
Chicago, Illinois 60690
Phone: (312) 405-2789
E-mail: huon.meanith@gmail.com
IL ARDC. No.: 6230996