UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-05844 |
| | ) |
| FF Magnat Limited d/b/a Oron.com, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to Voluntarily Dismiss this entire action pursuant to FRCP 41, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. Plaintiff, Flava Works, Inc., is granted leave to voluntarily dismiss this entire lawsuit without prejudice, pursuant to FRCP 41.

ENTERED: October 23, 2013

_____
JUDGE